Signed and Filed: December 18, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   (212) 310-8000<br>Fax:   (212) 310-8007 | |
| **KELLER BENVENUTTI KIM LLP**<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251 | **LATHAM & WATKINS LLP**<br>Joshua G. Hamilton (#199610)<br>(joshua.hamilton@lw.com)<br>Michael J. Reiss (#275021)<br>(michael.reiss@lw.com)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067<br>Tel: 424 653 5500<br><br>**LATHAM & WATKINS LLP**<br>James E. Brandt (*pro hac vice*)<br>(james.brandt@lw.com)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212 906 1200 |

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZED BRIEFING FOR REORGANIZED DEBTORS' OBJECTIONS TO CERTAIN SECURITIES CLAIMS, AND GRANTING RELATED RELIEF**<br><br>**[Related to Docket Nos. 14200, 14203, 14206]**<br><br>[No Hearing Requested] |

The Court, having reviewed the *Ex Parte Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Reorganized Debtors' Objections to Certain Securities Claims, and Related Relief* (the "**Application**"), filed on December 13, 2023; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The Reorganized Debtors are authorized to file and serve the PERA Objection (as defined in the Application), in excess of 25 pages, but not to exceed 95 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

3. The Reorganized Debtors are authorized to file and serve the RKS Objection (as defined in the Application), in excess of 25 pages, but not to exceed 35 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

4. The Reorganized Debtors are authorized to file and serve the Baupost Objection (as defined in the Application), not to exceed 12 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

5. The Reorganized Debtors are relieved from the 250-claim limit for omnibus objections in connection with the RKS Objection, and are authorized to object to 761 claims through the RKS Objection.

6. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

**\*\* END OF ORDER \*\***