Kizzy L. Jarashow (*pro hac vice*)
Stacy Dasaro (*pro hac vice*)
**GOODWIN PROCTER LLP**
620 Eighth Avenue
The New York Times Building
New York, NY 10018
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333
Email: kjarashow@goodwinlaw.com
       sdasaro@goodwinlaw.com

*Attorneys for MML Investment Advisers, LLC on behalf of the MassMutual Funds*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>Date: December 19, 2023<br>Time: 10:00 a.m. (PT)<br>Before: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, California 94102 |

## MML INVESTMENT ADVISERS, LLC PRE-HEARING STATEMENT REGARDING THE DECEMBER 19, 2023 HEARING

MML Investment Advisers, LLC ("MML Advisers") hereby submits this pre-hearing statement for the December 19, 2023 Hearing before the Court on behalf of MM S&P 500® Index Fund; MM Select Equity Asset Fund[1]; MassMutual Select Diversified Value Fund[2]; MassMutual Select Equity Opportunities Fund[3]; MassMutual Select Mid-Cap Value Fund[4]; MassMutual Select T. Rowe Price Large Cap Blend Fund; MassMutual Select T. Rowe Price Small and Mid-Cap

---
[1] MM Select Equity Asset Fund has been renamed MM Equity Asset Fund.
[2] MassMutual Select Diversified Value Fund has been renamed MassMutual Diversified Value Fund.
[3] MassMutual Select Equity Opportunities Fund has been renamed MassMutual Equity Opportunities Fund.
[4] MassMutual Select Mid-Cap Value Fund has been renamed MassMutual Mid Cap Value Fund.

1

Blend Fund; MassMutual Premier Disciplined Value Fund[5]; MassMutual Premier Main Street Fund[6]; MML Blend Fund; MML Equity Fund; MML Equity Income Fund; MML Equity Index Fund; MML Income & Growth Fund; MML Managed Volatility Fund; MML Mid Cap Value Fund; MassMutual Select Strategic Bond Fund[7]; MassMutual Premier Balanced Fund[8]; and MML Dynamic Bond Fund (collectively, the "MassMutual Funds"). Each of the MassMutual Funds is a Securities Claimant, as that term is defined in the Court's *Order (i) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (ii) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages* [Dkt. No. 5943] and has timely filed Securities Claims.[9]

The MassMutual Funds join in the requests of Baupost [Dkt. No. 14225] and PERA [Dkt. No. 14228] seeking to have the Court grant Securities Claimants, including the MassMutual Funds, at least ninety (90) days to respond to Reorganized Debtors' claims objections. A response period of no less than ninety (90) days is appropriate in light of, among other things, the length and scope of the Debtors' objections, the voluminous documents and exhibits submitted in support of those objections, and the discovery that will be necessary in connection therewith. The MassMutual Funds propose that the Debtors meet and confer with each affected Securities Claimant, including the MassMutual Funds, in an effort to consensually set a discovery schedule.

In light of the foregoing, the MassMutual Funds respectfully submit that the Court should approve a 90-day response deadline, subject to reasonable extension if required to complete discovery.

---

[5] MassMutual Premier Disciplined Value Fund has been renamed MassMutual Disciplined Value Fund.
[6] MassMutual Premier Main Street Fund has been renamed MassMutual Main Street Fund.
[7] MassMutual Select Strategic Bond Fund has been renamed MassMutual Strategic Bond Fund.
[8] MassMutual Premier Balanced Fund has been renamed MassMutual Balanced Fund.
[9] The MassMutual Funds' Securities Claims are reflected at Claim Nos. 99486, 99516, 99723, 99683, 99524, 99517, 100099, 99773, 99525, 99528, 100395, 100452, 100363, 100181, 99529, 99531, 100489, 100501, 99771, 99767, 99706, 99544, 100197, 100254, 100038, 100036, 99804, 99801, 100457, 100456, 100291, 100186, 100222, 100102, 100462, 100425, 100164, 100423, 100454, 100453, 99772, 100364, 100374, and 100404.

Case: 19-30088    Doc# 14233    Filed: 12/19/23    Entered: 12/19/23 06:27:48    Page 2 of 3

| | | |
|---|---|---|
| Dated: December 19, 2023 | | Respectfully submitted, |

By: /s/ *Kizzy L. Jarashow*

Kizzy L. Jarashow (*pro hac vice*)
Stacy Dasaro (*pro hac vice*)
**GOODWIN PROCTER LLP**
620 Eighth Avenue
The New York Times Building
New York, NY 10018
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333
Email: kjarashow@goodwinlaw.com
       sdasaro@goodwinlaw.com

*Attorneys for MML Investment Advisers LLC, on behalf of the MassMutual Funds*