Northern California Law Group, PC.
Joseph K. Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.com

*Attorney for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

Debtor.

CASE NO: 19-30088

**APPLICATION FOR WITHDRAWAL OF APPEARANCE OF JOSEPH K. FEIST AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING**

**PLEASE TAKE NOTICE** that Joseph K. Feist hereby requests withdrawal of his appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Joseph K. Feist
Northern California Law Group, PC
2611 Esplanade
Chico, CA 95973
Telephone: (530) 433-0233
Email: jfeistesq@gmail.com; info@norcallawgroup.com

1

DATED: December 18, 2023			NORTHERN CALIFORNIA LAW GROUP, PC

_____
Joseph K. Feist
Attorney for Plaintiff's