1 Enrique Galvez
  **Claimant/Appellant**
2 1181 Fulton Avenue
  Sacramento, California 95425
3 (707) 304-2549

# FILED

DEC 20 2023 BG

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

6 **In Pro Se**

8       UNITED STATES BANKRUPTCY COURT
9      NORTHERN CALIFORNIA BANKRUPTCY COURT

11 **ENRIQUE GALVEZ,**              **CASE NO.: 19-30088 DM 11**

13         Appellant,              **APPELLANT'S AMENDED APPENDIX OF**
                                    **DESIGNATED RECORD ON APPEAL**
14 vs.                             **FROM BANKRUPTCY COURT**

15 **PG&E CORPORATION,**

16                                 **VOLUME I**

17         Appellee(s).

18    **APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL**

| | **DATE:** | **PG&E I.D. #:** | **DOCUMENT DESCRIPTION:** |
|---|---|---|---|
| **A.** | 12/1/2017 | 160998 | Sutter Medical Records |
| **B.** | 12/1/2017 | 160999 | Cigna Coverage Detail |
| **C.** | 12/1/2017 | 161000 | Treatment Summary |
| **D.** | 2017 | 161001 | Various Blue Cross Treatment Summary |
| **E.** | 12/2017 | 161002 | Injury Photos |
| **F.** | 10/24/2018 | 161005 | Insurance Loss Inventory |
| **G.** | 10/29/2018 | 161003 | Insurance Loss Inventory |
| **H.** | 2017/2018 | 161006 | Pay Stubs |
| **I.** | 2017/2018 | 163459 | Homeowners Insurance Policy |
| **J.** | 10/16/2019 | 160993 | Letter Re: Treating Physician |
| **K.** | 8/6/2020 | 160995 | Declaration of Sister Re: PTSD |
| **L.** | 8/6/2020 | 160996 | Declaration of JMM Re: PTSD |
| **M.** | 8/6/2020 | 160997 | Declaration of SAM Re: PTSD |
| **N.** | 8/6/2020 | 163451 | Declaration of Claimant Re: PTSD |
| **O.** | 9/4/2020 | 161004 | Insurance Loss Inventory |
| **P.** | 9/23/2020 | 176332 | Letter from Life Coach |

1

| | DATE: | PG&E I.D. #: | DOCUMENT DESCRIPTION: |
|---|---|---|---|
| Q. | 9/30/2020 | 179481 | Summary of Coaching Sessions |
| R. | 10/6/2020 | 176335 | Initial Claims Narrative |
| S. | 4/21/2021 | 689844 | Insurance File Review |
| T. | 6/30/2021 | 848962 | Letter from Psychiatrist Confirming Diagnosis |
| U. | 8/5/2021 | 892091 | Inquiry into Status of Case |
| V. | 9/10/2021 | 949898 | Deficiency Notice |
| W. | 10/3/2021 | 999798 | Deficiency Notice |
| X. | 10/5/2021 | 1751067 | Personal Property Eligibility Criteria |
| Y. | 12/1/2021 | 1086947 | Response to Deficiency Notices |
| Z. | 2/10/2022 | 1181855 | Supplemental Response 9/10/2021 Deficiency Notice |
| AA. | 2/10/2022 | 1181842 | Supplemental Response 10/3/2021 Deficiency Notice |
| BB. | 2/21/2022 | 1202421 | Amended Deficiency Notice |
| CC. | 2/21/2022 | 1202978 | Response to Amended Deficiency Notice |
| DD. | 5/16/2022 | 1751068 | Personal Property Eligibility Criteria |
| EE. | 5/27/2022 | 1368961 | Amended Deficiency Notice |
| FF. | 6/16/2022 | 1395147 | Response to Amended Deficiency Notice |
| GG. | 7/8/2022 | 1417378 | Determination Notice |
| HH. | 09/2022 | 438131 | Treatment Letter from Psychiatrist |
| II. | 11/20/2022 | 1580779 | Redetermination Narrative Claim #50006 |
| JJ. | 12/5/2022 | 1601783 | Reconsideration Response Re: Claim #51475 |
| KK. | 12/5/2022 | 1653069 | Reconsideration Narrative Claim #50009 |
| LL. | 3/2/2023 | 1728661 | Reconsideration Determination Notice |
| MM. | 5/20/2023 | 1753844 | Appeal Narrative Re: Insurance Claim #50006 |
| NN. | 5/20/2023 | 1754515 | Appeal Narrative Re: PTSD Claim #50010 |
| OO. | 5/20/2023 | 1754731 | Appeal Narrative Re: Personal Injury Claim #50010 |
| PP. | 10/10/2023 | 1716187 | Notice of Trustee Determination |
| QQ. | | 1594450 | Letter from Psychiatrist Re: Further Diagnosis |
| RR. | 2017/2018 | 1761269 | Homeowners Insurance Declaration Page |

December 15, 2023

I, Enrique Galvez, am the Claimant/Appellant in the above entitled-matter. I declare under perjury under the laws of the State of California that the Amended Appendix of Documents, as listed above, constitutes Appellants Amended Designation of the Record on Appeal. The documents have been submitted electronically in a PDF searchable format and otherwise are compliant with Rules of Court related to the use and submission of digital material.

Appellant Enrique Galvez

2

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

## 12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department

**Pertinent Packet Notes**

**ED Provider Notes**

Lock, Judy Lee, NP at 12/1/2017 11:13 AM

Dr. Miranda was the supervising physician for the Resident, Physician Assistant or Nurse Practitioner for this patient encounter.

**Arrival Date/Time:** 12/1/17 1040

**Roomed Date/Time:** 12/1/2017 1100

### EMERGENCY DEPARTMENT NOTE
**PCP:** No primary care provider on file.

### HISTORY:
**CHIEF COMPLAINT:**
Patient presents with:
Leg swelling: right lower leg pain and swelling x 2 weeks, using crutches, no injury. PMD believes he has a blood clot.
- C/P  - SOB - HA

### HISTORY:
HPI
48-year-old man here today for a swollen painful right leg.  She states he started having some right hip discomfort about 2 weeks ago. He assumed it was his sciatica. Since that time the pain is traveled down his leg. States the pain is mainly in his calves. States his foot ankle and All Swollen. He's Been Using Crutches Because His Leg Hurts so Bad.

Denies Previous Problems with His Circulation, Blood Clotting, Hypertension, CAD. Denies Previous Skin Infection. Doesn't Smoke Cigarettes. No Recent Travel.

### ROS:
Review of Systems
Constitutional: Negative for activity change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough, chest tightness, shortness of breath and wheezing.
Cardiovascular: Positive for leg swelling. Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Musculoskeletal: Positive for myalgias. Negative for back pain.
Neurological: Negative for dizziness, syncope, speech difficulty, weakness, light-headedness and headaches.
All other systems reviewed and are negative.

### ACTIVE PROBLEM LIST:
There is no problem list on file for this patient.

### PAST MEDICAL HISTORY:

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 4
of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

Pertinent Packet Notes (continued)

## Medical History

No past medical history on file.

## PAST SURGICAL HISTORY:
No past surgical history on file.

## NEGATIVE PAST HISTORY
No past medical history pertinent negatives.
No past surgical history pertinent negatives on file.

## MEDICATION:

Outpatient Prescriptions Marked as Taking for the 12/1/17 encounter (Hospital Encounter):
• IBUPROFEN PO, Take 600 mg by mouth

## ALLERGIES:
Review of the patient's allergies finds:
Metformin

## SOCIAL HISTORY:
Social History

Socioeconomic
   Marital Status: Single

## FAMILY HISTORY:
No family history on file.

## PHYSICAL EXAM:

| ED Triage Vitals | | |
|---|---|---|
| Enc Vitals Group | | |
| BP | 12/01/17 1055 | **131/79** |
| Pulse | 12/01/17 1055 | **125** |
| Heart Rate (monitor) | -- | |
| Respiratory Rate | 12/01/17 1055 | **16** |
| Temp | 12/01/17 1055 | **37.4 °C (99.4 °F)** |
| Temp Source | 12/01/17 1055 | **Oral** |
| Weight | 12/01/17 1055 | **72.6 kg (160 lb)** |
| Height | -- | |
| SpO2 | 12/01/17 1055 | **98 %** |
| O2 Device | 12/01/17 1403 | **room air** |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 5
of 287



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

**12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)**

Pertinent Packet Notes (continued)

| Flow (L/min) | -- | |
|---|---|---|

**Pulse Ox/SpO2:** on room air is adequate

<u>Physical Exam</u>
Nursing note and vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No JVD present.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses. Exam reveals no gallop.
No murmur heard.
Pulses:
  Popliteal pulses are 1+ on the right side, and 1+ on the left side.
  Dorsalis pedis pulses are 2+ on the right side, and 2+ on the left side.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abd/GI: Soft. Bowel sounds are normal. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits edema and tenderness. He exhibits no deformity.
  Right hip: Normal.
  Right knee: Normal.
  Right ankle: He exhibits swelling and abnormal pulse. He exhibits normal range of motion, no ecchymosis, no deformity and no laceration. Achilles tendon normal.
  Right lower leg: He exhibits tenderness, swelling and edema. He exhibits no bony tenderness.



1: Right lower leg has 2+ pedal edema up to mid calf. Calf has large area of erythema and tenderness. Skin is intact. No fluctuance.

Legs:
  Right foot: There is swelling. There is normal range of motion, no tenderness, no bony tenderness and normal capillary refill.
Lymphadenopathy:
  He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes.
Coordination normal.
Skin: Skin is warm and dry. He is not diaphoretic.

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

**12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)**

Pertinent Packet Notes (continued)

## ED COURSE/MDM
## ED MEDICATIONS ADMINISTERED:
ED Medication Administration from 12/01/2017 1040 to 12/01/2017 1616

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 12/01/2017 1131 | HYDROcodone/acetaminophen (NORCO 10) 10mg/325mg 1 Tab | 1 Tab | Oral | Given | Bowen, J |
| 12/01/2017 1338 | NaCl 0.9% (FOR BOLUS ONLY) IV Soln | 2,000 mL | Intravenous | New Bag/Syringe | Porter, P |
| 12/01/2017 1500 | NaCl 0.9% (FOR BOLUS ONLY) IV Soln | 0 mL | Intravenous | Stopped | Porter, P |
| 12/01/2017 1343 | clindamycin (CLEOCIN) 900mg in D5W 50mL IVPB (premix) | 900 mg | Intravenous | New Bag/Syringe | Porter, P |
| 12/01/2017 1443 | clindamycin (CLEOCIN) 900mg in D5W 50mL IVPB (premix) | 0 mg | Intravenous | Stopped | Porter, P |
| 12/01/2017 1547 | HYDROcodone/acetaminophen (NORCO 5) 5mg/325mg 1 Tab | 1 Tab | Oral | Given | Porter, P |

## ED PROVIDER INTERPRETATION OF DATA (RAD,EKG,LAB):
EKG Interpretation:

Radiology Interpretation:
Venous Doppler—no evidence of DVT. **Subcutaneous edema of the calf.**

Lab Interpretation:
CMP abnormalities—sodium 132, chloride 93, bicarbonate 33, albumin 2.2. **Random blood glucose 347.** CBC—WBC 21.5. Mildly anemic with H&H 11.1/32.4. INR 1.1. Blood cultures pending lactate 1.2

## PROCEDURES:
Procedures (If Indicated)

## ED COURSE:
 Had labs drawn. Venous Doppler for further evaluation. As lab results became available I consulted with Dr. Miranda. Patient had additional labs performed as per sepsis protocol. Also received 2 L of IV fluids. Blood cultures ×2.  Didn't then received 2 L of IV fluid. One dose of IV clindamycin.

Reviewed case with Dr. Miranda and concern that patient may require continuing IV antibiotics. Would be appropriate patient for observation in hospital. Phone call with hospitalist Dr. Press. She stated since area had improved with IV antibiotics, patient could be managed as outpatient with oral antibiotics.

## MDM:
MDM
48-year-old man coming in today for a swollen painful right leg/calf.  Differential: DVT, phlebitis, cellulitis, abscess

The patient importance of taking antibiotics as prescribed. Needs to keep leg elevated and apply heat. Needs close monitoring. Return to this emergency room on Sunday morning for reevaluation. Decision was made not to start on medication for diabetes at this time but to wait until he  returns on Sunday for reevaluation. If blood glucose remains elevated will begin on glipizide.

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 7 of 287

 **Sutter Health**

| | | |
|---|---|---|
| | SUTTER SANTA ROSA<br>REGIONAL HOSPITAL<br>30 Mark West Springs Road<br>SANTA ROSA CA 95403-1436 | Galvez, Enrique<br>MRN: 62050112, DOB: 11/27/1969, Sex: M<br>Adm: 12/1/2017, D/C: 12/1/2017 |

**12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)**

**Pertinent Packet Notes (continued)**

Written and verbal instructions regarding regarding medical condition and symptom management. Instructed regarding signs and symptoms of worsening condition and when to seek emergent medical attention.

Note: Portions of this report may have been transcribed using voice recognition software. Every effort was made to ensure accuracy; however, inadvertent computerized transcription errors may be present.

**DIAGNOSIS AND DISPOSITION:**
**ED DIAGNOSIS:**
 Final diagnoses:
[L03.115] Cellulitis of leg without foot, right
[E11.9] Diabetes (HCC)

**DECISION TO ADMIT TIME (if admitted):**


**DISPOSITION:**
 Discharge Home

**DISCHARGE PRESCRIPTIONS:**
**Discharge Prescriptions**

| | |
|---|---|
| CLINDAMYCIN (CLEOCIN) 300MG CAP | Take 1 Cap by mouth four times daily for 10 days |
| HYDROCODONE/ACETAMINOPHEN (NORCO 5)<br>5MG/325MG TAB | Take 1 Tab by mouth every 6 hours as needed |


**DIAGNOSTIC REPORTS:**


**Results for orders placed or performed during the hospital encounter of 12/01/17**
**-NIVL VENOUS DUPLEX LOWER EXTREMITY RIGHT**

**Narrative**
COMPARISON:  None.

INDICATIONS:    Lower Extremity Swelling

TECHNIQUE:   Real-time sonographic examination was performed of the venous system in the relevant area of interest.  Color duplex Doppler was done.

FINDINGS:

POPLITEAL:   Normal compressibility, augmentation and flow without intraluminal filling defect.

SUPERFICIAL FEMORAL:   Normal compressibility, augmentation and flow without intraluminal filling defect.

COMMON FEMORAL:   Normal compressibility, augmentation and flow without intraluminal filling defect.

Printed by [S18787] at 1/7/20 11:19 AM

 Sutter Health

| | | |
|---|---|---|
| SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/1/2017, D/C: 12/1/2017 | |

**12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)**

Pertinent Packet Notes (continued)

OTHER:  There is subcutaneous edema of the calf. Visualized calf veins appear normal.

CONCLUSION:  No evidence of deep venous thrombosis in the right lower extremity.

Interpreted by: Linda Casey     12/1/2017 12:44 PM
Signed by: Linda Casey     12/1/2017 12:45 PM

-**COMPREHENSIVE METABOLIC PANEL W GFR**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 132 (L) | 136 - 145 mmol/L |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L |
| Chloride | 93 (L) | 95 - 111 mmol/L |
| CO2 (Bicarbonate) | 33 (H) | 21 - 32 mmol/L |
| Anion Gap | 9.6 | 6 - 16 mmol/L |
| Glucose | 347 (H) | 70 - 99 mg/dL |
| BUN | 11 | 0 - 18 mg/dL |
| Creatinine | 0.90 | 0.50 - 1.30 mg/dL |
| GFR Est-Other | 101 | >60 See Cmnt |
| GFR Est-African American | 117 | >60 See Cmnt |
| Calcium | 8.7 | 8.5 - 10.1 mg/dL |
| Total Protein | 7.4 | 6.4 - 8.2 g/dL |
| Albumin | 2.2 (L) | 3.2 - 4.7 g/dL |
| Total Bilirubin | 1.0 | 0.0 - 1.0 mg/dL |
| Alkaline Phosphatase | 125 | 26 - 137 U/L |
| AST | 16 | 0 - 37 U/L |
| ALT | 17 | 0 - 60 U/L |

-**LACTIC ACID, PLASMA**

| Result | Value | Ref Range |
|---|---|---|
| Lactate,WB | 1.2 | 0.4 - 2.0 mmol/L |

-**CBC WITH AUTOMATED DIFFERENTIAL**

| Result | Value | Ref Range |
|---|---|---|
| White Blood Cell Count | 21.5 (H) | 4.0 - 11.0 K/uL |
| Red Blood Cell Count | 4.08 (L) | 4.40 - 6.00 M/uL |
| Hemoglobin | 11.1 (L) | 13.5 - 18.0 g/dL |
| Hematocrit | 32.4 (L) | 40.0 - 52.0 % |
| MCV | 79 (L) | 80 - 100 fL |
| MCH | 27.2 | 27.0 - 33.0 pg |
| MCHC | 34.3 | 31.0 - 36.0 g/dL |
| RDW | 13.3 | <16.4 % |
| Platelet Count | 443 (H) | 150 - 400 K/uL |
| Differential Type | Automated | |
| Neutrophil % | 88 (H) | 49.0 - 74.0 % |
| Lymphocyte % | 6 (L) | 26.0 - 46.0 % |
| Monocyte % | 6 | 2.0 - 12.0 % |
| Eosinophil % | 0 | 0.0 - 5.0 % |
| Basophil % | 0 | 0.0 - 2.0 % |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 9 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

**12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)**

## Pertinent Packet Notes (continued)

| | | |
|---|---|---|
| Abs. Neutrophil | 19.0 (H) | 2.0 - 8.0 K/uL |
| Abs. Lymphocyte | 1.2 | 1.0 - 5.1 K/uL |
| Abs. Monocyte | 1.2 (H) | 0.0 - 0.8 K/uL |
| Abs. Eosinophil | 0.0 | 0.0 - 0.5 K/uL |
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL |

-PROTHROMBIN TIME/INR

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 14.6 (H) | 12.0 - 14.5 sec |
| INR | 1.1 | 0.9 - 1.2 |

Electronically signed by Lock, Judy Lee, NP at 12/01/17 1616
Electronically signed by Miranda, Jose Rene, MD at 12/01/17 2128

## Imaging

### Completed

**NIVL VENOUS DUPLEX LOWER EXTREMITY RIGHT [838568509] (Final result)**

NIVL Venous Duplex Lower Extremity DVT Right [838568509]          Resulted: 12/01/17 1245, Result status: Final result

Ordering provider: Lock, Judy Lee, NP 12/01/17 1111          Order status: Completed
Resulted by: Casey, Linda Rose, MD          Filed by: Ifc, Ehr Ip Powerscribe Results In 12/01/17 1248
Performed: 12/01/17 1201 - 12/01/17 1234          Accession number: SRU17003217625
Resulting lab: SUTTER HEALTH RADIOLOGY
Narrative:
COMPARISON: None.

INDICATIONS:     Lower Extremity Swelling

TECHNIQUE:  Real-time sonographic examination was performed of
the venous system in the relevant area of interest.  Color duplex
Doppler was done.

FINDINGS:

POPLITEAL:   Normal compressibility, augmentation and flow
without intraluminal filling defect.

SUPERFICIAL FEMORAL:   Normal compressibility, augmentation and
flow without intraluminal filling defect.

COMMON FEMORAL:   Normal compressibility, augmentation and flow
without intraluminal filling defect.

OTHER:   There is subcutaneous edema of the calf. Visualized calf
veins appear normal.

CONCLUSION:  No evidence of deep venous thrombosis in the right
lower extremity.

Interpreted by: Linda Casey     12/1/2017 12:44 PM
 Signed by: Linda Casey     12/1/2017 12:45 PM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 10
of 287

Legal Copy


Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

## 12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 432 - SHRAD | SUTTER HEALTH RADIOLOGY | Unknown | 3707 Schriever Mather CA 95742 | 03/05/09 0836 - 07/03/18 1346 |

### Labs

#### LAB CHEMISTRY

##### LACTIC ACID, PLASMA [838568520] (Final result)

Electronically signed by: **Lock, Judy Lee, NP on 12/01/17 1320**                     Status: **Completed**
Ordering user: Lock, Judy Lee, NP 12/01/17 1320          Ordering provider: Lock, Judy Lee, NP
Authorized by: Lock, Judy Lee, NP                        Ordering mode: Standard
Additional signing events
Electronically signed by Lock, Judy Lee, NP 12/02/17 0743, for Discontinuing in Verbal mode, Communicator - Porter, Peggy L, RN
Class: IP Lab Collect                                    Quantity: 1
Lab status: Final result                                 Instance released by: Lock, Judy Lee, NP (auto-released)
                                                         12/1/2017  1:20 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Repeat Order to be cancelled if previous lactate result is < 2 | Yes |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F795274_LACW B_20171201132 100 | Blood | Blood | 17990 12/01/17 1330 |

##### Lactic Acid, Plasma STAT Now and After 3h [838568520]        Resulted: 12/01/17 1346, Result status: Final result

Ordering provider: Lock, Judy Lee, NP 12/01/17 1320      Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/01/17 1346   Collected by: 17990 12/01/17 1330
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate,WB | 1.2 | 0.4 - 2.0 mmol/L | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

##### COMPREHENSIVE METABOLIC PANEL W GFR [838568511] (Final result)

Electronically signed by: **Lock, Judy Lee, NP on 12/01/17 1111**                     Status: **Completed**
Ordering user: Lock, Judy Lee, NP 12/01/17 1111          Ordering provider: Lock, Judy Lee, NP
Authorized by: Lock, Judy Lee, NP                        Ordering mode: Standard
Class: IP Lab Collect                                    Quantity: 1
Lab status: Final result                                 Instance released by: Lock, Judy Lee, NP (auto-released)

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 11 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

## 12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)

### Labs (continued)

12/1/2017 11:11 AM

Scheduling instructions
If you are taking sulfasalazine, you should have your blood drawn immediately before taking your next scheduled dose of medication.

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F790433_CMPG_2017120111110 0 | Serum | Blood | 17286 12/01/17 1245 |

**Comprehensive Metabolic Panel w GFR STAT Once [838568511] (Abnormal)**                    Resulted: 12/01/17 1311, Result status: Final result

Ordering provider: Lock, Judy Lee, NP  12/01/17 1111
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/01/17 1312
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17286 12/01/17 1245

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 132 | 136 - 145 mmol/L | L | SRFAC |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L | — | SRFAC |
| Chloride | 93 | 95 - 111 mmol/L | L | SRFAC |
| CO2 (Bicarbonate) | 33 | 21 - 32 mmol/L | H | SRFAC |
| Anion Gap | 9.6 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 347 | 70 - 99 mg/dL | H | SRFAC |
| Comment:  Note new normal range. | | | | |
| BUN | 11 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.90 | 0.50 - 1.30 mg/dL | — | SRFAC |
| Comment:  IDMS-traceable method | | | | |
| GFR Est-Other | 101 | >60 See Cmnt | — | SRFAC |
| GFR Est-African American | 117 | >60 See Cmnt | — | SRFAC |
| Comment: Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are calculated using the CKD-EPI equation | | | | |
| Calcium | 8.7 | 8.5 - 10.1 mg/dL | — | SRFAC |
| Total Protein | 7.4 | 6.4 - 8.2 g/dL | — | SRFAC |
| Albumin | 2.2 | 3.2 - 4.7 g/dL | L | SRFAC |
| Total Bilirubin | 1.0 | 0.0 - 1.0 mg/dL | — | SRFAC |
| Alkaline Phosphatase | 125 | 26 - 137 U/L | — | SRFAC |
| AST | 16 | 0 - 37 U/L | — | SRFAC |
| ALT | 17 | 0 - 60 U/L | — | SRFAC |
| Comment:  Note new normal range. | | | | |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### LAB COAGULATION

#### PROTHROMBIN TIME/INR [838568512] (Final result)

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 12
of 287



Legal Copy

**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

---

## 12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)

Labs (continued)

| | |
|---|---|
| Electronically signed by: Lock, Judy Lee, NP on 12/01/17 1111 | Status: **Completed** |
| Ordering user: Lock, Judy Lee, NP 12/01/17 1111 | Ordering provider: Lock, Judy Lee, NP |
| Authorized by: Lock, Judy Lee, NP | Ordering mode: Standard |
| Class: IP Lab Collect | Quantity: 1 |
| Lab status: Final result | Instance released by: Lock, Judy Lee, NP (auto-released) |
| | 12/1/2017 11:11 AM |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F790433_PT_20 171201111100 | Plasma | Blood | 17286 12/01/17 1245 |

**Prothrombin Time/INR STAT Once [838568512] (Abnormal)**　　　Resulted: 12/01/17 1309, Result status: Final result

Ordering provider: Lock, Judy Lee, NP 12/01/17 1111　　　Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/01/17 1309　　　Collected by: 17286 12/01/17 1245
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 14.6 | 12.0 - 14.5 sec | H | SRFAC |
| INR | 1.1 | 0.9 - 1.2 | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

## LAB HEMATOLOGY

### CBC WITH AUTOMATED DIFFERENTIAL [838568510] (Final result)

| | |
|---|---|
| Electronically signed by: **Lock, Judy Lee, NP on 12/01/17 1111** | Status: **Completed** |
| Ordering user: Lock, Judy Lee, NP 12/01/17 1111 | Ordering provider: Lock, Judy Lee, NP |
| Authorized by: Lock, Judy Lee, NP | Ordering mode: Standard |
| Class: IP Lab Collect | Quantity: 1 |
| Lab status: Final result | Instance released by: Lock, Judy Lee, NP (auto-released) |
| | 12/1/2017 11:11 AM |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F790433_CBCA _2017120111110 0 | Blood | Blood | 17286 12/01/17 1245 |

**CBC with Automated Differential STAT Once [838568510] (Abnormal)**　　　Resulted: 12/01/17 1302, Result status: Final result

Ordering provider: Lock, Judy Lee, NP 12/01/17 1111　　　Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/01/17 1302　　　Collected by: 17286 12/01/17 1245
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 21.5 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 4.08 | 4.40 - 6.00 M/uL | L | SRFAC |

Case: 19-30088　　Doc# 14238　　Filed: 12/20/23　　Entered: 12/20/23 14:42:51　　Page 13 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

## 12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Hemoglobin | 11.1 | 13.5 - 18.0 g/dL | L | | SRFAC |
| Hematocrit | 32.4 | 40.0 - 52.0 % | L | | SRFAC |
| MCV | 79 | 80 - 100 fL | L | | SRFAC |
| MCH | 27.2 | 27.0 - 33.0 pg | — | | SRFAC |
| MCHC | 34.3 | 31.0 - 36.0 g/dL | — | | SRFAC |
| RDW | 13.3 | ≤16.4 % | — | | SRFAC |
| Platelet Count | 443 | 150 - 400 K/uL | H | | SRFAC |
| Differential Type | Automated | — | — | | SRFAC |
| Neutrophil % | 88 | 49.0 - 74.0 % | H | | SRFAC |
| Lymphocyte % | 6 | 26.0 - 46.0 % | L | | SRFAC |
| Monocyte % | 6 | 2.0 - 12.0 % | — | | SRFAC |
| Eosinophil % | 0 | 0.0 - 5.0 % | — | | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | | SRFAC |
| Abs. Neutrophil | 19.0 | 2.0 - 8.0 K/uL | H | | SRFAC |
| Abs. Lymphocyte | 1.2 | 1.0 - 5.1 K/uL | — | | SRFAC |
| Abs. Monocyte | 1.2 | 0.0 - 0.8 K/uL | H | | SRFAC |
| Abs. Eosinophil | 0.0 | 0.0 - 0.5 K/uL | — | | SRFAC |
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL | — | | SRFAC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

## LAB MICROBIOLOGY

### CULTURE, BLOOD [838568518] (Edited Result - FINAL)

Electronically signed by: **Lock, Judy Lee, NP on 12/01/17 1320**  Status: **Completed**
Ordering user: Lock, Judy Lee, NP 12/01/17 1320          Ordering provider: Lock, Judy Lee, NP
Authorized by: Lock, Judy Lee, NP                        Ordering mode: Standard
Class: IP Lab Collect                                    Quantity: 1
Lab status: Edited Result - FINAL                        Instance released by: Lock, Judy Lee, NP (auto-released)
                                                         12/1/2017 1:20 PM

Order comments: 2Sets/2Sites

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F795269_BC_20 171201132000 | Blood | Other | 17286 12/01/17 1340 |
| Comment: RAC | | | |

Resulted: 12/04/17 0934, Result status: Edited Result - FINAL

### Culture, Blood STAT Q1 Min [838568518] (Abnormal)

Ordering provider: Lock, Judy Lee, NP 12/01/17 1320     Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/04/17 1311   Collected by: 17286 12/01/17 1340
Resulting lab: CPMC PACIFIC LAB
Acknowledged by: Loh, Alicia, RPh on 12/04/17 1311

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | | SRFAC |
| CULTURE | Staphylococc | — | A | MEPAC |

Printed by [S18787] at 1/7/20 11:19 AM                                      Page 14

Legal Copy



| | |
|---|---|
| SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/1/2017, D/C: 12/1/2017 |

**12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)**

Labs (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | cus aureus in both bottles | | | | |
| CULTURE | | – | – | – | – | MEPAC |

Result:
Note
Gram stain called to Jennifer/RN (ED) at 0150 12/02/17 by RT/MN. RB

TTD: 11hrs 05min (anaerobic bottle), 12hrs 05min (aerobic bottle)

Sensitivities

| Organism | Antibiotic | Sensitivity |
|---|---|---|
| Staphylococcus aureus MICROBIOLOGY MIC | Clindamycin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Erythromycin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Gentamicin | <=2 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Oxacillin | 0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Rifampin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Tetracycline | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Trimethoprim/Sulfa | <=1/19 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Vancomycin | 1 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Levofloxacin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Penicillin | Resistant |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

All Reviewers List

Loh, Alicia, RPh on 12/4/2017 7:16 PM
Mitchell, Gina M, RN on 12/4/2017 10:25 AM

CULTURE, BLOOD [838568519] (Final result)

Electronically signed by: **Lock, Judy Lee, NP on 12/01/17 1320**               Status: **Completed**
Ordering user: Lock, Judy Lee, NP 12/01/17 1320          Ordering provider: Lock, Judy Lee, NP
Authorized by: Lock, Judy Lee, NP                        Ordering mode: Standard
Class: IP Lab Collect                                    Quantity: 1
Lab status: Final result                                 Instance released by: Lock, Judy Lee, NP (auto-released)
                                                         12/1/2017 1:20 PM
Order comments: 2Sets/2Sites

Printed by [S18787] at 1/7/20 11:19 AM

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/1/2017, D/C: 12/1/2017

## 12/01/2017 - ED in Santa Rosa Regional Hospital Emergency Department (continued)

Labs (continued)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F795271_BC_20 171201132100 | Blood | Blood | 17990 12/01/17 1330 |

**Culture, Blood STAT Q1 Min [838568519] (Abnormal)**      Resulted: 12/03/17 0925, Result status: Final result

Ordering provider: Lock, Judy Lee, NP 12/01/17 1320     Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/04/17 0857     Collected by: 17990 12/01/17 1330
Resulting lab: CPMC PACIFIC LAB
Acknowledged by: Mitchell, Gina M, RN on 12/04/17 1015

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | — | SRFAC |
| CULTURE | Staphylococcus aureus in both bottles | — | A | MEPAC |
| CULTURE | , Refer to previous culture for susceptibility results | — | — | MEPAC |
| CULTURE | -- | -- | — | MEPAC |

Result:
Note
Gram stain called to Jennifer/RN (ED) at 0150 12/02/17 by RT/MN. RB

TTD: 11HRS 16MIN (aerobic bottle), 11HRS 26MIN (anaerobic bottle).

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 – Present |
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### All Reviewers List

Mitchell, Gina M, RN on 12/4/2017 10:16 AM
Browning, Meghan M, RN on 12/2/2017 5:32 PM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 16 of 287

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites**

**Pertinent Packet Notes**

**Consults**

Yang, Shu-Qing, MD at 12/5/2017 2:40 PM

## INFECTIOUS DISEASES CONSULTATION

Requesting physician/provider: Kenneth Lamb, MD
Primary care physician: William Carroll
Consulting physician: Shu Q Yang, MD
Date of consult: 12/5/2017
Reason for consult: MSSA septic RT knee and rt leg abscess, s/p surgical debridement

**Assessment and Plan:**

**\*MSSA bacteremia, Rt knee infection, abscess and possible nec fas of the rt leg**
12/5--S/P surgical I/D midnight (12/4->12/5). Further debridement per Dr. Ortho.
Intra-op cxs pending. Same abxs for now.
Issues and plans explained to the pt.
Case DW Dr. Lamb

**Current Antimicrobials:**
Cefazolin 12/5-->
Clinda 12/5-->

**Discontinued Antimicrobials:**
Zosyn 12/4
Vanco 12/4
Clinda 12/1

**Microbiology:**
Bcxs 12/4            NGTD
Wd cx (intra-op) 12/4       pending
Bcxs 12/1            MSSA (2:2)
Wd cx 12/4 (3)       NGTD; GS w GPC

**Lines/Catheters/Tubes:**

**History of Present Illness:**
The pt is a pleasant 48 yo male who has DM on diet control. He works as a store manager. The pt denied h/o injury to his legs. He started to notice swelling of the rt leg about two weeks ago. Since then the swelling and pain had worsened progressively. He denied fevers. He had some chills. He started to use crutches to help with walking about a week ago. The pt was seen in the ED on 12/1. He was found to have no fever. But leukocytosis was at 22K. US showed no e/o DVT. The pt received a dose of IV clindamycin and was discharged home with oral abx.

Bcxs obtained on 12/2 turned pos for MSSA in 2/2 sets. The pt was called back to the hospital on 12/4. There is report of improvement of the rt leg. But rt knee swelling worsened. Aspiration of the rt knee in the ED showed blood-tinged and purulent fluid. Dr. Bennett was consulted. Surgical debridement was done right away. Post-operatively the pt was given the diagnosis septic rt knee, abscess of the rt leg and probable necrotizing fasciitis. The

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 17
of 287

**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Pertinent Packet Notes (continued)**

pt has been in the ICU post-op.
Intra-op cxs are pending. He is currently on Ancef and clindamycin.

The pt reports feeling better. He has pain in the rt leg which is under control.

## Past Medical History:

Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Diabetes mellitus (HCC) | | | Provider |
| Diabetic retinopathy (HCC) | | | Provider |
| Sleep apnea | | | Provider |

## Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • HX UVULOPALATOPHARYNGOPLASTY (UPPP) | | |

H/O Uvulopalatopharyngoplasty

## Allergies:

Review of the patient's allergies finds:
Metformin (Severe GI upset)

## Medications other than antimicrobials reviewed:

## Social History/Habits:

Social History
  Marital status: Single       Spouse name:
  Years of education:          Number of children:

Social History Main Topics
  Smoking status: Current Some Day Smoker
    Packs/day: 0.00     Years: 0.00
    Types: Cigars
  Smokeless tobacco: Never Used
  Alcohol use: Yes        1.0 oz/week
    Glasses of wine: 1 per week
  Drug use: No
Social History Narrative
  Cark shoe store manager

Pr reports cig smoking occasionally. He denied alcohol abuse or illicit drug use. He is single and works as a store manager.

Legal Copy


SUTTER SANTA ROSA    Galvez, Enrique
REGIONAL HOSPITAL    MRN: 62050112, DOB: 11/27/1969, Sex: M
30 Mark West Springs Road    Adm: 12/4/2017, D/C: 12/10/2017
SANTA ROSA CA 95403-1436

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

### Family History:
History reviewed. No pertinent family history.

### Review of Systems:
Denied HA. Appetite is poor. Denied cough or SOB. He told me that he was getting tired of answering questions regarding the history of his recent illness.

### Physical Examination:

**OBJECTIVE:**
Temp (24hrs), Avg:98.4 °F (36.9 °C), Min:97.6 °F (36.4 °C), Max:99 °F (37.2 °C)
, BP 124/81 | Pulse 93 | Temp (Src) 98.3 °F (36.8 °C) (Axillary) | Resp 21 | Ht 1.803 m (5' 11") | Wt 79.2 kg (174 lb 9.7 oz) | SpO2 98%

**PHYSICAL EXAM:**

| General | NAD, nontoxic. Looking tired. Cooperative |
|---|---|
| HEENT | NCAT, no scleral icterus/conjunctival injection, EOMI, no thrush |
| Lung | CTA b/l, good air movement |
| Cardiac | Regular rate and rhythm. No murmur |
| Extremities | Rt leg and knee w dsg, two hemovac in place (blood tinged fluid); no edema in the rt foot |
| Abdomen | Soft NT/ND , BS hypoactive |
| Skin | No rash. |
| Neuro | Moves all ext, nonfocal |

**LABS REVIEWED**

**Lab Results**

| Lab | Value | Date/Time |
|---|---|---|
| WBC | 14.8 | 12/05/2017 01:14 AM |
| WBC | 13.9 | 12/04/2017 04:01 PM |
| WBC | 21.5 | 12/01/2017 12:45 PM |
| HGB | 10.8 | 12/05/2017 01:14 AM |
| HCT | 32.6 | 12/05/2017 01:14 AM |
| PLT | 389 | 12/05/2017 01:14 AM |
| NEUTP | 81 | 12/05/2017 01:14 AM |
| EOSP | 0 | 12/05/2017 01:14 AM |

No results found for: CRP,

**Lab Results**

| Lab | Value | Date/Time |
|---|---|---|
| ESR | 87 | 12/05/2017 01:14 AM |

**Lab Results**

| Lab | Value | Date/Time |
|---|---|---|
| GLU | 198 | 12/05/2017 01:14 AM |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 19 of 287

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

| | | |
|---|---|---|
| NA | 137 | 12/05/2017 01:14 AM |
| CL | 98 | 12/05/2017 01:14 AM |
| BUN | 6 | 12/05/2017 01:14 AM |
| CREATININE | 0.71 | 12/05/2017 01:14 AM |
| CA | 7.9 | 12/05/2017 01:14 AM |
| PROT | 7.0 | 12/05/2017 01:14 AM |
| ALB | 1.9 | 12/05/2017 01:14 AM |
| TBILI | 0.7 | 12/05/2017 01:14 AM |
| ALP | 114 | 12/05/2017 01:14 AM |
| AST | 23 | 12/05/2017 01:14 AM |
| ALT | 23 | 12/05/2017 01:14 AM |

**IMAGING STUDIES REVIEWED**

A total of minutes was spent on clinical care unit reviewing history, examining patient, and coordinating care.

Shu Q Yang, MD

Electronically signed by Yang, Shu-Qing, MD at 12/06/17 1036

Bennett, Frederick S, MD at 12/4/2017 10:07 PM

Location: Santa Rosa
PATIENT NAME: Enrique Galvez
MRN: 62050112
Account: 892621519
DOB: 11/27/1969
Visit Start Date: 12/04/2017
Service Date: 12/04/2017
Author: Frederick S Bennett, MD

Consultation

REPORT TITLE: Orthopedic Consultation

HISTORY OF PRESENT ILLNESS: The patient is a 48-year-old male, who had onset of right knee and right posterior medial mid leg pain and swelling 5 days ago. He is in the Emergency Room 3 days ago, was prescribed clindamycin for cellulitis of the leg, improved somewhat. The knee continued to worsen. The patient underwent aspiration of the right knee in the Emergency Room, which yielded fluid with 157,000 white blood cells, 93% polys.

ALLERGIES: Metformin.



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

MEDICATIONS:  None.

PAST MEDICAL HISTORY:  The patient reports that he had diabetes until he lost 90 pounds.  He denies any current medical problems.

REVIEW OF SYSTEMS:  The patient reports that he had a sinus infection a month ago.  He has experienced some chills.  Denies cardiac, pulmonary, gastrointestinal, genitourinary, hematologic, neurologic or psychiatric symptoms.

SOCIAL HISTORY:  The patient lives with roommates in Santa Rosa.  He works as a store manager.  He reports smoking occasional cigarettes.  He denies alcohol consumption.

FAMILY HISTORY:  Noncontributory.

PHYSICAL EXAMINATION:  The patient is pleasant, alert, cognitively intact, in no acute distress.  He has near ideal body weight.  There was a small-to-moderate right knee effusion present, is palpably warm.  There is no erythema around the knee.  The joint was irritable with poor range of motion.  Skin was intact except for needle aspiration mark from today.  There was a 16 x 6 cm area of induration, tenderness and fading erythema over the posteromedial aspect of the leg midway between the ankle and knee, was not grossly fluctuant.  There is no pain to motion of the ankle.  The toes are well perfused with normal color and capillary refill.  Sensation was present on the plantar and dorsal surfaces of the foot.  Compartments in the leg were soft.  There was no thigh swelling, induration, tenderness or discoloration.  There were no apparent other inflamed joints in the shoulder girdles, upper extremities or left lower extremity.

LABORATORY STUDIES:  Demonstrate white blood cell count 13.9, hematocrit 36.6%, platelets 406,000.  Sodium 133, creatinine 0.87, albumin 2.4, INR 1.1.

ASSESSMENT:
1.  Septic arthritis, right knee.
2.  Possible right leg abscess.
3.  Diabetes.
4.  Mild hyponatremia.
5.  Hypoalbuminemia.

PLAN:  Is for arthroscopic versus open debridement, synovectomy of the right knee and needle aspiration and possible debridement of the right leg.  The nature intended surgical procedure and risks were discussed with the patient.  Risks were stated to include but not necessarily be limited to, persistent infection, requiring repeat debridement, damage to nerves or blood vessels, wound healing problems, persistent pain, stiffness, limb weakness, and difficulty ambulating.  The patient agreed to undergo the proposed surgical procedure.

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 21 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

DD: 12/04/2017 20:14:08; DT: 12/04/2017 22:36:35; Job#: 5591576
Doc#IM23098717
Transcriptionist: M/vn

Electronically signed by Bennett, Frederick S, MD at 12/05/17 1733

**Discharge Summary**

Press, Ann Katz, MD at 12/10/2017 11:28 AM



PACIFIC INPATIENT
MEDICAL GROUP

### SUTTER SANTA ROSA REGIONAL HOSPITAL

### HOSPITALIST DISCHARGE SUMMARY
Enrique Galvez IV  62050112

**ADMIT DATE:** 12/4/2017
**DISCHARGE DATE:** Sunday, December 10, 2017

**PMD:** William Carroll
**HOSPITALIST:** Ann Katz Press, MD
**CONSULTANTS:** Dr. Bennett (orthopedic surgery), Dr. Yang (ID)

**DISCHARGE DIAGNOSES:**
**Active Hospital Problems**

| Diagnosis | Date Noted |
|---|---|
| • Sinus tachycardia [R00.0] | 12/09/2017 |
| • Staphylococcal arthritis of right knee (HCC) [M00.061] | 12/05/2017 |
| • Type 2 diabetes mellitus with both eyes affected by retinopathy and macular edema, without long-term current use of insulin (HCC) [E11.311] | 12/05/2017 |
| • S/P excisional debridement [Z98.890] | 12/05/2017 |
|     12.4.17 arthroscopic synovectomy of the R knee and I and D of R leg | |
| • Septic arthritis of knee, right (HCC) [M00.9] | |

**Resolved Hospital Problems**

| Diagnosis | Date Noted | Date Resolved |
|---|---|---|
| • Bacteremia due to Staphylococcus aureus [R78.81] | 12/06/2017 | 12/09/2017 |
| • Abscess of right lower leg [L02.415] | 12/05/2017 | 12/09/2017 |
| • Necrotizing fasciitis (HCC) [M72.6] | 12/05/2017 | 12/09/2017 |
| • Septicemia (HCC) [A41.9] | 12/04/2017 | 12/09/2017 |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 22 of 287

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

## HOSPITAL COURSE:

Enrique Galvez IV was admitted to the hospital for treatment of Staphylococcal arthritis of right knee (HCC). Hospitalization outlined by problem list below.

**# MSSA bacteremia and septic R knee and R leg abscess:** s/p I&D w washout 12/4 PM. Intraop wound cultures growing MSSA. 4/4 BCx from 12/1 + for MSSA. 1/4 BCx from 12/4 positive for MSSA. Repeat BCx 12/6 negative. While inpatient, was on both clinda/ancef per ID, but after discharge will be on ancef alone. "It is the plan to treat w IV abx for 6 wks if pt continues doing well and no new infection. Anticipated end date Jan 15, 2018." TTE 12/6 wnl.

**# DM2, poorly controlled:** Pt self-discontinued his glipizide after weight loss, and has been intolerant of metformin in the past. A1c here 10.3%, indicating long-term poor control. Restarted glipizide, with improved control, but will need close follow-up with PCP within 1-2 weeks. Diabetes testing supplies reordered to pt's pharmacy (pt lost his in the fire).

**# sinus tachycardia:** HR here consistently 90s-100s. May be related to pain, acute issues, so no Bblocker started. TSH wnl. PCP will need to recheck at future appointments and address if persists.

## PROCEDURES:
12/4/17:
1. Arthroscopic debridement and 3 compartment synovectomy, right knee.
2. Debridement of right leg.

## OPAT ORDERS:
1. Dx: MSSA bacteremia, septic rt knee and rt leg abscess
2. Ancef 2 g IV q8h; pharmacy pls adjust dosage w renal function
3. Lactobacillus one tab PO Tid
4. Anticipated end date Jan 15, 2018
5. Labs qMonday: CBC w diff, CMP, CRP
6. Fax results to DR. William Carrol; Dr. Fred Bennett and copy to DR. Shu Yang 595-5290
7. Line care per protocol
8. Remove PICC/central line when IV abx therapy is completed

## LABWORK REVIEWED INCLUDE:

### Recent Labs

| Lab | 12/10/17 0435 | 12/09/17 0510 | 12/08/17 0434 |
|-----|------|------|------|
| WBC | 17.8 H | 18.5 H | 20.9 H |
| HGB | 9.9 L | 10.8 L | 10.4 L |
| HCT | 29.8 L | 32.1 L | 30.6 L |
| PLT | 650 H | 641 H | 603 H |

No results for input(s): PT, INR in the last 72 hours.

### Recent Labs

| Lab | 12/10/17 | 12/09/17 | 12/08/17 | 12/08/17 | 12/07/17 |
|-----|----------|----------|----------|----------|----------|

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 23 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

|  | 0435 | 0510 | 1510 | 0434 | 1925 |
|---|---|---|---|---|---|
| NA | 135 L | 134 L | -- | 136 | -- |
| K | 4.2 | 4.0 | 4.4 | 3.8 | 4.2 |
| CL | 98 | 97 | -- | 98 | -- |
| CO2 | 29 | 28 | -- | 29 | -- |
| CA | 9.3 | 9.5 | -- | 9.0 | -- |
| BUN | 12 | 8 | -- | 7 | -- |
| CREATININE | 0.77 | 0.73 | -- | 0.73 | -- |
| GLU | 98 | 89 | -- | 86 | -- |

No results for input(s): TBILI, AST, ALT, ALP, ALB in the last 72 hours.
No results for input(s): TROPI, CK, CKMB, CKMBP in the last 72 hours.

**Recent Labs**

| Lab | 12/10/17 0824 | 12/09/17 2112 | 12/09/17 1720 | 12/09/17 1404 | 12/09/17 0838 |
|---|---|---|---|---|---|
| GLUCAP | 125 H | 192 H | 177 H | 189 H | 99 |

**Lab Results**

| Lab | Value | Date/Time |
|---|---|---|
| MG | 2.1 | 12/06/2017 05:48 AM |
| MG | 1.8 | 12/05/2017 01:14 AM |

No results found for: BNP
No components found for: A1C

**Recent Labs**

| Lab | 12/09/17 0510 | 12/08/17 0434 |
|---|---|---|
| CRP | 137.0 H | 160.0 H |

**TSH (uIU/mL)**

| Date | Value |
|---|---|
| 12/05/2017 | 1.34 |
| ---------- | |

**A1CP (%)**

| Date | Value |
|---|---|
| 12/05/2017 | 10.3 (H) |
| ---------- | |

**Microbiology:**

Microbiology Results (1 week)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Culture, Blood Routine Q15 Min [839734781]** | | | | Collected: 12/06/17 1325 |
| Order Status: Completed | | Specimen: Blood from Other | | Updated: 12/10/17 0705 |
| **Special** | | None | | |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 24 of 287

Legal Copy
 **Sutter Health**

SUTTER SANTA ROSA          Galvez, Enrique
REGIONAL HOSPITAL          MRN: 62050112, DOB: 11/27/1969, Sex: M
30 Mark West Springs Road  Adm: 12/4/2017, D/C: 12/10/2017
SANTA ROSA CA 95403-1436

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Requests | | | |
| | CULTURE | No growth 4 days | | |
| **Culture, Blood Routine Q15 Min [839734782]** | | | | Collected: 12/06/17 1315 |
| Order Status: Completed | | Specimen: Blood from Other | | Updated: 12/10/17 0705 |
| | Special Requests | None | | |
| | CULTURE | No growth 4 days | | |
| **Culture, Blood STAT Q1 Min [839579476] (Abnormal)** | | | | Collected: 12/04/17 1610 |
| Order Status: Completed | | Specimen: Blood from Other | | Updated: 12/09/17 0805 |
| | Special Requests | None | | |
| | CULTURE | Staphylococcus aureus in the aerobic bottle , Refer to previous culture for susceptibility results (A) Note PREVIOUSLY CALLED TTD 02:22:55 AEROBIC BOTTLE | | |
| **Culture, Body Fluid, Aer & Anaer w/ Smea STAT Once [839579495] (Abnormal) (Susceptibility)** | | | | Collected: 12/04/17 1700 |
| Order Status: Completed | | Specimen: Fluid-Joint from Other | | Updated: 12/08/17 1249 |
| | Special Requests | None | | |
| | GRAM STAIN | Moderate WBCs Few Gram Positive Cocci (A) | | |
| | CULTURE | 2+ Staphylococcus aureus (A) No Anaerobes isolated Note Results called and faxed to Nicole at Sutter Santa Rosa 9:05am 12/6/17 //ff | | |
| **Culture, Blood STAT Q1 Min [839579475] (Abnormal) (Susceptibility)** | | | | Collected: 12/04/17 1601 |
| Order Status: Completed | Special Requests | Specimen: Blood from Other None | | Updated: 12/08/17 0738 |
| | CULTURE | Staphylococcus aureus in the aerobic bottle (A) Note TTD 01;15:53 AEROBIC | | |
| | | CALLED TO AND READBACK BY STEVE AT 1012/AR | | |
| **Culture, Body Fluid, Aer & Anaer w/ Smea [839694076] (Abnormal)** | | | | Collected: 12/04/17 2046 |
| Order Status: Completed | | Specimen: Surgical Site from Other | | Updated: 12/07/17 1207 |
| | Special Requests | GEL SWAB RECD | | |
| | GRAM STAIN | Many WBCs | | |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 25 of 287

 **Sutter Health**

| | SUTTER SANTA ROSA REGIONAL HOSPITAL | Galvez, Enrique |
|---|---|---|
| | 30 Mark West Springs Road | MRN: 62050112, DOB: 11/27/1969, Sex: M |
| | SANTA ROSA CA 95403-1436 | Adm: 12/4/2017, D/C: 12/10/2017 |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | | Many RBCs | | |
| | | Moderate Gram Positive Cocci (A) | | |
| | | Note Results called and faxed to Nicole at Sutter Santa Rosa 11:50am 12/05/17 //ff | | |
| | CULTURE | 1+ Staphylococcus aureus , Refer to previous culture for susceptibility results (A) | | |
| | | No Anaerobes isolated | | |

**Culture, Body Fluid, Aer & Anaer w/ Smea STAT Once [839694056] (Abnormal) (Susceptibility)**      Collected: 12/04/17 2140

Order Status: Completed    Specimen: Surgical Site from Other    Updated: 12/07/17 1206

| | Special Requests | GEL SWAB RECD | | |
|---|---|---|---|---|
| | GRAM STAIN | Moderate WBCs | | |
| | | Many RBCs | | |
| | | Moderate Gram Positive Cocci (A) | | |
| | | Note Results called and faxed to Nicole at Sutter Santa Rosa 11:50am 12/05/2017 //ff | | |
| | CULTURE | 2+ Staphylococcus aureus (A) | | |
| | | No Anaerobes isolated | | |

**Culture, MRSA Screen Routine Once [839734738]**      Collected: 12/05/17 0035

Order Status: Completed    Specimen: Nares from Nares    Updated: 12/06/17 1238

| | Special Requests | None | | |
|---|---|---|---|---|
| | CULTURE | No methicillin (oxacillin) resistant Staph aureus isolated | | |

**Gram Stain STAT Once [839579504]**      Collected: 12/04/17 1700

Order Status: Completed    Specimen: Synovial fluid from Synovial Fluid    Updated: 12/04/17 2058

| | Special Requests | None | | |
|---|---|---|---|---|
| | GRAM STAIN | Many WBCs | | |
| | | Few Gram Positive Cocci in clusters | | |

**Urinalysis & Cult if Indicated STAT Once [839579477] (Abnormal)**      Collected: 12/04/17 1730

Order Status: Completed    Specimen: Urine from Clean Catch Urine    Updated: 12/04/17 1757

| | Urine Color | Yellow | | |
|---|---|---|---|---|
| | Urine Appearance | Clear | | |
| | Urine Specific Gravity | 1.010 | | |
| | Urine pH | 8.0 (H) | | |
| | Urine Leukocyte Esterase | Neg | | |
| | Urine Nitrites | Neg | | |
| | Urine Protein | Trace (A) | | |
| | Urine Glucose | 500 (A) | | |
| | Urine Ketones | Neg | | |

 **Sutter Health**

| | | |
|---|---|---|
| | SUTTER SANTA ROSA | Galvez, Enrique |
| | REGIONAL HOSPITAL | MRN: 62050112, DOB: 11/27/1969, Sex: M |
| | 30 Mark West Springs Road | Adm: 12/4/2017, D/C: 12/10/2017 |
| | SANTA ROSA CA 95403-1436 | |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Urine Urobilinogen | 1.0 | EU/dL | |
| | Urine Bilirubin | Neg | | |
| | Urine Blood | Neg | | |

**Imaging:**
Xr Chest 2 Views Pa Lateral

Result Date: 12/4/2017
COMPARISON: None. INDICATIONS: SIRS FINDINGS: CARDIAC SILHOUETTE: Normal. PULMONARY VASCULATURE: Normal. LUNGS: Normal. PLEURA: Normal. MEDIASTINUM/HILA: Normal. BONES: Normal. EXTRINSIC LINES/HARDWARE: None. OTHER: None. CONCLUSION: Negative acute. Interpreted by: Scott Booth 12/4/2017 3:53 PM Signed by: Scott Booth 12/4/2017 3:53 PM

Xr Knee 3 Views Right

Result Date: 12/4/2017
COMPARISON: None. INDICATIONS: Pain FINDINGS: BONES: Normal. JOINTS: Normal. SOFT TISSUES: Vascular calcifications. OTHER: None. CONCLUSION: Negative acute. Interpreted by: Scott Booth 12/4/2017 3:53 PM Signed by: Scott Booth 12/4/2017 3:53 PM

Nivl Venous Duplex Lower Extremity Right

Result Date: 12/1/2017
COMPARISON: None. INDICATIONS: Lower Extremity Swelling TECHNIQUE: Real-time sonographic examination was performed of the venous system in the relevant area of interest. Color duplex Doppler was done. FINDINGS: POPLITEAL: Normal compressibility, augmentation and flow without intraluminal filling defect. SUPERFICIAL FEMORAL: Normal compressibility, augmentation and flow without intraluminal filling defect. COMMON FEMORAL: Normal compressibility, augmentation and flow without intraluminal filling defect. OTHER: There is subcutaneous edema of the calf. Visualized calf veins appear normal. CONCLUSION: No evidence of deep venous thrombosis in the right lower extremity. Interpreted by: Linda Casey 12/1/2017 12:44 PM Signed by: Linda Casey 12/1/2017 12:45 PM

**Echo:**
Transthoracic Echo Complete With Doppler

Result Date: 12/6/2017
Transthoracic Echocardiography Report (TTE) Demographics Patient Name GALVEZ ENRIQUE IV Gender Male Patient Number 62050112 Room Number 2520 Accession Number SRK17003244802 Date of Study 12/05/2017 Date of Birth 11/27/1969 Referring Physician LAMB KENNETH C MD Age 48 year(s) Ordering Physician Cardiology Fellow Nurse Performing Physician Sonographer MCNULTY BERNARD Interpreting HUNTER JOHN MD Physician Conclusions Summary Technically difficult study. Based on views available, within normal limits. Signature ------------------------------------------------- Electronically signed by HUNTER JOHN MD (Interpreting physician) on 12/06/2017 at 07:34 PM ----------------------------------------------- Procedure Type of Study TTE procedure:TRANSTHORACIC ECHO COMPLETE WITH DOPPLER. Procedure Date Date: 12/05/2017 Start: 07:40

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 27 of 287



SUTTER SANTA ROSA                    Galvez, Enrique
REGIONAL HOSPITAL                    MRN: 62050112, DOB: 11/27/1969, Sex: M
30 Mark West Springs Road            Adm: 12/4/2017, D/C: 12/10/2017
SANTA ROSA CA 95403-1436

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

**Pertinent Packet Notes (continued)**

AM Admission Status: Inpatient Study Location: Portable Technical Quality: Limited visualization due to body habitus. Indications:Sepsis. Patient Status: Inpatient Height: 71 inches Weight: 86 pounds BSA: 1.47 m^2 BMI: 11.99 kg/m^2 Rhythm: Normal Sinus Rhythm HR: 90 bpm BP: 127/86 mmHg Findings Left Ventricle The left ventricle is normal in size. Global and regional LV systolic function are normal (LVEF est 60%). Right Ventricle Right ventricular diastolic volume, wall thickness, and systolic function are normal. Left Atrium The LA volume index is normal (17 ml/m2). Right Atrium/IVC/SVC The right atrial volume is normal. The IVC is normal in diameter with greater than 50% respiratory variation. Aortic Valve The aortic valve is trileaflet. There is no evidence of aortic stenosis. There is no evidence of aortic regurgitation. Mitral Valve The mitral leaflets appear normal. There is no mitral valve stenosis. There is trace mitral regurgitation. Tricuspid Valve The tricuspid valve leaflets are morphologically normal. There is no tricuspid stenosis. There is trace tricuspid valve regurgitation. Doppler envelope is incomplete. Pulmonic Valve The pulmonic valve appears normal. There is no pulmonic regurgitation. Miscellaneous The aortic root appears normal. The main pulmonary artery appears normal. Pericardial Effusion There is no evidence of pericardial effusion. Pleural Effusion There is no evidence of a pleural effusion. Structures/M-Mode Measurements Left Ventricular Structure LVIDd: 2.91 cm  LVIDs: 2.12 cm                 Area Systolic: 19 cm^2  IVSDd: 0.96 cm                 Area Diastolic: 32.3 cm^2 LVPWd: 0.9 cm  LV Length: 8.81 cm          LV ES Volume: 42 ml  LV ED Volume: 96 ml LV ESV Index: 29 ml/m^2  LV EDV Index: 65 ml/m^2  EF Estimated: 60 %  Left Ventricular Function  LVEF Calculated: 56.3 %          FS: 27.2 %  E' Lateral Velocity: 14.6 cm/s          E' Medial Velocity: 8.7 cm/s  E/A Ratio: 0.89 E/Lat e':5.8  MV Decel Time: 187 msec          Pulm vein diastolic velocity: 34.6  Pulm vein systolic velocity: 39.4 cm/s  cm/s                       Cardiac index (CI): 3.63 l/min*m^2  Cardiac output: 5.34 l/min  Right Ventricle Diastolic Dimension: 3.14 cm  RVOT VTI: 14.1 cm  Left Atrium  LA Dimension: 2.8 cm          LA Area: 12.1 cm^2 LA/Aorta: 0.85  LA Volume/Index: 27 ml /18 m^2  Hemodynamics          Cardiac output: 5.34 l/min          Cardiac index (CI): 3.63 l/min*m^2 Great vessels/Other Aorta Aortic Root: 3.3 cm Pulmonary Vein: Valves/Doppler Measurements Aortic Valve  Peak Velocity: 113 cm/s          Mean Gradient: 3.1 mmHg  Peak Gradient: 5.11 mmHg  Area (continuity): 2.89 cm^2  AV VTI: 20.5 cm  LVOT  Peak Velocity: 97.8 cm/s Mean Gradient: 2.1 mmHg  Peak Gradient: 4 mmHg LVOT VTI: 18.9 cm  LVOT Diameter: 2 cm  Mitral Valve  Peak E-Wave: 84.5 cm/s Peak A-Wave: 95 cm/s Peak Gradient: 2.86 mmHg


**Pathology:**
Pathology Results (Last 1 weeks)
    ** No results found for the last 168 hours. **



**DISCHARGE MEDICATIONS:**


  **Medication List**

**START taking these medications**
**blood glucose monitoring system** w/Device Kit
Test twice daily, before breakfast and dinner.

---

**blood glucose test strips** Strips
Commonly known as:  ONE TOUCH ULTRA TEST
Use as directed.

---

**ceFAZolin** Inj
Commonly known as:  ANCEF, KEFZOL

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

2,000 mg by Intravenous route every 8 hours

**famotidine** 20mg Tab
Commonly known as: PEPCID
Take 1 Tab by mouth twice daily WHILE ON HIGH-DOSE IBUPROFEN to protect your stomach

**gliPIZide** 10mg Tab
Commonly known as: GLUCOTROL
Take 1 Tab by mouth twice daily 30 minutes before breakfast and dinner

**HYDROcodone/acetaminophen** 10mg/325mg Tab
Commonly known as: NORCO 10
Take 1-2 Tabs by mouth every 4 hours as needed for Pain
Replaces: **HYDROcodone/acetaminophen 5mg/325mg Tab**

**lactobacillus** Cap
Take 1 Cap by mouth twice daily While on antibiotics, and for an additional week thereafter

**ONE TOUCH ULTRASOFT LANCETS**
Check glucose twice daily.

**CHANGE how you take these medications**
**ibuprofen** 600mg Tab
Commonly known as: MOTRIN
Take 1 Tab by mouth three times daily with food
What changed:
- **medication strength**
- **when to take this**
- **reasons to take this**

**STOP taking these medications**
**clindamycin** 300mg Cap
Commonly known as: CLEOCIN

**HYDROcodone/acetaminophen** 5mg/325mg Tab
Commonly known as: NORCO 5
Replaced by: **HYDROcodone/acetaminophen 10mg/325mg Tab**

**Where to Get Your Medications**

These medications were sent to CVS/pharmacy
**#9948 - Santa Rosa, CA - 2700 Yulupa Ave**
  Phone: 707-545-7500

2700 Yulupa Ave, Santa Rosa CA
95405

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 29 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

- blood glucose monitoring system w/Device Kit
- blood glucose test strips Strips
- famotidine 20mg Tab
- gliPIZide 10mg Tab
- HYDROcodone/acetaminophen 10mg/325mg Tab
- ibuprofen 600mg Tab
- lactobacillus Cap
- ONE TOUCH ULTRASOFT LANCETS

You can get these medications from any pharmacy
  Bring a paper prescription for each of these medications
- ceFAZolin Inj

**Review of the patient's allergies finds:**
Metformin (Severe GI upset)

**IMMUNIZATIONS:**
There is no immunization history for the selected administration types on file for this patient.

**PHYSICAL EXAM:**
BP 130/75 | Pulse 107 | Temp (Src) 98.2 °F (36.8 °C) (Oral) | Resp 20 | Ht 1.803 m (5' 11") | Wt 79.2 kg (174 lb 9.7 oz)
| SpO2 99%
General: No acute distress.
Heart: tachycardic but regular; no murmurs
Lungs: No resp distress.  Lungs clear to auscultation bilaterally
Abdomen: Soft, nontender, nondistended.
Extremities: No LE edema

**DISPOSITION:home with home health**
**ACTIVITY:** NWB RLE (crutches). Work excuse letter provided for the first 2 weeks after discharge. PCP or Dr. Bennett
to provide work excuse documentation thereafter.
**DIET:** Juven Orange - Supplement Lunch-Dinner; Nursing can replace this supplement order using contingency order
mode to change the flavor of the supplement after ensuring no allergic contraindications; Supplement Quantity: 1
Diet Regular; Carbohydrate Control - 60 g/meal (standard)

**CODE STATUS** FULL
**DISCHARGE WEIGHT:** Wt Readings from Last 1 Encounters:
12/05/17 : 79.2 kg (174 lb 9.7 oz)

**DISCHARGE CONDITION:** Stable

**FOLLOW-UP INSTRUCTIONS:**
Follow-up with these providers

**Bennett, Frederick S, MD**
  Specialty:  Orthopedic Surgery

1405 MONTGOMERY DR
SANTA ROSA CA 95405-4557
Phone:  707-546-1922

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

**Pertinent Packet Notes (continued)**

Patient Directions: Schedule an appointment as soon as possible for a visit in 1 week(s)
**Carroll, William, MD**
   Specialty: Internal Medicine
   Relationship: PCP - General

3536 MENDOCINO AVE
SANTA ROSA CA 95403
Phone: 707-546-2180

Patient Directions: Schedule an appointment as soon as possible for a visit in 10 day(s)
Instructions: To discuss your diabetes, to check your heart rate, and to help with providing documentation for sick leave from work. Bring a log of your blood sugars from home.

Greater than 30 min were used to facilitate and organize this discharge including evaluation, examination, and addressing discharge related questions the patient (and family) had.

Electronically signed by:

Ann Katz Press, MD
Hospitalist

*Note: Portions of this report may have been transcribed using voice recognition software. Every effort was made to ensure accuracy; however, inadvertent computerized transcription errors may be present.*

Electronically signed by Press, Ann Katz, MD at 12/10/17 1244

**ED Provider Notes**

**O'Connell, Dennis E, PA at 12/4/2017  5:43 PM**

Procedure Orders
1. Arthrocentesis [839579506] ordered by O'Connell, Dennis E, PA at 12/04/17 1759

Dr. Miranda was the supervising physician for the Resident, Physician Assistant or Nurse Practitioner for this patient encounter.

**Arrival Date/Time:** 12/4/17 1353

**Roomed Date/Time:** 12/4/2017 1404

The Decision to Admit was made at: 12/04/17 1824

**EMERGENCY DEPARTMENT NOTE**
**PCP:** No primary care provider on file.

**HISTORY:**
**CHIEF COMPLAINT:**
Patient presents with:
Follow up: Pt seen on 12/1 and diagnosed cellulitis of right leg. Pt currently taking Clindamycin. States swelling and

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 31 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

pain persist.

## HISTORY:
Infection of right lower extremity
48-year-old male returns emergency Department due to positive blood cultures which were drawn at his last visit here on 12/1/ 2017. The patient was treated for cellulitis of the right leg and prescribed clindamycin. Both blood cultures grew staph aureus so the patient was called today and has returned. He complains of pain in the right knee and right leg for about one week. Pain is worse with bending and straightening his knee and he is unable to walk due to the pain. He is using crutches. He reports some improvement with Norco and clindamycin. He reports continued malaise and chills in the morning. Patient reports a past history of diabetes which improved with weight loss and is not currently taking medication. He denies previous right knee surgery. He denies recent wound or knee injury. He denies injection drug use. Patient works as a retail store manager. He has been missing work due to his current condition.

Patient is a 48 year old male. The history is provided by the patient and medical records. Patient presents with:

## ROS:
Review of Systems
Constitutional: Positive for chills. Negative for fever.
HENT: Negative for congestion and sore throat.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Positive for leg swelling. Negative for chest pain.
Gastrointestinal: Negative for diarrhea and vomiting.
Endocrine: Negative for polyuria.
Genitourinary: Negative for difficulty urinating and dysuria.
Musculoskeletal: Positive for back pain.
Skin: Positive for color change. Negative for wound.
Neurological: Negative for numbness.
Psychiatric/Behavioral: Negative for confusion.
All other systems reviewed and are negative.

## ACTIVE PROBLEM LIST:
Patient Active Problem List:
  Septicemia (HCC)

## PAST MEDICAL HISTORY:
Medical History

  No past medical history on file.

## PAST SURGICAL HISTORY:
No past surgical history on file.

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 32
of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

**Pertinent Packet Notes (continued)**

### NEGATIVE PAST HISTORY
No past medical history pertinent negatives.
No past surgical history pertinent negatives on file.

### MEDICATION:

Outpatient Prescriptions Marked as Taking for the 12/4/17 encounter (Hospital Encounter):
- clindamycin (CLEOCIN) 300mg Cap, Take 1 Cap by mouth four times daily for 10 days
- HYDROcodone/acetaminophen (NORCO 5) 5mg/325mg Tab, Take 1 Tab by mouth every 6 hours as needed
- IBUPROFEN PO, Take 600 mg by mouth

### ALLERGIES:
Review of the patient's allergies finds:
Metformin

### SOCIAL HISTORY:
Social History

Socioeconomic
  Marital Status: Single

### FAMILY HISTORY:
No family history on file.

### PHYSICAL EXAM:
ED Triage Vitals [12/04/17 1400]
BP: 124/75
Pulse: 119
Heart Rate (monitor): n/a
Respiratory Rate: 16
Temp: 37.6 °C (99.6 °F)
Temp Source: Oral
Weight: 72.6 kg (160 lb 0.9 oz)
Height: n/a
SpO2: 98 %
O2 Device: room air
Flow (L/min): n/a

**Pulse Ox/SpO2:** on room air is adequate

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. He appears ill. He appears distressed **(Mild-to-moderate painful).**
HENT:
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae are normal. No scleral icterus.
Neck: Neck supple.

Printed by [S18787] at 1/7/20 11:19 AM


Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

Cardiovascular: Tachycardia present.
No murmur heard.
Pulses:
    Dorsalis pedis pulses are 2+ on the right side.
    Posterior tibial pulses are 2+ on the right side.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abd/GI: Soft. Bowel sounds are normal. He exhibits no distension. There is no tenderness.
Musculoskeletal:
    Right shoulder: He exhibits decreased range of motion, tenderness and swelling.
Neurological: He is alert and oriented to person, place, and time. He has normal strength. No sensory deficit.
Skin: There is erythema.
**Faint erythema and tenderness posterior upper leg, without abscess**


## ED COURSE/MDM
## ED MEDICATIONS ADMINISTERED:

ED Medication Administration from 12/04/2017 1353 to 12/04/2017 1848

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 12/04/2017 1606 | NaCl 0.9% (FOR BOLUS ONLY) IV Soln | 1,000 mL | Intraven ous | New Bag/Syringe | Stipanov, L |
| 12/04/2017 1530 | lidocaine PF (XYLOCAINE MPF) 1% Inj 100 mg | 100 mg | Infiltratio n | Given By Other | Frost, J |
| 12/04/2017 1630 | HYDROmorphone (DILAUDID) Inj 0.5 mg | 0.5 mg | Intraven ous | Given | Frost, J |
| 12/04/2017 1730 | HYDROmorphone (DILAUDID) Inj 0.5 mg | 0 mg | Intraven ous | Dose Held | Frost, J |
| 12/04/2017 1822 | vancomycin 1,500mg in 0.9% NaCl 500mL IVPB (premix) | 1,500 mg | Intraven ous | New Bag/Syringe | Frost, J |
| 12/04/2017 1807 | piperacillin/tazobactam (ZOSYN) 4.5g in 0.9% NaCl 100mL IVPB (minibag) | 4.5 g | Intraven ous | New Bag/Syringe | Frost, J |
| 12/04/2017 1822 | piperacillin/tazobactam (ZOSYN) 4.5g in 0.9% NaCl 100mL IVPB (minibag) | 0 g | Intraven ous | Stopped - Completed | Frost, J |
| 12/04/2017 1821 | HYDROcodone/acetaminophen (NORCO 5) 5mg/325mg 1 Tab | 1 Tab | Oral | Given | Frost, J |


## ED PROVIDER INTERPRETATION OF DATA (RAD,EKG,LAB):
EKG Interpretation:
Radiology Interpretation:
Lab Interpretation:
See below


## PROCEDURES:
### Arthrocentesis
Date/Time: **12/4/2017 5:59 PM**
Procedure Consent: Verbal consent for procedure obtained.
Risks and benefits: risks, benefits and alternatives were discussed
Consent given by: **patient**


Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 34 of 287

Legal Copy

**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

---

**Pertinent Packet Notes (continued)**

Indications: **possible septic joint**
Body area: knee
Joint: right knee
Anesthesia: **local infiltration** (Betadine prep)

Anesthesia:
Local Anesthetic: **lidocaine 1% without epinephrine**
Preparation: **Patient was prepped and draped in the usual sterile fashion**.
Needle size: **18**
Approach: **lateral**
Aspirate: **blood-tinged and purulent**
Aspirate amount: **15 mL**
Patient tolerance: **Patient tolerated the procedure well with no immediate complications**

**ED COURSE:**
 stable

**MDM:**
**MDM**
Number of Diagnoses or Management Options
Septic arthritis of knee, right (HCC):
Septicemia (HCC):
Diagnosis management comments: The patient is admitted for further evaluation and treatment of septicemia, probably secondary to septic right knee.

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed
Tests in the radiology section of CPT®: ordered and reviewed
Discuss the patient with other providers: yes **(I discussed patient with supervising physician who also examined patient.**
**I consulted hospitalist Dr. Altaf who accepts patient for admission.**
**I consulted orthopedist, Dr. Bennet who will evaluate patient**
**)**
Independent visualization of images, tracings, or specimens: yes **(EKG Interpretation:**
**Time: 1555**
**Rate: 102**
**Rhythm: sinus tachycardia**
**PR/QRS/QT intervals: wnl**
**ST segment deviation: no st elevation or depression**

**Contemporary interpretation by ED physician.**

**no old EKG is available for comparison**
**)**

Patient Progress

Printed by [S18787] at 1/7/20 11:19 AM

Page 35

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

Patient progress: stable **(Patient was treated with IV fluids, Dilaudid, Norco Zosyn, vancomycin. He had improvement in pain and tachycardia.)**

## DIAGNOSIS AND DISPOSITION:
**ED DIAGNOSIS:**
Final diagnoses:
[A41.9] Septicemia (HCC)
[M00.9] Septic arthritis of knee, right (HCC)

**DECISION TO ADMIT TIME (if admitted):**
1815

**DISPOSITION:**
Admit to hospital

**DISCHARGE PRESCRIPTIONS:**
Discharge Prescriptions
No new prescriptions.

## DIAGNOSTIC REPORTS:

**Results for orders placed or performed during the hospital encounter of 12/04/17**
**-XR CHEST 2 VIEWS PA LATERAL**

**Narrative**
COMPARISON: None.

INDICATIONS:     SIRS

FINDINGS:

CARDIAC SILHOUETTE:     Normal.

PULMONARY VASCULATURE:     Normal.

LUNGS:     Normal.

PLEURA:     Normal.

MEDIASTINUM/HILA:     Normal.

BONES:     Normal.

EXTRINSIC LINES/HARDWARE:     None.

OTHER:     None.

Printed by [S18787] at 1/7/20 11:19 AM

Page 36

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

CONCLUSION:        Negative acute.

Interpreted by: Scott Booth      12/4/2017 3:53 PM
Signed by: Scott Booth      12/4/2017 3:53 PM

**-XR KNEE 3 VIEWS RIGHT**

**Narrative**
COMPARISON:  None.

INDICATIONS:      Pain

FINDINGS:

BONES:  Normal.

JOINTS:  Normal.

SOFT TISSUES:  Vascular calcifications.

OTHER:  None.

CONCLUSION:  Negative acute.

Interpreted by: Scott Booth      12/4/2017 3:53 PM
Signed by: Scott Booth      12/4/2017 3:53 PM

**-EKG**

| Result | Value | Ref Range |
|---|---|---|
| Ventricular Rate | 102 | BPM |
| Atrial Rate | 102 | BPM |
| P-R Interval | 128 | ms |
| QRS Duration | 88 | ms |
| Q-T Interval | 350 | ms |
| QTC Calculation(Bezet) | 456 | ms |
| P Axis | 4 | degrees |
| R Axis | 48 | degrees |
| T Axis | 22 | degrees |
| Diagnosis | Sinus tachycardia | |
| Diagnosis | Otherwise normal ECG | |
| Diagnosis | No previous ECGs available | |

**-COMPREHENSIVE METABOLIC PANEL W GFR**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 133 (L) | 136 - 145 mmol/L |
| Potassium | 3.2 (L) | 3.5 - 5.1 mmol/L |

Printed by [S18787] at 1/7/20 11:19 AM

Page 37

Legal Copy
 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

### Pertinent Packet Notes (continued)

| | | |
|---|---|---|
| Chloride | 91 (L) | 95 - 111 mmol/L |
| CO2 (Bicarbonate) | 33 (H) | 21 - 32 mmol/L |
| Anion Gap | 12.2 | 6 - 16 mmol/L |
| Glucose | 254 (H) | 70 - 99 mg/dL |
| BUN | 9 | 0 - 18 mg/dL |
| Creatinine | 0.87 | 0.50 - 1.30 mg/dL |
| GFR Est-Other | 102 | >60 See Cmnt |
| GFR Est-African American | 118 | >60 See Cmnt |
| Calcium | 9.2 | 8.5 - 10.1 mg/dL |
| Total Protein | 8.4 (H) | 6.4 - 8.2 g/dL |
| Albumin | 2.4 (L) | 3.2 - 4.7 g/dL |
| Total Bilirubin | 0.9 | 0.0 - 1.0 mg/dL |
| Alkaline Phosphatase | 139 (H) | 26 - 137 U/L |
| AST | 25 | 0 - 37 U/L |
| ALT | 27 | 0 - 60 U/L |

**-LACTIC ACID, PLASMA**

| Result | Value | Ref Range |
|---|---|---|
| Lactate,WB | 1.1 | 0.4 - 2.0 mmol/L |

**-CBC WITH AUTOMATED DIFFERENTIAL**

| Result | Value | Ref Range |
|---|---|---|
| White Blood Cell Count | 13.9 (H) | 4.0 - 11.0 K/uL |
| Red Blood Cell Count | 4.60 | 4.40 - 6.00 M/uL |
| Hemoglobin | 12.5 (L) | 13.5 - 18.0 g/dL |
| Hematocrit | 36.6 (L) | 40.0 - 52.0 % |
| MCV | 80 | 80 - 100 fL |
| MCH | 27.2 | 27.0 - 33.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| RDW | 13.1 | <16.4 % |
| Platelet Count | 406 (H) | 150 - 400 K/uL |
| Differential Type | Automated | |
| Neutrophil % | 80 (H) | 49.0 - 74.0 % |
| Lymphocyte % | 11 (L) | 26.0 - 46.0 % |
| Monocyte % | 9 | 2.0 - 12.0 % |
| Eosinophil % | 0 | 0.0 - 5.0 % |
| Basophil % | 0 | 0.0 - 2.0 % |
| Abs. Neutrophil | 11.0 (H) | 2.0 - 8.0 K/uL |
| Abs. Lymphocyte | 1.5 | 1.0 - 5.1 K/uL |
| Abs. Monocyte | 1.3 (H) | 0.0 - 0.8 K/uL |
| Abs. Eosinophil | 0.1 | 0.0 - 0.5 K/uL |
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL |

**-CELL COUNT, FLUID**

| Result | Value | Ref Range |
|---|---|---|
| Fluid Type | RIGHT KNEE | |

Printed by [S18787] at 1/7/20 11:19 AM

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

Pertinent Packet Notes (continued)

JOINT FLUID

| Fluid Appearance | CLOUDY | |
|---|---|---|
| Fluid WBCs | 156,738 | /cumm |
| Fluid RBCs | 10,000 | /cumm |
| Fluid PMNs | 93 | % |
| Fluid Lymphocytes | 5 | % |
| Fluid Monocytes | 2 | % |
| Fluid Eosinophils | 0 | % |

-CRYSTAL EXAMINATION, FLUID, SYNOVIAL

| Result | Value | Ref Range |
|---|---|---|
| Site | RIGHT KNEE FLUID | |
| Synovial Fluid | NO CRYSTALS | |
| Crystals | PRESENT | |

-PROTHROMBIN TIME/INR

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 14.0 | 12.0 - 14.5 sec |
| INR | 1.1 | 0.9 - 1.2 |

-PARTIAL THROMBOPLASTIN TIME

| Result | Value | Ref Range |
|---|---|---|
| PTT | 37.3 (H) | 24 - 35 sec |

-URINALYSIS & CULT IF INDICATED

| Result | Value | Ref Range |
|---|---|---|
| Urine Color | Yellow | |
| Urine Appearance | Clear | |
| Urine Specific Gravity | 1.010 | 1.000 - 1.030 |
| Urine pH | 8.0 (H) | 5.0 - 7.0 |
| Urine Leukocyte Esterase | Neg | Neg |
| Urine Nitrites | Neg | Neg |
| Urine Protein | Trace (A) | Neg |
| Urine Glucose | 500 (A) | Neg |
| Urine Ketones | Neg | Neg |
| Urine Urobilinogen | 1.0 | 0.1 - 1.0 EU/dL |
| Urine Bilirubin | Neg | Neg |
| Urine Blood | Neg | Neg |

Electronically signed by O'Connell, Dennis E, PA at 12/04/17 1850
Electronically signed by Miranda, Jose Rene, MD at 12/04/17 2127

H&P

Lamb, Kenneth C, MD at 12/5/2017 12:14 AM

**CRITICAL CARE ADMISSION**

PATIENT: Enrique Galvez IV
MRN: 62050112
Printed by [S18787] at 1/7/20 11:19 AM

Page 39

Legal Copy


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

DOB: 11/27/1969
Admit Date: 12/4/2017

## CLINICAL SETTING:
The patient is admitted from recovery after arthroscopic synovectomy of the R knee and I and D of R leg. Dead fascia was encountered.

## HISTORY OF PRESENT ILLNESS:
The patient was seen in the ER on 12.1 with apparent cellulitis in the R leg. He was given norco and clindamycin. Blood cultures became positive for MSSA. He was called back to the ER, was seen by Dr Bennet recommended surgical intervention based on his findings. The patient was taken to OR and found to have septic arthritis of the R knee and a R leg abscess.
The patient normally is followed by Dr Carrol recently but was formerly Kaiser. He has history of diabetic retinpathy and did not want to take insulin.

## PAST MEDICAL HISTORY:
**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Diabetes mellitus (HCC) | | | Provider |
| Diabetic retinopathy (HCC) | | | Provider |
| Sleep apnea | | | Provider |

## PAST SURGICAL HISTORY:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| · HX UVULOPALATOPHARYNGOPLASTY (UPPP) | | |

## FAMILY HISTORY:
History reviewed. No pertinent family history.

## SOCIAL HISTORY:
Social History

Social History
- Marital status: Single
    Spouse name: N/A
- Number of children: N/A
- Years of education: N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status: Current Some Day Smoker
    Types: Cigars
- Smokeless tobacco: Never Used
- Alcohol use: 1.0 oz/week
    1 Glasses of wine per week
- Drug use: No

Printed by [S18787] at 1/7/20 11:19 AM

Page 40


Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

**Pertinent Packet Notes (continued)**

- Sexual activity:                                     Not on file

Other Topics                                                          Concern
- Not on file

Social History Narrative
*Cark shoe store manager*

## ALLERGIES:
Review of the patient's allergies finds:
Metformin (Severe GI upset)

## MEDICATIONS:

**Prior to Admission Medications**

| Prescriptions | Last Dose | Informant | Patient Reported? | Taking? |
|---|---|---|---|---|
| HYDROcodone/acetaminophen (NORCO 5) 5mg/325mg Tab | 12/4/2017 at Unknown time | | No | Yes |
| Sig: Take 1 Tab by mouth every 6 hours as needed | | | | |
| IBUPROFEN PO | 12/4/2017 at Unknown time | | Yes | Yes |
| Sig: Take 600 mg by mouth every 6 hours as needed for Pain | | | | |
| clindamycin (CLEOCIN) 300mg Cap | 12/4/2017 at Unknown time | | No | Yes |
| Sig: Take 1 Cap by mouth four times daily for 10 days | | | | |

**Facility-Administered Medications: None**

| | | |
|---|---|---|
| clindamycin | 900 mg | Q8HR |
| HYDROmorphone | 0.5 mg | ONCE |

lactated ringers

## REVIEW OF SYSTEMS:
The patient denies problems on systems review, other than noted in hpi.

## PHYSICAL EXAM:
VITAL SIGNS: BP 131/78 | Pulse 110 | Temp (Src) 98.4 °F (36.9 °C) (Temp Artery) | Resp 18 | Ht 1.803 m (5' 11") | Wt 72.6 kg (160 lb 0.9 oz) | SpO2 98%
BP  Min: 122/74  Max: 153/89
Temp  Avg: 98.9 °F (37.2 °C)  Min: 98.4 °F (36.9 °C)  Max: 99.6 °F (37.6 °C)
Pulse  Avg: 106  Min: 88  Max: 122
Resp  Avg: 17.2  Min: 14  Max: 23
SpO2  Avg: 97.8 %  Min: 95 %  Max: 100 %

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 41 of 287

Legal Copy

**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

GENERAL: No acute distress,
NECK: No JVD,
LUNGS: good inspiratory effort and clear bilaterally,
HEART: Irregular rhythm, Radial pulse: 2+
ABDOMEN: Soft, Non-distended and Normal bowel sounds,
EXTREMITIES: no edema, Post op rle
NEURO: Awake, Alert and Grossly non-focal
SKIN: Intact except surgical site Capillary refill: brisk Skin color/perfusion: tan, cool

**LABS:**
**Recent Labs**

| Lab | 12/04/17 1601 |
|---|---|
| WBC | 13.9 H |
| HGB | 12.5 L |
| HCT | 36.6 L |
| PLT | 406 H |
| INR | 1.1 |
| PTT | 37.3 H |
| NA | 133 L |
| K | 3.2 L |
| CL | 91 L |
| CO2 | 33 H |
| BUN | 9 |
| CREATININE | 0.87 |
| GLU | 254 H |
| CA | 9.2 |
| TBILI | 0.9 |
| AST | 25 |
| ALT | 27 |
| ALP | 139 H |
| ALB | 2.4 L |
| LACTATE | 1.1 |

**MICRO:**



Legal Copy

## Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Pertinent Packet Notes (continued)**

Status: Edited Result - FINAL (Collected: 12/1/2017 13:40)    .50 12/02/17 by RT/MN. RB TT:

**Specimen Source**
  Type: Blood
    Other                              PACIFIC LAB
  RAC
                                       R SANTA ROSA REGIONAL HOSPITAL

12/4/2017 1:11 PM - Ifc, Ehr Wb Ip Sq Lab Results In

**Susceptibility**

| Clindamycin | <=0.5 | Sensitive |
|---|---|---|
| Erythromycin | <=0.5 | Sensitive |
| Gentamicin | <=2 | Sensitive |
| Levofloxacin | <=0.5 | Sensitive |
| Oxacillin | 0.5 | Sensitive |
| Penicillin | | Resistant |
| Rifampin | <=0.5 | Sensitive |
| Tetracycline | <=0.5 | Sensitive |
| Trimethoprim/Sulfa | <=1/19 | Sensitive |
| Vancomycin | 1 | Sensitive |

**IMAGING:**



Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 43 of 287



Legal Copy

**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Pertinent Packet Notes (continued)**

## ADDITIONAL STUDIES:
EKG:



## ASSESSMENT:
Active Problems:
  Septicemia (HCC)
  Staphylococcal arthritis of right knee (HCC)
  Abscess of right lower leg
  Type 2 diabetes mellitus with ophthalmic complication (HCC)
  Necrotizing fasciitis (HCC)
  S/P excisional debridement
    Overview: 12.4.17 arthroscopic synovectomy of the R knee and I and D of R leg


## PLAN:
Antibiotics for staph
ID consultation
Surgical followup debridement as needed
Glucose control
- DVT chemoprophylaxis - Heparin
- Stress ulcer prophylaxis - Not applicable
- Mobility - Walking
- Daily interruption of sedation - Not applicable

Code status: FULL
Goals of Care: icu pending resolution of acute problem

Legal Copy
 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain
View Suites (continued)**

**Pertinent Packet Notes (continued)**

Total critical care time spent exclusive of any procedures was 60 min.

**Kenneth C Lamb, MD FCCP**
**Pulmonary / Critical Care Medicine**
**Sutter Santa Rosa Regional Hospital**
**Pager 707-491-1800**

Electronically signed by Lamb, Kenneth C, MD at 12/05/17 0134

**Altaf, Mujeeb, MD at 12/4/2017 9:05 PM**

Location: Santa Rosa
PATIENT NAME: Enrique Galvez
MRN: 62050112
Account: 892621519
DOB: 11/27/1969
Visit Start Date: 12/04/2017
Service Date: 12/04/2017
Author: Mujeeb Altaf, MD

History and Physical

IDENTIFICATION: This is a 48-year-old male.

PRIMARY CARE DOCTOR: The patient's primary care doctor is William Carroll,
MD, in Healdsburg.

CHIEF COMPLAINT: "I thought I was having sciatic pain in the right leg."

HISTORY OF PRESENTING ILLNESS: This is a delightful 48-year-old male who had
a history of prediabetes, but about a couple of years back he lost about 80
pounds of weight. He dropped from 240s-160s and afterwards he stopped taking
his glipizide, which was dropping his glucose into the low 80s and he was not
tolerant of metformin. He takes no other medications. He had been doing
well himself. He works as a store manager. About a couple of weeks ago, he
says he was working a lot and he started having pain in the right leg. He
self-diagnosed himself with sciatica because he has had sciatica before
although he never had really back pain, but he had pain in the front of the
leg going towards his kneecap. He was seen in the ER on this past Friday
because of the right leg pain and he was evaluated with blood cultures, which
came positive. He was asked to come into the hospital today because of
positive blood cultures. The patient states that in the interim for the last
1 week he had noticed that his right knee got swollen. Right leg was hard

Printed by [S18787] at 1/7/20 11:19 AM

Page 45



**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

and firm starting from the thigh, knee, to the lower leg in the back. He
cannot recall any injury, trauma. He had some subjective chills and sweats.
He got a little confused. He thinks over the weekend when he was having
difficulty in calculating stuff he got a little lightheaded, but never passed
out. He had no runny nose, postnasal drip. He had no chest pain, shortness
of breath. No cough or phlegm. He denies nausea, vomiting. He had poor
appetite, but no diarrhea, constipation. No trouble urinating, burning of
the urine, or increased frequency of the urine. The patient had been here on
the 12/01. He had a couple of sets of blood cultures drawn both of which
were growing methicillin-sensitive Staph aureus. He was asked to come back
to the hospital.

PAST MEDICAL HISTORY: Notable for history of prediabetes.

Previous surgeries were for deviated nasal septum.

SOCIAL HISTORY: Denies being a smoker. Very seldom uses alcohol. No use of
recreational drugs at baseline. He is otherwise active, independent for
activities of daily living. He works as a store manager.

FAMILY HISTORY: Reviewed. Denies premature coronary artery disease, strokes,
cancers.

REVIEW OF SYSTEMS: A 12-point review of the system was done. Essentially
other than what is recorded in HPI, all other systems were reviewed and were
negative.

HOME MEDICATIONS: Currently none.

On 12/01/2017 he was discharged home on clindamycin 300 q.i.d. and Norco 5/325 q.6 h.
p.r.n.

ALLERGIES: Listed to metformin.

PHYSICAL EXAMINATION: A very pleasant gentleman, fully alert, awake, oriented
x3, in mild pain due to his right knee pain.

Temp 99.6, heart rate 92, respiratory rate 16, blood pressure 134/74, sats are
100% on room air.
HEENT: Normocephalic, atraumatic head. Eye movements are intact. Oral
mucosa is moist.
NECK: Supple. No cervical lymphadenopathy, thyromegaly, jugular venous
distention.
CARDIOVASCULAR: Normal first and second heart sounds. No murmurs, rubs, or
gallops could be appreciated.
CHEST: Midline trachea. Vesicular breath sounds. Equal air entry
bilaterally. No adventitious sounds.
ABDOMEN: Soft, nontender, without organomegaly, masses, guarding, tenderness,
or rigidity. Bowel sounds present.
LOWER EXTREMITIES: The patient's right knee appears to be swollen with slight

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Pertinent Packet Notes (continued)**

warmth, no erythema. He has got skin induration and warmth in the right calf area, which is tender to palpation. No crepitus is appreciated. He has got 2+ pedal edema as well. He has no signs of ascending lymphangitis. No crepitation in the leg. He has got pain on right knee movement. His left lower extremity appears to be completely normal.
SKIN: Without any ecchymosis, bruises, or rashes.
MUSCULOSKELETAL: He is otherwise well built.

INVESTIGATIONS: The patient's lab data, the patient's white cell count was elevated to 21.5, on 12/01/2017. It is down to 13.9 currently. H and H 12.5 and 36.6, platelets of 406,000. The patient's sodium is 136, potassium low at 3.2, chloride 91, bicarb 33, BUN and creatinine is 9 and 0.87. Alk phos is 139, AST is 25, ALT is 27, lactic acid level 1.1, glucose elevated to 254, which was 347 on 12/01/2017. PT/INR is in the normal range 14 and 1.1, PTT is 37.3. UA of the patient is negative urine. Blood cultures x2 from 12/01/2017 both showing methicillin-sensitive Staph aureus. He has had a right knee arthrocentesis done in the ER. Apparently the appearance was turbid. The patient's crystal examination and cell count at the time of dictation is pending. The patient's white cell count was 156,738, RBCs were 10,000, 93% neutrophils. Recently, when seen in the ER, the patient's lower extremity ultrasound on 12/01/2017 was negative for DVT. Subcutaneous edema of the calf was visualized on the right side. His x-ray of the knees done, has been read as no acute abnormalities. Chest x-ray on the patient was negative as well.

ASSESSMENT AND PLAN: A 48-year-old male presenting with:

1. Methicillin-sensitive Staph aureus bacteremia and sepsis, bacteremia secondary to #2 presenting with #1 methicillin-sensitive Staph aureus bacteremia.
2. Septic right knee with evidence of cellulitis in the right calf as well.
3. Uncontrolled type 2 diabetes mellitus with prior history of prediabetes, not on any medications.
4. Mild hypokalemia.

DISCUSSION: The patient will be admitted to the Hospitalist Service. Reviewing the patient's medical records indicate during the patient's recent ER notes from the 12/01/2017 it appears the patient had presented with significant right leg pain and swelling and apparently had been using crutches as well. He had a significant leukocytosis that day. He had swelling in the calf as well. His ultrasound was negative. The patient was discharged home on clindamycin and Norco. He was asked to return back today because his blood cultures grew methicillin-sensitive Staph aureus organisms. He appears to be septic, to have acute cellulitis and septic arthritis of the right knee, which may be the source of his bacteremia. He has no history of recreational drug use. He cannot recall any injuries or trauma. The patient will be started on cefazolin 2 g IV q.8. I have asked ER physician assistant to consult Orthopedics for a washout of the right knee, which is indicated in him. He is clinically nontoxic appearing otherwise. He has had repeat blood cultures done which will be closely followed. Once his cultures are deemed

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 47 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

to be negative, a PICC line can be inserted. He will likely require IV antibiotics for 6 weeks. At least his x-ray was negative. His electrolytes will be repleted. As regards his diabetes, he apparently will check HbA1c and likely will require to be put on sliding scale insulin for now and oral hypoglycemic agents. He is also uncontrolled diabetic. He will be put on a sliding scale insulin. We can start oral hypoglycemic agents. He may need insulin if his glycated A1c comes back too elevated. I will wait for the glycated A1c results. His clinical condition is otherwise fair. Code status full. Further workup per his clinical course.

DD: 12/04/2017 19:17:08; DT: 12/04/2017 23:15:48; Job#: 5591402
Doc#IM23099248
Transcriptionist: nc/vsp/vd/f
CC: WILLIAM CARROLL, MD, Fax: 707-546-2188

Electronically signed by Altaf, Mujeeb, MD at 12/06/17 0036

Bennett, Frederick S, MD at 12/4/2017 8:01 PM

**COMPREHENSIVE H&P NOTE**

**CHIEF COMPLAINT:**
Enrique Galvez IV is an 48 year old male who presents with a history of R leg + knee pain.

**HISTORY OF PRESENT ILLNESS:** spontaneous onset 5 days ago. 157,000 WBC in synovial fluid.

**REVIEW OF SYSTEMS:** chills

**PHYSICAL EXAM:**
Patient Vitals for the past 24 hrs:

| | BP | Temp | Temp src | Pulse | Resp | SpO2 | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| 12/04/17 1900 | - | - | | - | - | - | 1.803 m (5' 11") | - |
| 12/04/17 1631 | 134/74 | 99 °F (37.2 °C) | - | 92 | - | 100 % | - | - |
| 12/04/17 1617 | 122/74 | - | - | 101 | - | - | - | - |
| 12/04/17 1400 | 124/75 | 99.6 °F (37.6 °C) | Oral | 119 | 16 | 98 % | - | 72.6 kg (160 lb 0.9 oz) |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 48 of 287

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

CARDIOVASCULAR: regular rate and rhythm
MUSCULOSKELETAL: + swelling,knee effusion,leg induration

**DATA REVIEWED:**WBC 13.9

**ASSESSMENT/PLAN:**
I+D

Frederick S Bennett, MD

Electronically signed by Bennett, Frederick S, MD at 12/04/17 2006

Immediate Post Op Note

Bennett, Frederick S, MD at 12/4/2017 10:36 PM

**BRIEF OPERATIVE NOTE**

PATIENT: Enrique Galvez IV  SURGERY DATE: 12/4/2017
MRN: 62050112  SURGEON: Surgeon(s):
Bennett, Frederick S, MD
DOB: 11/27/1969  ASSISTANT SURGEON:

**PRE-PROCEDURE DIAGNOSIS:**
SepticR knee
R leg abscess

**POST PROCEDURE DIAGNOSIS:**
same

**PROCEDURE(S) PERFORMED:**
Arthroscopic synovectomy R knee
I+D R leg

**ANESTHESIA TYPE:** General

**FINDING(S):**
Dead fascia

**COMPLICATIONS:**
none

**BLOOD LOSS:**

Printed by [S18787] at 1/7/20 11:19 AM

Page 49

Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

100 ml

**SPECIMEN(S) SENT TO PATHOLOGY?** No

**DRAINS:**
Mult. HV's

**DISPOSITION:**
PACU - hemodynamically stable

**CONDITIONS:**
Stable

Frederick S Bennett, MD

Electronically signed by Bennett, Frederick S, MD at 12/04/17 2242

---

**Operative Report**

Bennett, Frederick S, MD at 12/5/2017 1:38 AM

Location: Santa Rosa
PATIENT NAME: Enrique Galvez
MRN: 62050112
Account: 892621519
DOB: 11/27/1969
Visit Start Date: 12/04/2017
Service Date: 12/04/2017
Author: Frederick S Bennett, MD

Operative Report

PREOPERATIVE DIAGNOSES:
1. Septic arthritis, right knee.
2. Right leg abscess.

POSTOPERATIVE DIAGNOSES:
1. Septic arthritis, right knee.
2. Right leg abscess.
3. Possible necrotizing fasciitis, right leg.

PROCEDURE:
1. Arthroscopic debridement and 3 compartment synovectomy, right knee.
2. Debridement of right leg.

Printed by [S18787] at 1/7/20 11:19 AM

Page 50

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Pertinent Packet Notes (continued)

SURGEON: Frederick S. Bennett, MD

PROCEDURE: The patient was given general anesthesia. Intravenous antibiotics had been administered. The area of induration on the posteromedial aspect of the right leg midway between the knee and ankle was repeatedly prepped with ChloraPrep. An 18-gauge needle was inserted. Purulent material was aspirated. The patient was positioned for arthroscopic debridement and synovectomy of the right knee. The left lower extremity was held in flexion and abduction with Allen stirrups. A tourniquet was placed around the right thigh that was supported with arthroscopic leg holder. The right lower extremity was prepped and draped in the usual sterile fashion. The tourniquet was inflated to 300 mmHg. A superolateral outflow portal was created with a stab wound over the suprapatellar pouch. The outflow cannula was inserted. Approximately, 20 mL of grossly purulent fluid flowed from the cannula. Swabs were sent for culture and sensitivity testing. Inferolateral portal was created with stab wound towards the notch and an arthroscope was inserted. An inferomedial portal was established with a stab wound towards the notch and a 5 mm aggressive shaver was inserted beginning in the anterior compartment and suprapatellar pouch region. Inflamed synovium was resected with the shaver from the roof wall and floors of the suprapatellar pouch with the knee in flexion. The inflamed synovium in the notch was resected from the roof and walls of the notch and from the surfaces of the anterior and posterior cruciate ligaments, which were seen to be intact. Attention was directed medially and there were seen to be grade 2-3 changes in the medial tibial plateau and grade 1 changes of the medial femoral condyle. Meniscus appeared intact. The shaver was used to resect synovium from the medial meniscosynovial junction. Attention was directed laterally. In the lateral compartment, there were grade 2-3 changes of the tibial articular surface, fraying of the free edge of the meniscus and grade 1 changes of the femoral condyle. The shaver was used to resect synovium from the lateral meniscosynovial junction and lateral gutter. An 8-inch Hemovac drain was introduced through the superolateral outflow cannula. Instruments were withdrawn. The drain was sewn in place to the skin with two 2-0 nylon sutures to avoid inadvertent dislodgement. Arthroscopic portals were each closed with a single suture of 4-0 nylon. Attention was then directed to the leg abscess. An initial 6-8 cm incision was made posteromedially midway between the knee and ankle. Large amount of purulent fluid flowed from the wound. Swabs were sent for culture and sensitivity testing. Palpation indicated fluid collection both superficial and deep to the muscle fascia. The incision was extended proximally and distally following the area of dissection by the infectious process and the deep fascia was incised along the entire length of the posterior compartment. Fascia appears opacified and necrotic. The fascia was incised in entirety along with the walls of the abscess cavity against the underlying posterior compartment muscles and the subcutaneous fat. The extent of the infection and the amount of surrounding tissue excised necessitated resection of the saphenous vein and nerve. The stumps of the vein were clamped. Some necrotic muscle on the superficial surfaces of the gastrocnemius and soleus were excised. There was a small area of purulent fluid collection between the gastrocnemius and the soleus. All devitalized appearing tissue in the walls without fluid collection was

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 51
of 287

Legal Copy
 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Pertinent Packet Notes (continued)**

excised. The fascia over the deep posterior compartment appeared normal. The wound was copiously irrigated with 3 L of sterile saline solution containing bacitracin utilizing the pulse lavage. Midway through irrigation, the proximal and distal stumps of the saphenous vein were ligated with 2-0 Vicryl ties. The tourniquet was briefly deflated. Few small bleeders were controlled with electrocautery and the tourniquet was reinflated. Irrigation continued until 3 L had been utilized with the pulse lavage. Periodically, repeat inspection was made for any devitalized tissue and any identified was resected. The debridement was felt to be thorough enough to allow wound closure. Double-armed 8 inch Hemovac drain was placed in the wound with 1 arm anteriorly, 1 arm posteriorly and brought out through separate proximal stab incisions. Arms of the drain were sewn in place to the skin with two 2-0 nylon sutures to avoid inadvertent dislodgement. Skin was closed with interrupted vertical mattress sutures of 2-0 nylon alternating with surgical clips. Sterile compressive dressings were applied. Tourniquet was deflated after 85 minutes. The patient was transferred to Recovery Room in stable condition. There were no known complications. Estimated blood loss was 100 mL. Sponge and needle counts were correct.


DD: 12/04/2017 23:47:43; DT: 12/05/2017 04:39:44; Job#: 5591832
Doc#IM23101634
Transcriptionist: M/S


Electronically signed by Bennett, Frederick S, MD at 12/05/17 1733




**Imaging**

**Completed**

TRANSTHORACIC ECHO COMPLETE WITH DOPPLER [839734748] (Final result)

| Transthoracic Echo Complete With Doppler [839734748] | Resulted: 12/06/17 1934, Result status: Final result |
|---|---|
| Ordering provider: Lamb, Kenneth C, MD 12/05/17 0601 Resulted by: Hunter, John, MD | Order status: Completed Filed by: Ifc, Ehr Ip Radiant Basesixtyfour Orders And Results In 12/06/17 1934 |
| Performed: 12/05/17 0708 - 12/05/17 0808 Resulting lab: SUTTER HEALTH RADIOLOGY | Accession number: SRK17003244802 |

Narrative:
Transthoracic Echocardiography Report (TTE)

Demographics

Patient Name   GALVEZ ENRIQUE IV Gender        Male

Patient Number  62050112     Room Number      2520

Accession Number SRK17003244802  Date of Study      12/05/2017

Date of Birth   11/27/1969   Referring Physician  LAMB KENNETH C MD

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 52 of 287



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Imaging (continued)**

| | | | |
|---|---|---|---|
| Age | 48 year(s) | Ordering Physician | |
| | | Cardiology Fellow | |
| Nurse | | Performing Physician | |
| Sonographer | MCNULTY BERNARD | Interpreting Physician | HUNTER JOHN MD |

Conclusions

Summary
Technically difficult study.
Based on views available, within normal limits.

Signature

------------------------------------------------
Electronically signed by HUNTER JOHN MD (Interpreting physician) on 12/06/2017 at 07:34 PM
------------------------------------------------

Procedure

Type of Study

TTE procedure:TRANSTHORACIC ECHO COMPLETE WITH DOPPLER.

Procedure Date
Date: 12/05/2017 Start: 07:40 AM

Admission Status: Inpatient

Study Location: Portable
Technical Quality: Limited visualization due to body habitus.

Indications:Sepsis.

Patient Status: Inpatient

Height: 71 inches Weight: 86 pounds BSA: 1.47 m^2 BMI: 11.99 kg/m^2

Rhythm: Normal Sinus Rhythm HR: 90 bpm BP: 127/86 mmHg

Findings

Left Ventricle
The left ventricle is normal in size.
Global and regional LV systolic function are normal (LVEF est 60%).

Right Ventricle
Right ventricular diastolic volume, wall thickness, and systolic function are normal.

Left Atrium
The LA volume index is normal (17 ml/m2).

Right Atrium/IVC/SVC
The right atrial volume is normal. The IVC is normal in diameter with greater than 50% respiratory variation.

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 53 of 287



**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

Imaging (continued)

Aortic Valve
The aortic valve is trileaflet. There is no evidence of aortic stenosis.
There is no evidence of aortic regurgitation.

Mitral Valve
The mitral leaflets appear normal. There is no mitral valve stenosis.
There is trace mitral regurgitation.

Tricuspid Valve
The tricuspid valve leaflets are morphologically normal. There is no
tricuspid stenosis. There is trace tricuspid valve regurgitation.
Doppler envelope is incomplete.

Pulmonic Valve
The pulmonic valve appears normal. There is no pulmonic regurgitation.

Miscellaneous
The aortic root appears normal. The main pulmonary artery appears normal.

Pericardial Effusion
There is no evidence of pericardial effusion.

Pleural Effusion
There is no evidence of a pleural effusion.

Structures/M-Mode Measurements

Left Ventricular Structure

LVIDd: 2.91 cm
LVIDs: 2.12 cm          Area Systolic: 19 cm^2
IVSDd: 0.96 cm          Area Diastolic: 32.3 cm^2
LVPWd: 0.9 cm

LV Length: 8.81 cm      LV ES Volume: 42 ml
LV ED Volume: 96 ml     LV ESV Index: 29 ml/m^2
LV EDV Index: 65 ml/m^2
EF Estimated: 60 %

Left Ventricular Function

LVEF Calculated: 56.3 %      FS: 27.2 %
E' Lateral Velocity: 14.6 cm/s      E' Medial Velocity: 8.7 cm/s
E/A Ratio: 0.89          E/Lat e':5.8
MV Decel Time: 187 msec      Pulm vein diastolic velocity: 34.6
Pulm vein systolic velocity: 39.4   cm/s
cm/s          Cardiac index (CI): 3.63 l/min*m^2
Cardiac output: 5.34 l/min

Right Ventricle

Diastolic Dimension: 3.14 cm

RVOT VTI: 14.1 cm

Left Atrium

LA Dimension: 2.8 cm      LA Area: 12.1 cm^2
LA/Aorta: 0.85
LA Volume/Index: 27 ml /18 m^2

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 54
of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Imaging (continued)

Hemodynamics

Cardiac output: 5.34 l/min
Cardiac index (CI): 3.63 l/min*m^2

Great vessels/Other
Aorta

Aortic Root: 3.3 cm

Pulmonary Vein:

Valves/Doppler Measurements

Aortic Valve

Peak Velocity: 113 cm/s    Mean Gradient: 3.1 mmHg
Peak Gradient: 5.11 mmHg
Area (continuity): 2.89 cm^2
AV VTI: 20.5 cm

LVOT

Peak Velocity: 97.8 cm/s Mean Gradient: 2.1 mmHg
Peak Gradient: 4 mmHg    LVOT VTI: 18.9 cm
LVOT Diameter: 2 cm

Mitral Valve

Peak E-Wave: 84.5 cm/s Peak A-Wave: 95 cm/s
Peak Gradient: 2.86 mmHg

Open PDF Result Report (Order # 839734748 - TRANSTHORACIC ECHO COMPLETE WITH DOPPLER) (below)

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 55
of 287


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 – ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Imaging (continued)

---

Sutter Santa Rosa Regional Hospital
30 Mark West Springs Road
Santa Rosa, CA 95403

**Sutter Health**
Sutter Santa Rosa Regional Hospita
We Plus You

Report Status: Finalized

| Transthoracic Echocardiography Report (TTE) | | |
|---|---|---|
| **Demographics** | | |
| Patient Name | GALVEZ ENRIQUE IV | Gender | Male |
| Patient Number | 62050112 | Room Number | 2520 |
| Accession Number | SRK17003244802 | Date of Study | 12/05/2017 |
| Date of Birth | 11/27/1969 | Referring Physician | LAMB KENNETH C MD |
| Age | 48 year(s) | Ordering Physician | |
| | | Cardiology Fellow | |
| | | Performing Physician | |
| Nurse | | Interpreting Physician | HUNTER JOHN MD |
| Sonographer | MCNULTY BERNARD | | |

**Conclusions**

Summary
Technically difficult study.
Based on views available, within normal limits.

Signature
Electronically signed by HUNTER JOHN MD (Interpreting physician) on 12/06/2017 at 07:34 PM

**Procedure**

Type of Study
TTE procedure: TRANSTHORACIC ECHO COMPLETE WITH DOPPLER.

Procedure Date
Date: 12/05/2017    Start: 07:40 AM
Admission Status: Inpatient
Study Location: Portable
Technical Quality: Limited visualization due to body habitus.
Indications: Sepsis

Patient Status: Inpatient

| Height: | 71 inches | Weight: | 86 pounds | BSA: | 1.47 m² | BMI: | 11.99 kg/m² |
|---|---|---|---|---|---|---|---|
| | Normal Sinus | | | | | | |
| Rhythm: | Rhythm | HR: | 90 bpm | BP: | 127/86 mmHg | | |

Findings

Left Ventricle
The left ventricle is normal in size.
Global and regional LV systolic function are normal (LVEF est 60%).

Right Ventricle
Right ventricular diastolic volume, wall thickness, and systolic function are normal.

Left Atrium
The LA volume index is normal (17 ml/m2).

Right Atrium/IVC/SVC
The right atrial volume is normal. The IVC is normal in diameter with greater than 50% respiratory variation.

Aortic Valve
The aortic valve is trileaflet. There is no evidence of aortic stenosis. There is no evidence of aortic regurgitation.

Mitral Valve

| Patient Name: GALVEZ ENRIQUE IV | MRN: 62050112 | Date of study: 12/05/2017 07:40 AM |
|---|---|---|
| | | Page: 1 of 3 |

---

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 56 of 287

Legal Copy



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Imaging (continued)

Sutter Santa Rosa Regional Hospital
30 Mark West Springs Road
Santa Rosa, CA 95403

Sutter Health
Sutter Santa Rosa Regional Hospital
We Plus You

**Report Status: Finalized**

The mitral leaflets appear normal. There is no mitral valve stenosis. There is trace mitral regurgitation.

**Tricuspid Valve**
The tricuspid valve leaflets are morphologically normal. There is no tricuspid stenosis. There is trace tricuspid valve regurgitation.
Doppler envelope is incomplete.

**Pulmonic Valve**
The pulmonic valve appears normal. There is no pulmonic regurgitation.

**Miscellaneous**
The aortic root appears normal. The main pulmonary artery appears normal.

**Pericardial Effusion**
There is no evidence of pericardial effusion.

**Pleural Effusion**
There is no evidence of a pleural effusion.

## Structures/M-Mode Measurements

### Left Ventricular Structure

| | | | |
|---|---|---|---|
| LVIDd: | 2.91 cm | Area Systolic: | 19 cm² |
| LVIDs: | 2.12 cm | Area Diastolic: | 32.3 cm² |
| IVSDd: | 0.96 cm | LV ES Volume: | 42 ml |
| LVPWd: | 0.9 cm | LV ESV Index: | 28 ml/m² |
| LV Length: | 8.81 cm | | |
| LV ED Volume: | 96 ml | | |
| LV EDV Index: | 65 ml/m² | | |
| EF Estimated: | 60 % | | |

### Left Ventricular Function

| | | | |
|---|---|---|---|
| LVEF Calculated: | 56.3 % | FS: | 27.2 % |
| E' Lateral Velocity: | 14.6 cm/s | E' Medial Velocity: | 8.7 cm/s |
| E/A Ratio: | 0.89 | E/Lat e': | 5.8 |
| MV Decel Time: | 187 msec | Pulm vein diastolic velocity: | 34.6 cm/s |
| Pulm vein systolic velocity: | 39.4 cm/s | Cardiac index (CI): | 3.63 l/min*m² |
| Cardiac output: | 5.34 l/min | | |

### Right Ventricle

| | |
|---|---|
| Diastolic Dimension: | 3.14 cm |
| RVOT VTI: | 14.1 cm |

### Left Atrium

| | | | |
|---|---|---|---|
| LA Dimension: | 2.8 cm | LA Area: | 12.1 cm² |
| LA/Aorta: | 0.85 | | |
| LA Volume/Index: | 27 ml /18 m² | | |

### Hemodynamics

| | | | |
|---|---|---|---|
| | | Cardiac output: | 5.34 l/min |
| | | Cardiac index (CI): | 3.63 l/min*m² |

### Great vessels/Other

**Aorta**

| | |
|---|---|
| Aortic Root: | 3.3 cm |

Patient Name: GALVEZ ENRIQUE IV     MRN: 62050112     Date of study: 12/05/2017 07:40 AM
Page: 2 of 3

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 57 of 287

Legal Copy


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

Imaging (continued)

Sutter Health
Sutter Santa Rosa Regional Hospita
We Plus You

Sutter Santa Rosa Regional Hospital
30 Mark West Springs Road
Santa Rosa, CA 95403

Report Status: Finalized

Pulmonary Vein:

## Valves/Doppler Measurements

**Aortic Valve**

| | | | |
|---|---|---|---|
| Peak Velocity: | 113 cm/s | Mean Gradient: | 3.1 mmHg |
| Peak Gradient: | 5.11 mmHg | | |
| Area (continuity): | 2.59 cm² | | |
| AV VTI: | 20.5 cm | | |

**LVOT**

| | | | |
|---|---|---|---|
| Peak Velocity: | 97.8 cm/s | Mean Gradient: | 2.1 mmHg |
| Peak Gradient: | 4 mmHg | LVOT VTI: | 18.9 cm |
| LVOT Diameter: | 2 cm | | |

**Mitral Valve**

| | | | |
|---|---|---|---|
| Peak E-Wave: | 84.5 cm/s | Peak A-Wave: | 95 cm/s |
| | | Peak Gradient: | 2.86 mmHg |

Patient Name: GALVEZ ENRIQUE IV     MRN: 62050112     Date of study: 12/05/2017 07:40 AM

Page: 3 of 3

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 432 - SHRAD | SUTTER HEALTH RADIOLOGY | Unknown | 3707 Schriever Mather CA 95742 | 03/05/09 0836 - 07/03/18 1346 |

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Imaging (continued)

### XR KNEE 3 VIEWS RIGHT [839579488] (Final result)

| XR Knee 3 Views Right [839579488] | Resulted: 12/04/17 1553, Result status: Final result |
|---|---|
| Ordering provider: O'Connell, Dennis E, PA 12/04/17 1534<br>Resulted by: Booth, Scott, MD<br>Performed: 12/04/17 1536 - 12/04/17 1552<br>Resulting lab: SUTTER HEALTH RADIOLOGY | Order status: Completed<br>Filed by: Ifc, Ehr Ip Powerscribe Results In 12/04/17 1556<br>Accession number: SRD17003241300 |

Narrative:
COMPARISON: None.

INDICATIONS: Pain

FINDINGS:

BONES: Normal.

JOINTS: Normal.

SOFT TISSUES: Vascular calcifications.

OTHER: None.

CONCLUSION: Negative acute.

Interpreted by: Scott Booth    12/4/2017 3:53 PM
Signed by: Scott Booth    12/4/2017 3:53 PM

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 432 - SHRAD | SUTTER HEALTH RADIOLOGY | Unknown | 3707 Schriever Mather CA 95742 | 03/05/09 0836 - 07/03/18 1346 |

### XR CHEST 2 VIEWS PA LATERAL [839579486] (Final result)

| XR Chest 2 Views PA Lateral [839579486] | Resulted: 12/04/17 1553, Result status: Final result |
|---|---|
| Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520<br>Resulted by: Booth, Scott, MD<br>Performed: 12/04/17 1539 - 12/04/17 1551<br>Resulting lab: SUTTER HEALTH RADIOLOGY | Order status: Completed<br>Filed by: Ifc, Ehr Ip Powerscribe Results In 12/04/17 1556<br>Accession number: SRD17003241045 |

Narrative:
COMPARISON: None.

INDICATIONS: SIRS

FINDINGS:

CARDIAC SILHOUETTE:    Normal.

PULMONARY VASCULATURE:    Normal.

LUNGS:    Normal.

PLEURA:    Normal.

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 59 of 287



Legal Copy

## Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

### Imaging (continued)

MEDIASTINUM/HILA:    Normal.

BONES:    Normal.

EXTRINSIC LINES/HARDWARE:    None.

OTHER:    None.

CONCLUSION:    Negative acute.

Interpreted by: Scott Booth    12/4/2017 3:53 PM
Signed by: Scott Booth    12/4/2017 3:53 PM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 432 - SHRAD | SUTTER HEALTH RADIOLOGY | Unknown | 3707 Schriever Mather CA 95742 | 03/05/09 0836 - 07/03/18 1346 |

### Cardiac Documentation

**EKG [839579478] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| MUSEWBSR183 673 | — | | 12/04/17 1555 |

Resulted: 12/06/17 1505, Result status: Final result

**EKG 12 Lead [839579478]**

Ordering provider:  O'Connell, Dennis E, PA  12/04/17 1520
Filed by:  lfc, Ehr Wb Ip Ge Muse Results In  12/06/17 1505
Resulting lab:  SH GE MUSE

Order status:  Completed
Collected by:  12/04/17 1555
Lab Technician:  RM

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 102 | BPM | — | SHGE |
| Atrial Rate | 102 | BPM | — | SHGE |
| P-R Interval | 128 | ms | — | SHGE |
| QRS Duration | 88 | ms | — | SHGE |
| Q-T Interval | 350 | ms | — | SHGE |
| QTC Calculation(Bezet) | 456 | ms | — | SHGE |
| P Axis | 4 | degrees | — | SHGE |
| R Axis | 48 | degrees | — | SHGE |
| T Axis | 22 | degrees | — | SHGE |
| Diagnosis | Sinus tachycardia | — | — | SHGE |
| Diagnosis | Otherwise normal ECG | — | — | SHGE |
| Diagnosis | No previous ECGs available | — | — | SHGE |
| Diagnosis | Confirmed by | — | — | SHGE |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 60 of 287

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

### Cardiac Documentation (continued)

Hunter MD,
John (114)
on 12/6/2017
3:05:34 PM

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30029008 - SHGE | SH GE MUSE | Unknown | Unknown | 07/16/08 1056 - Present |

### Labs (group 1 of 2)

#### LAB CHEMISTRY

**BASIC METABOLIC PANEL W GFR [841193206] (Final result)**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**    Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132
Authorized by: Press, Ann Katz, MD
Class: IP Unit Collect
Lab status: Final result

Ordering provider: Press, Ann Katz, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Press, Ann Katz, MD (auto-released)
12/9/2017 10:10 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| X878862_BMPG_2017120922100 | Serum | Blood | Canelo, Ingrid S, RN 12/10/17 0435 |
| 0 | | | |

**Basic Metabolic Panel w GFR Routine Daily in a.m. [841193206] (Abnormal)**    Resulted: 12/10/17 0510, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/09/17 2210
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/10/17 0510
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: Canelo, Ingrid S, RN 12/10/17 0435

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 135 | 136 - 145 mmol/L | ↓ | SRFAC |
| Potassium | 4.2 | 3.5 - 5.1 mmol/L | — | SRFAC |
| Chloride | 98 | 95 - 111 mmol/L | — | SRFAC |
| CO2 (Bicarbonate) | 29 | 21 - 32 mmol/L | — | SRFAC |
| Anion Gap | 12.2 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 98 | 70 - 99 mg/dL | — | SRFAC |
| Comment: Note new normal range. | | | | |
| BUN | 12 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.77 | 0.50 - 1.30 mg/dL | — | SRFAC |
| Comment: IDMS-traceable method | | | | |
| GFR Est-Other | 107 | >60 See Cmnt | — | SRFAC |
| GFR Est-African American | 124 | >60 See Cmnt | — | SRFAC |
| Comment: | | | | |
| Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are calculated using the CKD-EPI equation | | | | |
| Calcium | 9.3 | 8.5 - 10.1 mg/dL | — | SRFAC |

Printed by [S18787] at 1/7/20 11:19 AM

Legal Copy

 Sutter Health

| SUTTER SANTA ROSA | Galvez, Enrique |
|---|---|
| REGIONAL HOSPITAL | MRN: 62050112, DOB: 11/27/1969, Sex: M |
| 30 Mark West Springs Road | Adm: 12/4/2017, D/C: 12/10/2017 |
| SANTA ROSA CA 95403-1436 | |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### C REACTIVE PROTEIN, INFLAMMATORY [841193207] (Final result)

Electronically signed by: Press, Ann Katz, MD on 12/06/17 1132      Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132      Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD      Ordering mode: Standard
Class: IP Unit Collect      Quantity: 1
Lab status: Final result      Instance released by: Press, Ann Katz, MD (auto-released) 12/9/2017 10:10 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| X878862_CRPR TN_2017120922 1000 | Serum | Blood | Canelo, Ingrid S, RN 12/10/17 0435 |

C Reactive Protein, Inflammatory Routine Daily in a.m. [841193207] (Abnormal)      Resulted: 12/10/17 1548, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/09/17 2210      Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/10/17 1549      Collected by: Canelo, Ingrid S, RN 12/10/17 0435
Resulting lab: SUTTER HEALTH SHARED LABORATORY

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein | 118.0 | 0.0 - 9.0 mg/L | H | LV1 |
| Comment: Reference Range for inflammatory states. | | | | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30013300 - LV1 | SUTTER HEALTH SHARED LABORATORY | Joan Etzell, MD | 2950 Collier Canyon Road Livermore CA 94551 | 12/17/13 0835 - 07/03/18 1346 |

### BASIC METABOLIC PANEL W GFR [841193184] (Final result)

Electronically signed by: Press, Ann Katz, MD on 12/06/17 1132      Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132      Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD      Ordering mode: Standard
Class: IP Lab Collect      Quantity: 1
Lab status: Final result      Instance released by: Press, Ann Katz, MD (auto-released) 12/8/2017 10:10 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| S838041_BMPG _2017120822110 0 | Serum | Blood | 17022 12/09/17 0510 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 62 of 287


Sutter Health

| | | |
|---|---|---|
| SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/4/2017, D/C: 12/10/2017 | |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

**Basic Metabolic Panel w GFR Routine Daily in a.m. [841193184] (Abnormal)**

Resulted: 12/09/17 0546, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/08/17 2210
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/09/17 0546
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17022 12/09/17 0510

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 136 - 145 mmol/L | L | SRFAC |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | SRFAC |
| Chloride | 97 | 95 - 111 mmol/L | — | SRFAC |
| CO2 (Bicarbonate) | 28 | 21 - 32 mmol/L | — | SRFAC |
| Anion Gap | 13 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 89 | 70 - 99 mg/dL | — | SRFAC |
| Comment: Note new normal range. | | | | |
| BUN | 8 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.73 | 0.50 - 1.30 mg/dL | — | SRFAC |
| Comment: IDMS-traceable method | | | | |
| GFR Est-Other | 110 | >60 See Cmnt | — | SRFAC |
| GFR Est-African American | 127 | >60 See Cmnt | — | SRFAC |
| Comment: Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are calculated using the CKD-EPI equation | | | | |
| Calcium | 9.5 | 8.5 - 10.1 mg/dL | — | SRFAC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**C REACTIVE PROTEIN, INFLAMMATORY [841193185] (Final result)**

Status: **Completed**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**
Ordering user: Press, Ann Katz, MD 12/06/17 1132
Authorized by: Press, Ann Katz, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Press, Ann Katz, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Press, Ann Katz, MD (auto-released) 12/8/2017 10:10 PM

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| S838041_CRPR TN_2017120822 1100 | Serum | Blood | 17022 12/09/17 0510 |

**C Reactive Protein, Inflammatory Routine Daily in a.m. [841193185] (Abnormal)**

Resulted: 12/09/17 1618, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/08/17 2210
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/09/17 1618
Resulting lab: SUTTER HEALTH SHARED LABORATORY

Order status: Completed
Collected by: 17022 12/09/17 0510

### Components

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 63 of 287

 Sutter Health

| SUTTER SANTA ROSA | Galvez, Enrique |
|---|---|
| REGIONAL HOSPITAL | MRN: 62050112, DOB: 11/27/1969, Sex: M |
| 30 Mark West Springs Road | Adm: 12/4/2017, D/C: 12/10/2017 |
| SANTA ROSA CA 95403-1436 | |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein | 137.0 | 0.0 - 9.0 mg/L | H | LV1 |
| Comment: Reference Range for inflammatory states. | | | | |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30013300 - LV1 | SUTTER HEALTH SHARED LABORATORY | Joan Etzell, MD | 2950 Collier Canyon Road Livermore CA 94551 | 12/17/13 0835 - 07/03/18 1346 |

**POTASSIUM [841193180] (Final result)**

Electronically signed by: **Nakamine, Caitlin Marie, RN on 12/08/17 1250**                    Status: **Completed**
Ordering user: Nakamine, Caitlin Marie, RN 12/08/17 1250          Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD                               Ordering mode: Protocol Order
Class: IP Lab Collect                                            Quantity: 1
Lab status: Final result                                         Instance released by: Nakamine, Caitlin Marie, RN (auto-released) 12/8/2017 1:05 PM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F826922_K_201 71208130500 | Serum | Blood | 17312 12/08/17 1510 |

**Potassium Timed Once [841193180]**          Resulted: 12/08/17 1544, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/08/17 1305          Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/08/17 1544       Collected by: 17312 12/08/17 1510
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium | 4.4 | 3.5 - 5.1 mmol/L | — | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**BASIC METABOLIC PANEL W GFR [840379468] (Final result)**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**                    Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132          Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD                        Ordering mode: Standard
Class: IP Lab Collect                                     Quantity: 1
Lab status: Final result                                  Instance released by: Press, Ann Katz, MD (auto-released) 12/7/2017 10:10 PM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F808403_BMPG | Serum | Blood | 17321 12/08/17 0434 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 64 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Labs (group 1 of 2) (continued)**

_2017120722110
0

**Basic Metabolic Panel w GFR Routine Daily in a.m. [840379468]**  Resulted: 12/08/17 0507, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/07/17 2210   Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 0508   Collected by: 17321 12/08/17 0434
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | — | SRFAC |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | SRFAC |
| Chloride | 98 | 95 - 111 mmol/L | — | SRFAC |
| CO2 (Bicarbonate) | 29 | 21 - 32 mmol/L | — | SRFAC |
| Anion Gap | 12.8 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 86 | 70 - 99 mg/dL | — | SRFAC |
| Comment: Note new normal range. | | | | |
| BUN | 7 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.73 | 0.50 - 1.30 mg/dL | — | SRFAC |
| Comment: IDMS-traceable method | | | | |
| GFR Est-Other | 110 | >60 See Cmnt | — | SRFAC |
| GFR Est-African American | 127 | >60 See Cmnt | — | SRFAC |
| Comment: | | | | |
| Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are calculated using the CKD-EPI equation | | | | |
| Calcium | 9.0 | 8.5 - 10.1 mg/dL | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**C REACTIVE PROTEIN, INFLAMMATORY [840379469] (Final result)**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17** 1132   Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132   Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD   Ordering mode: Standard
Class: IP Lab Collect   Quantity: 1
Lab status: Final result   Instance released by: Press, Ann Katz, MD (auto-released)
   12/7/2017 10:10 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F808403_CRPR TN_2017120722 1100 | Serum | Blood | 17321 12/08/17 0434 |

C Reactive Protein, Inflammatory Routine Daily in a.m. [840379469]
(Abnormal)   Resulted: 12/08/17 1905, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/07/17 2210   Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 1905   Collected by: 17321 12/08/17 0434
Resulting lab: SUTTER HEALTH SHARED LABORATORY

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 65 of 287

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| C-Reactive Protein | 160.0 | 0.0 - 9.0 mg/L | H | LV1 |

Comment: Reference Range for inflammatory states.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 30013300 - LV1 | SUTTER HEALTH SHARED LABORATORY | Joan Etzell, MD | 2950 Collier Canyon Road Livermore CA 94551 | 12/17/13 0835 - 07/03/18 1346 |

#### POTASSIUM [840379462] (Final result)

Electronically signed by: **Nakamine, Caitlin Marie, RN on 12/07/17 1333**          Status: **Completed**
Ordering user: Nakamine, Caitlin Marie, RN 12/07/17 1333
Authorized by: Press, Ann Katz, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Press, Ann Katz, MD
Ordering mode: Protocol Order
Quantity: 1
Instance released by: Nakamine, Caitlin Marie, RN (auto-released) 12/7/2017 4:05 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| H581376_K_201 71207160500 | Serum | Blood | 17312 12/07/17 1925 |

**Potassium Timed Once [840379462]**          Resulted: 12/07/17 1937, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/07/17 1605
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/07/17 1938
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17312 12/07/17 1925

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Potassium | 4.2 | 3.5 - 5.1 mmol/L | — | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

#### BASIC METABOLIC PANEL W GFR [840379450] (Final result)

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**          Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132
Authorized by: Press, Ann Katz, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Press, Ann Katz, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Press, Ann Katz, MD (auto-released) 12/6/2017 10:11 PM

**Specimen Information**

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 66 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 1 of 2) (continued)**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| H558035_BMPG_2017120622120 0 | Serum | Blood | 17330 12/07/17 0742 |

Basic Metabolic Panel w GFR Routine Daily in a.m. [840379450]
(Abnormal)  Resulted: 12/07/17 0801, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/06/17 2211    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 0801    Collected by: 17330 12/07/17 0742
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium | 136 | 136 - 145 mmol/L | — | SRFAC |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | SRFAC |
| Chloride | 98 | 95 - 111 mmol/L | — | SRFAC |
| CO2 (Bicarbonate) | 31 | 21 - 32 mmol/L | — | SRFAC |
| Anion Gap | 10.8 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 127 | 70 - 99 mg/dL | H | SRFAC |
| Comment: Note new normal range. | | | | |
| BUN | 6 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.76 | 0.50 - 1.30 mg/dL | — | SRFAC |
| Comment: IDMS-traceable method | | | | |
| GFR Est-Other | 108 | >60 See Cmnt | — | SRFAC |
| GFR Est-African American | 125 | >60 See Cmnt | — | SRFAC |
| Comment: | | | | |
| Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are calculated using the CKD-EPI equation | | | | |
| Calcium | 8.8 | 8.5 - 10.1 mg/dL | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**C REACTIVE PROTEIN, INFLAMMATORY [840379451] (Final result)**

Status: **Completed**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**
Ordering user: Press, Ann Katz, MD 12/06/17 1132    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP Lab Collect    Quantity: 1
Lab status: Final result    Instance released by: Press, Ann Katz, MD (auto-released)
12/6/2017 10:11 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| H558035_CRPR TN_2017120622 1200 | Serum | Blood | 17330 12/07/17 0742 |

C Reactive Protein, Inflammatory Routine Daily in a.m. [840379451]
(Abnormal)  Resulted: 12/07/17 1847, Result status: Final result

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 67 of 287

 **Sutter Health**

| SUTTER SANTA ROSA | Galvez, Enrique |
|---|---|
| REGIONAL HOSPITAL | MRN: 62050112, DOB: 11/27/1969, Sex: M |
| 30 Mark West Springs Road | Adm: 12/4/2017, D/C: 12/10/2017 |
| SANTA ROSA CA 95403-1436 | |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

Ordering provider: Press, Ann Katz, MD 12/06/17 2211          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 1848          Collected by: 17330 12/07/17 0742
Resulting lab: SUTTER HEALTH SHARED LABORATORY

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein | 175.0 | 0.0 - 9.0 mg/L | H | LV1 |

Comment: Reference Range for inflammatory states.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30013300 - LV1 | SUTTER HEALTH SHARED LABORATORY | Joan Etzell, MD | 2950 Collier Canyon Road Livermore CA 94551 | 12/17/13 0835 - 07/03/18 1346 |

### LACTIC ACID, PLASMA [839734783] (Final result)

Electronically signed by: **Yang, Shu-Qing, MD on 12/06/17 1038**          Status: **Completed**
Ordering user: Yang, Shu-Qing, MD 12/06/17 1038          Ordering provider: Yang, Shu-Qing, MD
Authorized by: Yang, Shu-Qing, MD          Ordering mode: Standard
Class: IP Lab Collect          Quantity: 1
Lab status: Final result          Instance released by: Yang, Shu-Qing, MD (auto-released)
          12/6/2017 10:38 AM

### Questionnaire

| Question | Answer |
|---|---|
| Repeat Order to be cancelled if previous lactate result is < 2 | Yes |

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| W1000446_LAC WB_2017120610 3800 | Blood | Blood | 17286 12/06/17 1315 |

### Lactic Acid, Plasma STAT Once [839734783]          Resulted: 12/06/17 1345, Result status: Final result

Ordering provider: Yang, Shu-Qing, MD 12/06/17 1038          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 1345          Collected by: 17286 12/06/17 1315
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate,WB | 1.4 | 0.4 - 2.0 mmol/L | — | SRFAC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 68 of 287

 Sutter Health

| | | |
|---|---|---|
| | SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/4/2017, D/C: 12/10/2017 |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

**LIPID PROFILE [840379432] (Final result)**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1129**      Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1129      Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD      Ordering mode: Standard
Class: IP Lab Collect      Quantity: 1
Lab status: Final result      Instance released by: Press, Ann Katz, MD (auto-released)
     12/6/2017 11:30 AM

**Questionnaire**

| Question | Answer |
|---|---|
| PRN Reason | please add-on |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| W1002110_LIPID_20171206112100 | Serum | Blood | 17286 12/06/17 1315 |

Lipid Profile Routine Once please add-on [840379432] (Abnormal)      Resulted: 12/06/17 1356, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/06/17 1130      Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/06/17 1356      Collected by: 17286 12/06/17 1315
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total cholesterol | 140 | <200 mg/dL | — | SRFAC |
| Triglyceride | 208 | <150 mg/dL | H | SRFAC |
| HDL cholesterol | 21 | >45 mg/dL | L | SRFAC |
| LDL Calculated | 77 | 0 - 130 mg/dL | — | SRFAC |
| Cholesterol to HDL Ratio | 6.7 | 3.44 - 5.50 | H | SRFAC |
| LDL:HDL Ratio | 3.67 | 1.00 - 3.50 | H | SRFAC |

Comment:
Cholesterol/HDL Cholesterol Ratio Interpretation
    Risk    Female   Male
1/2 Average  3.27  3.34
Average    4.44  4.97
2X Average   7.05  9.55
3X Average  11.04  23.39

| | | | | |
|---|---|---|---|---|
| VLDL (Calculated) | 42 | 6 - 40 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**MAGNESIUM [839734772] (Final result)**

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 1128**      Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 1128      Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD      Ordering mode: Standard
Class: IP Lab Collect      Quantity: 1

Printed by [S18787] at 1/7/20 11:19 AM

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

Lab status: Final result

Instance released by: Thingvoll, John W, RN (auto-released)
12/5/2017 10:11 PM

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| W988068_MG_2 0171205221200 | Blood | Blood | 17268 12/06/17 0548 |

**Magnesium Routine Tomorrow AM [839734772]**                    Resulted: 12/06/17 0702, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD 12/05/17 2211    Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/06/17 0702   Collected by: 17268 12/06/17 0548
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.1 | 1.8 - 2.4 mg/dL | — | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**COMPREHENSIVE METABOLIC PANEL W GFR [839734773] (Final result)**

Electronically signed by: Lamb, Kenneth C, MD on 12/05/17 1128                    Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 1128       Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                     Ordering mode: Standard
Class: IP Lab Collect                                  Quantity: 1
Lab status: Final result                               Instance released by: Thingvoll, John W, RN (auto-released)
                                                       12/5/2017 10:11 PM

Scheduling instructions
If you are taking sulfasalazine, you should have your blood drawn immediately before taking your next scheduled dose of medication.

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| W988068_CMP G_20171205221 200 | Serum | Blood | 17268 12/06/17 0548 |

**Comprehensive Metabolic Panel w GFR Routine Tomorrow AM [839734773] (Abnormal)**        Resulted: 12/06/17 0702, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD 12/05/17 2211    Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/06/17 0702   Collected by: 17268 12/06/17 0548
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | — | SRFAC |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L | — | SRFAC |
| Chloride | 100 | 95 - 111 mmol/L | — | SRFAC |
| CO2 (Bicarbonate) | 30 | 21 - 32 mmol/L | — | SRFAC |

Printed by [S18787] at 1/7/20 11:19 AM                                              Page 70

Legal Copy



**SUTTER SANTA ROSA REGIONAL HOSPITAL**
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

### Labs (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Anion Gap | 10.6 | 6 - 16 mmol/L | — | | SRFAC |
| Glucose | 158 | 70 - 99 mg/dL | H | | SRFAC |
| Comment: Note new normal range. | | | | | |
| BUN | 4 | 0 - 18 mg/dL | — | | SRFAC |
| Creatinine | 0.70 | 0.50 - 1.30 mg/dL | — | | SRFAC |
| Comment: IDMS-traceable method | | | | | |
| GFR Est-Other | 112 | >60 See Cmnt | — | | SRFAC |
| GFR Est-African American | 129 | >60 See Cmnt | — | | SRFAC |
| Comment: | | | | | |
| Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are calculated using the CKD-EPI equation | | | | | |
| Calcium | 8.2 | 8.5 - 10.1 mg/dL | L | | SRFAC |
| Total Protein | 6.8 | 6.4 - 8.2 g/dL | — | | SRFAC |
| Albumin | 1.8 | 3.2 - 4.7 g/dL | L | | SRFAC |
| Total Bilirubin | 0.5 | 0.0 - 1.0 mg/dL | — | | SRFAC |
| Alkaline Phosphatase | 133 | 26 - 137 U/L | — | | SRFAC |
| AST | 21 | 0 - 37 U/L | — | | SRFAC |
| ALT | 20 | 0 - 60 U/L | — | | SRFAC |
| Comment: Note new normal range. | | | | | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### POTASSIUM [839734764] (Final result)

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 0038**    Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 0038          Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                Ordering mode: Standard
Class: IP Lab Collect                      Quantity: 1
Lab status: Final result                    Instance released by: Fernandez, Melanie Bangayan, RN
                              12/5/2017 12:14 PM

#### Questionnaire

| Question | Answer |
|---|---|
| PRN Reason | 2 hours post IV potassium replacement |

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| T515427_K_201 71205121400 | Serum | Blood | 17268 12/05/17 1237 |

**Potassium STAT PRN 2 hours post IV potassium replacement [839734764] (Abnormal)**          Resulted: 12/05/17 1257, Result status: Final result
Ordering provider: Lamb, Kenneth C, MD 12/05/17 1214    Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/05/17 1257   Collected by: 17268 12/05/17 1237
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 71 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Potassium | 3.2 | 3.5 - 5.1 mmol/L | L | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**PROCALCITONIN [839733563] (Final result)**

Electronically signed by: **Altaf, Mujeeb, MD on 12/04/17 1923**                                    Status: **Completed**
Ordering user: Altaf, Mujeeb, MD 12/04/17 1923          Ordering provider: Altaf, Mujeeb, MD
Authorized by: Altaf, Mujeeb, MD                        Ordering mode: Standard
Class: IP Lab Collect                                   Quantity: 1
Lab status: Final result                                Instance released by: Pershina, Allan Jared, RN (auto-released)
                                                        12/5/2017 12:47 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500194_PROC AL_2017120500 4700 | Plasma | Blood | 17330 12/05/17 0114 |

**Procalcitonin Routine Next Draw [839733563] (Abnormal)**                Resulted: 12/05/17 1122, Result status: Final result

Ordering provider: Altaf, Mujeeb, MD 12/05/17 0047      Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/05/17 1122    Collected by: 17330 12/05/17 0114
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL
Acknowledged by: Lamb, Kenneth C, MD on 12/05/17 1341

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Procalcitonin | 0.38 | <0.10 ng/mL | H | SRFAC |

Comment:

Interpretation:

Lower respiratory tract infection
<0.10 ng/mL: Bacterial infection very unlikely
0.10-0.24 ng/mL: Bacterial infection unlikely
0.25-0.49 ng/mL: Bacterial infection likely
>0.50 ng/mL: Bacterial infection very likely

Severe Sepsis /Septic Shock Risk
<0.50 ng/mL: Low risk for severe sepsis/septic shock
> 0.50-2.0 ng/mL: Severe sepsis/septic shock possible
> 2.0 ng/mL: High risk of severe sepsis/septic shock

Procalcitonin levels should be evaluated in the context of all laboratory
findings and the clinical status of the patient. A single procalcitonin level
should not be the final determinant for initiation of antibiotics, especially
in clinically unstable, immunosuppressed or high risk patients. Consider
repeat in 6-12 hrs if antibiotics not begun and uncertainty exists.

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 72
of 287


Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**All Reviewers List**

Lamb, Kenneth C, MD on 12/5/2017 1:41 PM

**C REACTIVE PROTEIN, INFLAMMATORY [839733564] (Final result)**

Electronically signed by: **Altaf, Mujeeb, MD on 12/04/17 1923**    Status: **Completed**
Ordering user: Altaf, Mujeeb, MD 12/04/17 1923
Authorized by: Altaf, Mujeeb, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Altaf, Mujeeb, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Pershina, Allan Jared, RN (auto-released)
12/5/2017 12:47 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500191_CRPR TN_2017120500 4700 | Serum | Blood | 17330 12/05/17 0114 |

C Reactive Protein, Inflammatory Routine Tomorrow AM [839733564] (Abnormal)    Resulted: 12/05/17 1908, Result status: Final result

Ordering provider: Altaf, Mujeeb, MD 12/05/17 0047
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 1908
Resulting lab: SUTTER HEALTH SHARED LABORATORY

Order status: Completed
Collected by: 17330 12/05/17 0114

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein | 176.0 | 0.0 - 9.0 mg/L | H | LV1 |
| Comment: Reference Range for inflammatory states. | | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30013300 - LV1 | SUTTER HEALTH SHARED LABORATORY | Joan Etzell, MD | 2950 Collier Canyon Road Livermore CA 94551 | 12/17/13 0835 - 07/03/18 1346 |

**HEMOGLOBIN A1C [839733572] (Final result)**

Electronically signed by: **Altaf, Mujeeb, MD on 12/04/17 1923**    Status: **Completed**
Ordering user: Altaf, Mujeeb, MD 12/04/17 1923
Authorized by: Altaf, Mujeeb, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Altaf, Mujeeb, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Pershina, Allan Jared, RN (auto-released)
12/5/2017 12:47 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500195_GLYC | Blood | Blood | 17330 12/05/17 0114 |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 73 of 287


Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

O_20171205004
800

**Hemoglobin A1c Routine Next Draw [839733572] (Abnormal)**          Resulted: 12/05/17 2011, Result status: Final result

Ordering provider: Altaf, Mujeeb, MD 12/05/17 0047          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 2011          Collected by: 17330 12/05/17 0114
Resulting lab: SUTTER HEALTH SHARED LABORATORY

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1c | 10.3 | 4.8 - 5.6 % | H | LV1 |
| Average Glucose | 249 | mg/dL | — | LV1 |

Comment:

Hemoglobin A1c
5.7-6.4%  Increased Risk of diabetes mellitus
> or = 6.5% Consistent with diabetes mellitus

ADA Therapeutic goal          <7% HbA1c
Additional action suggested  >8% HbA1c
Immediate action suggested  >10% HbA1c

Estimated average glucose is calculated using the equation eAG = (28.7 x HbA1c) - 46.7

| %Hb A1c | Estimated Average Glucose(eAG)mg/dL |
|---|---|
| 5 | 97 |
| 6 | 126 |
| 7 | 154 |
| 8 | 183 |
| 9 | 212 |
| 10 | 240 |
| 11 | 269 |

Method is NGSP certified

References:
1. American Diabetes Association Standards of Medical Care in Diabetes.
Diabetes Care 2010 Jan 33:S11-S61
2. Nathan DM et al. Translating the A1c assay into estimated average glucose
values. Diabetes Care 2008 A
ug 31:1473-1478

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30013300 - LV1 | SUTTER HEALTH SHARED LABORATORY | Joan Etzell, MD | 2950 Collier Canyon Road Livermore CA 94551 | 12/17/13 0835 - 07/03/18 1346 |

**THYROID STIMULATING HORMONE (TSH) [839733573] (Final result)**

Electronically signed by: **Altaf, Mujeeb, MD on 12/04/17 1923**          Status: **Completed**
Ordering user: Altaf, Mujeeb, MD 12/04/17 1923
Authorized by: Altaf, Mujeeb, MD          Ordering provider: Altaf, Mujeeb, MD
Class: IP Lab Collect          Ordering mode: Standard
          Quantity: 1

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 74
of 287



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

Lab status: Final result       Instance released by: Pershina, Allan Jared, RN (auto-released)
12/5/2017 12:47 AM

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500194_TSH_2 0171205004700 | Serum | Blood | 17330 12/05/17 0114 |

**Thyroid Stimulating Hormone (TSH) Routine Next Draw [839733573]**     Resulted: 12/05/17 0200, Result status: Final result

Ordering provider: Altaf, Mujeeb, MD 12/05/17 0047     Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/05/17 0200     Collected by: 17330 12/05/17 0114
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL
Acknowledged by: Lamb, Kenneth C, MD on 12/05/17 0653

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.34 | 0.34 - 4.82 uIU/mL | | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

#### All Reviewers List

Lamb, Kenneth C, MD on 12/5/2017 1:41 PM

**MAGNESIUM [839734741] (Final result)**

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 0038**     Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 0038     Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD     Ordering mode: Standard
Class: IP Lab Collect     Quantity: 1
Lab status: Final result     Instance released by: Pershina, Allan Jared, RN (auto-released)
12/5/2017 12:47 AM

#### Questionnaire

| Question | Answer |
|---|---|
| PRN Reason | Magnesium STAT PRN after magnesium replacement |

Order comments: Draw magnesium level 2 hours after every replacement dose. If the post replacement result is greater than 1.9 (no further replacement necessary), then draw another magnesium level in the AM.

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500194_MG_20 171205004700 | Blood | Blood | 17330 12/05/17 0114 |

**Magnesium STAT Next Draw Magnesium STAT PRN after magnesium replacement [839734741]**     Resulted: 12/05/17 0200, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD 12/05/17 0047     Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/05/17 0200     Collected by: 17330 12/05/17 0114
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL
Acknowledged by: Lamb, Kenneth C, MD on 12/05/17 0653

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 75 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.8 | 1.8 - 2.4 mg/dL | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**All Reviewers List**

Lamb, Kenneth C, MD on 12/5/2017 1:41 PM

**COMPREHENSIVE METABOLIC PANEL W GFR [839734743] (Final result)**

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 0052**          Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 0052          Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD          Ordering mode: Standard
Class: IP Lab Collect          Quantity: 1
Lab status: Final result          Instance released by: Lamb, Kenneth C, MD (auto-released)
          12/5/2017 12:52 AM

Scheduling instructions
If you are taking sulfasalazine, you should have your blood drawn immediately before taking your next scheduled dose of medication.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500191_CMPG _2017120500470 0 | Serum | Blood | 17330 12/05/17 0114 |

Comprehensive Metabolic Panel w GFR Routine Tomorrow AM
[839734743] (Abnormal)          Resulted: 12/05/17 0207, Result status: Final result
Ordering provider: Lamb, Kenneth C, MD  12/05/17 0052          Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In  12/05/17 0208          Collected by: 17330 12/05/17 0114
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | — | SRFAC |
| Potassium | 2.9 | 3.5 - 5.1 mmol/L | L | SRFAC |
| Chloride | 98 | 95 - 111 mmol/L | — | SRFAC |
| CO2 (Bicarbonate) | 30 | 21 - 32 mmol/L | — | SRFAC |
| Anion Gap | 11.9 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 198 | 70 - 99 mg/dL | H | SRFAC |
| Comment: Note new normal range. | | | | |
| BUN | 6 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.71 | 0.50 - 1.30 mg/dL | — | SRFAC |
| Comment: IDMS-traceable method | | | | |
| GFR Est-Other | 111 | >60 See Cmnt | — | SRFAC |
| GFR Est-African American | 129 | >60 See Cmnt | — | SRFAC |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 76 of 287

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

Comment:
Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are
calculated using the CKD-EPI equation

| | | | | |
|---|---|---|---|---|
| Calcium | 7.9 | 8.5 - 10.1 mg/dL | L | SRFAC |
| Total Protein | 7.0 | 6.4 - 8.2 g/dL | — | SRFAC |
| Albumin | 1.9 | 3.2 - 4.7 g/dL | L | SRFAC |
| Total Bilirubin | 0.7 | 0.0 - 1.0 mg/dL | — | SRFAC |
| Alkaline Phosphatase | 114 | 26 - 137 U/L | — | SRFAC |
| AST | 23 | 0 - 37 U/L | — | SRFAC |
| ALT | 23 | 0 - 60 U/L | — | SRFAC |

Comment: Note new normal range.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### COMPREHENSIVE METABOLIC PANEL W GFR [839579472] (Final result)

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1520**                     Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520      Ordering provider: O'Connell, Dennis E, PA
Authorized by: O'Connell, Dennis E, PA                           Ordering mode: Standard
Class: IP Lab Collect                                                      Quantity: 1
Lab status: Final result                                                 Instance released by: O'Connell, Dennis E, PA (auto-released)
                                                                                   12/4/2017  3:20 PM

Scheduling instructions
If you are taking sulfasalazine, you should have your blood drawn immediately before taking your next scheduled dose of medication.

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964388_CMPG _2017120415210 0 | Serum | Blood | Stipanov, Lindsay Joan, RN 12/04/17 1601 |

Comprehensive Metabolic Panel w GFR STAT Once [839579472]
(Abnormal)                                                               Resulted: 12/04/17 1626, Result status: Final result
Ordering provider: O'Connell, Dennis E, PA  12/04/17 1520      Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In  12/04/17 1626      Collected by: Stipanov, Lindsay Joan, RN 12/04/17 1601
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 133 | 136 - 145 mmol/L | L | SRFAC |
| Potassium | 3.2 | 3.5 - 5.1 mmol/L | L | SRFAC |
| Chloride | 91 | 95 - 111 mmol/L | L | SRFAC |
| CO2 (Bicarbonate) | 33 | 21 - 32 mmol/L | H | SRFAC |
| Anion Gap | 12.2 | 6 - 16 mmol/L | — | SRFAC |
| Glucose | 254 | 70 - 99 mg/dL | H | SRFAC |
| Comment: Note new normal range. | | | | |
| BUN | 9 | 0 - 18 mg/dL | — | SRFAC |
| Creatinine | 0.87 | 0.50 - 1.30 mg/dL | — | SRFAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 77
of 287

Legal Copy


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Labs (group 1 of 2) (continued)**

Comment: IDMS-traceable method

| | | | | | |
|---|---|---|---|---|---|
| GFR Est-Other | 102 | >60 See Cmnt | — | | SRFAC |
| GFR Est-African American | 118 | >60 See Cmnt | — | | SRFAC |

Comment:
Units: mL/min/1.73 m2. Estimated glomerular filtration rate values are
calculated using the CKD-EPI equation

| | | | | | |
|---|---|---|---|---|---|
| Calcium | 9.2 | 8.5 - 10.1 mg/dL | — | | SRFAC |
| Total Protein | 8.4 | 6.4 - 8.2 g/dL | H | | SRFAC |
| Albumin | 2.4 | 3.2 - 4.7 g/dL | L | | SRFAC |
| Total Bilirubin | 0.9 | 0.0 - 1.0 mg/dL | — | | SRFAC |
| Alkaline Phosphatase | 139 | 26 - 137 U/L | H | | SRFAC |
| AST | 25 | 0 - 37 U/L | — | | SRFAC |
| ALT | 27 | 0 - 60 U/L | | | SRFAC |

Comment: Note new normal range.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**LACTIC ACID, PLASMA [839579482] (Final result)**

Electronically signed by: O'Connell, Dennis E, PA on 12/04/17 1520          Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520          Ordering provider: O'Connell, Dennis E, PA
Authorized by: O'Connell, Dennis E, PA          Ordering mode: Standard
Class: IP Lab Collect          Quantity: 1
Lab status: Final result          Instance released by: O'Connell, Dennis E, PA (auto-released)
          12/4/2017 3:20 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Repeat Order to be cancelled if previous lactate result is < 2 | Yes |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964388_LACW B_20171204152 100 | Blood | Blood | Stipanov, Lindsay Joan, RN 12/04/17 1601 |

**Lactic Acid, Plasma STAT Now and After 3h [839579482]**          Resulted: 12/04/17 1612, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/04/17 1612          Collected by: Stipanov, Lindsay Joan, RN 12/04/17 1601
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate,WB | 1.1 | 0.4 - 2.0 mmol/L | — | SRFAC |

**Testing Performed By**

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 78 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

## LAB COAGULATION

### PROTHROMBIN TIME/INR [839579473] (Final result)

Status: **Completed**

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1520**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520
Authorized by: O'Connell, Dennis E, PA
Class: IP Lab Collect
Lab status: Final result

Ordering provider: O'Connell, Dennis E, PA
Ordering mode: Standard
Quantity: 1
Instance released by: O'Connell, Dennis E, PA (auto-released) 12/4/2017 3:20 PM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964388_PT_20 171204152100 | Plasma | Blood | Stipanov, Lindsay Joan, RN 12/04/17 1601 |

Prothrombin Time/INR STAT Once [839579473]          Resulted: 12/04/17 1624, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/04/17 1624
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: Stipanov, Lindsay Joan, RN 12/04/17 1601

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 14.0 | 12.0 - 14.5 sec | — | SRFAC |
| INR | 1.1 | 0.9 - 1.2 | — | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### PARTIAL THROMBOPLASTIN TIME [839579474] (Final result)

Status: **Completed**

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1520**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520
Authorized by: O'Connell, Dennis E, PA
Class: IP Lab Collect
Lab status: Final result

Ordering provider: O'Connell, Dennis E, PA
Ordering mode: Standard
Quantity: 1
Instance released by: O'Connell, Dennis E, PA (auto-released) 12/4/2017 3:20 PM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964388_PTT_2 0171204152100 | Plasma | Blood | Stipanov, Lindsay Joan, RN 12/04/17 1601 |

Partial Thromboplastin Time STAT Once [839579474] (Abnormal)          Resulted: 12/04/17 1624, Result status: Final result

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 79 of 287


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 1 of 2) (continued)

Ordering provider: O'Connell, Dennis E, PA  12/04/17 1520
Filed by:  lfc, Ehr Wb Ip Sq Lab Results In  12/04/17 1624
Resulting lab:  SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status:  Completed
Collected by:  Stipanov, Lindsay Joan, RN 12/04/17 1601

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| PTT | 37.3 | 24 - 35 sec | H | SRFAC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

## LAB HEMATOLOGY

### CBC WITH AUTOMATED DIFFERENTIAL [841193208] (Final result)

Electronically signed by:  **Press, Ann Katz, MD on 12/06/17 1132**                                    Status:  **Completed**
Ordering user:  Press, Ann Katz, MD 12/06/17 1132
Authorized by:  Press, Ann Katz, MD
Class:  IP Unit Collect
Lab status:  Final result

Ordering provider:  Press, Ann Katz, MD
Ordering mode:  Standard
Quantity:  1
Instance released by:  Press, Ann Katz, MD (auto-released)
12/9/2017 10:30 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| X878862_CBCA _2017120922100 0 | Blood | Blood | Canelo, Ingrid S, RN 12/10/17 0435 |

CBC with Automated Differential Routine Daily in a.m. [841193208]
(Abnormal)                                                     Resulted: 12/10/17 0503, Result status: Final result

Ordering provider:  Press, Ann Katz, MD 12/09/17 2230
Filed by:  lfc, Ehr Wb Ip Sq Lab Results In  12/10/17 0503
Resulting lab:  SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status:  Completed
Collected by:  Canelo, Ingrid S, RN 12/10/17 0435

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| White Blood Cell Count | 17.8 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 3.70 | 4.40 - 6.00 M/uL | L | SRFAC |
| Hemoglobin | 9.9 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 29.8 | 40.0 - 52.0 % | L | SRFAC |
| MCV | 81 | 80 - 100 fL | — | SRFAC |
| MCH | 26.8 | 27.0 - 33.0 pg | L | SRFAC |
| MCHC | 33.2 | 31.0 - 36.0 g/dL | — | SRFAC |
| RDW | 13.8 | <16.4 % | — | SRFAC |
| Platelet Count | 650 | 150 - 400 K/uL | H | SRFAC |
| Differential Type | Automated | — | — | SRFAC |
| Neutrophil % | 73 | 49.0 - 74.0 % | — | SRFAC |
| Lymphocyte % | 17 | 26.0 - 46.0 % | L | SRFAC |
| Monocyte % | 8 | 2.0 - 12.0 % | — | SRFAC |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 80 of 287


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

### Labs (group 1 of 2) (continued)

| | | | | |
|---|---|---|---|---|
| Eosinophil % | 2 | 0.0 - 5.0 % | — | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | SRFAC |
| Abs. Neutrophil | 13.0 | 2.0 - 8.0 K/uL | H | SRFAC |
| Abs. Lymphocyte | 3.0 | 1.0 - 5.1 K/uL | — | SRFAC |
| Abs. Monocyte | 1.4 | 0.0 - 0.8 K/uL | H | SRFAC |
| Abs. Eosinophil | 0.4 | 0.0 - 0.5 K/uL | — | SRFAC |
| Abs. Basophil | 0.1 | 0.0 - 0.2 uL | — | SRFAC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### CBC WITH AUTOMATED DIFFERENTIAL [841193188] (Final result)

Status: **Completed**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**
Ordering user: Press, Ann Katz, MD 12/06/17 1132
Authorized by: Press, Ann Katz, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Press, Ann Katz, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Press, Ann Katz, MD (auto-released)
12/8/2017 10:30 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| S838041_CBCA _2017120822110 0 | Blood | Blood | 17022 12/09/17 0510 |

CBC with Automated Differential Routine Daily in a.m. [841193188] (Abnormal)

Resulted: 12/09/17 0537, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/08/17 2230
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/09/17 0538
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17022 12/09/17 0510

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 18.5 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 4.00 | 4.40 - 6.00 M/uL | L | SRFAC |
| Hemoglobin | 10.8 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 32.1 | 40.0 - 52.0 % | L | SRFAC |
| MCV | 80 | 80 - 100 fL | — | SRFAC |
| MCH | 27.0 | 27.0 - 33.0 pg | — | SRFAC |
| MCHC | 33.6 | 31.0 - 36.0 g/dL | — | SRFAC |
| RDW | 13.7 | <16.4 % | — | SRFAC |
| Platelet Count | 641 | 150 - 400 K/uL | H | SRFAC |
| Differential Type | Automated | — | — | SRFAC |
| Neutrophil % | 79 | 49.0 - 74.0 % | H | SRFAC |
| Lymphocyte % | 12 | 26.0 - 46.0 % | L | SRFAC |
| Monocyte % | 7 | 2.0 - 12.0 % | — | SRFAC |
| Eosinophil % | 2 | 0.0 - 5.0 % | — | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | SRFAC |
| Abs. Neutrophil | 14.7 | 2.0 - 8.0 K/uL | H | SRFAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 81 of 287


**Sutter Health**

| | | |
|---|---|---|
| SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/4/2017, D/C: 12/10/2017 | |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

### Labs (group 1 of 2) (continued)

| | Value | Reference Range | Flag | | Lab |
|---|---|---|---|---|---|
| Abs. Lymphocyte | 2.1 | 1.0 - 5.1 K/uL | — | | SRFAC |
| Abs. Monocyte | 1.2 | 0.0 - 0.8 K/uL | H | | SRFAC |
| Abs. Eosinophil | 0.4 | 0.0 - 0.5 K/uL | — | | SRFAC |
| Abs. Basophil | 0.1 | 0.0 - 0.2 K/uL | | | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### CBC WITH AUTOMATED DIFFERENTIAL [840379470] (Edited Result - FINAL)

Status: **Completed**

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**
Ordering user: Press, Ann Katz 12/06/17 1132
Authorized by: Press, Ann Katz, MD
Class: IP Lab Collect
Lab status: Edited Result - FINAL

Ordering provider: Press, Ann Katz, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Press, Ann Katz, MD (auto-released)
12/7/2017 10:30 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F808403_CBCA _2017120722110 0 | Blood | Blood | 17321 12/08/17 0434 |

CBC with Automated Differential Routine Daily in a.m. [840379470] (Abnormal)

Resulted: 12/08/17 0505, Result status: Edited Result - FINAL

Ordering provider: Press, Ann Katz, MD 12/07/17 2230
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 0505
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17321 12/08/17 0434

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 20.9 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 3.84 | 4.40 - 6.00 M/uL | L | SRFAC |
| Hemoglobin | 10.4 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 30.6 | 40.0 - 52.0 % | L | SRFAC |
| MCV | 80 | 80 - 100 fL | — | SRFAC |
| MCH | 27.1 | 27.0 - 33.0 pg | — | SRFAC |
| MCHC | 34.0 | 31.0 - 36.0 g/dL | — | SRFAC |
| RDW | 13.6 | <16.4 % | — | SRFAC |
| Platelet Count | 603 | 150 - 400 K/uL | H | SRFAC |
| Differential Type | Automated | | — | SRFAC |
| Neutrophil % | 74 | 49.0 - 74.0 % | — | SRFAC |
| Lymphocyte % | 16 | 26.0 - 46.0 % | L | SRFAC |
| Monocyte % | 8 | 2.0 - 12.0 % | — | SRFAC |
| Eosinophil % | 2 | 0.0 - 5.0 % | — | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | SRFAC |
| Abs. Neutrophil | 15.6 | 2.0 - 8.0 K/uL | H | SRFAC |
| Abs. Lymphocyte | 3.2 | 1.0 - 5.1 K/uL | — | SRFAC |
| Abs. Monocyte | 1.7 | 0.0 - 0.8 K/uL | H | SRFAC |
| Abs. Eosinophil | 0.4 | 0.0 - 0.5 K/uL | — | SRFAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 82 of 287

Legal Copy



| | | |
|---|---|---|
| SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/4/2017, D/C: 12/10/2017 | |

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

**Labs (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL | — | SRFAC | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### CBC WITH AUTOMATED DIFFERENTIAL [840379452] (Edited Result - FINAL)

Electronically signed by: **Press, Ann Katz, MD on 12/06/17 1132**       Status: **Completed**
Ordering user: Press, Ann Katz, MD 12/06/17 1132    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP Lab Collect    Quantity: 1
Lab status: Edited Result - FINAL    Instance released by: Press, Ann Katz, MD (auto-released)
    12/6/2017 10:30 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H558035_CBCA _2017120622120 0 | Blood | Blood | 17330 12/07/17 0742 |

CBC with Automated Differential Routine Daily in a.m. [840379452]    Resulted: 12/07/17 0823, Result status: Edited
(Abnormal)    Result - FINAL

Ordering provider: Press, Ann Katz, MD 12/06/17 2230    Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/07/17 1127    Collected by: 17330 12/07/17 0742
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 17.0 | 4.0 - 11.0 K/uL | H | SRFAC |
| Comment: Corrected on 12/07 AT 0823: Previously reported as 16.9 | | | | |
| Red Blood Cell Count | 4.17 | 4.40 - 6.00 M/uL | L | SRFAC |
| Comment: Corrected on 12/07 AT 0823: Previously reported as 4.06 | | | | |
| Hemoglobin | 11.0 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 33.4 | 40.0 - 52.0 % | L | SRFAC |
| Comment: Corrected on 12/07 AT 0823: Previously reported as 32.6 | | | | |
| MCV | 80 | 80 - 100 fL | — | SRFAC |
| MCH | 26.4 | 27.0 - 33.0 pg | L | SRFAC |
| Comment: Corrected on 12/07 AT 0823: Previously reported as 27.1 | | | | |
| MCHC | 32.9 | 31.0 - 36.0 g/dL | — | SRFAC |
| Comment: Corrected on 12/07 AT 0823: Previously reported as 33.7 | | | | |
| RDW | 13.4 | <16.4 % | — | SRFAC |
| Platelet Count | 562 | 150 - 400 K/uL | H | SRFAC |
| Comment: Corrected on 12/07 AT 0823: Previously reported as 539 | | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 83 of 287


Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

95403

### CBC WITH AUTOMATED DIFFERENTIAL [839734774] (Final result)

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 1128**   Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 1128        Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                      Ordering mode: Standard
Class: IP Lab Collect                                   Quantity: 1
Lab status: Final result                                Instance released by: Thingvoll, John W, RN (auto-released)
                                                        12/5/2017 10:31 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| W988068_CBCA _2017120522120 0 | Blood | Blood | 17268 12/06/17 0548 |

CBC with Automated Differential Routine Tomorrow AM [839734774]   Resulted: 12/06/17 0611, Result status: Final result
(Abnormal)

Ordering provider: Lamb, Kenneth C, MD  12/05/17 2231     Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/06/17 0611  Collected by: 17268 12/06/17 0548
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 12.4 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 3.80 | 4.40 - 6.00 M/uL | L | SRFAC |
| Hemoglobin | 10.1 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 30.0 | 40.0 - 52.0 % | L | SRFAC |
| MCV | 79 | 80 - 100 fL | L | SRFAC |
| MCH | 26.6 | 27.0 - 33.0 pg | L | SRFAC |
| MCHC | 33.7 | 31.0 - 36.0 g/dL | — | SRFAC |
| RDW | 13.2 | <16.4 % | — | SRFAC |
| Platelet Count | 433 | 150 - 400 K/uL | H | SRFAC |
| Differential Type | Automated | — | — | SRFAC |
| Neutrophil % | 75 | 49.0 - 74.0 % | H | SRFAC |
| Lymphocyte % | 16 | 26.0 - 46.0 % | L | SRFAC |
| Monocyte % | 8 | 2.0 - 12.0 % | — | SRFAC |
| Eosinophil % | 1 | 0.0 - 5.0 % | — | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | SRFAC |
| Abs. Neutrophil | 9.2 | 2.0 - 8.0 K/uL | H | SRFAC |
| Abs. Lymphocyte | 2.0 | 1.0 - 5.1 K/uL | — | SRFAC |
| Abs. Monocyte | 1.0 | 0.0 - 0.8 K/uL | H | SRFAC |
| Abs. Eosinophil | 0.2 | 0.0 - 0.5 K/uL | — | SRFAC |
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL | — | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 84 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

### CBC WITH AUTOMATED DIFFERENTIAL [839733560] (Final result)

Electronically signed by: Altaf, Mujeeb, MD on 12/04/17 1923 — Status: **Completed**
Ordering user: Altaf, Mujeeb, MD 12/04/17 1923    Ordering provider: Altaf, Mujeeb, MD
Authorized by: Altaf, Mujeeb, MD    Ordering mode: Standard
Class: IP Lab Collect    Quantity: 1
Lab status: Final result    Instance released by: Pershina, Allan Jared, RN (auto-released)
    12/5/2017 12:47 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500191_CBCA _2017120500470 0 | Blood | Blood | 17330 12/05/17 0114 |

CBC with Automated Differential Routine Tomorrow AM [839733560]    Resulted: 12/05/17 0133, Result status: Final result
(Abnormal)

Ordering provider: Altaf, Mujeeb, MD 12/05/17 0047    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 0133    Collected by: 17330 12/05/17 0114
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 14.8 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 4.06 | 4.40 - 6.00 M/uL | L | SRFAC |
| Hemoglobin | 10.8 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 32.6 | 40.0 - 52.0 % | L | SRFAC |
| MCV | 80 | 80 - 100 fL | — | SRFAC |
| MCH | 26.6 | 27.0 - 33.0 pg | L | SRFAC |
| MCHC | 33.1 | 31.0 - 36.0 g/dL | — | SRFAC |
| RDW | 13.2 | <16.4 % | — | SRFAC |
| Platelet Count | 389 | 150 - 400 K/uL | — | SRFAC |
| Differential Type | Automated | — | — | SRFAC |
| Neutrophil % | 81 | 49.0 - 74.0 % | H | SRFAC |
| Lymphocyte % | 10 | 26.0 - 46.0 % | L | SRFAC |
| Monocyte % | 9 | 2.0 - 12.0 % | — | SRFAC |
| Eosinophil % | 0 | 0.0 - 5.0 % | — | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | SRFAC |
| Abs. Neutrophil | 11.9 | 2.0 - 8.0 K/uL | H | SRFAC |
| Abs. Lymphocyte | 1.5 | 1.0 - 5.1 K/uL | — | SRFAC |
| Abs. Monocyte | 1.3 | 0.0 - 0.8 K/uL | H | SRFAC |
| Abs. Eosinophil | 0.1 | 0.0 - 0.5 K/uL | — | SRFAC |
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL | — | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### ESR, ERYTHROCYTE SEDIMENTATION RATE [839733565] (Final result)

Electronically signed by: **Altaf, Mujeeb, MD on 12/04/17 1923** — Status: **Completed**
Ordering user: Altaf, Mujeeb, MD 12/04/17 1923    Ordering provider: Altaf, Mujeeb, MD

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 85 of 287

Legal Copy
 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 1 of 2) (continued)**

Authorized by: Altaf, Mujeeb, MD
Class: IP Lab Collect
Lab status: Final result

Ordering mode: Standard
Quantity: 1
Instance released by: Pershina, Allan Jared, RN (auto-released)
12/5/2017 12:47 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500191_ESR_2 0171205004700 | Blood | Blood | 17330 12/05/17 0114 |

**ESR, Erythrocyte Sedimentation Rate Routine Tomorrow AM [839733565] (Abnormal)** — Resulted: 12/05/17 0211, Result status: Final result

Ordering provider: Altaf, Mujeeb, MD 12/05/17 0047
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 0211
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17330 12/05/17 0114

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ESR | 87 | 0 - 10 mm/hr | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**CELL COUNT, FLUID [839579496] (Final result)**

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1705**    Status: **Completed**

Ordering user: O'Connell, Dennis E, PA 12/04/17 1705
Authorized by: O'Connell, Dennis E, PA
Class: IP Unit Collect
Lab status: Final result

Ordering provider: O'Connell, Dennis E, PA
Ordering mode: Standard
Quantity: 1
Instance released by: O'Connell, Dennis E, PA (auto-released)
12/4/2017 5:05 PM

Order comments: Right knee

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| M967599_FCT_2 0171204170500 | Miscellaneous | Synovial Fluid | 17990 12/04/17 1730 |

**Cell Count, Fluid STAT Once [839579496]** — Resulted: 12/04/17 1822, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1705
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/04/17 1822
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17990 12/04/17 1730

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Fluid Type | RIGHT KNEE JOINT FLUID | — | — | SRFAC |
| Fluid Appearance | CLOUDY | — | — | SRFAC |

Printed by [S18787] at 1/7/20 11:19 AM


SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 1 of 2) (continued)

| | | | | |
|---|---|---|---|---|
| Fluid WBCs | 156,738 | /cumm | — | SRFAC |
| Fluid RBCs | 10,000 | /cumm | — | SRFAC |
| Fluid PMNs | 93 | % | — | SRFAC |
| Fluid Lymphocytes | 5 | % | — | SRFAC |
| Fluid Monocytes | 2 | % | — | SRFAC |
| Fluid Eosinophils | 0 | % | — | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**CRYSTAL EXAMINATION, FLUID, SYNOVIAL [839579497] (Final result)**

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1705**                    Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1705
Authorized by: O'Connell, Dennis E, PA
Class: IP Unit Collect
Lab status: Final result

Ordering provider: O'Connell, Dennis E, PA
Ordering mode: Standard
Quantity: 1
Instance released by: O'Connell, Dennis E, PA (auto-released) 12/4/2017 5:05 PM

Order comments: Right knee

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M967601_SFCR YB_2017120417 0500 | Synovial fluid | Synovial Fluid | 17990 12/04/17 1700 |

Crystal Examination, Fluid, Synovial STAT Once [839579497]                    Resulted: 12/04/17 1755, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1705
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/04/17 1756
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 17990 12/04/17 1700

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Site | RIGHT KNEE FLUID | — | — | SRFAC |
| Synovial Fluid Crystals | NO CRYSTALS PRESENT | — | — | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 87 of 287

Legal Copy
 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

## 12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)

### Labs (group 1 of 2) (continued)

### CBC WITH AUTOMATED DIFFERENTIAL [839579471] (Final result)

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1520**                          Status: **Completed**

| | |
|---|---|
| Ordering user: O'Connell, Dennis E, PA 12/04/17 1520 | Ordering provider: O'Connell, Dennis E, PA |
| Authorized by: O'Connell, Dennis E, PA | Ordering mode: Standard |
| Class: IP Lab Collect | Quantity: 1 |
| Lab status: Final result | Instance released by: O'Connell, Dennis E, PA (auto-released) 12/4/2017 3:20 PM |

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964388_CBCA_2017120415210 0 | Blood | Blood | Stipanov, Lindsay Joan, RN 12/04/17 1601 |

CBC with Automated Differential STAT Once [839579471] (Abnormal)          Resulted: 12/04/17 1618, Result status: Final result

| | |
|---|---|
| Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520 | Order status: Completed |
| Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/04/17 1618 | Collected by: Stipanov, Lindsay Joan, RN 12/04/17 1601 |
| Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL | |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 13.9 | 4.0 - 11.0 K/uL | H | SRFAC |
| Red Blood Cell Count | 4.60 | 4.40 - 6.00 M/uL | — | SRFAC |
| Hemoglobin | 12.5 | 13.5 - 18.0 g/dL | L | SRFAC |
| Hematocrit | 36.6 | 40.0 - 52.0 % | L | SRFAC |
| MCV | 80 | 80 - 100 fL | — | SRFAC |
| MCH | 27.2 | 27.0 - 33.0 pg | — | SRFAC |
| MCHC | 34.2 | 31.0 - 36.0 g/dL | — | SRFAC |
| RDW | 13.1 | <16.4 % | — | SRFAC |
| Platelet Count | 406 | 150 - 400 K/uL | H | SRFAC |
| Differential Type | Automated | — | — | SRFAC |
| Neutrophil % | 80 | 49.0 - 74.0 % | H | SRFAC |
| Lymphocyte % | 11 | 26.0 - 46.0 % | L | SRFAC |
| Monocyte % | 9 | 2.0 - 12.0 % | — | SRFAC |
| Eosinophil % | 0 | 0.0 - 5.0 % | — | SRFAC |
| Basophil % | 0 | 0.0 - 2.0 % | — | SRFAC |
| Abs. Neutrophil | 11.0 | 2.0 - 8.0 K/uL | H | SRFAC |
| Abs. Lymphocyte | 1.5 | 1.0 - 5.1 K/uL | — | SRFAC |
| Abs. Monocyte | 1.3 | 0.0 - 0.8 K/uL | H | SRFAC |
| Abs. Eosinophil | 0.1 | 0.0 - 0.5 K/uL | — | SRFAC |
| Abs. Basophil | 0.0 | 0.0 - 0.2 K/uL | — | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 88 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 2 of 2)

### LAB MICROBIOLOGY

#### CULTURE, BLOOD [839734781] (Final result)

Electronically signed by: **Yang, Shu-Qing, MD on 12/06/17 1038**      Status: **Completed**
Ordering user: Yang, Shu-Qing, MD 12/06/17 1038
Authorized by: Yang, Shu-Qing, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Yang, Shu-Qing, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Yang, Shu-Qing, MD (auto-released)
12/6/2017 10:38 AM

Order comments: Two sets peripheral draw.  No lactate

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| W1000436_BC_ 20171206103800 | Blood | Other | 17286 12/06/17 1325 |
| Comment: rarm | | | |

#### Culture, Blood Routine Q15 Min [839734781]      Resulted: 12/11/17 0655, Result status: Final result

Ordering provider: Yang, Shu-Qing, MD 12/06/17 1038      Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/11/17 0655      Collected by: 17286 12/06/17 1325
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | — | SRFAC |
| CULTURE | No growth 5 days | — | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

#### CULTURE, BLOOD [839734782] (Final result)

Electronically signed by: **Yang, Shu-Qing, MD on 12/06/17 1038**      Status: **Completed**
Ordering user: Yang, Shu-Qing, MD 12/06/17 1038
Authorized by: Yang, Shu-Qing, MD
Class: IP Lab Collect
Lab status: Final result

Ordering provider: Yang, Shu-Qing, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Yang, Shu-Qing, MD (auto-released)
12/6/2017 10:38 AM

Order comments: Two sets peripheral draw.  No lactate

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| W1000439_BC_ 20171206103800 | Blood | Other | 17286 12/06/17 1315 |
| Comment: RARM | | | |

#### Culture, Blood Routine Q15 Min [839734782]      Resulted: 12/11/17 0655, Result status: Final result

Ordering provider: Yang, Shu-Qing, MD 12/06/17 1038      Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/11/17 0655      Collected by: 17286 12/06/17 1315
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 89 of 287

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 2 of 2) (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | | SRFAC |
| CULTURE | No growth 5 days | — | | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**CULTURE, MRSA SCREEN [839734738] (Final result)**

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 0038**       Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 0038          Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                        Ordering mode: Standard
Class: IP Unit Collect                                    Quantity: 1
Lab status: Final result                                  Instance released by: Pershina, Allan Jared, RN (auto-released) 12/5/2017 12:47 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T500196_MRSAS_20171205004800 | Nares | Nares | 17990 12/05/17 0035 |

**Culture, MRSA Screen Routine Once [839734738]**          Resulted: 12/06/17 1238, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD 12/05/17 0047       Order status: Completed
Filed by: lfc, Ehr Wb lp Sq Lab Results In 12/06/17 1238   Collected by: 17990 12/05/17 0035
Resulting lab: CPMC PACIFIC LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | | SRFAC |
| CULTURE | No methicillin (oxacillin) resistant Staph aureus isolated | — | | MEPAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL | Thomas Jackson, M.D. | 30 Mark West Springs Road | 10/27/14 1342 - 01/03/18 1145 |

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 90 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

HOSPITAL                                    SANTA ROSA CA
                                            95403

**CULTURE, BODY FLUID, AER & ANAER W/ SMEAR [839694056] (Edited Result - FINAL)**

Electronically signed by: **Bennett, Frederick S, MD on 12/05/17 1734**                  Status: **Completed**
Mode: Ordering in Verbal mode
Ordering user: Sussingham, Elaine M, RN 12/04/17 2154          Communicated by: Sussingham, Elaine M, RN
Authorized by: Bennett, Frederick S, MD                        Ordering provider: Bennett, Frederick S, MD
Class: IP Unit Collect                                         Ordering mode: Verbal
Lab status: Edited Result - FINAL                              Quantity: 1
                                                               Instance released by: Sussingham, Elaine M, RN (auto-
                                                               released) 12/4/2017 9:54 PM
Order comments: Right Calf surgical site

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| M972766_FLDC A_20171204215 400 | Surgical Site | Other | Sussingham, Elaine M, RN 12/04/17 2140 |
| Comment: R CALF | | | |

Culture, Body Fluid, Aer & Anaer w/ Smea STAT Once [839694056]          Resulted: 12/07/17 1008, Result status: Edited
(Abnormal)                                                              Result - FINAL

Ordering provider: Bennett, Frederick S, MD 12/04/17 2154     Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/07/17 1206      Collected by: Sussingham, Elaine M, RN 12/04/17 2140
Resulting lab: CPMC PACIFIC LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | GEL SWAB RECD | — | — | MEPAC |
| GRAM STAIN | Moderate WBCs | — | — | MEPAC |
| GRAM STAIN | Many RBCs | — | — | MEPAC |
| GRAM STAIN | Moderate Gram Positive Cocci | — | A | MEPAC |
| GRAM STAIN | Note Results called and faxed to Nicole at Sutter Santa Rosa 11:50am 12/05/2017 //ff | — | — | MEPAC |
| CULTURE | 2+ Staphylococ cus aureus | — | A | MEPAC |
| CULTURE | No Anaerobes isolated | — | — | MEPAC |

**Sensitivities**

| Organism | Antibiotic | Sensitivity |
|---|---|---|
| Staphylococcus aureus MICROBIOLOGY MIC | Clindamycin | <=0.25 Sensitive |

Printed by [S18787] at 1/7/20 11:19 AM                                                      Page 91

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 2 of 2) (continued)

| | | |
|---|---|---|
| Staphylococcus aureus MICROBIOLOGY MIC | Erythromycin | 0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Gentamicin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Oxacillin | 0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Penicillin | Resistant |
| Staphylococcus aureus MICROBIOLOGY MIC | Rifampin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Tetracycline | <=1 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Trimethoprim/Sulfa | <=10 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Vancomycin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Ciprofloxacin | <=0.5 Sensitive |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |

### CULTURE, BODY FLUID, AER & ANAER W/ SMEAR [839694076] (Final result)

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/04/17 2046      Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/04/17 2046     Ordering provider: Altaf, Mujeeb, MD
Authorized by: Altaf, Mujeeb, MD     Ordering mode: Standard
Class: IP Unit Collect     Quantity: 1
Lab status: Final result     Instance released by: (auto-released) 12/4/2017 11:00 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M973390_FLDC A_20171204230 000 | Surgical Site | Other | 17990 12/04/17 2046 |

   Comment: R KNEE

Culture, Body Fluid, Aer & Anaer w/ Smea [839694076] (Abnormal)     Resulted: 12/07/17 1207. Result status: Final result

Ordering provider: Altaf, Mujeeb, MD 12/04/17 2046     Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 1207     Collected by: 17990 12/04/17 2046
Resulting lab: CPMC PACIFIC LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | GEL SWAB RECD | — | — | MEPAC |
| GRAM STAIN | Many WBCs | — | — | MEPAC |
| GRAM STAIN | Many RBCs | — | — | MEPAC |
| GRAM STAIN | Moderate Gram Positive | — | A | MEPAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 92 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

Labs (group 2 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | Cocci | | | |
| GRAM STAIN | | Note Results called and faxed to Nicole at Sutter Santa Rosa 11:50am 12/05/17 //ff | — | — | MEPAC |
| CULTURE | | 1+ Staphylococ cus aureus , Refer to previous culture for susceptibility results | — | A | MEPAC |
| CULTURE | | No Anaerobes isolated | — | — | MEPAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |

**URINALYSIS & CULT IF INDICATED [839579477] (Final result)**

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1520**                Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520            Ordering provider: O'Connell, Dennis E, PA
Authorized by: O'Connell, Dennis E, PA                Ordering mode: Standard
Class: IP Unit Collect                    Quantity: 1
Lab status: Final result                 Instance released by: O'Connell, Dennis E, PA (auto-released)
                               12/4/2017 3:20 PM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964399_UAC_ 20171204152100 | Urine | Clean Catch Urine | 17990 12/04/17 1730 |

Urinalysis & Cult if Indicated STAT Once [839579477] (Abnormal)        Resulted: 12/04/17 1757, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520        Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In  12/04/17 1757        Collected by: 17990 12/04/17 1730
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Urine Color | Yellow | — | — | SRFAC |
| Urine Appearance | Clear | — | — | SRFAC |
| Urine Specific Gravity | 1.010 | 1.000 - 1.030 | — | SRFAC |
| Urine pH | 8.0 | 5.0 - 7.0 | H | SRFAC |
| Urine Leukocyte Esterase | Neg | Neg | — | SRFAC |
| Urine Nitrites | Neg | Neg | — | SRFAC |
| Urine Protein | Trace | Neg | A | SRFAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 93 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

## Labs (group 2 of 2) (continued)

| | | | | |
|---|---|---|---|---|
| Urine Glucose | 500 | Neg | A | SRFAC |
| Urine Ketones | Neg | Neg | — | SRFAC |
| Urine Urobilinogen | 1.0 | 0.1 - 1.0 EU/dL | — | SRFAC |
| Urine Bilirubin | Neg | Neg | — | SRFAC |
| Urine Blood | Neg | Neg | — | SRFAC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### CULTURE, BODY FLUID, AER & ANAER W/ SMEAR [839579495] (Final result)

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1705**    Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1705
Authorized by: O'Connell, Dennis E, PA
Class: IP Unit Collect
Lab status: Final result

Ordering provider: O'Connell, Dennis E, PA
Ordering mode: Standard
Quantity: 1
Instance released by: O'Connell, Dennis E, PA (auto-released) 12/4/2017 5:05 PM

Order comments: Right knee

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M967596_FLDC A_20171204170 500 | Fluid-Joint | Other | 17990 12/04/17 1700 |

Comment: FLUID REC'D

Culture, Body Fluid, Aer & Anaer w/ Smea STAT Once [839579495] (Abnormal)    Resulted: 12/07/17 1015, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1705
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/08/17 1249
Resulting lab: CPMC PACIFIC LAB

Order status: Completed
Collected by: 17990 12/04/17 1700

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | — | SRFAC |
| GRAM STAIN | Moderate WBCs | — | — | MEPAC |
| GRAM STAIN | Few Gram Positive Cocci | — | A | MEPAC |
| CULTURE | 2+ Staphylococcus aureus | — | A | MEPAC |
| CULTURE | No Anaerobes isolated | — | — | MEPAC |
| CULTURE | -- | — | — | MEPAC |

Result:
Note
Results called and faxed to Nicole at Sutter Santa Rosa 9:05am 12/6/17 //ff

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 94 of 287


**Sutter Health**

| | | |
|---|---|---|
| | SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/4/2017, D/C: 12/10/2017 |

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

Sensitivities

| Organism | Antibiotic | Sensitivity |
|---|---|---|
| Staphylococcus aureus MICROBIOLOGY MIC | Clindamycin | <=0.25 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Erythromycin | 0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Gentamicin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Oxacillin | 0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Penicillin | Resistant |
| Staphylococcus aureus MICROBIOLOGY MIC | Rifampin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Tetracycline | <=1 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Trimethoprim/Sulfa | <=10 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Vancomycin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Ciprofloxacin | <=0.5 Sensitive |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GRAM STAIN [839579504] (Final result)**

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1742**                    Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1742          Ordering provider: O'Connell, Dennis E, PA
Authorized by: O'Connell, Dennis E, PA                                      Ordering mode: Standard
Class: IP Unit Collect                                                                    Quantity: 1
Lab status: Final result                                                                  Instance released by: O'Connell, Dennis E, PA (auto-released) 12/4/2017 5:42 PM

Order comments: Right knee

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M968720_GS_2 0171204174400 | Synovial fluid | Synovial Fluid | 17990 12/04/17 1700 |

Gram Stain STAT Once [839579504]                    Resulted: 12/04/17 2058, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1742     Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/04/17 2058     Collected by: 17990 12/04/17 1700
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Components

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 95 of 287


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | — | SRFAC |
| GRAM STAIN | Many WBCs | — | — | SRFAC |
| GRAM STAIN | Few Gram Positive Cocci in clusters | — | — | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

CULTURE, BLOOD [839579476] (Final result)

Electronically signed by: **O'Connell, Dennis E, PA** on 12/04/17 1520 — Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520
Authorized by: O'Connell, Dennis E, PA
Class: IP Lab Collect
Lab status: Final result

Ordering provider: O'Connell, Dennis E, PA
Ordering mode: Standard
Quantity: 1
Instance released by: O'Connell, Dennis, PA (auto-released) 12/4/2017 3:20 PM

Order comments: 2 Sets / 2 Sites

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964398_BC_20 171204152100 | Blood | Other | 17192 12/04/17 1610 |

Comment: LAC

Culture, Blood STAT Q1 Min [839579476] (Abnormal) — Resulted: 12/09/17 0805, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520
Filed by: lfc, Ehr Wo Ip Sq Lab Results In 12/10/17 1630
Resulting lab: CPMC PACIFIC LAB
Acknowledged by
Bowen, Janice L, RN on 12/10/17 1714
Loh, Alicia, RPh on 12/10/17 1726

Order status: Completed
Collected by: 17192 12/04/17 1610

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | — | SRFAC |
| CULTURE | Staphylococcus aureus in the aerobic bottle , Refer to previous culture for susceptibility results | — | A | MEPAC |
| CULTURE | Result: Note PREVIOUSLY CALLED | -- | — | MEPAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 96 of 287


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain**
**View Suites (continued)**

Labs (group 2 of 2) (continued)

TTD 02:22:55 AEROBIC BOTTLE

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### All Reviewers List

Loh, Alicia, RPh on 12/10/2017 5:28 PM
Bowen, Janice L, RN on 12/10/2017 5:14 PM

### CULTURE, BLOOD [839579475] (Final result)

Electronically signed by: **O'Connell, Dennis E, PA on 12/04/17 1520**          Status: **Completed**
Ordering user: O'Connell, Dennis E, PA 12/04/17 1520          Ordering provider: O'Connell, Dennis E, PA
Authorized by: O'Connell, Dennis E, PA          Ordering mode: Standard
Class: IP Lab Collect          Quantity: 1
Lab status: Final result          Instance released by: O'Connell, Dennis E, PA (auto-released)
          12/4/2017 3:20 PM

Order comments: 2 Sets / 2 Sites

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| M964395_BC_20 171204152100 | Blood | Other | Stipanov, Lindsay Joan, RN 12/04/17 1601 |
| Comment: UNK | | | |

#### Culture, Blood STAT Q1 Min [839579475] (Abnormal)

Resulted: 12/08/17 0738, Result status: Final result

Ordering provider: O'Connell, Dennis E, PA 12/04/17 1520          Order status: Completed
Filed by: lfc, Ehr Wb Ip Sq Lab Results In 12/10/17 1630          Collected by: Stipanov, Lindsay Joan, RN 12/04/17 1601
Resulting lab: CPMC PACIFIC LAB
Acknowledged by
Loh, Alicia, RPh on 12/10/17 1722
Press, Ann Katz, MD on 12/10/17 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Special Requests | None | — | — | SRFAC |
| CULTURE | Staphylococcus aureus in the aerobic bottle | — | A | MEPAC |
| CULTURE Result: Note TTD 01;15:53 AEROBIC | — | — | — | MEPAC |

CALLED TO AND READBACK BY STEVE AT 1012/AR

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 97 of 287

Legal Copy
 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

Sensitivities

| Organism | Antibiotic | Sensitivity |
|---|---|---|
| Staphylococcus aureus MICROBIOLOGY MIC | Clindamycin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Erythromycin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Gentamicin | <=2 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Oxacillin | 0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Rifampin | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Tetracycline | <=0.5 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Trimethoprim/Sulfa | <=1/19 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Vancomycin | 1 Sensitive |
| Staphylococcus aureus MICROBIOLOGY MIC | Levofloxacin | <=0.5 Sensitive |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - MEPAC | CPMC PACIFIC LAB | Richard Garcia-Kennedy, MD | 2333 BUCHANAN ST SAN FRANCISCO CA 94115 | 01/19/09 1948 - Present |
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

All Reviewers List

Press, Ann Katz, MD on 12/10/2017  5:31 PM
Loh, Alicia, RPh on 12/10/2017 5:27 PM

LAB POC

GLUCOSE, POC [841193210] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/10/17 0824**          Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/10/17 0824     Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD          Ordering mode: Standard
Class: IP POC          Quantity: 1
Lab status: Final result          Instance released by:  (auto-released) 12/10/2017  8:29 AM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| X883752_POCG LU_2017121008 2900 | Blood | — | 12/10/17 0824 |

Glucose, POC [841193210] (Abnormal)          Resulted: 12/10/17 0829, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/10/17 0824     Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/10/17 0829     Collected by: 12/10/17 0824

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 98 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Labs (group 2 of 2) (continued)**

Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 125 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [841193205] (Final result)**

| | |
|---|---|
| Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/09/17 2112** | Status: **Completed** |
| Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 2112 | Ordering provider: Press, Ann Katz, MD |
| Authorized by: Press, Ann Katz, MD | Ordering mode: Standard |
| Class: IP POC | Quantity: 1 |
| Lab status: Final result | Instance released by: (auto-released) 12/9/2017 10:03 PM |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| S856284_POCG LU_2017120922 0300 | Blood | — | 12/09/17 2112 |

Glucose, POC [841193205] (Abnormal)          Resulted: 12/09/17 2203, Result status: Final result

| | |
|---|---|
| Ordering provider: Press, Ann Katz, MD  12/09/17 2112 | Order status: Completed |
| Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/09/17 2203 | Collected by: 12/09/17 2112 |
| Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL | |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 192 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [841193203] (Final result)**

| | |
|---|---|
| Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/09/17 1720** | Status: **Completed** |
| Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 1720 | Ordering provider: Press, Ann Katz, MD |
| Authorized by: Press, Ann Katz, MD | Ordering mode: Standard |
| Class: IP POC | Quantity: 1 |
| Lab status: Final result | Instance released by: (auto-released) 12/9/2017 7:25 PM |

**Specimen Information**

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 99 of 287



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 2 of 2) (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| S854710_POCG LU_2017120919 2500 | Blood | — | 12/09/17 1720 |

**Glucose, POC [841193203] (Abnormal)**      Resulted: 12/09/17 1925, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/09/17 1720    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 1925    Collected by: 12/09/17 1720
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 177 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [841193200] (Final result)**

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/09/17 1404    Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 1404    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP POC    Quantity: 1
Lab status: Final result    Instance released by: (auto-released) 12/9/2017 2:13 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| S851105_POCG LU_2017120914 1300 | Blood | — | 12/09/17 1404 |

**Glucose, POC [841193200] (Abnormal)**      Resulted: 12/09/17 1413, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/09/17 1404    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 1413    Collected by: 12/09/17 1404
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 189 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 100 of 287


**Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

---

### GLUCOSE, POC [841193192] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/09/17 0838**    Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 0838    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP POC    Quantity: 1
Lab status: Final result    Instance released by: (auto-released) 12/9/2017 8:53 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| S844582_POCG LU_2017120908 5300 | Blood | — | 12/09/17 0838 |

Glucose, POC [841193192]    Resulted: 12/09/17 0853, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/09/17 0838    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/09/17 0854    Collected by: 12/09/17 0838
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 99 | 70 - 99 mg/dL | — | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

### GLUCOSE, POC [841193190] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/08/17 2217**    Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 2217    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP POC    Quantity: 1
Lab status: Final result    Instance released by: (auto-released) 12/8/2017 11:55 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F839264_POCG LU_2017120823 5500 | Blood | — | 12/08/17 2217 |

Glucose, POC [841193190] (Abnormal)    Resulted: 12/08/17 2355, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/08/17 2217    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 2355    Collected by: 12/08/17 2217
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 151 | 70 - 99 mg/dL | H | SRFAC |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 101 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [841193187] (Final result)**

| Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/08/17 1826 | | Status: **Completed** |
|---|---|---|
| Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 1826 | Ordering provider: Press, Ann Katz, MD | |
| Authorized by: Press, Ann Katz, MD | Ordering mode: Standard | |
| Class: IP POC | Quantity: 1 | |
| Lab status: Final result | Instance released by: (auto-released) 12/8/2017 10:14 PM | |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F838500_POCG LU_2017120822 1400 | Blood | — | 12/08/17 1826 |

Glucose, POC [841193187] (Abnormal)                                    Resulted: 12/08/17 2214, Result status: Final result

Ordering provider: Press, Ann Katz, MD  12/08/17 1826          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/08/17 2214       Collected by: 12/08/17 1826
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 144 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [841193182] (Final result)**

| Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/08/17 1304 | | Status: **Completed** |
|---|---|---|
| Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 1304 | Ordering provider: Press, Ann Katz, MD | |
| Authorized by: Press, Ann Katz, MD | Ordering mode: Standard | |
| Class: IP POC | Quantity: 1 | |
| Lab status: Final result | Instance released by: (auto-released) 12/8/2017 1:09 PM | |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F827064_POCG LU_2017120813 0900 | Blood | — | 12/08/17 1304 |

Glucose, POC [841193182] (Abnormal)                                    Resulted: 12/08/17 1309, Result status: Final result

Ordering provider: Press, Ann Katz, MD  12/08/17 1304          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/08/17 1309       Collected by: 12/08/17 1304

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 102
of 287

Legal Copy

**Sutter Health**

| | |
|---|---|
| SUTTER SANTA ROSA REGIONAL HOSPITAL 30 Mark West Springs Road SANTA ROSA CA 95403-1436 | Galvez, Enrique MRN: 62050112, DOB: 11/27/1969, Sex: M Adm: 12/4/2017, D/C: 12/10/2017 |

**Labs (group 2 of 2) (continued)**

Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 174 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [841193176] (Final result)**

| | |
|---|---|
| Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/08/17 0944** | Status: **Completed** |
| Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 0944 | Ordering provider: Press, Ann Katz, MD |
| Authorized by: Press, Ann Katz, MD | Ordering mode: Standard |
| Class: IP POC | Quantity: 1 |
| Lab status: Final result | Instance released by: (auto-released) 12/8/2017 9:49 AM |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F819300_POCG LU_2017120809 4900 | Blood | — | 12/08/17 0944 |

**Glucose, POC [841193176] (Abnormal)**

| | |
|---|---|
| | Resulted: 12/08/17 0949, Result status: Final result |
| Ordering provider: Press, Ann Katz, MD 12/08/17 0944 | Order status: Completed |
| Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 0949 | Collected by: 12/08/17 0944 |
| Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL | |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 118 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [840379472] (Final result)**

| | |
|---|---|
| Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/08/17 0705** | Status: **Completed** |
| Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/08/17 0705 | Ordering provider: Press, Ann Katz, MD |
| Authorized by: Press, Ann Katz, MD | Ordering mode: Standard |
| Class: IP POC | Quantity: 1 |
| Lab status: Final result | Instance released by: (auto-released) 12/8/2017 8:00 AM |
| **Specimen Information** | |

Case: 19-30088 Doc# 14238 Filed: 12/20/23 Entered: 12/20/23 14:42:51 Page 103 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

---

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

### Labs (group 2 of 2) (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| F814612_POCG<br>LU_2017120808<br>0000 | Blood | — | 12/08/17 0705 |

**Glucose, POC [840379472]**  Resulted: 12/08/17 0800, Result status: Final result

Ordering provider: Press, Ann Katz, MD  12/08/17 0705
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/08/17 0800
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 12/08/17 0705

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 89 | 70 - 99 mg/dL | — | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

**GLUCOSE, POC [840379467] (Final result)**

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In** on 12/07/17 2133    Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 2133
Authorized by: Press, Ann Katz, MD
Class: IP POC
Lab status: Final result

Ordering provider: Press, Ann Katz, MD
Ordering mode: Standard
Quantity: 1
Instance released by: (auto-released) 12/7/2017 9:39 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| H587763_POCG<br>LU_2017120721<br>3900 | Blood | — | 12/07/17 2133 |

**Glucose, POC [840379467] (Abnormal)**  Resulted: 12/07/17 2139, Result status: Final result

Ordering provider: Press, Ann Katz, MD  12/07/17 2133
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/07/17 2139
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Order status: Completed
Collected by: 12/07/17 2133

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 155 | 70 - 99 mg/dL | H | SRFAC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 104 of 287

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 2 of 2) (continued)**

---

### GLUCOSE, POC [840379464] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/07/17 1834**          Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 1834          Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD          Ordering mode: Standard
Class: IP POC          Quantity: 1
Lab status: Final result          Instance released by: (auto-released) 12/7/2017 6:42 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H585103_POCG LU_2017120718 4200 | Blood | — | 12/07/17 1834 |

Glucose, POC [840379464] (Abnormal)          Resulted: 12/07/17 1842, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/07/17 1834          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 1842          Collected by: 12/07/17 1834
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 146 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

### GLUCOSE, POC [840379460] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/07/17 1241**          Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 1241          Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD          Ordering mode: Standard
Class: IP POC          Quantity: 1
Lab status: Final result          Instance released by: (auto-released) 12/7/2017 12:46 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H575410_POCG LU_2017120712 4600 | Blood | — | 12/07/17 1241 |

Glucose, POC [840379460] (Abnormal)          Resulted: 12/07/17 1246, Result status: Final result
Ordering provider: Press, Ann Katz, MD 12/07/17 1241          Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 1246          Collected by: 12/07/17 1241
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 184 | 70 - 99 mg/dL | H | SRFAC |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 105 of 287



SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### GLUCOSE, POC [840379456] (Final result)

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/07/17 0659     Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 0659    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP POC    Quantity: 1
Lab status: Final result    Instance released by: (auto-released) 12/7/2017 7:37 AM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| H563280_POCG LU_2017120707 3700 | Blood | — | 12/07/17 0659 |

Glucose, POC [840379456] (Abnormal)     Resulted: 12/07/17 0737, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/07/17 0659    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 0737    Collected by: 12/07/17 0659
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 130 | 70 - 99 mg/dL | H | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### GLUCOSE, POC [840379454] (Final result)

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/07/17 0021     Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 0021    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP POC    Quantity: 1
Lab status: Final result    Instance released by: (auto-released) 12/7/2017 2:31 AM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| H560262_POCG LU_2017120702 3100 | Blood | — | 12/07/17 0021 |

Glucose, POC [840379454] (Abnormal)     Resulted: 12/07/17 0231, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/07/17 0021    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/07/17 0231    Collected by: 12/07/17 0021

Legal Copy

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**Labs (group 2 of 2) (continued)**

Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 149 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [840379446] (Final result)**

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/06/17 1712     Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 1712     Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD     Ordering mode: Standard
Class: IP POC     Quantity: 1
Lab status: Final result     Instance released by: (auto-released) 12/6/2017 5:36 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| W1013968_POC GLU_201712061 73600 | Blood | — | 12/06/17 1712 |

**Glucose, POC [840379446] (Abnormal)**

Ordering provider: Press, Ann Katz, MD 12/06/17 1712     Resulted: 12/06/17 1736, Result status: Final result
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 1736     Order status: Completed
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL     Collected by: 12/06/17 1712

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 103 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [840379441] (Final result)**

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/06/17 1203     Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 1203     Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD     Ordering mode: Standard
Class: IP POC     Quantity: 1
Lab status: Final result     Instance released by: (auto-released) 12/6/2017 1:08 PM
**Specimen Information**

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 107 of 287

Legal Copy

 **Sutter Health**

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

Labs (group 2 of 2) (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| W1006189_POC GLU_201712061 30800 | Blood | — | 12/06/17 1203 |

**Glucose, POC [840379441] (Abnormal)**    Resulted: 12/06/17 1308, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/06/17 1203    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 1308    Collected by: 12/06/17 1203
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 237 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

**GLUCOSE, POC [839734778] (Final result)**

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/06/17 0929    Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 0929    Ordering provider: Press, Ann Katz, MD
Authorized by: Press, Ann Katz, MD    Ordering mode: Standard
Class: IP POC    Quantity: 1
Lab status: Final result    Instance released by: (auto-released) 12/6/2017 9:34 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| W997765_POCG LU_2017120609 3400 | Blood | — | 12/06/17 0929 |

**Glucose, POC [839734778] (Abnormal)**    Resulted: 12/06/17 0934, Result status: Final result

Ordering provider: Press, Ann Katz, MD 12/06/17 0929    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/06/17 0934    Collected by: 12/06/17 0929
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 166 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 108 of 287

 Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

**Labs (group 2 of 2) (continued)**

### GLUCOSE, POC [839734769] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/05/17 2042**          Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 2042      Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                Ordering mode: Standard
Class: IP POC                          Quantity: 1
Lab status: Final result                     Instance released by: (auto-released) 12/5/2017 8:50 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T528607_POCG LU_2017120520 5000 | Blood | — | 12/05/17 2042 |

### Glucose, POC [839734769] (Abnormal)

Resulted: 12/05/17 2050, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD 12/05/17 2042      Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 2050    Collected by: 12/05/17 2042
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 173 | 70 - 99 mg/dL | H | SRFAC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

### POC GLUCOSE [839734765] (Completed)

Electronically signed by: **Lamb, Kenneth C, MD on 12/05/17 0038**          Status: **Completed**
Ordering user: Lamb, Kenneth C, MD 12/05/17 0038        Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                Ordering mode: Standard
Class: IP POC                          Quantity: 1
Instance released by: Pershina, Allan Jared, RN (auto-released) 12/5/2017 7:05 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | Blood | — |

### GLUCOSE, POC [839734767] (Final result)

Electronically signed by: **Ifc, Ehr Wb Ip Sq Lab Results In on 12/05/17 1749**          Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 1749      Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                Ordering mode: Standard
Class: IP POC                          Quantity: 1
Lab status: Final result                     Instance released by: (auto-released) 12/5/2017 7:09 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| T527220_POCG LU_2017120519 0900 | Blood | — | 12/05/17 1749 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 109 of 287



Sutter Health

SUTTER SANTA ROSA
REGIONAL HOSPITAL
30 Mark West Springs Road
SANTA ROSA CA 95403-1436

Galvez, Enrique
MRN: 62050112, DOB: 11/27/1969, Sex: M
Adm: 12/4/2017, D/C: 12/10/2017

**12/04/2017 - ED to Hosp-Admission (Discharged) in Santa Rosa Regional Hospital Medical Surg East Mountain View Suites (continued)**

Labs (group 2 of 2) (continued)

---

Glucose, POC [839734767] (Abnormal)                    Resulted: 12/05/17 1909, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD  12/05/17 1749    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/05/17 1910   Collected by: 12/05/17 1749
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 210 | 70 - 99 mg/dL | H | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

GLUCOSE, POC [839734763] (Final result)

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/05/17 1122        Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 1122    Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                Ordering mode: Standard
Class: IP POC                            Quantity: 1
Lab status: Final result                    Instance released by: (auto-released) 12/5/2017 11:41 AM

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| T514093_POCG LU_2017120511 4100 | Blood | — | 12/05/17 1122 |

Glucose, POC [839734763] (Abnormal)                    Resulted: 12/05/17 1143, Result status: Final result

Ordering provider: Lamb, Kenneth C, MD  12/05/17 1122    Order status: Completed
Filed by: Ifc, Ehr Wb Ip Sq Lab Results In  12/05/17 1143   Collected by: 12/05/17 1122
Resulting lab: SUTTER SANTA ROSA REGIONAL HOSPITAL

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 200 | 70 - 99 mg/dL | H | SRFAC |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30014153 - SRFAC | SUTTER SANTA ROSA REGIONAL HOSPITAL | Thomas Jackson, M.D. | 30 Mark West Springs Road SANTA ROSA CA 95403 | 10/27/14 1342 - 01/03/18 1145 |

---

GLUCOSE, POC [839734750] (Final result)

Electronically signed by: Ifc, Ehr Wb Ip Sq Lab Results In on 12/05/17 0749        Status: **Completed**
Ordering user: Ifc, Ehr Wb Ip Sq Lab Results In 12/05/17 0749    Ordering provider: Lamb, Kenneth C, MD
Authorized by: Lamb, Kenneth C, MD                Ordering mode: Standard

Printed by [S18787] at 1/7/20 11:19 AM

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 110 of 287



 Sutter Health

For billing inquiries, ple~~e contact us at 855-398-1633.
Office hours Monday t~~ugh Friday 7:00 AM to 5:00 PM.
You may email us at S3ContactCenterCBO@sutterhealth.org.

Services Provided at:
SUTTER SANTA ROSA REGIONAL HOSPITAL
PO BOX 740693
Los Angeles, CA 90074-0693

| Patient Name | Patient Account # |
| --- | --- |
| Galvez,Enrique | 403833291 |

| Date of Bill | Admit Date | Discharge Date |
| --- | --- | --- |
| 10/16/19 | 12/04/17 | 12/10/17 |

Enrique Galvez IV
4082 Sacramento Ave
SANTA ROSA, CA 95403

| Insurance Company |
| --- |
| Cigna - Cigna Open Access Plus |

**Charges**

| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
| --- | --- | --- | --- | --- | --- | --- |
| 12/04/17 | 0121 | | 10000073 | HCHG OUTPATIENT CARE UNIT PLACEHOLDER | 1 | 1.00 |
| 12/04/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 5MG/325MG TABS | 1 | 40.00 |
| 12/04/17 | 0250 | | 81000010 | HCHG SEVOFLURANE | 1 | 73.12 |
| 12/04/17 | 0250 | | 81000092 | NACL 0.9% FOR IRRIGATION SOLN | 1 | 75.00 |
| 12/04/17 | 0250 | | 81000092 | NACL 0.9% FOR IRRIGATION SOLN | 4 | 75.00 |
| 12/04/17 | 0250 | J1170 (CPT®) | 81000008 | HYDROMORPHONE 1MG/ML SOLN | 1 | 126.36 |
| 12/04/17 | 0250 | J1170 (CPT®) | 81000008 | HYDROMORPHONE 1MG/ML SOLN | 1 | 90.00 |
| 12/04/17 | 0250 | J1885 | 81000008 | KETOROLAC 30MG/ML SOLN | 2 | 75.00 |
| 12/04/17 | 0250 | J2001 | 81000008 | LIDOCAINE PF 1% SOLN | 10 | 75.00 |
| 12/04/17 | 0250 | J2250 | 81000008 | MIDAZOLAM 2MG/2ML SOLN | 2 | 90.00 |
| 12/04/17 | 0250 | J2405 | 81000008 | ONDANSETRON 2MG/ML SOLN | 4 | 75.00 |
| 12/04/17 | 0250 | J2543 | 81000008 | PIPERACILLIN/TAZOBACTAM 4.5G/100ML | 4 | 163.70 |
| 12/04/17 | 0250 | J2704 | 81000008 | PROPOFOL 200MG/20ML EMUL | 20 | 75.00 |
| 12/04/17 | 0250 | J2765 | 81000008 | METOCLOPRAMIDE 5MG/ML SOLN | 1 | 75.00 |
| 12/04/17 | 0250 | J3010 (CPT®) | 81000008 | FENTANYL PF 50MCG/ML SOLN | 1 | 90.00 |
| 12/04/17 | 0250 | J3010 (CPT®) | 81000008 | FENTANYL PF 50MCG/ML SOLN | 1 | 90.00 |
| 12/04/17 | 0250 | J3010 (CPT®) | 81000008 | FENTANYL PF 50MCG/ML SOLN | 1 | 90.00 |
| 12/04/17 | 0250 | J3010 (CPT®) | 81000008 | FENTANYL PF 50MCG/ML SOLN | 1 | 90.00 |
| 12/04/17 | 0250 | J3370 | 81000008 | VANCOMYCIN 1500MG/500ML SOLN | 3 | 98.84 |
| 12/04/17 | 0258 | J7030 (CPT®) | 82000000 | NACL 0.9% SOLN | 2 | 75.00 |
| 12/04/17 | 0258 | J7030 (CPT®) | 82000000 | NACL 0.9% (FOR BOLUS ONLY) | 1 | 75.00 |
| 12/04/17 | 0258 | J7120 | 82000000 | LACTATED RINGERS SOLN | 2 | 75.00 |
| 12/04/17 | 0260 | 96361 (CPT®) | 52000002 | HCHG INFUSION HYDRATION EA ADDL HR | 2 | 718.00 |
| 12/04/17 | 0272 | | 60050153 | SET TUBG ARTHRO PUMP CASSETTE | 1 | 590.00 |
| 12/04/17 | 0272 | | 60050153 | DRN CONSTAVAC AND TRCR .125 | 1 | 189.64 |
| 12/04/17 | 0272 | | 60050153 | CUF TOURNIQUET 34X4IN PUR | 1 | 216.60 |
| 12/04/17 | 0272 | | 60050153 | PULSAVAC PLUS AC | 1 | 360.70 |
| 12/04/17 | 0272 | | 60050153 | DISSECTOR 5MMX13CM COOL CUT | 1 | 380.00 |
| 12/04/17 | 0301 | 80053 (CPT®) | 42000004 | HCHG COMPREHENSIVE METABOLIC PANEL | 1 | 291.00 |
| 12/04/17 | 0301 | 83605 (CPT®) | 42100287 | HCHG LACTIC ACID PLASMA | 1 | 211.00 |
| 12/04/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/04/17 | 0305 | 85610 (CPT®) | 43000070 | HCHG PROTHROMBIN TIME | 1 | 103.00 |

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.

1 of 8

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 112 of 287



Patient Name
Galvez, Enrique

Patient Acct #
403833291

Date of Bill
10/16/19

| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 12/04/17 | 0305 | 85730 (CPT®) | 43000078 | HCHG PTT PLASMA OR WHOLE BLOOD | 1 | 135.00 |
| 12/04/17 | 0306 | 87040 (CPT®) | 46000001 | HCHG CULTURE BLOOD | 1 | 299.00 |
| 12/04/17 | 0306 | 87040 (CPT®) | 46000001 | HCHG CULTURE BLOOD | 1 | 299.00 |
| 12/04/17 | 0306 | 87070 (CPT®) | 40900377 | HCHG CORE CULT OTHER SOURCE AEROBIC | 1 | 200.00 |
| 12/04/17 | 0306 | 87070 (CPT®) | 40900377 | HCHG CORE CULT OTHER SOURCE AEROBIC | 1 | 200.00 |
| 12/04/17 | 0306 | 87070 (CPT®) | 40900377 | HCHG CORE CULT OTHER SOURCE AEROBIC | 1 | 200.00 |
| 12/04/17 | 0306 | 87075 (CPT®) | 40900324 | HCHG CORE CULT BACT ANAEROBIC | 1 | 171.00 |
| 12/04/17 | 0306 | 87075 (CPT®) | 40900324 | HCHG CORE CULT BACT ANAEROBIC | 1 | 171.00 |
| 12/04/17 | 0306 | 87075 (CPT®) | 40900324 | HCHG CORE CULT BACT ANAEROBIC | 1 | 171.00 |
| 12/04/17 | 0306 | 87147 (CPT®) | 40900087 | HCHG CORE CULT TYP AGGL | 1 | 70.00 |
| 12/04/17 | 0306 | 87147 (CPT®) | 40900087 | HCHG CORE CULT TYP AGGL | 1 | 70.00 |
| 12/04/17 | 0306 | 87147 (CPT®) | 40900087 | HCHG CORE CULT TYP AGGL | 1 | 70.00 |
| 12/04/17 | 0306 | 87185 (CPT®) | 40900354 | HCHG CORE SUSCEP BY ENZYME DETECT | 1 | 46.00 |
| 12/04/17 | 0306 | 87185 (CPT®) | 40900354 | HCHG CORE SUSCEP BY ENZYME DETECT | 1 | 46.00 |
| 12/04/17 | 0306 | 87186 (CPT®) | 40950016 | HCHG CORE SUSCEP MIC PER PLATE | 1 | 172.00 |
| 12/04/17 | 0306 | 87186 (CPT®) | 40950016 | HCHG CORE SUSCEP MIC PER PLATE | 1 | 172.00 |
| 12/04/17 | 0306 | 87186 (CPT®) | 40950016 | HCHG CORE SUSCEP MIC PER PLATE | 1 | 172.00 |
| 12/04/17 | 0306 | 87205 (CPT®) | 40900243 | HCHG CORE SMR GRAM STAIN | 1 | 93.00 |
| 12/04/17 | 0306 | 87205 (CPT®) | 40900243 | HCHG CORE SMR GRAM STAIN | 1 | 93.00 |
| 12/04/17 | 0306 | 87205 (CPT®) | 40900243 | HCHG CORE SMR GRAM STAIN | 1 | 93.00 |
| 12/04/17 | 0306 | 87205 (CPT®) | 46000088 | HCHG SMEAR GRAM STAIN | 1 | 93.00 |
| 12/04/17 | 0307 | 81003 (CPT®) | 47000006 | HCHG URINALYSIS AUTOMATED W/OUT MICROSCOPIC EXAM | 1 | 66.00 |
| 12/04/17 | 0309 | 36415 (CPT®) | 47100001 | HCHG VENIPUNCTURE | 1 | 30.00 |
| 12/04/17 | 0309 | 89051 (CPT®) | 47100005 | HCHG CELL COUNT FLUID W/ DIFF | 1 | 153.00 |
| 12/04/17 | 0309 | 89060 (CPT®) | 47100006 | HCHG CRYSTAL ID TISSUE/FLUID NOT URINE | 1 | 154.00 |
| 12/04/17 | 0320 | 73562 (CPT®) | 30000145 | HCHG XR KNEE 3 VIEW RT | 1 | 616.00 |
| 12/04/17 | 0324 | 71020 (CPT®) | 30000030 | HCHG XR CHEST 2 VIEW | 1 | 572.00 |
| 12/04/17 | 0360 | | 20000009 | HCHG SURG LVL 3 ADDL 15 MIN | 8 | 12,592.00 |
| 12/04/17 | 0360 | | 20000010 | HCHG SURG LVL 3 FIRST 30 MIN | 1 | 4,596.00 |
| 12/04/17 | 0370 | | 20500021 | HCHG STANDARD GENERAL ANESTHESIA 3 HOURS OR LESS | 1 | 2,907.00 |
| 12/04/17 | 0450 | 99284 (CPT®) | 55000036 | HCHG ED LEVEL 4 W/PROC | 1 | 3,227.00 |
| 12/04/17 | 0710 | | 20600000 | HCHG PACU COMPLEX ADDITIONAL 15 MINUTES | 5 | 3,260.00 |
| 12/04/17 | 0710 | | 20600001 | HCHG PACU COMPLEX FIRST 30 MINUTES | 1 | 1,803.00 |
| 12/04/17 | 0730 | 93005 (CPT®) | 32000003 | HCHG EKG 12 LEAD TRACING ONLY | 1 | 409.00 |
| 12/04/17 | 0940 | 96374 (CPT®) | 52000031 | HCHG IV PUSH INITIAL DRUG | 1 | 273.00 |
| 12/04/17 | 0940 | 96375 (CPT®) | 52000025 | HCHG INJECTION IVP ADDL SEQ NEW DRG | 1 | 245.00 |

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.



| | Patient Name | Patient Acct # | Date of Bill |
|---|---|---|---|
| | Galvez,Enrique | 403833291 | 10/16/19 |

| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 12/04/17 | 0940 | 96376 (CPT®) | 52000038 | HCHG IVP SAME DRG EACH ADD (ELAPSED TIME >30M) | 1 | 244.00 |
| 12/05/17 | 0111 | | 10000029 | HCHG ROOM MED/SURG/GYN PVT | 1 | 4,261.00 |
| 12/05/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/05/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/05/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/05/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/05/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/05/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/05/17 | 0250 | | 81000000 | POTASSIUM CHLORIDE CR 10MEQ TBCR | 3 | 15.00 |
| 12/05/17 | 0250 | | 81000000 | POTASSIUM CHLORIDE CR 10MEQ TBCR | 3 | 15.00 |
| 12/05/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/05/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/05/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/05/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/05/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/05/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/05/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/05/17 | 0250 | J3475 (CPT®) | 81000008 | MAGNESIUM SULFATE 2G/50ML SOLN | 4 | 75.00 |
| 12/05/17 | 0250 | J3480 (CPT®) | 81000008 | POTASSIUM CHLORIDE IN NACL 10MEQ/100ML SOLN | 5 | 75.60 |
| 12/05/17 | 0250 | J3480 (CPT®) | 81000008 | POTASSIUM CHLORIDE IN NACL 10MEQ/100ML SOLN | 5 | 75.60 |
| 12/05/17 | 0250 | J3480 (CPT®) | 81000008 | POTASSIUM CHLORIDE IN NACL 10MEQ/100ML SOLN | 5 | 75.60 |
| 12/05/17 | 0250 | J3480 (CPT®) | 81000008 | POTASSIUM CHLORIDE IN NACL 10MEQ/100ML SOLN | 5 | 75.60 |
| 12/05/17 | 0250 | J3480 (CPT®) | 81000008 | POTASSIUM CHLORIDE IN NACL 10MEQ/100ML SOLN | 5 | 75.60 |
| 12/05/17 | 0250 | J3480 (CPT®) | 81000008 | POTASSIUM CHLORIDE IN NACL 10MEQ/100ML SOLN | 5 | 75.60 |
| 12/05/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/05/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/05/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/05/17 | 0258 | J7050 (CPT®) | 82000000 | NACL 0.9% SOLN | 4 | 75.00 |
| 12/05/17 | 0258 | J7050 (CPT®) | 82000000 | NACL 0.9% SOLN | 4 | 75.00 |
| 12/05/17 | 0301 | 80053 (CPT®) | 42000004 | HCHG COMPREHENSIVE METABOLIC PANEL | 1 | 291.00 |
| 12/05/17 | 0301 | 83036 (CPT®) | 40900283 | HCHG CORE HEMOGLOBIN GLYCOSYLTD A1C | 1 | 130.00 |
| 12/05/17 | 0301 | 83735 (CPT®) | 42100307 | HCHG MAGNESIUM | 1 | 135.00 |
| 12/05/17 | 0301 | 84132 (CPT®) | 42100385 | HCHG POTASSIUM | 1 | 101.00 |
| 12/05/17 | 0301 | 84145 (CPT®) | 42100547 | HCHG PROCALCITONIN (PCT) | 1 | 498.00 |
| 12/05/17 | 0301 | 84443 (CPT®) | 42100454 | HCHG TSH | 1 | 222.00 |
| 12/05/17 | 0302 | 86140 (CPT®) | 40900048 | HCHG CORE C REACTIVE PROTEIN | 1 | 114.00 |

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.



| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 12/05/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/05/17 | 0305 | 85652 (CPT®) | 43000075 | HCHG SEDIMENTATION RATE AUTOMATED | 1 | 66.00 |
| 12/05/17 | 0306 | 87081 (CPT®) | 40900331 | HCHG CORE CULT MRSA SCRN | 1 | 134.00 |
| 12/05/17 | 0309 | 36415 (CPT®) | 47100001 | HCHG VENIPUNCTURE | 1 | 30.00 |
| 12/05/17 | 0483 | 93306 (CPT®) | 32000074 | HCHG CA TTE W/DOPPLER COMPLETE | 1 | 2,580.00 |
| 12/06/17 | 0111 | | 10000029 | HCHG ROOM MED/SURG/GYN PVT | 1 | 4,261.00 |
| 12/06/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/06/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/06/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 1 | 15.00 |
| 12/06/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/06/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/06/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/06/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/06/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/06/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/06/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/06/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/06/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/06/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/06/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/06/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/06/17 | 0250 | J1815 | 81000009 | INSULIN LISPRO HUMAN 100 UNITS/ML SOLN 3 ML VIAL | 60 | 296.67 |
| 12/06/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/06/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/06/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/06/17 | 0258 | J7050 (CPT®) | 82000000 | NACL 0.9% SOLN | 4 | 75.00 |
| 12/06/17 | 0301 | 80053 (CPT®) | 42000004 | HCHG COMPREHENSIVE METABOLIC PANEL | 1 | 291.00 |
| 12/06/17 | 0301 | 80061 (CPT®) | 42000006 | HCHG LIPID PANEL | 1 | 327.00 |
| 12/06/17 | 0301 | 83605 (CPT®) | 42100287 | HCHG LACTIC ACID PLASMA | 1 | 211.00 |
| 12/06/17 | 0301 | 83735 (CPT®) | 42100307 | HCHG MAGNESIUM | 1 | 135.00 |
| 12/06/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/06/17 | 0306 | 87040 (CPT®) | 46000001 | HCHG CULTURE BLOOD | 1 | 299.00 |
| 12/06/17 | 0306 | 87040 (CPT®) | 46000001 | HCHG CULTURE BLOOD | 1 | 299.00 |
| 12/06/17 | 0306 | 87389 (CPT®) | 40900470 | HCHG CORE HIV-1 AG W/HIV-1/HIV-2 AB | 1 | 112.00 |
| 12/06/17 | 0309 | 36415 (CPT®) | 47100001 | HCHG VENIPUNCTURE | 1 | 30.00 |
| 12/06/17 | 0420 | 97530 (CPT®) | 17000126 | HCHG PT THERAPEUTIC ACTIVITY EA 15 MIN | 1 | 158.00 |
| 12/06/17 | 0424 | 97161 (CPT®) | 17000568 | HCHG PT EVAL LOW COMPLEXITY | 1 | 239.00 |
| 12/07/17 | 0111 | | 10000029 | HCHG ROOM MED/SURG/GYN PVT | 1 | 4,261.00 |
| 12/07/17 | 0250 | | 81000000 | POTASSIUM CHLORIDE CR 20MEQ TBCR | 1 | 16.01 |

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.     4 of 8


| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 12/07/17 | 0250 | | 81000000 | POTASSIUM CHLORIDE CR 20MEQ TBCR | 1 | 16.01 |
| 12/07/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/07/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/07/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/07/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/07/17 | 0250 | | 81000000 | POTASSIUM CHLORIDE CR 20MEQ TBCR | 1 | 16.01 |
| 12/07/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/07/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/07/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/07/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/07/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/07/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/07/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |
| 12/07/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/07/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/07/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/07/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/07/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/07/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/07/17 | 0301 | 80048 (CPT®) | 42000000 | HCHG BASIC METABOLIC PANEL | 1 | 217.00 |
| 12/07/17 | 0301 | 84132 (CPT®) | 42100385 | HCHG POTASSIUM | 1 | 101.00 |
| 12/07/17 | 0302 | 86140 (CPT®) | 40900048 | HCHG CORE C REACTIVE PROTEIN | 1 | 114.00 |
| 12/07/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/07/17 | 0309 | 36415 (CPT®) | 47100001 | HCHG VENIPUNCTURE | 1 | 30.00 |
| 12/07/17 | 0420 | 97110 (CPT®) | 17000119 | HCHG PT THERAPEUTIC EXERCISE EA 15 MIN | 1 | 186.00 |
| 12/07/17 | 0420 | 97116 (CPT®) | 17000122 | HCHG PT GAIT TRAINING EA 15 MIN | 1 | 154.00 |
| 12/07/17 | 0420 | 97530 (CPT®) | 17000126 | HCHG PT THERAPEUTIC ACTIVITY EA 15 MIN | 1 | 158.00 |
| 12/08/17 | 0111 | | 10000029 | HCHG ROOM MED/SURG/GYN PVT | 1 | 4,261.00 |
| 12/08/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/08/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/08/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/08/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/08/17 | 0250 | | 81000000 | POTASSIUM CHLORIDE CR 20MEQ TBCR | 1 | 16.01 |
| 12/08/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/08/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/08/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/08/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/08/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/08/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 2,000MG/50ML SOLR | 4 | 75.00 |

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.



| Patient Name | Patient Acct # | Date of Bill |
|---|---|---|
| Galvez,Enrique | 403833291 | 10/16/19 |

| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 12/08/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/08/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/08/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/08/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/08/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/08/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/08/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/08/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/08/17 | 0301 | 80048 (CPT®) | 42000000 | HCHG BASIC METABOLIC PANEL | 1 | 217.00 |
| 12/08/17 | 0301 | 84132 (CPT®) | 42100385 | HCHG POTASSIUM | 1 | 101.00 |
| 12/08/17 | 0302 | 86140 (CPT®) | 40900048 | HCHG CORE C REACTIVE PROTEIN | 1 | 114.00 |
| 12/08/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/08/17 | 0309 | 36415 (CPT®) | 47100001 | HCHG VENIPUNCTURE | 1 | 30.00 |
| 12/08/17 | 0111 | | 10000029 | HCHG ROOM MED/SURG/GYN PVT | 1 | 4,261.00 |
| 12/09/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/09/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/09/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/09/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/09/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |
| 12/09/17 | 0250 | | 81000000 | FAMOTIDINE 20MG TABS | 1 | 2.00 |
| 12/09/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/09/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/09/17 | 0250 | | 81000000 | FAMOTIDINE 20MG TABS | 1 | 2.00 |
| 12/09/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 2 | 40.00 |
| 12/09/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/09/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/09/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/09/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/09/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/09/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/09/17 | 0250 | J2060 | 81000008 | LORAZEPAM 2MG/ML SOLN | 1 | 90.00 |
| 12/09/17 | 0250 | J2405 | 81000008 | ONDANSETRON 2MG/ML SOLN | 4 | 75.00 |
| 12/09/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/09/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/09/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/09/17 | 0301 | 80048 (CPT®) | 42000000 | HCHG BASIC METABOLIC PANEL | 1 | 217.00 |
| 12/09/17 | 0302 | 86140 (CPT®) | 40900048 | HCHG CORE C REACTIVE PROTEIN | 1 | 114.00 |
| 12/09/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/09/17 | 0309 | 36415 (CPT®) | 47100001 | HCHG VENIPUNCTURE | 1 | 30.00 |
| 12/09/17 | 0361 | 36569 (CPT®) | 21000207 | HCHG PICC INSERTION 5 YR OR OLDER | 1 | 2,610.00 |
| 12/10/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/10/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/10/17 | 0250 | | 81000000 | FAMOTIDINE 20MG TABS | 1 | 2.00 |
| 12/10/17 | 0250 | | 81000000 | LACTOBACILLUS/PECTIN CAPS | 1 | 2.00 |
| 12/10/17 | 0250 | | 81000000 | GLIPIZIDE 5MG TABS | 2 | 15.00 |

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 117 of 287


| | Patient Name | Patient Acct # | Date of Bill |
|---|---|---|---|
| | Galvez,Enrique | 403833291 | 10/16/19 |

| Svc Dt | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 12/10/17 | 0250 | | 81000000 | HYDROCODONE/ACETAMINOPHEN 10MG/325MG TABS | 1 | 40.00 |
| 12/10/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/10/17 | 0250 | J0690 | 81000008 | CEFAZOLIN 1000MG SOLR | 4 | 75.00 |
| 12/10/17 | 0250 | J1644 (CPT®) | 81000008 | HEPARIN 5,000 UNITS/ML SOLN | 5 | 75.00 |
| 12/10/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/10/17 | 0250 | S0077 | 81000084 | CLINDAMYCIN 900MG/50ML SOLN | 3 | 126.70 |
| 12/10/17 | 0301 | 80048 (CPT®) | 42000000 | HCHG BASIC METABOLIC PANEL | 1 | 217.00 |
| 12/10/17 . | 0302 | 86140 (CPT®) | 40900048 | HCHG CORE C REACTIVE PROTEIN | 1 | 114.00 |
| 12/10/17 | 0305 | 85025 (CPT®) | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 146.00 |
| 12/10/17 | 0420 | 97116 (CPT®) | 17000122 | HCHG PT GAIT TRAINING EA 15 MIN | 1 | 154.00 |
| 12/10/17 | 0420 | 97530 (CPT®) | 17000126 | HCHG PT THERAPEUTIC ACTIVITY EA 15 MIN | 1 | 158.00 |
| | | | | **Total Charges** | | **79,942.17** |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 12/26/2017 | Cigna PMT INSURANCE | (44,148.00) |
| 12/26/2017 | Cigna ADJ CONTRACTUAL (INS) | (35,794.17) |
| | **Total Insurance Payments and Adjustments** | **(79,942.17)** |

**Summary of Account**

**Charges**

| Rev Code | Description | Amount |
|---|---|---|
| 0110 | ROOM & BOARD - PRIVATE (MEDICAL OR GENERAL) - GENERAL CLASSIFICATION | 21,305.00 |
| 0120 | ROOM & BOARD - SEMI-PRIVATE TWO BED (MEDICAL OR GENERAL) - GENERAL CLASSIFICATION | 1.00 |
| 0250 | PHARMACY - GENERAL CLASSIFICATION | 8,933.23 |
| 0260 | IV THERAPY - GENERAL CLASSIFICATION | 718.00 |
| 0270 | MEDICAL/SURGICAL SUPPLIES AND DEVICES - GENERAL CLASSIFICATION | 1,736.94 |
| 0300 | LABORATORY - GENERAL CLASSIFICATION | 10,107.00 |
| 0320 | RADIOLOGY - DIAGNOSTIC - GENERAL CLASSIFICATION | 1,188.00 |
| 0360 | OPERATING ROOM SERVICES - GENERAL CLASSIFICATION | 19,798.00 |
| 0370 | ANESTHESIA - GENERAL CLASSIFICATION | 2,907.00 |
| 0420 | PHYSICAL THERAPY - GENERAL CLASSIFICATION | 1,207.00 |
| 0450 | EMERGENCY ROOM - GENERAL CLASSIFICATION | 3,227.00 |
| 0480 | CARDIOLOGY - GENERAL CLASSIFICATION | 2,580.00 |
| 0710 | RECOVERY ROOM - GENERAL CLASSIFICATION | 5,063.00 |
| 0730 | EKG/ECG (ELECTROCARDIOGRAM) - GENERAL CLASSIFICATION | 409.00 |
| 0940 | OTHER THERAPEUTIC SERVICES - GENERAL CLASSIFICATION | 762.00 |

**Total Charges: $79,942.17**

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.

 Sutter Health

| Patient Name | Patient Acct # | Date of Bill |
|---|---|---|
| Galvez,Enrique | 403833291 | 10/16/19 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 12/26/2017 | Cigna PMT INSURANCE | (44,148.00) |
| 12/26/2017 | Cigna ADJ CONTRACTUAL (INS) | (35,794.17) |
| | **Total Insurance Payments and Adjustments** | **(79,942.17)** |

**Current Balance: $0.00**

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.                    8 of 8



Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223


**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,*
*please call Customer Service at the number*
*above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service date**
December 1, 2017

**Claim # / ID**
9681733933053 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681733933053

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 1, 2017

for services provided by LINDA R CASEY MD

| | | |
|---|---|---|
| Amount Billed | $64.00 | This was the amount that was billed for your visit on 12/01/2017. |
| Discount | $0.00 | CIGNA negotiates discounts with health care professionals and facilities to help you save money. Using an in-network option is one way you can save. Visit myCIGNA.com or call Customer Service to learn more. |
| What your plan paid | $64.00 | Your plan paid $64.00 to LINDA R CASEY MD. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 100% | You saved $64.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.<br><br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 121 of 287

## Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 9681733933053
**ID** U64613081

## Claim detail

CIGNA received this claim on December 5, 2017 and processed it on December 6, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LINDA R CASEY MD, Claim # 9681733933053 | | | | | | | | | | | |
| 12/01/17 | RADIOLOGIST | 64.00 | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | 64.00 | 100 | 0.00 | |
| **Total** | | **$64.00** | **$0.00** | **$0.00** | **$64.00** | **$0.00** | **$0.00** | **$64.00** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

You've paid a total of $0.00 toward your $1,000 out of network individual deductible  for 2017
You've paid a total of $0.00 toward your $500 in network individual deductible  for 2017
You've paid a total of $0.00 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $15.03 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $0.00 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $0.00 toward your $1,000 in network family deductible  for 2017
You've paid a total of $0.00 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $15.03 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $64.00 toward your Unlimited all medical benefits individual lifetime maximum

RETAIN THIS FOR YOUR RECORDS.

I701A18K/8

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 1, 2017

**Claim # / ID**
9681733932223 / U64613081

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681733932223

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 1, 2017

for services provided by JAMES F CARROLL MD

| | | |
|---|---|---|
| Amount Billed | $150.00 | This was the amount that was billed for your visit on 12/01/2017. |
| Discount | $8.70 | **You saved $8.70.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $0.00 | Your plan paid $0.00. |
| What I owe | **$141.30** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | (**5%**) | You saved $8.70 (or 5%) off the total amount billed. This is a total of your discount and what your plan paid. <br><br> To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18                **PLEASE SEE CLAIM DETAILS ON PAGE 3.**              Page 1 of 6

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 123 of 287

**Cigna.**

Claim received for ENRIQUE GALVEZ
968173393223
U64613081

Claim #
ID

# Claim detail

CIGNA received this claim on December 4, 2017 and processed it on December 8, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES F CARROLL MD, Claim # 968173393223 | | | | | | | | | | | |
| 12/01/17 | PHYSICIAN | 150.00 | 8.70 | 0.00 | 141.30 | 0.00 | 141.30 | 0.00 | 0 | 0.00 | A0 |
| **Total** | | **$150.00** | **$8.70** | **$0.00** | **$141.30** | **$0.00** | **$141.30** | **$0.00** | | **$0.00** | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017
You've paid a total of $141.30 toward your $500 in network individual deductible for 2017
You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $156.33 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017
You've paid a total of $141.30 toward your $1,000 in network family deductible for 2017
You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $156.33 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $64.00 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE BEECH STREET A/P DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.

RETAIN THIS FOR YOUR RECORDS.

HI0/A 08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

# Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 1, 2017

**Claim # / ID**
9681734120500 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

## Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734120500

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

### Summary of a claim for services on December 1, 2017

for services provided by SUTTER SANTA ROSA REG HS

| | | |
|---|---|---|
| Amount Billed | $6,794.70 | This was the amount that was billed for your visit on 12/01/2017. |
| Discount | $1,698.67 | **You saved $1,698.67.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $4,946.03 | Your plan paid $4,946.03 to SUTTER SANTA ROSA REG HS. |
| What I owe | **$150.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **97%** | You saved $6,644.70 (or 97%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18                    **PLEASE SEE CLAIM DETAILS ON PAGE 3.**                    Page 1 of 7

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 125
of 287

**THIS IS NOT A BILL**

## Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 9681734120500
**ID** U64613081

# Claim detail

CIGNA received this claim on December 6, 2017 and processed it on December 8, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUTTER SANTA ROSA REG HS, Claim # 9681734120500 | | | | | | | | | | | |
| 12/01/17 | DRUGS | 80.00 | 20.00 | 0.00 | 60.00 | 60.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 12/01/17 | IV/S) | 670.00 | 167.50 | 0.00 | 502.50 | 90.00 | 0.00 | 412.50 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 198.00 | 49.50 | 0.00 | 148.50 | 0.00 | 0.00 | 148.50 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 211.00 | 52.75 | 0.00 | 158.25 | 0.00 | 0.00 | 158.25 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 122.00 | 30.50 | 0.00 | 91.50 | 0.00 | 0.00 | 91.50 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 77.00 | 19.25 | 0.00 | 57.75 | 0.00 | 0.00 | 57.75 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 598.00 | 149.50 | 0.00 | 448.50 | 0.00 | 0.00 | 448.50 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 46.00 | 11.50 | 0.00 | 34.50 | 0.00 | 0.00 | 34.50 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 172.00 | 43.00 | 0.00 | 129.00 | 0.00 | 0.00 | 129.00 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 30.00 | 7.50 | 0.00 | 22.50 | 0.00 | 0.00 | 22.50 | 100 | 0.00 | A0 |
| 12/01/17 | EMERGENCY ROOM | 3,227.00 | 806.75 | 0.00 | 2,420.25 | 0.00 | 0.00 | 2,420.25 | 100 | 0.00 | A0 |
| 12/01/17 | DRUGS | 75.00 | 18.75 | 0.00 | 56.25 | 0.00 | 0.00 | 56.25 | 100 | 0.00 | A0 |
| 12/01/17 | DRUGS | 126.70 | 31.67 | 0.00 | 95.03 | 0.00 | 0.00 | 95.03 | 100 | 0.00 | A0 |
| 12/01/17 | LABORATORY | 1,162.00 | 290.50 | 0.00 | 871.50 | 0.00 | 0.00 | 871.50 | 100 | 0.00 | A0 |
| **Total** | | **$6,794.70** | **$1,698.67** | **$0.00** | **$5,096.03** | **$150.00** | **$0.00** | **$4,946.03** | | **$0.00** | |

# What I need to know for my next claim

*You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017*
*You've paid a total of $141.30 toward your $500 in network individual deductible for 2017*
*You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $206.33 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $141.30 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $306.33 toward your $3,000 in network family out of pocket expenses for 2017*

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

RETAIN THIS FOR YOUR RECORDS.

H701A 08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service date**
December 1, 2017

**Claim # / ID**
9681734724816 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734724816

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 1, 2017

for services provided by JOHN C STEIN JR MD

| | | |
|---|---|---|
| Amount Billed | $638.00 | This was the amount that was billed for your visit on 12/01/2017. |
| Discount | $76.95 | **You saved $76.95.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $561.05 | Your plan paid $561.05 to JOHN C STEIN JR MD. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $638.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.<br><br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 127 of 287

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 9681734724816
**ID** U646130081

**THIS IS NOT A BILL.**

## Claim detail

CIGNA received this claim on December 13, 2017 and processed it on December 19, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHN C STEIN JR MD, Claim # 9681734724816 | | | | | | | | | | | |
| 12/01/17 | PHYSICIAN | 638.00 | 76.95 | 0.00 | 561.05 | 0.00 | 0.00 | 561.05 | 100 | 0.00 | A0 |
| **Total** | | **$638.00** | **$76.95** | **$0.00** | **$561.05** | **$0.00** | **$0.00** | **$561.05** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $591.75 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met  for 2017
You've paid a total of $591.75 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $1,176.65 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $591.75 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $950.45 toward your $1,000 in network family deductible  for 2017
You've paid a total of $591.75 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,176.65 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $6,834.00 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - HEALTH CARE PROFESSIONAL: PATIENT IS NOT LIABLE FOR THIS ADDITIONAL AMOUNT IF YOU ACCEPT THE ESTABLISHED REIMBURSEMENT SCHEDULE ALLOWED AMOUNT SHOWN.
CALL ZELIS AT 888.346.8488 BEFORE BILLING THE PATIENT MORE THAN THE AMOUNT SHOWN AS PATIENT LIABILITY. CUSTOMER: CALL CIGNA IF BILLED MORE THAN THE "WHAT I
OWE" AMOUNT.

RETAIN THIS FOR YOUR RECORDS.

HJ/01A.08F/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service date**
December 4, 2017

**Claim # / ID**
9681734631187 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734631187

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017

for services provided by PACIFIC IP MED GRP INC

| | | |
|---|---|---|
| Amount Billed | $693.00 | This was the amount that was billed for your visit on 12/04/2017. |
| Discount | $242.55 | **You saved $242.55.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $450.45 | Your plan will pay $450.45 to PACIFIC IP MED GRP INC on 12/24/2017. This is a correction of a previously processed claim. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $693.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.<br><br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 968173463187
ID U64613081

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on December 12, 2017 and processed it on December 20, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PACIFIC IP MED GRP INC, Claim # 968173463187 | | | | | | | | | | | |
| 12/04/17 | PHYSICIAN | 693.00 | 242.55 | 0.00 | 450.45 | 0.00 | 0.00 | 450.45 | 100 | 0.00 | A0,A1 |
| **Total** | | **$693.00** | **$242.55** | **$0.00** | **$450.45** | **$0.00** | **$0.00** | **$450.45** | | **$0.00** | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

*You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $761.20 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $141.30 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $500.00 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $141.30 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $761.20 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $51,506.25 toward your Unlimited all medical benefits individual lifetime maximum*

## Other important information that I need to know

*THIS IS A CORRECTION OF A PREVIOUSLY PROCESSED CLAIM.*

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE MULTIPLAN DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.
A1 - ZERO DOLLARS BILLED; NO PAYMENT DUE.

RETAIN THIS FOR YOUR RECORDS.

11/201A 08/18

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 130 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 4, 2017

**Claim # / ID**
9681734724814 / U64613081

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734724814

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017

for services provided by JOHN C STEIN JR MD

| | | |
|---|---|---|
| Amount Billed | $673.00 | This was the amount that was billed for your visit on 12/04/2017. |
| Discount | $76.95 | **You saved $76.95.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| Amount not covered | $35.00 | This is the portion of your bill that's not covered by your plan. You may or may not need to pay this amount. See the Notes section on the following pages for more information. The total amount of what is not allowed and/ or not covered is $35.00 of which you owe $0.00 . |
| What your plan paid | $561.05 | Your plan paid $561.05 to JOHN C STEIN JR MD. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 94% | You saved $638.00 (or 94%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

**THIS IS NOT A BILL**

Claim received for ENRIQUE GALVEZ
Claim # 96817347724814
ID U646 13081

## Cigna.

## Claim detail

CIGNA received this claim on December 13, 2017 and processed it on December 19, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Copay | Allowed amount | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHN C STEIN JR MD, Claim # 9681 734724814 | | | | | | | | | | | |
| 12/04/17 | PHYSICIAN | 638.00 | 76.95 | 0.00 | 0.00 | 561.00 | 0.00 | 561.05 | 100 | 0.00 | A0 |
| 12/04/17 | RADIOLOGIST | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A1 |
| **Total** | | **$673.00** | **$76.95** | **$35.00** | **$0.00** | **$561.05** | **$0.00** | **$561.05** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $591.75 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $591.75 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $1,176.65 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $591.75 toward your $2,000 out of network family deductible for 2017
You've paid a total of $950.45 toward your $1,000 in network family deductible for 2017
You've paid a total of $591.75 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $1,176.65 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $6,272.95 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - HEALTH CARE PROFESSIONAL: PATIENT IS NOT LIABLE FOR THIS ADDITIONAL AMOUNT IF YOU ACCEPT THE ESTABLISHED REIMBURSEMENT SCHEDULE ALLOWED AMOUNT SHOWN.
   CALL ZEUS AT 888.346.8488 BEFORE BILLING THE PATIENT MORE THAN THE AMOUNT SHOWN AS PATIENT LIABILITY. CUSTOMER: CALL CIGNA IF BILLED MORE THAN THE 'WHAT I
   OWE' AMOUNT.
A1 - THE SUBMITTED PROCEDURE IS DISALLOWED BECAUSE IT IS INCIDENTAL TO A CODE BILLED ON THE SAME DATE OF SERVICE.

RETAIN THIS FOR YOUR RECORDS.

H-01A 08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

---

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 4, 2017

**Claim # / ID**
9681735424976 / U64613081

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

---

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735424976

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017

for services provided by ANES ANALGESIA MED GRP 1

| | | |
|---|---|---|
| Amount Billed | $1,680.00 | This was the amount that was billed for your visit on 12/04/2017. |
| Discount | $415.10 | **You saved $415.10.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $1,264.90 | Your plan paid $1,264.90 to ANES ANALGESIA MED GRP 1. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $1,680.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

---

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 133 of 287

# Cigna.

## Claim detail

CIGNA received this claim on December 20, 2017 and processed it on December 30, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANES ANALGESIA MED GRP1, Claim # 96817354Z4976 | | | | | | | | | | | |
| 12/04/17 | ANESTHETIST | 1,680.00 | 415.10 | 0.00 | 1,264.90 | 0.00 | 0.00 | 1,264.90 | 100 | 0.00 | A0 |
| **Total** | | **$1,680.00** | **$415.10** | **$0.00** | **$1,264.90** | **$0.00** | **$0.00** | **$1,264.90** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $254.34 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible  has been met for 2017
You've paid a total of $254.34 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $944.24 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $254.34 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $613.04 toward your $1,000 in network family deductible  for 2017
You've paid a total of $254.34 toward your $6,000 out of network family out of pocket expenses   for 2017
You've paid a total of $944.24 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $56,482.32 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE HSPC/HPO DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.

RETAIN THIS FOR YOUR RECORDS.

HJ01A 08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN  37422-7223

**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 4, 2017

**Claim # / ID**
9681734631101 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734631101

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017

for services provided by SCOTT L BOOTH MD

| | | |
|---|---|---|
| Amount Billed | $46.00 | This was the amount that was billed for your visit on 12/04/2017. |
| Discount | $3.05 | **You saved $3.05.**  CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $42.95 | Your plan paid $42.95 to SCOTT L BOOTH MD. |
| What i owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan.  Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 100% | You saved $46.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.  To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Page 1 of 6

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 135 of 287

## Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 96817346311O1
ID U64613081

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on December 12, 2017 and processed it on December 13, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCOTT L BOOTH MD, Claim # 96817346311O1 | | | | | | | | | | |
| 12/04/17 | RADIOLOGIST | 46.00 | 3.05 | 0.00 | 42.95 | 0.00 | 0.00 | 42.95 | 100 | 0.00 | A0 |
| **Total** | | **$46.00** | **$3.05** | **$0.00** | **$42.95** | **$0.00** | **$0.00** | **$42.95** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $202.35 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017
You've paid a total of $500.00 toward your $1,000 in network family deductible for 2017
You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $202.35 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $5,711.90 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU
ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT
DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT
1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

H30 /A OE/I6



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 4, 2017

**Claim # / ID**
9681734631100 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734631100

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017

for services provided by SCOTT L BOOTH MD

| | | |
|---|---|---|
| Amount Billed | $48.00 | This was the amount that was billed for your visit on 12/04/2017. |
| Discount | $0.38 | **You saved $0.38.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $47.62 | Your plan paid $47.62 to SCOTT L BOOTH MD. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $48.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.<br><br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 137
of 287

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 968173463 1100
**ID** U64613081

## Claim detail

CIGNA received this claim on December 12, 2017 and processed it on December 13, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SCOTT L BOOTH MD, Claim # 968173463 1100 | | | | | | | | | | | |
| 12/04/17 | RADIOLOGIST | 48.00 | 0.38 | 0.00 | 47.62 | 0.00 | 0.00 | 47.62 | 100 | 0.00 | A0 |
| **Total** | | **$48.00** | **$0.38** | **$0.00** | **$47.62** | **$0.00** | **$0.00** | **$47.62** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $702.35 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017
You've paid a total of $141.30 toward your $1,000 in network family deductible for 2017
You've paid a total of $500.00 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $141.30 toward your $6,000 in network family out of pocket expenses for 2017
You've paid a total of $702.35 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $5,668.95 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU
ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT
DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT
1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

11/09A 08/08

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 138 of 287



**Cigna.**

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,*
*please call Customer Service at the number*
*above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service dates**
December 4, 2017 - December 8, 2017

**Claim # / ID**
9681734915096 / U64613081

**Provider Network Status:**
IN NETWORK

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Account name / Account #**
· / 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734915096

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017 - December 8, 2017

for services provided by SUTTER SANTA ROSA REG HS

| | | |
|---|---|---|
| Amount Billed | $79,942.17 | This was the amount that was billed for your visit on 12/04/2017 through 12/08/2017. |
| Discount | $35,794.17 | **You saved $35,794.17.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $44,148.00 | Your plan paid $44,148.00 to SUTTER SANTA ROSA REG HS. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 100% | You saved $79,942.17 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 139
of 287



# Cigna.

## Claim detail (continued)

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/17 | PHYSICIAN | 762.00 | 341.19 | 0.00 | 420.81 | 0.00 | 0.00 | 420.81 | 100 | 0.00 | A0 |
| **Total** | | $79,942.17 | $35,794.17 | $0.00 | $44,148.00 | $0.00 | $0.00 | $44,148.00 | | $0.00 | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

*You've paid a total of $591.75 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $591.75 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $1,211.65 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $591.75 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $950.45 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $591.75 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $1,211.65 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $51,055.80 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 – CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 140
of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 4, 2017

**Claim # / ID**
9681811316875 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681811316875

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 4, 2017

for services provided by FREDERICK S BENNETT MD

| | | |
|---|---|---|
| Amount Billed | $2,600.00 | This was the amount that was billed for your visit on 12/04/2017. |
| Discount | $1,365.93 | **You saved $1,365.93.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $1,234.07 | Your plan paid $1,234.07 to FREDERICK S BENNETT MD. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 100% | You saved $2,600.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 968181316875
**ID** U64613081

## Claim detail

CIGNA received this claim on April 19, 2018 and processed it on May 14, 2018.

FREDERICK S BENNETT MD, Claim # 968181316875

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/17 | CONSULTANT | 225.00 | 80.54 | 0.00 | 144.46 | 0.00 | 0.00 | 144.46 | 100 | 0.00 | A0 |
| 12/04/17 | SURGERY | 1,760.00 | 781.45 | 0.00 | 978.55 | 0.00 | 0.00 | 978.55 | 100 | 0.00 | A0 |
| 12/04/17 | SURGERY | 615.00 | 503.94 | 0.00 | 111.06 | 0.00 | 0.00 | 111.06 | 100 | 0.00 | A0 |
| **Total** | | **$2,600.00** | **$1,365.93** | **$0.00** | **$1,234.07** | **$0.00** | **$0.00** | **$1,234.07** | | **$0.00** | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $1,234.96 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $405.06 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible  for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,234.96 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $61,384.73 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU
ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT
DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT
1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 5, 2017

**Claim # / ID**
9681734290296 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681734290296

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 5, 2017

for services provided by KENNETH C LAMB MD

| | | |
|---|---|---|
| Amount Billed | $970.00 | This was the amount that was billed for your visit on 12/05/2017. |
| Discount | $0.00 | CIGNA negotiates discounts with health care professionals and facilities to help you save money. Using an in-network option is one way you can save. Visit myCIGNA.com or call Customer Service to learn more. |
| What your plan paid | $611.30 | Your plan paid $611.30 to KENNETH C LAMB MD. |
| What I owe | **$358.70** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **63%** | You saved $611.30 (or 63%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 143 of 287

# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 9681734290296
ID U64613081

**THIS IS NOT A BILL**

## Claim detail

*CIGNA received this claim on December 6, 2017 and processed it on December 9, 2017.*

KENNETH C LAMB MD, Claim # 9681734290296

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/17 | PHYSICIAN | 773.00 | 0.00 | 0.00 | 773.00 | 0.00 | 358.70 | 414.30 | 100 | 0.00 | |
| 12/05/17 | PHYSICIAN | 197.00 | 0.00 | 0.00 | 197.00 | 0.00 | 0.00 | 197.00 | 100 | 0.00 | |
| **Total** | | **$970.00** | **$0.00** | **$0.00** | **$970.00** | **$0.00** | **$358.70** | **$611.30** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

*You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $665.03 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017
You've paid a total of $500.00 toward your $1,000 in network family deductible for 2017
You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $665.03 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $5,621.33 toward your Unlimited all medical benefits individual lifetime maximum*

RETAIN THIS FOR YOUR RECORDS.

H2DA.08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

Cigna Health and Life Insurance Company AS AGENT FOR



Cigna.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,*
*please call Customer Service at the number*
*above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service date**
December 5, 2017

**Claim # / ID**
9681736222093 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681736222093

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 5, 2017

for services provided by JOHN J HUNTER MD

| | | |
|---|---|---|
| Amount Billed | $133.00 | This was the amount that was billed for your visit on 12/05/2017. |
| Discount | $46.05 | **You saved $46.05.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $86.95 | Your plan paid $86.95 to JOHN J HUNTER MD. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $133.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 145
of 287

**THIS IS NOT A BILL**

# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 9681736222093
ID U64613081

## Claim detail

CIGNA received this claim on December 28, 2017 and processed it on December 29, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHN J HUNTER MD, Claim # 9681736222093 | | | | | | | | | | | |
| 12/05/17 | RADIOLOGIST | 133.00 | 46.05 | 0.00 | 86.95 | 0.00 | 0.00 | 86.95 | 100 | 0.00 | A0 |
| Total | | $133.00 | $46.05 | $0.00 | $86.95 | $0.00 | $0.00 | $86.95 | | $0.00 | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

*You've paid a total of $254.34 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $254.34 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $944.24 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $254.34 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $613.04 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $254.34 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $944.24 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $55,217.42 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 - CUSTOMER–THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

HI01A 06/18

RETAIN THIS FOR YOUR RECORDS.

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

Cigna Health and Life Insurance Company AS AGENT FOR



**Cigna.**

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service dates**
December 5, 2017 - December 6, 2017

**Claim # / ID**
9681735007653 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735007653

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 5, 2017 - December 6, 2017

for services provided by SHU Q YANG MD

| | | |
|---|---|---|
| Amount Billed | $671.00 | This was the amount that was billed for your visit on 12/05/2017 through 12/06/2017. |
| Discount | $244.66 | **You saved $244.66.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $426.34 | Your plan paid $426.34 to SHU Q YANG MD. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 100% | You saved $671.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 147 of 287

# Cigna.

Claim received for ENRIQUE GALVEZ
9681735007653
Claim #
ID          U64613081

THIS IS NOT A BILL

## Claim detail

*CIGNA received this claim on December 16, 2017 and processed it on January 6, 2018.*

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHU Q YANG MD, Claim # 9681735007653 | | | | | | | | | | | |
| 12/05/17 | CONSULTANT | 424.00 | 144.78 | 0.00 | 279.22 | 0.00 | 0.00 | 279.22 | 100 | 0.00 | A0 |
| 12/06/17 | PHYSICIAN | 247.00 | 99.88 | 0.00 | 147.12 | 0.00 | 0.00 | 147.12 | 100 | 0.00 | A0 |
| **Total** | | **$671.00** | **$244.66** | **$0.00** | **$426.34** | **$0.00** | **$0.00** | **$426.34** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

*You've paid a total of $329.70 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $329.70 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $1,089.60 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $329.70 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $688.40 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $329.70 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $1,089.60 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $57,288.46 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 - HEALTH CARE PROFESSIONAL: PATIENT IS NOT LIABLE FOR THIS ADDITIONAL AMOUNT IF YOU ACCEPT THE ESTABLISHED REIMBURSEMENT SCHEDULE ALLOWED AMOUNT SHOWN. CALL ZEUS AT 888.346.8488 BEFORE BILLING THE PATIENT MORE THAN THE AMOUNT SHOWN AS PATIENT LIABILITY. CUSTOMER: CALL CIGNA IF BILLED MORE THAN THE "WHAT I OWE" AMOUNT.

RETAIN THIS FOR YOUR RECORDS.

H-H01A 08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223


**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service dates**
December 6, 2017 - December 10, 2017

**Claim # / ID**
9681735332868 / U64613081

**Provider Network Status:**
OUT OF NETWORK

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Account name / Account #**
/ 2472802

## Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735332868

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

### Summary of a claim for services on December 6, 2017 - December 10, 2017

for services provided by PACIFIC IP MED GRP INC

| | | |
|---|---|---|
| Amount Billed | $1,583.00 | This was the amount that was billed for your visit on 12/06/2017 through 12/10/2017. |
| Discount | $554.05 | **You saved $554.05.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $1,028.95 | Your plan will pay $1,028.95 to PACIFIC IP MED GRP INC on 12/26/2017. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $1,583.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.<br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 149
of 287

## Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 9681735332868
**ID** U6/613081

**THIS IS NOT A BILL**

## Claim detail

*CIGNA received this claim on December 19, 2017 and processed it on December 23, 2017.*

PACIFICIP MED GRP INC, Claim # 9681735332868

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/17 | PHYSICIAN | 357.00 | 124.95 | 0.00 | 232.05 | 0.00 | 0.00 | 232.05 | 100 | 0.00 | A0 |
| 12/07/17 | PHYSICIAN | 357.00 | 124.95 | 0.00 | 232.05 | 0.00 | 0.00 | 232.05 | 100 | 0.00 | A0 |
| 12/08/17 | PHYSICIAN | 247.00 | 86.45 | 0.00 | 160.55 | 0.00 | 0.00 | 160.55 | 100 | 0.00 | A0 |
| 12/09/17 | PHYSICIAN | 247.00 | 86.45 | 0.00 | 160.55 | 0.00 | 0.00 | 160.55 | 100 | 0.00 | A0 |
| 12/10/17 | PHYSICIAN | 375.00 | 131.25 | 0.00 | 243.75 | 0.00 | 0.00 | 243.75 | 100 | 0.00 | A0 |
| **Total** | | **$1,583.00** | **$554.05** | **$0.00** | **$1,028.95** | **$0.00** | **$0.00** | **$1,028.95** | | **$0.00** | |

*\* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.*
*The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

*You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $831.20 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $500.00 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $831.20 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $53,861.20 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE MULTIPLAN DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.

RETAIN THIS FOR YOUR RECORDS.

H/RIA08/18

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 150 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223


Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 9, 2017

**Claim # / ID**
9681735004527 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735004527

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 9, 2017

for services provided by SUTTER INFUSION AND PHAR

| | | |
|---|---|---|
| Amount Billed | $2,523.15 | This was the amount that was billed for your visit on 12/09/2017. |
| Discount | $864.60 | **You saved $864.60.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| Amount not covered | $69.75 | This is the portion of your bill that's not covered by your plan. You may or may not need to pay this amount. See the Notes section on the following pages for more information. The total amount of what is not allowed and/ or not covered is $69.75 of which you owe $0.00 . |
| What your plan paid | $1,588.80 | Your plan paid $626.28 to SUTTER INFUSION AND PHAR. This is a correction of a previously processed claim. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **97%** | You saved $2,453.40 (or 97%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 151
of 287


# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 9681735004527
ID U64613081

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on December 15, 2017 and processed it on May 17, 2018.

SUTTER INFUSION AND PHAR, Claim # 9681735004527

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/17 | INJECTIONS | 69.75 | 0.00 | 69.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 12/09/17 | INJECTIONS | 638.40 | 501.60 | 0.00 | 136.80 | 0.00 | 0.00 | 136.80 | 100 | 0.00 | A1 |
| 12/09/17 | SUPPLIES | 275.00 | 55.00 | 0.00 | 220.00 | 0.00 | 0.00 | 220.00 | 100 | 0.00 | A1 |
| 12/09/17 | SUPPLIES | 1,540.00 | 308.00 | 0.00 | 1,232.00 | 0.00 | 0.00 | 1,232.00 | 100 | 0.00 | A1 |
| **Total** | | **$2,523.15** | **$864.60** | **$69.75** | **$1,588.80** | **$0.00** | **$0.00** | **$1,588.80** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible  has been met  for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses   for 2017
You've paid a total of $1,234.96  toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $405.06 toward your $2,000 out of network family deductible for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible  for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,234.96  toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $62,011.01 toward your Unlimited all medical benefits individual lifetime maximum

## Other important information that I need to know

THIS IS A CORRECTION OF A PREVIOUSLY PROCESSED CLAIM.

## Notes

A0 - HEALTH CARE PROFESSIONAL: THE SUBMITTED PROCEDURE CODE IS DISALLOWED BECAUSE REIMBURSEMENT IS INCLUDED IN THE PRIMARY SERVICE.
A1 - CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU
ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT
DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT
1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 152 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223


**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service dates**
December 10, 2017 - December 11, 2017

**Claim # / ID**
9681735325964 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735325964

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 10, 2017 - December 11, 2017

for services provided by SVNAH SANTA ROSA HC HSP

| | | |
|---|---|---|
| Amount Billed | $890.00 | This was the amount that was billed for your visit on 12/10/2017 through 12/11/2017. |
| Discount | $176.00 | **You saved $176.00.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $714.00 | Your plan paid $714.00 to SVNAH SANTA ROSA HC HSP. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $890.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 153 of 287

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 968173532596
**ID** U64613081

## Claim detail

CIGNA received this claim on December 19, 2017 and processed it on December 22, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SVNAH SANTA ROSA HC HSP, Claim # 968173532596 | | | | | | | | | | | |
| 12/10/17 | NURSE | 445.00 | 88.00 | 0.00 | 357.00 | 0.00 | 0.00 | 357.00 | 100 | 0.00 | A0 |
| 12/11/17 | NURSE | 445.00 | 88.00 | 0.00 | 357.00 | 0.00 | 0.00 | 357.00 | 100 | 0.00 | A0 |
| **Total** | | **$890.00** | **$176.00** | **$0.00** | **$714.00** | **$0.00** | **$0.00** | **$714.00** | | **$0.00** | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

*You've paid a total of $141.30 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $831.20 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $141.30 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $500.00 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $831.20 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $52,832.25 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 – CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88(CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

H7O1A097J8



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service date**
December 11, 2017

**Claim # / ID**
9681735219284 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735219284

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 11, 2017

for services provided by SUTTER PACIFIC MED FNDTN

| | | |
|---|---|---|
| Amount Billed | $136.00 | This was the amount that was billed for your visit on 12/11/2017. |
| Discount | $27.20 | **You saved $27.20.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $73.80 | Your plan paid $73.80 to SUTTER PACIFIC MED FNDTN. |
| What I owe | **$35.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **74%** | You saved $101.00 (or 74%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 155
of 287

## Cigna.

Claim received for ENRIQUE GALVEZ
Claim #  968173521928 4
ID  U64613081

**THIS IS NOT A BILL**

# Claim detail

CIGNA received this claim on December 18, 2017 and processed it on December 19, 2017.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUTTER PACIFIC MED FNDTN, Claim # 968173521928 4 | | | | | | | | | | | |
| 12/11/17 | LABORATORY | 61.00 | 12.20 | 0.00 | 48.80 | 35.00 | 0.00 | 13.80 | 100 | 0.00 | A0 |
| 12/11/17 | LABORATORY | 45.00 | 9.00 | 0.00 | 36.00 | 0.00 | 0.00 | 36.00 | 100 | 0.00 | A0 |
| 12/11/17 | LABORATORY | 30.00 | 6.00 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 | 100 | 0.00 | A0 |
| **Total** | | **$136.00** | **$27.20** | **$0.00** | **$108.80** | **$35.00** | **$0.00** | **$73.80** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

# What I need to know for my next claim

You've paid a total of $591.75 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $591.75 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $1,211.65 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $591.75 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $950.45 toward your $1,000 in network family deductible  for 2017
You've paid a total of $591.75 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,211.65 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $6,907.80 toward your Unlimited all medical benefits individual lifetime maximum

# Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

11/50 (A 08/18)

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna Health and Life Insurance Company AS AGENT FOR

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service dates**
December 13, 2017 – December 15, 2017

**Claim # / ID**
9681735325963 / U64613081

**Provider Network Status:**
IN NETWORK

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735325963

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 13, 2017 – December 15, 2017

for services provided by SVNAH SANTA ROSA HC HSP

| | | |
|---|---|---|
| Amount Billed | $1,185.00 | This was the amount that was billed for your visit on 12/13/2017 through 12/15/2017. |
| Discount | $503.00 | **You saved $503.00.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $612.00 | Your plan will pay $612.00 to SVNAH SANTA ROSA HC HSP on 12/25/2017. |
| What I owe | **$70.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **94%** | You saved $1,115.00 (or 94%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 157 of 287

# Cigna.

Claim received for  ENRIQUE GALVEZ
Claim #  9681735325963
ID  U6461308I

## Claim detail

CIGNA received this claim on December 19, 2017 and processed it on December 22, 2017.

SVNAH SANTA ROSA HC HSP, Claim # 9681735325963

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/17 | PHYSICAL THERAPY | 395.00 | 167.67 | 0.00 | 227.33 | 35.00 | 0.00 | 192.33 | 100 | 0.00 | A0 |
| 12/15/17 | PHYSICAL THERAPY | 395.00 | 167.67 | 0.00 | 227.33 | 35.00 | 0.00 | 192.33 | 100 | 0.00 | A0 |
| 12/15/17 | OCCUP. THERAPY | 395.00 | 167.66 | 0.00 | 227.34 | 0.00 | 0.00 | 227.34 | 100 | 0.00 | A0 |
| Total | | $1,185.00 | $503.00 | $0.00 | $682.00 | $70.00 | $0.00 | $612.00 | | $0.00 | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $141.30 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $141.30 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $831.20 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $141.30 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $500.00 toward your $1,000 in network family deductible  for 2017
You've paid a total of $141.30 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $831.20 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $52,118.25 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 – CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

H7MA 08/18

Cigna.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 14, 2017

**Claim # / ID**
9681735423445 / U64613081

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

## Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735423445

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

### Summary of a claim for services on December 14, 2017

for services provided by JAMES F CARROLL MD

| | | |
|---|---|---|
| Amount Billed | $120.00 | This was the amount that was billed for your visit on 12/14/2017. |
| Discount | $6.96 | **You saved $6.96.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $0.00 | Your plan paid $0.00. |
| What I owe | $113.04 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 5% | You saved $6.96 (or 5%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18          **PLEASE SEE CLAIM DETAILS ON PAGE 3.**          Page 1 of 6



# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 968173542344S
ID U64613081

## Claim detail

*CIGNA received this claim on December 19, 2017 and processed it on December 23, 2017.*

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES F CARROLL MD, Claim # 968173542344S | | | | | | | | | | | |
| 12/14/17 | PHYSICIAN | 120.00 | 6.96 | 0.00 | 113.04 | 0.00 | 113.04 | 0.00 | 0 | 0.00 | A0 |
| **Total** | | **$120.00** | **$6.96** | **$0.00** | **$113.04** | **$0.00** | **$113.04** | **$0.00** | | **$0.00** | |

*\* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

*You've paid a total of $254.34 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $254.34 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $944.24 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $254.34 toward your $2,000 out of network family deductible for 2017
You've paid a total of $613.04 toward your $1,000 in network family deductible for 2017
You've paid a total of $254.34 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $944.24 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $53,861.20 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE BEECH STREET A/P DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 16, 2017

**Claim # / ID**
9681735704783 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735704783

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 16, 2017

for services provided by SUTTER INFUSION AND PHAR

| | | |
|---|---|---|
| Amount Billed | $2,520.60 | This was the amount that was billed for your visit on 12/16/2017. |
| Discount | $917.40 | **You saved $917.40.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $1,603.20 | Your plan paid $1,056.00 to SUTTER INFUSION AND PHAR. This is a correction of a previously processed claim. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $2,520.60 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 161
of 287

# Cigna.

Claim received for ENRIQUE GALVEZ
9681735704783
Claim #
ID U646130B1

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on December 22, 2017 and processed it on May 17, 2018.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUTTER INFUSION AND PHAR, Claim # 9681735704783 | | | | | | | | | | | |
| 12/16/17 | INJECTIONS | 705.60 | 554.40 | 0.00 | 151.20 | 0.00 | 0.00 | 151.20 | 100 | 0.00 | A0 |
| 12/16/17 | SUPPLIES | 275.00 | 55.00 | 0.00 | 220.00 | 0.00 | 0.00 | 220.00 | 100 | 0.00 | A0 |
| 12/16/17 | SUPPLIES | 1,540.00 | 308.00 | 0.00 | 1,232.00 | 0.00 | 0.00 | 1,232.00 | 100 | 0.00 | A0 |
| **Total** | | **$2,520.60** | **$917.40** | **$0.00** | **$1,603.20** | **$0.00** | **$0.00** | **$1,603.20** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $1,234.96 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $405.06 toward your $2,000 out of network family deductible for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $1,234.96 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $63,067.01 toward your Unlimited all medical benefits individual lifetime maximum

## Other important information that I need to know

THIS IS A CORRECTION OF A PREVIOUSLY PROCESSED CLAIM.

## Notes

A0 – CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

H701A 08/18

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 162 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 18, 2017

**Claim # / ID**
9681736221225 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681736221225

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 18, 2017

for services provided by SVNAH SANTA ROSA HC HSP

| | | |
|---|---|---|
| Amount Billed | $445.00 | This was the amount that was billed for your visit on 12/18/2017. |
| Discount | $88.00 | **You saved $88.00.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $357.00 | Your plan paid $357.00 to SVNAH SANTA ROSA HC HSP. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $445.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 9681736221225
ID U64613081

## Claim detail

CIGNA received this claim on December 28, 2017 and processed it on January 13, 2018.

SVNAH SANTA ROSA HC HSP, Claim # 9681736221225

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/17 | NURSE | 445.00 | 88.00 | 0.00 | 357.00 | 0.00 | 0.00 | 357.00 | 100 | 0.00 | A0 |
| Total | | $445.00 | $88.00 | $0.00 | $357.00 | $0.00 | $0.00 | $357.00 | | $0.00 | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $1,164.96 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $405.06 toward your $2,600 out of network family deductible for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $1,164.96 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $58,783.86 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88(CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

1J70IA 08/18

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 18, 2017

**Claim # / ID**
9681735703895 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681735703895

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 18, 2017

for services provided by SUTTER SANTA ROSA REG HS

| | | |
|---|---|---|
| Amount Billed | $409.00 | This was the amount that was billed for your visit on 12/18/2017. |
| Discount | $102.25 | **You saved $102.25.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $306.75 | Your plan paid $306.75 to SUTTER SANTA ROSA REG HS. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $409.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18          **PLEASE SEE CLAIM DETAILS ON PAGE 3.**          Page 1 of 6

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 165 of 287

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 9681735703895
**ID** U64613081

## Claim detail

CIGNA received this claim on December 22, 2017 and processed it on December 26, 2017.

SUTTER SANTA ROSA REG HS, Claim # 9681735703895

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/17 | LABORATORY | 198.00 | 49.50 | 0.00 | 148.50 | 0.00 | 0.00 | 148.50 | 100 | 0.00 | A0 |
| 12/18/17 | LABORATORY | 89.00 | 22.25 | 0.00 | 66.75 | 0.00 | 0.00 | 66.75 | 100 | 0.00 | A0 |
| 12/18/17 | LABORATORY | 122.00 | 30.50 | 0.00 | 91.50 | 0.00 | 0.00 | 91.50 | 100 | 0.00 | A0 |
| **Total** | | **$409.00** | **$102.25** | **$0.00** | **$306.75** | **$0.00** | **$0.00** | **$306.75** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $254.34 toward your $1,000 in network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $254.34 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $944.24 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $254.34 toward your $2,000 out of network family deductible for 2017
You've paid a total of $613.04 toward your $1,000 in network family deductible for 2017
You've paid a total of $254.34 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $944.24 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $54,167.95 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 – CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

HX01A 08/18

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 166 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 19, 2017

**Claim # / ID**
9681736221226 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681736221226

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 19, 2017

for services provided by SVNAH SANTA ROSA HC HSP

| | | |
|---|---|---|
| Amount Billed | $395.00 | This was the amount that was billed for your visit on 12/19/2017. |
| Discount | $54.00 | **You saved $54.00.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $306.00 | Your plan will pay $306.00 to SVNAH SANTA ROSA HC HSP on 01/08/2018. |
| What I owe | **$35.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **91%** | You saved $360.00 (or 91%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18       **PLEASE SEE CLAIM DETAILS ON PAGE 3.**       Page 1 of 6

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 167 of 287

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 968173622 1226
**ID** U64613081

## Claim detail

CIGNA received this claim on December 28, 2017 and processed it on January 5, 2018.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/17 | SVNAH SANTA ROSA HC HSP, Claim # 968173622 1226 PHYSICAL THERAPY | 395.00 | 54.00 | 0.00 | 341.00 | 35.00 | 0.00 | 306.00 | 100 | 0.00 | A0 |
| **Total** | | **$395.00** | **$54.00** | **$0.00** | **$341.00** | **$35.00** | **$0.00** | **$306.00** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

*You've paid a total of $329.70 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $329.70 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $1,089.60 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $329.70 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $688.40 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $329.70 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $1,089.60 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $56,862.12 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

HDMIA08/16

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Service date**
December 21, 2017

**Claim # / ID**
9681736220241 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681736220241

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 21, 2017

for services provided by JAMES F CARROLL MD

| | | |
|---|---|---|
| Amount Billed | $80.00 | This was the amount that was billed for your visit on 12/21/2017. |
| Discount | $4.64 | **You saved $4.64.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $0.00 | Your plan paid $0.00. |
| What I owe | **$75.36** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **5%** | You saved $4.64 (or 5%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 169 of 287

# Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 968173620241
ID U64613081

## Claim detail

CIGNA received this claim on December 26, 2017 and processed it on January 2, 2018.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES F CARROLL MD, Claim # 968173620241 | | | | | | | | | | | |
| 12/21/17 | PHYSICIAN | 80.00 | 4.64 | 0.00 | 75.36 | 0.00 | 75.36 | 0.00 | 0 | 0.00 | A0 |
| Total | | $80.00 | $4.64 | $0.00 | $75.36 | $0.00 | $75.36 | $0.00 | | $0.00 | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $329.70 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $329.70 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $1,019.60 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $329.70 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $688.40 toward your $1,000 in network family deductible  for 2017
You've paid a total of $329.70 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,019.60 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $56,482.32 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE BEECH STREET A/P DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.

i-70VA 06/18

RETAIN THIS FOR YOUR RECORDS.

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 170 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 23, 2017

**Claim # / ID**
9681736402835 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681736402835

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 23, 2017

for services provided by SUTTER INFUSION AND PHAR

| | | |
|---|---|---|
| Amount Billed | $2,520.60 | This was the amount that was billed for your visit on 12/23/2017. |
| Discount | $917.40 | **You saved $917.40.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $1,603.20 | Your plan paid $1,012.00 to SUTTER INFUSION AND PHAR. This is a correction of a previously processed claim. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $2,520.60 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 171 of 287

# Cigna.

Claim received for ENRIQUE GALVEZ
9681736402835
Claim #
ID          U64613081

## Claim detail

CIGNA received this claim on December 29, 2017 and processed it on May 17, 2018.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUTTER INFUSION AND PHAR, Claim # 9681736402835 | | | | | | | | | | | |
| 12/23/17 | INJECTIONS | 705.60 | 554.40 | 0.00 | 151.20 | 0.00 | 0.00 | 151.20 | 100 | 0.00 | A0 |
| 12/23/17 | SUPPLIES | 275.00 | 55.00 | 0.00 | 220.00 | 0.00 | 0.00 | 220.00 | 100 | 0.00 | A0 |
| 12/23/17 | SUPPLIES | 1,540.00 | 308.00 | 0.00 | 1,232.00 | 0.00 | 0.00 | 1,232.00 | 100 | 0.00 | A0 |
| **Total** | | **$2,520.60** | **$917.40** | **$0.00** | **$1,603.20** | **$0.00** | **$0.00** | **$1,603.20** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses for 2017
You've paid a total of $1,234.96 toward your $1,500 in network individual out of pocket expenses for 2017
You've paid a total of $405.06 toward your $2,000 out of network family deductible for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses for 2017
You've paid a total of $1,234.96 toward your $3,000 in network family out of pocket expenses for 2017
You've paid a total of $64,079.01 toward your unlimited all medical benefits individual lifetime maximum

## Other important information that I need to know

THIS IS A CORRECTION OF A PREVIOUSLY PROCESSED CLAIM.

## Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU
ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT
DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT
1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

H301A 08/18

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 172
of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,*
*please call Customer Service at the number*
*above. Please have your claim number ready.*

**Service date**
December 26, 2017

**Claim # / ID**
9681800510392 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681800510392

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 26, 2017

for services provided by SVNAH SANTA ROSA HC HSP

| | | |
|---|---|---|
| Amount Billed | $445.00 | This was the amount that was billed for your visit on 12/26/2017. |
| Discount | $88.00 | **You saved $88.00.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $357.00 | Your plan paid $357.00 to SVNAH SANTA ROSA HC HSP. |
| What I owe | **$0.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **100%** | You saved $445.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 173 of 287

**Cigna.**

Claim received for ENRIQUE GALVEZ
Claim #          9681800510392
ID               U64613081

## Claim detail

Cigna received this claim on January 5, 2018 and processed it on January 20, 2018.

SVNAH SANTA ROSA HC HSP, Claim # 9681800510392

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/17 | NURSE | 445.00 | 88.00 | 0.00 | 357.00 | 0.00 | 0.00 | 357.00 | 100 | 0.00 | A0 |
| **Total** | | **$445.00** | **$88.00** | **$0.00** | **$357.00** | **$0.00** | **$0.00** | **$357.00** | | **$0.00** | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $1,234.96 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $405.06 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible  for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,234.96 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $60,150.66 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 – CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

17V01A08718

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 174 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



## Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service dates**
December 27, 2017 - December 29, 2017

**Claim # / ID**
9681800510391 / U64613081

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681800510391

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 27, 2017 - December 29, 2017

for services provided by SVNAH SANTA ROSA HC HSP

| | | |
|---|---|---|
| Amount Billed | $790.00 | This was the amount that was billed for your visit on 12/27/2017 through 12/29/2017. |
| Discount | $108.00 | **You saved $108.00.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $612.00 | Your plan paid $612.00 to SVNAH SANTA ROSA HC HSP. |
| What I owe | **$70.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **91%** | You saved $720.00 (or 91%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 175
of 287

# Cigna.

**Claim received for** ENRIQUE GALVEZ
**Claim #** 9681800510391
**ID** U64613081

## Claim detail

*CIGNA received this claim on January 5, 2018 and processed it on January 19, 2018.*

SVNAH SANTA ROSA HC HSP, Claim # 9681800510391

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/17 | PHYSICAL THERAPY | 395.00 | 54.00 | 0.00 | 341.00 | 35.00 | 0.00 | 306.00 | 100 | 0.00 | A0 |
| 12/29/17 | PHYSICAL THERAPY | 395.00 | 54.00 | 0.00 | 341.00 | 35.00 | 0.00 | 306.00 | 100 | 0.00 | A0 |
| **Total** | | **$790.00** | **$108.00** | **$0.00** | **$682.00** | **$70.00** | **$0.00** | **$612.00** | | **$0.00** | |

*\* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.*
*The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

*You've paid a total of $405.06 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $1,234.96 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $405.06 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $763.76 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $1,234.96 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $59,793.66 toward your Unlimited all medical benefits individual lifetime maximum*

## Notes

A0 - CUSTOMER: THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

H/01A 08/18

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 176 of 287

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN  37422-7223



# Cigna.

Cigna Health and Life Insurance Company AS AGENT FOR

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card
www.myCIGNA.com
*If you have any questions about this document,*
*please call Customer Service at the number*
*above. Please have your claim number ready.*

**Service date**
December 28, 2017

**Claim # / ID**
9681800316715 / U64613081

**Provider Network Status:**
OUT OF NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681800316715

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 28, 2017

for services provided by JAMES F CARROLL MD

| | | |
|---|---|---|
| Amount Billed | $80.00 | This was the amount that was billed for your visit on 12/28/2017. |
| Discount | $4.64 | **You saved $4.64.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $0.00 | Your plan paid $0.00. |
| What I owe | **$75.36** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **5%** | You saved $4.64 (or 5%) off the total amount billed. This is a total of your discount and what your plan paid.<br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

# Cigna.

Claim received for ENRIQUE GALVEZ
Claim #  9681800316715
ID  U64613081

## Claim detail

CIGNA received this claim on January 2, 2018 and processed it on January 6, 2018.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES F CARROLL MD, Claim # 9681800316715 | | | | | | | | | | | |
| 12/28/17 | PHYSICIAN | 80.00 | 4.64 | 0.00 | 75.36 | 0.00 | 75.36 | 0.00 | 0 | 0.00 | A0 |
| **Total** | | **$80.00** | **$4.64** | **$0.00** | **$75.36** | **$0.00** | **$75.36** | **$0.00** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $405.06 toward your $1,000 out of network individual deductible  for 2017
Your $500 in network individual deductible has been met for 2017
You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses  for 2017
You've paid a total of $1,164.96 toward your $1,500 in network individual out of pocket expenses  for 2017
You've paid a total of $405.06 toward your $2,000 out of network family deductible  for 2017
You've paid a total of $763.76 toward your $1,000 in network family deductible  for 2017
You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses  for 2017
You've paid a total of $1,164.96 toward your $3,000 in network family out of pocket expenses  for 2017
You've paid a total of $57,835.66 toward your Unlimited all medical benefits individual lifetime maximum

## Notes

A0 - HEALTH CARE PROFESSIONAL: DO NOT BILL THE PATIENT FOR THE BEECH STREET AVP DISCOUNT THROUGH MULTIPLAN. PLEASE CALL 866.233.0121 FOR NETWORK INFORMATION.

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

Cigna Health and Life Insurance Company AS AGENT FOR



# Cigna.

ENRIQUE GALVEZ
1832 SANSONE DR
SANTA ROSA CA 95403-1940

**Customer service**
Call the number on the back of your ID card
**www.myCIGNA.com**
*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim number ready.*

**Service date**
December 30, 2017

**Claim # / ID**
9681800415861 / U64613081

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Provider Network Status:**
IN NETWORK

**Account name / Account #**
/ 2472802

# Explanation of benefits

for a claim received for ENRIQUE GALVEZ, Claim # 9681800415861

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: ENRIQUE GALVEZ

## Summary of a claim for services on December 30, 2017

for services provided by SUTTER INFUSION AND PHAR

| | | |
|---|---|---|
| Amount Billed | $907.00 | This was the amount that was billed for your visit on 12/30/2017. |
| Discount | $293.60 | **You saved $293.60.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $613.40 | Your plan paid $215.60 to SUTTER INFUSION AND PHAR. This is a correction of a previously processed claim. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 100% | You saved $907.00 (or 100%) off the total amount billed. This is a total of your discount and what your plan paid.<br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18            **PLEASE SEE CLAIM DETAILS ON PAGE 3.**            Page 1 of 6

## Cigna.

Claim received for ENRIQUE GALVEZ
Claim # 9681800415861
ID U6461308I

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on January 3, 2018 and processed it on May 17, 2018.

SUTTER INFUSION AND PHAR, Claim # 9681800415861

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/17 | INJECTIONS | 192.00 | 150.60 | 0.00 | 0.00 | 0.00 | 41.40 | 100 | 0.00 | A0 |
| 12/30/17 | SUPPLIES | 275.00 | 55.00 | 0.00 | 0.00 | 0.00 | 220.00 | 100 | 0.00 | A0 |
| 12/30/17 | SUPPLIES | 440.00 | 88.00 | 0.00 | 0.00 | 0.00 | 352.00 | 100 | 0.00 | A0 |
| **Total** | | **$907.00** | **$293.60** | **$0.00** | **$0.00** | **$0.00** | **$613.40** | | **$0.00** | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

*You've paid a total of $405.06 toward your $1,000 out of network individual deductible for 2017*
*Your $500 in network individual deductible has been met for 2017*
*You've paid a total of $405.06 toward your $3,000 out of network individual out of pocket expenses for 2017*
*You've paid a total of $1,234.96 toward your $1,500 in network individual out of pocket expenses for 2017*
*You've paid a total of $405.06 toward your $2,000 out of network family deductible for 2017*
*You've paid a total of $763.76 toward your $1,000 in network family deductible for 2017*
*You've paid a total of $405.06 toward your $6,000 out of network family out of pocket expenses for 2017*
*You've paid a total of $1,234.96 toward your $3,000 in network family out of pocket expenses for 2017*
*You've paid a total of $64,294.61 toward your Unlimited all medical benefits individual lifetime maximum*

## Other important information that I need to know

*THIS IS A CORRECTION OF A PREVIOUSLY PROCESSED CLAIM.*

## Notes

A0 – CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED. YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.

RETAIN THIS FOR YOUR RECORDS.

HDHA 09018

# Claims Listing

MASSACHUSETTS

**ID Number:** XXXXX3100
**Patient Name:** ENRIQUE GALVEZ

**Reference Number:** 22330170CT19

| Claim Number | Processed | Dates of Service | Provider | Service | Charge | Deductible | Coinsurance | Co Pay | Benefits | Liability [1] | Message |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98500516119502 | 05/26/18 | 05/26/18 - 05/26/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | Subtotal: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 98500439974400 | 04/17/18 | 04/17/18 - 04/17/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 6.89 | 0.00 | 6.89 | 0.00 | 0.00 | 6.89 | |
| | | | | Subtotal: | 6.89 | 0.00 | 6.89 | 0.00 | 0.00 | 6.89 | |
| 000410224700 | 04/03/18 | 04/03/18 - 04/03/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 5.72 | 0.00 | 5.72 | 0.00 | 0.00 | 5.72 | |
| | | | | Subtotal: | 5.72 | 0.00 | 5.72 | 0.00 | 0.00 | 5.72 | |
| 271809423804 00 | 04/06/18 | 03/27/18 - 03/27/18 | JAMES F CARROLL MEDI | Medical Care | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| | | | | Subtotal: | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| 261809203428 00 | 04/04/18 | 03/26/18 - 03/26/18 | SANTA ROSA BACK FITN | Physical Therapy | 100.00 | 0.00 | 0.00 | 35.00 | 7.86 | 35.00 | |
| | | 03/26/18 - 03/26/18 | SANTA ROSA BACK FITN | Physical Therapy | 45.00 | 0.00 | 0.00 | 0.00 | 19.29 | 0.00 | |
| | | 03/26/18 - 03/26/18 | SANTA ROSA BACK FITN | Physical Therapy | 30.00 | 0.00 | 0.00 | 0.00 | 12.85 | 0.00 | |
| | | | | Subtotal: | 175.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 98500380782200 | 03/15/18 | 03/15/18 - 03/15/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 4.50 | 0.00 | 4.50 | 0.00 | 0.00 | 4.50 | |
| | | | | Subtotal: | 4.50 | 0.00 | 4.50 | 0.00 | 0.00 | 4.50 | |
| 003807823 00 | 03/15/18 | 03/15/18 - 03/15/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 13.50 | 0.00 | 13.50 | 0.00 | 0.00 | 13.50 | |
| | | | | Subtotal: | 13.50 | 0.00 | 13.50 | 0.00 | 0.00 | 13.50 | |
| 261807101132 00 | 03/14/18 | 03/07/18 - 03/07/18 | SANTA ROSA BACK FITN | Physical Therapy | 100.00 | 0.00 | 0.00 | 35.00 | 22.69 | 35.00 | |
| | | 03/07/18 - 03/07/18 | SANTA ROSA BACK FITN | Physical Therapy | 30.00 | 0.00 | 0.00 | 0.00 | 17.31 | 0.00 | |
| | | | | Subtotal: | 130.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |

1 This amount may or may not have been paid by you to the provider at the time of the service.

An Independent Licensee of the Blue Cross and Blue Shield Association

D290113809

# Claims Listing

MASSACHUSETTS

Reference Number: 22330170CT19

**ID Number:** XXXXX3100
**Patient Name:** ENRIQUE GALVIEZ

| Claim Number | Processed | Dates of Service | Provider | Service | Charge | Deductible | Coinsurance | Co Pay | Benefits | Liability [1] | Message |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26180651314400 | 03/08/18 | 03/02/18 – 03/02/18 | SANTA ROSA BACK FITN Physical Therapy | | 90.00 | 0.00 | 0.00 | 35.00 | 4.71 | 35.00 | |
| | | 03/02/18 – 03/02/18 | SANTA ROSA BACK FITN Physical Therapy | | 50.00 | 0.00 | 0.00 | 0.00 | 22.06 | 0.00 | |
| | | 03/02/18 – 03/02/18 | SANTA ROSA BACK FITN Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 13.23 | 0.00 | |
| | | | | Subtotal: | 170.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 26180611672100 | 03/05/18 | 02/27/18 – 02/27/18 | SANTA ROSA BACK FITN Physical Therapy | | 90.00 | 0.00 | 0.00 | 35.00 | 4.71 | 35.00 | |
| | | 02/27/18 – 02/27/18 | SANTA ROSA BACK FITN Physical Therapy | | 50.00 | 0.00 | 0.00 | 0.00 | 22.06 | 0.00 | |
| | | 02/27/18 – 02/27/18 | SANTA ROSA BACK FITN Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 13.23 | 0.00 | |
| | | | | Subtotal: | 170.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 26180596405700 | 03/02/18 | 02/23/18 – 02/23/18 | CARROLL JAMES | Medical Care | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| | | | | Subtotal: | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| 26180541613700 | 02/26/18 | 02/21/18 – 02/21/18 | SANTA ROSA BACK FITN Physical Therapy | | 90.00 | 0.00 | 0.00 | 35.00 | 4.71 | 35.00 | |
| | | 02/21/18 – 02/21/18 | SANTA ROSA BACK FITN Physical Therapy | | 50.00 | 0.00 | 0.00 | 0.00 | 22.06 | 0.00 | |
| | | 02/21/18 – 02/21/18 | SANTA ROSA BACK FITN Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 13.23 | 0.00 | |
| | | | | Subtotal: | 170.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 26180524952600 | 02/23/18 | 02/19/18 – 02/19/18 | SANTA ROSA BACK FITN Physical Therapy | | 50.00 | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 | |
| | | 02/19/18 – 02/19/18 | SANTA ROSA BACK FITN Physical Therapy | | 45.00 | 0.00 | 0.00 | 5.00 | 22.00 | 5.00 | |
| | | 02/19/18 – 02/19/18 | SANTA ROSA BACK FITN Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | |
| | | | | Subtotal: | 125.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 26180524952500 | 02/23/18 | 02/16/18 – 02/16/18 | SANTA ROSA BACK FITN Physical Therapy | | 100.00 | 0.00 | 0.00 | 35.00 | 7.86 | 35.00 | |
| | | 02/16/18 – 02/16/18 | SANTA ROSA BACK FITN Physical Therapy | | 45.00 | 0.00 | 0.00 | 0.00 | 19.29 | 0.00 | |
| | | 02/16/18 – 02/16/18 | SANTA ROSA BACK FITN Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 12.85 | 0.00 | |
| | | | | Subtotal: | 175.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |

[1] This amount may or may not have been paid by you to the provider at the time of the service.

An Independent License of the Blue Cross and Blue Shield Association

D29013389

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 183 of 287

# Claims Listing

**ID Number:** XXXXX3100
**Patient Name:** ENRIQUE GALVEZ

**Reference Number:** 2233O17OCT19

| Claim Number | Processed | Dates of Service | Provider: | Service | | Charge | Deductible | Consurance | Co Pay | Benefits | Liability [1] | Message |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26180500026400 | 02/21/18 | 02/14/18 - 02/14/18 | SANTA ROSA BACK FITN | Physical Therapy | | 100.00 | 0.00 | 0.00 | 35.00 | 7.86 | 35.00 | |
| | | 02/14/18 - 02/14/18 | SANTA ROSA BACK FITN | Physical Therapy | | 45.00 | 0.00 | 0.00 | 0.00 | 19.29 | 0.00 | |
| | | 02/14/18 - 02/14/18 | SANTA ROSA BACK FITN | Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 12.85 | 0.00 | |
| | | | | | Subtotal: | 175.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 26180451844600 | 02/16/18 | 02/12/18 - 02/12/18 | SANTA ROSA BACK FITN | Physical Therapy | | 50.00 | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 | |
| | | 02/12/18 - 02/12/18 | SANTA ROSA BACK FITN | Physical Therapy | | 45.00 | 0.00 | 0.00 | 5.00 | 22.00 | 5.00 | |
| | | 02/12/18 - 02/12/18 | SANTA ROSA BACK FITN | Physical Therapy | | 30.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | |
| | | | | | Subtotal: | 125.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 26180451843700 | 02/16/18 | 02/09/18 - 02/09/18 | SANTA ROSA BACK FITN | Physical Therapy | | 50.00 | 0.00 | 0.00 | 35.00 | 4.47 | 35.00 | |
| | | 02/09/18 - 02/09/18 | SANTA ROSA BACK FITN | Physical Therapy | | 45.00 | 0.00 | 0.00 | 0.00 | 35.53 | 0.00 | |
| | | | | | Subtotal: | 95.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| 95800309081300 | 02/09/18 | 02/09/18 - 02/09/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | | 8.11 | 0.00 | 8.11 | 0.00 | 0.00 | 8.11 | |
| | | | | | Subtotal: | 8.11 | 0.00 | 8.11 | 0.00 | 0.00 | 8.11 | |
| 95800309081400 | 02/09/18 | 02/09/18 - 02/09/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | | 4.21 | 0.00 | 4.21 | 0.00 | 0.00 | 4.21 | |
| | | | | | Subtotal: | 4.21 | 0.00 | 4.21 | 0.00 | 0.00 | 4.21 | |
| 30570581600 | 03/28/18 | 02/08/18 - 02/08/18 | CARROLL,JAMES | Medical Care | | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| | | | | | Subtotal: | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| 26180401584500 | 02/12/18 | 02/07/18 - 02/07/18 | SANTA ROSA BACK FITN | Physical Therapy | | 50.00 | 0.00 | 0.00 | 35.00 | 4.47 | 35.00 | |
| | | 02/07/18 - 02/07/18 | SANTA ROSA BACK FITN | Physical Therapy | | 45.00 | 0.00 | 0.00 | 0.00 | 35.53 | 0.00 | |
| | | | | | Subtotal: | 95.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |

1 This amount may or may not have been paid by you to the provider at the time of the service.

An Independent Licensee of the Blue Cross and Blue Shield Association

D290133809

# Claims Listing

MASSACHUSETTS

ID Number: XXXXX3100
Patient Name: ENRIQUE GALVEZ

Reference Number: 2233017OCT19

| Claim Number | Processed | Dates of Service | Provider | Service | Charge | Deductible | Coinsurance | Co Pay | Benefits | Liability [1] | Message |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26180391403600 | 02/12/18 | 02/05/18 - 02/05/18 | SANTA ROSA BACK FITN | Physical Therapy | 90.00 | 0.00 | 0.00 | 35.00 | 40.00 | 35.00 | |
| | | 02/05/18 - 02/05/18 | SANTA ROSA BACK FITN | Physical Therapy | 50.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | |
| | | 02/05/18 - 02/05/18 | SANTA ROSA BACK FITN | Physical Therapy | 45.00 | 0.00 | 0.00 | 0.00 | 27.00 | 0.00 | |
| | | 02/05/18 - 02/05/18 | SANTA ROSA BACK FITN | Physical Therapy | 30.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | |
| | | | | Subtotal: | 215.00 | 0.00 | 0.00 | 35.00 | 115.00 | 35.00 | |
| K02959869 02 | 02/04/18 | 02/04/18 - 02/04/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | Subtotal: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 26180510041400 | 02/22/18 | 02/01/18 - 02/01/18 | CARROLL,JAMES | Medical Care | 120.00 | 0.00 | 0.00 | 20.00 | 76.31 | 20.00 | |
| | | | | Subtotal: | 120.00 | 0.00 | 0.00 | 20.00 | 76.31 | 20.00 | |
| 26180360172900 | 02/07/18 | 01/22/18 - 01/22/18 | CARROLL,JAMES | Medical Care | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| | | | | Subtotal: | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| 26180300060700 | 01/31/18 | 01/18/18 - 01/18/18 | SUTTER VISITING NURSE | Physical Therapy | 395.00 | 0.00 | 0.00 | 0.00 | 329.00 | 35.00 | |
| | | 01/19/18 - 01/19/18 | SUTTER VISITING NURSE | Physical Therapy | 395.00 | 0.00 | 0.00 | 35.00 | 329.00 | 35.00 | |
| | | | | Subtotal: | 790.00 | 0.00 | 0.00 | 70.00 | 658.00 | 70.00 | |
| **803000609 00 | 02/01/18 | 01/18/18 - 01/18/18 | SUTTER VISITING NURSE | Other Medical Service | 445.00 | 136.00 | 0.00 | 0.00 | 228.00 | 136.00 | |
| | | | | Subtotal: | 445.00 | 136.00 | 0.00 | 0.00 | 228.00 | 136.00 | |
| 26180230206100 | 01/24/18 | 01/16/18 - 01/16/18 | SANTA ROSA ORTHO ME | Other Medical Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | M1 |
| | | | | Subtotal: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 26180790083902 | 06/13/18 | 01/11/18 - 01/11/18 | SUTTER VISITING NURSE | Other Medical Service | 445.00 | 0.00 | 0.00 | 0.00 | 364.00 | 0.00 | |
| | | | | Subtotal: | 445.00 | 0.00 | 0.00 | 0.00 | 364.00 | 0.00 | |

1 This amount may or may not have been paid by you to the provider at the time of the service.

An Independent Licensee of the Blue Cross and Blue Shield Association

D290133809

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 185 of 287

# Claims Listing

ID Number: XXXXX3100
Patient Name: ENRIQUE GALVEZ

Reference Number: 2233017OCT19

| Claim Number | Processed | Dates of Service | Provider | Service | Charge | Deductible | Coinsurance | Co Pay | Benefits | Liability [1] | Message |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26180300611 00 | 01/31/18 | 01/09/18 - 01/09/18 | SUTTER VISITING NURSE | Physical Therapy | 395.00 | 0.00 | 0.00 | 35.00 | 329.00 | 35.00 | |
| | | 01/12/18 - 01/12/18 | SUTTER VISITING NURSE | Physical Therapy | 395.00 | 0.00 | 0.00 | 35.00 | 329.00 | 35.00 | |
| | | | | Subtotal: | 790.00 | 0.00 | 0.00 | 70.00 | 658.00 | 70.00 | |
| 26180300798 00 | 03/15/18 | 01/07/18 - 01/13/18 | SUTTER INFUSION AND | Other Medical Service | 705.60 | 0.00 | 0.00 | 0.00 | 599.76 | 0.00 | |
| | | | | Subtotal: | 705.60 | 0.00 | 0.00 | 0.00 | 599.76 | 0.00 | |
| 26180180813 00 | 01/19/18 | 01/06/18 - 01/06/18 | SUTTER VISITING NURSE | Physical Therapy | 395.00 | 0.00 | 0.00 | 35.00 | 329.00 | 35.00 | |
| | | | | Subtotal: | 395.00 | 0.00 | 0.00 | 35.00 | 329.00 | 35.00 | |
| 26180220164 00 | 01/24/18 | 01/06/18 - 01/06/18 | SUTTER VISITING NURSE | Other Medical Service | 445.00 | 364.00 | 0.00 | 0.00 | 0.00 | 364.00 | |
| | | | | Subtotal: | 445.00 | 364.00 | 0.00 | 0.00 | 0.00 | 364.00 | |
| 27180092174 00 | 01/11/18 | 01/05/18 - 01/05/18 | CARROLL JAMES | Medical Care | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| | | | | Subtotal: | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| 9850023605300 | 01/05/18 | 01/05/18 - 01/05/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 2.45 | 0.00 | 2.45 | 0.00 | 0.00 | 2.45 | |
| | | | | Subtotal: | 2.45 | 0.00 | 2.45 | 0.00 | 0.00 | 2.45 | |
| 02417102 00 | 01/05/18 | 01/05/18 - 01/05/18 | MISCELLANEOUS PHAR | Prescription/Non-prescription Drugs | 10.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 | |
| | | | | Subtotal: | 10.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 | |
| 26180510042 00 | 02/22/18 | 01/02/18 - 01/02/18 | CARROLL JAMES | Medical Care | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| | | | | Subtotal: | 80.00 | 0.00 | 0.00 | 20.00 | 50.56 | 20.00 | |
| 26180702466 00 | 03/13/18 | 01/01/18 - 01/05/18 | SUTTER INFUSION AND | Other Medical Service | 480.00 | 0.00 | 0.00 | 0.00 | 408.00 | 0.00 | |
| | | 01/14/18 - 01/15/18 | SUTTER INFUSION AND | Other Medical Service | 201.60 | 0.00 | 0.00 | 0.00 | 171.36 | 0.00 | |
| | | | | Subtotal: | 681.60 | 0.00 | 0.00 | 0.00 | 579.36 | 0.00 | |

1 This amount may or may not have been paid by you to the provider at the time of the service.

An Independent Licensee of the Blue Cross and Blue Shield Association

D29013809

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 186 of 287

# Claim Summary

BLUE CROSS BLUE SHIELD

**Patient Name:**
ENRIQUE GALVEZ

| | **Charge** | **Deductible** | **Coinsurance** | **Co Pay** | **Benefits** | **Liability** |
|---|---|---|---|---|---|---|
| **Total:** | 7,172.58 | 500.00 | 55.38 | 735.00 | 4,350.79 | 1,290.38 |

An Independent Licensee of the Blue Cross and Blue Shield Association

D2590133809







# Loss Inventory

## Submitted 10/24/2018 7:35:15 PM UTC

| Item Description | Brand or Manufacturer | Model Number | Qty Lost | Item Age | Your Original Cost Pre-tax (each) | Purchased From | Method (Check, Charge, Cash, Gift) | Condition | Business Use | Room |
|---|---|---|---|---|---|---|---|---|---|---|
| King Bedroom Set | Ashley Furniture | | 1 | 0yr/4mo | $1,600.00 | | Cash | New | | Storage master bedroom |
| King plush mattresses | BeautySleep | | 1 | 0yr/4mo | $899.00 | Ashley | | New | | Storage master bedroom |
| 50 inch flat screen smart tv | VIZIO | | 2 | 1yr/0mo | $600.00 | | | Average | | Storage master bedroom/ bedroom |
| Blu ray player | Samsung | | 2 | 0yr/4mo | $299.99 | Best Buy | | New | | Storage master bedroom/ bedroom |
| Office desk with hutch | Sauder | | 1 | 0yr/4mo | $400.00 | Office Depot | | New | | Storage master bedroom/ bedroom |
| Desk chair ergonomic | Realspace | | 2 | 0yr/3mo | $189.00 | Office Depot | | New | | Storage master bedroom/ bedroom |
| Desktop computer intel | Hewlett-Packard (HP) | | 1 | 1yr/3mo | $499.00 | Office depot | | Above Average | | Storage master bedroom/ bedroom |
| Mini fridge with freezer | Delta | | 1 | 2yr/0mo | $350.00 | Sears | | Above Average | | Storage master bedroom/ bedroom |
| Wireless printer office jet | Hewlett-Packard (HP) | | 1 | 0yr/3mo | $149.00 | Office Depot | | New | | Storage master bedroom/ bedroom |
| Dre Beats wireless headphones | Dre Beats | | 2 | 1yr/0mo | $350.00 | Best Buy | | Above Average | | Storage master bedroom/ bedroom |
| Women's Tiffany sunglasses | Tiffany's | | 1 | 0yr/10mo | $369.00 | Tiffanys | | Above Average | | Storage master bedroom/ bedroom |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 193 of 287

| Item | Brand | | Qty | Age | Value | Store | Condition | | Room |
|---|---|---|---|---|---|---|---|---|---|
| Women's fossil smart watch | Fossil | | 1 | 0yr/10mo | $255.00 | | Gift | Above Average | Storage master bedroom/ bedroom |
| Women's Guess watch stainless steel | Guess | | 1 | 0yr/10mo | $93.00 | | Gift | Above Average | Storage master bedroom/ bedroom |
| Women's Ray Ban Aviator | Ray Ban | | 1 | 2yr/0mo | $203.00 | Sunglass hut | Gift | Above Average | Storage master bedroom/ bedroom |
| File cabinet | | | 1 | 1yr/0mo | $86.00 | Kmart | | Average | Storage master bedroom/ bedroom |
| Goose down comforter | Ralph Lauren | | 2 | 0yr/4mo | $35.00 | Macy's | | Above Average | Storage master bedroom/ bedroom |
| Oversized Recliner | Ashley Furniture | | 1 | 0yr/4mo | $500.00 | Ashley Furniture | | Above Average | Storage master bedroom/ bedroom |
| Dog bed | Pet maker | | 2 | 0yr/8mo | $34.49 | Target | | Above Average | Storage master bedroom/ bedroom |
| Dog step | | | 1 | 0yr/6mo | $59.99 | Target | | Above Average | Storage master bedroom/ bedroom |
| Dog kennel | | | 1 | 0yr/6mo | $66.99 | Target | | Above Average | Storage master bedroom/ bedroom |
| Women's shoes | Nike | | 5 | 0yr/6mo | $79.00 | Nike outlet | | Above Average | Storage master bedroom/ bedroom |
| Ugg boots | Ugg | | 2 | 1yr/0mo | $289.99 | Macy's | | Above Average | Storage master bedroom/ bedroom |
| Leather boots | | | 4 | 1yr/0mo | $159.00 | DSW | | Above Average | Storage master bedroom/ bedroom |
| Leather jacket | Wilson | | 1 | 0yr/8mo | $300.00 | Wilson's Leather | | Above Average | Storage master bedroom/ bedroom |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 194 of 287

| Item | Brand | | Qty | Age | Price | Store | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Wool Peacoat | Anne Klein | | 1 | 0yr/9mo | $225.00 | Macy's | Above Average | Storage master bedroom/bedroom |
| Dre Beats Pill speaker | Dre Beats | | 1 | 1yr/0mo | $229.99 | | Above Average | Storage master bedroom/bedroom |
| Women's tool bag | | | 1 | 0yr/1mo | $60.00 | Sears | New | Storage master bedroom/bedroom |
| Down comforter king | The seasons collection | | 2 | 0yr/8mo | $219.00 | | Above Average | Storage master bedroom/bedroom |
| King comforter set | | | 3 | 0yr/7mo | $89.99 | Bed bath beyond | Above Average | Storage master bedroom/bedroom |
| King flannel sheet set | | | 3 | 1yr/0mo | $119.99 | Bed bath beyond | Average | Storage master bedroom/bedroom |
| Queen flannel sheet sets | | | 6 | 0yr/8mo | $59.99 | Bed bath beyond | Above Average | Storage master bedroom/bedroom |
| Sateen sheet sets king | | | 4 | 0yr/2mo | $69.99 | Bed bath beyond | New | Storage master bedroom/bedroom |
| Sateen sheet sets queen | | | 6 | 0yr/2mo | $49.99 | Bed bath beyond | New | Storage master bedroom/bedroom |
| Duvet cover set king | | | 2 | 0yr/6mo | $89.99 | Bed bath beyond | Above Average | Storage master bedroom/bedroom |
| Duvet cover set queen | | | 2 | 0yr/5mo | $35.00 | Bed bath beyond | New | Storage master bedroom/bedroom |
| Bath towel collection | | | 10 | 0yr/8mo | $19.99 | Bed bath beyond | Above Average | Storage bathroom |
| Picture frames | | | 5 | 1yr/0mo | $25.00 | Bed bath beyond | Above Average | Storage bathroom |
| Women's clothes | True religion | | 5 | 1yr/0mo | $139.00 | | Above Average | Storage master bedroom/bedroom |

| Item | Brand/Model | Manufacturer/Store | Price | Qty | Age | Condition | Location |
|---|---|---|---|---|---|---|---|
| Women's clothes | | | $113.64 | 22 | 1yr/0mo | | Storage master bedroom/bedroom |
| Women's shoes | | | $165.00 | 6 | 1yr/0mo | Average | Storage master bedroom/bedroom |
| Queen bedroom set | Ashley Furniture | | $1,400.00 | 1 | 0yr/8mo | Above Average | Storage master bedroom/bedroom |
| Formal dining table | Abbot | Ethan Allen | $5,000.00 | 1 | 3yr/0mo | Above Average | Storage dining rm |
| Dining chairs | Maddox | Ethan Allen | $400.00 | 2 | 3yr/0mo | Above Average | Storage dining rm |
| Dining side chair | Maddox | Ethan Allen | $359.00 | 6 | 3yr/0mo | Above Average | Storage dining rm |
| China cabinet | Wooster | Ethan Allen | $8,100.00 | 1 | 4yr/0mo | Above Average | Storage dining rm |
| Bar cabinet | Carys | Ethan Allen | $3,300.00 | 1 | 4yr/0mo | Above Average | Storage dining rm |
| Counter chairs | Gilbert | Ethan Allen | $429.00 | 4 | 3yr/0mo | Above Average | Storage dining rm |
| Leather sectional | Capella | | $1,999.00 | 1 | 2yr/0mo | Above Average | Storage kitchen |
| Leather chair | Rolf | Scandinavian Designs | $1,099.00 | 1 | 0yr/0mo | New | Storage living room |
| Leather sectional | Megalo | Scandinavian Designs | $4,299.00 | 1 | 1yr/0mo | Above Average | Storage living room |
| Coffee table | Juneau | Scandinavian Designs | $399.99 | 2 | 1yr/0mo | Above Average | Storage family room |
| Blu ray | Sony | Kmart | $120.00 | 3 | 2yr/0mo | Above Average | Storage family room |
| Curio cabinet | Eden House | RC Willey | $800.00 | 1 | 2yr/0mo | Above Average | Storage master bedroom/bedroom |
| China 50 pc set | Noritake | Macy's | $600.00 | 1 | 4yr/0mo | Above Average | Storage living room |
| Dinnerware | Lenox | Macy's | $143.00 | 10 | 2yr/0mo | New | Storage dining rm |
| Silver salad servers | Shiraleah | Macys | $89.00 | 2 | 3yr/0mo | Above Average | Storage dining rm |
| Platinum serving set | Waterford | Macys | $325.00 | 2 | 3yr/0mo | Above Average | Storage dining rm |
| Oval platter | Nambe | Macys | $200.00 | 2 | 4yr/0mo | Above Average | Storage dining rm |
| Serving tray | Michael aram | Macys | $165.00 | 2 | 4yr/0mo | Above Average | Storage dining rm |

| Item | Brand | Qty | Age | Value | Store | Condition | Location |
|---|---|---|---|---|---|---|---|
| Serving bowl | Michael Aram | 2 | 4yr/0mo | $150.00 | Macy's | Above Average | Storage dining rm |
| Knife and server | Kate Spade | 2 | 2yr/0mo | $65.00 | Macys | Above Average | Storage dining rm |
| Serveware collection | Michael Aram | 1 | 1yr/0mo | $300.00 | Macy's | Above Average | Storage dining rm |
| Mixer | KitchenAid | 1 | 2yr/0mo | $475.00 | Macy's | Above Average | Storage kitchen |
| Blender | Ninja | 1 | 0yr/0mo | $249.99 | Macy's | New | Storage kitchen |
| Oven air | Breville | 1 | 1yr/0mo | $499.99 | Macys | Above Average | Storage kitchen |
| Coffee brewer | Keurig | 1 | 0yr/0mo | $220.00 | Target | Above Average | Storage kitchen |
| Stainless steel chafing dish . | Bella | 4 | 2yr/0mo | $59.00 | Macy's | Above Average | Storage kitchen |
| Waffle maker | Bella | 1 | 0yr/0mo | $45.00 | Macy's | Above Average | Storage kitchen |
| Diamond/Emerald Ring | Zales | 1 | 1yr/0mo | $1,200.00 | Crescent Jewlery | Average | Storage master bedroom/ bedroom |
| Persian Rug | Pier 1 Imports | 1 | 4yr/0mo | $800.00 | Pier 1 Imports | Average | Storage living room |
| Original Prints Wyland Pictures | Wyland's Pictures | 3 | 10yr/0mo | $400.00 | JC Penny's | Above Average | Storage master bedroom/ bedroom |
| Ball Caps | Champs | 6 | 2yr/0mo | $30.00 | Champs | Average | Storage master bedroom/ bedroom |
| Leather CK wallets | Calvin Klein | 2 | 3yr/0mo | $60.00 | Macy's | Average | Storage master bedroom/ bedroom |
| North Face Sweaters | North Face | 4 | 3yr/0mo | $90.00 | REI | Average | Storage master bedroom/ bedroom |
| North Face Jackets | North Face | 2 | 3yr/0mo | $120.00 | REI | Average | Storage master bedroom/ bedroom |
| Queen Gocsa Down Comforter | Macy's | 2 | 4yr/0mo | $400.00 | Macy's | Average | Storage master bedroom/ bedroom |
| Douvet Covers | Macy's | 3 | 4yr/0mo | $80.00 | Macy's | Average | Storage master bedroom/ bedroom |

| Item | Brand | | Qty | Age | Value | Brand | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Plush Blankets | Macy's | | 3 | 2yr/0mo | $40.00 | Macy's | Average | Storage master bedroom/ bedroom |
| Sham Pillowcases | Macy's | | 8 | 3yr/0mo | $20.00 | Macy's | Average | Storage master bedroom/ bedroom |
| Pillowcases | Macy's | | 8 | 3yr/0mo | $20.00 | Macy's | Average | Storage master bedroom/ bedroom |
| CPAPS Machine | Kaiser | | 1 | 6yr/0mo | $800.00 | Kaiser Perm | Average | Storage master bedroom/ bedroom |
| Egyptian cotton towels | Macy's | | 8 | 2yr/0mo | $20.00 | Macy's | Average | Storage bathroom |
| Clothes Armor | Ethan Allen | | 1 | 6yr/0mo | $5,000.00 | Ethan Allen | Average | Storage master bedroom/ bedroom |
| Armani Suit | Armani | | 2 | 5yr/0mo | $1,500.00 | | Average | Storage bathroom |
| Stafford Executive Suits | Stafford | | 3 | 2yr/0mo | $450.00 | | Average | Storage bathroom |
| Alfani Suits | Alfani | | 1 | 2yr/0mo | $800.00 | | Average | Storage bathroom |
| Stafford Executive dress Shirts | Stafford | | 1 | 4yr/0mo | $30.00 | | Average | Storage bathroom |
| Van Huesen Sport shirts | Van Huesen | | 6 | 2yr/0mo | $40.00 | | Average | Storage bathroom |
| Levi Pants | Levi | | 8 | 4yr/0mo | $45.00 | Levi | Average | Storage bathroom |
| Levi Dockers | Levi | | 4 | 3yr/0mo | $40.00 | Levi | Average | Storage bathroom |
| True Religion Pants | True Religion | | 2 | 3yr/0mo | $130.00 | True Religion | Average | Storage bathroom |
| Lucky Brand Jeans | Lucky Brand | | 2 | 3yr/0mo | $119.00 | | Average | Storage bathroom |
| Levi T-Shirts | Levi | | 5 | 2yr/0mo | $30.00 | Levi | Average | Storage bathroom |
| True Religion Pants | True Religion | | 3 | 3yr/0mo | $79.00 | True Religion | Average | Storage bathroom |
| Nike Sweats | Nike | | 5 | 4yr/0mo | $65.00 | Nike | Average | Storage bathroom |
| Abercrombie Hoodies | Abercrombie & Fitch | | 3 | 2yr/0mo | $80.00 | Abercrombie & Fitch | Average | Storage master bedroom |
| Nike Socks | Nike | | 10 | 2yr/0mo | $10.00 | Nike | Average | Storage bathroom |

| Item | Brand | Qty | Age | Value | Store | Condition | Location |
|---|---|---|---|---|---|---|---|
| Nike Air Max Shoes | Nike | 3 | 2yr/0mo | $120.00 | Nike | Average | Storage bathroom |
| Clarks Dress Shoes | Clarks Shoes | 4 | 2yr/0mo | $90.00 | Clarks Shoes Store | Average | Storage bathroom |
| Clarks Sandals | Clarks Shoes | 4 | 2yr/0mo | $70.00 | Clarks Shoes Store | Average | Storage bathroom |
| Clarks Dress Shoes | Clarks Shoes | 10 | 2yr/0mo | $100.00 | Clarks Shoes Store | Above Average | Storage master bedroom |
| Henry Grethal Ties | Henry Grethal | 20 | 4yr/0mo | $30.00 | | Average | Storage bathroom |
| Van Huesan Ties | Van Huesan | 10 | 4yr/0mo | $10.00 | | Average | Storage bathroom |
| Timberland Boots | Timberland | 2 | 4yr/0mo | $120.00 | | Average | Storage bathroom |
| Alfani Slippers | Alfani | 4 | 3yr/0mo | $35.00 | | Average | Storage bathroom |
| Wilsons Leather Jacket | Wilsons Leather | 1 | 2yr/0mo | $450.00 | Wilsons Leather | Average | Storage bathroom |
| Calvin Klein Boxers 6 pair | Calvin Klein | 2 | 2yr/0mo | $20.00 | Calvin Klein | Average | Storage master bedroom/ bedroom |
| Bose Surround Sound | Bose | 1 | 3yr/0mo | $2,500.00 | Bose | Average | Storage family room |
| Boliva Watches | Boliva | 2 | 5yr/0mo | $500.00 | Macy's | Average | Storage bathroom |
| Timex Watches | Timex | 2 | 5yr/0mo | $375.00 | Macy's | Average | Storage bathroom |
| Women True Religion Jeans | True Religion | 3 | 5yr/0mo | $199.00 | True Religion | Average | Storage bathroom |
| Women True Religion Hoodies | True Religion | 3 | 2yr/0mo | $119.00 | True Religion | Average | Storage bathroom |
| Women True Religion Blouses | True Religion | 4 | 2yr/0mo | $79.00 | | Average | Storage bathroom |
| Green Works Lithium Brushless/Cordless Elctrice Lawn Mower | Green Works | 1 | 4yr/0mo | $589.00 | Lowes | Average | Storage bathroom |
| Electric toothbrush | Sonic | 2 | 0yr/4mo | $100.00 | | Average | Storage bathroom |
| Men's cologne | Hugo Boss | 2 | 0yr/6mo | $65.00 | Macys | New | Storage master bedroom |
| Men's cologne | Chanel | 1 | 0yr/2mo | $75.00 | | Above Average | Storage master bedroom |
| Cologne | Polo Ralph Lauren | 1 | 1yr/0mo | $60.00 | | Average | Storage master bedroom |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 199 of 287

| Item | Brand | Qty | Age | Price | Store | Gift | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Queen Bedroom set | Beautyrest | 1 | | $1,500.00 | | | Average | Storage master bedroom/ bedroom |
| Radio control car | | 1 | 1yr/0mo | $400.00 | Hobbie lobby | | Average | Storage master bedroom/ bedroom |
| JBL loudspeakers | JBL | 2 | 1yr/0mo | $299.00 | | | Average | Storage family room |
| RC Drone | Holy Stone | 1 | 0yr/8mo | $249.00 | | Gift | Above Average | Storage master bedroom |
| Blow dryer | Jinri | 2 | 2yr/0mo | $45.00 | | | Average | Storage bathroom |
| Radar detector | | 1 | 2yr/0mo | $150.00 | Best buy | | Average | Storage master bedroom |
| Metal detector | | 1 | 2yr/0mo | $250.00 | Home Depot | | Above Average | Storage master bedroom |
| Women's perfume | 212 Carolina Herrera | 2 | 0yr/0mo | $80.00 | Macy's | | New | Storage master bedroom |
| Women's perfume | Chanel | 1 | 1yr/0mo | $75.00 | Macy's | | Above Average | Storage master bedroom |
| Women's perfume | Victoria secrets | 2 | 1yr/0mo | $65.00 | Victoria Secrets | | Average | Storage master bedroom |
| Tempur-contour mattress | Tempur-pedic | 1 | 2yr/0mo | $3,799.00 | | | Above Average | Storage master bedroom/ bedroom |
| Tempur-ergo adjustable base | Tempur-pedic | 1 | 2yr/0mo | $1,499.00 | | | Above Average | Storage master bedroom/ bedroom |
| Tempur- dual cooling pillows | Tempur-cloud | 1 | 2yr/0mo | $169.00 | | | Average | Storage master bedroom/ bedroom |
| Down comforters/ converters | | 2 | 2yr/0mo | $399.00 | | | Average | Storage master bedroom/ bedroom |
| 6 tool cordless combo kit | DeWalt | 1 | 3yr/0mo | $799.00 | | | Average | Storage garage |
| Table saw | DeWalt | 1 | 4yr/0mo | $349.00 | | | Average | Storage garage |
| Chain saw electric | DeWalt | 1 | 3yr/0mo | $349.00 | Lowe's | | Average | Storage garage |

| Item | Brand/Model | Qty | Age | Cost | Store | Gift | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Hand held leave blower electric | DeWalt | 1 | 3yr/0mo | $300.00 | | | Above Average | Storage garage |
| Garage storage system | New age products | 1 | 2yr/0mo | $2,100.00 | Lowe's | | Above Average | Storage garage |
| Egyptian cotton sheets set | | 4 | 1yr/0mo | $189.00 | | | Average | Storage master bedroom/ bedroom |
| LV greese sunglasses | Louis Vuitton | 1 | 1yr/0mo | $720.00 | | Gift | Above Average | Storage master bedroom/ bedroom |
| LV Boogie Nights Sunglasses | Louis Vuitton | 1 | 1yr/0mo | $665.00 | | Gift | Above Average | Storage master bedroom/ bedroom |
| Egyptian cotton pillowcases | | 4 | 2yr/0mo | $39.00 | | | Average | Storage master bedroom/ bedroom |
| Replacement covertop | Tempur-pedic | 1 | 2yr/0mo | $250.00 | | | Average | Storage master bedroom/ bedroom |
| 8 piece towel set | Madison park signature | 1 | 2yr/0mo | $130.00 | Macy's | | Average | Storage bathroom |
| Spa cotton towel set | Avanti | 2 | 3yr/0mo | $142.00 | Macy's | | Average | Storage bathroom |
| Bath Towels | Jcpennys home | 15 | 4yr/0mo | $8.00 | JcPennys | | Average | Storage bathroom |
| Upholstered Storage Bench | Lorraine | 1 | 2yr/0mo | $1,000.00 | Pottery Barn | | Above Average | Storage living room |
| Night stands | Branford | 2 | 2yr/0mo | $649.00 | Pottery Barn | | Above Average | Storage living room |
| Console table | Griffin | 1 | 3yr/0mo | $1,900.00 | Pottery Barn | | Above Average | Storage living room |
| Floor lamps | Nyame | 2 | 2yr/0mo | $59.00 | IKEA | | Above Average | Storage living room |
| Rug | Stockholm | 1 | 2yr/0mo | $299.00 | IKEA | | Above Average | Storage master bedroom/ bedroom |
| Throw rug | Stimtorn | 1 | 2yr/0mo | $59.00 | IKEA | | Average | Storage master bedroom/ bedroom |
| 9 drawer chest | Nordli | 1 | 3yr/0mo | $417.00 | IKEA | | Above Average | Storage master bedroom/ bedroom |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 201 of 287

| Item | Brand | | Qty | Age | Price / Store | Gift | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Table lamps | Egelsta | | | 3yr/0mo | $79.00 IKEA | | Average | Storage master bedroom/bedroom |
| Mirror | Mongstad | | 1 | 2yr/0mo | $149.00 IKEA | | Average | Storage master bedroom/bedroom |
| Large tote | Gucci | | 1 | 2yr/0mo | $1,500.00 Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Zippy wallet | Louis Vuitton | | 1 | 3yr/0mo | $805.00 Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Medium purse | Gucci | | 1 | 2yr/0mo | $1,590.00 Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Plush Blankets | | | 2 | 1yr/0mo | $40.00 | | Average | Storage master bedroom/bedroom |
| Jacket | Calvin Klein | | 1 | 3yr/0mo | $500.00 | | Average | Storage master bedroom/bedroom |
| Men's diamond wedding ring 14k white gold | Ever Us | | 1 | 4yr/0mo | $1,800.00 Kay | Gift | Average | Storage master bedroom |
| Xbox one video bundle | Microsoft | | 1 | 3yr/0mo | $399.00 Best Buy | | Average | Storage family room |
| Video game xbox | Microsoft | | 7 | 2yr/0mo | $59.00 | | Average | Storage family room |
| Recliner w/massage & heat | La z boy | | 1 | 3yr/0mo | $1,400.00 Laz boy | | Above Average | Storage family room |
| PlayStation 4 | Sony | | 1 | 2yr/0mo | $299.00 Target | | Above Average | Storage family room |
| PlayStation games | Sony | | 10 | 2yr/0mo | $59.00 Walmart | | Average | Storage family room |
| 65" LED smart tv | Samsung | | 1 | 2yr/0mo | $999.00 Best buy | | Above Average | Storage family room |
| 55" tv smart roku | Roku | | 1 | 3yr/0mo | $400.00 | | Above Average | Storage family room |
| 40" smart hdtv | VIZIO | | 1 | 3yr/0mo | $225.00 Best buy | | Average | Storage master bedroom/bedroom |
| Front loader washer | LG | | 1 | 5yr/0mo | $1,200.00 Best buy | | Average | Storage laundry |

| Item | Brand | Qty | Age | Price | Store | Gift | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Front loader dryer | LG | 1 | 5yr/0mo | $1,200.00 | Best buy | | Average | Storage laundry |
| Armoire | Hooker furniture | 1 | 4yr/0mo | $2,500.00 | Wayfair | | Average | Storage master bedroom/bedroom |
| Outside patio set 8 chairs glass table | Hanover | 1 | 4yr/0mo | $2,398.00 | Kmart | | Above Average | Storage Yard |
| Outdoor fire pit propane gas | Crawford & Burke | 1 | 4yr/0mo | $344.00 | Home depot | | Average | Storage Yard |
| Outdoor speaker | Klipsh | 4 | 4yr/0mo | $249.00 | Frys electronic | | Above Average | Storage Yard |
| BBQ grill | Pit boss | 1 | 4yr/0mo | $599.00 | Lowes | | Average | Storage Yard |
| Propane gas grill | Weber | 1 | 4yr/0mo | $699.00 | Lowes | | Average | Storage Yard |
| Grill cover | Weber | 2 | 4yr/0mo | $69.00 | | | Average | Storage Yard |
| Wheel barrow | Kobalt | 1 | 5yr/0mo | $87.00 | Lowes | | Average | Storage Yard |
| 5 drawer chest | Kullen | 3 | 2yr/0mo | $79.00 | Ikea | | Above Average | Storage master bedroom/bedroom |
| 2 drawer chest | Kullen | 2 | 2yr/0mo | $39.00 | IKEA | | Average | Storage master bedroom/bedroom |
| 18 piece dinnerware set | Fargrik | 2 | 1yr/0mo | $2.00 | IKEA | | Above Average | Storage kitchen |
| 6 pk glasses | Vardagen | 4 | 2yr/0mo | $5.00 | IKEA | | Above Average | Storage kitchen |
| 4piece dinnerware set | | 10 | 1yr/0mo | $19.00 | Ikea | | New | Storage kitchen |
| Shoe rack | Elvarii | 2 | 2yr/0mo | $180.00 | IKEA | | Above Average | Storage master bedroom/bedroom |
| Hat rack | Hemnes | 1 | 2yr/0mo | $49.00 | IKEA | | Above Average | Storage master bedroom/bedroom |
| Tie rack | Richelieu | 1 | 3yr/0mo | $59.00 | Wayfair | | Average | Storage master bedroom/bedroom |
| Antique Amoire carvings | | 1 | 10yr/0mo | $3,500.00 | | Gift | Above Average | Storage master bedroom/bedroom |
| Blu ray DVD movies | | 50 | 5yr/0mo | $20.00 | | | Average | Storage living room |
| laptop | Compaq | 2 | 3yr/0mo | $400.00 | | | Average | Storage living room |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 203 of 287

| Item | Brand | Qty | Age | Price | Store | Note | Condition | Location |
|---|---|---|---|---|---|---|---|---|
| Canopy bed | Farmhouse | 1 | 4yr/0mo | $1,500.00 | Pottery barn | | Above Average | Storage master bedroom/bedroom |
| Lift trunk | Kaplan | 1 | 4yr/0mo | $699.00 | Pottery Barn | | Above Average | Storage master bedroom/bedroom |
| Media suite w/ cabin doors and glass | Logan | 1 | 4yr/0mo | $3,100.00 | Pottery barn | | Above Average | Storage living room |
| Desk | Logan | 1 | 4yr/0mo | $999.00 | Pottery barn | | Above Average | Storage office |
| Air compressor | Central pneumatic | 1 | 3yr/0mo | $174.00 | Harbor freight | | Above Average | Storage garage |
| Pressure washer | Predator | 1 | 4yr/0mo | $360.00 | Harbor freight | | Above Average | Storage garage |
| 301 pc mechanic tools | Klutch | 1 | 1yr/0mo | $299.00 | | Gift | New | Storage garage |
| Impact wrench | Bauer | 1 | 1yr/0mo | $119.00 | Harbor freight | | New | Storage garage |
| Jump starter and power pack | Viking | 1 | 2yr/0mo | $79.00 | Harbor freight | | Above Average | Storage garage |
| Combo wrench set metric | Grainger | 1 | 2yr/0mo | $262.00 | | | Above Average | Storage garage |
| Acoustic guitar | Guild | 1 | 2yr/0mo | $449.00 | | Gift | Above Average | Storage master bedroom/bedroom |
| 450 piece mechanic tool set | Craftsman | 1 | 3yr/0mo | $450.00 | Sears | | Above Average | Storage kitchen |
| Luggage set | Tag Springfield | 1 | 2yr/0mo | $200.00 | Macys | | Above Average | Storage garage |
| Drill bit 300 pc | Craftsman | 1 | 2yr/0mo | $26.00 | Sears | | Above Average | Storage garage |
| 4 drawer rolling cabinet | Craftsman | 1 | 2yr/0mo | $174.00 | Sears | | Above Average | Storage garage |
| Wet/dry vac | Craftsman | 1 | 2yr/0mo | $77.00 | Sears | | Above Average | Storage garage |
| Socket set | Craftsman | 1 | 3yr/0mo | $499.00 | | | Above Average | Storage garage |
| Sub compact drill | Makita | 1 | 3yr/0mo | $230.00 | Home Depot | | Above Average | Storage garage |
| Circular saw | Makita | 1 | 1yr/0mo | $190.00 | Home Depot | | New | Storage garage |
| Brad nailer | Makita | 1 | 2yr/0mo | $250.00 | Home Depot | | Above Average | Storage garage |
| Miter saw | Makita | 1 | 2yr/0mo | $600.00 | Home Depot | | Above Average | Storage garage |
| Wet tile saw 10 in | MK diamond | 1 | 3yr/0mo | $1,600.00 | Lowes | | Above Average | Storage garage |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 204 of 287

| Item | Brand | | Qty | Age | Price | Store | Gift | Condition | Location |
|---|---|---|---|---|---|---|---|---|---|
| Saw blade | Diamond | | 1 | 1yr/0mo | $40.00 | Lowe's | | New | Storage garage |
| 8 ft ladder | Werner | | 2 | 3yr/0mo | $120.00 | Lowe's | | Average | Storage garage |
| Lapis Azula ring | | | 1 | 5yr/0mo | $300.00 | JCPennys | | Above Average | Storage master bedroom/bedroom |
| Pair jade earrings | | | 1 | 4yr/0mo | $450.00 | JCPennys | | Above Average | Storage master bedroom/bedroom |
| Jade/ Diamond ring | | | 1 | 4yr/0mo | $800.00 | Merksamer jewelers | | Above Average | Storage master bedroom/bedroom |
| Opal/diamond ring | | | 1 | 4yr/0mo | $900.00 | Merksamer jewelers | | Above Average | Storage master bedroom/bedroom |
| Antique solitaire princess cut 3 ctw diamond ring | | | 1 | 20yr/0mo | $6,000.00 | Merksamer | | Average | Storage master bedroom/bedroom |
| 2ctw diamond stud | | | 1 | 5yr/0mo | $1,500.00 | | Gift | Above Average | Storage master bedroom/bedroom |
| Glass vase | Tiffany & co | | 1 | 4yr/0mo | $240.00 | Tiffany | Gift | Above Average | Storage living room |
| Glass bowl | Tiffany & co | | 1 | 4yr/0mo | $180.00 | Tiffany | Gift | Above Average | Storage dining rm |
| Cake plate | Tiffany & co | | 1 | 4yr/0mo | $185.00 | Tiffany | | New | Storage dining rm |
| All clad cookware | | | 1 | 2yr/0mo | $1,455.00 | Crate & Barrel | | Above Average | Storage kitchen |
| Brass candle holder | | | 1 | 3yr/0mo | $298.00 | Crate & Barrel | | Above Average | Storage living room |
| Wall candle holder | | | 1 | 2yr/0mo | $199.00 | Crate & Barrel | | Below Average | Storage living room |
| Rims and tires set of 4 | Lion sport | | 1 | 3yr/0mo | $1,200.00 | | | Above Average | Storage garage |
| Stainless steel candle holder set | | | 1 | 4yr/0mo | $164.00 | Crate and barrel | Gift | Above Average | Storage family room |
| Home office | Beckman | | 1 | 4yr/0mo | $3,500.00 | | | Average | Storage office |
| Bathroom rugs | | | 1 | 2yr/0mo | $99.00 | Nordstrom | | Above Average | Storage bathroom |
| Kitchen Island | Sheridan | | 1 | 2yr/0mo | $699.00 | William Sonoma | | Above Average | Storage kitchen |
| Natural throw | Topi | | 1 | 1yr/0mo | $39.00 | William Sonoma | | New | Storage garage |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 205 of 287

| Item | Brand | Qty | Age | Store / Price | Condition | Location |
|---|---|---|---|---|---|---|
| Floor mirror | Colby | 1 | 2yr/0mo | $349.00 William sonoma | Above Average | Storage master bedroom/bedroom |
| Papel Print | | 1 | 4yr/0mo | $900.00 William Sonoma | Above Average | Storage family room |
| Pillows | Luden | 5 | 2yr/0mo | $39.00 William Sonoma | Above Average | Storage master bedroom |
| Glass candle holders set | London | 1 | 3yr/0mo | $39.00 William Sonoma | Above Average | Storage master bedroom |
| Bronze wall frames | | 2 | 2yr/0mo | $49.00 William Sonoma | Above Average | Storage master bedroom |
| Luggage set 3 piece | Kenneth Cole | 1 | 2yr/0mo | $800.00 Macy's | Above Average | Storage garage |
| Stainless steel silverware | Column frosted | 1 | 4yr/0mo | $400.00 William glen | Average | Storage kitchen |
| Crystal drop chandelier | | 1 | 5yr/0mo | $1,899.00 Pottery barn | Above Average | Storage dining rm |
| Hand knotted rug runner | | 1 | 2yr/0mo | $995.00 William sonoma | Above Average | Storage dining rm |
| Wood shelf and bracket | | 1 | 2yr/0mo | $200.00 William Sonoma | Above Average | Storage family room |
| Jeffrey Conley photography | | 1 | 4yr/0mo | $995.00 William Sonoma | Average | Storage family room |
| 10.5 ft artifical Christmas tree Douglas fir | Sears | 1 | 3yr/0mo | $500.00 Sears | Average | Storage family room |
| Christmas ornaments | Sears | 100 | 10yr/0mo | $10.00 | Average | Storage family room |
| Christmas decorations | Sears | 100 | 6yr/0mo | $10.00 Sears,Macy's ; Christmas stores | Average | Storage family room |
| Cast iron 5pcs cookware | Le Creuset | 1 | 3yr/0mo | $610.00 William Sonoma | Average | Storage kitchen |
| Fryer toaster oven | Cuisinart | 1 | 2yr/0mo | $249.99 Macy's | Average | Storage kitchen |
| Electric kettle | Cuisinart | 1 | 2yr/0mo | $124.99 Macy's | Average | Storage kitchen |
| Stainless 15 pcs cutlery set | Cuisinart | 1 | 3yr/0mo | $134.99 Macy's | Average | Storage kitchen |
| 4-slice toaster | Cu | 1 | 3yr/0mo | $49.99 Macy's | Average | Storage kitchen |
| Round Belgium waffle mker | Cuisinart | 1 | 5yr/0mo | $74.99 Macy's | Average | Storage kitchen |
| Barista express espresso maker | Breville | 1 | 3yr/0mo | $749.99 Macy's | Average | Storage kitchen |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 206 of 287

| Item | Brand | Qty | Age | Price | Store | Location |
|---|---|---|---|---|---|---|
| Hardside spinner luggage | Samsonite | 1 | 3yr/0mo | $700.00 | Macy's | Average | Storage master bedroom/ bedroom |
| Eva ultrasonic humidifier | Stadler form | 1 | 3yr/0mo | $199.99 | Bed bath & beyond | Average | Storage master bedroom/ bedroom |
| Floor jack with stand | Lowes | 1 | 4yr/0mo | $139.00 | Lowes | Average | Storage master bedroom/ bedroom |
| Outdoor dining set | S'dante | 1 | 4yr/0mo | $1,039.99 | Home Depot | Average | Storage Yard |
| 3 person patio yard swing | Lakeland mills | 1 | 4yr/0mo | $399.00 | Home Depot | Average | Storage Yard |
| 4 cycle gas lawn edger | Troy-Bilt | 1 | 3yr/0mo | $299.99 | Lowes | Average | Storage Yard |
| Fiberglass long handle digging shovel | Kobalt | 1 | 3yr/0mo | $26.98 | Lowes | Average | Storage Yard |
| Lopped & prunner | Stanley Bostich | 1 | 4yr/0mo | $74.98 | Lowes | Average | Storage Yard |
| Fiberglass handle steal garden rack | Kobalt | 1 | 3yr/0mo | $26.98 | Lowes | Average | Storage Yard |
| 8 people tent | Nemo | 1 | 3yr/0mo | $749.95 | REI | Average | Storage garage |
| Love seat camp lounge chair | Kelly | 3 | 3yr/0mo | $99.95 | REI | Average | Storage garage |
| Lounge chair | Rei | 3 | 3yr/0mo | $69.95 | REI | Average | Storage garage |
| Base camp system camp stove | Jetboil | 1 | 3yr/0mo | $349.99 | REI | Average | Storage garage |
| Double sleeping bag | North Face | 1 | 2yr/0mo | $169.95 | | Average | Storage garage |
| Men hiking boots | Lowa | 1 | 3yr/0mo | $400.00 | REI | Average | Storage master bedroom |
| Women hiking boots | Lowa | 1 | 2yr/0mo | $135.00 | REI | Average | Storage master bedroom |
| Men's down jacket | Arc'teryx | 1 | 4yr/0mo | $949.00 | REI | Average | Storage master bedroom |
| Women's down jacket | Arc'teryx | 1 | 4yr/0mo | $899.00 | REI | Average | Storage master bedroom |
| Deluxe top kitchen top | Mountain summit | 1 | 5yr/0mo | $119.00 | REI | Average | Storage garage |
| Camper cook set | Pinnacle | 1 | 2yr/0mo | $139.99 | REI | Average | Storage garage |
| Cooler | Yeti | 2 | 3yr/0mo | $150.00 | REI | Average | Storage garage |
| Outdoor knife set | GSI | 1 | 2yr/0mo | $39.99 | REI | Average | Storage garage |

| Item | Brand | Qty | Age | Price | Store | Condition | Location |
|---|---|---|---|---|---|---|---|
| Kitchen camping kit | GSI | 1 | 2yr/0mo | $37.00 | REI | Average | Storage garage |
| Instant canopy | Quick shade | 3 | 2yr/0mo | $159.00 | Big 5 | Average | Storage garage |
| Air bed | INTEX | 4 | | $99.99 | Big 5 | Average | Storage garage |
| Sleeping bags | Coleman | 2 | 1yr/0mo | $89.99 | Big 5 | Average | Storage garage |
| Snowboards | Day maker | 2 | 1yr/0mo | $164.50 | Dicks sporting goods | Average | Storage garage |
| Ski clothes & accessories | North Face | 10 | 3yr/0mo | $100.00 | Dicks sporting goods | Average | Storage master bedroom/ bedroom |
| Warriors jerseys | Nike | 3 | 2yr/0mo | $110.00 | Dicks sporting goods | Average | Storage master bedroom/ bedroom |
| Warriors hoodies | Nike | 2 | 2yr/0mo | $150.00 | Dicks sporting goods | Average | Storage master bedroom/ bedroom |
| 49er Jersey | Mitchell & NESS | 2 | 3yr/0mo | $159.00 | Dicks sporting goods | Average | Storage master bedroom/ bedroom |
| San Francisco Giants jersey | Majestic | 2 | 3yr/0mo | $250.00 | Dicks sporting goods | Average | Storage master bedroom/ bedroom |
| Shoe storage wood | Jonathan Adler | 1 | 2yr/0mo | $1,300.00 | | Above Average | Storage master bedroom/ bedroom |
| Outdoor lounge chair | Quest | 6 | 2yr/0mo | $25.00 | Dicks sporting goods | Average | Storage master bedroom/ bedroom |
| Barrel chairs | Kennedy | 1 | 2yr/0mo | $879.00 | Wayfair | Gilt | Average | Storage master bedroom/ bedroom |
| Electric wheelchair | | 1 | 4yr/0mo | $3,500.00 | | Average | Storage garage |
| Steam station | Rowenta | 1 | 5yr/0mo | $430.00 | JCPENNYS | Average | Storage garage |
| Pressure cooker | Calphalon | 4 | 3yr/0mo | $199.00 | Kohl's | Above Average | Storage kitchen |
| Turkey fryers | King kooker | 1 | 2yr/0mo | $98.00 | Sams club | Above Average | Storage kitchen |
| Rice cooker | Hamilton Beach | 1 | 3yr/0mo | $124.00 | Sams club | Above Average | Storage kitchen |

| Item | Brand | | Qty | Age | Price | Store | Gift | Condition | Location |
|---|---|---|---|---|---|---|---|---|---|
| Stereo receiver | Harman kardon | | 1 | 4yr/0mo | $359.00 | Frys electronics | | Above Average | Storage living room |
| Karaoke machine computer system | CAVS | | 1 | 4yr/0mo | $2,000.00 | | | Above Average | Storage family room |
| Kat von d shade light vault limited edition make up kit | Kat Von D | | 1 | 2yr/0mo | $450.00 | | Gift | New | Storage master bedroom/bedroom |
| Make up brushes | Sephora | | 1 | 0yr/6mo | $70.00 | Sephora | | New | Storage master bedroom/bedroom |
| Grandfather clock | Howard Miller | | 1 | 10yr/0mo | $3,500.00 | | | Average | Storage living room |
| Make up brushes | Artis | | 1 | 1yr/0mo | $360.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Artistry Palette | Laura Mercier | | 1 | 0yr/6mo | $128.00 | Nordstrom | | New | Storage master bedroom/bedroom |
| Face make up | Hourglass | | 1 | 0yr/4mo | $80.00 | Nordstrom | | New | Storage master bedroom/bedroom |
| Perfume spray | Chanel | | 1 | 1yr/0mo | $210.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Perfume spray | Dior | | 1 | 0yr/6mo | $140.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Make up | Bobbi Brown | | 1 | 0yr/3mo | $75.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Burberry gift set perfume/ lotion | Burberry | | 1 | 0yr/5mo | $138.00 | | Gift | New | Storage master bedroom/bedroom |
| Polar sunglasses | Vuarnet | | 1 | 3yr/0mo | $285.00 | | | Average | Storage master bedroom/bedroom |
| 14K Harrington chain gold | | | 1 | 5yr/0mo | $500.00 | Merksamer | | Average | Storage master bedroom/bedroom |

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 209 of 287

| Item | Brand | | Qty | Age | Value | Store | | Condition | Location |
|---|---|---|---|---|---|---|---|---|---|
| 22k gold chain | | | | 5yr/0mo | $1,200.00 | Marksamer | | Average | Storage master bedroom/bedroom |
| Quilted jacket | Burberry | | 1 | 2yr/0mo | $595.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Straight legged jeans | Calvin Klein | | 1 | 2yr/0mo | $450.00 | Nordstrom | Gilt | Above Average | Storage master bedroom/bedroom |
| Women's jeans | Levi | | 1 | 1yr/0mo | $168.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Midi dress | Polo Ralph Lauren | | 1 | 1yr/0mo | $498.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Wool dress | Boss | | 1 | 2yr/0mo | $485.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Dress | Boss | | 1 | 2yr/0mo | $495.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Jumpsuit | Heartloom | | 1 | 2yr/0mo | $150.00 | | | Above Average | Storage master bedroom/bedroom |
| Sleeveless dress | Boden | | 1 | 0yr/8mo | $150.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Off shoulder dress | Dress the population | | 1 | 1yr/0mo | $158.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Sheath dress | Adelyn rae | | 1 | 2yr/0mo | $158.00 | | | Above Average | Storage master bedroom/bedroom |
| Women's heels | Veronica beard | | 1 | 2yr/0mo | $495.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |
| Women's pumps | Tony Burch | | 1 | 2yr/0mo | $378.00 | Nordstrom | | Above Average | Storage master bedroom/bedroom |

| Item | Model | | Qty | Age | Cost | Retailer | | Condition | | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| Sandal heel | kate spade new york | | 1 | 3yr/0mo | $328.00 | Nordstrom | | Above Average | | Storage master bedroom/bedroom |
| Sandal | Via spica | | 1 | 0yr/0mo | $325.00 | Nordstrom | | Below Average | | Storage master bedroom/bedroom |
| Boot | | | 1 | 3yr/0mo | $595.00 | DSW Designser shoe warehouse | | Above Average | | Storage master bedroom/bedroom |
| Sandal | Karolina | | 1 | 2yr/0mo | $99.00 | DSW | | Average | | Storage master bedroom/bedroom |
| Western boots | Lovesick | | 1 | 2yr/0mo | $299.00 | | | Above Average | | Storage master bedroom/bedroom |
| Extra large stainless steel pot | Bayou | | 3 | 1yr/0mo | $164.00 | Lowe's | | Above Average | | Storage kitchen |
| Class ring men's | olsten | | 1 | 30yr/0mo | $399.00 | Jolsten | | Average | | Storage master bedroom/bedroom |
| Christmas decorations | | | 1 | 10yr/0mo | $1,000.00 | | | Average | No | Storage master bedroom/bedroom |
| Large Jewelery wall unit | | | 1 | 2yr/0mo | $300.00 | | | Average | | Storage master bedroom/bedroom |
| Wood bunk beds twin | | | 1 | 3yr/0mo | $600.00 | RcWilley | | Above Average | | Storage master bedroom/bedroom |
| 4 drawer dresser | Rustic | | 1 | 3yr/0mo | $350.00 | RCWilley | | Above Average | | Storage master bedroom/bedroom |
| Twin mattresses | Sunset ruby | | 2 | 3yr/0mo | $250.00 | RCWilley | | Above Average | | Storage master bedroom/bedroom |

## Important Information

For your protection California law requires the following to appear on this form:
ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN STATE PRISON. (California Insurance Code Section 1879.2)

## INSTRUCTIONS
We want to make sure the process goes as smoothly as possible for you. A few tips to help that along:

1. Before you get started, read the "**EVALUATION OF YOUR CLAIM – WHAT WE WILL DO**" section below.

2. Each item involved in the loss should be listed on a separate line unless the items are exact duplicates, in which case, please include the specific quantity.

3. If receipts and other verifying documents (operating manuals, personal photographs, warranty cards, service receipts, credit card receipts, purchase receipts, etc.) are available please include legible copies for review. You may attach digital copies of these documents online. **ANY ORIGINAL DOCUMENTS MAILED TO US WILL NOT BE RETURNED.**

4. In the case of a theft loss, you must ensure that any items listed on the inventory must also be listed on the police report pertaining to the theft. You will need to contact the police department to arrange a supplementary report if any items were not included in the original police report.

5. You must submit your list and certify its accuracy before we can begin evaluating your property.

## THE EVALUATION OF YOUR CLAIM - WHAT WE WILL DO

While we have probably discussed the evaluation process with you by phone, we want to provide you with a written reference confirming what we do with your Property Loss Inventory after you return it to us. There will be a few terms that will help in our explanation.

"Replacement Value" is the cost to replace the damaged item on the market at the time of the loss with like kind and quality.

"Actual Cash Value" is the item's Replacement Value less a deduction for physical depreciation based upon its condition and age at the time of the loss.

"Condition" is the amount of wear and use that has occurred to an item by the time of the loss. Our software uses four categories: New, Above Average, Average and Below Average.

· "New" indicates the item is still in its original package or it may be an antique that is in sale-ready condition. A computer that was just delivered last week should be New.

· "Above Average" condition indicates that the item was in better than normal condition, either by how often it was used or it did not wear as much as normal use would produce. A rarely worn sweater is an example of an item that may have above average condition.

· "Average" condition indicates that the item was being used as designed and that it should last what a normal item of its type is designed to last. A lawn mower used each week during the summer is probably categorized appropriately as average condition.

· "Below Average" condition indicates that the item was wearing out faster than products of similar nature that are subjected to average or normal wear. A child's favorite toy could often be categorized has below average while the same child's less favored toys could often maintain their condition within the average or above average ratings.

Once you submit and certify your inventory online, we will determine the Replacement Value of each item based on current market conditions. We will then apply depreciation based on the age and Condition of each item individually. We will consider all information obtained during the claim, including the information you supply, with regard to determining appropriate Condition and depreciation. We therefore rely on you to provide us information on Condition of the item(s) when the loss occurred, i.e. "New," "Above Average", "Average" or "Below Average." For items that were in average condition, you do not need to provide us a Condition rating. Instead, if

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 213 of 287

you leave the Condition field blank for an item you will indicate to us that we should evaluate the depreciation based on average condition.

If you have any questions or concerns about the form, our evaluation procedures, or the values we determine for any item you should feel free to contact us.

Loss Inventory for Claim # 1002-91-4931 Page 22 (printed 10/24/2018 7:35:15 PM UTC)





## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

| | | | |
|---|---|---|---|
| Insured: | ENRIQUE GALVEZ | Cell: | (707) 230-3110 |
| Property: | 1832 SANSONE DR | Home: | (707) 280-8909 |
| | SANTA ROSA, CA 95403 | Cell2: | (707) 230-3110 |
| Home: | 1832 SANSONE DR | E-mail: | enrique.galvez707@gmail.com |
| | SANTA ROSA, CA 95403 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Adeyemi Adefemi | Business: | (856) 209-7144 |
| | | E-mail: | Adeyemi.Adefemi@csaa.com |

| | | | |
|---|---|---|---|
| Claimant: | ENRIQUE GALVEZ | Cell: | (707) 230-3110 |
| Home: | 1832 SANSONE DR | | |
| | SANTA ROSA, CA 95403 | | |

Estimator: HOLLIER, ROBIN

**Claim Number:** 1002-91-4931        **Policy Number:** HL96711        **Type of Loss:** Fire

| | | | |
|---|---|---|---|
| Date Contacted: | 10/27/2018 | | |
| Date of Loss: | 10/8/2017 12:00 AM | Date Received: | 10/3/2018 3:28 PM |
| Date Inspected: | | Date Entered: | 10/27/2018 |
| Date Est. Completed: | 10/29/2018 2:29 PM | | |

| | |
|---|---|
| Price List: | CASO8X_OCT18 |
| | Restoration/Service/Remodel |
| Estimate: | ENRIQUE_GALVEZ |



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**ENRIQUE_GALVEZ**

**Contents Collaboration**

**Storage master bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1. Blaneville 6-Piece King Bedroom | | | | | | | | | |
| | 1.00 EA | 1,206.98 | 104.10 | 1,311.08 | 0.33/NA | New | 0% | (0.00) | 1,311.08 |

Orig. Desc. - Ashley Furniture, King Bedroom Set
Method (Check, Charge, Cash, Gift): Cash

https://www.ashleyfurniture.com/p/blaneville-6-piece-bedroom/APG-B224-QP6-Master.html?dwvar_APG-B224-QP6-Master_color=Brown&cgid=sets-bedroom-sets

| 2. Beautyrest Silver Oceanside Extra Firm King Mattress | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 1,139.40 | 98.27 | 1,237.67 | 0.33/NA | New | 0% | (0.00) | 1,237.67 |

Orig. Desc. - BeautySleep, King plush mattresses
Purchased From: Ashley

https://www.ashleyfurniture.com/p/beautyrest-silver-oceanside-extra-firm-mattress/75308250M-Master.html?dwvar_75308250M-Master_color=White%2FGray&cgid=all-mattresses-link-only

| 3. GRAPHIC LOGO HOODIE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3.00 EA | 68.00 | 17.60 | 221.60 | 2/8 yrs | Avg. | 25% | (51.00) | 170.60 |

Orig. Desc. - Abercrombie & Fitch, Abercrombie Hoodies
Purchased From: Abercrombie & Fitch

https://www.abercrombie.com/shop/us/p/-12280319?seq=01&source=googleshopping&cmp=PLA_633829556_346129566_22853256366_1661555
09286_c_pla_online&gclid=EAIaIQobChMIy6X-9q2s3gIVEER-Ch3iIgH9EAQYASABEgLoJvD_BwE&gclsrc=aw.ds

| 4. MEN'S TILDEN MEDIUM/WIDE CAP TOE OXFORD | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10.00 EA | 69.99 | 60.37 | 760.27 | 2/3 yrs | Above Avg. | 40% | (279.96) | 480.31 |

Orig. Desc. - Clarks Shoes, Clarks Dress Shoes
Purchased From: Clarks Shoes Store

https://www.famousfootwear.com/en-US/Product/03962-5247820/Clarks/Dark+Tan+Leather/Mens+Tilden+Medium_Wide+Cap+Toe+Oxford.aspx?
partnerid=adwordspla&cvo_adid=5247820-03962-14.0M&cvosrc=cse.GoogleShopping.03962&cvo_campaign=General&KPID=5247820-03962-14
.0M%26k_clickid%3D4f433054-4aba-426d-aa7d-154cf1c055af&gclid=EAIaIQobChMIr6X0gK6s3gIVh8BkCh0HhQguEAQYEyABEgJjVvD_Bw
E

| 5. Hugo Boss Boss Bottled United Men's 3.3-ounce Eau de Toilette Spray | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2.00 EA | 68.49 | 11.81 | 148.79 | 0.5/NA | New | 0% | (0.00) | 148.79 |

Orig. Desc. - Hugo Boss, Men's cologne
Purchased From: Macys
https://www.overstock.com/Health-Beauty/Hugo-Boss-Boss-Bottled-United-Mens-3.3-ounce-Eau-de-Toilette-Spray/24301176/product.html

| 6. EGOISTE Eau de Toilette Spray | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 75.00 | 6.47 | 81.47 | 0.17/NA | Above Avg. | 0% | (0.00) | 81.47 |

Orig. Desc. - Chanel, Men's cologne
Purchased From:

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 217 of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.chanel.com/us/fragrance/p/114450/egoiste-eau-de-toilette-spray/?gclid=EAIaIQobChMI2OSpoa-s3gIVUWF-Ch0haQ9VEAQYAyABEgK1vvD_BwE

7.  Ralph Lauren Fragrances Polo Blue Eau de Toilette Spray

| | 1.00 EA | 69.00 | 5.95 | 74.95 | 1/10 yrs | Avg. | 10% | (6.90) | 68.05 |

Orig. Desc. - Polo Ralph Lauren, Cologne
Purchased From:
https://www.dillards.com/p/ralph-lauren-fragrances-polo-blue-eau-de-toilette-spray/749323

8.  Racing RC Drone HS230

| | 1.00 EA | 159.99 | 13.80 | 173.79 | 0.67/NA | Above Avg. | 0% | (0.00) | 173.79 |

Orig. Desc. - Holy Stone, RC Drone
Method (Check, Charge, Cash, Gift): Gift

https://www.holystonetoy.com/holy-stone-hs230-rc-racing-fpv-drone-with-120-fov-720p-hd-camera-live-video-45km-h-high-speed-wind-resistance-quadcopter-with-5-8g-lcd-screen-real-time-transmitter-includes-bonus-battery.html

9.  Cobra - Radar and Laser Detector

| | 1.00 EA | 134.99 | 11.64 | 146.63 | 2/10 yrs | Avg. | 20% | (27.00) | 119.63 |

Orig. Desc. - Radar detector
Purchased From: Best buy
https://www.bestbuy.com/site/cobra-radar-and-laser-detector/5555100.p?skuId=5555100

10.  Garrett Ace 150 Metal Detector

| | 1.00 EA | 152.95 | 13.19 | 166.14 | 2/10 yrs | Above Avg. | 12% | (18.35) | 147.79 |

Orig. Desc. - Metal detector
Purchased From: Home Depot
https://www.hayneedle.com/product/garrettace150metaldetector.cfm

11.  Carolina Herrera 212 NYC Eau de Toilette Spray, 3.4 oz.

| | 2.00 EA | 104.00 | 17.94 | 225.94 | 0.5/NA | New | 0% | (0.00) | 225.94 |

Orig. Desc. - 212 Carolina Herrera, Women's perfume
Purchased From: Macy's

https://www.macys.com/shop/product/carolina-herrera-212-nyc-eau-de-toilette-spray-3.4-oz.?ID=4982617&CategoryID=74751#fn=sp%3D1%26spc%3D19%26ruleId%3D78%26searchPass%3DmatchNone%26slotId%3D3

12.  COCO MADEMOISELLE

| | 1.00 EA | 75.00 | 6.47 | 81.47 | 1/10 yrs | Above Avg. | 6% | (4.50) | 76.97 |

Orig. Desc. - Chanel, Women's perfume
Purchased From: Macy's

https://www.chanel.com/us/fragrance/p/116390/coco-mademoiselle-eau-de-parfum-spray/?gclid=EAIaIQobChMImsSEmbCs3gIVBGt-Ch2kqwesEAQYASABEgJo0PD_BwE

13.  Tease Eau de Parfum

| | 2.00 EA | 55.00 | 9.49 | 119.49 | 1/10 yrs | Avg. | 10% | (11.00) | 108.49 |

ENRIQUE_GALVEZ

10/29/2018                Page: 3


**CONTINUED - Storage master bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Victoria secrets, Women's perfume
Purchased From: Victoria Secrets

https://www.victoriassecret.com/beauty/fragrance/tease-eau-de-parfum?ProductID=393699&CatalogueType=OLS&colorCode=099&cm_mmc=PLA-_-Google-_-VSD_VSB_Perfume-_-372514099OS&cc=US&gclid=EAIaIQobChMImaqrwrCs3gIVDNtkCh0qgACPEAQYAiABEgLnZ_D_BwE&gclsrc=aw.ds

14. Ever Us, Men's diamond wedding ring 14k white gold

| | 1.00 EA | 1,800.00 | 155.25 | 1,955.25 | 4/NA | Avg. | 0% | (0.00) | 1,955.25 |

Purchased From: Kay, Method (Check, Charge, Cash, Gift): Gift
Priced per insured

15. Hypoallergenic Down Alternative Soft Standard Pillow

| | 5.00 EA | 39.95 | 17.23 | 216.98 | 2/10 yrs | Above Avg. | 12% | (23.97) | 193.01 |

Orig. Desc. - Luden, Pillows
Purchased From: William Sonoma
https://www.crateandbarrel.com/hypoallergenic-down-alternative-standard-pillow/s448397

16. London Large Clear Hurricane Candle Holder

| | 1.00 EA | 39.95 | 3.45 | 43.40 | 3/10 yrs | Above Avg. | 18% | (7.19) | 36.21 |

Orig. Desc. - London, Glass candle holders set
Purchased From: William Sonoma

https://www.crateandbarrel.com/london-large-clear-hurricane-candle-holder/s526339?localedetail=US&a=1552&campaignid=622767084&adgroupid=28469965136&targetid=aud-477838469452:pla-305239165436&pla_sku=526339&pcat=HSW&ag=adult&scid=scplp526339&sc_intid=526339&gclid=EAIaIQobChMIyszHt7Cs3gIVDId-Ch0HuAVREAQYASABEgLS3fD_BwE&gclsrc=aw.ds

17. Brushed Antique Bronze 8x10 Frame

| | 2.00 EA | 39.95 | 6.89 | 86.79 | 2/10 yrs | Above Avg. | 12% | (9.59) | 77.20 |

Orig. Desc. - Bronze wall frames
Purchased From: William Sonoma
https://www.crateandbarrel.com/brushed-antique-bronze-8x10-frame/s682990

18. Renegade GTX Mid

| | 1.00 EA | 230.00 | 19.84 | 249.84 | 3/3 yrs | Avg. | 80% [M] | (184.00) | 65.84 |

Orig. Desc. - Lowa, Men hiking boots
Purchased From: REI
https://www.lowaboots.com/mens/hiking/renegade-gtx-mid-stone-dark-brown

19. Lowa Tiago Lo Hiking Shoes - Women's

| | 1.00 EA | 135.00 | 11.64 | 146.64 | 2/3 yrs | Avg. | 66.67% | (90.00) | 56.64 |

Orig. Desc. - Lowa, Women hiking boota
Purchased From: REI
https://www.rei.com/rei-garage/product/133299/lowa-tiago-lo-hiking-shoes-womens

20. Arc'teryx Cerium LT Hooded Down Jacket - Men's

| | 1.00 EA | 379.00 | 32.69 | 411.69 | 4/8 yrs | Avg. | 50% | (189.50) | 222.19 |

ENRIQUE_GALVEZ



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - Arc'teryx, Men's down jacket | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |

https://www.backcountry.com/arc-teryx-cerium-lt-hooded-down-jacket-mens?CMP_SKU=ARC00P6&MER=0406&skid=ARC00P6-NEP-XXL&mr:trackingCode=7B15937E-B99C-E811-8105-005056944E17&mr:referralID=NA&mr:device=c&mr:adType=plaonline&CMP_ID=PLA_GOc001&utm_source=Google&utm_medium=PLA&k_clickid=_k_EAIaIQobChMIycqFtsmn3gIVD6vsCh3WbwBLEAQYFSABEgIDI_D_BwE_k_&rmatt=tsid:1042790|cid:756541117|agid:40718162355|tid:pla-382327404646|crid:178656634052|nw:g|rnd:16655992792261916532|dvc:c|adp:1o21|mt:|loc:9030106&gclid=EAIaIQobChMIycqFtsmn3gIVD6vsCh3WbwBLEAQYFSABEgIDI_D_BwE

| 21. CERIUM LT HOODY WOMEN'S | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 379.00 | 32.69 | 411.69 | 4/8 yrs | Avg. | 50% | (189.50) | 222.19 |
| Orig. Desc. - Arc'teryx, Women's down jacket | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |

https://arcteryx.com/us/en/shop/womens/cerium-lt-hoody?utm_source=us_googlepla&utm_medium=cse&utm_campaign=GooglePLA_US_EN_Mid%20Layer%20and%20Fleece%20%3E%20Down%20Fill%20%3E%20All%20RoundMid%20Layer%20and%20Fleece%20%3E%20Down%20Fill%20%3E%20All%20Round&CMPID=Arc%27teryx_AdWords_Performance_USA_USA_EN_Shopping_General_General_Evergreen_TID-_0_0_1604272974||||305439654381|c|&gclid=EAIaIQobChMI8LXQ38mn3gIVSIZ-Ch3WNwL6EAQYBSABEgLJ2_D_BwE

| **Totals: Storage master bedroom** | | | **656.78** | **8,271.57** | | | | **1,092.46** | **7,179.11** |
|---|---|---|---|---|---|---|---|---|---|

**Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 22. VIZIO 50" Class 4K (2160p) Smart LED Home Theater Display (E50x-E1) | | | | | | | | | |
| | 2.00 EA | 379.99 | 65.55 | 825.53 | 1/10 yrs | Avg. | 10% | (76.00) | 749.53 |

https://www.walmart.com/ip/VIZIO-50-Class-4K-2160p-Smart-LED-Home-Theater-Display-E50x-E1/54802434?wmlspartner=wlpa&selectedSellerId=0&adid=22222222227056742755&wmlspartner=wmtlabs&wl0=&wl1=g&wl2=c&wl3=161406424479&wl4=pla-267694348702&wl5=9030106&wl6=&wl7=&wl8=&wl9=pla&wl10=8175035&wl11=online&wl12=54802434&wl13=&veh=sem&gclid=EAIaIQobChMI8MeQm7-n3gIVi7xkCh28qw_0EAQYAiABEgLiZ_D_BwE

| Purchased From: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - VIZIO, 50 inch flat screen smart tv | | | | | | | | | |
| 23. Samsung - BD-J5700/ZA - Streaming Wi-Fi Built-In Blu-ray Player - Black | | | | | | | | | |
| | 2.00 EA | 99.99 | 17.25 | 217.23 | 0.33/NA | New | 0% | (0.00) | 217.23 |
| Orig. Desc. - Samsung, Blu ray player | | | | | | | | | |
| Purchased From: Best Buy | | | | | | | | | |

https://www.bestbuy.com/site/samsung-bd-j5700-za-streaming-wi-fi-built-in-blu-ray-player-black/3205019.p?skuId=3205019

| 24. Sauder Harbor View Computer Desk with Hutch - Antiqued White | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 372.50 | 32.13 | 404.63 | 0.33/NA | New | 0% | (0.00) | 404.63 |
| Orig. Desc. - Sauder, Office desk with hutch | | | | | | | | | |

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 220 of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Purchased From: Office Depot | | | | | | | | | |
| https://www.hayneedle.com/product/harborviewcomputerdesk.cfm | | | | | | | | | |
| 25. Realspace MFTC 200 Multifunction Ergonomic Super Task Chair, Black | | | | | | | | | |
| | 2.00 EA | 189.99 | 32.77 | 412.75 | 0.25/NA | New | 0% | (0.00) | 412.75 |
| Orig. Desc. - Realspace, Desk chair ergonomic | | | | | | | | | |
| Purchased From: Office Depot | | | | | | | | | |
| https://www.officedepot.com/a/products/493876/Realspace-MFTC-200-Multifunction-Ergonomic-Super/?cm_mmc=PLA-_-Google-_-Chairs_Seatin g-_-493876&gclid=EAIaIQobChMI4sfbtMan3gIVgWh-Ch1_Nw9wEAQYBCABEgK4X_D_BwE&gclsrc=aw.ds | | | | | | | | | |
| 26. HP 22-c0016 All-in-One Desktop PC, Intel Pentium Silver J5005, 4GB DDR4, 1 TB 7200RPM SATA, Win 10 Home | | | | | | | | | |
| | 1.00 EA | 369.99 | 31.91 | 401.90 | 1.25/4.5 yrs | Above Avg. | 16.67% | (61.67) | 340.23 |
| Orig. Desc. - Hewlett-Packard (HP), Desktop computer intel | | | | | | | | | |
| Purchased From: Office depot | | | | | | | | | |
| https://www.staples.com/hp-22-c0016-all-in-one-desktop-pc/product_24330671?cid=PS:GooglePLAs:24330671&ci_src=17588969&ci_sku=243306 71&KPID=24330671&gclid=EAIaIQobChMIoPXEqMWn3gIVB9lkCh3jAgE2EAYYCCABEgIsBPD_BwE&akamai-feo=off | | | | | | | | | |
| 27. Della 1.6 Cubic ft Compact Mini Refrigerator & Freezer, Stainless Steel | | | | | | | | | |
| | 1.00 EA | 124.97 | 10.78 | 135.75 | 2/10 yrs | Above Avg. | 12% | (15.00) | 120.75 |
| Orig. Desc. - Della, Mini fridge with freezer | | | | | | | | | |
| Purchased From: Sears | | | | | | | | | |
| https://www.overstock.com/Home-Garden/Della-1.6-Cubic-ft-Compact-Mini-Refrigerator-Freezer-Stainless-Steel/16085168/product.html | | | | | | | | | |
| 28. HP - OfficeJet Pro 8210 Wireless Inkjet Instant Ink Ready Printer - Black | | | | | | | | | |
| | 1.00 EA | 99.99 | 8.62 | 108.61 | 0.25/NA | New | 0% | (0.00) | 108.61 |
| Orig. Desc. - Hewlett-Packard (HP), Wireless printer office jet | | | | | | | | | |
| Purchased From: Office Depot | | | | | | | | | |
| https://www.bestbuy.com/site/hp-officejet-pro-8210-wireless-inkjet-instant-ink-ready-printer-black/5536500.p?skuId=5536500 | | | | | | | | | |
| 29. Beats by Dr. Dre - Beats Solo3 Wireless Headphones - Black | | | | | | | | | |
| | 2.00 EA | 299.99 | 51.75 | 651.73 | 1/10 yrs | Above Avg. | 6% | (36.00) | 615.73 |
| Orig. Desc. - Dre Beats, Dre Beats wireless headphones | | | | | | | | | |
| Purchased From: Best Buy | | | | | | | | | |
| https://www.bestbuy.com/site/beats-by-dr-dre-beats-solo3-wireless-headphones-black/5577858.p?skuId=5577858 | | | | | | | | | |
| 30. RETURN TO TIFFANY Round Sunglasses | | | | | | | | | |
| | 1.00 EA | 310.00 | 26.74 | 336.74 | 0.83/NA | Above Avg. | 0% | (0.00) | 336.74 |
| Orig. Desc. - Tiffany's, Women's Tiffany sunglasses | | | | | | | | | |
| Purchased From: Tiffanys | | | | | | | | | |
| https://www.tiffany.com/accessories/eyewear/return-to-tiffany-round-sunglasses-37958212?fromGrid=1&origin=browse&trackpdp=bg&trackgridpo s=1&fromcid=476276 | | | | | | | | | |
| 31. Fossil, Women's fossil smart watch | | | | | | | | | |
| | 1.00 EA | 255.00 | 21.99 | 276.99 | 0.83/NA | Above Avg. | 0% | (0.00) | 276.99 |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 221
of 287



## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |
| Priced per insured | | | | | | | | | |
| 32. Guess, Women's Guess watch stainless steel | | | | | | | | | |
| | 1.00 EA | 93.00 | 8.02 | 101.02 | 0.83/NA | Above Avg. | 0% | (0.00) | 101.02 |
| Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |
| Priced per insured | | | | | | | | | |
| 33. Ray-Ban AVIATOR Sunglasses, RB3025 | | | | | | | | | |
| | 1.00 EA | 153.00 | 13.20 | 166.20 | 2/8 yrs | Above Avg. | 15% | (22.95) | 143.25 |

Orig. Desc. - Ray Ban, Women's Ray Ban Aviator

Purchased From: Sunglass hut, Method (Check, Charge, Cash, Gift): Gift

https://www.macys.com/shop/product/ray-ban-aviator-sunglasses-rb3025?ID=617023&pla_country=US&CAGPSPN=pla&CAWELAID=12015634
0000399821&CAAGID=14921451621&CATCI=pla-346648415646&catargetid=12015634001627010 0&cadevice=c&cm_mmc=Google_Mens_Ac
cessories_PLA-_-Men%27s_Accessories_Women%27s_Sunglasses_-_GS_Ray-ban-_-59744398341-_-pg1023931_c_kclickid_053c9c13-06dc-4ea6-
9a68-00fd0e267a9a_KID_EMPTY_237664461_14921451621_59744398341_pla-346648415646_805289602057USA__KID_&trackingid=417x102
3931&lsft=cm_mmc:Google_Mens_Accessories_PLA-_-Men%27s%20Accessories_Women%27s%20Sunglasses%20-%20GS_Ray-ban597443983
41-_-pg1023931_c_kclickid_053c9c13-06dc-4ea6-9a68-00fd0e267a9a_KID_492_237664461_14921451621_59744398341_pla-346648415646_805
289602057USA__c_KID_,trackingid:417x1023931&gclid=EAIaIQobChMIhIr8uc2n3gIVmMJkCh2VwAvAEAQYAiABEgLrNvD_BwE

| 34. Staples 3-Drawer Vertical Utility File Cabinet, Charcoal, Letter, 18" D (52154) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 96.99 | 8.37 | 105.36 | 1/20 yrs | Avg. | 5% | (4.85) | 100.51 |

Orig. Desc. - File cabinet

Purchased From: Kmart

https://www.staples.com/staples-3-drawer-vertical-utility-file-cabinet-charcoal-letter-18-d-52154/product_2806768?cid=PS:GooglePLA
s:2806768&ci_src=17588969&ci_sku=2806768&KPID=2806768&gclid=EAIaIQobChMIueWux7Ks3gIVluNkCh1kJwfzEAQYECABEgLNUvD_
BwE&akamai-feo=off

| 35. Lauren Ralph Lauren Lightweight Down Alternative Twin Comforter, 100% Cotton Cover | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2.00 EA | 240.00 | 41.40 | 521.40 | 0.33/NA | Above Avg. | 0% | (0.00) | 521.40 |

Orig. Desc. - Ralph Lauren, Goose down comforter

Purchased From: Macy's

https://www.macys.com/shop/product/lauren-ralph-lauren-lightweight-down-alternative-twin-comforter-100-cotton-cover?ID=780228&pla_country
=US&CAGPSPN=pla&CAWELAID=120156340000202544&CAAGID=61907035162&CATCI=pla-474142825880&cm_mmc=Google_Home_Be
dBath_PLA-_-Crealytics-Camato-Home-Bed-and-Bath-Designer-GS-Desktop_lauren_ralph_lauren_-_bed_%2526_bath_%3E_comforters-_-302001
065734-_-pg1050811712_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af1592642777_61907035162_302001065734_pla-474142825880_2569
5891115USA__KID_&trackingid=438x1050811712&lsft=cm_mmc:Google_Home_BedBath_PLA-_-Crealytics-Camato-Home-Bed-and-Bath-Desi
gner-GS-Desktop_lauren%20ralph%20lauren%20-%20bed%20%26%20bath%20%26%20comforters302001065734-_-pg1050811712_c_kclickid_4f
433054-4aba-426d-aa7d-154cf1c055af_KID_718_1592642777_61907035162_302001065734_pla-474142825880_25695891115USA__c_KID_,trac
kingid:438x1050811712&gclid=EAIaIQobChMIzOrh17Os3gIVg_hkCh3c4gqtEAQYASABEgLfivD_BwE

| 36. Hogan Oversized Recliner | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 499.99 | 43.12 | 543.11 | 0.33/NA | Above Avg. | 0% | (0.00) | 543.11 |

Orig. Desc. - Ashley Furniture, Oversized Recliner

Purchased From: Ashley Furniture

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 222 of 287

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| https://www.ashleyfurniture.com/p/hogan-oversized-recliner/5780252.html | | | | | | | | | |
| 37.  Pet maker, Dog bed | 2.00 EA | 34.49 | 5.95 | 74.93 | 0.5/NA | Above Avg. | 0% | (0.00) | 74.93 |
| Purchased From: Target | | | | | | | | | |
| Validated price and price is in line with current market values. | | | | | | | | | |
| 38.  Pawslife Deluxe Convertible Pet Step/Ramp in Black | 1.00 EA | 49.99 | 4.31 | 54.30 | 0.5/NA | Above Avg. | 0% | (0.00) | 54.30 |
| Orig. Desc. - Dog step | | | | | | | | | |
| Purchased From: Target | | | | | | | | | |
| https://www.bedbathandbeyond.com/store/product/pawslife-trade-deluxe-convertible-pet-step-ramp-in-white/5206793?skuId=43254491&mcid=PS_googlepla&mrkgcl=609&mrkgadid=3253336660&rkg_id=0&mcid=PS_googlepla_nonbrand_pet_local&product_id=43254491&adtype=pla&product_channel=local&adpos=1o8&creative=232742511055&device=c&matchtype&network=g&gclid=EAIaIQobChMIkZ6egbOs3gIVgXt-Ch0vagDREAQYCCABEgIBHPD_BwE | | | | | | | | | |
| 39.  Frisco Fold & Carry Double Door Dog Crate | 1.00 EA | 49.99 | 4.31 | 54.30 | 0.5/NA | Above Avg. | 0% | (0.00) | 54.30 |
| Orig. Desc. - Dog kennel | | | | | | | | | |
| Purchased From: Target | | | | | | | | | |
| https://www.chewy.com/frisco-fold-carry-double-door-dog/dp/116521?utm_source=google-product&utm_medium=cpc&utm_campaign=hg&utm_content=Frisco&utm_term=&gclid=EAIaIQobChMI_o-lg7Os3gIVhtdkCh1McwctEAQYAiABEgKa6_D_BwE | | | | | | | | | |
| 40.  Nike Flex Experience Run 6 Prem Womens Running Shoes | 5.00 EA | 70.00 | 30.19 | 380.19 | 0.5/NA | Above Avg. | 0% | (0.00) | 380.19 |
| Orig. Desc. - Nike, Women's shoes | | | | | | | | | |
| Purchased From: Nike outlet | | | | | | | | | |
| https://www.jcpenney.com/p/nike-flex-experience-run-6-prem-womens-running-shoes/ppr5007822444?pTmplType=regular&country=US&currency=USD&selectedSKUId=12004720026&selectedLotId=1200472&fromBag=true&quantity=1&utm_medium=cse&utm_source=google&utm_campaign=running%20shoes&utm_content=12004720026&cid=cse%7Cgoogle%7C007%20-%20footwear%20and%20handbags%7Crunning%20shoes_12004720026&gclid=EAIaIQobChMIppSZhrOs3gIVEbvsCh1LKARGEAQYAyABEgK_z_D_BwE | | | | | | | | | |
| 41.  MARTE BOOT | 2.00 EA | 180.00 | 31.05 | 391.05 | 1/3 yrs | Above Avg. | 20% | (72.00) | 319.05 |
| Orig. Desc. - Ugg, Ugg boots | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |
| https://www.macys.com/s/UGG-US/women-boots/marte-boot/191142774215.html?source=shoppingsite_PLA:%7bcampaign%7d:&kpid=:::ggl:&gclid=EAIaIQobChMI6-yT7Mun3gIVE9VkCh3qXwoqEAQYCCABEgL0SfD_BwE&gclsrc=aw.ds | | | | | | | | | |
| 42.  Penny Boot SAM EDELMAN | 4.00 EA | 149.90 | 51.72 | 651.32 | 1/3 yrs | Above Avg. | 20% | (119.92) | 531.40 |
| Orig. Desc. - Leather boots | | | | | | | | | |
| Purchased From: DSW | | | | | | | | | |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 223
of 287


**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://shop.nordstrom.com/s/sam-edelman-penny-boot-women/3302621?country=US&currency=USD&mrkgcl=760&mrkgadid=3313959907&utm
_content=9383573633&utm_term=pla-316840527584&utm_channel=shopping_ret_p&sp_source=google&sp_campaign=645528200&rkg_id=0&a
dpos=1o29&creative=57187812113&device=c&matchtype=&network=g&gclid=EAIaIQobChMImOKJtcyn3gIVxoF-Ch2gcA0REAQYHSABEgliq
vD_BwE

**43.  WILSONS LEATHER INSULATED LEATHER JACKET W/ FULL PLACKET**

| | 1.00 EA | 200.00 | 17.25 | 217.25 | 0.67/NA | Above Avg. | 0% | (0.00) | 217.25 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Wilson, Leather jacket

Purchased From: Wilson's Leather

https://www.wilsonsleather.com/product/wilsons-leather-insulated-leather-jacket-w--full-placket.do?sortby=priceAscend&from=fn

**44.  Anne Klein Double-Breasted Peacoat**

| | 1.00 EA | 225.00 | 19.41 | 244.41 | 0.75/8 yrs | Above Avg. | 5.63% | (12.66) | 231.75 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Anne Klein, Wool Peacoat

Purchased From: Macy's

https://www.macys.com/shop/product/anne-klein-double-breasted-peacoat?ID=6417884&pla_country=US&CAGPSPN=pla&CAWELAID=120156
340027251540&CAAGID=17584299995&CATCI=pla-298868415118&catargetid=120156340017429425&cadevice=c&gclid=EAIaIQobChMItN2I
98un3gIVgYd-Ch0lxAQVEAQYASABEgKRufD_BwE

**45.  Beats Pill+ Portable Speaker**

| | 1.00 EA | 129.99 | 11.21 | 141.20 | 1/10 yrs | Above Avg. | 6% | (7.80) | 133.40 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Dre Beats, Dre Beats Pill speaker

Purchased From:

https://www.walmart.com/ip/Beats-Pill-Portable-Speaker/47188249

**46.  Apollo Household Tool Kit in Soft-Sided Tool Bag, Pink (201-Piece)**

| | 1.00 EA | 38.21 | 3.30 | 41.51 | 0.08/NA | New | 0% | (0.00) | 41.51 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Women's tool bag

Purchased From: Sears

https://www.homedepot.com/p/Apollo-Household-Tool-Kit-in-Soft-Sided-Tool-Bag-Pink-201-Piece-DT0020P/205673545

**47.  The Seasons Collection Light Warmth Down King Comforter with Damask Stripe**

| | 2.00 EA | 299.99 | 51.75 | 651.73 | 0.67/10 yrs | Above Avg. | 4.02% | (24.12) | 627.61 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - The seasons collection, Down comforter king

Purchased From:

https://www.bedbathandbeyond.com/store/product/the-seasons-collection-reg-light-warmth-down-comforter-with-damask-stripe/3286858?skuId=43
801268&&mrkgcl=609&mrkgadid=3296439483&rkg_id=0&mcid=PS_googlepla_nonbrand_bedding_online&product_id=43801268&&adtype=pla&
product_channel=online&adpos=1o5&creative=224097645815&device=c&matchtype=&network=g&gclid=EAIaIQobChMImfiJ_sun3gIVi-NkCh2
FZQSLEAQYBSABEgKlG_D_BwE&gclsrc=aw.ds

**48.  Jaden 8-Piece King Comforter Set in Grey/Tan**

| | 3.00 EA | 99.99 | 25.87 | 325.84 | 0.58/NA | Above Avg. | 0% | (0.00) | 325.84 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - King comforter set

Purchased From: Bed bath beyond

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 224
of 287

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.bedbathandbeyond.com/store/product/jaden-comforter-set-in-grey-tan/3315845?keyword=comforter-set

49. Luxury Portuguese Flannel King Sheet Set in Smoke Plaid

| | 3.00 EA | 119.99 | 31.05 | 391.02 | 1/5 yrs | Avg. | 20% | (71.99) | 319.03 |

Orig. Desc. - King flannel sheet set

Purchased From: Bed bath beyond

https://www.bedbathandbeyond.com/store/product/luxury-portuguese-flannel-sheet-set/3295798?skuId=46851505&&mrkgcl=609&mrkgadid=3296449062&rkg_id=0&mcid=PS_googlepla_nonbrand_bedding_online&product_id=46851505&adtype=pla&product_channel=online&adpos=1o3&creative=224097645815&device=c&matchtype=&network=g&gclid=EAIaIQobChMI-tC2jLas3gIVDcJkCh09YwwyEAQYAyABEgJYsvD_BwE&gclsrc=aw.ds

50. Eddie Bauer Edgewood Plaid Flannel Queen Sheet Set in Green

| | 6.00 EA | 59.99 | 31.04 | 390.98 | 0.5/NA | Above Avg. | 0% | (0.00) | 390.98 |

Orig. Desc. - Queen flannel sheet sets

Purchased From: Bed bath beyond

https://www.bedbathandbeyond.com/store/product/eddie-bauer-reg-edgewood-plaid-flannel-sheet-set/3328098?skuId=61391574&&mrkgcl=609&mrkgadid=3296449063&rkg_id=0&mcid=PS_googlepla_nonbrand_bedding_online&product_id=61391574&adtype=pla&product_channel=online&adpos=1o26&creative=224097645815&device=c&matchtype=&network=g&gclid=EAIaIQobChMI2YLP1Lms3gIVl6DsCh2DDQLqEAQYGiABEgIO_PD_BwE&gclsrc=aw.ds

51. Wamsutta 400-Thread-Count Sateen King Sheet Set

| | 4.00 EA | 59.99 | 20.70 | 260.66 | 0.17/NA | New | 0% | (0.00) | 260.66 |

Orig. Desc. - Sateen sheet sets king

Purchased From: Bed bath beyond

https://www.bedbathandbeyond.com/store/product/wamsutta-reg-400-thread-count-sateen-sheet-set/3222861?skuId=41140826&&mrkgcl=609&mrkgadid=3284806820&rkg_id=0&mcid=PS_googlepla_nonbrand_bedding_online&product_id=41140826&adtype=pla&product_channel=online&adpos=1o11&creative=224097645815&device=c&matchtype=&network=g&gclid=EAIaIQobChMI1YfRk7as3gIVl8pkCh3ikQqXEAQYCyABEgKYCvD_BwE&gclsrc=aw.ds

52. Heartland HomeGrown 400-Thread-Count Solid Sateen Queen Sheet Set

| | 6.00 EA | 59.99 | 31.04 | 390.98 | 0.17/NA | New | 0% | (0.00) | 390.98 |

Orig. Desc. - Sateen sheet sets queen

Purchased From: Bed bath beyond

https://www.bedbathandbeyond.com/store/product/heartland-reg-homegrown-trade-400-thread-count-solid-sateen-sheet-set/3332554?keyword=sateen-sheet-set

53. Casual Comfort Premium Ultra Soft Duvet Cover Set

| | 2.00 EA | 60.00 | 10.35 | 130.35 | 0.5/NA | Above Avg. | 0% | (0.00) | 130.35 |

Orig. Desc. - Duvet cover set king

Purchased From: Bed bath beyond

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 225
of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.jcpenney.com/p/casual-comfort-premium-ultra-soft-duvet-cover-set/ppr5007326957?pTmplType=regular&country=US&currency=USD&selectedSKUId=72233420208&selectedLotId=7223342&fromBag=true&quantity=1&utm_medium=cse&utm_source=google&utm_campaign=duvet%20cover%20sets&utm_content=72233420208&cid=cse%7Cgoogle%7C004%20-%20home%20furn%20leisure%7Cduvet%20cover%20sets_72233420208&gclid=EAIaIQobChMI_J6CyLus3gIVC9tkCh0MrwGFEAQYAiABEgL_bfD_BwE

54. Tribeca Living Valencia Solid Queen Duvet Cover Set

| | 2.00 EA | 39.99 | 6.90 | 86.88 | 0.42/NA | New | 0% | (0.00) | 86.88 |

Orig. Desc. - Duvet cover set queen

Purchased From: Bed bath beyond

https://www.bedbathandbeyond.com/store/product/tribeca-living-valencia-solid-duvet-cover-set/3322699?keyword=duvet-cover-set

55. True religion, Women's clothes

| | 5.00 EA | 0.00 | 0.00 | 0.00 | 1/NA | Above Avg. | 0% | (0.00) | 0.00 |

Purchased From:

We need more information to price items accurately: what article of clothing

56. Maison Jules High-Low Fit & Flare Dress

| | 22.00 EA | 59.50 | 112.90 | 1,421.90 | 1/8 yrs | Above Avg. | 7.5% | (98.18) | 1,323.72 |

Orig. Desc. - Women's clothes

Purchased From:

https://www.macys.com/shop/product/maison-jules-high-low-fit-flare-dress-created-for-macys?ID=6185757&CategoryID=5449#fn=AGE_CATEGORY%3DAdult%26SIZE%3D%26sp%3D1%26spc%3D8542%26kws%3Ddress%26searchPass%3DexactMultiMatch%26slotId%3D3

57. Thalia Sodi Darrla Strappy Evening Sandals

| | 6.00 EA | 79.50 | 41.14 | 518.14 | 1/3 yrs | Avg. | 33.33% | (159.00) | 359.14 |

Orig. Desc. - Women's shoes

Purchased From:

https://www.macys.com/shop/product/thalia-sodi-darrla-strappy-evening-sandals-created-for-macys?ID=6324627&CategoryID=17570&swatchColor=Black%20Metallic&swatchColor=Black%20Metallic#fn=GENDER%3DWomen%26SIZE%3D%26sp%3D1%26spc%3D8642%26kws%3Dshoes%26searchPass%3DexactMultiMatch%26slotId%3D60

58. Zelen 6-Piece Queen Bedroom

| | 1.00 EA | 1,121.98 | 96.77 | 1,218.75 | 0.67/NA | Above Avg. | 0% | (0.00) | 1,218.75 |

Orig. Desc. - Ashley Furniture, Queen bedroom set

Purchased From:

https://www.ashleyfurniture.com/p/zelen-6-piece-bedroom/APG-B248-QR6-Master.html?dwvar_APG-B248-QR6-Master_color=Warm%20Gray&cgid=sets-bedroom-sets

59. Sony - BDP-S3700 - Streaming Wi-Fi Built-In Blu-ray Player - Black

| | 3.00 EA | 79.99 | 20.70 | 260.67 | 2/10 yrs | Above Avg. | 12% | (28.80) | 231.87 |

Orig. Desc. - Sony, Blu ray

Purchased From: Kmart

https://www.bestbuy.com/site/sony-bdp-s3700-streaming-wi-fi-built-in-blu-ray-player-black/4743301.p?skuId=4743301

ENRIQUE_GALVEZ


**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 60. Zales, Diamond/Emerald Ring | | | | | | | | | |
| | 1.00 EA | 1,200.00 | 103.50 | 1,303.50 | 1/NA | Avg. | 0% | (0.00) | 1,303.50 |

Purchased From: Crescent Jewlery
Priced per insured

61. "Sea of Color" Limited Edition Giclee on Canvas (29.5" x 41.5") by Wyland, Numbered and Hand Signed by Wyland, with Certificate of Authenticity

| | 3.00 EA | 300.00 | 77.63 | 977.63 | 10/10 yrs | Above Avg. | 60% | (540.00) | 437.63 |

Orig. Desc. - Wyland's Pictures, Original Prints Wyland Pictures
Purchased From: JC Penny's

https://www.qart.com/p/-Wyland/Sea-of-Color/200488/940532/ED200488?gclid=EAIaIQobChMIp9zPwNCn3gIVCcJkCh3s6AQ3EAQYFiABEgJD
DPD_BwE

62. NEW ERA NBA RED SNAPBACK CAP - MEN'S

| | 6.00 EA | 30.00 | 15.53 | 195.53 | 2/8 yrs | Avg. | 25% | (45.00) | 150.53 |

Orig. Desc. - Champs, Ball Caps
Purchased From: Champs

https://www.champssports.com/product/model:303676/sku:70442138/new-era-nba-red-snapback-cap-mens/los-angeles-lakers/

63. Calvin Klein Men's Textured Leather Slimfold Wallet

| | 2.00 EA | 45.00 | 7.76 | 97.76 | 3/4 yrs | Avg. | 75% | (67.50) | 30.26 |

Orig. Desc. - Calvin Klein, Leather CK wallets
Purchased From: Macy's

https://www.macys.com/shop/product/calvin-klein-mens-textured-leather-slimfold-wallet?ID=4860962&pla_country=US&CAGPSPN=pla&CAWE
LAID=120156340018041202&CAAGID=67107534224&CATCI=pla-478980247875&cm_mmc=Google_Mens_PLA-_-Crealytics-Camato-Mensw
ear-Designer-GS-Desktop_calvin_klein-_-302022081557-_-pg1050925089_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_EMPTY_159
2639510_67107534224_302022081557_pla-478980247875_888698858543USA__KID_&trackingid=403x1050925089&lsft=cm_mmc:Google_Me
ns_PLA-_-Crealytics-Camato-Menswear-Designer-GS-Desktop_calvin%20klein302022081557-_-pg1050925089_c_kclickid_4f433054-4aba-426d-a
a7d-154cf1c055af_KID_413_1592639510_67107534224_302022081557_pla-478980247875_888698858543USA__c_KID_,trackingid:403x105092
5089&gclid=EAIaIQobChMI8oGPh72s3gIVjchkCh1-rAZeEAQYAyABEgLCQ_D_BwE

64. WOMEN'S TRAIN N LOGO FULL ZIP SWEATER

| | 4.00 EA | 80.00 | 27.60 | 347.60 | 3/8 yrs | Avg. | 37.5% | (120.00) | 227.60 |

Orig. Desc. - North Face, North Face Sweaters
Purchased From: REI

https://www.thenorthface.com/shop/womens-train-n-logo-full-zip-sweater-nf0a3ll6?variationId=GAU#hero=0

65. MEN'S GLACIER ALPINE JACKET

| | 2.00 EA | 70.00 | 12.08 | 152.08 | 3/8 yrs | Avg. | 37.5% | (52.50) | 99.58 |

Orig. Desc. - North Face, North Face Jackets
Purchased From: REI

https://www.thenorthface.com/shop/mens-glacier-alpine-jacket-nf0a3mfv?from=subCat&variationId=JK3&utm_medium=cpc&utm_source=Google
&utm_campaign=Shopping&utm_term=NF0A3MFVJK3M1#hero=0

ENRIQUE_GALVEZ

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 227
of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 66. Charter Club European White Down Lightweight Full/Queen Comforter | | | | | | | | | |
| | 2.00 EA | 300.00 | 51.75 | 651.75 | 4/10 yrs | Avg. | 40% | (240.00) | 411.75 |

Orig. Desc. - Macy's, Queen Goose Down Comforter
Purchased From: Macy's

https://www.macys.com/shop/product/charter-club-european-white-down-lightweight-full-queen-comforter-created-for-macys?ID=3145282&CategoryID=28898#fn=sp%3D1%26spc%3D22%26kws%3Dqueen%20down%20comforter%26searchPass%3DexactMultiMatch%26slotId%3D3

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 67. Pem America Truly Soft Watercolor Paisley King Duvet Set | | | | | | | | | |
| | 3.00 EA | 75.00 | 19.41 | 244.41 | 4/10 yrs | Avg. | 40% | (90.00) | 154.41 |

Orig. Desc. - Macy's, Douvet Covers
Purchased From: Macy's

https://www.macys.com/shop/product/truly-soft-watercolor-paisley-king-duvet-set?ID=6741007&tdp=cm_app~zMCOM-NAVAPP~xcm_zone~zPDP_ZONE_A~xcm_choiceId~zcidM05MDU-93775148-27f0-4343-8b6e-c650bb324959%40H7%40customers%2Balso%2Bshopped%2422672%246741007~xcm_pos~zPos1~xcm_srcCatID~z22672

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 68. Macy's, Plush Blankets | | | | | | | | | |
| | 3.00 EA | 40.00 | 10.35 | 130.35 | 2/10 yrs | Avg. | 20% | (24.00) | 106.35 |

Purchased From: Macy's

Validated price and price is in line with current market values

Macy's, Douvet Covers

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 69. Calvin Klein Modern Cotton Julian Pink Pair of Standard Shams, pair | | | | | | | | | |
| | 4.00 EA | 40.00 | 13.80 | 173.80 | 3/5 yrs | Avg. | 60% | (96.00) | 77.80 |

Orig. Desc. - Macy's, Sham Pillowcases
Purchased From: Macy's

https://www.macys.com/shop/product/calvin-klein-modern-cotton-julian-pink-pair-of-standard-shams?ID=5531753&CategoryID=7502#fn=sp%3D1%26spc%3D954%26kws%3Dpillow%20sham%26searchPass%3DmatchAll%26slotId%3D52

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 70. JLA Home Madison Park Forever Percale 2-PC King Pillowcases | | | | | | | | | |
| | 4.00 EA | 32.00 | 11.04 | 139.04 | 3/5 yrs | Avg. | 60% | (76.80) | 62.24 |

Orig. Desc. - Macy's, Pillowcases
Purchased From: Macy's

https://www.macys.com/shop/product/madison-park-forever-percale-2-pc-king-pillowcases?ID=6731518&CategoryID=9915#fn=sp%3D1%26spc%3D246%26kws%3Dpillow%20case%26searchPass%3DmatchAll%26slotId%3D7

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 71. Kaiser, CPAPS Machine | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 6/NA | Avg. | 0% | (0.00) | 0.00 |

Purchased From: Kaiser Perm

Please provide the original purchase invoice and replacement quote from a physician for an item of like kind and quality.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 72. Calvin Armoire | | | | | | | | | |
| | 1.00 EA | 4,999.00 | 431.16 | 5,430.16 | 6/20 yrs | Avg. | 30% | (1,499.70) | 3,930.46 |

Orig. Desc. - Ethan Allen, Clothes Amour

ENRIQUE_GALVEZ


**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

Purchased From: Ethan Allen

https://www.ethanallen.com/en_US/shop-furniture-bedroom-dressers-chests/calvin-armoire/295315.html?dwvar_295315_finish=367#q=armour&srule=PriceLowHigh&start=1&sz=24&pmin=1

73. Calvin Klein Men's Underwear Cotton Classics 6 Pack Knit Boxers, White/Black/Grey/Blue Assorted, X-Large

| | 2.00 EA | 59.50 | 10.26 | 129.26 | 2/3 yrs | Avg. | 66.67% | (79.33) | 49.93 |

Orig. Desc. - Calvin Klein, Calvin Klein Boxers 6 pair

Purchased From: Calvin Klein

https://www.amazon.com/gp/offer-listing/B0772HLRB5/ref=olp_twister_child?ie=UTF8&mv_color_name=1&mv_size_name=3

74. Beautyrest, Queen Bedroom set

| | 1.00 EA | 0.00 | 0.00 | 0.00 | 1/NA | Avg. | 0% | (0.00) | 0.00 |

We need more information to price items accurately: mattress or furniture?

Method (Check, Charge, Cash, Gift): Gift

75. Traxxas Ruslter XL5 Waterproof 2.4GHz 1:10 4WD RTR Electric RC Truck

| | 1.00 EA | 179.95 | 15.52 | 195.47 | 1/5 yrs | Avg. | 20% | (35.99) | 159.48 |

Orig. Desc. - Radio control car

Purchased From: Hobbie lobby

https://www.hobbytron.com/TraxxasRuslterXL5Waterproof24GHz1104WDRTRElectricRCTruck.html?gclid=EAIaIQobChMI1szDptan3gIVhMhkCh2sXgKhEAQYFSABEgKkePD_BwE#

76. Queen TEMPUR-Contour Supreme Mattress

| | 1.00 EA | 2,599.00 | 224.16 | 2,823.16 | 2/10 yrs | Above Avg. | 12% | (311.88) | 2,511.28 |

https://www.us-mattress.com/tempurpedic-contour-supreme-king.html

Method (Check, Charge, Cash, Gift): Gift

Orig. Desc. - Tempur-pedic, Tempur-contour mattress

77. Tempur-Pedic Ergo Queen Adjustable Base

| | 1.00 EA | 1,299.00 | 112.04 | 1,411.04 | 2/20 yrs | Above Avg. | 6% | (77.94) | 1,333.10 |

Orig. Desc. - Tempur-pedic, Tempur- ergo adjustable base

Method (Check, Charge, Cash, Gift):

https://www.ashleyfurniture.com/p/tempur-pedic-ergo-queen-adjustable-base/25558150A.html?mrkgcl=1069&product_id=25558150A&google_pla=true&&mrkgcl=1069&mrkgadid=3265670740&product_id=25558150A&adpos=1o2&creative=243920246582&device=c&matchtype=&network=g&gclid=EAIaIQobChMIh6n_k9in3gIVD6rsCh0qQwxUEAYYAiABEgJBLvD_BwE&gclsrc=aw.ds

78. Tempur-Pedic TEMPUR-Cloud Breeze Dual Cooling Queen Pillow

| | 1.00 EA | 169.99 | 14.66 | 184.65 | 2/10 yrs | Avg. | 20% | (34.00) | 150.65 |

Orig. Desc. - Tempur-cloud, Tempur- dual cooling pillows

Method (Check, Charge, Cash, Gift):



## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618  - Phone
(877) 548-1610  - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.bedbathandbeyond.com/store/product/tempur-pedic-reg-tempur-cloud-trade-breeze-dual-cooling-pillow/3257508?skuID=43009237&&mcid=PS_googlepla_nonbrand_bedding_online&product_id=43009237&adtype=pla&product_channel=online&adpos=1o1&creative=22409764581 5&device=c&matchtype=&network=g&mrkgadid=587720912&mrkgcl=609&rkg_id=0&gclid=EAIaIQobChMI5cK8sdin3gIVDttkCh1mkQfAEAQ YASABEgKdZfD_BwE&gclsrc=aw.ds

79. Real Simple HomeGrown Solid King Down Comforter

| | 2.00 EA | 169.99 | 29.32 | 369.30 | 2/10 yrs | | Avg. | 20% | (68.00) | 301.30 |

Orig. Desc. - Down comforters/ converters

Method (Check, Charge, Cash, Gift):

https://www.bedbathandbeyond.com/store/product/real-simple-reg-homegrown-trade-solid-down-comforter/3279401?skuID=45445057&&mrkgcl=6 09&mrkgadid=3296439483&rkg_id=0&mcid=PS_googlepla_nonbrand_bedding_online&product_id=45445057&adtype=pla&product_channel=onli ne&adpos=1o21&creative=224097645815&device=c&matchtype=&network=g&gclid=EAIaIQobChMI64aa9Nin3gIVhq_sCh1gogzPEAQYFSABE gLnl_D_BwE&gclsrc=aw.ds

80. AQ Textiles Egyptian Blend 800 Thread Count 4-Pc. Queen Sheet Set

| | 4.00 EA | 180.00 | 62.10 | 782.10 | 1/5 yrs | | Avg. | 20% | (144.00) | 638.10 |

Orig. Desc. - Egyptian cotton sheets set

Method (Check, Charge, Cash, Gift):

https://www.macys.com/shop/product/closeout-aq-textiles-egyptian-blend-800-thread-count-4-pc.-queen-sheet-set?ID=4832774

81. GREASE SUNGLASSES Z1045W

| | 1.00 EA | 720.00 | 62.10 | 782.10 | 1/8 yrs | Above Avg. | 7.5% | (54.00) | 728.10 |

Orig. Desc. - Louis Vuitton, LV grease sunglasses

Method (Check, Charge, Cash, Gift):

https://us.louisvuitton.com/eng-us/products/grease-sunglasses-nvprod1160087v

82. BOOGIE NIGHTS SUNGLASSES Z1058W

| | 1.00 EA | 665.00 | 57.36 | 722.36 | 1/8 yrs | Above Avg. | 7.5% | (49.88) | 672.48 |

Orig. Desc. - Louis Vuitton, LV Boogie Nights Sunglasses

Method (Check, Charge, Cash, Gift):

https://us.louisvuitton.com/eng-us/products/boogie-nights-sunglasses-nvprod1120171v

83. Royal Velvet 325tc Set of 2 Egyptian Cotton Wrinkle-Free Pillowcases

| | 2.00 EA | 50.00 | 8.63 | 108.63 | 2/5 yrs | | Avg. | 40% | (40.00) | 68.63 |

Orig. Desc. - Egyptian cotton pillowcases

Method (Check, Charge, Cash, Gift):

https://www.jcpenney.com/p/royal-velvet-325tc-set-of-2-egyptian-cotton-wrinkle-free-pillowcases/pp5003290508?pTmplType=regular&catId=cat10 0250068&deptId=dept20000012&urlState=/g/egyptian-cotton-sheets/N-bwo3wD1nopg4Z1z13ok5&productGridView=medium&badge=fewleft

84. Tempur-Pedic TEMPUR-Topper Supreme 3-Inch Queen Mattress Topper in White

| | 1.00 EA | 399.99 | 34.50 | 434.49 | 2/10 yrs | | Avg. | 20% | (80.00) | 354.49 |

Orig. Desc. - Tempur-pedic, Replacement covertop

Method (Check, Charge, Cash, Gift):

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 230 of 287



## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.bedbathandbeyond.com/store/product/tempur-pedic-reg-tempur-topper-supreme-3-inch-mattress-topper-in-white/207855?skuId=41103876&&mrkgcl=609&mrkgadid=3296441969&rkg_id=0&mcid=PS_googlepla_nonbrand_bedding_online&product_id=41103876&adtype=pla&product_channel=online&adpos=1o5&creative=224097645815&device=c&matchtype=&network=g&gclid=EAIaIQobChMI99TSusap3gIVDtRkCh3XjAlEEAQYBSABEgLD3_D_BwE&gclsrc=aw.ds

85. STOCKHOLM

| | 1.00 EA | 299.00 | 25.79 | 324.79 | 2/10 yrs | Above Avg. | 12% | (35.88) | 288.91 |

Orig. Desc. - Stockholm, Rug

Purchased From: IKEA

https://www.ikea.com/us/en/catalog/products/80104862/#/90103254

86. LISANN Throw, brown

| | 1.00 EA | 59.99 | 5.17 | 65.16 | 2/10 yrs | Avg. | 20% | (12.00) | 53.16 |

Orig. Desc. - Stimlonn, Throw rug

Purchased From: IKEA

https://www.ikea.com/us/en/catalog/products/30401906/

87. NORDLI 9-drawer chest

| | 1.00 EA | 319.00 | 27.51 | 346.51 | 3/20 yrs | Above Avg. | 9% | (28.71) | 317.80 |

Orig. Desc. - Nordli, 9 drawer chest

Purchased From: IKEA

https://www.ikea.com/us/en/catalog/products/S19211738/

88. ALLANIT Table lamp with LED bulb, white, glass

| | 2.00 EA | 74.99 | 12.94 | 162.92 | 3/10 yrs | Avg. | 30% | (44.99) | 117.93 |

Orig. Desc. - Egelsta, Table lamps

Purchased From: IKEA

https://www.ikea.com/us/en/catalog/products/10427059/

89. MONGSTAD Mirror, black-brown

| | 1.00 EA | 149.00 | 12.85 | 161.85 | 2/10 yrs | Avg. | 20% | (29.80) | 132.05 |

Orig. Desc. - Mongstad, Mirror

Purchased From: IKEA

https://www.ikea.com/us/en/catalog/products/00081591/

90. Gucci Bestiary GG Supreme Medium Top-Handle Tote Bag

| | 1.00 EA | 1,390.00 | 119.89 | 1,509.89 | 2/4 yrs | Above Avg. | 30% | (417.00) | 1,092.89 |

Orig. Desc. - Gucci, Large tote

Purchased From: Nordstrom

https://www.neimanmarcus.com/p/gucci-bestiary-gg-supreme-medium-top-handle-tote-bag-prod204580038?ecid=NMCS__GooglePLA&utm_source=google_shopping&adpos=1o3&scid=scplpsku174500065&sc_intid=sku174500065&gclid=EAIaIQobChMIlqGoi86p3gIVFsRkCh15awZ-EAQYAyABEgl6NvD_BwE

91. ZIPPY WALLET N63503

| | 1.00 EA | 805.00 | 69.43 | 874.43 | 3/4 yrs | Above Avg. | 45% | (362.25) | 512.18 |

ENRIQUE_GALVEZ



# CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

## CONTINUED - Storage master bedroom/ bedroom

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - Louis Vuitton, Zippy wallet | | | | | | | | | |
| Purchased From: Nordstrom | | | | | | | | | |
| https://us.louisvuitton.com/eng-us/products/zippy-wallet-damier-azur-014020 | | | | | | | | | |
| 92. GG Supreme bees tote | | | | | | | | | |
| | 1.00 EA | 1,100.00 | 94.88 | 1,194.88 | 2/4 yrs | Above Avg. | 30% | (330.00) | 864.88 |
| Orig. Desc. - Gucci, Medium purse | | | | | | | | | |
| Purchased From: Nordstrom | | | | | | | | | |
| https://www.gucci.com/us/en/pr/women/womens-handbags/womens-totes/gg-supreme-bees-tote-p-4738879IKIG8319?position=30&listName=ProductGrid&categoryPath=Women/Womens-Handbags | | | | | | | | | |
| 93. Plush Blankets | | | | | | | | | |
| | 2.00 EA | 40.00 | 6.90 | 86.90 | 1/10 yrs | Avg. | 10% | (8.00) | 78.90 |
| Method (Check, Charge, Cash, Gift): | | | | | | | | | |
| Validated price and price is in line with current market values | | | | | | | | | |
| 94. Calvin Klein Men's Harrington Jacket | | | | | | | | | |
| | 1.00 EA | 98.00 | 8.45 | 106.45 | 3/8 yrs | Avg. | 37.5% | (36.75) | 69.70 |
| https://www.macys.com/shop/product/calvin-klein-mens-harrington-jacket?ID=6772950&tdp=cm_app~zMCOM-NAVAPP~xcm_zone~zPDP_ZONE_A~xcm_choiceId~zcidM05MDU-6f316af3-a7ac-4b61-b11c-23bb958755e3%40H7%40customers%2Balso%2Bshopped%243763%246772950~xcm_pos~zPos1~xcm_srcCatID~z3763 | | | | | | | | | |
| Method (Check, Charge, Cash, Gift): | | | | | | | | | |
| Orig. Desc. - Calvin Klein, Jacket | | | | | | | | | |
| 95. VIZIO - 40" Class - LED - D-Series - 1080p - Smart - HDTV | | | | | | | | | |
| | 1.00 EA | 229.99 | 19.84 | 249.83 | 3/10 yrs | Avg. | 30% | (69.00) | 180.83 |
| Orig. Desc. - VIZIO, 40" smart hdtv | | | | | | | | | |
| Purchased From: Best buy | | | | | | | | | |
| https://www.bestbuy.com/site/vizio-40-class-led-d-series-1080p-smart-hdtv/6288347.p?skuId=6288347&ref=212&loc=1&extStoreId=251&ds_rl=1260573&ds_rl=1266837&ref=212&loc=1&ds_rl=1266837&gclid=EAIaIQobChMIqqmEysin3gIVkf5kCh1DIA0lEAQYASABEgKXufD_BwE&gclsrc=aw.ds | | | | | | | | | |
| 96. Hooker Furniture Arabella Wardrobe | | | | | | | | | |
| | 1.00 EA | 2,929.00 | 252.63 | 3,181.63 | 4/20 yrs | Avg. | 20% | (585.80) | 2,595.83 |
| Orig. Desc. - Hooker furniture, Armoire | | | | | | | | | |
| Purchased From: Wayfair | | | | | | | | | |
| https://www.hayneedle.com/product/hookerfurniturearabellawardrobe.cfm | | | | | | | | | |
| 97. KULLEN 5-drawer chest, black-brown | | | | | | | | | |
| | 3.00 EA | 79.00 | 20.44 | 257.44 | 2/20 yrs | Above Avg. | 6% | (14.22) | 243.22 |
| Orig. Desc. - Kullen, 5 drawer chest | | | | | | | | | |
| Purchased From: Ikea | | | | | | | | | |
| https://www.ikea.com/us/en/catalog/products/00360455/ | | | | | | | | | |

ENRIQUE_GALVEZ

10/29/2018     Page: 17


**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 98. KULLEN 2-drawer chest, black-brown | | | | | | | | | |
| | 2.00 EA | 39.99 | 6.90 | 86.88 | 2/20 yrs | Avg. | 10% | (8.00) | 78.88 |
| Orig. Desc. - Kullen, 2 drawer chest | | | | | | | | | |
| Purchased From: IKEA | | | | | | | | | |
| https://www.ikea.com/us/en/catalog/products/60322130/ | | | | | | | | | |
| 99. ELVARLI Shelf unit, white | | | | | | | | | |
| | 2.00 EA | 180.00 | 31.05 | 391.05 | 2/20 yrs | Above Avg. | 6% | (21.60) | 369.45 |
| Orig. Desc. - Elvarli, Shoe rack | | | | | | | | | |
| Purchased From: IKEA | | | | | | | | | |
| Shelf unit, white | | | | | | | | | |
| 100. Hemnes, Hat rack | | | | | | | | | |
| | 1.00 EA | 49.00 | 4.23 | 53.23 | 2/10 yrs | Above Avg. | 12% | (5.88) | 47.35 |
| Purchased From: IKEA | | | | | | | | | |
| Validated price and price is in line with current market values. | | | | | | | | | |
| 101. Pull-out Tie Rack by Richelieu | | | | | | | | | |
| | 1.00 EA | 59.99 | 5.17 | 65.16 | 3/10 yrs | Avg. | 30% | (18.00) | 47.16 |
| Orig. Desc. - Richelieu, Tie rack | | | | | | | | | |
| Purchased From: Wayfair | | | | | | | | | |
| https://www.wayfair.com/storage-organization/pdp/richelieu-pull-out-tie-rack-rhc2858.html?piid= | | | | | | | | | |
| 102. Large 2 Door Paint Decorated Country French Armoire Wardrobe | | | | | | | | | |
| | 1.00 EA | 1,595.00 | 137.57 | 1,732.57 | 10/20 yrs | Above Avg. | 30% | (478.50) | 1,254.07 |
| Orig. Desc. - Antique Armoire carvings | | | | | | | | | |
| Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |
| https://www.etsy.com/listing/580032264/28916e-large-2-door-paint-decorated?ga_order=price_desc&ga_search_type=all&ga_view_type=gallery&ga_search_query=carved%20armoire&ref=sc_gallery-1-1&plkey=cc1742172358ad2c88d55b603dced79c471cd1aa:580032264 | | | | | | | | | |
| 103. FARMHOUSE CANOPY BED | | | | | | | | | |
| | 1.00 EA | 1,599.00 | 137.91 | 1,736.91 | 4/20 yrs | Above Avg. | 12% | (191.88) | 1,545.03 |
| Orig. Desc. - Farmhouse, Canopy bed | | | | | | | | | |
| Purchased From: Pottery barn | | | | | | | | | |
| https://www.potterybarn.com/products/farmhouse-canopy-bed/?cm_src=rel | | | | | | | | | |
| 104. KAPLAN LIFT TRUNK | | | | | | | | | |
| | 1.00 EA | 699.00 | 60.29 | 759.29 | 4/20 yrs | Above Avg. | 12% | (83.88) | 675.41 |
| Orig. Desc. - Kaplan, Lift trunk | | | | | | | | | |
| Purchased From: Pottery Barn | | | | | | | | | |
| https://www.potterybarn.com/products/kaplan-pop-up-coffee-table/ | | | | | | | | | |
| 105. Guild OM-240CE Charcoal Burst Acoustic-Electric Guitar Charcoal Burst | | | | | | | | | |
| | 1.00 EA | 499.00 | 43.04 | 542.04 | 2/20 yrs | Above Avg. | 6% | (29.94) | 512.10 |
| Orig. Desc. - Guild, Acoustic guitar | | | | | | | | | |

ENRIQUE_GALVEZ



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618  - Phone
(877) 548-1610  - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |

https://www.guitarcenter.com/Guild/OM-240CE-Charcoal-Burst-Acoustic-Electric-Guitar-Charcoal-Burst-1500000220203.gc?cntry=us&source=4W
WRWXGP&gclid=EAIaIQobChMI_OOB8dOp3gIVFNlkCh3_zAQHEAQYAyABEgIAmfD_BwE

| 106. Lapis Azula ring | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 300.00 | 25.88 | 325.88 | 5/NA | Above Avg. | 0% | (0.00) | 325.88 |
| Priced per insured | | | | | | | | | |
| Purchased From: JCPennys | | | | | | | | | |
| 107. Pair jade earrings | | | | | | | | | |
| | 1.00 EA | 450.00 | 38.81 | 488.81 | 4/NA | Above Avg. | 0% | (0.00) | 488.81 |
| Priced per insured | | | | | | | | | |
| Purchased From: JCPennys | | | | | | | | | |
| 108. Jade/ Diamond ring | | | | | | | | | |
| | 1.00 EA | 800.00 | 69.00 | 869.00 | 4/NA | Above Avg. | 0% | (0.00) | 869.00 |
| Priced per insured | | | | | | | | | |
| Purchased From: Merksamer jewelers | | | | | | | | | |
| 109. Opal/diamond ring | | | | | | | | | |
| | 1.00 EA | 900.00 | 77.63 | 977.63 | 4/NA | Above Avg. | 0% | (0.00) | 977.63 |
| Priced per insured | | | | | | | | | |
| Purchased From: Merksamer jewelers | | | | | | | | | |
| 110. Antique solitaire princess cut 3 ctw diamond ring | | | | | | | | | |
| | 1.00 EA | 6,000.00 | 517.50 | 6,517.50 | 20/NA | Avg. | 0% | (0.00) | 6,517.50 |
| Priced per insured | | | | | | | | | |
| Purchased From: Merksamer | | | | | | | | | |
| 111. 2ctw diamond stud | | | | | | | | | |
| | 1.00 EA | 1,500.00 | 129.38 | 1,629.38 | 5/NA | Above Avg. | 0% | (0.00) | 1,629.38 |
| Priced per insured | | | | | | | | | |
| Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |
| 112. Colby Chrome Metal Framed Floor Mirror | | | | | | | | | |
| | 1.00 EA | 349.00 | 30.10 | 379.10 | 2/10 yrs | Above Avg. | 12% | (41.88) | 337.22 |
| Orig. Desc. - Colby, Floor mirror | | | | | | | | | |
| Purchased From: William Sonoma | | | | | | | | | |

https://www.crateandbarrel.com/colby-chrome-metal-framed-floor-mirror/s284024?localedetail=US&a=1552&campaignid=622767084&adgroupid=
28469965136&targetid=pla-296041674129&pla_sku=284024&pcat=HSW&ag=adult&scid=scplp284024&sc_intid=284024&gclid=EAIaIQobChMI
_vDpmtSp3gIVirxkCh3MVQBOEAQYASABEgLoAPD_BwE&gclsrc=aw.ds

| 113. Samsonite Freeform Hardside Spinner Luggage | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 319.99 | 27.60 | 347.59 | 3/20 yrs | Avg. | 15% | (48.00) | 299.59 |
| Orig. Desc. - Samsonite, Hardside spinner luggage | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |

ENRIQUE_GALVEZ

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 234
of 287


**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.kohls.com/product/prd-2861775/samsonite-freeform-hardside-spinner-luggage.jsp?skuid=38032099&ci_mcc=ci&utm_campaign=LUGGAGE&utm_medium=CSE&utm_source=google&utm_product=38032099&CID=shopping15&utm_campaignid=196835732&pid=googleadwords_int&af_channel=CSE&gclid=EAIaIQobChMI0NTUsdSp3gIVUWF-Ch0haQ9VEAQYCCABEgIBrfD_BwE&gclsrc=aw.ds

114.  Stadler Form EVA Ultrasonic Humidifier in White

| | 1.00 EA | 199.99 | 17.25 | 217.24 | 3/10 yrs | Avg. | 30% | (60.00) | 157.24 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Stadler form, Eva ultrasonic humidifier

Purchased From: Bed bath & beyond

https://www.bedbathandbeyond.com/store/product/stadler-form-reg-eva-ultrasonic-humidifier/3296225?skuId=46666895&&mcid=PS_googlepla_nonbrand_cleaning_online&product_id=46666895&adtype=pla&product_channel=online&adpos=1o4&creative=223595886206&device=c&matchtype=&network=g&mrkgadid=558411569&mrkgcl=609&rkg_id=0&gclid=EAIaIQobChMI-LKP_dSp3gIVAtVkCh1d_wU2EAYYBCABEgJsgfD_BwE&gclsrc=aw.ds

115.  Torin Floor Jack-Aluminum and Steel

| | 1.00 EA | 89.98 | 7.76 | 97.74 | 4/10 yrs | Avg. | 40% | (35.99) | 61.75 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Lowes, Floor jack with stand

Purchased From: Lowes

https://www.lowes.com/pd/Torin-Floor-Jack-Aluminum-and-Steel/50273055

116.  North Face, Ski clothes & acessories

| | 10.00 EA | 0.00 | 0.00 | 0.00 | 3/NA | Avg. | 0% | (0.00) | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

Purchased From: Dicks sporting goods

We need more information to price items accurately: please itemize

117.  Men's Golden State Warriors Stephen Curry Nike Black Swingman Jersey Statement Edition

| | 3.00 EA | 109.99 | 28.46 | 358.43 | 2/8 yrs | Avg. | 25% | (82.49) | 275.94 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Nike, Warriors jerseys

Purchased From: Dicks sporting goods

https://store.nba.com/golden-state-warriors/mens-golden-state-warriors-stephen-curry-nike-black-swingman-jersey-statement-edition/t-47251785+p-8085786768400+z-9-2430394995

118.  NIKE NBA CLUB WORDMARK HOODIE - MEN'S

| | 2.00 EA | 69.99 | 12.07 | 152.05 | 2/8 yrs | Avg. | 25% | (35.00) | 117.05 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Nike, Warriors hoodies

Purchased From: Dicks sporting goods

https://www.eastbay.com/product/model:283302/sku:11754495/nike-nba-club-wordmark-hoodie-mens/golden-state-warriors/royal/?SID=7726&inceptor=1&cm_mmc=SEM-_-PLA-_-Google-_-11754495&gclid=EAIaIQobChMI8umZmMSs3gIVFMNkCh3sowvwEAQYBCABEgJPdfD_BwE&gclsrc=aw.ds

119.  San Francisco 49ers Nike 2018 Custom Game Jersey - Red

| | 2.00 EA | 149.99 | 25.87 | 325.85 | 3/8 yrs | Avg. | 37.5% | (112.49) | 213.36 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Mitchell & NESS, 49er Jersey

Purchased From: Dicks sporting goods

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 235 of 287

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.fanatics.com/nfl/san-francisco-49ers/san-francisco-49ers-nike-2018-custom-game-jersey-red/o-6838+t-92603707+p-4779287456+z-8-1750751609

120.  Men's San Francisco Giants Majestic Gray Road Cool Base Jersey

| | 2.00 EA | 99.99 | 17.25 | 217.23 | 3/8 yrs | Avg. | 37.5% | (74.99) | 142.24 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Majestic, San Francisco Giants jersey

Purchased From: Dicks sporting goods

https://www.mlbshop.com/Mens_Majestic_Gray_San_Francisco_Giants_Official_Cool_Base_Jersey/p-1939181?_s=ak1944mlb-connx&sku=6274533&utm_medium=cse

121.  Jonathan Adler, Shoe storage wood

| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | (0.00) | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

Purchased From:

We need more information to price items accurately

122.  Quest All Terrain Chair

| | 6.00 EA | 24.99 | 12.93 | 162.87 | 2/10 yrs | Avg. | 20% | (29.99) | 132.88 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Quest, Outdoor lounge chair

Purchased From: Dicks sporting goods

https://www.dickssportinggoods.com/p/quest-all-terrain-chair-18queuqstlltrrnchodr/18queuqstlltrrnchodr

123.  Kennedy Barrel Chair

| | 1.00 EA | 779.99 | 67.27 | 847.26 | 2/10 yrs | Avg. | 20% | (156.00) | 691.26 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Kennedy, Barrel chairs

Purchased From: Wayfair, Method (Check, Charge, Cash, Gift): Gift

https://www.jossandmain.com/furniture/pdp/kennedy-barrel-chair-hscl1001.html?piid=24234783

124.  Kat Von D, Kat von d shade light vault limited edition make up kit

| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | (0.00) | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

Method (Check, Charge, Cash, Gift): Gift

We need more information to price items accurately

125.  SEPHORA COLLECTION Tools Of The Trade Brush Set

| | 1.00 EA | 62.00 | 5.35 | 67.35 | 0.5/NA | New | 0% | (0.00) | 67.35 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Sephora, Make up brushes

Purchased From: Sephora

https://www.sephora.com/product/tools-of-the-trade-brush-set-P379559?icid2=products%20grid:p379559:product

126.  Artis Elite Smoke 5 Makeup Brush Set

| | 1.00 EA | 170.00 | 14.66 | 184.66 | 1/10 yrs | Above Avg. | 6% | (10.20) | 174.46 |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Artis, Make up brushes

Purchased From: Nordstrom

ENRIQUE_GALVEZ



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|

https://www.neimanmarcus.com/p/artis-elite-smoke-5-makeup-brush-set-prod212460010?ecid=NMCS__GooglePLA&utm_source=google_shopping&adpos=1o5&scid=scplpsku180200297&sc_intid=sku180200297&gclid=EAIaIQobChMI95e05vep3gIVitlkCh3d8wnvEAQYBSABEgLrsvD_BwE

127. LAURA MERCIER Eye Art Artist's Palette

| 1.00 EA | 55.00 | 4.74 | 59.74 | 0.5/NA | New | 0% | (0.00) | 59.74 |
|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Laura Mercier, Artistry Palette
Purchased From: Nordstrom

https://www.sephora.com/product/artist-palette-for-eyes-P383070?lsft%3Dom_mmc%3Appc-GG_1533944608_60212794284_297728708584_1677848_291191670138_9030106_c,country_switch:us;lang:en&gclsrc=aw.ds&&gclid=EAIaIQobChMI9-Pyhvip3gIVmMJkCh2VwAvAEAQYAiABEgLYdfD_BwE

128. Hourglass Cosmetics Ambient Lighting Edit - Volume 4

| 1.00 EA | 80.00 | 6.90 | 86.90 | 0.33/NA | New | 0% | (0.00) | 86.90 |
|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Hourglass, Face make up
Purchased From: Nordstrom

https://www.neimanmarcus.com/p/hourglass-cosmetics-ambient-lighting-edit-volume-4-prod215030075?ecid=NMCS__GooglePLA&utm_source=google_shopping&adpos=1o4&scid=scplpsku182030429&sc_intid=sku182030429&gclid=EAIaIQobChMI0e-Rnfip3gIVh8hkCh0Q7gsdEAQYBCABEgKdIvD_BwE

129. CHANEL COCO MADEMOISELLE Eau de Parfum Spray, 3.4-oz

| 1.00 EA | 130.00 | 11.21 | 141.21 | 1/10 yrs | Above Avg. | 6% | (7.80) | 133.41 |
|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Chanel, Perfume spray
Purchased From: Nordstrom

https://www.macys.com/shop/product/chanel-coco-mademoiselle-eau-de-parfum-spray-3.4-oz?ID=74714&CategoryID=62575#fn=sp%3D1%26spc%3D124%26ruleId%3D78%7CBOOST%20SAVED%20SET%7CBOOST%20ATTRIBUTE%26searchPass%3DmatchNone%26slotId%3D2

130. JOY BY DIOR Eau de parfum

| 1.00 EA | 75.00 | 6.47 | 81.47 | 0.5/NA | Above Avg. | 0% | (0.00) | 81.47 |
|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Dior, Perfume spray
Purchased From: Nordstrom

https://www.dior.com/en_us/products/beauty-y0996027_c099600150-joy-by-dior-eau-de-parfum?LGWCODE=C099600150US%3B143913%3B6271&gclid=EAIaIQobChMI9HupcOs3gIVBLvsCh3XzACeEAQYASABEgIESPD_BwE

131. BOBBI BROWN Skin Foundation Stick

| 1.00 EA | 46.00 | 3.97 | 49.97 | 0.25/NA | Above Avg. | 0% | (0.00) | 49.97 |
|---|---|---|---|---|---|---|---|---|

Orig. Desc. - Bobbi Brown, Make up
Purchased From: Nordstrom

https://www.sephora.com/product/foundation-stick-P270549?skuId=1587443&om_mmc=ppc-GG_1165716884_53825910900_pla-418852531889_1587443_257731948031_9031997_c&country_switch=us&lang=en&gclid=EAIaIQobChMI7aSFrMOs3gIVgX5-Ch1PXQBOEAQYAiABEgLso_D_BwE&gclsrc=aw.ds

ENRIQUE_GALVEZ

10/29/2018          Page: 22

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 237 of 287

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 132. Burberry Women's Perfume 2-pc. Gift Set | | | | | | | | | |
| | 1.00 EA | 75.00 | 6.47 | 81.47 | 0.42/NA | New | 0% | (0.00) | 81.47 |

Orig. Desc. - Burberry, Burberry gift set perfume/ lotion
Method (Check, Charge, Cash, Gift): Gift

https://www.kohls.com/product/prd-3304518/burberry-womens-perfume-2-pc-gift-set.jsp?skuid=76706881&ci_mcc=ci&utm_campaign=&utm_med
ium=CSE&utm_source=connexity&utm_product=&utm_campaignid=&CID=shopping34utm_product=58700000748252854&utm_campaignid=717
00000012072753%3C2%3E&utm_content=15408463000630646609410070302008005&gclid=CLmdvOPDrN4CFYVegQodM9cKMw&gclsrc=ds

| 133. Vuarnet District Square Polarized Sunglasses, Red Amber/Blue | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 285.00 | 24.58 | 309.58 | 3/8 yrs | Avg. | 37.5% | (106.88) | 202.70 |

https://www.neimanmarcus.com/p/vuarnet-district-square-polarized-sunglasses-red-amber-blue-prod201140165?ecid=NMCS__GooglePLA&utm_so
urce=google_shopping&adpos=1o5&scid=scplpsku172010597&sc_intid=sku172010597&gclid=EAIaIQobChMIhdmwrdmp3gIVkONkCh3z3QHPE
AQYBSABEgIRvD_BwE
Purchased From:
Orig. Desc. - Vuarnet, Polar sunglasses

| 134. 14k Harrington chain gold | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 500.00 | 43.13 | 543.13 | 5/NA | Avg. | 0% | (0.00) | 543.13 |

Purchased From: Merksamer
Priced per insured

| 135. 22k gold chain | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 1,200.00 | 103.50 | 1,303.50 | 5/NA | Avg. | 0% | (0.00) | 1,303.50 |

Purchased From: Merksamer
Priced per insured

| 136. Burberry Frankby Quilted Jacket | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 595.00 | 51.32 | 646.32 | 2/8 yrs | Above Avg. | 15% | (89.25) | 557.07 |

Orig. Desc. - Burberry, Quilted jacket
Purchased From: Nordstrom

https://www.bloomingdales.com/shop/product/burberry-frankby-quilted-jacket?ID=2983849&pla_country=US&cm_mmc=Google-PL
A-ADC-_-Designer-NA-_-Burberry-_-5045550962090USA&CAWELAID=120156070007034025&CAGPSPN=pla&CAAGID=47685648919&CA
TCI=pla-382794621811&CATARGETID=120156070006245322&cadevice=c&gclid=EAIaIQobChMI9v724Nmp3gIVjop-Ch1G9AYKEAQYAYA
BEgLCQvD_BwE

| 137. STRAIGHT LEG SANDY WASH JEANS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 69.50 | 5.99 | 75.49 | 2/8 yrs | Above Avg. | 15% | (10.43) | 65.06 |

Orig. Desc. - Calvin Klein, Straight legged jeans
Purchased From: Nordstrom, Method (Check, Charge, Cash, Gift): Gift

https://www.calvinklein.us/en/straight-leg-sandy-wash-jeans-15553810?pla=pla_00637865680438&cvosrc=cse.google.00637865680438&source=
CAPLA_DF&cid=ppc_ggl_00637865680438&ogmap=PLA|BRAND|GOOG|STND|c||MALE|PLA%20%7C%20Brand%20%7C%20Mens%20Catc
h%20All|Catch%20All||ken=kid:bb4ad90c-50b8-4de7-bdcc-600c7153c8b1||297546631617|8690812|4800043&gclid=EAIaIQobChMI__Xj_tmp3gIV
k8BkCh1zMAwbEAQYAyABEgJGL_D_BwE

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 238
of 287

## CONTINUED - Storage master bedroom/ bedroom

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 138. Levi's 711 Skinny Ankle Jean | | | | | | | | | |
| | 1.00 EA | 59.50 | 5.13 | 64.63 | 1/8 yrs | Above Avg. | 7.5% | (4.46) | 60.17 |

Orig. Desc. - Levi, Women's jeans
Purchased From: Nordstrom

https://www.jcpenney.com/p/levis-711-skinny-ankle-jean/ppr5007239535?pTmplType=regular&country=US&currency=USD&selectedSKUId=843
12180034&selectedLotId=8431218&fromBag=true&quantity=1&utm_medium=cse&utm_source=google&utm_campaign=cropped%20pants&utm_
content=84312180034&cid=cse%7Cgoogle%7C008%20-%20womens%20apparel%7Ccropped%20pants_84312180034&gclid=EAIaIQobChMI0e
WdicSs3gIVyIR-Ch2J3gHYEAQYAyABEgLqvfD_BwE

| 139. Lauren Ralph Lauren Waffle-Knit Cotton Midi Dress | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 99.50 | 8.58 | 108.08 | 1/8 yrs | Above Avg. | 7.5% | (7.46) | 100.62 |

Orig. Desc. - Polo Ralph Lauren, Midi dress
Purchased From: Nordstrom

https://www.macys.com/shop/product/lauren-ralph-lauren-waffle-knit-cotton-midi-dress?ID=6524865&pla_country=US&CAGPSPN=pla&CAWEL
AID=120156340030110542&CAAGID=19061551021&CATCI=pla-381272813931&catargetid=120156340018372371&cadevice=c&lsft=cm_mmc
:Google_Womens_PLA-_-RTW%20Womens_Lauren%20Ralph%20Lauren%20-%20GS_Dresses72117743461-_-pg1989819_c_kclickid_bb4ad90c
-50b8-4de7-bdcc-600c7153c8b1_KID_500_255686941_19061551021_72117743461_pla-381272813931_882909945091USA__c_KID_,trackingid:
424x1989819&cm_mmc=Google_Womens_PLA-_-RTW_Womens_Lauren_Ralph_Lauren_-_GS_Dresses-_-72117743461-_-pg1989819_c_kclicki
d_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1255686941_19061551021_72117743461_pla-381272813931_882909945091USA__KID_&trackingid=
424x1989819&gclid=EAIaIQobChMI7Lfgltqp3gIVgpV-Ch0nfAx_EAQYByABEgL_1_D_BwE

| 140. Melange V-neck dress in stretch virgin wool | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 495.00 | 42.69 | 537.69 | 2/8 yrs | Above Avg. | 15% | (74.25) | 463.44 |

Orig. Desc. - Boss, Wool dress
Purchased From: Nordstrom

https://www.hugoboss.com/us/melange-v-neck-dress-in-stretch-virgin-wool/728678859781.html?gclid=EAIaIQobChMIj6X_nNqp3gIVgXt-Ch0vag
DREAQYBSABEglxGfD_BwE

| 141. Knitted flared dress with three-dimensional structure | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 298.00 | 25.70 | 323.70 | 2/8 yrs | Above Avg. | 15% | (44.70) | 279.00 |

Orig. Desc. - Boss, Dress
Purchased From: Nordstrom

https://www.hugoboss.com/us/knitted-flared-dress-with-three-dimensional-structure/728678373607.html?gclid=EAIaIQobChMIqPzAz9up3gIVgX1-
Ch0yMQj5EAQYBCABEgIY0_D_BwE

| 142. Heartloom, Jumpsuit | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | (0.00) | 0.00 |

Purchased From:
We need more information to price items accurately

| 143. Boden, Sleeveless dress | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.67/NA | Above Avg. | 0% | (0.00) | 0.00 |

Purchased From: Nordstrom

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 239
of 287

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 144. Dress the Population Raquel One-Shoulder Dress | | | | | | | | | |
| | 1.00 EA | 254.00 | 21.91 | 275.91 | 1/8 yrs | Above Avg. | 7.5% | (19.05) | 256.86 |

Orig. Desc. - Dress the population, Off shoulder dress

Purchased From: Nordstrom

https://www.bloomingdales.com/shop/product/dress-the-population-raquel-one-shoulder-dress?ID=2991564&pla_country=US&cm_mmc=Google-PLA-ADC-_-Dresses-DressesJan17Coop-_-Dress%20The%20Population-_-843301101003USA&CAWELAID=120156070007847174&CAGPSPN=pla&CAAGID=47685645359&CATCI=aud-298639203060:pla-447328442357&CATARGETID=120156070006108163&cadevice=c&gclid=EAIaIQobChMI0o_Htcas3gIVh8BkCh0HhQguEAQYBCABEgJfafD_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 145. ADELYN RAE Ruched Jersey Sheath Dress | | | | | | | | | |
| | 1.00 EA | 89.00 | 7.68 | 96.68 | 2/8 yrs | Above Avg. | 15% | (13.35) | 83.33 |

Orig. Desc. - Adelyn rae, Sheath dress

Purchased From:

https://shop.nordstrom.com/s/adelyn-rae-ruched-jersey-sheath-dress/4183482?country=US&currency=USD&mrkgcl=760&mrkgadid=3313958663&utm_content=32036587325&utm_term=pla-260762891958&utm_channel=shopping_ret_p&sp_source=google&sp_campaign=662927179&rkg_id=0&adpos=1o10&creative=145503088544&device=c&matchtype=&network=g&gclid=EAIaIQobChMI5oXe0sas3gIVFbvsCh3wzQKBEAQYCiABEgKqGvD_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 146. Veronica Beard Lyssa High-Heel Houndstooth d'Orsay Pumps | | | | | | | | | |
| | 1.00 EA | 450.00 | 38.81 | 488.81 | 2/3 yrs | Above Avg. | 40% | (180.00) | 308.81 |

Orig. Desc. - Veronica beard, Women's heels

Purchased From: Nordstrom

https://www.bergdorfgoodman.com/Veronica-Beard-Lyssa-High-Heel-Houndstooth-d-Orsay-Pumps/prod142030111/p.prod?ecid=BGCS__GooglePLA&utm_source=google_shopping&adpos=1o3&scid=scplpsku112450822&sc_intid=sku112450822&gclid=EAIaIQobChMIoqnz5typ3gIVkcJkCh0zXgAwEAYYAyABEgIYKPD_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 147. Tony Burch Elizabeth Smooth Leather Pumps | | | | | | | | | |
| | 1.00 EA | 278.00 | 23.98 | 301.98 | 2/3 yrs | Above Avg. | 40% | (111.20) | 190.78 |

Orig. Desc. - Tony Burch, Women's pumps

Purchased From: Nordstrom

https://www.neimanmarcus.com/c/designers-tory-burch-cat17600760

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 148. gweneth heels | | | | | | | | | |
| | 1.00 EA | 268.00 | 23.12 | 291.12 | 3/3 yrs | Above Avg. | 60% | (160.80) | 130.32 |

Orig. Desc. - kate spade new york, Sandal heel

Purchased From: Nordstrom

https://www.katespade.com/products/gweneth-heels/640819463452.html

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 149. Via Spiga Forte Block Heel Sandals | | | | | | | | | |
| | 1.00 EA | 250.00 | 21.56 | 271.56 | 0.75/3 yrs | Below Avg. | 35% | (87.50) | 184.06 |

Orig. Desc. - Via spica, Sandal

Purchased From: Nordstrom

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 240 of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.dillards.com/p/via-spiga-forte-block-heel-sandals/507958087?googleShop=Y&cm_mmc=GooglePLAs-_-Category-_+All+Womens+Shoes+-+Shopping-_-g-_-null&gclid=EAIaIQobChMIkr_w6t2p3gIVlspkCh2kWwD2EAQYAiABEgI_yvD_BwE

150. Franco Sarto Belaire Tall Boots

| | 1.00 EA | 189.00 | 16.30 | 205.30 | 3/3 yrs | Above Avg. | 60% | (113.40) | 91.90 |

Orig. Desc. - Boot

Purchased From: DSW Designser shoe warehouse

https://www.macys.com/shop/product/franco-sarto-belaire-tall-boots?ID=6799290&CategoryID=25122&swatchColor=Black&swatchColor=Black#fn=sp%3D1%26spc%3D1755%26kws%3Dboots%26searchPass%3DexactMultiMatch%26slotId%3D110

151. KENNETH COLE NEW YORK KAROLINA SANDAL

| | 1.00 EA | 99.99 | 8.62 | 108.61 | 2/3 yrs | Avg. | 66.67% | (66.66) | 41.95 |

Orig. Desc. - Karolina, Sandal

Purchased From: DSW

https://www.dsw.com/en/us/product/kenneth-cole-new-york-karolina-sandal/415286?cm_mmc=CSE-_-GPS-_-G_Shopping_Sandals-_-New_Sandals&cadevice=c&gclid=EAIaIQobChMIt K7RoMes3gIVENVkCh1yfQLDEAQYASABEgJge_D_BwE

152. Lane Boots Women's 'Love Sick' Cowboy Boots - Distressed Brown

| | 1.00 EA | 288.00 | 24.84 | 312.84 | 2/3 yrs | Above Avg. | 40% | (115.20) | 197.64 |

Orig. Desc. - Lovesick, Western boots

Purchased From:

https://www.langstons.com/lane-womens-cowboy-boots-love-sick-distressed-brown-lb0040d.html?Size=9&gclid=EAIaIQobChMI0p7Dh96p3gIVhchkCh3BqQF1EAQYBiABEgJbefD_BwE

153. olsten, Class ring men's

| | 1.00 EA | 399.00 | 34.41 | 433.41 | 30/NA | Avg. | 0% | (0.00) | 433.41 |

Purchased From: Jolsten

Priced per insured

154. Christmas decorations

| | 1.00 EA | 0.00 | 0.00 | 0.00 | 10/NA | Avg. | 0% | (0.00) | 0.00 |

Business Use: No

We need more information to price items accurately: quantity

155. Wall-Mounted Locking Wooden Jewelry Armoire - 14.5W x 50H in.

| | 1.00 EA | 266.64 | 23.00 | 289.64 | 2/10 yrs | Avg. | 20% | (53.33) | 236.31 |

Orig. Desc. - Large Jewelery wall unit

Purchased From:

https://www.hayneedle.com/product/wallmountedwoodenjewelryarmoire.cfm

156. Classic Gray Twin-over-Twin Bunk Bed - Spring Creek

| | 1.00 EA | 599.99 | 51.75 | 651.74 | 3/20 yrs | Above Avg. | 9% | (54.00) | 597.74 |

Orig. Desc. - Wood bunk beds twin

Purchased From: Rcwilley

ENRIQUE_GALVEZ


**CONTINUED - Storage master bedroom/ bedroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| https://www.rcwilley.com/Furniture/Bedroom/Beds/Bunk-Beds/110434455/Classic-Gray-Twin-over-Twin-Bunk-Bed---Spring-Creek-View.jsp | | | | | | | | | |
| 157. Rustic Driftwood 4-Drawer Chest - Fort | | | | | | | | | |
| | 1.00 EA | 399.99 | 34.50 | 434.49 | 3/20 yrs | Above Avg. | 9% | (36.00) | 398.49 |
| Orig. Desc. - Rustic, 4 drawer dresser | | | | | | | | | |
| Purchased From: RCWilley | | | | | | | | | |
| https://www.rcwilley.com/Search.jsp?q=4+drawer+dresser | | | | | | | | | |
| 158. Sunset LaSalle Plush Twin Mattress | | | | | | | | | |
| | 2.00 EA | 229.99 | 39.67 | 499.65 | 3/10 yrs | Above Avg. | 18% | (82.80) | 416.85 |
| Orig. Desc. - Sunset ruby, Twin mattresses | | | | | | | | | |
| Purchased From: RCWilley | | | | | | | | | |
| https://www.rcwilley.com/Mattresses/Twin/Mattresses/930112-3010/111064775/Sunset-LaSalle-Plush-Twin-Mattress-View.jsp | | | | | | | | | |
| **Totals: Storage master bedroom/ bedroom** | | **5,432.95** | **68,423.48** | | | | | **9,575.09** | **58,848.39** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Storage bathroom** | | | | | | | | | |
| 159. Bath towel collection | | | | | | | | | |
| | 10.00 EA | 19.99 | 17.24 | 217.14 | 0.5/NA | Above Avg. | 0% | (0.00) | 217.14 |
| Purchased From: Bed bath beyond | | | | | | | | | |
| Validated price and price is in line with current market values. | | | | | | | | | |
| 160. Picture frames | | | | | | | | | |
| | 5.00 EA | 25.00 | 10.78 | 135.78 | 1/10 yrs | Above Avg. | 6% | (7.50) | 128.28 |
| Purchased From: Bed bath beyond | | | | | | | | | |
| Validated price and price is in line with current market values | | | | | | | | | |
| 161. Liz Claiborne Luxury Egyptian Cotton Bath Towel | | | | | | | | | |
| | 8.00 EA | 26.00 | 17.94 | 225.94 | 2/5 yrs | Avg. | 40% | (83.20) | 142.74 |
| Orig. Desc. - Macy's, Egyptian cotton towels | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |
| https://www.jcpenney.com/p/liz-claiborne-luxury-egyptian-cotton-bath-towel/ppr5007671638?pTmplType=regular&catId=SearchResults&searchTerm=egyptian+cotton+towels&sort=PLH&productGridView=medium&badge=onlyatjcp | | | | | | | | | |
| 162. EMPORIO ARMANI G Line Trim Fit Solid Wool Suit | | | | | | | | | |
| | 2.00 EA | 1,495.00 | 257.89 | 3,247.89 | 5/8 yrs | Avg. | 62.5% | (1,868.75) | 1,379.14 |
| Orig. Desc. - Armani, Armani Suit | | | | | | | | | |
| Purchased From: | | | | | | | | | |

ENRIQUE_GALVEZ



# CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage bathroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://shop.nordstrom.com/s/emporio-armani-g-line-trim-fit-solid-wool-suit/4943716?country=US&currency=USD&mrkgcl=760&mrkgadid=33139
61047&utm_content=47080218853&utm_term=aud-446275110441:pla-371773334624&utm_channel=shopping_acq_p&sp_source=google&sp_ca
mpaign=953510830&rkg_id=0&adpos=1o4&creative=226491502741&device=c&matchtype=&network=g&gclid=EAIaIQobChMIvOm8mt-p3gIVi
aDsCh0TVAB7EAQYBCABEgJJbvD_BwE

**163. Geoffrey Beene 2-pc. Suit Set**

| | 3.00 EA | 300.00 | 77.63 | 977.63 | 2/8 yrs | Avg. | 25% | (225.00) | 752.63 |

Orig. Desc. - Stafford, Stafford Executive Suits

Purchased From:

https://www.jcpenney.com/p/geoffrey-beene-2-pc-suit-set/ppr5007766429?pTmplType=regular&catId=SearchResults&searchTerm=MENS+SUITS
&sort=PHL&productGridView=medium&N=4294287632%20507&badge=fewleft

**164. Alfani, Alfani Suits**

| | 1.00 EA | 800.00 | 69.00 | 869.00 | 2/8 yrs | Avg. | 25% | (200.00) | 669.00 |

Purchased From:

After some research, insured's pricing accepted

**165. Stafford, Stafford Executive dress Shirts**

| | 1.00 EA | 30.00 | 2.59 | 32.59 | 4/8 yrs | Avg. | 50% | (15.00) | 17.59 |

Purchased From:

Validated price and price is in line with current market values.

**166. Van Heusen Short Sleeve Stripe Knit Polo Shirt**

| | 6.00 EA | 50.00 | 25.88 | 325.88 | 2/8 yrs | Avg. | 25% | (75.00) | 250.88 |

Orig. Desc. - Van Huesen, Van Huesen Sport shirts

Purchased From:

https://www.jcpenney.com/p/van-heusen-short-sleeve-stripe-knit-polo-shirt/ppr5007383269?pTmplType=regular&country=US&currency=USD&sel
ectedSKUId=51230420661&selectedLotId=5123042&fromBag=true&quantity=1&utm_medium=cse&utm_source=google&utm_campaign=polo%2
0shirts&utm_content=51230420661&cid=cse%7Cgoogle%7C002%20-%20mens%7Cpolo%20shirts_51230420661&gclid=EAIaIQobChMIbeEu8e
s3gIVgv5kCh2Thw0yEAQYBSABEgIoWPD_BwE

**167. Levi's Straight Chino Pants**

| | 8.00 EA | 59.50 | 41.06 | 517.06 | 4/8 yrs | Avg. | 50% | (238.00) | 279.06 |

Orig. Desc. - Levi, Levi Pants

Purchased From: Levi

https://www.jcpenney.com/p/levis-straight-chino-pants/pp5007530353?pTmplType=regular&country=US&currency=USD&selectedSKUId=520102
60158&selectedLotId=5201026&fromBag=true&quantity=1&utm_medium=cse&utm_source=google&utm_campaign=flat%20front%20pants&utm
_content=52010260158&cid=cse%7Cgoogle%7C002%20-%20mens%7Cflat%20front%20pants_52010260158&gclid=EAIaIQobChMIhc6mv8es3g
IVBNlkCh0fEA2mEAQYAiABEgJCq_D_BwE

**168. Levi, Levi Dockers**

| | 4.00 EA | 40.00 | 13.80 | 173.80 | 3/8 yrs | Avg. | 37.5% | (60.00) | 113.80 |

Purchased From: Levi

Validated price and price is in line with current market values

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 243
of 287

**CONTINUED - Storage bathroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 169. TRUE RELIGION BRAND JEANS Officer Field Pants | | | | | | | | | |
| | 2.00 EA | 179.00 | 30.88 | 388.88 | 3/8 yrs | Avg. | 37.5% | (134.25) | 254.63 |

Orig. Desc. - True Religion, True Religion Pants
Purchased From: True Religion

https://shop.nordstrom.com/s/true-religion-brand-jeans-officer-field-pants/4887950?country=US&currency=USD&utm_content=57428835077_4f433054-4aba-426d-aa7d-154cf1c055af&utm_term=pla-506368477619&utm_channel=shopping_ret_vf&sp_source=google&sp_campaign=1493647123&gclid=EAIaIQobChMI4_Hm8cis3gIVjYp-Ch1OpQZMEAQYAyABEgIMU_D_BwE

| 170. Lucky Brand Men's 181 Relaxed Straight Fit Jeans | | | | | | | | | |
| | 2.00 EA | 89.50 | 15.44 | 194.44 | 3/8 yrs | Avg. | 37.5% | (67.13) | 127.31 |

Orig. Desc. - Lucky Brand, Lucky Brand Jeans
Purchased From:

https://www.macys.com/shop/product/lucky-brand-mens-181-relaxed-straight-fit-jeans?ID=1431681&pla_country=US&CAGPSPN=pla&CAWELAID=120156340000007377&CAAGID=67107542384&CATCI=aud-302288356980:pla-534432270667&cm_mmc=Google_Mens_PLA-_-Crealytics-Camato-Menswear-Designer-GS-Desktop_lucky-brand---mens---jeans-_-301969357674-_-pg1050733719_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af&trackingid=403x1050733719&gclid=EAIaIQobChMIme2By8es3gIVER3sCh3nBgKHEAQYAyABEgLLgvD_BwE

| 171. Classic Graphic Tee Shirt | | | | | | | | | |
| | 5.00 EA | 25.00 | 10.78 | 135.78 | 2/8 yrs | Avg. | 25% | (31.25) | 104.53 |

Orig. Desc. - Levi, Levi T-Shirts
Purchased From: Levi

https://www.levi.com/US/en_US/clothing/men/shirts/classic-graphic-tee-shirt/p/396360000?utm_source=google&utm_medium=cpc&adpos=1o3&camp=PLA*EC*US*EN*7170000039128118*pla*goog**:9270035560456436:LEVI&&camp=PLA*EC*US*EN*1493957696*pla*goog**:3963600000S:LEVI&gclid=EAIaIQobChMI5Om27cis3gIVEr3sCh3nBgKHEAQYAyABEgLLgvD_BwE

| 172. TRUE RELIGION BRAND JEANS Officer Field Pants | | | | | | | | | |
| | 3.00 EA | 179.00 | 46.32 | 583.32 | 3/8 yrs | Avg. | 37.5% | (201.38) | 381.94 |

Orig. Desc. - True Religion, True Religion Pants
Purchased From: True Religion

https://shop.nordstrom.com/s/true-religion-brand-jeans-officer-field-pants/4887950?country=US&currency=USD&utm_content=57428835077_4f433054-4aba-426d-aa7d-154cf1c055af&utm_term=pla-506368477619&utm_channel=shopping_ret_vf&sp_source=google&sp_campaign=1493647123&gclid=EAIaIQobChMI4_Hm8cis3gIVjYp-Ch1OpQZMEAQYAyABEgIMU_D_BwE

| 173. Men's Nike Club Fleece Pants | | | | | | | | | |
| | 5.00 EA | 45.00 | 19.41 | 244.41 | 4/8 yrs | Avg. | 50% | (112.50) | 131.91 |

Orig. Desc. - Nike, Nike Sweats
Purchased From:
https://www.kohls.com/product/prd-2464341/mens-nike-club-fleece-pants.jsp?skuid=76717815

| 174. Nike 3-pk. Performance Crew Socks | | | | | | | | | |
| | 4.00 EA | 14.00 | 4.83 | 60.83 | 2/3 yrs | Avg. | 66.67% | (37.33) | 23.50 |

ENRIQUE_GALVEZ



**CONTINUED - Storage bathroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - Nike, Nike Socks | | | | | | | | | |
| Purchased From: Nike | | | | | | | | | |

https://www.jcpenney.com/p/nike-3-pk-performance-crew-socks/17f6e47?pTmplType=regular&country=US&currency=USD&selectedSKUId=5037 1530158&selectedLotId=5037153&fromBag=true&quantity=1&utm_medium=cse&utm_source=google&utm_campaign=crew%20socks&utm_cont ent=50371530158&cid=cse%7Cgoogle%7C002%20-%20mens%7Ccrew%20socks_50371530158&gclid=EAIaIQobChMI2e-XxMms3gIVBNVkCh 3VnQsrEAQYBCABEgKIFvD_BwE

| 175. Nike Men's Air Max '90 Essential Shoes | | | | | | | | | |
| | 3.00 EA | 109.99 | 28.46 | 358.43 | 2/3 yrs | Avg. | 66.67% | (219.98) | 138.45 |
| Orig. Desc. - Nike, Nike Air Max Shoes | | | | | | | | | |
| Purchased From: Nike | | | | | | | | | |

https://www.dickssportinggoods.com/p/nike-mens-air-max-90-essential-shoes-17nikmrmx90ssntlrlfs/17nikmrmx90ssntlrlfs?camp=CSE:DSG_pg105 2913451_ecom_PLA_452&gclid=EAIaIQobChMIm-HPyMms3gIVE9VkCh3LZQqyEAQYASABEgKqffD_BwE

| 176. MEN'S TILDEN MEDIUM/WIDE CAP TOE OXFORD | | | | | | | | | |
| | 4.00 EA | 69.99 | 24.15 | 304.11 | 2/3 yrs | Avg. | 66.67% | (186.64) | 117.47 |
| Orig. Desc. - Clarks Shoes, Clarks Dress Shoes | | | | | | | | | |
| Purchased From: Clarks Shoes Store | | | | | | | | | |

https://www.famousfootwear.com/en-US/Product/03962-5247820/Clarks/Dark+Tan+Leather/Mens+Tilden+Medium_Wide+Cap+Toe+Oxford.aspx? partnerid=adwordspla&cvo_adid=5247820-03962-8.5W&cvosrc=cse.GoogleShopping.03962&cvo_campaign=General&KPID=5247820-03962-8.5 W%26k_clickid%3D_k_EAIaIQobChMIzaqFzcms3gIVFf5kCh3K7gIgEAQYFiABEgL0T_D_BwE_k_&gclid=EAIaIQobChMIzaqFzcms3gIVFf5k Ch3K7gIgEAQYFiABEgL0T_D_BwE

| 177. Liya Gaze Womens Sandals | | | | | | | | | |
| | 4.00 EA | 55.00 | 18.98 | 238.98 | 2/3 yrs | Avg. | 66.67% | (146.67) | 92.31 |
| Orig. Desc. - Clarks Shoes, Clarks Sandals | | | | | | | | | |
| Purchased From: Clarks Shoes Store | | | | | | | | | |

https://www.clarksusa.com/c/Liya-Gaze/p/26136998?cm_mmc=PPC_SHOP_google-_-shopping-_-pla-_-26136998&utm_source=google&utm_medi um=cpc&utm_campaign=shopping&utm_term=26136998&CAWELAID=120342750000059410&CAGPSPN=pla&CAAGID=62312743571&CAT CI=pla-464519615253&gclid=EAIaIQobChMI6sazlcqs3gIVgXp-Ch3shQ_fEAQYBiABEgJgRfD_BwE&gclsrc=aw.ds

| 178. Men's Croft & Barrow Solid Tie | | | | | | | | | |
| | 20.00 EA | 34.00 | 58.65 | 738.65 | 4/8 yrs | Avg. | 50% | (340.00) | 398.65 |
| Orig. Desc. - Henry Grethal, Henry Grethal Ties | | | | | | | | | |
| Purchased From: | | | | | | | | | |

https://www.kohls.com/product/prd-2516645/croft-barrow-satin-solid-tie-men.jsp?skuid=61325602&ci_mcc=ci&utm_campaign=&utm_medium=C SE&utm_source=connexity&utm_product=%7BProduct_ID%7D&utm_campaignid=%7Bcampaignid%7D&CID=shopping34

| 179. Van Huesan, Van Huesan Ties | | | | | | | | | |
| | 10.00 EA | 10.00 | 8.63 | 108.63 | 4/8 yrs | Avg. | 50% | (50.00) | 58.63 |
| Validated price and price is in line with current market values. | | | | | | | | | |
| Purchased From: | | | | | | | | | |

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 245 of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618  - Phone
(877) 548-1610  - Fax

**CONTINUED - Storage bathroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 180. Timberland Men's Logan Bay Chelsea Boots | | | | | | | | | |
| | 2.00 EA | 130.00 | 22.43 | 282.43 | 4/3 yrs | Avg. | 80% [M] | (208.00) | 74.43 |

Orig. Desc. - Timberland, Timberland Boots
Purchased From:

https://www.macys.com/shop/product/timberland-mens-logan-bay-chelsea-boots?ID=6630375&pla_country=US&CAGPSPN=pla&CAWELAID=1
20156340028786621&CAAGID=17372775752&CATCI=pla-550468975134&cm_mmc=Google_Mens_Shoes_PLA-_-Mens_Shoes_Timberland_-_
GS_Timberland-_-60418535792-_-pg1050938771_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_EMPTY_269426192_17372775752_
60418535792_pla-550468975134_191931500186USA__KID_&trackingid=474x1050938771&lsft=cm_mmc:Google_Mens_Shoes_PLA-_-Mens%
20Shoes_Timberland%20-%20GS_Timberland60418535792-_-pg1050938771_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_844_269
426192_17372775752_60418535792_pla-550468975134_191931500186USA__c_KID_,trackingid:474x1050938771&catargetid=12015634003022
8095&cadevice=c&gclid=EAIaIQobChMIzvmo66us3gIVjMJkCh3pAAz3EAQYFiABEgKr3vD_BwE

| 181. Isotoner Signature Trellis Tessa Sweater-Knit Slippers | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 4.00 EA | 30.00 | 10.35 | 130.35 | 3/3 yrs | Avg. | 80% [M] | (96.00) | 34.35 |

Orig. Desc. - Alfani, Alfani Slippers
Purchased From:

https://www.macys.com/shop/product/isotoner-signature-trellis-tessa-sweater-knit-slippers?ID=6653425&CategoryID=16108#fn=GENDER%3DWo
men%26SIZE%3D%26sp%3D1%26spc%3D179%26kws%3Dslippers%26searchPass%3DexactMultiMatch%26slotId%3D71

| 182. WILSONS LEATHER VINTAGE RETRO BUCKLED COLLAR LEATHER JACKET | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 409.99 | 35.36 | 445.35 | 2/8 yrs | Avg. | 25% | (102.50) | 342.85 |

Orig. Desc. - Wilsons Leather, Wilsons Leather Jacket
Purchased From: Wilsons Leather
https://www.wilsonsleather.com/product/wilsons-leather-vintage-retro-buckled-collar-leather-jacket.do?sortby=priceAscend&from=fn

| 183. Boliva, Boliva Watches | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2.00 EA | 500.00 | 86.25 | 1,086.25 | 5/NA | Avg. | 0% | (0.00) | 1,086.25 |

Purchased From: Macy's
Priced per insured

| 184. Timex, Timex Watches | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2.00 EA | 375.00 | 64.69 | 814.69 | 5/NA | Avg. | 0% | (0.00) | 814.69 |

Purchased From: Macy's
Priced per insured

| 185. WOMEN'S SKINNY FIT BIG T JEAN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3.00 EA | 99.99 | 25.87 | 325.84 | 3/3 yrs | Avg. | 80% [M] | (239.98) | 85.86 |

Orig. Desc. - True Religion, Women True Religion Jeans
Purchased From: True Religion
https://www.truereligion.com/women's-skinny-fit-big-t-jean/889347724684.html?country=US&currency=USD

| 186. MENS BUDDHA GRAPHIC PULLOVER HOODIE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3.00 EA | 69.99 | 18.11 | 228.08 | 2/8 yrs | Avg. | 25% | (52.49) | 175.59 |

Orig. Desc. - True Religion, Women True Religion Hoodies
Purchased From: True Religion

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 246
of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage bathroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.truereligion.com/mens-buddha-graphic-pullover-hoodie/101223.html?color=1239#q=hoodie&start=3

187. WOMENS BUTTON UP BLOUSE

| | 4.00 EA | 49.99 | 17.25 | 217.21 | 2/8 yrs | Avg. | 25% | (49.99) | 167.22 |

Orig. Desc. - True Religion, Women True Religion Blouses

Purchased From:

https://www.truereligion.com/womens-button-up-blouse/200701.html?color=4204

188. Greenworks Pro 60-volt Brushless Lithium Ion 21-in Cordless Electric Lawn Mower (Battery Included)

| | 1.00 EA | 399.00 | 34.41 | 433.41 | 4/10 yrs | Avg. | 40% | (159.60) | 273.81 |

Orig. Desc. - Green Works, Green Works Lithium Brushless/Cordless Elctrice Lawn Mower

Purchased From: Lowes

https://www.lowes.com/pd/Greenworks-Pro-60-volt-Brushless-Lithium-Ion-21-in-Cordless-Electric-Lawn-Mower-Battery-Included/1000179065

189. Philips Sonicare ($20 Rebate Available) ProtectiveClean 6100 Whitening Rechargeable electric toothbrush with pressure sensor and intensity settings, Pastel Pink HX6876/21

| | 2.00 EA | 99.95 | 17.24 | 217.14 | 0.33/10 yrs | Avg. | 3.3% | (6.60) | 210.54 |

Orig. Desc. - Sonic, Electric toothbrush

Purchased From:

https://www.walmart.com/ip/Philips-Sonicare-20-Rebate-Available-ProtectiveClean-6100-Whitening-Rechargeable-electric-toothbrush-pressure-sensor-intensity-settings-Pastel-Pink-H/302759797?wmlspartner=wlpa&selectedSellerId=0&adid=22222222227144645546&wl0=&wl1=g&wl2=c&wl3=253420591184&wl4=pla-417978612658&wl5=9030106&wl6=&wl7=&wl8=&wl9=pla&wl10=8175035&wl11=online&wl12=302759797&wl13=&veh=sem&gclid=EAIaIQobChMIj-OOvuOp3gIVirxkCh3MVQBOEAQYByABEgIbE_D_BwE

190. JINRI XPRO 1875 Watts Infrared Ion Hair Dryer Tourmaline Ceramic Salon Performance AC Motor Blow Dryer/Styling Tool, Black

| | 2.00 EA | 45.99 | 7.93 | 99.91 | 2/10 yrs | Avg. | 20% | (18.40) | 81.51 |

Orig. Desc. - Jinri, Blow dryer

Purchased From:

https://www.amazon.com/gp/offer-listing/B07GRWT55H/ref=dp_olp_new_mbc?ie=UTF8&condition=new

191. Madison Park Signature 8-Piece 800 GSM Cotton Towel Set

| | 1.00 EA | 59.99 | 5.17 | 65.16 | 2/5 yrs | Avg. | 40% | (24.00) | 41.16 |

Orig. Desc. - Madison park signature, 8 piece towel set

Purchased From: Macy's

https://www.bedbathandbeyond.com/store/product/madison-park-signature-800gsm-100-cotton-8-piece-towel-set/3308046?skuId=47707795&&mcid=PS_googlepla_nonbrand_bath_online&product_id=47707795&adtype=pla&product_channel=online&adpos=1o5&creative=224106447535&device=c&matchtype=&network=g&mrkgadid=3072323571&mrkgcl=609&rkg_id=0&gclid=EAIaIQobChMI_fuLjaas3gIVj_hkCh0wGgsqEAQYBSABEgLxBPD_BwE&gclsrc=aw.ds

192. Avanti Turkish Spa Bath Towels in White (Set of 6)

| | 2.00 EA | 69.99 | 12.07 | 152.05 | 3/5 yrs | Avg. | 60% | (83.99) | 68.06 |

Orig. Desc. - Avanti, Spa cotton towel set

Purchased From: Macy's

ENRIQUE_GALVEZ



## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage bathroom**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|

https://www.bedbathandbeyond.com/store/product/avanti-turkish-spa-bath-towels-set-of-6/3338949?skuId=62757706&&mrkgcl=609&mrkgad id=3290834650&rkg_id=0&mcid=PS_googlepla_nonbrand_bath_online&product_id=62757706&adtype=pla&product_channel=online&adpos=1o3 &creative=224106447535&device=c&matchtype=&network=g&gclid=EAIaIQobChMI8aXciKas3gIVlsVkCh1t4QQxEAQYAyABEgKlsvD_BwE &gclsrc=aw.ds

193. Jcpennys home, Bath Towels

| | 15.00 EA | 8.00 | 10.35 | 130.35 | 4/5 yrs | Avg. | 80% | [M] | (96.00) | 34.35 |

Purchased From: JcPennys

Validated price and price is in line with current market values.

194. Bathroom rugs

| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | | (0.00) | 0.00 |

Purchased From: Nordstrom

We need more information to price items accurately: quantity

| **Totals: Storage bathroom** | | | 1,167.82 | 14,707.39 | | | | | 5,437.13 | 9,270.26 |

### Storage dining rm

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

195. Abbott Dining Table

| | 1.00 EA | 5,079.00 | 438.06 | 5,517.06 | 3/20 yrs | Above Avg. | 9% | (457.11) | 5,059.95 |

Orig. Desc. - Abbott, Formal dining table

Purchased From: Ethan Allen

https://www.ethanallen.com/en_US/shop-furniture-dining-room-tables/abbott-dining-table/346414.html

196. Noritake Crestwood Gold 50-Piece Dinnerware Set

| | 1.00 EA | 299.99 | 25.87 | 325.86 | 4/20 yrs | Above Avg. | 12% | (36.00) | 289.86 |

Orig. Desc. - Noritake, China 50 pc set

Purchased From: Macy's

https://www.bedbathandbeyond.com/store/product/noritake-reg-crestwood-gold-50-piece-dinnerware-set/1014554033?skuId=14554033&&mrkg cl=609&mrkgadid=3304700480&mcid=PS_googlepla_nonbrand_dining_online&product_id=14554033&adtype=pla&product_channel=online&adp os=1o2&creative=223880474141&device=c&matchtype=&network=g&gclid=EAIaIQobChMIr8O9gOSp3gIVBqrsCh05IAkbEAQYAiABEgIWLP D_BwE&gclsrc=aw.ds

197. Marchesa by Lenox Dinnerware, Empire Pearl Dinner Plate

| | 10.00 EA | 52.00 | 44.85 | 564.85 | 2/20 yrs | New | 0% | (0.00) | 564.85 |

Orig. Desc. - Lenox, Dinnerware

Purchased From: Macy's

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 248
of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage dining rm**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.macys.com/shop/product/marchesa-by-lenox-dinnerware-empire-pearl-dinner-plate?ID=827072&CategoryID=53630#fn=sp%3D1%26spc%3D100%26kws%3Dlenox%20dinner%20plate%26searchPass%3DallMultiMatchWithSpelling%26slotId%3D9

198. Shiraleah Lettuce Entertain You/Endive In Salad Servers

| | 2.00 EA | 89.00 | 15.35 | 193.35 | 3/20 yrs | Above Avg. | 9% | (16.02) | 177.33 |

Orig. Desc. - Shiraleah, Silver salad servers
Purchased From: Macys

https://www.macys.com/shop/product/shiraleah-lettuce-entertain-you-endive-in-salad-servers?ID=5369932&pla_country=US&CAGPSPN=pla&CAWELAID=120156340018806557&CAAGID=65774816144&CATCI=pla-514079508210&lsft=cm_mmc:Google_SH_PLA_Tabletop-_-GS_Dinnerware_PLA_Shiraleah293719121715-_-pg1050698385_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_977_1546922795_65774816144_293719121715_pla-514079508210_848616044908USA__c_KID_,trackingid:509x1050698385&cm_mmc=Google_SH_PLA_Tabletop-_-GS_Dinnerware_PLA_Shiraleah-_-293719121715-_-pg1050698385_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_EMPTY_1546922795_65774816144_293719121715_pla-514079508210_848616044908USA__KID_&trackingid=509x1050698385&gclid=EAIaIQobChMIlu3dpp6s3gIViuNkCh31dgWiEAQYASABEgIQjfD_BwE

199. Waterford Olann Platinum Serving Set

| | 2.00 EA | 325.00 | 56.06 | 706.06 | 3/20 yrs | Above Avg. | 9% | (58.50) | 647.56 |

Orig. Desc. - Waterford, Platinum serving set
Purchased From: Macys

https://www.macys.com/shop/product/waterfordolann-platinum-serving-set?ID=5798123

200. Nambe Skye Oval Platter

| | 2.00 EA | 90.00 | 15.53 | 195.53 | 4/20 yrs | Above Avg. | 12% | (21.60) | 173.93 |

Orig. Desc. - Nambe, Oval platter
Purchased From: Macys

https://www.neimanmarcus.com/p/nambe-skye-oval-platter-prod215700222?ecid=NMCS__GooglePLA

201. Michael Aram Twist Medium Serving Tray

| | 2.00 EA | 165.00 | 28.46 | 358.46 | 4/20 yrs | Above Avg. | 12% | (39.60) | 318.86 |

Orig. Desc. - Michael aram, Serving tray
Purchased From: Macy's

https://www.neimanmarcus.com/p/michael-aram-twist-medium-serving-tray-prod200800553?ecid=NMCS__GooglePLA&utm_source=google_shopping&adpos=1o29&scid=scplpsku171831544&sc_intid=sku171831544&gclid=EAIaIQobChMIxtLj_4Gq3gIVib9kCh11VAMwEAQYHSABEgKSKfD_BwE

202. Michael Aram Palace Serving Bowl

| | 2.00 EA | 155.00 | 26.74 | 336.74 | 4/20 yrs | Above Avg. | 12% | (37.20) | 299.54 |

Orig. Desc. - Michael aram, Serving bowl
Purchased From: Macy's

https://www.neimanmarcus.com/p/michael-aram-palace-serving-bowl-prod193432416?ecid=NMCS__GooglePLA&utm_source=google_shopping&adpos=1o5&scid=scplpsku166511486&sc_intid=sku166511486&gclid=EAIaIQobChMIrvLghIKq3gIVC8ZkCh1uqwX2EAQYBSABEgJ7k_D_BwE

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 249 of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage dining rm**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 203. kate spade new york Take the Cake 2-Piece Cake Knife and Server Set | | | | | | | | | |
| | 2.00 EA | 64.99 | 11.21 | 141.19 | 2/20 yrs | Above Avg. | 6% | (7.80) | 133.39 |

Orig. Desc. - Kate Spade, Knife and server
Purchased From: Macys

https://www.bedbathandbeyond.com/store/product/kate-spade-new-york-take-the-cake-trade-2-piece-cake-knife-and-server-set/1043872817?skuId=43872817&mcid=PS_googlepla

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 204. Michael Aram, Serveware collection | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 1/NA | Above Avg. | 0% | (0.00) | 0.00 |

Purchased From: Macy's
We need more information to price items accurately: details

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 205. ROCK-CUT Bowl 9" | | | | | | | | | |
| | 1.00 EA | 100.00 | 8.63 | 108.63 | 4/10 yrs | Above Avg. | 24% | (24.00) | 84.63 |

Orig. Desc. - Tiffany & co, Glass bowl
Purchased From: Tiffany, Method (Check, Charge, Cash, Gift): Gift

https://www.tiffany.com/accessories/tableware/rock-cut-bowl-GRP02940/rock-cut-bowl-35539492?mcid=ppc_google_PLA+-+Home+-+US&utm_source=google&utm_term=&utm_campaign=PLA+-+Home+-+US&utm_medium=cpc&utm_content=zlkhpNXk|pcrid|94841950333|pkw||pmt||pdv|c|targetids|pla-143595986173|groupid|23042286373|&mkwid=szlkhpNXk|pcrid|94841950333|pkw||pmt||pdv|c|mtid|744dpc50313|slid||productid|35539492_ROCKCUT%20BOWL%209IN%20CRYSGLS|targetids|pla-143595986173|groupid|23042286373|&gclid=EAIaIQobChMIq-36roSq3gIVhMhkCh2sXgKhEAQYAyABEgJEWfD_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 206. FLORA & FAUNA Cake Plate | | | | | | | | | |
| | 1.00 EA | 185.00 | 15.96 | 200.96 | 4/10 yrs | Above Avg. | 24% | (44.40) | 156.56 |

Orig. Desc. - Tiffany & co, Cake plate
Purchased From: Tiffany

https://www.tiffany.com/accessories/tableware/flora-fauna-cake-plate-62206799?fromGrid=1&origin=search&trackpdp=search&tracktile=new&fromcid=-1&trackgridpos=3

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Storage dining rm** | | **686.72** | **8,648.69** | | | | | **742.23** | **7,906.46** |

**Storage dinning rm**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 207. Maddox Wood-Seat Armchair | | | | | | | | | |
| | 2.00 EA | 379.00 | 65.38 | 823.38 | 3/20 yrs | Above Avg. | 9% | (68.22) | 755.16 |

Orig. Desc. - Maddox, Dining chairs
Purchased From: Ethan Allen

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 250 of 287


**CONTINUED - Storage dinning rm**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| https://www.ethanallen.com/en_US/shop-furniture-dining-room-chairs-arm-host-chairs/maddox-wood-seat-armchair/156651A.html?dwvar_156651A_finish=368#q=Maddox+Dining+chairs&lang=en_US&start=1 | | | | | | | | | |
| 208. Maddox Wood-Seat Side Chair | 6.00 EA | 349.00 | 180.61 | 2,274.61 | 3/20 yrs | Above Avg. | 9% | (188.46) | 2,086.15 |
| Orig. Desc. - Maddox, Dining side chair | | | | | | | | | |
| Purchased From: Ethan Allen | | | | | | | | | |
| https://www.ethanallen.com/en_US/shop-furniture-dining-room-chairs-side-chairs/maddox-wood-seat-side-chair/156651.html?dwvar_156651_finish=612 | | | | | | | | | |
| 209. Wooster China Cabinet, Tuxedo Black/ Ascot | 1.00 EA | 8,139.00 | 701.99 | 8,840.99 | 4/20 yrs | Above Avg. | 12% | (976.68) | 7,864.31 |
| Orig. Desc. - Wooster, China cabinet | | | | | | | | | |
| Purchased From: Ethan Allen | | | | | | | | | |
| https://www.ethanallen.com/en_US/shop-clearance-dining-room/wooster-china-cabinet%2C-tuxedo-black%2F-ascot/346418+++797.html?q=wooster+china+cabinet&lang=en_US&start=1 | | | | | | | | | |
| 210. Carys Bar Cabinet | 1.00 EA | 3,379.00 | 291.44 | 3,670.44 | 4/20 yrs | Above Avg. | 12% | (405.48) | 3,264.96 |
| Orig. Desc. - Carys, Bar cabinet | | | | | | | | | |
| Purchased From: Ethan Allen | | | | | | | | | |
| https://www.ethanallen.com/en_US/shop-furniture-dining-room-storage-display-buffets-sideboards-servers/carys-bar-cabinet/356305.html | | | | | | | | | |
| 211. Crystal drop chandelier | 1.00 EA | 0.00 | 0.00 | 0.00 | 5/NA | Above Avg. | 0% | (0.00) | 0.00 |
| Purchased From: Pottery barn | | | | | | | | | |
| Forwarded to adjuster to verify coverage c (not installed) | | | | | | | | | |
| 212. Custom Mountain Fog Hand Knotted Rug, 2.6x8', Ivory | 1.00 EA | 855.00 | 73.74 | 928.74 | 2/10 yrs | Above Avg. | 12% | (102.60) | 826.14 |
| Orig. Desc. - Hand knotted rug runner | | | | | | | | | |
| Purchased From: William sonoma | | | | | | | | | |
| https://www.williams-sonoma.com/products/mountain-fog-hand-knotted-rug-ivory/?pkey=e%7Crunner%7C154%7CpriceDesc%7C0%7Cviewall%7C72%7C7C%7C1&cm_src=PRODUCTSEARCH | | | | | | | | | |
| **Totals: Storage dinning rm** | | | 1,313.16 | 16,538.16 | | | | 1,741.44 | 14,796.72 |

**Storage kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

ENRIQUE_GALVEZ


**CONTINUED - Storage kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 213. | Gilbert Counter Stool | | | | | | | | |
| | 4.00 EA | 429.00 | 148.01 | 1,864.01 | 3/20 yrs | Above Avg. | 9% | (154.44) | 1,709.57 |

Orig. Desc. - Gilbert, Counter chairs
Purchased From: Ethan Allen

https://www.ethanallen.com/en_US/shop-furniture-dining-room-bar-counter-stools/gilbert-counter-stool/336521.html?dwvar_336521_finish=612#q=Gilbert+Counter+chairs&lang=en_US&start=1

| 214. | KitchenAid 5-Quart Tilt Head Stand Mixer with Glass Bowl & Flex Edge Beater Model #KSM105GBC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 349.99 | 30.19 | 380.18 | 2/10 yrs | Above Avg. | 12% | (42.00) | 338.18 |

Orig. Desc. - KitchenAid, Mixer
Purchased From: Macy's

https://www.bloomingdales.com/shop/product/kitchenaid-5-quart-tilt-head-stand-mixer-with-glass-bowl-flex-edge-beater-model-ksm105gbc?ID=2864492&pla_country=US&cm_mmc=Google-PLA-ADC-_-Home-NA-_-Kitchenaid-_-883049358703USA&CAWELAID=120156070007026534&CAGPSPN=pla&CAAGID=47685646319&CATCI=aud-298639203060:pla-381498089416&CATARGETID=120156070006149459&cadevice=c&gclid=EAIaIQobChMInPerzJqq3gIVlGB-Ch0VogPbEAQYCiABEgJyYPD_BwE

| 215. | Ninja NJ600 Professional Blender | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 124.99 | 10.78 | 135.77 | 0.5/10 yrs | New | 0% | (0.00) | 135.77 |

Orig. Desc. - Ninja, Blender
Purchased From: Macy's

https://www.macys.com/shop/product/ninja-nj600-professional-blender?ID=551841&pla_country=US&CAGPSPN=pla&CAWELAID=120156340000140674&CAAGID=61770714147&CATCI=pla-513130920122&lsft=cm_mmc:Google_SH_PLA_Electrics-_-GS_Electrics_PLA_Ninja29371912
6464-_-pg1050684467_c_kclickid_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1_KID_977_1546922783_61770714147_293719126464_pla-513130
920122_622356527972USA_c_KID_trackingid:509x1050684467&cm_mmc=Google_SH_PLA_Electrics-_-GS_Electrics_PLA_Ninja-_-293719
126464-_-pg1050684467_c_kclickid_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1_KID_EMPTY_1546922783_61770714147_293719126464_pla-5
13130920122_622356527972USA__KID_&trackingid=509x1050684467&gclid=EAIaIQobChMIk_Ki-Yqq3gIVDIB-Ch2g4wAdEAQYAiABEgIIf
PD_BwE

| 216. | Breville Smart Oven Air | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 399.95 | 34.50 | 434.45 | 1/10 yrs | Above Avg. | 6% | (24.00) | 410.45 |

Orig. Desc. - Breville, Oven air
Purchased From: Macys

https://www.williams-sonoma.com/products/breville-smart-oven-air/?catalogId=86&sku=5235432&cm_ven=PLA&cm_cat=Google&cm_pla=Electrics%20%3E%20Toasters%20%26%20Ovens&cm_ite=5235432&gclid=EAIaIQobChMIxpbOiouq3gIVCbvsCh0iMQcCEAYYASABEgK1YvD_BwE

| 217. | Keurig K-Elite Single Serve K-Cup Pod Coffee Maker in Brushed Silver | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 169.99 | 14.66 | 184.65 | 0.67/10 yrs | Above Avg. | 4.02% | (6.83) | 177.82 |

Orig. Desc. - Keurig, Coffee brewer
Purchased From: Target

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 252 of 287



**CONTINUED - Storage kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.bedbathandbeyond.com/store/product/keurig-reg-k-elite-trade-single-serve-k-cup-reg-pod-coffee-maker/5177760?skuId=65087664&&mrkgcl=609&mrkgadid=3251609371&rkg_id=0&mcid=PS_googlepla_nonbrand_coffeetea_online&product_id=65087664&adtype=pla&product_channel=online&adpos=1o12&creative=224233276482&device=c&matchtype=&network=g&gclid=EAIaIQobChMImqnNjouq3gIVkKDsCh1-lw4yEAQYDCABEgJebfD_BwE&gclsrc=aw.ds

218. Bella 13423 5-Qt. Stainless Steel Electric Chafing Dish

| | 4.00 EA | 59.99 | 20.70 | 260.66 | 2/20 yrs | Above Avg. | 6% | (14.40) | 246.26 |

Orig. Desc. - Bella, Stainless steel chafing dish
Purchased From: Macy's
https://www.macys.com/shop/product/bella-13423-5-qt.-stainless-steel-electric-chafing-dish?ID=929043

219. Bella, Waffle maker

| | 1.00 EA | 45.00 | 3.88 | 48.88 | 0.5/10 yrs | Above Avg. | 3% | (1.35) | 47.53 |

Purchased From: Macy's
Validated price and price is in line with current market values.

220. Fargrik, 18 piece dinnerware set

| | 2.00 EA | 2.00 | 0.35 | 4.35 | 1/20 yrs | Above Avg. | 3% | (0.12) | 4.23 |

Purchased From: IKEA
Priced per insured

221. Vardagen, 6 pk glasses

| | 4.00 EA | 5.00 | 1.73 | 21.73 | 2/20 yrs | Above Avg. | 6% | (1.20) | 20.53 |

Purchased From: IKEA
Priced per insured

222. 4piece dinnerware set

| | 10.00 EA | 19.00 | 16.39 | 206.39 | 1/NA | Above Avg. | 0% | (0.00) | 206.39 |

Purchased From: Ikea
Validated price and price is in line with current market values.

223. Craftsman 450 pc. Mechanic's Tool Set

| | 1.00 EA | 219.99 | 18.97 | 238.96 | 3/20 yrs | Above Avg. | 9% | (19.80) | 219.16 |

Orig. Desc. - Craftsman, 450 piece mechanic tool set
Purchased From: Sears
https://www.sears.com/craftsman-450-piece-mechanic-s-tool-set/p-A010318153

224. All clad cookware

| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | (0.00) | 0.00 |

Purchased From: Crate & Barrel
We need more information to price items accurately: # of pieces

225. Sheridan White Kitchen Island

| | 1.00 EA | 699.00 | 60.29 | 759.29 | 2/20 yrs | Above Avg. | 6% | (41.94) | 717.35 |

Orig. Desc. - Sheridan, Kitchen island
Purchased From: William Sonoma

ENRIQUE_GALVEZ


**CONTINUED - Storage kitchen**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|

https://www.crateandbarrel.com/sheridan-white-kitchen-island/s171764?localedetail=US&a=1552&campaignid=853779501&adgroupid=461640213
47&targetid=aud-477838469192-pla-305626042558&pla_sku=171764&pcat=FURN&ag=adult&scid=scplp171764&sc_intid=171764&gclid=EAIaI
QobChMIqPGI7Iyq3gIVgsBKCh3tZAQxEAQYASABEgLrSPD_BwE&gclsrc=aw.ds

226.  Column frosted, Stainless steel silverware

| 1.00 EA | 0.00 | 0.00 | 0.00 | 4/NA | Avg. | 0% | (0.00) | 0.00 |

Purchased From: William glen

We need more information to price items accurately: number of pieces

227.  Le Creuset Signature 5-Piece Cookware Set

| 1.00 EA | 524.99 | 45.28 | 570.27 | 3/10 yrs | Avg. | 30% | (157.50) | 412.77 |

Orig. Desc. - Le Creuset, Cast iron 5pcs cookware

Purchased From: William Sonoma

https://www.bedbathandbeyond.com/store/product/le-creuset-reg-signature-5-piece-cookware-set/3287448?skuId=61349360&&mcid=PS_google
pla_nonbrand_cookware_online&product_id=61349360&adtype=pla&product_channel=online&adpos=1o8&creative=224234111979&device=c&m
atchtype=&network=g&mrkgadid=558443318&mrkgcl=609&rkg_id=0&gclid=EAIaIQobChMIn42cp46q3gIVCb3sCh2OIAJ_EAQYCCABEgJ4uv
D_BwE&gclsrc=aw.ds

228.  Cuisinart TOA-60 Air Fryer Toaster Oven

| 1.00 EA | 249.99 | 21.56 | 271.55 | 2/10 yrs | Avg. | 20% | (50.00) | 221.55 |

Orig. Desc. - Cuisinart, Fryer toaster oven

Purchased From: Macy's

https://www.macys.com/shop/product/cuisinart-toa-60-air-fryer-toaster-oven?ID=4542191&pla_country=US&CAGPSPN=pla&CAWELAID=12015
6340014692684&CAAGID=61770712547&CATCI=pla-512020780976&lsft=cm_mmc:Google_SH_PLA_Electrics-_-GS_Electrics_PLA_Cuisinart
293719126287-_-pg1050682214_c_kclickid_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1_KID_977_1546922783_61770712547_293719126287_pla-
512020780976_86279116710USA__c_KID_&trackingid:509x1050682214&cm_mmc=Google_SH_PLA_Electrics-_-GS_Electrics_PLA_Cuisinart-_
-293719126287-_-pg1050682214_c_kclickid_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1_KID_EMPTY_1546922783_61770712547_293719126287
_pla-512020780976_86279116710USA__KID_&trackingid=509x1050682214&gclid=EAIaIQobChMI677z942q3gIVk15-Ch1JRgosEAYYAyABE
gJv3vD_BwE

229.  Cuisinart CPK-17 PerfecTemp 1.7L Electric Kettle

| 1.00 EA | 124.99 | 10.78 | 135.77 | 2/10 yrs | Avg. | 20% | (25.00) | 110.77 |

Orig. Desc. - Cuisinart, Electric kettle

Purchased From: Macy's

https://www.macys.com/shop/product/cuisinart-cpk-17-perfectemp-1.7l-electric-kettle?ID=462242&pla_country=US&CAGPSPN=pla&CAWEL
AID=120156340000043349&CAAGID=61770717747&CATCI=pla-512020770456&lsft=cm_mmc:Google_SH_PLA_Cookware-_-GS_Cookware_
PLA_Cuisinart293719126719-_-pg1050671840_c_kclickid_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1_KID_977_1546922786_61770717
747_293719126719_pla-512020770456_86279029430USA__c_KID_&trackingid:509x1050671840&cm_mmc=Google_SH_PLA_Cookware-_-GS_Cookware
_PLA_Cuisinart-_-293719126719-_-pg1050671840_c_kclickid_bb4ad90c-50b8-4de7-bdcc-600c7153c8b1_KID_EMPTY_1546922786_617707177
47_293719126719_pla-512020770456_86279029430USA__KID_&trackingid=509x1050671840&gclid=EAIaIQobChMI57KM_I2q3gIVD9RkCh2
vHgpiEAQYAiABEgLXpvD_BwE

230.  Cuisinart 15-Piece Pro Knife Block Set

| 1.00 EA | 129.99 | 11.21 | 141.20 | 3/20 yrs | Avg. | 15% | (19.50) | 121.70 |

Orig. Desc. - Cuisinart, Stainless 15 pcs cutlery set

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 254
of 287



**CONTINUED - Storage kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Purchased From: Macy's | | | | | | | | | |

https://www.crateandbarrel.com/cuisinart-15-piece-pro-knife-block-set/s393660?localedetail=US&a=1552&campaignid=622767084&adgroupid=28469965136&targetid=aud-477838469452:pla-316709769739&pla_sku=393660&pcat=HSW&ag=adult&scid=scplp393660&sc_intid=393660&gclid=EAIaIQobChMIhrCokZSs3gIViPhkCh2QBQyvEAQYASABEgID2fD_BwE&gclsrc=aw.ds
Cuisinart ® 15-Piece Pro Knife Block Set

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 231. Cuisinart CPT-180 4-Slice Metal Classic Toaster - Brushed Stainless | | | | | | | | | |
| | 1.00 EA | 54.99 | 4.74 | 59.73 | 3/10 yrs | Avg. | 30% | (16.50) | 43.23 |
| Orig. Desc. - Cu, 4-slice toaster | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |

https://www.walmart.com/ip/Cuisinart-Metal-Classic-4-Slice-Toaster/26140347

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 232. Cuisinart Belgian Waffle Maker Round, Stainless Steel | | | | | | | | | |
| | 1.00 EA | 45.75 | 3.95 | 49.70 | 5/10 yrs | Avg. | 50% | (22.88) | 26.82 |
| Orig. Desc. - Cuisinart, Round Belgium waffle mker | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |

https://www.walmart.com/ip/Cuisinart-Belgian-Waffle-Maker-Round-Stainless-Steel/143351605?wmlspartner=wlpa&selectedSellerId=1172&adid=22222222227044294539&wl0=&wl1=g&wl2=c&wl3=108209952557&wl4=pla-302667485597&wl5=9030106&wl6=&wl7=&wl8=&wl9=pla&wl10=8453398&wl11=online&wl12=143351605&wl13=&veh=sem&gclid=EAIaIQobChMI1qKDxZCq3gIVAcJkCh18qwsNEAQYAiABEgLmCvD_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 233. Breville The Barista Express BES870XL Espresso Machine in Stainless Steel | | | | | | | | | |
| | 1.00 EA | 599.99 | 51.75 | 651.74 | 3/10 yrs | Avg. | 30% | (180.00) | 471.74 |
| Orig. Desc. - Breville, Barista express espresso maker | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |

https://www.bedbathandbeyond.com/store/product/breville-reg-the-barista-express-trade-espresso-machine/3244573?skuId=41867396&&mcid=PS_googlepla_nonbrand_coffeetea_online&product_id=41867396&adtype=pla&product_channel=online&adpos=1o2&creative=224233276482&device=c&matchtype=&network=g&mrkgadid=2993779500&mrkgcl=609&rkg_id=0&gclid=EAIaIQobChMI_MPVio6q3gIVjdlkCh08Ig0yEAYYAiABEgJBofD_BwE&gclsrc=aw.ds

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 234. Calphalon 6-qt. Stainless Steel Pressure Cooker | | | | | | | | | |
| | 4.00 EA | 199.99 | 69.00 | 868.96 | 3/10 yrs | Above Avg. | 18% | (143.99) | 724.97 |
| Orig. Desc. - Calphalon, Pressure cooker | | | | | | | | | |
| Purchased From: Kohl's | | | | | | | | | |

https://www.kohls.com/product/prd-1811544/calphalon-6-qt-stainless-steel-pressure-cooker.jsp?skuid=95519650&ci_mcc=ci&utm_campaign=COOKWARE&utm_medium=CSE&utm_source=google&utm_product=95519650&CID=shopping15&utm_campaignid=196835012&pid=googleadwords_int&af_channel=CSE&gclid=EAIaIQobChMI9pzezpCq3gIVB9RkCh0L9AkoEAYYASABEgL8KPD_BwE&gclsrc=aw.ds

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 235. King Kooker 12" Turkey Fryer Package with 29 Quart Pot | | | | | | | | | |
| | 1.00 EA | 59.99 | 5.17 | 65.16 | 2/10 yrs | Above Avg. | 12% | (7.20) | 57.96 |
| Orig. Desc. - King kooker, Turkey fryers | | | | | | | | | |
| Purchased From: Sams club | | | | | | | | | |

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 255 of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.dickssportinggoods.com/p/king-kooker-12-turkey-fryer-package-with-29-quart-pot-18kkou29qttrkyfrycfp/18kkou29qttrkyfrycfp?camp=CSE:DSG_pg1052047576_ecom_PLA_452&gclid=EAIaIQobChMIw-PlmKaq3gIVlGB-Ch0VogPbEAQYASABEgKgH_D_BwE

236. Hamilton Beach Digital Simplicity Rice Cooker and Steamer

| | 1.00 EA | 49.99 | 4.31 | 54.30 | 3/10 yrs | Above Avg. | 18% | (9.00) | 45.30 |

Orig. Desc. - Hamilton Beach, Rice cooker

Purchased From: Sams club

https://www.bedbathandbeyond.com/store/product/hamilton-beach-reg-digital-simplicity-trade-rice-cooker-and-steamer/1040525822?skuId=40525822&&mcid=PS_googlepla_nonbrand_kitchenelectrics_online&product_id=40525822&adtype=pla&product_channel=online&adpos=1o1&creative=224271656876&device=c&matchtype=&network=g&mrkgadid=558402050&mrkgcl=609&rkg_id=0&gclid=EAIaIQobChMIguzl0pCq3gIVgYd-Ch0lxAQVEAQYASABEgIDjfD_BwE&gclsrc=aw.ds

237. Bayou Classic Aluminum Stockpot with Basket

| | 3.00 EA | 135.97 | 35.18 | 443.09 | 1/10 yrs | Above Avg. | 6% | (24.47) | 418.62 |

Orig. Desc. - Bayou, Extra large stainless steel pot

Purchased From: Lowe's

https://www.hayneedle.com/product/bayouclassicaluminumlstockpotwithbasket160qt.cfm

| **Totals: Storage kitchen** | | | 623.38 | 7,850.79 | | | | 962.12 | 6,888.67 |

**Storage living room**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

238. CEPELLA LEFT SEATED SECTIONAL

| | 1.00 EA | 1,999.00 | 172.41 | 2,171.41 | 2/10 yrs | Above Avg. | 12% | (239.88) | 1,931.53 |

Orig. Desc. - Cepella, Leather sectional

Purchased From:

https://scandinaviandesigns.com/products/cepella-left-seated-sectional?variant=3068424224808&utm_campaign=gs-2018-08-31&utm_source=google&utm_medium=smart_campaign&gclid=EAIaIQobChMI_Nr_25Cq3gIVl8pkCh3ikQqXEAQYASABEgLQH_D_BwE

239. ROLF LEATHER CHAIR

| | 1.00 EA | 1,099.00 | 94.79 | 1,193.79 | 0.5/NA | New | 0% | (0.00) | 1,193.79 |

Orig. Desc. - Rolf, Leather chair

Purchased From: Scandinavian Designs

https://scandinaviandesigns.com/products/rolf-leather-chair?variant=12119703879770?variant=12119703879770

240. Aged Gray Corner Curio Cabinet - Delia

| | 1.00 EA | 799.99 | 69.00 | 868.99 | 2/20 yrs | Above Avg. | 6% | (48.00) | 820.99 |

Orig. Desc. - Eden House, Curio cabinet

Purchased From: RC Willey

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 256 of 287

**CONTINUED - Storage living room**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| https://www.rcwilley.com/Furniture/Home-Decor/Curios-Chinas/110938844/Aged-Gray-Corner-Curio-Cabinet---Delia-View.jsp | | | | | | | | | |
| 241. Persian Hand-Knotted 5'6"x8'6" Gray Rug | | | | | | | | | |
| | 1.00 EA | 699.95 | 60.37 | 760.32 | 4/10 yrs | Avg. | 40% | (279.98) | 480.34 |
| Orig. Desc. - Pier 1 Imports, Persian Rug | | | | | | | | | |
| Purchased From: Pier 1 Imports | | | | | | | | | |
| https://www.pier1.com/persian-hand-knotted-gray-rug/PS144556.html?st=persian%20rug | | | | | | | | | |
| 242. LORRAINE TUFTED STORAGE BENCH | | | | | | | | | |
| | 1.00 EA | 799.00 | 68.91 | 867.91 | 2/10 yrs | Above Avg. | 12% | (95.88) | 772.03 |
| Orig. Desc. - Lorraine, Upholstered Storage Bench | | | | | | | | | |
| Purchased From: Pottery Barn | | | | | | | | | |
| https://www.potterybarn.com/products/lorraine-storage-bench/?pkey=e%7Clorraine%2Bupholstered%2Bstorage%2Bbench%7C1%7Cbest%7C0%7Cviewall%7C48%7C%7C1&cm_src=PRODUCTSEARCH | | | | | | | | | |
| 243. BRANFORD NIGHTSTAND | | | | | | | | | |
| | 2.00 EA | 649.00 | 111.95 | 1,409.95 | 2/20 yrs | Above Avg. | 6% | (77.88) | 1,332.07 |
| Orig. Desc. - Branford, Night stands | | | | | | | | | |
| Purchased From: Pottery Barn | | | | | | | | | |
| https://www.potterybarn.com/products/branford-wood-bedside-table/?pkey=e%7Cbranford%2Bnight%2Bstands%7C1%7Cbest%7C0%7Cviewall%7C48%7C%7C1&sku=1233808&group=1&cm_src=PRODUCTSEARCH | | | | | | | | | |
| 244. GRIFFIN RECLAIMED WOOD CONSOLE TABLE | | | | | | | | | |
| | 1.00 EA | 1,099.00 | 94.79 | 1,193.79 | 3/20 yrs | Above Avg. | 9% | (98.91) | 1,094.88 |
| Orig. Desc. - Griffin, Console table | | | | | | | | | |
| Purchased From: Pottery Barn | | | | | | | | | |
| https://www.potterybarn.com/products/griffin-metal-wood-slab-console-table/?pkey=e%7Cgriffin%2Bconsole%7C108%7Cbest%7C0%7Cviewall%7C48%7C%7C1&cm_src=PRODUCTSEARCH | | | | | | | | | |
| 245. REGOLIT Floor lamp with LED bulb, white, black | | | | | | | | | |
| | 2.00 EA | 59.99 | 10.35 | 130.33 | 2/10 yrs | Above Avg. | 12% | (14.40) | 115.93 |
| Orig. Desc. - Nyame, Floor lamps | | | | | | | | | |
| Purchased From: IKEA | | | | | | | | | |
| https://www.ikea.com/us/en/catalog/products/60416275/ | | | | | | | | | |
| 246. Blu ray DVD movies | | | | | | | | | |
| | 50.00 EA | 15.00 | 64.69 | 814.69 | 5/1 yrs | | 80% [M] | (600.00) | 214.69 |
| Priced per average bluray movie cost | | | | | | | | | |
| Purchased From: , Method (Check, Charge, Cash, Gift): | | | | | | | | | |
| 247. HP - 15.6" Touch-Screen Laptop - Intel Core i3 - 8GB Memory - 128GB Solid State Drive - HP Finish In Natural Silver | | | | | | | | | |
| | 2.00 EA | 399.99 | 69.00 | 868.98 | 3/4.5 yrs | Avg. | 66.67% | (533.32) | 335.66 |
| Orig. Desc. - Compaq, laptop | | | | | | | | | |
| Purchased From: | | | | | | | | | |

ENRIQUE_GALVEZ

Case: 19-30088     Doc# 14238     Filed: 12/20/23     Entered: 12/20/23 14:42:51     Page 257
of 287



CONTINUED - Storage living room

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.bestbuy.com/site/hp-15-6-touch-screen-laptop-intel-core-i3-8gb-memory-128gb-solid-state-drive-hp-finish-in-natural-silver/6240849.p?skuId=6240849

248. LOGAN SMALL MEDIA SUITE

| | 1.00 EA | 3,095.00 | 266.94 | 3,361.94 | 4/20 yrs | Above Avg. | 12% | (371.40) | 2,990.54 |

Orig. Desc. - Logan, Media suite w/ cabin doors and glass

Purchased From: Pottery barn

https://www.potterybarn.com/products/logan-media-tv-storage-cabinet-suite-small/?pkey=e%7Clogan%2Bmedia%2Bsuite%7C136%7Cbest%7C0%7Cviewall%7C48%7C%7C1&cm_src=PRODUCTSEARCH

249. WINDHAM Vase

| | 1.00 EA | 180.00 | 15.53 | 195.53 | 4/10 yrs | Above Avg. | 24% | (43.20) | 152.33 |

Orig. Desc. - Tiffany & co, Glass vase

Purchased From: Tiffany, Method (Check, Charge, Cash, Gift): Gift

https://www.tiffany.com/jewelry/items/windham-vase-35539816/?fromGrid=1&origin=browse&trackpdp=bg&fromcid=297638&trackgridpos=8

250. Emmett Antique Brass Taper Candle Holder 14.5"

| | 1.00 EA | 26.95 | 2.32 | 29.27 | 3/10 yrs | Above Avg. | 18% | (4.85) | 24.42 |

Orig. Desc. - Brass candle holder

Purchased From: Crate & Barrel

https://www.crateandbarrel.com/emmett-antique-brass-taper-candle-holder-14.5/s593954

251. Axiom Brass Sconce

| | 1.00 EA | 129.00 | 11.13 | 140.13 | 2/10 yrs | Below Avg. | 28% | (36.12) | 104.01 |

Orig. Desc. - Wall candle holder

Purchased From: Crate & Barrel

https://www.crateandbarrel.com/axiom-brass-sconce/s340387

252. HK 3700 Harman Kardon HK 3700 stereo receiver

| | 1.00 EA | 349.95 | 30.18 | 380.13 | 4/10 yrs | Above Avg. | 24% | (83.99) | 296.14 |

Orig. Desc. - Harman kardon, Stereo receiver

Purchased From: Frys electronics

https://www.harmankardon.com/HK3700AM.html?mrkgcl=740&mrkgadid=3296124499&utm_campaign=GSC%7CBrand%7CNo+Products&utm_source=Google&utm_medium=paid-search&utm_term=459822005657_brand_harman_kardon_product_type_components_product_type_audio_vide&product_id=HK3700AM&utm_content=Shopping+Brand+No+Product&adpos=1o2&creative=289294975661&device=c&matchtype=&network=g&gclid=EAIaIQobChMI7Jbf26Gq3gIVg5F-Ch3ZxQ-TEAQYAiABEgIEU_D_BwE

253. Corner Display Rustic Cherry Finish Grandfather Clock | 611252 Celine

| | 1.00 EA | 2,279.00 | 196.56 | 2,475.56 | 10/20 yrs | Avg. | 50% | (1,139.50) | 1,336.06 |

Orig. Desc. - Howard Miller, Grandfather clock

Purchased From:

https://www.howardmillerusa.com/grandfather-clocks/traditional-grandfather-clocks/corner-display-rustic-cherry-finish-grandfather-clock-611252-celine.html

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 258 of 287


P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

## CONTINUED - Storage living room

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Totals: Storage living room | | 1,338.92 | 16,862.72 | | | | | 3,667.31 | 13,195.41 |

### Storage family room

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 254. MEGALO POWER SECTIONAL | | | | | | | | | |
| | 1.00 EA | 4,299.00 | 370.79 | 4,669.79 | 1/10 yrs | Above Avg. | 6% | (257.94) | 4,411.85 |
| Orig. Desc. - Megalo, Leather sectional | | | | | | | | | |
| Purchased From: Scandinavian Designs | | | | | | | | | |
| https://scandinaviandesigns.com/products/megalo-motion-sectional?variant=3068708225064 | | | | | | | | | |
| 255. JUNEAU COFFEE TABLE | | | | | | | | | |
| | 2.00 EA | 399.00 | 68.83 | 866.83 | 1/20 yrs | Above Avg. | 3% | (23.94) | 842.89 |
| Orig. Desc. - Juneau, Coffee table | | | | | | | | | |
| Purchased From: Scandinavian Designs | | | | | | | | | |
| https://scandinaviandesigns.com/products/juneau-coffee-table?variant=3068453257256?variant=312153178152 | | | | | | | | | |
| 256. Acoustimass 10 Series V home theater speaker system | | | | | | | | | |
| | 1.00 EA | 999.95 | 86.25 | 1,086.20 | 3/10 yrs | Avg. | 30% | (299.99) | 786.21 |
| Orig. Desc. - Bose, Bose Surround Sound | | | | | | | | | |
| Purchased From: Bose | | | | | | | | | |
| https://www.bose.com/en_us/products/speakers/home_theater/acoustimass-10-speaker-system.html?v=am10_v_black | | | | | | | | | |
| 257. JBL Stage A170 | | | | | | | | | |
| | 2.00 EA | 299.95 | 51.74 | 651.64 | 1/10 yrs | Avg. | 10% | (59.99) | 591.65 |
| Purchased From: | | | | | | | | | |
| https://www.jbl.com/loudspeakers/STAGE+A170.html?cgid=loudspeakers&dwvar_STAGE%20A170_color=Black-GLOBAL-Current#start=1 | | | | | | | | | |
| Orig. Desc. - JBL, JBL loudspeakers | | | | | | | | | |
| 258. Xbox One S Battlefield V Bundle (1TB) | | | | | | | | | |
| | 1.00 EA | 299.00 | 25.79 | 324.79 | 3/5 yrs | Avg. | 60% | (179.40) | 145.39 |
| Orig. Desc. - Microsoft, Xbox one video bundle | | | | | | | | | |
| Purchased From: Best Buy | | | | | | | | | |
| https://www.xbox.com/en-us/xbox-one/consoles/xbox-one-s/battlefield-v-1tb | | | | | | | | | |
| 259. Microsoft, Video game xbox | | | | | | | | | |
| | 7.00 EA | 34.99 | 21.13 | 266.06 | 2/5 yrs | Avg. | 40% | (97.97) | 168.09 |
| Purchased From: | | | | | | | | | |
| Priced per average Microsoft Xbox One video game cost | | | | | | | | | |
| 260. Easton Reclina-Rocker Recliner w/ Two-Motor Massage & Heat | | | | | | | | | |
| | 1.00 EA | 1,069.00 | 92.20 | 1,161.20 | 3/10 yrs | Above Avg. | 18% | (192.42) | 968.78 |

ENRIQUE_GALVEZ

10/29/2018          Page: 44


**CONTINUED - Storage family room**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - La z boy, Recliner w/massage & heat | | | | | | | | | |
| Purchased From: Laz boy | | | | | | | | | |
| https://www.la-z-boy.com/p/recliners/easton-reclina-rocker-recliner-w-two-motor-massage--heat/_/R-01M702 | | | | | | | | | |
| 261. Sony PlayStation 4, 500GB Slim System [CUH-2215AB01], Black, 3003347 | | | | | | | | | |
| | 1.00 EA | 269.00 | 23.20 | 292.20 | 2/5 yrs | Avg. | 40% | (107.60) | 184.60 |
| Orig. Desc. - Sony, PlayStation 4 | | | | | | | | | |
| Purchased From: Target | | | | | | | | | |
| https://www.walmart.com/ip/Sony-PlayStation-4-500GB-Slim-System-CUH-2215AB01-Black-3003347/406966077 | | | | | | | | | |
| 262. Sony, PlayStation games | | | | | | | | | |
| | 10.00 EA | 39.99 | 34.49 | 434.39 | 2/5 yrs | Avg. | 40% | (159.96) | 274.43 |
| Purchased From: Walmart | | | | | | | | | |
| Priced per average Sony Playstation video game cost | | | | | | | | | |
| 263. Samsung - 65" Class - LED - NU6900 Series - 2160p - Smart - 4K UHD TV with HDR | | | | | | | | | |
| | 1.00 EA | 799.99 | 69.00 | 868.99 | 2/10 yrs | Above Avg. | 12% | (96.00) | 772.99 |
| Orig. Desc. - Samsung, 65" LED smart tv | | | | | | | | | |
| Purchased From: Best buy | | | | | | | | | |
| https://www.bestbuy.com/site/samsung-65-class-led-nu6900-series-2160p-smart-4k-uhd-tv-with-hdr/6268405.p?skuId=6268405 | | | | | | | | | |
| 264. TCL 55" Class 4K (2160P) HDR Roku Smart LED TV (55S401) | | | | | | | | | |
| | 1.00 EA | 378.00 | 32.60 | 410.60 | 3/10 yrs | Above Avg. | 18% | (68.04) | 342.56 |
| Purchased From: | | | | | | | | | |
| https://www.walmart.com/ip/TCL-55-Class-4K-2160P-HDR-Roku-Smart-LED-TV-55S401/861683284 | | | | | | | | | |
| Orig. Desc. - Roku, 55" tv smart roku | | | | | | | | | |
| 265. 3-Piece Arden Mirrored Stainless Steel Taper Candle Holder Set | | | | | | | | | |
| | 1.00 EA | 149.95 | 12.93 | 162.88 | 4/10 yrs | Above Avg. | 24% | (35.99) | 126.89 |
| Orig. Desc. - Stainless steel candle holder set | | | | | | | | | |
| Purchased From: Crate and barrel, Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |
| https://www.crateandbarrel.com/3-piece-arden-mirrored-stainless-steel-taper-candle-holder-set/s214523?st=Stainless%20steel%20candle%20holder%20set | | | | | | | | | |
| 266. Papel Print | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 4/NA | Above Avg. | 0% | (0.00) | 0.00 |
| Purchased From: William Sonoma | | | | | | | | | |
| We need more information to price items accurately | | | | | | | | | |
| 267. 36" Customizable Wood Shelf and Brackets, Grey Oak | | | | | | | | | |
| | 1.00 EA | 150.00 | 12.94 | 162.94 | 2/10 yrs | Above Avg. | 12% | (18.00) | 144.94 |
| Orig. Desc. - Wood shelf and bracket | | | | | | | | | |
| Purchased From: William Sonoma | | | | | | | | | |

ENRIQUE_GALVEZ



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage family room**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.williams-sonoma.com/products/burl-wood-shelf/?pkey=e%7Cwood%2Bshelf%7C7%7Cbest%7C0%7Cviewall%7C24%7C%7C4&cm_src=PRODUCTSEARCH

268. Jeffrey Conley Photography, Ranunculus 1

| | 1.00 EA | 895.00 | 77.19 | 972.19 | 4/10 yrs | Avg. | 40% | (358.00) | 614.19 |

Orig. Desc. - Jeffrey Conley photography
Purchased From: William Sonoma

https://www.williams-sonoma.com/products/jeffrey-conley-photography/?pkey=e%7Cjeffrey%2Bconley%7C2%7Cbest%7C0%7Cviewall%7C24%7C%7C2&sku=5741702&group=1&cm_src=PRODUCTSEARCH

269. 10.5ft Prelit Artificial Christmas Tree Douglas Fir Clear Lights Full - Wondershop

| | 1.00 EA | 500.00 | 43.13 | 543.13 | 3/10 yrs | Avg. | 30% | (150.00) | 393.13 |

Orig. Desc. - Sears, 10.5 ft artifical Christmas tree Douglas fir
Purchased From: Sears

10.5ft Prelit Artificial Christmas Tree Douglas Fir Clear Lights Full - Wondershop

270. No. 2 Pencil Glass Ornament By Ashland

| | 100.00 EA | 7.00 | 60.38 | 760.38 | 10/10 yrs | Avg. | 80% [M] | (560.00) | 200.38 |

https://www.michaels.com/no.-2-pencil-glass-ornament-by-ashland/10563698.html
Purchased From:
Orig. Desc. - Sears, Christmas ornaments

271. Philips 60ct Christmas LED Smooth Mini String Lights Cool White GW

| | 100.00 EA | 9.99 | 86.16 | 1,085.16 | 6/10 yrs | Avg. | 60% | (599.40) | 485.76 |

Orig. Desc. - Sears, Christmas decorations
Purchased From: Sears,Macy's ; Christmas stores
https://www.target.com/p/philips-60ct-christmas-led-smooth-mini-string-lights-cool-white-gw/-/A-50838990

272. CAVS SA-F1002 TABLE TOP KARAOKE SYSTEM

| | 1.00 EA | 1,899.00 | 163.79 | 2,062.79 | 4/10 yrs | Above Avg. | 24% | (455.76) | 1,607.03 |

Orig. Desc. - CAVS, Karaoke machine computer system
Purchased From:
http://www.cavsusa.com/sa-f1002.php

| **Totals: Storage family room** | | | **1,332.54** | **16,782.16** | | | | **3,720.40** | **13,061.76** |

**Storage garage**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

273. DEWALT 20-Volt MAX Lithium-Ion Cordless Combo Kit (6-Tool) with (2) Batteries 2Ah, Charger and Tool Bag

| | 1.00 EA | 629.00 | 54.25 | 683.25 | 3/20 yrs | Avg. | 15% | (94.35) | 588.90 |



## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage garage**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

Orig. Desc. - DeWalt, 6 tool cordless combo kit
Purchased From:

https://www.homedepot.com/p/DEWALT-20-Volt-MAX-Lithium-Ion-Cordless-Combo-Kit-6-Tool-with-2-Batteries-2Ah-Charger-and-Tool-Bag-D
CK620D2/300937285

274. DEWALT 10-in Carbide-tipped 15-Amp Table Saw

| | 1.00 EA | 349.00 | 30.10 | 379.10 | 4/20 yrs | Avg. | 20% | (69.80) | 309.30 |

Orig. Desc. - DeWalt, Table saw
Purchased From:

https://www.lowes.com/pd/DEWALT-10-in-Carbide-tipped-15-Amp-Table-Saw/1000465645?cm_mmc=SCE_PLA-_-ToolsAndHardware-_-Miter
AndTableSaws-_-1000465645:DEWALT&CAWELAID=&kpid=1000465645&CAGPSPN=pla&store_code=2604&k_clickID=go_625706834_346
13745310_111132553510_aud-449333924337:pla-261169297348_c_9031997&gclid=EAIaIQobChMIkJKV2oKs3gIVDsZkCh0nWwC0EAQYAiA
BEgKqjfD_BwE

275. DEWALT FLEXVOLT 60-Volt MAX Lithium-Ion Cordless Brushless 16 in. Chainsaw with 3Ah Battery and Charger Included

| | 1.00 EA | 349.99 | 30.19 | 380.18 | 3/10 yrs | Avg. | 30% | (105.00) | 275.18 |

Orig. Desc. - DeWalt, Chain saw electric
Purchased From: Lowe's

https://www.homedepot.com/p/DEWALT-FLEXVOLT-60-Volt-MAX-Lithium-Ion-Cordless-Brushless-16-in-Chainsaw-with-3Ah-Battery-and-Char
ger-Included-DCCS670X1/301326323

276. DEWALT 90 MPH 400 CFM 20-Volt MAX Lithium-Ion Cordless Handheld Leaf Blower with 5.0Ah Battery and Charger Included

| | 1.00 EA | 179.00 | 15.44 | 194.44 | 3/10 yrs | Above Avg. | 18% | (32.22) | 162.22 |

Orig. Desc. - DeWalt, Hand held leave blower electric
Purchased From:

https://www.homedepot.com/p/DEWALT-90-MPH-400-CFM-20-Volt-MAX-Lithium-Ion-Cordless-Handheld-Leaf-Blower-with-5-0Ah-Battery-and
-Charger-Included-DCBL720P1/205878780

277. Newage Products Bold 3.0 Series 7 PC Set 50421

| | 1.00 EA | 1,149.99 | 99.19 | 1,249.18 | 2/20 yrs | Above Avg. | 6% | (69.00) | 1,180.18 |

Orig. Desc. - New age products, Garage storage system
Purchased From: Lowe's

https://www.garagedepartment.com/products/newage-products-bold-3-0-series-7-pc-set-50421?variant=12247671406679&gclid=EAIaIQobChMIsbi
FnIKs3gIVgWh-Ch1_Nw9wEAYYBCABEgK-2PD_BwE

278. CENTRAL PNEUMATIC 21 gal. 2.5 HP 125 PSI Cast Iron Vertical Air Compressor

| | 1.00 EA | 174.99 | 15.09 | 190.08 | 3/20 yrs | Above Avg. | 9% | (15.75) | 174.33 |

Orig. Desc. - Central pneumatic, Air compressor
Purchased From: Harbor freight
https://www.harborfreight.com/21-gal-25-hp-125-psi-cast-iron-vertical-air-compressor-61454.html

279. PREDATOR 2500 PSI, 2.4 GPM, 4 HP (160cc) Pressure Washer EPA/CARB

| | 1.00 EA | 289.99 | 25.01 | 315.00 | 4/20 yrs | Above Avg. | 12% | (34.80) | 280.20 |

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 262
of 287



# CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage garage**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - Predator, Pressure washer | | | | | | | | | |
| Purchased From: Harbor freight | | | | | | | | | |
| https://www.harborfreight.com/2500-psi-24-gpm-4-hp-160cc-pressure-washer-epacarb-62201.html | | | | | | | | | |
| 280. Klutch Mechanic's Tool Set — 305-Pc., 1/4in.-, 3/8in.- and 1/2in.-Drive, SAE and Metric | | | | | | | | | |
| | 1.00 EA | 299.99 | 25.87 | 325.86 | 1/20 yrs | Above Avg. | 3% | (9.00) | 316.86 |
| Orig. Desc. - Klutch, 301 pc mechanic tools | | | | | | | | | |
| Method (Check, Charge, Cash, Gift): Gift | | | | | | | | | |
| https://www.northerntool.com/shop/tools/product_200624105_200624105 | | | | | | | | | |
| 281. Bauer 20V Hypermax Lithium 1/2 in. Impact Wrench - Tool Only | | | | | | | | | |
| | 1.00 EA | 119.99 | 10.35 | 130.34 | 1/20 yrs | Above Avg. | 3% | (3.60) | 126.74 |
| Orig. Desc. - Bauer, Impact wrench | | | | | | | | | |
| Purchased From: Harbor freight | | | | | | | | | |
| https://www.harborfreight.com/20v-hypermax-lithium-12-in-impact-wrench-tool-only-63629.html | | | | | | | | | |
| 282. Viking, Jump starter and power pack | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | (0.00) | 0.00 |
| Purchased From: Harbor freight | | | | | | | | | |
| Forwarded to adjuster to confirm coverage c (auto/vehicle) | | | | | | | | | |
| 283. Grainger, Combo wrench set metric | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 2/NA | Above Avg. | 0% | (0.00) | 0.00 |
| Purchased From: | | | | | | | | | |
| We need more information to price items accurately: details & number of pieces | | | | | | | | | |
| 284. Tag Springfield III Printed 5-Pc. Luggage Set, | | | | | | | | | |
| | 1.00 EA | 200.00 | 17.25 | 217.25 | 2/20 yrs | Above Avg. | 6% | (12.00) | 205.25 |
| Orig. Desc. - Tag Springfield, Luggage set | | | | | | | | | |
| Purchased From: Macys | | | | | | | | | |

https://www.macys.com/shop/product/tag-springfield-iii-printed-5-pc.-luggage-set-created-for-macys?ID=4275417&pla_country=US&CAG
PSPN=pla&CAWELAID=120156340012145165&CAAGID=61770706707&CATCI=pla-513959441403&lsft=cm_mmc:Google_SH_PLA_Luggag
e-_-GS_Luggage_PLA_Tag293719125825-_-pg1050682098_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_977_1546922777_6177070
6707_293719125825_pla-513959441403_618842340125USA__c_KID_,trackingid=509x1050682098&cm_mmc=Google_SH_PLA_Luggage-_-GS_
Luggage_PLA_Tag-_-293719125825-_-pg1050682098_c_kclickid_4f433054-4aba-426d-aa7d-154cf1c055af_KID_EMPTY_1546922777_6177070
6707_293719125825_pla-513959441403_618842340125USA__KID_&trackingid=509x1050682098&gclid=EAIaIQobChMIqOPd1IWs3gIVz2B-C
h3K4gP9EAYYASABEgK7H_D_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Springfield III Printed 5-Pc. Luggage Set, | | | | | | | | | |
| 285. Craftsman, Drill bit 300 pc | | | | | | | | | |
| | 1.00 EA | 26.00 | 2.24 | 28.24 | 2/20 yrs | Above Avg. | 6% | (1.56) | 26.68 |
| Purchased From: Sears | | | | | | | | | |
| Validated price and price is in line with current market values. | | | | | | | | | |
| 286. Craftsman 26" 4-Drawer Heavy-Duty Rolling Cabinet - Red | | | | | | | | | |
| | 1.00 EA | 174.99 | 15.09 | 190.08 | 2/20 yrs | Above Avg. | 6% | (10.50) | 179.58 |

ENRIQUE_GALVEZ

10/29/2018                Page: 48



**CONTINUED - Storage garage**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - Craftsman, 4 drawer rolling cabinet | | | | | | | | | |
| Purchased From: Sears | | | | | | | | | |

https://www.sears.com/26-in-4-drawer-heavy-duty-ball-bearing/p-00903771000P?sid=IDx01192011x000001x1577015425&utm_campaign=9031997&utm_group=65245217891-296280942935&utm_term=pla-526398962560&gclid=EAIaIQobChMIrOOskYes3gIVlKDsCh3Hjw4xEAQYASABEgJmGfD_BwE

| 287. Craftsman 9 gal. Corded Wet/Dry Vacuum 8.2 amps 120 volts Red 16.1 lb. 3.5 hp 1 pc. | | | | | | | | | |
| | 1.00 EA | 69.99 | 6.04 | 76.03 | 2/20 yrs | Above Avg. | 6% | (4.20) | 71.83 |
| Orig. Desc. - Craftsman, Wet/dry vac | | | | | | | | | |
| Purchased From: Sears | | | | | | | | | |

https://www.acehardware.com/departments/tools/wet-dry-vacuums/wetdry-vacuums/2295673?x429=true

| 288. Craftsman 299 pc. Ultimate Easy Read Socket Set | | | | | | | | | |
| | 1.00 EA | 299.99 | 25.87 | 325.86 | 3/20 yrs | Above Avg. | 9% | (27.00) | 298.86 |
| Orig. Desc. - Craftsman, Socket set | | | | | | | | | |
| Purchased From: | | | | | | | | | |

https://www.sears.com/craftsman-299-piece-ultimate-easy-read-socket-set/p-00935299000P?sid=IDx01192011x000001x1596297757&utm_campaign=9031997&utm_group=58806246605-302441350026&utm_term=pla-456474438953&gclid=EAIaIQobChMIxfKRIIas3gIVgX5-Ch3zjQAhEAQYAyABEgIaZfD_BwE

| 289. Makita 18-Volt 2.0Ah LXT Lithium-Ion Sub-Compact Brushless Cordless 1/2 in. Hammer Driver Drill Kit | | | | | | | | | |
| | 1.00 EA | 189.00 | 16.30 | 205.30 | 3/20 yrs | Above Avg. | 9% | (17.01) | 188.29 |
| Orig. Desc. - Makita, Sub compact drill | | | | | | | | | |
| Purchased From: Home Depot | | | | | | | | | |

https://www.homedepot.com/p/Makita-18-Volt-2-0Ah-LXT-Lithium-Ion-Sub-Compact-Brushless-Cordless-1-2-in-Hammer-Driver-Drill-Kit-XPH11RB/301996290

| 290. Makita 10.5 Amp 7-1/4 in. Corded Circular Saw | | | | | | | | | |
| | 1.00 EA | 92.99 | 8.02 | 101.01 | 1/20 yrs | Above Avg. | 3% | (2.79) | 98.22 |
| Orig. Desc. - Makita, Circular saw | | | | | | | | | |
| Purchased From: Home Depot | | | | | | | | | |

https://www.homedepot.com/p/Makita-10-5-Amp-7-1-4-in-Corded-Circular-Saw-HS7600/206041884?cm_mmc=Shopping%7CG%7CBase%7CD25T%7C25-9_PORTABLE+POWER%7CNA%7CPLA%7c7c71700000034127218%7c58700003933021540%7c92700031755124700&gclid=EAIaIQobChMIgIrCqZOs3gIVl_hkCh0stgyyEAQYAiABEgKE9fD_BwE&gclsrc=aw.ds

| 291. Makita 2 in. x 18-Gauge Brad Nailer | | | | | | | | | |
| | 1.00 EA | 82.39 | 7.11 | 89.50 | 2/20 yrs | Above Avg. | 6% | (4.94) | 84.56 |
| Orig. Desc. - Makita, Brad nailer | | | | | | | | | |
| Purchased From: Home Depot | | | | | | | | | |

https://www.homedepot.com/p/Makita-2-in-x-18-Gauge-Brad-Nailer-AF505N/205311487

| 292. Makita 13 Amp 10 in. Slide Compound Miter Saw | | | | | | | | | |
| | 1.00 EA | 375.96 | 32.43 | 408.39 | 2/20 yrs | Above Avg. | 6% | (22.56) | 385.83 |

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 264
of 287



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

### CONTINUED - Storage garage

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Orig. Desc. - Makita, Miter saw | | | | | | | | | |
| Purchased From: Home Depot | | | | | | | | | |
| https://www.homedepot.com/p/Makita-13-Amp-10-in-Slide-Compound-Miter-Saw-LS1018/205208067 | | | | | | | | | |
| 293. MK Diamond Products 10-in 1.5-HP Wet Sliding Table Tile Saw | | | | | | | | | |
| | 1.00 EA | 1,686.67 | 145.48 | 1,832.15 | 3/20 yrs | Above Avg. | 9% | (151.80) | 1,680.35 |
| Orig. Desc. - Mk diamond, Wet tile saw 10 in | | | | | | | | | |
| Purchased From: Lowes | | | | | | | | | |
| https://www.lowes.com/pd/MK-Diamond-Products-10-in-1-5-HP-Wet-Sliding-Table-Tile-Saw/3638102?cm_mmc=SCE_PLA_ONLY-_-ToolsAn dHardware-_-SosBenchTopStationaryTools-_-3638102:MK_Diamond_Products&CAWELAID=&kpid=3638102&CAGPSPN=pla&k_clickID=go_ 625664149_34614290590_111133302310_pla-436499242017_c_9030106&gclid=EAIaIQobChMIy8nvvaaq3gIVkK_sCh3K0ASLEAQYASABEglj yfD_BwE | | | | | | | | | |
| 294. Kobalt 7-in Wet/Dry Continuous Diamond Saw Blade | | | | | | | | | |
| | 1.00 EA | 33.48 | 2.89 | 36.37 | 1/20 yrs | Above Avg. | 3% | (1.00) | 35.37 |
| Orig. Desc. - Diamond, Saw blade | | | | | | | | | |
| Purchased From: Lowe's | | | | | | | | | |
| https://www.lowes.com/pd/Kobalt-7-in-Wet-Dry-Continuous-Diamond-Saw-Blade/3151525 | | | | | | | | | |
| 295. Werner D1500 Aluminum 8-ft Type 1A - 300 lbs. Capacity Straight Ladder | | | | | | | | | |
| | 2.00 EA | 86.22 | 14.87 | 187.31 | 3/20 yrs | Avg. | 15% | (25.87) | 161.44 |
| Orig. Desc. - Werner, 8 ft ladder | | | | | | | | | |
| Purchased From: Lowe's | | | | | | | | | |
| https://www.lowes.com/pd/Werner-D1500-Aluminum-8-ft-Type-1A-300-lbs-Capacity-Straight-Ladder/999921952?cm_mmc=SCE_PLA_ONLY-_- LumberAndBuildingMaterials-_-SosLadders-_-999921952:Werner&CAWELAID=&kpid=999921952&CAGPSPN=pla&k_clickID=go_625849125 _34614215350_111133224190_aud-449333924337:pla-259315405882_c_9031997&gclid=EAIaIQobChMIit7_2pKs3gIVFtVkCh3T1AnlEAQYCy ABEgKPwfD_BwE | | | | | | | | | |
| 296. Lion sport, Rims and tires set of 4 | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 3/NA | Above Avg. | 0% | (0.00) | 0.00 |
| Purchased From: | | | | | | | | | |
| We need more information to price items accurately: model, size, specs, vehicle | | | | | | | | | |
| 297. Tepi, Natural throw | | | | | | | | | |
| | 1.00 EA | 39.00 | 3.36 | 42.36 | 1/10 yrs | Above Avg. | 6% | (2.34) | 40.02 |
| Purchased From: William Sonoma | | | | | | | | | |
| Validated price and price is in line with current market values. | | | | | | | | | |
| 298. Kenneth Cole Reaction Reverb 3-Piece 20in/25in/29in Expandable Hardside Spinner Luggage Set by Kenneth Cole Reaction | | | | | | | | | |
| | 1.00 EA | 199.99 | 17.25 | 217.24 | 2/20 yrs | Above Avg. | 6% | (12.00) | 205.24 |
| Orig. Desc. - Kenneth Cole, Luggage set 3 piece | | | | | | | | | |
| Purchased From: Macy's | | | | | | | | | |
| https://www.overstock.com/Luggage-Bags/Kenneth-Cole-Reaction-Reverb-3-Piece-20in-25in-29in-Expandable-Hardside-Spinner-Luggage-Set/1334 4295/product.html?refccid=NR3JU77XKC323ESBV7EQECXINE&searchidx=1 | | | | | | | | | |

ENRIQUE_GALVEZ

10/29/2018　　　　Page: 50



# CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

**CONTINUED - Storage garage**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **299. NEMO Wagontop 8P Tent** | | | | | | | | | |
| | 1.00 EA | 749.95 | 64.68 | 814.63 | 3/10 yrs | Avg. | 30% | (224.99) | 589.64 |
| Orig. Desc. - Nemo, 8 people tent | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |
| https://www.rei.com/product/895313/nemo-wagontop-8p-tent | | | | | | | | | |
| **300. Kelty Loveseat** | | | | | | | | | |
| | 3.00 EA | 89.95 | 23.27 | 293.12 | 3/10 yrs | Avg. | 30% | (80.96) | 212.16 |
| Orig. Desc. - Kelty, Love seat camp lounge chair | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |
| https://www.backcountry.com/kelty-loveseat | | | | | | | | | |
| **301. REI Co-op Kingdom Lounge Chair** | | | | | | | | | |
| | 3.00 EA | 69.95 | 18.10 | 227.95 | 3/10 yrs | Avg. | 30% | (62.96) | 164.99 |
| Orig. Desc. - Rei, Lounge chair | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |
| https://www.rei.com/product/136448/rei-co-op-kingdom-lounge-chair | | | | | | | | | |
| **302. Jetboil Genesis Basecamp System Camp Stove** | | | | | | | | | |
| | 1.00 EA | 349.95 | 30.18 | 380.13 | 3/10 yrs | Avg. | 30% | (104.99) | 275.14 |
| Orig. Desc. - Jetboil, Base camp system camp stove | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |
| https://www.rei.com/product/100060/jetboil-genesis-basecamp-system-camp-stove | | | | | | | | | |
| **303. The North Face Dolomite 20 Double Sleeping Bag** | | | | | | | | | |
| | 1.00 EA | 159.95 | 13.80 | 173.75 | 2/10 yrs | Avg. | 20% | (31.99) | 141.76 |
| Purchased From: | | | | | | | | | |
| https://www.rei.com/product/128394/the-north-face-dolomite-20-double-sleeping-bag | | | | | | | | | |
| Orig. Desc. - North Face, Double sleeping bag | | | | | | | | | |
| **304. Mountain Summit Gear Deluxe Roll Top Kitchen** | | | | | | | | | |
| | 1.00 EA | 119.95 | 10.35 | 130.30 | 5/10 yrs | Avg. | 50% | (59.98) | 70.32 |
| Orig. Desc. - Mounatain summit, Deluxe top kitchen top | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |
| https://www.rei.com/product/114088/mountain-summit-gear-deluxe-roll-top-kitchen | | | | | | | | | |
| **305. GSI Outdoors Pinnacle Camper Cookset** | | | | | | | | | |
| | 1.00 EA | 139.95 | 12.07 | 152.02 | 2/10 yrs | Avg. | 20% | (27.99) | 124.03 |
| Orig. Desc. - Pinnacle, Camper cook set | | | | | | | | | |
| Purchased From: REI | | | | | | | | | |
| https://www.rei.com/product/830776/gsi-outdoors-pinnacle-camper-cookset | | | | | | | | | |
| **306. ROADIE 20** | | | | | | | | | |
| | 2.00 EA | 199.99 | 34.50 | 434.48 | 3/10 yrs | Avg. | 30% | (119.99) | 314.49 |
| Orig. Desc. - Yeti, Cooler | | | | | | | | | |

ENRIQUE_GALVEZ



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

## CONTINUED - Storage garage

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Purchased From: REI | | | | | | | | | |

https://www.yeti.com/hard-coolers/roadie-20-cooler/10020020000.html?country=US&currency=USD&CAWELAID=120329620000000141&CAGPSPN=pla&CAAGID=47134514833&CATCI=pla-478005499335&utm_id=google_664187722_47134514833_216007053090_pla-478005499335_c&gclid=EAIaIQobChMIp8nctYus3gIVgX5-Ch1PXQBOEAQYAiABEgK_O_D_BwE

| 307. GSI, Outdoor knife set | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 39.99 | 3.45 | 43.44 | 2/NA | Avg. | 0% | (0.00) | 43.44 |
| Purchased From: REI | | | | | | | | | |
| Validated price and price is in line with current market values | | | | | | | | | |
| 308. GSI, Kitchen camping kit | | | | | | | | | |
| | 1.00 EA | 37.00 | 3.19 | 40.19 | 2/NA | Avg. | 0% | (0.00) | 40.19 |
| Purchased From: REI | | | | | | | | | |
| Validated price and price is in line with current market values | | | | | | | | | |
| 309. Quik Shade Weekender Elite 12'x12' Straight Leg Instant Canopy (144 sq. ft. coverage) | | | | | | | | | |
| | 3.00 EA | 133.99 | 34.67 | 436.64 | 2/10 yrs | Avg. | 20% | (80.39) | 356.25 |
| Orig. Desc. - Quick shade, Instant canopy | | | | | | | | | |
| Purchased From: Big 5 | | | | | | | | | |

https://www.walmart.com/ip/Quik-Shade-Weekender-Elite-12-x12-Straight-Leg-Instant-Canopy-144-sq-ft-coverage/39118689

| 310. Intex Comfort Plush Queen Air Mattress with Built-In Pump | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 4.00 EA | 79.99 | 27.60 | 347.56 | 2/10 yrs | Avg. | 20% | (63.99) | 283.57 |
| Orig. Desc. - INTEX, Air bed | | | | | | | | | |
| Purchased From: Big 5 | | | | | | | | | |

https://www.dickssportinggoods.com/p/intex-comfort-plush-queen-air-mattress-with-built-in-pump-17itxucmfrtplshqncsl/17itxucmfrtplshqncsl?camp=CSE:DSG_pg1052164754_ecom_PLA_452&gclid=EAIaIQobChMIyrLrmY-s3gIVCnd-Ch21jw4CEAQYASABEgJIXvD_BwE

| 311. Coleman Dexter Point 30° Sleeping Bag | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2.00 EA | 64.99 | 11.21 | 141.19 | 1/10 yrs | Avg. | 10% | (13.00) | 128.19 |
| Orig. Desc. - Coleman, Sleeping bags | | | | | | | | | |
| Purchased From: Big 5 | | | | | | | | | |

https://www.dickssportinggoods.com/p/coleman-dexter-point-30deg-sleeping-bag-15coludxtrpnt30rgcsl/15coludxtrpnt30rgcsl

| 312. Head Daymaker Snowboard | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2.00 EA | 299.99 | 51.75 | 651.73 | 1/10 yrs | Avg. | 10% | (60.00) | 591.73 |
| Orig. Desc. - Day maker, Snowboards | | | | | | | | | |
| Purchased From: Dicks sporting goods | | | | | | | | | |

https://www.snowboards.com/Head-Daymaker-Snowboard/408584P,default,pd.html

| 313. Electric wheelchair | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 4/NA | Avg. | 0% | (0.00) | 0.00 |
| Purchased From: | | | | | | | | | |

We need more information to price items accurately: make, model

Please provide the original purchase invoice and replacement quote from a physician for an item of like kind and quality.

ENRIQUE_GALVEZ

10/29/2018        Page: 52



**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

## CONTINUED - Storage garage

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 314. Rowenta Perfect Steam Station DG8520, Purple & White, Scale Collector | | | | | | | | | |
| | 1.00 EA | 272.32 | 23.49 | 295.81 | 5/10 yrs | Avg. | 50% | (136.16) | 159.65 |

Orig. Desc. - Rowenta, Steam station
Purchased From: JCPENNYS

https://www.walmart.com/ip/Rowenta-Perfect-Steam-Station-DG8520-Purple-White-Scale-Collector/50272125?wmlspartner=wlpa&selectedSellerId=0&adid=2222222227037929956&wl0=&wl1=g&wl2=c&wl3=98281700314&wl4=pla-59290089900&wl5=9030106&wl6=&wl7=&wl8=&wl9=pla&wl10=8175035&wl11=online&wl12=50272125&wl13=&veh=sem&gclid=EAIaIQobChMIjf20pKeq3gIVk8hkCh0IaAMxEAQYBSABEgKwGvD_BwE

| **Totals: Storage garage** | | **982.00** | **12,367.46** | | | | | **1,796.48** | **10,570.98** |

### Storage laundry

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 315. LG Electronics 4.5 cu.ft. Ultra Large Capacity Front Load Washer with Coldwash Technology and Wi-Fi Connectivity in White + 27 in. Laundry Pedestal with Storage Drawer in White | | | | | | | | | |
| | 1.00 EA | 1,148.00 | 99.02 | 1,247.02 | 5/10 yrs | Avg. | 50% | (574.00) | 673.02 |

Orig. Desc. - LG, Front loader washer
Purchased From: Best buy

https://www.homedepot.com/p/LG-Electronics-7-4-cu-ft-Ultra-Large-Capacity-Electric-Dryer-with-Sensor-Dry-and-Wi-Fi-connectivity-in-White-DLE3500W/304171746

| 316. LG Electronics 7.4 cu.ft. Ultra Large Capacity Electric Dryer with Sensor Dry, and Wi-Fi connectivity in White + 27 in. Laundry Pedestal with Storage Drawer in White | | | | | | | | | |
| | 1.00 EA | 1,148.00 | 99.02 | 1,247.02 | 5/10 yrs | Avg. | 50% | (574.00) | 673.02 |

Orig. Desc. - LG, Front loader dryer
Purchased From: Best buy

https://www.bestbuy.com/site/lg-steamdryer-7-4-cu-ft-10-cycle-electric-dryer-with-steam-white/8733963.p?skuId=8733963&ref=212&loc=1&ds_rl=1260669&ds_rl=1260669&ref=212&loc=1&ds_rl=1266837&gclid=EAIaIQobChMIgs7D-6aq3gIVio9-Ch0qnQSaEAQYAyABEgLExvD_BwE&gclsrc=aw.ds

| **Totals: Storage laundry** | | **198.04** | **2,494.04** | | | | | **1,148.00** | **1,346.04** |

### Storage Yard

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

ENRIQUE_GALVEZ

Case: 19-30088   Doc# 14238   Filed: 12/20/23   Entered: 12/20/23 14:42:51   Page 268 of 287

**CONTINUED - Storage Yard**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 317. Hanover Fontana 9-Piece Aluminum Rectangular Outdoor Dining Set with Glass-Top Table | | | | | | | | | |
| | 1.00 EA | 1,499.00 | 129.29 | 1,628.29 | 4/7 yrs | Above Avg. | 34.29% | (513.94) | 1,114.35 |

Orig. Desc. - Hanover, Outside patio set 8 chairs glass table
Purchased From: Kmart

https://www.homedepot.com/p/Hanover-Fontana-9-Piece-Aluminum-Rectangular-Outdoor-Dining-Set-with-Glass-Top-Table-FNTDN9PCG/301631944

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 318. Crawford & Burke Teresina 19.7 in. x 29.1 in. Square Stack Stone Propane Fire Pit in Brown | | | | | | | | | |
| | 1.00 EA | 276.24 | 23.83 | 300.07 | 4/10 yrs | Avg. | 40% | (110.50) | 189.57 |

Orig. Desc. - Crawford & Burke, Outdoor fire pit propane gas
Purchased From: Home depot

https://www.homedepot.com/p/Crawford-Burke-Teresina-19-7-in-x-29-1-in-Square-Stack-Stone-Propane-Fire-Pit-in-Brown-09365FP/305057989

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 319. KHO-7 OUTDOOR SPEAKER, pair | | | | | | | | | |
| | 2.00 EA | 299.00 | 51.58 | 649.58 | 4/10 yrs | Above Avg. | 24% | (143.52) | 506.06 |

Orig. Desc. - Klipsch, Outdoor speaker
Purchased From: Frys electronic

https://www.klipsch.com/products/outdoor-speakers?model=kho-7

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 320. Pit Boss 820-sq in Two-tone copper and black high temperature powder coat Pellet Grill | | | | | | | | | |
| | 1.00 EA | 499.00 | 43.04 | 542.04 | 4/10 yrs | Avg. | 40% | (199.60) | 342.44 |

Orig. Desc. - Pit boss, BBQ grill
Purchased From: Lowes

https://www.lowes.com/pd/Pit-Boss-820-sq-in-Two-tone-copper-and-black-high-temperature-powder-coat-Pellet-Grill/1000266681?cm_mmc=SCE_PLA-_-SeasonalOutdoorLiving-_-Grills-_-1000266681:Pit_Boss&CAWELAID=&kpid=1000266681&CAGPSPN=pla&store_code=1204&k_clickID=go_625671256_34614248710_111133259830_pla-66937378687_c_9030106&gclid=EAIaIQobChMIm-DLyauq3gIVlNlkCh2ztQoWEAQYAiABEgJB-fD_BwE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 321. Weber Spirit II E-310 3-Burner Propane Gas Grill in Black | | | | | | | | | |
| | 1.00 EA | 499.00 | 43.04 | 542.04 | 4/10 yrs | Avg. | 40% | (199.60) | 342.44 |

Orig. Desc. - Weber, Propane gas grill
Purchased From: Lowes

https://www.homedepot.com/p/Weber-Spirit-II-E-310-3-Burner-Propane-Gas-Grill-in-Black-45010001/302996388

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 322. Weber Spirit and Spirit II 3-Burner Gas Grill Cover | | | | | | | | | |
| | 2.00 EA | 59.99 | 10.35 | 130.33 | 4/10 yrs | Avg. | 40% | (47.99) | 82.34 |

Purchased From:

https://www.homedepot.com/p/Weber-Spirit-and-Spirit-II-3-Burner-Gas-Grill-Cover-7139/303241042

Orig. Desc. - Weber, Grill cover

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 323. Kobalt 6-cu ft Steel Wheelbarrow with Flat-Free Tire(s) | | | | | | | | | |
| | 1.00 EA | 89.98 | 7.76 | 97.74 | 5/10 yrs | Avg. | 50% | (44.99) | 52.75 |

Orig. Desc. - Kobalt, Wheel barrow
Purchased From: Lowes

ENRIQUE_GALVEZ

10/29/2018        Page: 54



## CSAA Insurance Exchange

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618  - Phone
(877) 548-1610  - Fax

**CONTINUED - Storage Yard**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

https://www.lowes.com/pd/Kobalt-6-cu-ft-Steel-Wheelbarrow-with-Flat-Free-Tire-s/1000002434?cm_mmc=SCE_PLA-_-LawnGarden-_-Wheelbarrows AndCarts-_-1000002434:Kobalt&CAWELAID=&kpid=1000002434&CAGPSPN=pla&store_code=1204&k_clickID=go_625853898_46213476407_195620086529_aud-449333924337:pla-312628701289_c_9030106&gclid=EAIaIQobChMItLf60bOq3gIVkaDsCh1hEgZdEAQYASABEgIXcPD_BwE

**324.  S'DENTE Lohme White Rectangle 7-Piece Faux Wood Sling Patio Dining Set**

| | 1.00 EA | 660.79 | 56.99 | 717.78 | 4/7 yrs | Avg. | 57.14% | (377.59) | 340.19 |

Orig. Desc. - S'dente, Outdoor dining set

Purchased From: Home Depot

https://www.homedepot.com/p/S-DENTE-Lohme-White-Rectangle-7-Piece-Faux-Wood-Sling-Patio-Dining-Set-SD7223WT/303098558

**325.  Lakeland Mills 3-Person Patio Yard Swing**

| | 1.00 EA | 399.00 | 34.41 | 433.41 | 4/7 yrs | Avg. | 57.14% | (228.00) | 205.41 |

Orig. Desc. - Lakeland mills, 3 person patio yard swing

Purchased From: Home Depot

https://www.homedepot.com/p/Lakeland-Mills-3-Person-Patio-Yard-Swing-CFU28/100195305?cm_mmc=Shopping%7CG%7CBase%7CAll-Products%7CAll%7CAll%7CPLA%7c71700000014585962%7c5870000123685396%7c9270001080255442&gclid=EAIaIQobChMIt6jatLKq3gIVg8BkCh2DvQLDEAYYASABEgJ9j_D_BwE&gclsrc=aw.ds

**326.  Troy-Bilt TB516 EC 29-cc 4-Cycle 9-in Gas Lawn Edger**

| | 1.00 EA | 199.00 | 17.16 | 216.16 | 3/7 yrs | Avg. | 42.86% | (85.29) | 130.87 |

Orig. Desc. - Troy-Bilt, 4 cycle gas lawn edger

Purchased From: Lowes

https://www.lowes.com/pd/Troy-Bilt-TB516-EC-29-cc-4-Cycle-9-in-Gas-Lawn-Edger/3664272

**327.  Kobalt Long-handle Fiberglass Digging Shovel**

| | 1.00 EA | 26.98 | 2.33 | 29.31 | 3/7 yrs | Avg. | 42.86% | (11.56) | 17.75 |

Orig. Desc. - Kobalt, Fiberglass long handle digging shovel

Purchased From: Lowes

https://www.lowes.com/pd/Kobalt-Long-handle-Fiberglass-Digging-Shovel/1000377397?cm_mmc=SCE_PLA-_-LawnGarden-_-LawnAndGardenTools-_-1000377397:Kobalt&CAWELAID=&kpid=1000377397&CAGPSPN=pla&store_code=1204&k_clickID=go_625853898_43247578980_195654754225_aud-449333924337:pla-313186149970_c_9030106&gclid=EAIaIQobChMI-IzL7bKq3gIVGMNkCh1yYQChEAQYASABEgKkC_D_BwE

**328.  Stanley Pruner and Bypass Lopper Combo Pack**

| | 1.00 EA | 51.99 | 4.48 | 56.47 | 4/7 yrs | Avg. | 57.14% | (29.71) | 26.76 |

Orig. Desc. - Stanley Bostitch, Lopped & prunner

Purchased From: Lowes

https://www.homedepot.com/p/Stanley-Pruner-and-Bypass-Lopper-Combo-Pack-BDS7000/204681986

**329.  Kobalt 54-in L Fiberglass-Handle Steel Garden Rake**

| | 1.00 EA | 26.98 | 2.33 | 29.31 | 3/7 yrs | Avg. | 42.86% | (11.56) | 17.75 |

Orig. Desc. - Kobalt, Fiberglass handle steal garden rack

Purchased From: Lowes

ENRIQUE_GALVEZ

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 270 of 287

**CONTINUED - Storage Yard**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| https://www.lowes.com/pd/Kobalt-54-in-L-Fiberglass-Handle-Steel-Garden-Rake/1000377399?cm_mmc=SCE_PLA-_-LawnGarden-_-Lawn AndGardenTools-_-1000377399:Kobalt&CAWELAID=&kpid=1000377399&CAGPSPN=pla&store_code=1204&k_clickID=go_625853898_43247 578980_195654754225_aud-449333924337:pla-313186149970_c_9030106&gclid=EAIaIQobChMItLTKubOq3gIVl9lkCh1OAwpfEAQYASABEg IabfD_BwE | | | | | | | | | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Storage Yard** | | | 426.59 | 5,372.53 | | | | 2,003.85 | 3,368.68 |

### Storage office

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 330. LOGAN DESK | | | | | | | | | |
| | 1.00 EA | 999.00 | 86.16 | 1,085.16 | 4/20 yrs | Above Avg. | 12% | (119.88) | 965.28 |
| Orig. Desc. - Logan, Desk | | | | | | | | | |
| Purchased From: Pottery barn | | | | | | | | | |
| https://www.potterybarn.com/products/logan-desk/?pkey=e%7Clogan%2Bdesk%7C144%7Cbest%7C0%7Cviewall%7C48%7C%7C1&cm_src=PR ODUCTSEARCH | | | | | | | | | |
| 331. Beckman, Home office | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 4/NA | Avg. | 0% | (0.00) | 0.00 |
| Purchased From: | | | | | | | | | |
| We need more information to price items accurately: details | | | | | | | | | |
| **Totals: Storage office** | | | 86.16 | 1,085.16 | | | | 119.88 | 965.28 |
| **Total: Contents Collaboration** | | | 14,245.06 | 179,404.15 | | | | 32,006.39 | 147,397.76 |
| **Line Item Totals: ENRIQUE_GALVEZ** | | | 14,245.06 | 179,404.15 | | | | 32,006.39 | 147,397.76 |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 165,159.09 |
| Material Sales Tax | 14,245.06 |
| **Replacement Cost Value** | **$179,404.15** |
| Less Depreciation | (32,006.39) |
| **Actual Cash Value** | **$147,397.76** |
| **Net Claim** | **$147,397.76** |
| Total Recoverable Depreciation | 32,006.39 |
| **Net Claim if Depreciation is Recovered** | **$179,404.15** |

HOLLIER, ROBIN

## Recap of Taxes

| | Material Sales Tax (8.625%) | Storage Rental Tax (8.625%) |
|---|---|---|
| Line Items | 14,245.06 | 0.00 |
| Total | **14,245.06** | **0.00** |

**CSAA Insurance Exchange**

P.O. Box 24523
Oakland, CA 94623-1523
(800) 207-3618 - Phone
(877) 548-1610 - Fax

## Recap by Room

**Estimate: ENRIQUE_GALVEZ**

**Area: Contents Collaboration**

| | | |
|---|---:|---:|
| Storage master bedroom | 7,614.79 | 4.61% |
| Storage master bedroom/ bedroom | 62,990.53 | 38.14% |
| Storage bathroom | 13,539.57 | 8.20% |
| Storage dining rm | 7,961.97 | 4.82% |
| Storage dinning rm | 15,225.00 | 9.22% |
| Storage kitchen | 7,227.41 | 4.38% |
| Storage living room | 15,523.80 | 9.40% |
| Storage family room | 15,449.62 | 9.35% |
| Storage garage | 11,385.46 | 6.89% |
| Storage laundry | 2,296.00 | 1.39% |
| Storage Yard | 4,945.94 | 2.99% |
| Storage office | 999.00 | 0.60% |
| **Area Subtotal: Contents Collaboration** | **165,159.09** | **100.00%** |
| **Subtotal of Areas** | **165,159.09** | **100.00%** |
| **Total** | **165,159.09** | **100.00%** |

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---:|---:|---:|
| AUTOMOTIVE & MOTORCYCLE ACC. | 89.98 | 35.99 | 53.99 |
| APPLIANCES - MAJOR W/O INSTALL | 2,420.97 | 1,163.00 | 1,257.97 |
| APPLIANCES - SMALL | 2,747.92 | 580.92 | 2,167.00 |
| ARTWORK | 1,795.00 | 898.00 | 897.00 |
| CLOTHING & ACCESSORIES | 22,675.72 | 8,373.53 | 14,302.19 |
| COMPUTERS & RELATED GOODS | 1,169.97 | 594.99 | 574.98 |
| ELECTRONICS | 7,872.64 | 1,470.24 | 6,402.40 |
| FURNITURE - HOME & OFFICE | 58,320.90 | 7,523.22 | 50,797.68 |
| HOUSEWARES - DINING & FLATWARE | 2,991.92 | 251.94 | 2,739.98 |
| HOUSEWARES - HOME DECOR | 6,787.34 | 2,888.02 | 3,899.32 |
| JEWELRY & WATCHES | 17,147.00 | | 17,147.00 |
| KITCHENWARE | 1,732.86 | 325.96 | 1,406.90 |
| LAWN, GARDEN & PATIO | 5,275.93 | 2,157.15 | 3,118.78 |
| LINENS & SOFTGOODS | 6,683.57 | 1,740.87 | 4,942.70 |
| LUGGAGE, BAGS & ACCESSORIES | 4,104.98 | 1,248.75 | 2,856.23 |
| MUSIC, MOVIES & MEDIA | 750.00 | 600.00 | 150.00 |
| MUSICAL INSTRUMENTS & EQUIP. | 499.00 | 29.94 | 469.06 |
| PERSONAL CARE & BEAUTY | 845.88 | 65.40 | 780.48 |
| SPORTING GOODS & OUTDOORS | 4,001.26 | 961.22 | 3,040.04 |
| TOOLS | 5,286.85 | 516.33 | 4,770.52 |
| TOYS & GAMES | 1,392.78 | 580.92 | 811.86 |
| USER DEFINED ITEMS | 10,566.62 | | 10,566.62 |
| Subtotal | 165,159.09 | 32,006.39 | 133,152.70 |
| Material Sales Tax | 14,245.06 | | 14,245.06 |
| Total | 179,404.15 | 32,006.39 | 147,397.76 |

ENRIQUE_GALVEZ

**W-2** Employee Reference Copy
Wage and Tax Statement **2018**
OMB No. 1545-0008

Copy C for employee's records.

| b Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 032205 | CLI2/CJD | 662832 | T 1674 |

Employer's name, address, and ZIP code

C & J CLARK RETAIL INC
60 TOWER RD
WALTHAM MA 02451

Batch #02606

c/f Employee's name, address, and ZIP code

ENRIQUE GALVEZ
4082 SACRAMENTO AVE
SANTA ROSA CA 95405

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 9368.75 | Social Security Tax Withheld Box 4 of W-2 | 555.04 | CA. State Income Tax Box 17 of W-2 | 300.17 |
| | | | | SUI/SDI/FLI Box 14 of W-2 | 89.52 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1023.99 | Medicare Tax Withheld Box 6 of W-2 | 129.81 | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 9,368.75 | 9,368.75 | 9,368.75 | 9,368.75 |
| Less Other Cafe 125 | 416.50 | 416.50 | 416.50 | 416.50 |
| Reported W-2 Wages | 8,952.25 | 8,952.25 | 8,952.25 | 8,952.25 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

ENRIQUE GALVEZ
4082 SACRAMENTO AVE
SANTA ROSA CA 95405

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2018 ADP, LLC

COPY
RECEIVED
Liberty Tax Service

| | |
|---|---|
| b Employer's FED ID number 23-2051239 | a Employee's SSA number 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 |
| 1 Wages, tips, other comp. 8952.25 | 2 Federal income tax withheld 1023.99 |
| 3 Social security wages 8952.25 | 4 Social security tax withheld 555.04 |
| 5 Medicare wages and tips 8952.25 | 6 Medicare tax withheld 129.81 |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code 49a7-129c-c248-dcce | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD 3861.60 |
| 14 Other 89.52 SDI | 12b |
| | 12c |
| | 12d |

| 15 State CA | Employer's state ID no. 228-0507 1 | 16 State wages, tips, etc. 8952.25 |
|---|---|---|
| 17 State income tax 300.17 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

---

| 1 Wages, tips, other comp. 8952.25 | 2 Federal income tax withheld 1023.99 |
|---|---|
| 3 Social security wages 8952.25 | 4 Social security tax withheld 555.04 |
| 5 Medicare wages and tips 8952.25 | 6 Medicare tax withheld 129.81 |
| d Control number 032205 CLI2/CJD 662832 Corp. | Employer use only T 1674 |

c Employer's name, address, and ZIP code

C & J CLARK RETAIL INC
60 TOWER RD
WALTHAM MA 02451

| b Employer's FED ID number 23-2051239 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code 49a7-129c-c248-dcce | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a DD 3861.60 |
| 14 Other 89.52 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

ENRIQUE GALVEZ
4082 SACRAMENTO AVE
SANTA ROSA CA 95405

| 15 State CA | Employer's state ID no. 228-0507 1 | 16 State wages, tips, etc. 8952.25 |
|---|---|---|
| 17 State income tax 300.17 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

---

| 1 Wages, tips, other comp. 8952.25 | 2 Federal income tax withheld 1023.99 |
|---|---|
| 3 Social security wages 8952.25 | 4 Social security tax withheld 555.04 |
| 5 Medicare wages and tips 8952.25 | 6 Medicare tax withheld 129.81 |
| d Control number 032205 CLI2/CJD 662832 Corp. | Employer use only T 1674 |

c Employer's name, address, and ZIP code

C & J CLARK RETAIL INC
60 TOWER RD
WALTHAM MA 02451

| b Employer's FED ID number 23-2051239 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a DD 3861.60 |
| 14 Other 89.52 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

ENRIQUE GALVEZ
4082 SACRAMENTO AVE
SANTA ROSA CA 95405

| 15 State CA | Employer's state ID no. 228-0507 1 | 16 State wages, tips, etc. 8952.25 |
|---|---|---|
| 17 State income tax 300.17 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** Federal Filing Copy
Wage and Tax Statement **2018**
OMB No. 1545-0008

**W-2** CA.State Reference Copy
Wage and Tax Statement **2018**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

**W-2** CA.State Filing Copy
Wage and Tax Statement **2018**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

| CO. | FILE | DEPT. | CLOCK | VCHER. NO. |
|-----|------|-------|-------|------------|
| CJD | 032205 | 662832 | 832 | 0000451774 |

# Earnings Statement

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| Period Beginning: | 10/29/2017 |
| Period Ending: | 11/04/2017 |
| Pay Date: | 11/09/2017 |

Taxable Marital Status:     Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 875.3400 | 42.87 | 875.34 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 877.79 | |

**Important Notes**

**Other Benefits and Information**

| | this period | year to date |
|---|---|---|
| PSL Balance | 37.00 | |
| Vacation Balanc | 60.23 | |

| Deductions | Statutory | |
|------------|-----------|---|
| | Federal Withholding Tax | 117.04- |
| | Social Security Tax | 52.09- |
| | Medicare Tax | 12.18- |
| | SDI Tax | 7.56- |
| | CA Withholding Tax | 27.79- |

| Other | | |
|-------|---|---|
| *Vision Pre Tax | | 0.29- |
| *Pre Tax LTD | | 2.45- |
| Supp Life | | 9.69- |
| *Dental PRE | | 1.49- |
| *Pre OAP | | 33.36- |
| **Net Pay** | $ | 613.85 |
| DD - Chk1 | | 613.85- |
| **Net Check** | $ | 0.00 |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| **Advice number:** | **0000451774** |
| Period Beginning: | 10/29/2017 |
| Period Ending: | 11/04/2017 |
| Pay Date: | 11/09/2017 |
| Employee ID: | 000082576 |

Pay to the
order of     **ENRIQUE GALVEZ**

This Amount:     **NO AND 00/100 DOLLARS**                    **$0.00**

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

CO. FILE DEPT. CLOCK VCHK NO.
CJD 032205 662832 832 0000461814

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA 02451

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 11/05/2017 |
| Period Ending: | 11/11/2017 |
| Pay Date: | 11/17/2017 |

Taxable Marital Status: Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA 95405**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 875.3400 | 67.08 | 875.34 | |
| Contest Prize | | | 80.00 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 957.79 | |

| Deductions | **Statutory** | | |
|---|---|---|---|
| | Federal Withholding Tax | 137.04- | |
| | Social Security Tax | 57.05- | |
| | Medicare Tax | 13.35- | |
| | SDI Tax | 8.29- | |
| | CA Withholding Tax | 33.95- | |
| | **Other** | | |
| | *Vision Pre Tax | 0.29- | |
| | *Pre Tax LTD | 2.45- | |
| | Supp Life | 9.69- | |
| | *Dental PRE | 1.49- | |
| | *Pre OAP | 33.36- | |
| | **Net Pay** | $ | 660.83 |
| | DD - Chk1 | 660.83- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**

**Other Benefits and Information**

| | this period | year to date |
|---|---|---|
| PSL Balance | 39.00 | |
| Vacation Balanc | 62.55 | |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA 02451

| | |
|---|---|
| **Advice number:** | **0000461814** |
| Period Beginning: | 11/05/2017 |
| Period Ending: | 11/11/2017 |
| Pay Date: | 11/17/2017 |
| Employee ID: | 000082576 |

Pay to the
order of **ENRIQUE GALVEZ**

This Amount: **NO AND 00/100 DOLLARS** | **$0.00**

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

# Earnings Statement

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| Period Beginning: | 11/12/2017 |
| Period Ending: | 11/18/2017 |
| Pay Date: | 11/24/2017 |

Taxable Marital Status:     Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 875.3400 | 41.02 | 875.34 | |
| Contest Prize | | | 80.00 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 957.79 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 137.04- | |
| | Social Security Tax | 57.05- | |
| | Medicare Tax | 13.34- | |
| | SDI Tax | 8.28- | |
| | CA Withholding Tax | 33.95- | |
| | **Other** | | |
| | *Vision Pre Tax | 0.29- | |
| | *Pre Tax LTD | 2.45- | |
| | Supp Life | 9.69- | |
| | *Dental PRE | 1.49- | |
| | *Pre OAP | 33.36- | |
| | **Net Pay** | $ | 660.85 |
| | DD - Chk1 | 660.85- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**

**Other Benefits and**

| Information | this period | year to date |
|---|---|---|
| PSL Balance | 40.00 | |
| Vacation Balanc | 64.87 | |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| **Advice number:** | **0000471853** |
| Period Beginning: | 11/12/2017 |
| Period Ending: | 11/18/2017 |
| Pay Date: | 11/24/2017 |
| Employee ID: | 000082576 |

Pay to the
order of          **ENRIQUE GALVEZ**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |
|-----|------|-------|-------|----------|
| CJD | 032205 | 662832 | 832 | 0000481934 |

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 11/19/2017 |
| Period Ending: | 11/25/2017 |
| Pay Date: | 12/01/2017 |

Taxable Marital Status:      Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 875.3400 | 49.85 | 754.31 | |
| Holiday | | 2.23 | 33.73 | |
| Overtime 2 | | 5.77 | 87.30 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 877.79 | |

**Important Notes**

**Other Benefits and Information**

| | this period | year to date |
|---|---|---|
| PSL Balance | 42.00 | |
| Sup Bal to Date | 16.00 | |
| Vacation Balanc | 67.18 | |

| Deductions | | |
|------------|---|---|
| **Statutory** | | |
| Federal Withholding Tax | 117.04- | |
| Social Security Tax | 52.10- | |
| Medicare Tax | 12.18- | |
| SDI Tax | 7.56- | |
| CA Withholding Tax | 27.79- | |
| **Other** | | |
| *Vision Pre Tax | 0.29- | |
| *Pre Tax LTD | 2.45- | |
| Supp Life | 9.69- | |
| *Dental PRE | 1.49- | |
| *Pre OAP | 33.36- | |
| **Net Pay** | $ | 613.84 |
| DD - Chk1 | | 613.84- |
| **Net Check** | $ | 0.00 |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| **Advice number:** | **0000481934** |
| Period Beginning: | 11/19/2017 |
| Period Ending: | 11/25/2017 |
| Pay Date: | 12/01/2017 |
| Employee ID: | 000082576 |

Pay to the
order of      **ENRIQUE GALVEZ**

This Amount:      **NO AND 00/100 DOLLARS**            **$0.00**

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 11/26/2017 |
| Period Ending: | 12/02/2017 |
| Pay Date: | 12/08/2017 |

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

Taxable Marital Status:      Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 875.3400 | 20.77 | 538.33 | |
| Birthday | | 8.00 | 207.37 | |
| SickLeave | | 5.00 | 129.64 | |
| Vacation | | 16.00 | | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 877.79 | |

**Important Notes**

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|
| PSL Balance | 38.00 | |
| Sup Bal to Date | 16.00 | |
| Vacation Balanc | 53.50 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | 117.04- | |
| | Social Security Tax | 52.09- | |
| | Medicare Tax | 12.19- | |
| | SDI Tax | 7.56- | |
| | CA Withholding Tax | 27.79- | |
| | **Other** | | |
| | *Vision Pre Tax | 0.29- | |
| | *Pre Tax LTD | 2.45- | |
| | Supp Life | 9.69- | |
| | *Dental PRE | 1.49- | |
| | *Pre OAP | 33.36- | |
| | **Net Pay** | $ | 613.84 |
| | DD - Chk1 | 613.84- | |
| | **Net Check** | $ | 0.00 |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| **Advice number:** | **0000492029** |
| Period Beginning: | 11/26/2017 |
| Period Ending: | 12/02/2017 |
| Pay Date: | 12/08/2017 |
| Employee ID: | 000082576 |

Pay to the
order of      **ENRIQUE GALVEZ**

This Amount:   **NO AND 00/100 DOLLARS**                              **$0.00**

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

Case: 19-30088    Doc# 14238    Filed: 12/20/23    Entered: 12/20/23 14:42:51    Page 282
of 287

# Earnings Statement

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

Period Beginning: 04/29/2018
Period Ending: 05/05/2018
Pay Date: 05/11/2018

Taxable Marital Status:        Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 875.3400 | 36.43 | 875.34 | |
| Pre Tax LTD | | | 2.45 | |
| Gross Pay | | $ | 877.79 | |

| Deductions | Statutory | |
|------------|-----------|---|
| | Federal Withholding Tax | 90.21- |
| | Social Security Tax | 51.84- |
| | Medicare Tax | 12.12- |
| | SDI Tax | 8.36- |
| | CA Withholding Tax | 26.81- |
| | **Other** | |
| | *PLUPRE | 36.70- |
| | *Vision Pre-Tax | 1.01- |
| | VOL HOSPINS PST | 3.00- |
| | *Pre Tax LTD | 2.45- |
| | Supp Life | 9.69- |
| | *Dental PRE | 1.49- |
| | Net Pay | $ 634.11 |
| | DD - Chk1 | 634.11- |
| | Net Check | $ 0.00 |

**Important Notes**

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|
| PSL Balance | 29.00 | |
| Vacation Balanc | 19.33- | |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| Advice number: | **0000191671** |
|----------------|----------------|
| Period Beginning: | 04/29/2018 |
| Period Ending: | 05/05/2018 |
| Pay Date: | 05/11/2018 |
| Employee ID: | 000082576 |

Pay to the
order of      **ENRIQUE GALVEZ**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|--------------|---------------------------|-----------|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

# Earnings Statement

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

Period Beginning:      05/06/2018
Period Ending:         05/12/2018
Pay Date:              05/18/2018

Taxable Marital Status:      Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 875.3400 | 40.47 | 875.34 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 877.79 | |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | 90.21- | |
| | Social Security Tax | 51.84- | |
| | Medicare Tax | 12.13- | |
| | SDI Tax | 8.36- | |
| | CA Withholding Tax | 26.81- | |

| | Other | | |
|--|-------|--|--|
| | *PLUPRE | 36.70- | |
| | *Vision Pre-Tax | 1.01- | |
| | VOL HOSPINS PST | 3.00- | |
| | *Pre Tax LTD | 2.45- | |
| | Supp Life | 9.69- | |
| | *Dental PRE | 1.49- | |
| | **Net Pay** | $ | 634.10 |
| | DD - Chk1 | 634.10- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|
| PSL Balance | 30.00 | |
| Vacation Balanc | 17.02- | |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| Advice number: | **0000201882** |
|----------------|----------------|
| Period Beginning: | 05/06/2018 |
| Period Ending: | 05/12/2018 |
| Pay Date: | 05/18/2018 |
| Employee ID: | 000082576 |

Pay to the
order of      **ENRIQUE GALVEZ**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|--------------|---------------------------|-----------|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

# Earnings Statement

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| Period Beginning: | 05/13/2018 |
|---|---|
| Period Ending: | 05/19/2018 |
| Pay Date: | 05/25/2018 |

Taxable Marital Status:     Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 875.3400 | 41.47 | 875.34 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 877.79 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 90.21- | |
| | Social Security Tax | 51.85- | |
| | Medicare Tax | 12.12- | |
| | SDI Tax | 8.36- | |
| | CA Withholding Tax | 26.81- | |
| | **Other** | | |
| | *PLUPRE | 36.70- | |
| | *Vision Pre-Tax | 1.01- | |
| | VOL HOSPINS PST | 3.00- | |
| | *Pre Tax LTD | 2.45- | |
| | Supp Life | 9.69- | |
| | *Dental PRE | 1.49- | |
| | **Net Pay** | $ | 634.10 |
| | DD - Chk1 | 634.10- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PSL Balance | | 32.00 |
| Vacation Balanc | | 14.70- |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| **Advice number:** | **0000211633** |
|---|---|
| Period Beginning: | 05/13/2018 |
| Period Ending: | 05/19/2018 |
| Pay Date: | 05/25/2018 |
| Employee ID: | 000082576 |

Pay to the
order of     **ENRIQUE GALVEZ**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

# Earnings Statement

| | |
| --- | --- |
| Period Beginning: | 05/20/2018 |
| Period Ending: | 05/26/2018 |
| Pay Date: | 06/01/2018 |

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA 02451

Taxable Marital Status:    Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA 95405**

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 875.3400 | 38.72 | 875.34 | |
| Pre Tax LTD | | | 2.45 | |
| **Gross Pay** | | $ | 877.79 | |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Withholding Tax | 90.21- | |
| | Social Security Tax | 51.84- | |
| | Medicare Tax | 12.13- | |
| | SDI Tax | 8.36- | |
| | CA Withholding Tax | 26.81- | |
| | **Other** | | |
| | *PLUPRE | 36.70- | |
| | *Vision Pre-Tax | 1.01- | |
| | VOL HOSPINS PST | 3.00- | |
| | *Pre Tax LTD | 2.45- | |
| | Supp Life | 9.69- | |
| | *Dental PRE | 1.49- | |
| | **Net Pay** | $ | 634.10 |
| | **Net Check** | $ | 634.10 |

**Important Notes**

| Other Benefits and Information | this period | year to date |
| --- | --- | --- |
| PSL Balance | 33.00 | |
| Vacation Balanc | 12.38- | |

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA 02451

| | |
| --- | --- |
| **Payroll check number:** | **0035832904** |
| Period Beginning: | 05/20/2018 |
| Period Ending: | 05/26/2018 |
| Pay Date: | 06/01/2018 |
| Employee ID: | 000082576 |

Pay to the
order of    **ENRIQUE GALVEZ**

| This Amount: | **SIX HUNDRED THIRTY-FOUR AND 10/100 DOLLARS** | | **$634.10** |
| --- | --- | --- | --- |

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

# Earnings Statement

Period Beginning:          05/20/2018
Period Ending:             05/26/2018
Pay Date:                  06/01/2018

Taxable Marital Status:     Single

**ENRIQUE GALVEZ**
**4082 SACRAMENTO AVE**
**SANTA ROSA, CA  95405**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.8835 | 43.00 | 940.99 | |
| Suppl PTO | | 12.00 | 262.60 | |
| **Gross Pay** | | $ | 1,203.59 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | 171.05- | |
| | Social Security Tax | 74.62- | |
| | Medicare Tax | 17.45- | |
| | SDI Tax | 12.04- | |
| | CA Withholding Tax | 58.88- | |
| | **Other** | | |
| | **Net Pay** | $ | 869.55 |
| | **Net Check** | $ | 869.55 |

**Important Notes**

**Other Benefits and**
**Information**          this period        year to date

51-57/119

C & J Clark Retail, Inc.
60 Tower Road
Waltham, MA  02451

| | |
|---|---|
| **Payroll check number:** | **0035832905** |
| Period Beginning: | 05/20/2018 |
| Period Ending: | 05/26/2018 |
| Pay Date: | 06/01/2018 |
| Employee ID: | 000082576 |

Pay to the
order of          **ENRIQUE GALVEZ**

This Amount:     **EIGHT HUNDRED SIXTY-NINE AND 55/100 DOLLARS**          **$869.55**

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)