# Notice Recipients

| District/Off: 0971−3 | User: admin | Date Created: 12/21/2023 |
|---|---|---|
| Case: 19−30088 | Form ID: TRANSC | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Carol C. Villegas | cvillegas@labaton.com |
| aty | Debra I. Grassgreen | |
| aty | Kizzy L. Jarashow | KJarashow@goodwinlaw.com |
| aty | Lawrence A. Jacobson | laj@cohenandjacobson.com |
| aty | Thomas B. Rupp | trupp@kbkllp.com |

TOTAL: 5

**Recipients submitted to the Claims Agenet (Kroll Restructuring Administration, LLC):**

| | | | | |
|---|---|---|---|---|
| sp | Joshua G. Hamilton | Latham & Watkins LLP | 10250 Constellation Blvd., Suite 1100 | Los Angeles, CA 90067 |
| aty | Michael S. Palmieri | Friedman Kaplan Seiler Adelman & Robbins | 7 Times Sq. | New York, NY 10036 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| | FRANK T.M. CATALINA, ESQ. | Rolnick Kramer Sadighi LLP | 1251 Avenue of the Americas | New York, NY 10020 |
| | STEVEN A. LAMB, ESQ. | Rovens Lamb LLP | 2601 Airport Drive, Suite 370 | Torrance, CA 90505 |

TOTAL: 5