**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION<br>- and –<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Scott Cargill, an active member in good standing of the Bars of the States of New York, New Jersey and Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509, pending in the U.S. District Court for the Northern District of California, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the States of New York, New Jersey and Arizona.

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Randy Michelson
> Michelson Law Group
> 220 Montgomery Street, Suite 2100
> San Francisco, CA 94104
> Telephone: (415) 512-8600
> Facsimile: (415) 512-8601
> E-Mail: randy.michelson@michelsonlawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2023

                                                */s/ Scott Cargill*
                                                Scott Cargill



# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Scott Cargill

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 14, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on December 21, 2023.



*Clerk of the Court*

CertID-00152152

Case: 19-30088    Doc# 14243    Filed: 12/21/23    Entered: 12/21/23 11:22:26    Page 3 of 3