

Signed and Filed: December 21, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Northern California Law Group, PC.
   Joseph K. Feist, SBN 249447
2  2611 Esplanade
   Chico, CA 95973
3  Tel: 530-433-0233 | Fax: 916-426-7848
   info@norcallawgroup.com
4
   *Attorney for Plaintiffs*
5

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor. | CASE NO: 19-30088<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**ORDER ON APPLICATION FOR WITHDRAWAL OF APPEARANCE OF JOSEPH K. FEIST AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

The Court having considered the *Application for Withdrawal of Appearance of Joseph K. Feist and Request to be Removed From Courtesy Notice of Electronic Filing [docket no. 14234]*, finding no objection therefor and finding good cause therefor,

1

**IT IS HEREBY ORDERED** that: Joseph K. Feist's name shall be removed from the Court's ECF e-mail list and the Court's mailing matrix.

*** END OF ORDER ***