Signed and Filed: December 22, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

LATHAM & WATKINS LLP
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: 424 653 5500

LATHAM & WATKINS LLP
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER SETTING DEADLINES IN CONNECTION WITH REORGANIZED DEBTORS' MOTIONS TO DISMISS** <br><br> [Related to Dkt. Nos. 14200, 14203, and 14206] |

The Court, having considered the *Reorganized Debtors' Pre-Hearing Statement Regarding the December 19, 2023 Hearing* [Dkt. No. 14227] (the "**Reorganized Debtors' Statement**"),[1] dated December 18, 2023, submitted by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (together, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), the *Statement of Baupost Group Securities, L.L.C. In Connection With December 19, 2023 Status Conference* [Dkt. No. 14225] ("the **Baupost Statement**"), dated December 18, 2023, submitted by Baupost Group Securities, L.L.C. ("**Baupost**"), the *Securities Plaintiffs' Pre-Hearing Statement* [Dkt. No. 14228] (the "**PERA Statement**"), dated December 18, 2023, submitted by Public Employees Retirement Association ("**PERA**"), and the *MML Investment Advisers, LLC Pre-Hearing Statement Regarding the December 19, 2023 Hearing* [Dkt. No. 14233] (the "**MML Advisers' Statement**"), dated December 19, 2023, submitted by MML Investment Advisers LLC on behalf of the MassMutual Funds; and having considered *Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection To PERA And Securities Act Plaintiffs' TAC, Including To Certain Claimants That Adopted The TAC* [Dkt. No. 14200] (the "**PERA Motion to Dismiss**"), *Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection To Claims Adopting RKS Amendment*, [Dkt. No. 14203] (the "**RKS Motion to Dismiss**"), and *Reorganized Debtors' Thirty-Fifth Securities Claims Omnibus Objection To The Baupost Amendment* [Dkt. No. 14206] (the **"Baupost Motion to Dismiss**," and, collectively with the PERA Motion to Dismiss and the RKS Motion to Dismiss, the "**Motions to Dismiss**"), all dated December 13, 2023, submitted by the Reorganized Debtors; and having considered the issues raised by counsel during the December 19, 2023 conference; and the procedures set forth in Exhibit A to the Order Authorizing Amendment and Objection Procedures for Securities Claims, (the "**Amendment and Objection Procedures Order**") entered on July 28, 2023 [Dkt. No. 13934]; and this Court having jurisdiction to consider the Motions to Dismiss and the relief requested therein pursuant to 28 U.S.C. §§ 157

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Reorganized Debtors' Statement or the Procedures Order.

and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"); and consideration of the Motions to Dismiss and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b) and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Any opposition or response to the Motions to Dismiss shall be filed by **March 15, 2024.** Any reply by the Reorganized Debtors in further support of the Motions to Dismiss shall be filed by **April 30, 2024**.

2. The Reorganized Debtors, the non-parties to whom discovery was directed, and any holder of a claim subject to the Motions to Dismiss may file, by **January 16, 2024**, a brief addressing the question of whether limited discovery concerning the Motions to Dismiss may proceed before the Court renders decisions on the Motions to Dismiss. Such briefs shall not exceed 15 pages. Parties on the same side of the issue shall seek to coordinate so as not to file duplicative briefs.

3. The time periods to respond to Baupost's discovery, including but not limited to any Requests for Production and third party subpoenas, are hereby tolled at least until the entry of an order deciding the question set forth in the preceding paragraph. No additional discovery shall be served pending the entry of such an order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **