# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Adam Cronin (Address: 1579421), at an address that has been redacted in the interest of privacy:

- Notice of Expungement of Claim Nos. 31 and 36 (Adam Cronin) [Docket No. 14021]

3. On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Ann Newman (Address ID: 4749366), 427 7th St, Brooklyn, NY, 11215-3614:

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Twenty-Sixth Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 14080]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 19th day of December 2023, at New York, NY.

*/s/ Paul Pullo*
Paul Pullo