UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 21, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 14241]

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 14242]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---
[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 28th day of December 2023, at New York, NY.

/s/ Victor Wong
Victor Wong

# Exhibit A

# Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Friedman Kaplan Seiler Adelman & Robbins | Michael S. Palmieri | 7 Times Sq. | New York | NY | 10036-6516 |
| Latham & Watkins LLP | Joshua G. Hamilton | 10250 Constellation Blvd., Suite 1100 | Los Angeles | CA | 90505-6143 |
| Rolnick Kramer Sadighi LLP | Frank T.M. Catalina | 1251 Avenue of the Americas 2601 Airport | New York | NY | 10020-1104 |
| Rovens Lamb LLP | STEVEN A. LAMB | 2601 Airport Drive, Suite 370 | Torrance | CA | 90505-6143 |
| Weil Gotshal and Manges, LLP | Richard W. Slack | 767 Fifth Ave. | New York | NY | 10153-0119 |