KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
STEVEN A. LAMB (SBN 132534)
slamb@rovenslamb.com
Telephone: (310) 536.7830
Facsimile: (310) 872.5489
2601 Airport Drive, Suite 370
Torrance, California 90505

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM) <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' OPPOSITION TO *EX PARTE* APPLICATION OF CLAIMANT KOMIR, INC.** <br><br> **[Related to Dkt. No. 14253]** <br><br> **Hearing Scheduled January 9, 2024** <br><br> Date: January 9, 2024 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

Reorganized Debtors PG&E Corporation and Pacific Gas and Electric Company herby oppose Komir's *Ex Parte* Application [Dkt. No. 14253] of January 3, 2024, regarding the hearing presently set for January 9, 2024.

Komir's *Ex Parte* Application is a thinly veiled improper motion for reconsideration. The Court issued a Docket Text Order December 26, 2023, as follows:

> **DOCKET TEXT ORDER** (no separate order issued:) The court has decided to DENY the Second Motion For Partial Summary Judgment (Dkt 14007) filed by Amir Shahmirza, et al, and argued and submitted for decision on December 19, 2023. It rejects the position urged by movants that the non-payment of real property taxes by PG&E is fatal to its easement claim under Hansen v Sandridge Partners. The court is preparing an oral ruling to explain its reasoning in detail that it will present on January, 9, 2024,at 10:00 AM and follow with a written order denying the motion. (Montali, Dennis)

Komir fails to offer any procedural basis for such additional briefing. The Local Bankruptcy Rules do <u>not</u> provide for the submission of supplementary material under Civil Local Rule 7-3. Civil Local Rule 7-3 is not incorporated into the Bankruptcy Local Rules. *See* L.B.R. 1001-2(a) (list of Civil Local Rules applicable to bankruptcy cases does not include Civil L.R. 7-3).

If Komir intends to file a motion for reconsideration, the *Ex Parte* Application does not address the applicable standards for such extraordinary relief. *See, e.g.*, Fed. R. Bankr. P. 9023; *School Dist. No. 1J, Multnomah County, Oregon v. Acands Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

Nevertheless, if the Court decides to allow the supplemental filing by Komir, the Reorganized Debtors request that they be allowed to respond to the merits of such filing.

Dated: January 4, 2024

                                            **KELLER BENVENUTTI KIM LLP**
                                            **ROVENS LAMB LLP**
                                            **LAW OFFICES OF JENNIFER L. DODGE, INC.**

                                        By: _____/s/__Steven A. Lamb_____
                                                    Steven A. Lamb
                                                    *Attorneys for Debtors and Reorganized Debtors*