**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JANUARY 9, 2024, OMNIBUS HEARING**<br><br>Date:  January 9, 2024<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>     United States Bankruptcy Court<br>     Courtroom 17, 16th Floor<br>     San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JANUARY 9, 2024,
OMNIBUS HEARING**

**I: <u>MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)</u>**

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. **<u>Shahmirza Motion for Partial Summary Judgment:</u>** *Notice of Claimant's Second Motion and Claimant's Second Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto* [**Dkt. 14007**].

    <u>Status</u>:  Pursuant to the December 26, 2023 Docket Text Order, the Court will issue its oral ruling denying the Motion.

*RESOLVED AND CONTINUED MATTERS*

2. **<u>Krausse Claim Objection:</u>** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

    <u>Status:</u> This matter has been continued to February 27, 2024, pursuant to an agreement between the parties.

3. **<u>PERA Motion for Appointment as Lead Plaintiff:</u>** *PERA's Memorandum of Points and Authorities in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* [**Dkt. 14169**].

    <u>Status:</u> Pursuant to the December 21, 2023 Docket Text Order, the hearing on this Motion has been continued to January 24, 2024 at 10:00 a.m. (Pacific Time).

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 8, 2024

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
       Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*