**Signed and Filed: January 9, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>         - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><u>STATUS CONFERENCE SCHEDULED</u><br>Date:  January 24, 2024<br>Time:  10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER DENYING SECOND MOTION FOR SUMMARY JUDGMENT**

For the reasons stated on the record of the court's January 9, 2024 oral ruling on *Claimant's Second Motion for Partial Summary Judgment of Issue in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto* (Dkt. 14007), the Motion is DENIED.  The court will hold a status

-1-

conference on the remaining issues between the parties on January 24, 2024 at 10:00 AM.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients