# Notice Recipients

District/Off: 0971−3    User: admin    Date Created: 1/10/2024
Case: 19−30088    Form ID: TRANSC    Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Lawrence A. Jacobson    laj@cohenandjacobson.com
aty    Thomas B. Rupp    trupp@kbkllp.com

    TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp    Amir Shahmirza    c/o Cohen and Jacobson, LLP    66 Bovet Road, Ste. 285    San Mateo, CA 94402

    TOTAL: 1