ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (pro hac vice)
lrolnick@rksllp.com
Marc B. Kramer (pro hac vice)
mkramer@rksllp.com
Richard A. Bodnar (pro hac vice)
rbodnar@rksllp.com
Frank T.M. Catalina (pro hac vice)
fcatalina@rksllp.com
Jeffrey Ritholtz (pro hac vice)
jritholtz@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Attorneys for the RKS Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD A. BODNAR IN SUPPORT OF THE RKS CLAIMANTS' OBJECTION TO PERA'S LEAD PLAINTIFF MOTION**<br><br>**Hearing Information:**<br>Date:     January 24, 2024<br>Time:    10:00 a.m. (Pacific Time)<br>Place:    (Telephone Appearances Only)<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

Pursuant to 28 U.S.C. § 1746, I, Richard A. Bodnar, under penalty of perjury, hereby declare as follows:

1. I am a Partner at the law firm Rolnick Kramer Sadighi LLP (**"RKS"**), counsel to the claimants listed on Schedule 1 to the accompany objection (collectively, the **"RKS Claimants"**). I submit this declaration in support of the RKS Claimants' Objection to PERA's Lead Plaintiff Motion (the **"Lead Plaintiff Motion"**).

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Transcript of Proceedings Before the Honorable Dennis Montali, U.S.B.J., dated September 12, 2023.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 10, 2024

By: */s/ Richard A. Bodnar*
    Richard A. Bodnar