# EXHIBIT A

```
 1                UNITED STATES BANKRUPTCY COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                            -oOo-
 4   In Re:                        ) Case No. 19-300888
                                   ) Chapter 11
 5   PG&E CORPORATION AND PACIFIC  )
     GAS AND ELECTRIC COMPANY      ) San Francisco, California
 6                                 ) Tuesday, September 12, 2023
                         Debtor.   ) 10:00 AM
 7   _____
                                     ORAL RULING ON SECURITIES
 8                                   PLAINTIFFS' MOTION FOR THE
                                     APPLICATION OF BANKRUPTCY
 9                                   RULE 7023 AND
                                     THE CERTIFICATION OF A CLASS
10                                   OF SECURITIES CLAIMANTS FILED
                                     BY SECURITIES LEAD PLAINTIFF
11                                   AND THE
                                     PROPOSED CLASS [13865]
12
                       TRANSCRIPT OF PROCEEDINGS
13              BEFORE THE HONORABLE DENNIS MONTALI
                   UNITED STATES BANKRUPTCY JUDGE
14
     APPEARANCES (All present by video or telephone):
15   For the Debtor:             RICHARD W. SLACK, ESQ.
                                 Weil, Gotshal & Manges LLP
16                               767 Fifth Avenue
                                 New York, NY 10153-0119
17                               (212)310-8000

18   For PERA:                   THOMAS A. DUBBS, ESQ.
                                 MICHAEL S. ETKIN, ESQ.
19                               Labaton Sucharow LLP
                                 140 Broadway
20                               New York, NY 10005
                                 (212)907-0700
21
     For PERA:                   MICHAEL S. ETKIN, ESQ.
22                               Lowenstein Sandler LLP
                                 One Lowenstein Drive
23                               Roseland, NJ 07068
                                 (973)597-2500
24
     For The State of Oregon:    SUSAN F. DICICCO, ESQ.
25                               Morgan, Lewis & Bockius LLP
```

```
 1                                      1400 Page Mill Road
                                        Palo Alto, CA 94304
 2                                      (650)843-4000

 3   For MML Investment                 STACY DASARO, ESQ.
     Advisers LLC:                      Goodwin Procter LLP
 4                                      620 8th Ave.
                                        New York, NY 10018
 5                                      (212)813-8800

 6   For RKS Claimants:                 JEFFREY RITHOLTZ, ESQ.
                                        Rolnick Kramer Sadighi LLP
 7                                      1251 Avenue of the Americas
                                        New York, NY 10020
 8                                      (212)597-2800

 9

10

11

12

13

14

15

16

17
     Court Recorder:                    LORENA PARADA/ANKEY THOMAS
18                                      United States Bankruptcy Court
                                        450 Golden Gate Avenue
19                                      San Francisco, CA 94102

20
     Transcriber:                       DEANNA HINCHY
21                                      eScribers, LLC
                                        7227 N. 16th Street
22                                      Suite #207
                                        Phoenix, AZ 85020
23                                      (800) 257-0885

24   Proceedings recorded by electronic sound recording;
     transcript provided by transcription service.
25
```

1   direct the lead counsel to meet and confer before then,
2   promptly and four days prior, by September 29th, file a
3   joint -- either a joint agreed schedule between -- again,
4   between PERA and the debtor, but joined by others if
5   appropriate.  Or, if they cannot agree on one, to indicate at a
6   status conference the issues that are separated.  And I'll
7   simply make a commitment on this record, that I'll make a
8   decision at that hearing and fix the schedule.  I would
9   obviously prefer to do it -- have it be consensual.  We've
10  managed to get lots of other things consensually resolved, and
11  I don't know why we can't do that here.
12          So with that, I don't see a need -- well, I guess, I
13  guess for the record purposes, I will issue a simple order that
14  states for the reasons stated on the record at this hearing,
15  the 723 motion is granted.  But I want to make sure there's no
16  misunderstanding.  It's granted subject to a timetable.  That
17  means, it may not be granted, it may be denied, because
18  certification is not appropriate.
19          So with that, I will ask if anyone has any questions.
20          Mr. Slack?
21          MR. SLACK:  Your Honor, just a point of clarification.
22  There was some discussion by the Court in its rulings on a
23  number of the factors for class certification.  And I viewed
24  those as the Court's preliminary views, because obviously,
25  discovery, which we haven't had yet, would impact those.  And

1    I'm assuming the Court is not ruling that we can't -- and
2    others can't take discovery on those points, and raise those in
3    the pre-certification process and then have those briefed at
4    the end of that that period.
5            THE COURT:  And that's what I intended.  And Mr.
6    Slack, I guess, to me, when I read about what's numerosity, it
7    seems like a no brainer.  If you believe that there are fact
8    issues that would defeat numerously, I'm not here to say you
9    can't raise it.  So then I'll concede to you that, the other
10   elements may be less precise.  And yes.  So the answer is to
11   the extent that you believe discovery is appropriate for any of
12   those elements, you have a right to preserve that time.  And
13   I'm not ruling again on the merits.
14           MR. SLACK:  Yeah, thank you, Your Honor.  I mean, in
15   particular, because I think you have it exactly right.  I mean,
16   the idea of whether there are common issues of fact and law, I
17   think part of the expert discovery we're going to put in and
18   part of the discovery we're going to take, is going to go to
19   the fact that that's just not the case here.
20           THE COURT:  Fine.  I've got it.  But Mr. Slack, the
21   flip side, again, I'm not asking you to roll over and give up
22   any point.  Numerosity seemed like the easiest one.
23           What I think is a little more troublesome, but I -- at
24   least in my comments, believe I came out on the other side, is
25   this notion that there may be some debt securities that were

1  purchased not by a class representatives.  Well, I mean, I
2  don't think that's a big deal.  Because if they were purchased
3  by class members, those members, it seems to me, can be
4  represented.
5           But if I'm wrong about that and you think as a legal
6  matter, there's a flaw in that, then of course.  I'm not ruling
7  that you have lost on those issues or the other ones.  So call
8  it a tentative thinking in terms of, as I said in an earlier
9  time, I'm tired of hearing criticism apparent that it's got a
10 conflict.  But if there's a legal conflict, obviously, you need
11 to preserve that.  So I hope I've answered your question.
12          MR. SLACK:  Yeah, we appreciate that, Your Honor,
13 because as we said, I think -- we think that that discovery
14 here, both on the expert side and the other and regular
15 discovery, will be illuminating.  And we look forward to the
16 opportunity to raise those with the Court.
17          THE COURT:  Okay.
18          Mr. Dubbs, any questions?
19          MR. DUBBS:  No, Your Honor.  We get the message loud
20 and clear, and we'll abide by it and confer with counsel from
21 PG&E as to an appropriate time schedule.
22          THE COURT:  Ms. DiCicco, you put your camera back on.
23 So you want to say anything?
24          MS. DICICCO:  I would like to.  Yes, Your Honor.
25 Thank you.  I want just one question, which is under the