# EXHIBIT 1

| **From:** | Etkin, Michael S. <metkin@lowenstein.com> |
|---|---|
| **Sent:** | Thursday, December 21, 2023 4:09 PM |
| **To:** | Lorena Parada; Slack, Richard |
| **Cc:** | cvillegas@labaton.com; dgrassgreen@pszjlaw.com; Palmieri, Michael S.; Joshua.Hamilton@lw.com; JAMES.BRANDT@lw.com; 'Michael.Reiss@lw.com'; Thomas Rupp (trupp@kbkllp.com); Jane Kim (jkim@kbkllp.com); Jarashow, Kizzy L.; Frank Catalina; Marcu, Ben |
| **Subject:** | RE: Request To Set Schedule |

Ms. Parada –

We are in receipt of Mr. Slack's email and are surprised that Mr. Slack chose to engage the Court rather than contact me directly to attempt to reach a compromise over scheduling. Leaving aside why the Reorganized Debtors would even choose to oppose the motion or whether they would have standing to do so, I certainly regret the initial scheduling in terms of the response deadline (which I unfortunately didn't focus on) and was prepared to try to accommodate Mr. Slack, who was served with the motion on December 8. However, the relief sought in the motion is important and relevant from a timing perspective given the pendency of the omnibus claim objections and the status in which we will be opposing those objections. Had Mr. Slack reached out to me rather than the Court, I would have pushed his response deadline to the following week at the risk of shortening PERA's time to reply before the hearing on January 9.

I apologize to you and the Court for having been unnecessarily drawn into a scheduling matter.

Respectfully,

Michael Etkin

**Michael S. Etkin**
Partner
Lowenstein Sandler LLP

T: (973) 597-2312
M: (973) 454-2283

  



---

**From:** Lorena Parada <Lorena_Parada@canb.uscourts.gov>
**Sent:** Thursday, December 21, 2023 3:36 PM
**To:** Slack, Richard <richard.slack@weil.com>
**Cc:** cvillegas@labaton.com; Etkin, Michael S. <metkin@lowenstein.com>; dgrassgreen@pszjlaw.com; Palmieri, Michael S. <mpalmieri@fklaw.com>; Joshua.Hamilton@lw.com; JAMES.BRANDT@lw.com; 'Michael.Reiss@lw.com'

1

<Michael.Reiss@lw.com>; Thomas Rupp (trupp@kbkllp.com) <trupp@kbkllp.com>; Jane Kim (jkim@kbkllp.com) <jkim@kbkllp.com>; Jarashow, Kizzy L. <KJarashow@goodwinlaw.com>; Frank Catalina <fcatalina@rksllp.com>; Marcu, Ben <Ben.Marcu@weil.com>
**Subject:** RE: Request To Set Schedule

Mr. Slack,

Thank you. I have forwarded your email to His Honor.

Regards,

**Lorena Parada**
Courtroom Deputy to the
Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, 16th Floor
Mail Box 36099
San Francisco, CA 94102
(415) 268-2323
Mail to: lorena_parada@canb.uscourts.gov

---

**From:** Slack, Richard <richard.slack@weil.com>
**Sent:** Thursday, December 21, 2023 12:11 PM
**To:** Lorena Parada <Lorena_Parada@canb.uscourts.gov>
**Cc:** cvillegas@labaton.com; metkin_lowenstein.com <metkin@lowenstein.com>; dgrassgreen@pszjlaw.com; Palmieri, Michael S. <mpalmieri@fklaw.com>; Joshua.Hamilton@lw.com; JAMES.BRANDT@lw.com; 'Michael.Reiss@lw.com' <Michael.Reiss@lw.com>; Thomas Rupp (trupp@kbkllp.com) <trupp@kbkllp.com>; Jane Kim (jkim@kbkllp.com) <jkim@kbkllp.com>; Jarashow, Kizzy L. <KJarashow@goodwinlaw.com>; Frank Catalina <fcatalina@rksllp.com>; Marcu, Ben <Ben.Marcu@weil.com>
**Subject:** Request To Set Schedule

**CAUTION - EXTERNAL:**

Dear Ms. Parada,

We write seeking the Court's intervention to set a schedule on PERA's *Motion for Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel* [Dkt. No. 14169] ("**Temporary Class Motion**" or "**Motion**"). As we notified the Court at December 19, 2023 conference, PERA filed the Temporary Class Motion such that the response to the Motion is due December 26, 2023 — the day after Christmas. Several days before the conference, counsel for PG&E had reached out to counsel for PERA seeking a more reasonable response date after the holidays but received no response. The Court suggested at the conference that the Motion simply be scheduled for the next omnibus hearing with the response date correspondingly moved for all interested parties. *See* Dec. 19, 2023 Hr'g. Tr. at 20:2-5 ("[THE COURT]: it's no big deal to move it two weeks. And if PERA is agreeable to that, that solves the holiday problem. If they would agree -- I'll let you work that out"). In response, PERA's counsel recognized that PERA would not be a "Scrooge" and would not require a response during the holidays. *Id*. at 20:7-8 ("We are not Scrooges, either, so we will work with Mr. Slack and figure out something that makes sense"). Notwithstanding the Court's recommendation and PERA's response, PERA has now refused to move the hearing to the next omnibus hearing and is only willing to move the response date a few days, such that it is still during the week between Christmas and New Year's.

The Reorganized Debtors therefore find themselves in the disappointing position of having to seek the Court's intervention to set a reasonable schedule for the Motion. We note that PERA could have filed this motion at any time since the hearing regarding PERA's 7023 motion months ago, but chose to file it such that it is to be heard with the responses over the holidays. We are not aware of any urgency in having the motion heard. Indeed, if it was urgent, why wasn't it filed months ago? As the Court and the parties recognized, there are now a number of matters on the Court's docket that will need to be resolved before any of the class certification issues, and the 7023 motion and class certification issues are not set to be heard until long after the New Year.

The Reorganized Debtors ask that the Court set the Motion to the very next omnibus hearing and set the response date accordingly — i.e. the Reorganized Debtors and any other interested parties would file their response to the Motion at least 14 days prior to that omnibus hearing date.

We are available at the Court's convenience for a conference should the Court desire to hold one.



**Richard Slack**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.slack@weil.com
+1 212 310 8017 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.