# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 1/11/2024 |
| Case: 19−30088 | Form ID: TRANSC | Total: 10 |

**Recipients of Notice of Electronic Filing:**
aty    Carol C. Villegas    cvillegas@labaton.com
aty    Debra I. Grassgreen
aty    Kizzy L. Jarashow    KJarashow@goodwinlaw.com
aty    Lawrence A. Jacobson    laj@cohenandjacobson.com
aty    Thomas B. Rupp    trupp@kbkllp.com

        TOTAL: 5

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
sp    Joshua G. Hamilton    Latham & Watkins LLP    10250 Constellation Blvd., Suite 1100    Los Angeles, CA 90067
aty    Michael S. Palmieri    Friedman Kaplan Seiler Adelman & Robbins    7 Times Sq.    New York, NY 10036
aty    Richard W. Slack    Weil Gotshal and Manges, LLP    767 Fifth Ave.    New York, NY 10153−0119
      STEVEN A. LAMB    Rovens Lamb LLP    2601 Airport Drive Suite 370    Torrance, CA 90505
      FRANK T.M. CATALINA, ESQ.    Rolnick Kramer Sadighi LLP    1251 Avenue of the Americas    New York, NY 10020

        TOTAL: 5