**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212 907 0700
Fax: 212 818 0477

*Counsel to Public Employees Retirement Association of New Mexico and Proposed Lead Counsel for the Class*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　Reorganized Debtors,<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Case No.: 19-30088 (DM) (Lead Case)**<br>**Chapter 11**<br>**(Jointly Administered)**<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that effective immediately the law firm of LABATON SUCHAROW LLP has changed its name to LABATON KELLER SUCHAROW LLP. The firm's address, telephone number and fax number will remain the same.

Dated: January 16, 2024

**LABATON KELLER SUCHAROW LLP**

By: /s/ Carol C. Villegas
Carol C. Villegas (*pro hac vice*)
*Counsel to Public Employees Retirement
Association of New Mexico and
Proposed Lead Counsel for the Class*

NOTICE OF CHANGE OF FIRM NAME

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of January, 2024, a true and correct copy of the **NOTICE OF CHANGE OF FIRM NAME** was filed with the Court and served on all parties to this action via the CM/ECF.

DATED:          January 16, 2024
                    New York, New York

                                              Carol C. Villegas (*pro hac vice*)