ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (*pro hac vice*)
lrolnick@rksllp.com
Marc B. Kramer (*pro hac vice*)
mkramer@rksllp.com
Richard A. Bodnar (*pro hac vice*)
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
Jeffrey Ritholtz (*pro hac vice*)
jritholtz@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>  Affects PG&E Corporation<br><br>  Affects Pacific Gas and Electric Company<br><br>☒  Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD A. BODNAR IN SUPPORT OF THE RKS CLAIMANTS' STATEMENT OF POSITION WITH REGARD TO TAKING DISCOVERY WHILE THE SECURITIES CLAIMANT SUFFICIENCY OBJECTIONS ARE PENDING**<br><br>**Hearing Information:**<br>Date:      No Hearing Set |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Pursuant to 28 U.S.C. § 1746, I, Richard A. Bodnar, under penalty of perjury, hereby declare as follows:

1.      I am a Partner at the law firm Rolnick Kramer Sadighi LLP ("RKS"), counsel to the RKS Claimants. I submit this declaration in support of the RKS Claimants' Statement of Position With Regard to Taking Discovery While the Securities Claimant Sufficiency Objections Are Pending (the "Statement").

2.      In June and July 2023, on behalf of the RKS Claimants, I supervised and participated in negotiations between counsel for Reorganized Debtors and various other securities claimants, which resulted in the Amendment and Objection Procedures for Securities Claims, which was so ordered in the Court's July 28, 2023 Order Authorizing Amendment and Projection Procedures for Securities Claims (the "Objection Procedures Order" or the "Order"). [Dkt. No. 13934].

3.      I and my colleagues participating in these negotiations on behalf of the RKS Claimants understood at the time we negotiated the procedures adopted in the Order that those procedures would not allow for discovery until after the Court rendered decisions on the Sufficiency Objections contemplated in the procedures. This was and remains consistent with our intent and understanding of the Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 16, 2024

By:    /s/ Richard A. Bodnar
        Richard A. Bodnar

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Case: 19-30088    Doc# 14274    Filed: 01/16/24    Entered: 01/16/24 20:34:00    Page 2 of 2