| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Richard W. Slack (pro hac vice)<br>(richard.slack@weil.com)<br>Jessica Liou (pro hac vice)<br>(jessica.liou@weil.com)<br>Matthew Goren (pro hac vice)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br><br>**KELLER BENVENUTTI KIM LLP**<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251 | **LATHAM & WATKINS LLP**<br>Joshua G. Hamilton (#199610)<br>(joshua.hamilton@lw.com)<br>Michael J. Reiss (#275021)<br>(michael.reiss@lw.com)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067<br>Tel: (424) 653-5500<br><br>**LATHAM & WATKINS LLP**<br>James E. Brandt (pro hac vice)<br>(james.brandt@lw.com)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 906-1200 |

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF RICHARD W. SLACK IN SUPPORT OF REORGANIZED DEBTORS' BRIEF REGARDING DISCOVERY STAY** |

I, Richard W. Slack, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of Weil, Gotshal & Manges LLP, counsel for Pacific Gas and Electric Company and PG&E Corporation (collectively, the "**Debtors**" or "**Reorganized Debtors**"). I respectfully submit this declaration in support of *Reorganized Debtors' Brief Regarding Discovery Stay*.

2. Attached as **Exhibit A** is a true and correct copy of a June 26, 2023 email I sent to Susan DiCicco copying counsel for the RKS Claimants, Baupost, and others, with the subject line "RE: PG&E -- Proposed Order with Objectors' comments."

3. Attached as **Exhibit B** is a true and correct copy of a July 9, 2023 email and attachments I sent to Susan DiCicco and others copying counsel for PERA, the RKS Claimants, Baupost, and others, with the subject line "Draft Procedures re Securities Claims."

4. Attached as **Exhibit C** is a true and correct copy of a July 19, 2023 email Michael Palmieri, counsel for Baupost, sent to me and others, with the subject line "RE: PG&E -- Draft Procedures re Securities Claims."

5. Attached as **Exhibit D** is a true and correct copy of a December 15, 2023 email and attachments Michael Palmieri, counsel for Baupost, sent to me and others, with the subject line "In re PG&E Corp. . . . Requests for Production and Deposition Subpoenas." Baupost served requests for production to Reorganized Debtors and deposition subpoenas for four non-parties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed January 16, 2024 in New York.

/s/ Richard W. Slack
Richard W. Slack