# EXHIBIT C

| | |
|---|---|
| **From:** | Palmieri, Michael S. <mpalmieri@fklaw.com> |
| **Sent:** | Wednesday, July 19, 2023 11:46 AM |
| **To:** | Slack, Richard; dgrassgreen@pszjlaw.com |
| **Cc:** | Liou, Jessica; JAMES.BRANDT@lw.com; Michael.Reiss@lw.com; Thomas Rupp (trupp@kbkllp.com) |
| **Subject:** | RE: PG&E -- Draft Procedures re Securities Claims |

Richard,

Thank you for the update. We confirm that your email accurately reflects our discussion.


-----Original Message-----
From: Slack, Richard <richard.slack@weil.com>
Sent: Wednesday, July 19, 2023 11:35 AM
To: Palmieri, Michael S. <mpalmieri@fklaw.com>; dgrassgreen@pszjlaw.com
Cc: Liou, Jessica <jessica.liou@weil.com>; JAMES.BRANDT@lw.com; Michael.Reiss@lw.com; Thomas Rupp (trupp@kbkllp.com) <trupp@kbkllp.com>
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Michael -- RKS, Chevron and Oregon have all agreed to add Baupost to the procedures and make the conforming changes you suggested in your draft.

This will also confirm our agreement that if the Court adopts these procedures that Baupost and PG&E agree that the objection deadline for Baupost -- i.e., the date for filing a motion to dismiss called for in the procedures -- will be December 13, 2023.

With the above, we will be submitting the revised procedures to the Court and indicating that Baupost supports their implementation.

Please confirm the above accurately reflects what we discussed and we will proceed. Thanks.


-----Original Message-----
From: Palmieri, Michael S. <mpalmieri@fklaw.com>
Sent: Wednesday, July 19, 2023 10:16 AM
To: dgrassgreen@pszjlaw.com; Slack, Richard <richard.slack@weil.com>
Cc: Liou, Jessica <jessica.liou@weil.com>; JAMES.BRANDT@lw.com; Michael.Reiss@lw.com
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Please see the attached for reference during our call.

-----Original Message-----
From: Palmieri, Michael S.
Sent: Tuesday, July 18, 2023 8:14 PM

1

To: Debra Grassgreen <dgrassgreen@pszjlaw.com>; Slack, Richard <richard.slack@weil.com>
Cc: Liou, Jessica <jessica.liou@weil.com>; JAMES.BRANDT@lw.com; Michael.Reiss@lw.com
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Ok for me also. I'll send a dial-in.


-----Original Message-----
From: Debra Grassgreen <dgrassgreen@pszjlaw.com>
Sent: Tuesday, July 18, 2023 8:05 PM
To: Slack, Richard <richard.slack@weil.com>
Cc: Liou, Jessica <jessica.liou@weil.com>; Palmieri, Michael S. <mpalmieri@fklaw.com>; JAMES.BRANDT@lw.com; Michael.Reiss@lw.com
Subject: Re: PG&E -- Draft Procedures re Securities Claims

Ok here.
——————————————
Debra Grassgreen
Pachulski Stang Ziehl & Jones
Tel: 415.217.5102
Mobile: 415.297.1994
dgrassgreen@pszjlaw.com



On Jul 18, 2023, at 5:03 PM, Slack, Richard <richard.slack@weil.com> wrote:

 If it works for everyone, let's start at 10:15 so you can join on time.

Sent from my iPad

On Jul 18, 2023, at 7:55 PM, Liou, Jessica <jessica.liou@weil.com> wrote:


I may be a few minutes late.



<image001.jpg>

Jessica Liou
Partner
Pronouns: She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jessica.liou@weil.com
+1 212 310 8817 Direct

2
Case: 19-30088    Doc# 14277-3    Filed: 01/16/24    Entered: 01/16/24 21:57:56    Page 3 of 9

+1 917 806 5259 Mobile
+1 212 310 8007 Fax


From: Slack, Richard <richard.slack@weil.com>
Sent: Tuesday, July 18, 2023 7:50 PM
To: 'Palmieri, Michael S.' <mpalmieri@fklaw.com>; Liou, Jessica <jessica.liou@weil.com>
Cc: dgrassgreen@pszjlaw.com; JAMES.BRANDT@lw.com; Michael.Reiss@lw.com
Subject: RE: PG&E -- Draft Procedures re Securities Claims

10 works for me.

From: Palmieri, Michael S. <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>
Sent: Tuesday, July 18, 2023 7:28 PM
To: Slack, Richard <richard.slack@weil.com<mailto:richard.slack@weil.com>>; Liou, Jessica <jessica.liou@weil.com<mailto:jessica.liou@weil.com>>
Cc: dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>; JAMES.BRANDT@lw.com<mailto:JAMES.BRANDT@lw.com>; Michael.Reiss@lw.com<mailto:Michael.Reiss@lw.com>
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Richard-

We'd like to discuss our comments with you before tomorrow's conference. We are available beginning at 9:30 AM Eastern tomorrow.

Thank you,

Michael

From: Slack, Richard <richard.slack@weil.com<mailto:richard.slack@weil.com>>
Sent: Tuesday, July 18, 2023 6:31 PM
To: Palmieri, Michael S. <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>; Liou, Jessica <jessica.liou@weil.com<mailto:jessica.liou@weil.com>>
Cc: dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>; JAMES.BRANDT@lw.com<mailto:JAMES.BRANDT@lw.com>; Michael.Reiss@lw.com<mailto:Michael.Reiss@lw.com>
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Michael – here are the procedures agreed upon by the Reorganized Debtors, RKS, Oregon and Chevron. We intend to file a conference statement later this evening submitting these procedures to the Court.

We are happy to further discuss later tonight or tomorrow morning.

From: Palmieri, Michael S. <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>
Sent: Tuesday, July 18, 2023 5:36 PM
To: Slack, Richard <richard.slack@weil.com<mailto:richard.slack@weil.com>>; Liou, Jessica <jessica.liou@weil.com<mailto:jessica.liou@weil.com>>
Cc: dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>
Subject: FW: PG&E -- Draft Procedures re Securities Claims

Richard and Jessica-

Could you please let us know if there have been further discussions with the Objectors about the draft procedures? We have not seen any email correspondence since July 10, nor have we seen any response from the Objectors to PG&E's draft of July 9, as Jeffrey Ritholtz's July 10 email suggested would be forthcoming. We ask for an update before tomorrow's conference with the Court.

Assuming that the Objectors and PG&E are prepared to agree to a proposal consistent with the attachment to your July 10 email, Baupost requests certain modifications of the proposal—which, along with other minor edits, are reflected in the attached mark-up—to make clear that certain provisions apply to Baupost and not only to the "Objectors." You previously told us that you would be amenable to such modifications.

We have also attached for your consideration a draft side letter that we would be prepared to enter into if PG&E adopts the procedures set forth in the attachment to your July 10 email. If it would be helpful to discuss these proposals/issues, we are available before tomorrow's conference.

Thank you,

Michael

From: JAMES.BRANDT@lw.com<mailto:JAMES.BRANDT@lw.com> <JAMES.BRANDT@lw.com<mailto:JAMES.BRANDT@lw.com>>
Sent: Monday, July 10, 2023 2:17 PM
To: JRitholtz@rksllp.com<mailto:JRitholtz@rksllp.com>; richard.slack@weil.com<mailto:richard.slack@weil.com>; susan.dicicco@morganlewis.com<mailto:susan.dicicco@morganlewis.com>; stephen.karotkin@weil.com<mailto:stephen.karotkin@weil.com>; jessica.liou@weil.com<mailto:jessica.liou@weil.com>; Anna.Gordan@weil.com<mailto:Anna.Gordan@weil.com>; Jack.Nolan@weil.com<mailto:Jack.Nolan@weil.com>; Michael.Reiss@lw.com<mailto:Michael.Reiss@lw.com>
Cc: ischwartz@blaschwartz.com<mailto:ischwartz@blaschwartz.com>; dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>; jonathan.doolittle@pillsburylaw.com<mailto:jonathan.doolittle@pillsburylaw.com>; rbodnar@rksllp.com<mailto:rbodnar@rksllp.com>; Jmmurphy@stradley.com<mailto:Jmmurphy@stradley.com>; mhampson@rksllp.com<mailto:mhampson@rksllp.com>; fcatalina@rksllp.com<mailto:fcatalina@rksllp.com>; metkin@lowenstein.com<mailto:metkin@lowenstein.com>; abehlmann@lowenstein.com<mailto:abehlmann@lowenstein.com>; randy.michelson@michelsonlawgroup.com<mailto:randy.michelson@michelsonlawgroup.com>; Palmieri, Michael S. <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>; jennifer.feldsher@morganlewis.com<mailto:jennifer.feldsher@morganlewis.com>; Melissa.Boey@morganlewis.com<mailto:Melissa.Boey@morganlewis.com>; Kyle.Cummings@weil.com<mailto:Kyle.Cummings@weil.com>
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Thanks for your note. Sure. Still on board. I will leave it to the WGM folks to figure how to communicate that to the Court, including that the request is mutual.

Best,

J.

From: Jeffrey Ritholtz <JRitholtz@rksllp.com<mailto:JRitholtz@rksllp.com>>
Sent: Monday, July 10, 2023 2:07 PM
To: Slack, Richard <richard.slack@weil.com<mailto:richard.slack@weil.com>>; DiCicco, Susan F. <susan.dicicco@morganlewis.com<mailto:susan.dicicco@morganlewis.com>>; Brandt, James (NY) <JAMES.BRANDT@lw.com<mailto:JAMES.BRANDT@lw.com>>; Karotkin, Stephen

<stephen.karotkin@weil.com<mailto:stephen.karotkin@weil.com>>; Liou, Jessica <jessica.liou@weil.com<mailto:jessica.liou@weil.com>>; Gordan, Anna <Anna.Gordan@weil.com<mailto:Anna.Gordan@weil.com>>; Nolan, Jack <Jack.Nolan@weil.com<mailto:Jack.Nolan@weil.com>>; Reiss, Michael (LA) <Michael.Reiss@lw.com<mailto:Michael.Reiss@lw.com>>
Cc: Irwin Schwartz <ischwartz@blaschwartz.com<mailto:ischwartz@blaschwartz.com>>; dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>; Doolittle, Jonathan <jonathan.doolittle@pillsburylaw.com<mailto:jonathan.doolittle@pillsburylaw.com>>; Richard Bodnar <rbodnar@rksllp.com<mailto:rbodnar@rksllp.com>>; Murphy, Julie <Jmmurphy@stradley.com<mailto:Jmmurphy@stradley.com>>; Michael Hampson <mhampson@rksllp.com<mailto:mhampson@rksllp.com>>; Frank Catalina <fcatalina@rksllp.com<mailto:fcatalina@rksllp.com>>; metkin@lowenstein.com<mailto:metkin@lowenstein.com>; abehlmann@lowenstein.com<mailto:abehlmann@lowenstein.com>; randy.michelson@michelsonlawgroup.com<mailto:randy.michelson@michelsonlawgroup.com>; Michael Palmieri <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>; Feldsher, Jennifer <jennifer.feldsher@morganlewis.com<mailto:jennifer.feldsher@morganlewis.com>>; Boey, Melissa Y. <Melissa.Boey@morganlewis.com<mailto:Melissa.Boey@morganlewis.com>>; Cummings, Kyle <Kyle.Cummings@weil.com<mailto:Kyle.Cummings@weil.com>>
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Richard,

Thanks for this proposal. We are encouraged that the parties appear to be moving closer to a negotiated resolution. The Objectors will provide a written response to this draft, but until then, all of the Objectors with whom we have discussed the proposal are of the view—consistent with your suggestion on Friday's meet and confer—that to conserve judicial resources we should jointly ask Judge Montali for a one-week adjournment of the status conference currently scheduled for tomorrow to allow the parties more time to reach an agreement without court intervention.

Are Debtors still amenable to such an adjournment?

Thanks,
Jeff

Jeffrey Ritholtz
Senior Counsel
Rolnick Kramer Sadighi LLP

T: 212.597.2842
1251 Avenue of the Americas
New York, NY 10020

From: Slack, Richard <richard.slack@weil.com<mailto:richard.slack@weil.com>>
Sent: Sunday, July 9, 2023 8:59 PM
To: DiCicco, Susan F. <susan.dicicco@morganlewis.com<mailto:susan.dicicco@morganlewis.com>>; James Brandt (james.brandt@lw.com<mailto:james.brandt@lw.com>) <james.brandt@lw.com<mailto:james.brandt@lw.com>>; Karotkin, Stephen <stephen.karotkin@weil.com<mailto:stephen.karotkin@weil.com>>; Liou, Jessica <jessica.liou@weil.com<mailto:jessica.liou@weil.com>>; Gordan, Anna <Anna.Gordan@weil.com<mailto:Anna.Gordan@weil.com>>; Nolan, Jack <Jack.Nolan@weil.com<mailto:Jack.Nolan@weil.com>>; Michael.Reiss@lw.com<mailto:Michael.Reiss@lw.com>
Cc: Irwin Schwartz <ischwartz@blaschwartz.com<mailto:ischwartz@blaschwartz.com>>; dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>; Doolittle, Jonathan <jonathan.doolittle@pillsburylaw.com<mailto:jonathan.doolittle@pillsburylaw.com>>; Richard Bodnar

<rbodnar@rksllp.com<mailto:rbodnar@rksllp.com>>; Murphy, Julie <Jmmurphy@stradley.com<mailto:Jmmurphy@stradley.com>>; Michael Hampson <mhampson@rksllp.com<mailto:mhampson@rksllp.com>>; Frank Catalina <fcatalina@rksllp.com<mailto:fcatalina@rksllp.com>>; metkin@lowenstein.com<mailto:metkin@lowenstein.com>; abehlmann@lowenstein.com<mailto:abehlmann@lowenstein.com>; randy.michelson@michelsonlawgroup.com<mailto:randy.michelson@michelsonlawgroup.com>; Jeffrey Ritholtz <JRitholtz@rksllp.com<mailto:JRitholtz@rksllp.com>>; Michael Palmieri <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>; Feldsher, Jennifer <jennifer.feldsher@morganlewis.com<mailto:jennifer.feldsher@morganlewis.com>>; Boey, Melissa Y. <Melissa.Boey@morganlewis.com<mailto:Melissa.Boey@morganlewis.com>>; Cummings, Kyle <Kyle.Cummings@weil.com<mailto:Kyle.Cummings@weil.com>>
Subject: RE: PG&E -- Draft Procedures re Securities Claims

Attached are our comments on your proposal, consistent with our discussions on Friday. These are still subject to internal review and review and approval by the client, but we wanted to get these out to you.

We have largely agreed to your structure. In that regard, our proposal adopts provisions that confirm our intention to either make an offer or file an omnibus objection with respect to all claims which have not yet received an offer; we have largely adopted the timing of amendments and objections in your proposal (except that we have provide a more reasonable 60 days to file what is the equivalent of a motion to dismiss after we receive an amendment); and we have also largely adopted the discovery points you raised.

As discussed, we did make it clear that that we were proposing a sufficiency hearing procedure that would first require a claim to get by a sufficiency hearing before discovery could proceed. We also clarified a point upon which we all agreed on the call that the tolling provisions of the Securities Procedures would apply to the objection deadline applicable to all claims, except those made by the Objectors.

Let us know if you would like discuss.


From: DiCicco, Susan F. <susan.dicicco@morganlewis.com<mailto:susan.dicicco@morganlewis.com>>
Sent: Thursday, July 6, 2023 10:26 AM
To: Slack, Richard <richard.slack@weil.com<mailto:richard.slack@weil.com>>; James Brandt (james.brandt@lw.com<mailto:james.brandt@lw.com>) <james.brandt@lw.com<mailto:james.brandt@lw.com>>; Karotkin, Stephen <stephen.karotkin@weil.com<mailto:stephen.karotkin@weil.com>>; Liou, Jessica <jessica.liou@weil.com<mailto:jessica.liou@weil.com>>; Gordan, Anna <Anna.Gordan@weil.com<mailto:Anna.Gordan@weil.com>>; Nolan, Jack <Jack.Nolan@weil.com<mailto:Jack.Nolan@weil.com>>; Michael.Reiss@lw.com<mailto:Michael.Reiss@lw.com>
Cc: DiCicco, Susan F. <susan.dicicco@morganlewis.com<mailto:susan.dicicco@morganlewis.com>>; Irwin Schwartz <ischwartz@blaschwartz.com<mailto:ischwartz@blaschwartz.com>>; dgrassgreen@pszjlaw.com<mailto:dgrassgreen@pszjlaw.com>; Doolittle, Jonathan <jonathan.doolittle@pillsburylaw.com<mailto:jonathan.doolittle@pillsburylaw.com>>; Richard Bodnar <rbodnar@rksllp.com<mailto:rbodnar@rksllp.com>>; Murphy, Julie <Jmmurphy@stradley.com<mailto:Jmmurphy@stradley.com>>; Michael Hampson <mhampson@rksllp.com<mailto:mhampson@rksllp.com>>; Frank Catalina <fcatalina@rksllp.com<mailto:fcatalina@rksllp.com>>; metkin@lowenstein.com<mailto:metkin@lowenstein.com>; abehlmann@lowenstein.com<mailto:abehlmann@lowenstein.com>; randy.michelson@michelsonlawgroup.com<mailto:randy.michelson@michelsonlawgroup.com>; Jeffrey Ritholtz <JRitholtz@rksllp.com<mailto:JRitholtz@rksllp.com>>; Michael Palmieri <mpalmieri@fklaw.com<mailto:mpalmieri@fklaw.com>>; Feldsher, Jennifer <jennifer.feldsher@morganlewis.com<mailto:jennifer.feldsher@morganlewis.com>>; Boey, Melissa Y. <Melissa.Boey@morganlewis.com<mailto:Melissa.Boey@morganlewis.com>>

Subject: PG&E -- Draft Procedures re Securities Claims
Importance: High

Reorganized Debtors' team:
Following up from our initial meet and confer call on Friday, please find attached draft procedures from the Objectors for your consideration. We suggest an additional meet and confer call for tomorrow afternoon or Monday in advance of the call with the Court. Please suggest some available times.

Regards,
Susan

Susan F. DiCicco
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY10178-0060
Direct: +1.212.309.6640 | Main:+1.212.309.6000 | Fax: +1.212.309.6001 | Mobile: +1.914.715.3358
susan.dicicco@morganlewis.com|<mailto:susan.dicicco@morganlewis.com|>
http://www.morganlewis.com<http://www.morganlewis.com>

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com<mailto:postmaster@weil.com>, and destroy the original message. Thank you.
_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at http://www.lw.com<http://www.lw.com>.

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com<mailto:postmaster@weil.com>, and destroy the original message. Thank you.

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.