| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 1 | PG&E 2012 Form 10-K Annual Report (filed Feb. 21, 2013) ("2012 Form 10-K") | 2 | 0 | No | 291 |
| 2 | PG&E 2013 Form 10-K Annual Report (filed Feb. 11, 2014) ("2013 Form 10-K") | 2 | 0 | No | 197 |
| 3 | PG&E 2014 Form 10-K Annual Report (filed Feb. 10, 2015) ("2014 Form 10-K") | 5 | 0 | No | 159 |
| 4 | PG&E 2015 Form 10-K Annual Report (filed Feb. 18, 2016) ("2015 Form 10-K") | 14 | 1 | No | 232 |
| 5 | PG&E 2016 Form 10-K Annual Report (filed Feb. 16, 2017) ("2016 Form 10-K") | 17 | 1 | No | 179 |
| 6 | PG&E 2017 Form 10-K Annual Report (filed Feb. 9, 2018) ("2017 Form 10-K") | 17 | 2 | No | 181 |
| 7 | PG&E Form 10-Q Quarterly Report for First Quarter Ending March 31, 2015 (filed Apr. 29, 2015) ("Q1 2015 Form 10-Q") | 0 | 0 | No | 69 |
| 8 | PG&E Form 10-Q Quarterly Report for First Quarter Ending March 31, 2016 (filed on May 4, 2016) ("Q1 2016 Form 10-Q") | 1 | 0 | No | 113 |
| 9 | PG&E Form 10-Q Quarterly Report for Third Quarter Ending September 30, 2016 (filed on Nov. 4, 2016) ("Q3 2016 Form 10-Q") | 1 | 0 | No | 82 |
| 10 | PG&E Form 8-K Current Report (filed Sept. 16, 2015) ("Sept. 16, 2015 Form 8-K") | 1 | 0 | No | 3 |
| 11 | PG&E Form 8-K Current Report (filed May 31, 2017) ("May 31, 2017 Form 8-K") | 1 | 1 | Yes | 10 |
| 12 | PG&E Form 8-K Current Report (filed Oct. 13, 2017) ("Oct. 13, 2017 Form 8-K") | 1 | 2 | Yes | 3 |
| 13 | PG&E Form 8-K Current Report (filed Nov. 2, 2017) ("Nov. 2, 2017 Form 8-K") | 1 | 0 | No | 45 |
| 14 | PG&E Form 8-K Current Report (filed Nov. 27, 2017) ("Nov. 27, 2017 Form 8-K") | 1 | 0 | No | 13 |
| 15 | PG&E Form 8-K Current Report (filed Dec. 20, 2017) ("Dec. 20, 2017 Form 8-K") | 3 | 2 | Yes | 4 |
| 16 | PG&E Form 8-K Current Report (filed June 11, 2018) ("June 11, 2018 Form 8-K") | 1 | 1 | Yes | 8 |
| 17 | PG&E Form 8-K Current Report (filed June 21, 2018) ("June 21, 2018 Form 8-K") | 2 | 1 | No | 5 |
| 18 | PG&E Form 8-K Current Report (filed Nov. 13, 2018) ("Nov. 13, 2018 Form 8-K") | 4 | 2 | Yes | 4 |
| 19 | Form 424B2 Prospectus Supplement to Form S-3 Shelf Registration Statement dated February 11, 2014 for the March 2016 Offering (filed Feb. 24, 2016) ("Feb. 24, 2016 Pro. Supp.") | 6 | 3 | Yes | 42 |
| 20 | Form 424B2 Prospectus Supplement to Form S-3 Shelf Registration Statement dated February 11, 2014 for the December 2016 Offering (filed Nov. 29, 2016) ("Nov. 29, 2016 Pro. Supp.") | 4 | 2 | Yes | 47 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 21 | PG&E Form 424B2 Prospectus Supplement to Form S-3 Shelf Registration Statement dated January 25, 2017 for the March 2017 Offering (filed Mar. 8, 2017) ("Mar. 7, 2017 Pro. Supp.") | 5 | 2 | Yes | 47 |
| 22 | PG&E Form 424B3 Offer to Exchange (filed Apr. 13, 2018) ("Apr. 13, 2018 S-3") | 5 | 2 | Yes | 55 |
| 23 | Baupost Form ADV Part 2A (filed Mar. 29, 2023) | 0 | 0 | No | 68 |
| 24 | Safety and Enforcement Division ("SED"), CPUC, Resolution ESRB-4 (June 16, 2014) ("ESRB-4") | 2 | 0 | No | 20 |
| 25 | SED, CPUC, Resolution ESRB-8 (July 16, 2018) ("ESRB-8") | 4 | 8 | Yes | 9 |
| 26 | Relevant Excerpts of CPUC, General Order 95 (Jan. 2016) ("Jan. 2016 GO 95") | 0 | 3 | Yes | 19 |
| 27 | Relevant Excerpts of CPUC, Decision Adopting Regulations to Reduce the Fire Hazards Associated with Overhead Electric Utility Facilities and Aerial Communications Facilities, Decision 17-12-024, Rulemaking 15-05-006 (Dec. 21, 2017) ("Dec. 2017 GO 95") | 0 | 1 | No | 64 |
| 28 | Relevant Excerpts of CPUC, General Order 95 (May 2018) ("May 2018 GO 95") | 0 | 1 | No | 19 |
| 29 | CPUC, General Order 165 (Jan 12, 2012) ("GO 165") | 1 | 2 | Yes | 6 |
| 30 | CPUC, Electric Safety Citations, https://www.cpuc.ca.gov/regulatoryservices/enforcement-and-citations/electric-safety-citations (last visited Dec. 8, 2023) ("CPUC Citations List") | 1 | 0 | No | 2 |
| 31 | CPUC, Citation for Violation(s) Issued Pursuant to Resolution ALJ-274 of General Order 112-E, Citation No. ALJ 274 15-01-001 (Jan. 23, 2015) ("Jan. 2015 $100,000 Fine") | 5 | 0 | No | 11 |
| 32 | CPUC, Citation for Violation(s) Issued Pursuant to Resolution ALJ-274 of General Order 112-E, Citation No. ALJ 274 15-01-002 (Jan. 23, 2015) ("Jan. 2015 $430,000 Fine") | 5 | 0 | No | 14 |
| 33 | CPUC, Citation for Violation(s) Issued Pursuant to Resolution ALJ-274 of General Order 112-E, Citation No. ALJ 274 15-01-004 (Jan. 30, 2015) ("Jan. 2015 $150,000 Fine") | 5 | 0 | No | 12 |
| 34 | CPUC, Audit of PG&E's Sacramento Division, EA2014-30 (Feb. 9, 2015) ("2015 Sacramento Audit") | 5 | 0 | No | 6 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 35 | CPUC, Citation for Violation(s) Issued Pursuant to Resolution ALJ-274 of General Order 112-E, Citation No. ALJ 274 15-03-001 (Mar. 20, 2015) ("Mar. 2015 $200,000 Fine") | 5 | 0 | No | 11 |
| 36 | CPUC, Decision on Fines and Remedies To Be Imposed on Pacific Gas and Electric Company for Specific Violations in Connection With the Operation and Practices of Its Natural Gas Transmission System Pipelines, Decision 15-04-024 (Apr. 9, 2015) ("Apr. 2015 $1.6 Billion Fine") | 5 | 0 | No | 309 |
| 37 | CPUC, Audit of PG&E's Eureka Headquarters – Electric Transmission, TA2015- 001 (Apr. 13, 2015) ("2015 Eureka Audit") | 5 | 0 | No | 3 |
| 38 | CPUC, Audit of PG&E's East Bay Division, EA2014-032 (June 5, 2015) ("2015 East Bay Audit") | 5 | 0 | No | 7 |
| 39 | CPUC, Audit of PG&E's Fresno Division, EA2015-01 (July 13, 2015) ("2015 Fresno Audit") | 5 | 0 | No | 6 |
| 40 | CPUC, Citation for Violations of General Order 128 Issued Pursuant to Decision 14-12-001, Citation No. D.14-12-001 15-07-001 (July 21, 2015) ("July 2015 $450,000 Fine") | 5 | 0 | No | 13 |
| 41 | CPUC, Audit of PG&E's Peninsula Division, EA2015-0088 (Aug. 10, 2015) ("2015 Peninsula Audit") | 5 | 0 | No | 14 |
| 42 | CPUC, Audit of PG&E's Hayward Headquarters – Electric Substation, SA2015-006 (Sept. 8, 2015) ("2015 Hayward Audit") | 5 | 0 | No | 8 |
| 43 | CPUC, Audit of PG&E's Metcalf Division – Electric Transmission, TA2015-002 (Sept. 14, 2015) ("2015 Metcalf Audit") | 5 | 0 | No | 2 |
| 44 | CPUC, Audit of PG&E's Sonoma Division, EA2015-018 (Dec. 31, 2015) ("2015 Sonoma Audit") | 5 | 0 | No | 7 |
| 45 | CPUC, Audit of PG&E's Central Coast Division, EA2015-016 (Jan. 13, 2016) ("2016 Central Coast Audit") | 5 | 0 | No | 8 |
| 46 | CPUC, Citation for Violation(s) Issued Pursuant to Resolution ALJ-274 of General Order 112-E, Citation No. ALJ 274 16-03-001 (Mar. 29, 2016) ("Mar. 2016 $200,000 Fine") | 5 | 0 | No | 11 |
| 47 | CPUC, Audit of PG&E's De Anza Division, EA2016-004 (Apr. 15, 2016) ("2016 De Anza Audit") | 5 | 0 | No | 10 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 48 | CPUC, Audit of PG&E's San Jose Division, EA2016-002 (Apr. 22, 2016) ("2016 San Jose Audit") | 5 | 0 | No | 8 |
| 49 | CPUC, Audit of PG&E's Moss Landing Headquarter, TA2016-003 (May 19, 2016 ("2016 Moss Landing Audit") | 5 | 0 | No | 7 |
| 50 | CPUC, Audit of PG&E's Midway Division, TA2016-05 (Sept. 21, 2016) ("2016 Midway Audit") | 5 | 0 | No | 6 |
| 51 | CPUC, Audit of PG&E's Victor Division, TA2016-006 (Nov. 7, 2016) ("2016 Victor Audit") | 5 | 0 | No | 5 |
| 52 | CPUC, Citation Issued Pursuant to Decision 16-09-055, Citation No. D.16-09-055 G.16-12-001 (Dec. 23, 2016) ("Dec. 2016 $5.45 Million Fine") | 5 | 0 | No | 13 |
| 53 | CPUC, Citation Issued Pursuant to Decision 16-09-055, Citation No. D.16-09-055 E.17-04-001 (Apr. 25, 2017) ("Apr. 2017 $8 Million Fine") | 7 | 0 | No | 12 |
| 54 | CPUC, Citation Issued Pursuant to Decision 16-09-055, Citation No. D.16-09-055 E.17-04-002 (Apr. 25, 2017) ("Apr. 2017 $300,000 Fine") | 5 | 0 | No | 13 |
| 55 | CPUC, Electric Distribution Audit of PG&E's Yosemite Division, EA2017-748 (May 4, 2017) ("2017 Yosemite Audit") | 5 | 0 | No | 5 |
| 56 | CPUC, Audit of PG&E's Diablo Division, EA2017-750 (May 30, 2017) ("2017 Diablo Audit") | 5 | 0 | No | 8 |
| 57 | CPUC, Citation Issued Pursuant to Decision 16-09-055, Citation No. D.16-09-055 E.17-06-001 (June 6, 2017) ("June 2017 $400,000 Fine") | 5 | 0 | No | 12 |
| 58 | CPUC, Citation Issued Pursuant to Decision 16-09-055, Citation No. D.16-09-055 G.18-02-001 (Feb. 16, 2018) ("Feb. 2018 $100,000 Fine") | 5 | 0 | No | 12 |
| 59 | CPUC, Audit of PG&E's North Bay Division, EA2018-811 (May 30, 2018) ("2018 North Bay Audit") | 5 | 0 | No | 10 |
| 60 | CPUC, Audit of PG&E's Sierra Division, EA2018-799 (June 11, 2018) ("2018 Sierra Audit") | 5 | 0 | No | 8 |
| 61 | CPUC, Electric Distribution Audit of PG&E's Sonoma Division, EA2018-800 (July 31, 2018) ("2018 Sonoma Audit") | 5 | 0 | No | 8 |
| 62 | CPUC, Audit of PG&E's Humboldt Division, EA2018-801 (Sept. 6, 2018) ("2018 Humboldt Audit") | 5 | 0 | No | 8 |
| 63 | CPUC, Audit of PG&E's Los Padres Division, EA2018-814 (Oct. 25, 2018) ("2018 Los Padres Audit") | 5 | 0 | No | 10 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 64 | SED Investigation Report on the December 4, 2017 Wildfire in Santa Paula, California Involving Southern California Edison Facilities That Came to be Known as the Thomas Fire (undated) ("SED Investigation Report of the Thomas Fire") | 3 | 0 | No | 35 |
| 65 | SED Investigation Report of the Woolsey Fire (undated) | 2 | 0 | No | 45 |
| 66 | CPUC, Pacific Gas and Electric Company - Fire Incident Data Collection Plan: Report Data Compiled from 2014-2017 (2018) ("Fire Incident Data Report") | 2 | 2 | No | 14 |
| 67 | PG&E, Application of Pacific Gas and Electric Company to Recover Costs Recorded in the Catastrophic Event Memorandum Account Pursuant to Public Utilities Code Section 454.9 and Forecasted Pursuant to Resolution ESRB-4 | 2 | 0 | No | 57 |
| 68 | CPUC, PG&E's Response to Safety and Enforcement Divisions' 10/14/17 Questions (Oct. 17, 2017) ("PG&E's Oct. 17, 2017 Response to SED's Questions") | 1 | 2 | No | 8 |
| 69 | SED Incident Investigation Report of the Camp Fire (Nov. 8, 2019) ("SED Investigation Report of the Camp Fire") | 1 | 0 | No | 33 |
| 70 | CPUC, Incident Investigation Report (Mar. 29, 2017) ("SED Butte Fire Report") | 5 | 0 | No | 13 |
| 71 | PG&E's (U 39 E) Report in Response to Attachment B of the Commission's Order Instituting Investigation and Order to Show Cause, No. I.19-06-015 (CPUC Aug. 5, 2019) ("Aug. 5, 2019 Report to CPUC") | 3 | 0 | No | 133 |
| 72 | Comments of the Utility Reform Network on the Request for Safety Certification by Pacific Gas and Electric Company, Rulemaking 18-10-007 (CPUC Aug. 12, 2020) ("Utility Reform Network Comments") | 0 | 0 | No | 108 |
| 73 | PG&E, Nickolas Stavropoulos, Safety Culture and Governance OII: Prepared Testimony (Jan. 8, 2018) ("Stavropoulos Testimony") | 0 | 0 | No | 14 |
| 74 | Cal Fire, Investigation Report: Butte Incident (Apr. 28, 2016) | 2 | 0 | No | 30 |
| 75 | News Release, Cal Fire, CAL FIRE Investigators Determine Cause of Destructive Butte Fire (Apr. 28, 2016) | 2 | 2 | No | 2 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 76 | News Release, Cal Fire, CAL FIRE Investigators Determine Cause of Four Wildfires in Butte and Nevada Counties (May 25, 2018) | 4 | 9 | Yes | 2 |
| 77 | News Release, Cal Fire, CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties (June 8, 2018) | 6 | 11 | Yes | 2 |
| 78 | News Release, Cal Fire, CAL FIRE Investigators Determine the Cause of the Cascade Fire (Oct. 9, 2018) | 2 | 3 | Yes | 1 |
| 79 | News Release, Cal Fire, CAL FIRE Investigators Determine the Cause of the Tubbs Fire (Jan. 24, 2019) | 3 | 0 | No | 1 |
| 80 | News Release, Cal Fire, CAL FIRE Investigators Determine Cause of the Camp Fire (May 15, 2019) | 1 | 8 | Yes | 1 |
| 81 | 2016 California Department of Forestry and Fire Protection Redbook ("2016 Cal Fire Redbook") | 1 | 0 | No | 51 |
| 82 | Prepared Testimony of David P. Gabbard on Transmission Risk Management and Project Management Improvements, attached as Exhibit PGE-0003 to FERC Application ("Gabbard Testimony") | 0 | 0 | No | 22 |
| 83 | Prepared Testimony of Jessica Tsang on Transmission Operation and Maintenance Expenses, attached as Exhibit PGE-0006 to FERC Application ("Tsang Testimony") | 0 | 0 | No | 14 |
| 84 | Press Release, State of California, Governor Brown Declares Drought State of Emergency (Jan. 17, 2014) | 2 | 0 | No | 4 |
| 85 | Association of California Water Agencies, 2014 Droughts: Impacts and Strategies for Resilience (June 2014) ("2014 Drought Report"), published by ACWA on its website, www.acwa.com, and republished by various news sources | 2 | 0 | No | 35 |
| 86 | Opening Statement for Pat Hogan, Wildfire Hearing – Senator Hill, Subcommittee on Gas, Electric, and Transportation Safety (Nov. 18, 2015) https://seuc.senate.ca.gov/sites/seuc.senate.ca.gov/files/11-18-15_pge_testimony.pdf ("Hogan Senate Hearing Statement"). | 3 | 0 | No | 4 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 87 | Butte County District Attorney, The Camp Fire Public Report: A Summary of the Camp Fire Investigation (June 16, 2020) https://seuc.senate.ca.gov/sites/seuc.senate.ca.gov/files/11-18-15_pge_testimony.pdf ("Butte County DA Report") | 1 | 0 | No | 92 |
| 88 | Class Action Complaint for Violation of the Federal Securities Laws, Moretti v. PG&E Corporation et al., No. 3:18-cv-03545 (N.D. Cal. June 14, 2018) ("Moretti Complaint") | 3 | 0 | No | 27 |
| 89 | Class Action Complaint for Violation of Federal Securities Law, Weston v. PG&E Corporation et al., No. 3:18-cv-03509-RS (N.D. Cal. June 12, 2018) ("Weston Complaint") | 3 | 0 | No | 25 |
| 90 | Consolidated Class Action Complaint for Violation of the Federal Securities Laws, In re PG&E Corporation Securities Litigation, No. 3:18-cv-03509-RS, ECF No. 83 (N.D. Cal. Nov. 9, 2018) ("FAC") | 6 | 0 | No | 77 |
| 91 | Second Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, In re PG&E Corporation Securities Litigation, No. 3:18-cv-03509-RS, ECF No. 95 (N.D. Cal. Dec. 14, 2018) ("SAC") | 6 | 0 | No | 128 |
| 92 | Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, In re PG&E Corporation Securities Litigation, No. 3:18-cv-03509-EJD, ECF No. 121 (N.D. Cal. May 28, 2019) ("TAC") | N/A | N/A | N/A | 260 |
| 93 | Memorandum of Points and Authorities in Support of Defendant Directors and Underwriters' Motion to Dismiss Third Amended Consolidated Class Action Compliant, In re PG&E Corporation Securities Litigation, No. 5:18-cv-03509-EJD, ECF No. 155-1 (N.D. Cal. Oct. 4, 2019) ("Directors and Underwriters' Opening Brief") | 0 | 0 | No | 44 |
| 94 | Brief in Support of the Officer Defendants' Motion to Dismiss the Third Amended Consolidated Class Action Complaint In re PG&E Corporation Securities Litigation, No. 5:18-cv-03509-EJD, ECF No. 149 (N.D. Cal. Oct. 4, 2019) ("Officer Defendants' Opening Brief") | 1 | 0 | No | 49 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 95 | Order, United States of America v. Pacific Gas & Electric Company, No. 3:14-cr-00175-TEH, ECF No. 916 (N.D. Cal. Jan. 26, 2017) ("Order Instituting Monitor") | 1 | 2 | No | 13 |
| 96 | Pacific Gas and Electric Company's Response to Request for Information, United States of America v. Pacific Gas & Electric Company, No. 3:14-cr-00175-WHA, ECF No. 1015 (Feb. 22, 2019) ("PG&E Response to Request for Information") | 1 | 3 | No | 62 |
| 97 | Comments of the California Public Utilities Commission in Response to Order to Show Cause, United States of America v. Pacific Gas & Electric Company, No. 3:14-cr-00175-WHA, ECF No. 987 (Jan. 28, 2019) ("CPUC Response to Order to Show Cause") | 1 | 0 | No | 150 |
| 98 | Indictment, California v. Pacific Gas and Electric Company, No. 20-cf-01422 (Mar. 27, 2020) ("Camp Fire Indictment") | 0 | 0 | No | 32 |
| 99 | Plea Agreement and Settlement, California v. Pacific Gas and Electric Company, No. 20-cf-01422 (Mar. 17, 2020) ("Camp Fire Plea Agreement") | 0 | 0 | No | 8 |
| 100 | Class Action Complaint, Lore OLDS, d/b/a Sky Vineyards v. PG&E Corp., No. CGC-17-562791, 2017 WL 6451625 (Cal. Super. Nov. 30, 2017) ("Lore OLDS Complaint") | 2 | 0 | No | 38 |
| 101 | Complaint, Lentine v. Williams, No. CGC-17-562553, 2017 WL 6451623 (Cal. Super. Ct. Nov. 16, 2017) ("Lentine Complaint") | 2 | 0 | No | 22 |
| 102 | Complaint, Firemen's Ret. Sys. of St. Louis v. Williams, No. CGC-17-562591, 2017 WL 6451626 (Cal. Super. Ct. Nov. 20, 2017) ("Firemen's Ret. Sys. Complaint") | 2 | 0 | No | 26 |
| 103 | PG&E's (PCG) historical stock prices from April 29, 2015, through November 15, 2018. Yahoo Finance ("PCG Historical Price") | 4 | 0 | No | 19 |
| 104 | PG&E, Company Profile, https://www.pge.com/en/about/company-information/company-profile.html ("PG&E Company Profile") | 1 | 0 | No | 4 |
| 105 | PG&E, Facts About PG&E's Wildfire and Prevention Safety Efforts, PG&E Currents, Nov. 5, 2017, http://www.pgecurrents.com. ("Facts About PG&E's Wildfire and Prevention Safety Efforts") | 3 | 2 | Yes | 4 |

| RJN Ex. | Document Description | Times Cited in Sufficiency Objection | Times Cited in TAC | Incorporated by Reference in TAC | Number of Pages |
|---|---|---|---|---|---|
| 106 | @PGE4Me, Twitter (Nov. 8, 2018, 3:14 PM), https://x.com/PGE4Me/status/1060672000929267713?s=20 ("Nov. 2018 Tweet") | 2 | 3 | Yes | 1 |
| 107 | Press Release, PG&E, In Advance of 2018 Wildfire Season, PG&E Takes Action with Comprehensive Community Wildfire Safety Program (March 22, 2018) | 0 | 0 | No | 1 |
| 108 | PG&E, Public Safety Power Shutoff Policies and Procedures (Sept. 27, 2018) ("Shutoff Protocol") | 3 | 1 | Yes | 9 |
| 109 | Sam Stanton, Wave of lawsuits blames PG&E for deadly California fires, Sacramento Bee (Nov. 14, 2017) ("Nov. 14, 2017 Sacramento Bee Article") | 1 | 0 | No | 3 |
| 110 | Jaxon Van Derbeken, PG&E Risk Assessment at Issue in North Bay Wildfires, NBC Bay Area (Nov. 14, 2017) ("Nov. 14, 2017 NBC Article") | 3 | 1 | No | 3 |
| 111 | Julie Johnson, Cal Fire: PG&E equipment caused 12 wildfires, Sonoma Index-Tribune (June 12, 2018) ("June 12, 2018 Sonoma Index-Tribune Article") | 1 | 0 | No | 3 |
| 112 | Alex Wolf, PG&E Liability Has Calif. Considering Ch. 11 Alternative, Law360 (Aug. 17, 2018) ("Aug. 17, 2018 Law360 Article") | 1 | 0 | No | 3 |
| 113 | Baupost Supplemental Proof of Claim, In re PG&E Corporation, No. 19-30088, Claim No. 109847 (Dec. 28, 2022) ("Supplemental POC") | 0 | 0 | No | 53 |
| | [TOTALS] | 364 | 86 | | 4378 |