| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>Colleen Restel<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**CERTIFICATION OF SERVICE** |

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the above-captioned chapter 11 cases to the Public Employees Retirement Association of New Mexico ("PERA"), the court-appointed lead plaintiff in the securities class action captioned as In re PG&E Corporation Securities Litigation, Case No. 3:18-cv-03509-RS, pending in the United States District Court for the Northern District of California, ("Lead Plaintiff").

2. On January 17, 2024, on behalf of Lead Plaintiff, I caused the following document to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings:

   - *PERA's Memorandum Of Points And Authorities In Further Support Of Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel* [Dkt. No. 14281]

3. Also on January 17, 2024, pursuant to the procedures set forth in the *Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019* [Dkt. No. 1996], I caused the foregoing document to be served on the parties listed on **Exhibit A**, in the manner set forth therein.

4. Also on January 17, 2024, I also caused the foregoing document to be served on counsel for the Reorganized Debtors by email to: PGEsecuritiesclaims@weil.com.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: January 17, 2024            */s/ Elizabeth Lawler*
                                    Elizabeth Lawler

# EXHIBIT A

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | Mode of Service | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | E-mail | esagerman@bakerlaw.com lattard@bakerlaw.com rjulian@bakerlaw.com |
| Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111 | E-mail | cdumas@bakerlaw.com |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | | Menlo Park | CA | 94025 | E-mail | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | E-mail | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | E-mail | tkeller@kbkllp.com jkim@kbkllp.com |
| Milbank LLP | Attn: Dennis F. Dunne and Sam Khahil | 55 Hudson Yards | | New York | NY | 10001-2163 | E-mail | ddunne@milbank.com skhalil@milbank.com |
| Milbank LLP | Attn: Gregory A. Bray, Samir L. Vora | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | E-mail | Gbray@milbank.com svora@milbank.com |
| Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | E-mail and First Class Mail | timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Sean A. Mitchell, Neal P. Donnelly, Walter Rieman | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | E-mail | akornberg@paulweiss.com bhermann@paulweiss.com smitchell@paulweiss.com wrieman@paulweiss.com |
| PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street | | San Francisco | CA | 94105 | First Class Mail | |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris, Danielle Pham | 1100 L Street, NW | Room 10030 | Washington | DC | 20530 | E-mail | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | E-mail | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | First Class Mail | |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | First Class Mail | |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | E-mail | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Rolnick Kramer Sadighi LLP | Attn: Richard A. Bodnar, Lawrence Rolnick, Marc B. Kramer, Frank T.M. Catalina, Jeffrey Ritholtz | 1251 Avenue of the Americas | | New York | NY | 10020 | E-mail | rbodnar@rksllp.com lrolnick@rksllp.com mkramer@rksllp.com fcatalina@rksllp.com jritholtz@rksllp.com |
| St. James Law | Attn: Michael St. James | 236 West Portal Avenue, Suite 305 | | San Francisco | CA | 94127 | E-mail | michael@stjames-law.com |