KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94104
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' STATUS CONFERENCE STATEMENT REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**<br><br>**[Related to Dkt. Nos. 12130, 13478, 13567]**<br><br>Date: January 24, 2024<br>Time: 10:00a.m. |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, "**PG&E,**" the "**Debtors**" or the "**Reorganized Debtors**") hereby submit this statement in advance of the status conference to be held on January 24, 2024.

1.  *Current Status of Case*

On December 26, 2023, the Court issued a Docket Text Order denying the Claimant's Second Motion for Partial Summary Judgment. The Court set forth its oral ruling during a hearing on January 9, 2024. The Court set a further status conference to discuss future scheduling on January 24, 2024, and directed the Parties meet and confer regarding scheduling.

2.  *Discovery Schedule*

(1) The Parties have agreed to continue the deadline to complete expert depositions to March 1, 2024 and have agreed that deposition notices can be served in lieu of subpoenas.

    a. Since December 4, 2023,[1] the Reorganized Debtors have requested the following information in relation to expert discovery:

        i. Dates of availability for the deposition of Claimant's expert, John Mateo, based on the Mateo Appraisal Report.

        ii. Dates of availability for the deposition of Mr. Amir Shahmirza as an expert, based on the expert designation Claimant submitted.

        iii. Identify the experts designated by the Reorganized Debtors that Claimant desires to depose and proposed dates.

    b. On January 22, 2024, Claimant proposed specific dates for expert depositions in late March and April. Reorganized Debtors are in the process of meeting and conferring on availability, but are agreeable to continue expert depositions post March 1, 2024.

---

[1] See email chain to L. Jacobson of January 18, 2024, attached as **Exhibit 1**.

c. Claimant proposed depositions of percipient depositions and documents. Reorganized Debtors note that percipient witness discovery is closed per prior stipulation and Court order, but Reorganized Debtors are in the process of meeting and conferring regarding these recent proposals.

3. *Mediation*

   (1) The Parties have agreed to mediate but have been unable to agree on a date for mediation.

   (2) Claimant's view of valuation for mediation, based on the Mateo expert appraisal report, is substantially different from the Reorganized Debtors' valuation for mediation, based on the Patton expert appraisal report.

   (3) Once the Parties have completed these expert depositions and are able to test these divergent valuations, the Parties will be in position to engage in meaningful mediation.

   (4) The Reorganized Debtors have proposed a mutually agreeable mediator, Brad Bening, who is available for mediation in April 2024.

4. *Trial*

   a. If the Parties are unable to resolve this matter through mediation, the Reorganized Debtors proposed setting a trial date in September 2024 or thereafter. Claimant has proposed a trial date in June.

   b. Trial Counsel for the Reorganized Debtors presently has the following unavailability:

   i. March 4-22, 2024, TRIAL, *Digital Dolphin v Justin Cotton*, Los Angeles Superior Court.

   ii. April 16-May 2, 2024, TRIAL, *Sydlowski v. PG&E*, San Luis Obispo Superior Court.

   iii. July 8-August 8, 2024, TRIALS, *King/Shull/Wasdin v. PJ Helicopters/PG&E* (consolidated trials), San Francisco Superior Court.

   iv. August 8-August 23, 2024, *CSAA v. SUNRUN/PG&E* (consolidated trials) Santa Clara Superior Court.

Dated: January 23, 2024

KELLER BENVENUTTI KIM LLP
ROVENS & LAMB LLP
LAW OFFICES OF JENNIFER L. DODGE, INC.

*/s/ Steven A. Lamb*
Steven A. Lamb
*Attorneys for Debtors and Reorganized Debtors*