**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JANUARY 24, 2024, OMNIBUS HEARING**<br><br>Date: January 24, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JANUARY 24, 2024,
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. **PERA Motion for Appointment as Lead Plaintiff:** *PERA's Memorandum of Points and Authorities in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* [**Dkt. 14169**].

   Responses Received:

   A. *The RKS Claimants' Objection to PERA's Lead Plaintiff Motion* [**Dkt. 14266**].

   B. *Declaration of Richard A. Bodnar in Support of the RKS Claimants' Objection to PERA's Lead Plaintiff Motion* [**Dkt. 14267**].

   C. *Reorganized Debtors' Objection to PERA's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* [**Dkt. 14268**].

   Related Documents:

   D. *PERA's Memorandum of Points and Authorities in Further Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* [**Dkt. 14281**].

   Orders:

   E. *Tentative Ruling on PERA's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* [**Dkt. 14283**].

   Status: This matter is going forward on a contested basis.

2. **Status Conference on Shahmirza Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [**Dkt. 12130**].

   Related Documents:

   A. *Status Conference Statement of Komir, Inc.* [**Dkt. 14285**].

   B. *Reorganized Debtors' Status Conference Statement Regarding Objection to Claim of Amir Shahmirza and Komir, Inc.* [**Dkt. 14286**].

   Status: This matter is going forward as a status conference.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 23, 2024

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*