UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br>   Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Nataly Diaz, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 12, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 22nd day of January 2024, at New York, NY.

*/s/ Nataly Diaz*
Nataly Diaz

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Friedman Kaplan Seiler Adelman & Robbins | Michael S. Palmieri | 7 Times Sq. | New York | NY | 10036-6516 |
| Latham & Watkins LLP | Joshua G. Hamilton | 10250 Constellation Blvd., Suite 1100 | Los Angeles | CA | 90505-6143 |
| Rolnick Kramer Sadighi LLP | Frank T.M. Catalina | 1251 Avenue of the Americas 2601 Airport | New York | NY | 10020-1104 |
| Rovens Lamb LLP | STEVEN A. LAMB | 2601 Airport Drive, Suite 370 | Torrance | CA | 90505-6143 |
| Weil Gotshal and Manges, LLP | Richard W. Slack | 767 Fifth Ave. | New York | NY | 10153-0119 |

# Exhibit B

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on December 19, 2023 at 10:00 AM was filed on January 11, 2024. The following deadlines apply:

The parties have until Thursday, January 18, 2024 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, February 1, 2024.

If a request for redaction is filed, the redacted transcript is due Monday, February 12, 2024.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, April 10, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 1/16/24

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court