

**Signed and Filed: January 25, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING REQUESTS FOR LIMITED DISCOVERY**

For the reasons stated on the record of the court's January 24, 2024 oral ruling on the written briefs submitted by Public Employees Retirement Associates of New Mexico (Dkt. 14272) and Baupost Group Securities, L.L.C. (Dkt. 14275), the requests for limited discovery pending the sufficiency objections: *Reorganized Debtors' Thirty-Third Securities*

*Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants That Adopted the TAC* (Dkt. 14200) and *Reorganized Debtors' Thirty-Fifth Securities Claim Omnibus Objection to the Baupost Amendment* (Dkt. 14206), are DENIED.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients