# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 1/25/2024 |
| Case: 19–30088 | Form ID: TRANSC | Total: 7 |

**Recipients of Notice of Electronic Filing:**
aty     Frank Thomas More Catalina     fcatalina@rksllp.com
aty     Lawrence A. Jacobson     laj@cohenandjacobson.com
aty     Michael S. Etkin     metkin@lowenstein.com
aty     Thomas B. Rupp     trupp@kbkllp.com

                                                                                 TOTAL: 4

**Recipients submitted to the BNC (Kroll Restructuring Administration, LLC):**
sp     Joshua G. Hamilton     Latham & Watkins LLP     10250 Constellation Blvd., Suite 1100     Los Angeles, CA 90067
aty     Richard W. Slack     Weil Gotshal and Manges, LLP     767 Fifth Ave.     New York, NY 10153–0119
      Steven A. Lamb     Rovens Lamb LLP     2604 Airport Drive     Suite 370     Torrance, CA 90505

                                                                                 TOTAL: 3