1/8/2024

Judge Dennis Montali
U.S. Bankruptcy Court
Northern District of California
San Francisco Division



Re: PG&E Corporation et al, Case No. 19-30088 [DM]

This is response to PG&E's objections filed in your Court 12/12/2023 [Dkt No. 14183]. They request these three Family claims be disallowed for insufficiency: Claim No. 105375, No. 10588, and No. 105374.

The PG&E Plan itself provides all the sufficiency that should be required by the Court. The Plan identified those entitled to relief from economic loss caused by PG&E. It placed my Family in a Class of Stockholders and we voted to accept the Plan. We completed the PG&E Agent's required Rescission or Damage Claim Proof of Claim form and submitted the required Proof that our PG&E dividends had been reinvested through their Direct Reinvestment Plan during the period required and there had been no other change in our PG&E shares. PG&E has not disputed this.

The Court's acceptance of the Plan over a competing plan recognized PG&E's effort to make, as a primary goal, compensation of those entitled. Now, It should allow these three Family claims to proceed to mediation to decide the whole of compensation.

*James A. Rowins*

By: James A. Rowins
102 Saint Pauls Drive
Ventura, CA 93003-3008