**Carole B. Cookson**
645 Sierra Circle
Coral Gables, Florida 33156
(305) 283-5222

January 19, 2024



**By Certified Mail**

The Honorable Judge Dennis Montali
United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Mail Box 36099
San Francisco, California 94102

Re: PG&E Corporation and Pacific Gas and
Electric Company, Debtors
Bankruptcy Case No. 19-30088 (DM)
Response to Twenty-Eighth Securities Claims Omnibus Objection

Dear Judge Montali:

I am writing in regard to my proof of claim (filed on April 8, 2020 – Claim Number 98699) in the PG&E Corporation bankruptcy case. A copy of my proof of claim (which provides an explanation of the amount claimed) is attached for your convenience.

Over the years I have received many notices of class actions involving securities I have owned. I always checked to see if I owned or traded the securities during the relevant period, and, if so, completed the provided forms and submitted a claim. I never had to provide or adopt any individual allegations because the class action complaint provided that for me.

Here, I did exactly the same thing. I completed the forms provided and gave all the requested information. I had received notice of the class action complaint in the case In re: PG&E Corporation Securities Litigation filed by the Public Employees Retirement Association of New Mexico and believed that the factual allegations contained in that case covered me as well.

I have tried to follow the PG&E case over the years since I submitted my claim but, as a housewife, I am not familiar with the intricacies of bankruptcy law and procedure. If I missed a requirement that I adopt the same factual allegations and causes of action contained in the complaint submitted by the Public Employees Retirement Association of New Mexico, I apologize and ask that the Court, in the spirit of equity and fairness, allow me to do so now.

Case: 19-30088    Doc# 14295    Filed: 01/25/24    Entered: 01/26/24 13:48:49    Page 1 of 18

I hereby respectfully request, on this basis, that the Court deny the Twenty-Eighth Securities Claims Omnibus Objection with respect to my claim. I am submitting this letter under penalty of perjury as having personal knowledge of the relevant facts contained in this letter. I have authority to reconcile, settle or otherwise resolve the Objection and my contact information is set forth above and my email address is cbcookson@comcast.net (which is the same information as contained in my proof of claim).

Thank you very much for your consideration.

Very truly yours,

Carole B. Cookson

cc by email:
    PGEsecuritiesclaims@weil.com
    Weil Gotshal & Manages LLP
        richard.slack@weil.com
        jessica.liou@weil.com
        matthew.goren@weil.com
    Keller Benvenutti Kim LLP
        jkim@kbkllp.com
        dtaylor@kbkllp.com
        trupp@kbkllp.com

SRF 39919

United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☑ PG&E Corporation (19-30088)

☐ Pacific Gas and Electric Company (19-30089)

RECEIVED
APR 08 2020
PRIME CLERK LLC

# Rescission or Damage Claim Proof of Claim

This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.

> **THIS FORM IS TO BE USED ONLY FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.**
>
> **DO NOT USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.**

Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Carole B. Cookson<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the Debtor _____ | ☑ Date Stamped Copy Returned<br>☐ No Self-Addressed Stamped Envelope<br>☐ No Copy Provided |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:<br><br>☐ Debt Securities;<br>☑ Equity Securities; or<br>☐ Debt Securities and Equity Securities<br><br>Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation.<br><br>In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018.<br><br>Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file | |

||| 193008880033394

| 4. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br>Carole B Cookson <br>645 Segram Circle <br>Coral Gables, Florida <br>33156 <br><br>Contact phone (305) 753-5222 <br>Contact email cbcookson@comcast.net | Where should payments to the creditor be sent? (if different) <br><br>Name _____ <br>Number _____ Street _____ <br>City _____ State ____ ZIP Code ____ <br><br>Contact phone _____ <br>Contact email _____ |
|---|---|---|

| 5. Does this claim amend one already filed? | ☑ No <br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on ___ / ___ / ____ <br>MM / DD / YYYY |
|---|---|---|

| 6. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br>☐ Yes. Who made the earlier filing? _____ |
|---|---|

### Part 2: Give Information About the Claim as of January 29, 2019

**7. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**8. How much is the claim?** $ 12,130.35 . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____
Case: 19-30088 Doc# 14295 Filed: 01/25/24 Entered: 01/26/24 13:48:49 Page 4 of 18
Rescission or Damage Claim Proof of Claim Page 2

# Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/06/2020  (mm/dd/yyyy)

_Carole B Cookson_
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Carole / Razalton / Cookson
   First name / Middle name / Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: _____
Number   Street

_____
City          State    ZIP Code

Contact phone _____   Email _____

# Annex A
## Part I

**Check all relevant boxes below. If you purchased multiple CUSIPs, you must make additional copies of Part II.**

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☑ | PG&E Corp | Common Stock (including any contract options related thereto) | 69331C108 | US69331C1080 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.36 PERP/CALL | 694308883 | US6943088830 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.5 PERP/CALL | 694308800 | US6943088004 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.8 PERP/CALL | 694308701 | US6943087014 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308503 | US6943085034 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308602 | US6943086024 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERPETUAL | 694308404 | US6943084045 |
| ☐ | Pacific Gas & Electric Co | Preferred 5.5 PERPETUAL | 694308305 | US6943083054 |
| ☐ | Pacific Gas & Electric Co | Preferred 6% Dividend PERPETUAL | 694308206 | US6943082064 |
| ☐ | Pacific Gas & Electric Co | 0.45835% due 5/11/2015 | 694308HJ9 | US694308HJ92 |
| ☐ | Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 |
| ☐ | Pacific Gas & Electric Co | 2.45% due 8/15/2022 | 694308HB6 | US694308HB66 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HT7 | US694308HT74 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | U69430AD5 | USU69430AD52 |
| ☐ | Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 6/15/2023 | 694308HC4 | US694308HC40 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 9/15/2021 | 694308GW1 | US694308GW13 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | U69430AE3 | USU69430AE36 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HV2 | US694308HV21 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 |
| ☐ | Pacific Gas & Electric Co | 3.4% due 8/15/2024 | 694308HK6 | US694308HK65 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 10/1/2020 | 694308GT8 | US694308GT83 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 6/15/2025 | 694308HM2 | US694308HM22 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 2/15/2024 | 694308HG5 | US694308HG53 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 8/15/2042 | 694308HA8 | US694308HA83 |
| ☐ | Pacific Gas & Electric Co | 3.85% due 11/15/2023 | 694308HE0 | US694308HE06 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HX8 | US694308HX86 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | U69430AF0 | USU69430AF01 |
| ☐ | Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 3/15/2046 | 694308HN0 | US694308HN05 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 5/15/2021 | 694308GV3 | US694308GV30 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | 694308HZ3 | US694308HZ35 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | U69430AG8 | USU69430AG83 |
| ☐ | Pacific Gas & Electric Co | 4.3% due 3/15/2045 | 694308HL4 | US694308HL49 |
| ☐ | Pacific Gas & Electric Co | 4.45% due 4/15/2042 | 694308GZ4 | US694308GZ44 |
| ☐ | Pacific Gas & Electric Co | 4.5% due 12/15/2041 | 694308GY7 | US694308GY78 |
| ☐ | Pacific Gas & Electric Co | 4.6% due 6/15/2043 | 694308HD2 | US694308HD23 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | 694308JA6 | US694308JA65 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | U69430AH6 | USU69430AH66 |

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | Pacific Gas & Electric Co | 4.75% due 2/15/2044 | 694308HH3 | US694308HH37 |
| ☐ | Pacific Gas & Electric Co | 5.125% due 11/15/2043 | 694308HF7 | US694308HF70 |
| ☐ | Pacific Gas & Electric Co | 5.4% due 1/15/2040 | 694308GS0 | US694308GS01 |
| ☐ | Pacific Gas & Electric Co | 5.625% due 11/30/2017 | 694308GL5 | US694308GL57 |
| ☐ | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GJ0 | US694308GJ02 |
| ☐ | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GK7 | US694308GK74 |
| ☐ | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GE1 | US694308GE15 |
| ☐ | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GH4 | US694308GH46 |
| ☐ | Pacific Gas & Electric Co | 6.25% due 3/1/2039 | 694308GQ4 | US694308GQ45 |
| ☐ | Pacific Gas & Electric Co | 6.35% due 2/15/2038 | 694308GM3 | US694308GM31 |
| ☐ | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EY9 | US694308EY96 |
| ☐ | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EZ6 | US694308EZ61 |
| ☐ | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FB8 | US694308FB84 |
| ☐ | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FP7 | US694308FP70 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308EM5 | US694308EM58 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308ET0 | US694308ET02 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FQ5 | US694308FQ53 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FY8 | US694308FY87 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EV5 | US694308EV57 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FF9 | US694308FF98 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EX1 | US694308EX14 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FR3 | US694308FR37 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FZ5 | US694308FZ52 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EP8 | US694308EP89 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EL7 | US694308EL75 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FM4 | US694308FM40 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FG7 | US694308FG71 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EK9 | US694308EK92 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 10/15/2018 | 694308GN1 | US694308GN14 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EQ6 | US694308EQ62 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EG8 | US694308EG80 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EN3 | US694308EN32 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FJ1 | US694308FJ11 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FW2 | US694308FW22 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EF0 | US694308EF08 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EJ2 | US694308EJ20 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308FX0 | US694308FX05 |
| ☐ | Pacific Gas & Electric Co | 8.8% due 5/1/2024 | 694308DV6 | US694308DV66 |
| ☐ | CA DEV VAR-A-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG31 | |
| ☐ | CA DEV VAR-B-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG49 | |
| ☐ | CA DEV VAR-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033WG56 | |
| ☐ | CA ECON-VAR-RF-3/14 | Municipal Bond due 12/1/2018 | 13033WG23 | |
| ☐ | CA ECON-VAR-RF-D-3/11 | Municipal Bond due 12/1/2016 | 13033WF73 | |
| ☐ | CA ECON-VAR-RF-E-3/11 | Municipal Bond ADJ% due 11/1/2026 | 13033WF81 | |
| ☐ | CA ECON-VAR-RF-F-3/12 | Municipal Bond ADJ% due 11/1/2026 | 13033WF99 | |
| ☐ | CA INFRA ECON DEV-F | Municipal Bond 1.75% due 11/1/2026 | 13034ASX9 | US13034ASX99 |
| ☐ | CA INFRA REF-GAS-F | Municipal Bond 3.75% due 11/1/2026 | 13033WU84 | |
| ☐ | CA INFRA VAR-A-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WRZ8 | |

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | CA INFRA VAR-B-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSA2 | |
| ☐ | CA INFRA VAR-C-PACIFI | Municipal Bond due 12/1/2016 | 13033WSB0 | |
| ☐ | CA INFRA VAR-D-PACIFI | Municipal Bond due 12/1/2016 | 13033WSC8 | |
| ☐ | CA INFRA VAR-E-PACIFI | Municipal Bond due 12/1/2016 | 13033WSD6 | |
| ☐ | CA INFRA VAR-F-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSE4 | |
| ☐ | CA INFRA VAR-GAS-PACIFI | Municipal Bond due 12/1/2018 | 13033WU92 | |
| ☐ | CA INFRA VAR-G-PACIFI | Municipal Bond due 12/1/2018 | 13033WSF1 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WW33 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW41 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW58 | |
| ☐ | CA INFRA VAR-REF-PACI | Municipal Bond ADJ% due 11/1/2026 | 13033WW25 | |
| ☐ | CA INFRA-RF-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3G6 | |
| ☐ | CA INFRA-RF-D-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3K7 | |
| ☐ | CA INFRA-RF-E-PACIFIC | Municipal Bond 2.25% due 11/1/2026 | 13033W3Z4 | |
| ☐ | CA INFRA-RF-VAR-A-PAC | Municipal Bond 3.75% due 11/1/2026 | 13033W3H4 | US13033W3H41 |
| ☐ | CA INFR-VR-RF-B-PACIF | Municipal Bond 3.75% due 11/1/2026 | 13033W3J0 | US13033W3J07 |
| ☐ | CA PCR DLY PAPER-PACI | Municipal Bond 4% due 11/1/2026 | 130534XA3 | US130534XA35 |
| ☐ | CA PCR DLY-PAC-E-CONV | Municipal Bond 3.5% due 11/1/2026 | 130534XX3 | US130534XX38 |
| ☐ | CA PCR DLY-REF-F-PACI | Municipal Bond 3.25% due 11/1/2026 | 130534XD7 | US130534XD73 |
| ☐ | CA PCR DLY-REF-G-PACI | Municipal Bond ADJ% due 2/1/2016 | 130534XE5 | |
| ☐ | CA PCR VAR CAPCO MADR | Municipal Bond ADJ% due 9/1/2019 | 130535BA4 | US130535BA48 |
| ☐ | CA PCR VAR-REF-B-PACI | Municipal Bond 3.5% due 11/1/2026 | 130534XL9 | US130534XL99 |
| ☐ | CA PCR-REF-A-PAC | Municipal Bond 5.35% due 12/1/2016 | 130534WY2 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A83 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B66 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A91 | |
| ☐ | CA POLLUTN-REF-A-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZP8 | |
| ☐ | CA POLLUTN-REF-B-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZQ6 | |
| ☐ | CA POLLUTN-REF-C-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZR4 | US130534ZR42 |
| ☐ | CA POLLUTN-REF-D-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZS2 | |
| ☐ | CA POOLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B25 | |
| ☐ | CA POOLT-PCS GAS REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B33 | |
| ☐ | CALIFORNIA ST INFRAST | Municipal Bond 1.75% due 11/1/2026 | 13034ASZ4 | US13034ASZ48 |
| ☐ | NEVADA IRR YUBA PAC | Municipal Bond 3.75% due 7/1/2013 | 641321BT0 | |
| ☐ | SOLANO IRR DIST DIV 1 | Municipal Bond 9.15% due 1/1/2020 | 834125AN6 | US834125AN62 |
| ☐ | SOLANO IRR DIST DIV 2 | Municipal Bond 9.25% due 1/1/2020 | 834125AM8 | US834125AM89 |
| ☐ | SOLANO IRR REF-MONTIC | Municipal Bond 5.47% due 1/1/2020 | 834125BC9 | US834125BC98 |
| ☐ | SOLANO IRR-REF-MONTIC | Municipal Bond 5.29% due 1/1/2016 | 834125AY2 | |
| ☐ | SOLANO IRR-UNREF-#2 | Municipal Bond 9.15% due 1/1/2020 | 834125BF2 | |
| ☐ | SOLANO IRR-UNREF-#2 | Municipal Bond 9.25% due 1/1/2020 | 834125BG0 | US834125BG03 |

# Annex A

## Part II

Please note that you must submit a **_SEPARATE_** Part II for **_EACH_** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 69331C108

### Beginning Holdings:

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 SHARES (shares / dollars)

### Purchase / Acquisitions

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 12/7/2017 | 360 SHARES | $52.74 | $18,986.36 |
| 3/01/2018 | 360 SHARES | $41.48 | $14,931.00 |
| 6/29/2018 | 200 SHARES | $42.55 | $8,509.80 |

### Sales

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 4/6/2018 | 120 SHARES | $43.94 | $5,272.79 |
| 7/31/2018 | 160 SHARES | $43.31 | $6,930.01 |
| 11/13/2018 | 240 SHARES | $32.69 | $7,845.51 |
| 11/14/2018 | 400 SHARES | $25.62 | $10,248.70 |

### Ending Holdings:

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

0 SHARES (shares / dollars)

| Buy | PG&E CORPORATION (Symbol: PCG) | | |
|---|---|---|---|
| | Number of Shares: 360.000 | Total Cost: $18,986.36 | Cost per Share: $52.7399 |

Trade 3 of 5

Trade Calculation
Trade Amount: $18,986.39
Total Cost: $18,986.36

Trade Date: 12/07/2017
Settlement Date: 12/11/2017

CUSIP: 69331C108

TAXATION: Income from this security, reportable in the year earned, is subject to federal, state and/or local taxes.

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

# RAYMOND JAMES®


**Buy**

Trade 10 of 14

PG&E CORPORATION (Symbol: PCG)

| | | |
|---|---|---|
| Number of Shares: 360.000 | Total Cost: $14,931.00 | Cost per Share: $41.4750 |

**Trade Calculation**
Trade Amount: $14,931.00
Total Cost: $14,931.00

Trade Date: 03/01/2018
Settlement Date: 03/05/2018

CUSIP: 6593-O-108

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

AVERAGE PRICE TRADE: The price for this transaction is an average price.

TAXATION: Income from this security, reportable in the year earned, is subject to federal, state and/or local taxes.

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

# RAYMOND JAMES®

April 6, 2018

Trade Confirmation - Account # 312NJ819

Equities (Continued) 

### PG&E CORPORATION (Symbol: PCG)

**Sell**

| Number of Shares: | Net Amount: | Amount per Share: |
|---|---|---|
| 120.000 | $5,272.79 | $43.9399 |

Trade 7 of 12

**Trade Calculation**
- Trade Amount: $5,272.92
- Fee: $0.13
- Net Amount: $5,272.79

- Price per Share: $43.9410
- Trade Date: 04/06/2018
- Settlement Date: 04/10/2018
- CUSIP: 69331C106

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

## PG&E CORPORATION (Symbol: PCG)

**Buy**

Trade 4 of 6

| | | |
|---|---|---|
| Number of Shares: 200.000 | Total Cost: $8,509.80 | Cost per Share: $42.5490 |

Trade Calculation
Trade Amount: $8,509.80
Total Cost: $8,509.80

Trade Date: 06/29/2018
Settlement Date: 07/03/2018

CUSIP: 69331C108

TAXATION: Income from this security, reportable in the year earned, is subject to federal, state and/or local taxes.

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

Please refer to the *Understanding Your Confirmation* page for additional information.

# RAYMOND JAMES® 

August 1, 2018

Trade Confirmation - Account # 312NJ619

Equities (Continued)  EQ

Settlement Date: 08/02/2018

CUSIP: 500754106

_____2018073100032651602405000002405

**PG&E CORPORATION (Symbol: PCG)**

**Sell**

| | |
|---|---|
| Number of Shares: | 160.000 |
| Net Amount: | $6,930.01 |
| Amount per Share: | $43.3126 |

Trade **5** of 6

**Trade Calculation**
Trade Amount: $6,930.11
Fee: $0.10
Net Amount: $6,930.01

Price per Share: $43.3132

Trade Date: 07/31/2018
Settlement Date: 08/02/2018

CUSIP: 69331C108

**AVERAGE PRICE TRADE:** The price for this transaction is an average price.

**CAPACITY:** This transaction was executed on an agency basis.

**DISCRETIONARY:** Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

_____2018073100032725202405000002405

Case: 19-30088    Doc# 14295    Filed: 01/25/24    Entered: 01/26/24 13:48:49    Page 14 of 18

THOMAS WHITEHURST
Raymond James & Associates, Inc.
2333 Ponce de Leon Blvd
Suite 500
Coral Gables, FL 33134-5422
(305) 461-6634
http://www.raymondjames.com/tomwhitehurst
TOM.WHITEHURST@RAYMONDJAMES.COM

Carole Bazarian Cookson
645 Sierra Cir
Coral Gables, FL 33156-4246457

**Raymond James Client Services**
800.647.SERV(7378)
Monday - Friday 8 a.m. to 9 p.m. ET

**Online Account Access**
raymondjames.com/clientaccess

## Carole Cookson Individual Trade Confirmation - Account # 312NJ819

These transactions were made in a fee-based advisory account, which is assessed a quarterly fee that covers investment advisory services as well as trade execution and transaction costs. Commissions are not charged on transactions executed in this type of account.

Equities  EQ

**PG&E CORPORATION (Symbol: PCG)**

**Sell**

| Number of Shares: | Net Amount: | Amount per Share: |
|---|---|---|
| 240.000 | $7,845.51 | $32.6896 |

**Trade Calculation**
| | |
|---|---|
| Trade Amount: | $7,845.62 |
| Fee: | $0.11 |
| Net Amount: | $7,845.51 |
| Price per Share: | $32.6901 |
| Trade Date: | 11/13/2018 |
| Settlement Date: | 11/15/2018 |
| CUSIP: | 69331C108 |

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

2018111300098383302405000000002405

Please refer to the *Understanding Your Confirmation* page for additional information.

THOMAS WHITEHURST
Raymond James & Associates, Inc.
2333 Ponce de Leon Blvd
Suite 500
Coral Gables, FL 33134-5422
(305) 461-6634
http://www.raymondjames.com/tomwhitehurst
TOM.WHITEHURST@RAYMONDJAMES.COM

Carole Bazarian Cookson
645 Sierra Cir
Coral Gables, FL 33156-4246457

**Raymond James Client Services**
800.647.SERV(7378)
Monday - Friday 8 a.m. to 9 p.m. ET

**Online Account Access**
raymondjames.com/clientaccess

## Carole Cookson Individual Trade Confirmation - Account # 312NJ819

These transactions were made in a fee-based advisory account, which is assessed a quarterly fee that covers investment advisory services as well as trade execution and transaction costs. Commissions are not charged on transactions executed in this type of account.

Equities **EQ**

**PG&E CORPORATION (Symbol: PCG)**

**Sell**

| | |
|---|---|
| Number of Shares: | 400.000 |
| Net Amount: | $10,248.70 |
| Amount per Share: | $25.6218 |

**Trade Calculation**
| | |
|---|---|
| Trade Amount: | $10,248.84 |
| Fee: | $0.14 |
| Net Amount: | $10,248.70 |
| Price per Share: | $25.6221 |
| Trade Date: | 11/14/2018 |
| Settlement Date: | 11/16/2018 |
| CUSIP: | 69331C108 |

AVERAGE PRICE TRADE: The price for this transaction is an average price.

CAPACITY: This transaction was executed on an agency basis.

DISCRETIONARY: Your financial advisor exercised his or her discretion pursuant to your discretionary client agreement.

20181114000332386024050000002405

Please refer to the *Understanding Your Confirmation* page for additional information.



LUIS JIEARA CIRCLE
CORAL GABLES, FLORIDA 33156

**RECEIVED**
APR 08 2020
**PRIME CLERK**

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, New York 11232