December 2023 

Dear Judge,

I am writeing to you today in the hopes of getting more compensation. Thank you for taking the time to read this.

My wife and I were involved in the Paradise Fire. Our home did not burn, but sustained allot of damage. I am a retired Contractor, and opted to repair our home myself. It would get done allot faster and cheaper. I purchase and repaired or replaced eveything that needed it. There were allot of things that were missed by the inspectors. They said the roof was fine. It needed repairs. After restoring our home I got Cancer. My Cancer Dr. is in San Francisco. He wrote a letter stating that my type of Cancer is caused by toxic smoke. I filed a Cancer Claim with PG&E. It was denied. They do not believe my Cancer was caused by their fire. It cost me aprox. $12,000. to pay for drivers back and forth to San Francisco, gas, food etc. I had 9 surgeries in 2 ½ years. I feel PG&E owes me for my Cancer.

We had to move as our home is in a toxic area. My Cancer Dr. told me to get out of that area or you'll die. We now pay $1000.00 a month to rent out of the Paradise area. I am told that my costs don't matter. Is there anything you can do to help me? We still owe $23,000. From the repairs to our home.

I feel we were wronged, and hope you can help us.


Thank you for your time,


Sincerely,

Michael Vairo

# Fwd: Letter to Judge

From: Michael Vairo (vairomichael2@gmail.com)
To:  mary_athey@yahoo.com
Date: Monday, January 15, 2024 at 06:37 PM PST

---------- Forwarded message ---------
From: **Joe Feist** <jfeistesq@gmail.com>
Date: Thu, Jan 4, 2024 at 3:22 PM
Subject: Re: Letter to Judge
To: Michael Vairo <vairomichael2@gmail.com>

I can send it to the Trust on your behalf if you would like but I can't file the letter on the court docket. The judge in the PG&E bankruptcy is Judge Montali and the mailing address for the court is United States District Court **450 Golden Gate Avenue, Box 36060 San Francisco, CA 94102-3489** if you want to mail it in to him/the court.

The FVT has distributed $70,950.00 of your accepted determination amount to date and $47,300.00 is still remaining, though it is unknown how much of that will be distributed and when. You may want to discuss your situation with a social security attorney before providing them any information.

If you want to discuss this in more detail let me know.

Best,
-joe

 Virus-free.www.avast.com

On Wed, Jan 3, 2024 at 8:03 PM Michael Vairo <vairomichael2@gmail.com> wrote:
> I also need to know how much PG&E still owes me. So social security wants to know. Thank you
>
> On Wed, Jan 3, 2024, 8:01 PM Michael Vairo <vairomichael2@gmail.com> wrote:
>> Send to both please
>>
>> On Fri, Dec 29, 2023, 9:18 AM Joe Feist <jfeistesq@gmail.com> wrote:
>>> Good morning, Michael. For clarification, do you want me to send this to the Fire Victim Trust or to the judge in the PGE bankruptcy?
>>>
>>> Best,
>>> -joe
>>>
>>> On Wed, Dec 27, 2023 at 3:41 PM Michael Vairo <vairomichael2@gmail.com> wrote:
>>>> Hello,
>>>> Here is the letter you said you would pass on to the Judge.
>>>> Also, Social Security wants to know how much more I am going to get from PG&E?
>>>> Thank you for your help.
>>>>
>>>> Michael Vairo

NOT COVERED                                  1-17-2024

1997 CHEVY TRUCK                             $ 8,000.00

PLANTS IN GREEN HOUSE BURNT                  $ 14,000.00
   2000 × 7.00 =

GENERATOR    HONDA 7,000                       4,500.00

BURN TREES                                     4,000.00

BURN HOLES IN ROOF:                            5,000.00
   30 Holes SINGLES, TAR PAPER

DECKS REDWOOD 3 BURNT BUT                     15,000.00
   NOT COVERED WOOD REDWOOD
   LABOR + STAIN

CANCER DRIVERS                                12,000.00
I'VE HAD CANCER SINCE THE FIRE.
8 MAJOR OPERATIONS + KEMO
              TOTAL NOT COVERED              $ 62,500

CANCER LAWSUIT DROPPED BY LAWYER: $ 500,000
I LOST EVERYTHING.

Michael + Anied Vane
326 BLUERIDGE RD
WHITETHORN, CA
1-707-497-0682