

## PG&E BANKRUPTCY OPT OUT

To    ALL LAW FIRMS REPRESENTING PG&E DEBTERS AND REORGANIZED DEBTERS:

WEIL GOTSHAT & MANGES LLP of 767 Fifth Ave, New York, New York, 10153-0119
KELLER BENVENUTTI KIM LLP of 425 Market Street, 26th Floor, San Francisco, CA, 94105
LATHAM & WATKINS LLP of 10250 Constellation Blvd., Suite1100, Los Angeles CA, 90067
LATHAM & WATKINS LLP of 1271 Avenue if the Americas, New Yok, New York 10020

UNITED STATES BANKRUPTSY COURT. NORTHERN DISTRICT COURT OF CALIFORNIA, SAN FRANCISCO DIVISION
Edward J. Simmons. CLerk

From:  DEBTOR CAROLYN DeBROWER of 1129 MARICOPA HWY #255A, OJAI CA 93023

InRe:  OPTING OUT OF THE CONTINUED LITIGATION IN THE LAWSUIT OF:

### PG&E CORPORATION>
### and
### PG&E COMPANY DEBTERS

I hold stock in PG&E in their Dividend Reinvestment Plan. I was extremely disappointed that that my purchases and reinvestment plan stock was wiped out due the irresponsibility of the Board of Director's dereliction of duty regarding oversight of their infrastructure resulting in so much destruction to property, customers and stockholders.

I was so ashamed of the Company's Settlement to Stock holders that I simply did not answer when asked to accept. Each and every time I was called, I asked what would happen if I did not accept. They always indicated that they did not know or that they had not been told. I always asked them to find out and call me back. They never called back with information, just another request to accept. I said please find out as **I did not want to be involved with any other lawsuit or buy any more stock**

**Now, I received a letter saying the COURT is retaining jurisdiction in the ORDER MODIFYING AMENDMENT AND OBJECTIONS PROCEDURES FOR THE SECURITIES CLAIMS.**

WHILE I AM UPSET WITH PG&E, I AM NOT INTERESTED IN PURSUING ANY LITIGATION AGAINST PG&E. I DO NOT WANT THEIR MONEY NOR DO I WISH TO PAY FOR OR SUPPORT ANY ACTION AGAINST THEM. I want to live my last few years without having to deal with the stock market or lawsuits. My heart goes out to all the human and animals who lost their lives, properties, and habitats due to that horrible fire, as well as the stockholders who believed that a utility had a duty to act responsibly. I have also lost my respect for the contentious attorneys who keep alive already litigated battles.

**PLEASE OPT ME OUT OF BING A DEBTER IN THE ABOVE MENTIONED LAWSUIT.**

Thank you. Contact me at the address above or email me cdebrower@gmail.com.

SRF 74517

SFO Division

Entered on Docket
November 15, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 15, 2023

*signature*

DENNIS MONTALI
U.S. Bankruptcy Judge

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | |
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | LATHAM & WATKINS LLP<br>Joshua G. Hamilton (#199610)<br>(joshua.hamilton@lw.com)<br>Michael J. Reiss (#275021)<br>(michael.reiss@lw.com)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067<br>Tel: 424 653 5500<br><br>LATHAM & WATKINS LLP<br>James E. Brandt (*pro hac vice*)<br>(james.brandt@lw.com)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212 906 1200 |

*Attorneys for Debtors and Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

450 Golden Gate Ave   San Francisco CA 94102

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER MODIFYING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS**<br><br>[Related to Dkt. No. 13934] |