**Entered on Docket**
**February 05, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: February 5, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
2  (richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
3  (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4  (matthew.goren@weil.com)
767 Fifth Avenue
5  New York, NY 10153-0119
Tel: 212 310 8000
6  Fax: 212 310 8007
7
KELLER BENVENUTTI KIM LLP
8  Jane Kim (#298192)
(jkim@kbkllp.com)
9  David A. Taylor (#247433)
(dtaylor@kbkllp.com)
10 Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
11 425 Market Street, 26th Floor
San Francisco, CA 94105
12 Tel: 415 496 6723
Fax: 650 636 9251
13

14 *Attorneys for Debtors and Reorganized Debtors*

15

16 **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
17 **SAN FRANCISCO DIVISION**

18

19 **In re:**

20 **PG&E CORPORATION,**

21      **- and -**

22 **PACIFIC GAS AND ELECTRIC**
**COMPANY,**
23
                    **Debtors.**
24
☐ Affects PG&E Corporation
25 ☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors
26
*All papers shall be filed in the Lead Case,*
27 *No. 19-30088 (DM).*

28

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (INSUFFICIENT SUBSTANTIVE ALLEGATIONS CLAIMS)**

**[Re: Dkt. Nos. 14183 and 14301]**

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1          Upon the *Reorganized Debtors' Report On Responses To Twenty-Eighth Securities Claims*

2  *Omnibus Objection (Insufficient Substantive Allegations Claims) and Request For Order By Default*

3  [Docket No. 14301] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company

4  (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized**

5  **Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-

6  1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of

7  California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing*

8  *Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], and

9  the Securities Omnibus Objection Procedures as defined and set forth in the *Order Approving Securities*

10  *ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015]; and

11  this Court having jurisdiction to consider the *Reorganized Debtors' Twenty-Eighth Securities Claims*

12  *Omnibus Objection (Insufficient Substantive Allegations Claims)* [Docket No. 14183] (the "**Objection**")

13  and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy*

14  *Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule

15  5011-1(a); and consideration of the Objection and the requested relief being a core proceeding pursuant

16  to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409;

17  and this Court having found and determined that notice of the Objection as provided to the parties listed

18  therein is reasonable and sufficient under the circumstances, and it appearing that no other or further

19  notice need be provided; and this Court having determined that the legal and factual bases set forth in

20  the Objection establish just cause for the relief sought; and upon all of the proceedings had before this

21  Court and after due deliberation and sufficient cause appearing therefor,

22

23  / / /

24

25  / / /

26

27

28

**IT IS HEREBY ORDERED THAT:**

1.     The claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** hereto are disallowed and expunged.

2.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119