UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ishrat Khan, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 14293]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of January 2024, at New York, NY.

*/s/ Ishrat Khan*
Ishrat Khan

# Exhibit A

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTALCODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Cohen & Jacobsen, LLP | Lawrence A. Jacobson | | | | | laj@cohenandjacobson.com | Email |
| Keller Benvenutti Kim LLP | Thomas B. Rupp | | | | | trupp@kbkllp.com | Email |
| Latham & Watkins LLP | Attn: Joshua G. Hamilton | 10250 Constellation Blvd., Suite 1100 | Los Angeles | CA | 90067 | | First Class Mail |
| Lowenstein Sandler LLP | Michael S. Etkin | | | | | metkin@lowenstein.com | Email |
| Rolnick Kramer Sadighi LLP | Frank T.M. Catalina | | | | | fcatalina@rksllp.com | Email |
| Rovens Lamb LLP | Attn: STEVEN A. LAMB | 2604 Airport Drive, Suite 370 | Torrance | CA | 90505 | | First Class Mail |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack | 767 Fifth Ave. | New York | NY | 10153-0119 | | First Class Mail |