Robert A. Julian (SBN 88469)
Kimberly S. Morris (SBN 249933)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: kmorris@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Former Counsel to Dissolved Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                            **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS** |

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned attorney(s) hereby request that their e-mail address(es) be removed from the Court's Courtesy Notification of Electronic Filing in the above matter:

**Robert A. Julian** rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

**Elizabeth A. Green** egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com

The following people are no longer with our firm and do not have a valid email addresses with our firm:

**Cecily Ann Dumas** cdumas@bakerlaw.com

**Eric R. Goodman** egoodman@bakerlaw.com

Dated: February 9, 2024

**BAKER & HOSTETLER LLP**

By: */s/ Robert A. Julian*
Robert A. Julian

*Former Counsel for Dissolved Official Committee of Tort Claimants*

# CERTIFICATE OF SERVICE

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111.

2. I hereby certify that on this 9th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all those entitled hereto.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 9th day of February 2024, at San Francisco, California.

_____

Heidi Hammon-Turano

4891-6414-2500