

Signed and Filed: February 9, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: March 26, 2024<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER EXTENDING DEADLINE TO RESPOND**
**TO OMNIBUS OBJECTIONS TO SECURITIES CLAIMS**

At PERA's request of February 7, 2024 for a status conference since the entry of the court's *Order Granting Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* (Dkt. 14300) and after reviewing the Reorganized Debtors' response on February 8, 2024, the court held a hearing

-1-

on February 9, 2024.  Appearances are noted on the record.  Upon due consideration, IT IS HEREBY ORDERED THAT:

The response deadline to the following omnibus objections to securities claims is extended to **March 12, 2024.**

1. 29th Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) (Dkt. 14186).
2. 30th Securities Claims Omnibus Objection (Insufficient Substantive Allegations and Noteholder Securities Claims) (Dkt. 14189).
3. 31st Securities Claims Omnibus Objection (Insufficient Substantive Allegation and Securities ADR No Liability Claims) (Dkt. 14193).
4. 32nd Securities Claims Omnibus Objection (Insufficient Substantive Allegations and Voluntary Release Claims) (Dkt. 14196).
5. 36th Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) (Dkt. 14210).
6. 37th Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) (Dkt. 14213).

The hearing date for the objections is rescheduled to **March 26, 2024, at 10:00 AM**.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Recipients