# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 2/14/2024 |
| Case: 19−30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**

aty     Michael S. Etkin     metkin@lowenstein.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC :**

sp     Joshua G. Hamilton     Latham & Watkins LLP     10250 Constellation Blvd., Suite 1100     Los Angeles, CA 90067

aty     Michael P. Canty     Labaton Sucharow LLP     140 Broadway     New York, NY 10005

aty     Richard W. Slack     Weil Gotshal and Manges, LLP     767 Fifth Ave.     New York, NY 10153−0119

TOTAL: 3