ZINK & LENZI
ATTORNEYS AT LAW
250 VALLOMBROSA AVE., STE. 175
CHICO, CALIFORNIA 95926
Tel:     530 / 895-1234
Fax:    530 / 895-1254
MICHAEL R. BUSH. (SBN: 58854)
condote59@gmail.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

    -and-

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**PROPOSED ORDER PURSUANT TO MOTION TO DETERMINE IF BANKRUPTCY COURT APPROVED THE AMENDMENT TO THE CRP KNOWN AS BIL ELIGIBILITY CRITERIA FOR CLAIMS ARISING UNDER INVERSE CONDEMNATION**

///

///

///

///

///

///

Upon the motion dated             Sayegh Brothers, Inc. a commercial landlord and holder of a Fire Victim claim, made pursuant to U.S.C. § 105(a) and § 1142(a), and in furtherance of paragraph 18(L) of the confirmation order for an order directing the Fire Victims Trust to value claims of commercial landlords for destruction of leasehold interests in accordance with statutory procedures of California law of Eminent Domain as more fully set forth in the motion, and this court having jurisdiction to consider the motion and relief requested therein pursuant to 28 U.S.C. §§ 157 AND 1334, THE Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.) , and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need to be provided; and the Court having reviewed the Motion, Bush Declaration, and related pleadings filed with the Court; and the Court having held a hearing; and the Court having determined that the legal and factual bases set forth in the Motion and related pleadings establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is necessary and appropriate,

**IT IS HEREBY ORDERED THAT:**

1. The motion is granted as set forth herein.
2. The BIL Eligibility Criteria added to the CRP post confirmation, can only be used for claims based on negligence and cannot be used on claims arising under inverse condemnation.
3. The Fire Victims Trust shall review all claims of commercial landlords to determine if leasehold interests were valued using the BIL Eligibility Criteria.
4. The leasehold interest of commercial landlords that were valued pursuant to the BIL Eligibility Criteria shall be reevaluated in accordance with California Law of Eminent Domain and California Evidence Code §§ 817-819 and new determination will be issued based thereon.
5. The Fire Victims Trust will provide the court with a report that will enumerate the claims of commercial landlords that were determined before May 25, 2021 and those that were determined after May 25, 2021.
6. The Fire Victims Trust shall certify the number of commercial landlord claims that had to be reevaluated.
7. Notice of this motion satisfies the requirements of Bankruptcy Rule § 9014.
8. This court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this order.

DATED:_____.

_____
DENNIS MONTALI