UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|    - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
|     Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Carla Tecza, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 14, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 23rd day of February 2024, at New York, NY.

*/s/ Carla Tecza*
Carla Tecza

SRF 76791

**Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| **Labaton Sucharow LLP** | Attn: Michael P. Canty<br>140 Broadway<br>New York NY 10005 | | First Class Mail |
| **Latham & Watkins LLP** | Attn: Joshua G. Hamilton<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles CA 90067 | | First Class Mail |
| **Weil Gotshal and Manges, LLP** | Attn: Richard W. Slack<br>767 Fifth Ave.<br>New York NY 10153-0119 | | First Class Mail |
| Michael S. Etkin | | metkin@lowenstein.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 14320    Filed: 02/25/24    Entered: 02/25/24 19:54:06    Page 4 of 4