UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Chan, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 7, 2024, at my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 7th day of March 2024, at New York, NY.

*/s/ Andrew Chan*
Andrew Chan

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14173 | Aon UK, Ltd., for and on behalf of London Market Placement underwriters identified<br>Clausen Miller, PC<br>Attn: Martin C. Sener<br>10 South LaSalle Street<br>Chicago, IL 60603 | Travelers Syndicate Management Limited<br>Clausen Miller, PC<br>Attn: Jay Harker, Esq.<br>27285 Las Ramblas<br>Suite 200<br>Mission Viejo, CA 92691 | December 22, 2023 |
| 14174 | Aon UK, Ltd., for and on behalf of London Market Placement underwriters identified<br>Clausen Miller, PC<br>Attn: Martin C. Sener<br>10 South LaSalle Street<br>Chicago, IL 60603 | Travelers Syndicate Management Limited<br>Clausen Miller, PC<br>Attn: Jay Harker, Esq.<br>27285 Las Ramblas<br>Suite 200<br>Mission Viejo, CA 92691 | December 22, 2023 |
| 14182 | Aon UK, Ltd. For and on behalf of London Market Placement Underwriters<br>Clausen Miller, PC<br>Attn: Martin C. Sener<br>10 South LaSalle Street<br>Chicago IL60603 | Travelers Syndicate Management Limited<br>Clausen Miller, PC<br>Jay Harker, Esq.<br>27285 Las Ramblas, Suite 200<br>Mission Viejo, CA 92691 | December 22, 2023 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)   Page 1 of 1