FRANK BUSCH (State Bar No. 258288)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-fhb@cpdb.com

Counsel to Public Employees Retirement
Association of New Mexico

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) (LEAD CASE) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
|      Reorganized Debtors | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Case: 19-30088   Doc# 14327   Filed: 03/07/24   Entered: 03/07/24 16:00:33   Page 1
of 2

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Frank Busch hereby withdraws as counsel of record for Plaintiff the Public Employees Retirement Association of New Mexico.

James Wagstaffe will continue to represent the Public Employees Retirement Association of New Mexico in this matter, including with respect to the supervision of the attorneys admitted pro hac vice.

DATED: March 7, 2024
COBLENTZ PATCH DUFFY & BASS LLP


By: _____/s/ Frank Busch_____
FRANK BUSCH
Attorneys for Plaintiff

ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663
COBLENTZ PATCH DUFFY & BASS LLP