**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA REGARDING DISALLOWANCE OF CLAIM NO. 61276**<br><br>[No Hearing Requested] |

PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and The Regents of the University of California (the "**Regents**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019, the Debtors commenced these Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

B. On October 21, 2019, the Regents filed Proof of Claim No. 61276 in the Chapter 11 Cases ("**Claim No. 61276**");

C. On November 5, 2020, the Reorganized Debtors filed the *Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9464] (the "**Omnibus Objection**"), which objected to Claim No. 61276.

D. On September 22, 2021, the Regents filed the *Response by Claimant the Regents of the University of California to Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims* [Docket No. 11287].

E. Thereafter, the Parties agreed to continue any hearing on Claim No. 61276 while they sought to resolve the claim, and the Parties have since conducted targeted discovery, one mediation session, and continued to evaluate the claim.

F. The Parties now agree to (a) release and forego any and all further litigation of the claims and defenses alleged in or arising from Claim No. 61276; (b) waive the provisions of Civil Code section 1542; and (c) stipulate that Claim No. 61276 should be disallowed and expunged.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE**

**UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. Claim No. 61276 is disallowed and shall be expunged from the Reorganized Debtors' claims register.

2. This Stipulation, including the foregoing recitals incorporated herein by reference as though fully set forth here, shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

Dated: March 8, 2024

| | |
|---|---|
| KELLER BENVENUTTI KIM LLP | RIMON, P.C. |
| /s/ David A. Taylor | /s/ Phillip K. Wang |
| David A. Taylor | Phillip K. Wang |
| *Attorneys for Debtors and Reorganized Debtors* | *Attorneys for The Regents of the University of California* |