**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and –

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☒ Affects Both Debtors
☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company

Case No. 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

**DECLARATION OF MICHAEL S. ETKIN IN SUPPORT OF MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS**

Related Document: Dkt Nos. 14186, 14189, 14193, 14196, 14210, 14213

(No hearing set)

I, Michael S. Etkin, Esq., hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Partner of the law firm of Lowenstein Sandler LLP, special bankruptcy counsel in these chapter 11 cases of the above-captioned reorganized debtors (the "**Reorganized Debtors**") to Public Employees Retirement Association of New Mexico ("**Lead Plaintiff**" or "**PERA**"), the court-appointed lead plaintiff.

*DECLARATION OF MICHAEL S. ETKIN IN SUPPORT OF MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS*

2. I submit this Declaration in support of the *Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 to Extend Time to File Response to Certain Claim Objections* (the "**Motion to Extend Time**") filed contemporaneously herewith.[1] Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by Lead Plaintiff, or based upon my knowledge and belief. I am authorized to submit this Declaration on behalf of Lead Plaintiff.

3. In the Motion to Extend Time, Lead Plaintiff requests entry of an order briefly extending the time for Lead Plaintiff to file a response to the Claim Objections only with respect to the Adopting Securities Claimants. Specifically, Lead Plaintiff requests that the deadline for filing a response to the Claim Objections, only with respect to the Adopting Securities Claimants, be extended by three days, from March 12, 2024 to March 15, 2024, so that it is the same date as PERA's response deadline to the PERA Claim Objection.

4. On December 13, 2023, the Reorganized Debtors filed the Claim Objections and the PERA Claim Objection. The deadline to object to the PERA Claim Objection is currently March 15, 2024.

5. On February 9, 2024, at the request of PERA, the Court held a status conference following entry of the Court's *Order Granting Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel* [Dkt. No. 14300]. Following the status conference, the Court entered the February 9 Order. The February 9 Order, which extended the deadline for parties, including Lead Plaintiff, to object to the Claim Objections to March 12, 2024, and set a hearing on the Claim Objections for March 26, 2024.

6. Subsequent to entry of the February 9 Order, PERA's counsel communicated with certain securities claimants that were the subject of the Claims Objections though notices that were sent via email and letter offering such securities claimants the opportunity to adopt PERA's third amended complaint and join in Lead Plaintiff's opposition to the PERA Claim Objection in

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Motion to Extend Time.

*DECLARATION OF MICHAEL S. ETKIN IN SUPPORT OF MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS*

Case: 19-30088    Doc# 14330-1    Filed: 03/10/24    Entered: 03/10/24 14:02:36    Page 2 of 4

opposing the Claim Objections. Such communications were consistent with the Court's directions at the February 9th status conference and with the Court's relevant orders. Annexed hereto as Exhibit A is a list of the Adopting Securities Claimants and their respective claim numbers, which parties have agreed to adopt PERA's third amended complaint and to rely on PERA's response to the Claim Objections with respect to substantive federal securities laws allegations.[2]

7. Lead Plaintiff intends to file a single omnibus response to the Claim Objections, solely with respect to the Adopting Securities Claimants, and to the PERA Claim Objection and all claimants subject to the PERA Claim Objection. Lead Plaintiff submits that filing a consolidated response to the PERA Claim Objection and to the Claim Objections, only with respect to the Adopting Securities Claimants, on the same March 15, 2024 deadline established for the PERA Claim Objection, will eliminate the risk to the Adopting Securities Claimants that the current three day gap creates and provide a streamlined and efficient procedure for addressing the PERA Claim Objection and with respect to the Adopting Securities Claimants. PERA further requests that any hearing to consider the Claim Objections with respect to the Adopting Securities Claimants' claims be scheduled for the same date as any hearing scheduled to consider the PERA Claim Objection.

8. On March 8, 2024, Lead Plaintiff requested that the Reorganized Debtors consent to the relief requested in the Motion to Extend. As of the date and time of filing the Motion to Extend, the Reorganized Debtors indicated that they are considering this request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2024          By:   */s/ Michael S. Etkin*
                                                            Michael S. Etkin

---

[2] Lead Plaintiff anticipates supplementing the list of Adopting Securities Claimants as further responses are received over the next several days.

*DECLARATION OF MICHAEL S. ETKIN IN SUPPORT OF MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS*

Case: 19-30088   Doc# 14330-1   Filed: 03/10/24   Entered: 03/10/24 14:02:36   Page 3 of 4

# Exhibit A

## Adopting Securities Claimants

| PG&E Claim No. | Securities Claimant |
|---|---|
| 103818 | JOHN C & BETTY J DIEKMANN TR UA NOV 29 1991 |
| 97765 | ROBERT SCHOOLER |
| 98483 | MARY ELLEN HELLER MARITAL TRUST #2 |
| 99104 | JAMES MORANDO |
| 98864 | DUVAL DICKEY |
| 102688 | LINDA GAYLE HOWIT |
| 103872 | ADA MAYERS |
| 103872 | ADA MAYERS |
| 99724 | LUCENT TECH INC. DEFINED CONT PLAN MASTER TR NOKIA ATTN SHANNON MATARAZZO |
| 99426 | LUCENT TECHNOLOGIES INC. MASTER PENSION TRUST NOKIA CARE OF SHANNON MATARAZZO |
| 98871 | MASON TENDERS DISTRICT COUNCIL ANNUITY FUND ANNA GUTSIN |
| 99852 | BRUCE ALLEN DAVIS IRA |
| 100515 | FEDERICO P COVARRUBIAS AND MARIA |
| 100532 | MICKEY M. CARROLL |
| 100524 | MICKEY M. CARROLL |
| 99424 | MALCOLM IAN MCLEAN |
| 100037 | JESSICA LEA IRBY |