**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS**<br><br>Related Document: Dkt Nos. 14186, 14189, 14193, 14196, 14210, 14213 |

Upon the *Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 to Extend Time to File Response to Certain Claim Objections* (the "**Motion to Extend Time**")[1] filed by Lead Plaintiff on March 10, 2024, pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, for entry of an order extending the time for Adopting Securities Claimants and Lead Plaintiff to file a response to the Claim

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Motion to Extend Time.

*ORDER GRANTING MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS*

Case: 19-30088    Doc# 14330-2    Filed: 03/10/24    Entered: 03/10/24 14:02:36    Page 1 of 2

Objections solely with respect to the Adopting Securities Claimants; and this Court having jurisdiction to consider the Motion to Extend Time and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion to Extend Time and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Extend Time having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Extend Time and the Etkin Declaration submitted in support thereof; and this Court having determined that the legal and factual bases set forth in the Motion to Extend Time and the Etkin Declaration establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Extend Time is granted.

2. Adopting Securities Claimants and Lead Plaintiff shall have to and including March 15, 2024, to file a response to the Claim Objections solely with respect to the Adopting Securities Claimants.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**

*ORDER GRANTING MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS*

Case: 19-30088    Doc# 14330-2    Filed: 03/10/24    Entered: 03/10/24 14:02:36    Page 2 of 2