# ZINK & LENZI

ATTORNEYS AT LAW

250 VALLOMBROSA AVE., STE. 175
CHICO, CALIFORNIA 95926
Tel:      530 / 895-1234
Fax:      530 / 895-1254
J.D. ZINK   (SBN: 58726)
ALBERT J. LENZI, JR.  (SBN: 90911)

ATTORNEYS FOR:  Plaintiff

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | |
|    -and- | Chapter 11 (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
|           Debtors. | **NOTICE OF HEARING ON MOTION TO DETERMINE IF THE TRUSTEE'S MODIFICATION OF THE CLAIM RESOLUTION PROCEDURE WAS APPROVED BY BANKRUPTCY COURT AND IF NOT SO APPROVED TO GRANT REQUESTED RELIEF UNDER 11 U.S.C. § 105(a) and § 1142(a) B.L.R. § 9014-1(b)(3)** |

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Date:  April 9, 2024
Time:  10:00 a.m. (Pacific Time)
Place: United States Bankruptcy
       Court
       Courtroom 17, 16th Floor
       San Francisco, CA   94102

**Objection Deadline: April 2, 2024 at p.m. (PT)**

**PLEASE TAKE NOTICE** that any objection to the requested

**ZINK & LENZI**
ATTORNEYS AT LAW

1  relief, or the request for hearing on the matter, must be filed

2  and served upon the initiation party within 21 days of mailing

3  of the notice;

4      **PLEASE TAKE FURTHER NOTICE** that the motion and supporting

5  Declaration of Michael R. Bush was filed and served on February

6  20, 2024, Docket No. 14319.

7      **PLEASE TAKE FURTHER NOTICE** that any objection or request

8  for a hearing must be accompanied by any declarations or

9  memoranda of law any requesting party wishes to present in

10  support of its position;

11      If there is no timely objection to the requested relief or

12  a request for hearing, the court may enter an order granting

13  the relief by default.

14      DATED: _March 12_____, 2024.

15

16                                  _Michael R Bush_

17                                  Attorney for Sayegh
                                    Brothers, Inc.

18

19

20

21

22

23

24

25

26

27

28

---

2