

**Signed and Filed: March 13, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER SEALING PRO SE LETTERS**

Pursuant to the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Claims* ("ADR Procedures Order") (Dkt. 10015 at p. 31), the court HEREBY SEALS the following:

- Response from Mr. Duval F. Dickey, Jr. to Reorganized Debtors' Twenty-Seventh Securities Claims Omnibus

-1-

Objection (Voluntary Release and Securities ADR No Liability Claims) (Dkt. 14325).
- Declaration and Response of Ron H. Oberndorfer to Reorganized Debtors' Twenty-Eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) (Dkt. 14280).
- Declaration and Response of Eric I. Oberndorfer to Reorganized Debtors' Twenty-Eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) (Dkt. 14271).

Per the ADR Procedures Order, these documents contain confidential settlement communications between the filers and the Reorganized Debtors that should not be made public. In the future, pro se parties opposing the Reorganized Debtors' objections to securities claims should not make such disclosures in their opposition. Should such disclosures be made in the future, the court will restrict documents containing those disclosures from public view promptly and without notice or hearing.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Duval F. Dickey, Jr.
710 Magdalene Drive
Houston, TX 77024-2624

Ron H. Oberndorfer
1874 Hacienda Drive
El Cajon, CA 92020

Eric L. Oberndorfer
3249 Rancho Diego Circle
El Cajon, CA 92019