UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 21, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Twenty-Eighth Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Twenty-Eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) [Docket No. 14183]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Twenty-Eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) [Docket No. 14184]

- Notice of Hearing on Reorganized Debtors' Twenty-Eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) [Docket No. 14185]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. On February 21, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Public Employees Retirement Association of New Mexico ("PERA"), (ADRID: 1684766), c/o Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP, Attn: James M. Wagstaffe, Frank Busch, 100 Pine Street, Suite 2250, San Francisco, CA 94111-5223:

- Reorganized Debtors' Pre-Hearing Statement Regarding the December 19, 2023 Hearing [Docket No. 14227]

- Notice of Agenda for December 19, 2023, Omnibus Hearing [Docket No. 14229] (the "*Agenda*")

4. On February 26, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including Certain Claimants That Adopted the TAC [Docket No. 14200]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Thirty-Third Securities Claims Omnibus Objection to PERA and Securities Act Plaintiffs' TAC, Including Certain Claimants That Adopted the TAC [Docket No. 14201]

- Declaration of Angela Ferrante in Support of Reorganized Debtors' Thirty-Third Securities Claims Omnibus Objection to PERA and Securities Act Plaintiffs' TAC, Including Certain Claimants That Adopted the TAC [Docket No. 14202]

- Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment [Docket No. 14203]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection Claims Adopting RKS Amendment [Docket No. 14204]

- Declaration of Angela Ferrante in Support of Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment [Docket No. 14205]

- Reorganized Debtors' Thirty-Fifth Securities Claims Omnibus Objection to Baupost Amendment [Docket No. 14206]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Thirty-Fifth Securities Claims Omnibus Objection Baupost Amendment [Docket No. 14207]

- Omnibus Request for Incorporation of Documents by Reference or Judicial Notice in Support of Reorganized Debtors' Thirty-Third, Thirty-Fourth, and Thirty-Fifth Securities Claims Omnibus Objections [Docket No. 14208]

- Ex Parte Application for Order Authorizing Oversize Briefing for Reorganized Debtors' Objections to Certain Securities Claims, and Related Relief [Docket No. 14209]

5. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of March 2024, at New York, NY.

*/s/ Paul Pullo*
Paul Pullo

**Exhibit A**

Exhibit A
Supplemental Twenty-Eighth Service List
Served via first class mail

| ADRID | NAME | ADDRESS 1 |
|---|---|---|
| 4764042 | Bakker, Charles | Address on file |
| 4754299 | Bartolucci, Robert | Address on file |
| 4750166 | Tolsdorf, Judith C. | Address on file |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via first class mail

| AddressID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 4680481 | Mass Mutual Select T. Rowe Price Large Cap Blend Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4681066 | MassMutual Premier Balanced Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4675941 | MassMutual Premier Disciplined Value Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4674371 | MassMutual Select BlackRock Global Allocation Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4679744 | MassMutual Select Diversified Value Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4674504 | MassMutual Select Equity Opportunities Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4680505 | MassMutual Select Mid-Cap Value Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-0002 |
| 4680508 | MassMutual Select Strategic Bond Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4679941 | MassMutual Select T. Rowe Price Large Cap Blend Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4674055 | MM S&P 500® Index Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4675952 | MM Select Equity Asset Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4678081 | MML Blend Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4680487 | MML Dynamic Bond Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4677273 | MML Equity Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4680512 | MML Equity Income Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4679915 | MML Equity Index Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4680052 | MML Income & Growth Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4680516 | MML Managed Volatility Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |
| 4680499 | MML Mid Cap Value Fund | 1295 STATE ST | SPRINGFIELD | MA | 01111-1000 |