STEVEN M. CAMPORA, ESQ. / SBN: 110909
ANDREA R. CROWL, ESQ. / SBN: 313624
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
DBBWC-ESERVICE@dbbwc.com

Attorneys for Creditors
Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | Case No.: 19-30088<br>Chapter 11<br>(Lead Case, Jointly Administered)<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers, as creditors and parties herein, hereby give notice of disassociation of counsel.

Please be advised Andrea R. Crowl (SBN: 313624) is no longer counsel for creditors and requests to be removed from the Court's electronic e-mail notification list and service list.

-1-
**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST**

**Please remove the following from your service list:**

Andrea R. Crowl
Dreyer Babich Buccola Wood Campora, LLP
20 Bicentennial Circle, Sacramento, CA 95826
Telephone: (916) 379-3500
acrowl@dbbwc.com

Steven M. Campora of Dreyer Babich Buccola Wood Campora, LLP remains as counsel for creditors.

The undersigned confirms consent to the change and request for removal from the Court's service list.

Dated: March 15, 2024           **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By:    */s/ Steven M. Campora*
       STEVEN M. CAMPORA

Dated: March 15, 2024           **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By:    */s/ Andrea R. Crowl*
       ANDREA R. CROWL

**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST**
Case: 19-30088    Doc# 14338    Filed: 03/15/24    Entered: 03/15/24 11:01:14    Page 2 of 3

# PROOF OF SERVICE

*In re: PG&E Corporation and Pacific Gas and Electric Company*
*Case no: 19-20088*
*Chapter 11*
*Lead Case, Jointly Administered*

I, Natalie Lechuga, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Dreyer Babich Buccola Wood Campora, LLP and my business address is 20 Bicentennial Circle, Sacramento, California 95826.

On March 15, 2024, I served the within document:

**NOTICE OF DISASSOCIATION OF COUNSEL AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

☒ **BY ELECTRONIC TRANSMISSION**: with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all registered users in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 15, 2024, at Sacramento, California.

               */s/ Natalie Lechuga*
               Natalie Lechuga