Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: skidder@ktbslaw.com

*Counsel for Financial Recovery Technologies LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

    **PLEASE TAKE NOTICE** that Samuel M. Kidder of KTBS Law LLP hereby provides his notice of appearance as counsel on behalf of Financial Recovery Technologies LLC in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The noticing attorney hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon him at the following address, telephone and facsimile numbers, and email address, and that KTBS Law LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

    Samuel M. Kidder
    KTBS Law LLP
    1801 Century Park East, 26th Floor
    Los Angeles, California 90067
    Telephone: 310-407-4000
    Facsimile: 310-407-9090
    Email: skidder@ktbslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

DATED: March 15, 2024            **KTBS LAW LLP**

　　　　　　　　　　　　　　　　 */s/ Samuel M. Kidder*
　　　　　　　　　　　　　　　　 Samuel M. Kidder

　　　　　　　　　　　　　　　　 *Counsel for Financial Recovery Technologies LLC*

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000