**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for the Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**STIPULATION REGARDING MOTION OF LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS** |

WHEREAS, on March 10, 2024, Public Employees Retirement Association of New Mexico ("**PERA**") filed the *Motion of Lead Plaintiff Pursuant to B.L.R. 9006-1 to Extend Time to File Response to Certain Claim* (the "**Motion to Extend Time**") [ECF No. 104330].

WHEREAS, PERA and PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors, (collectively, the "**Reorganized Debtors**" and, together with PERA, the "**Parties**") have reached agreement with respect to a resolution of the Motion to Extend Time and to the briefing and hearing schedule set forth in this Stipulation for the Claim Objections, as defined herein.[1]

NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to approval of the Court:

1. PERA shall have until March 15, 2024 to file its response to the Claim Objections with respect to the securities claimants identified on **Exhibit A** annexed hereto (the "**Response**"). The deadline to respond to the Claim Objections shall not be extended for any person other than PERA and therefore the responses to the Claim Objections to be filed by any claimant subject thereto, including each of the securities claimants identified on **Exhibit A**, remains March 12, 2024.

2. The Reorganized Debtors agree to adjourn the hearing on the Claim Objections solely as to the securities claimants identified on **Exhibit A** to a later date. PERA will not oppose, or object to, the adjournment of (i) the hearing date for any of the Claim Objections, or (ii) the Reorganized Debtors' deadline to file a reply to the Response pursuant to Paragraph 1 hereof.

3. It is the position of the Reorganized Debtors that PERA does not have standing to

---

[1] On December 13, 2023, the Reorganized Debtors filed the *Omnibus Objection to Securities Claims (Twenty-Ninth) (Insufficient Substantive Allegations)* [Dkt. No. 14186], the *Omnibus Objection to Securities Claims (Thirtieth) (Insufficient Substantive Allegations and Noteholder Securities Claims)* [Dkt. No. 14189], the *Omnibus Objection to Securities Claims (Thirty-First) (Insufficient Substantive Allegations and Securities ADR No Liability Claims)* [Dkt. No. 14193], the *Omnibus Objection to Securities Claims (Thirty-Second) (Insufficient Substantive Allegations and Voluntary Release Claims)* [Dkt. No. 14196], the *Omnibus Objection to Securities Claims (Thirty-Sixth) (Insufficient Substantive Allegations Claims)* [Dkt. No. 14210], and the *Omnibus Objection to Securities Claims (Thirty-Seventh) (Insufficient Substantive Allegations Claims)* [Dkt. No. 14213] (collectively the "**Claim Objections**").

file responses to the Claim Objections on behalf of the securities claimants identified on **Exhibit A**. This Stipulation is without prejudice to either Party's rights concerning PERA's authority and/or standing to file the Response on behalf of the securities claimants identified in **Exhibit A**, and the Parties reserve their respective rights in that regard.

[*Signatures on Next Page*]

| | |
|---|---|
| March 15, 2024 | **WEIL, GOTSHAL & MANGES LLP**<br>**KELLER & BENVENUTTI LLP**<br><br>By: /s/ Richard W. Slack<br>Richard W. Slack<br>*Attorneys for Debtors and Reorganized Debtors* |
| March 15, 2024 | **LOWENSTEIN SANDLER LLP**<br><br>By: /s/ Michael S. Etkin<br>Michael S. Etkin (*pro hac vice*)<br>*Special Bankruptcy Counsel to Lead Plaintiff and the Class*<br><br>- and –<br><br>**LABATON KELLER SUCHAROW LLP**<br>*Lead Counsel to Securities Lead Plaintiff and the Class*<br><br>- and –<br><br>**MICHELSON LAW GROUP**<br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*<br><br>- and –<br><br>**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**<br>*Liaison Counsel for the Class*<br><br>- and –<br><br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>*Counsel for the Securities Act Plaintiffs*<br><br>- and –<br><br>**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**<br>*Additional Counsel for the Securities Act Plaintiff* |