**EXHIBIT A**

Case: 19-30088   Doc# 14341-1   Filed: 03/15/24   Entered: 03/15/24 16:42:25   Page 1 of 2

# Adopting Securities Claimants

| PG&E Claim No. | Securities Claimant |
|---|---|
| 103818 | JOHN C & BETTY J DIEKMANN TR UA NOV 29 1991 |
| 97765 | ROBERT SCHOOLER |
| 98483 | MARY ELLEN HELLER MARITAL TRUST #2 |
| 99104 | JAMES MORANDO |
| 98864 | DUVAL DICKEY |
| 102688 | LINDA GAYLE HOWIT |
| 103872 | ADA MAYERS |
| 103872 | ADA MAYERS |
| 105460 | MICHAEL KEENAN CHARLES SCHWAB & CO CUST IRA |
| 99724 | LUCENT TECH INC. DEFINED CONT PLAN MASTER TR NOKIA ATTN SHANNON MATARAZZO |
| 99426 | LUCENT TECHNOLOGIES INC. MASTER PENSION TRUST NOKIA CARE OF SHANNON MATARAZZO |
| 98871 | MASON TENDERS DISTRICT COUNCIL ANNUITY FUND ANNA GUTSIN |
| 99852 | BRUCE ALLEN DAVIS IRA |
| 100515 | FEDERICO P COVARRUBIAS AND MARIA |
| 100532 | MICKEY M. CARROLL |
| 100524 | MICKEY M. CARROLL |
| 99424 | MALCOLM IAN MCLEAN |
| 100037 | JESSICA LEA IRBY |
| 104701 | STATE OF IDAHO ENDOWMENT FUND INVESTMENT BOARD |
| 104592 | SANDRA BERGER |
| 99979 | TAAL MASTER FUND LP |