# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ADAM D. WALTER OF A.B. DATA LTD. REGARDING SECURITIES CLAIMANTS' RESPONSES TO LEAD COUNSEL NOTIFICATION** |

I, Adam D. Walter, declare as follows:

1. I am a Director at A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. A.B. Data was retained by Labaton Keller Sucharow, LLP ("Lead Counsel") to email and mail a notification provided by Lead Counsel to certain rescission or damage claimants ("Securities Claimants") in the above captioned proceedings, establish a website in connection with the notification, and set up a toll-free helpline and email inbox. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## DISSEMINATION OF THE NOTIFICATION

2. At the direction of Lead Counsel, commencing on February 23, 2024, A.B. Data caused an email version of the notification to be sent to 55 distinct email records provided to us by Lead Counsel.

3. Of the 55 email notifications sent by A.B. Data, 45 emails were delivered and 10 were not delivered. An email was considered "delivered" if it was sent and did not bounce back as undeliverable.

4. At the direction of Lead Counsel, on February 26, 2024 A.B. Data mailed a printed version of the notification to 278 distinct mailing records provided to us by Lead Counsel.

5. Both the emailed and mailed versions of the notification alerted recipients to the Reorganized Debtors' pending sufficiency objections (the "Sufficiency Objections") to their rescission or damage claims in the Chapter 11 Cases ("Claims") on the grounds that they failed to state a legal claim, and directed recipients to the website described below. The relevant objections were the Reorganized Debtors' 29th, 30th, 31st, 32nd, 36th, and 37th objections.

**WEBSITE**

6. At the direction of Lead Counsel, A.B. Data established a website, www.PGESecuritiesClaimants.com, in connection with the notification. The website posts a downloadable version of the current complaint of Lead Plaintiff, the Public Employees Retirement System of New Mexico ("PERA"). The website also provides contact information for Lead Counsel and links to the Reorganized Debtors' Rescission or Damage Claim Filter and Chapter 11 Cases website.

7. The website homepage alerts notification recipients to the potential dismissal and expungement of their Claims based on the Reorganized Debtors' Sufficiency Objections. The homepage provides a brief summary of the claimants' options for preserving their claims: (i) preparing legal papers or hiring a lawyer to do so, or (ii) selecting a checkbox to adopt PERA's current complaint.

8. More specifically, the website allows Securities Claimants to select the following option:

> By selecting the checkbox above, I adopt the current Complaint and legal papers prepared by the court-appointed Lead Plaintiff, the Public Employees Retirement System of New Mexico ("PERA"), and join in PERA's opposition to PG&E's motion to dismiss the Complaint on sufficiency grounds for purposes of my Claim. I understand that Labaton Keller Sucharow LLP is not representing me individually. (There will be no cost to you if you adopt the PERA complaint and join in PERA's opposition.)

9. After selecting this option, the person must provide their name, Chapter 11 Claim Number and contact information.

10. The website was operational beginning on February 23, 2024, and is accessible 24 hours a day, 7 days a week.

## REPORT ON CLAIMANTS WHO HAVE ADOPTED PERA'S COMPLAINT

11. As of March 12, 2024, A.B. Data has received 21 requests to adopt PERA's current Complaint and join in PERA's opposition to PG&E's sufficiency objection. Attached as Exhibit A is a list of these Claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of March 2024 at Palm Beach Gardens, Florida.

_____
ADAM D. WALTER

# EXHIBIT A

|    | Tracking Number | PG&E Claim Number | Creditor Name | Name1 | Name2 |
|----|-----------------|-------------------|---------------|-------|-------|
| 1  | 492664204 | 103818 | JOHN C & BETTY J DIEKMANN TR UA NOV 29 1991 | JOHN | DIEKMANN |
| 2  | 492664206 | 97765  | ROBERT SCHOOLER | ROBERT | SCHOOLER |
| 3  | 492664207 | 98483  | MARY ELLEN HELLER MARITAL TRUST #2 | MARY ELLEN | HELLER |
| 4  | 492664208 | 99104  | JAMES MORANDO | JAMES | MORANDO |
| 5  | 492664209 | 98864  | DUVAL DICKEY | DUVAL | DICKEY |
| 6  | 492664210 | 102688 | LINDA GAYLE HOWIT | LINDA | HOWIT |
| 7  | 492664211 | 103872 | ADA MAYERS | ADA | MAYERS |
| 8  | 492664212 | 103872 | ADA MAYERS | ADA | MAYERS |
| 9  | 492664213 | 105460 | MICHAEL KEENAN CHARLES SCHWAB &CO CUST IRA | SUSAN | KEENAN |
| 10 | 492664214 | 99724  | LUCENT TECH INC. DEFINED CONT PLAN MASTER TR NOKIA ATTN SHANNON MATARAZZO | | |
| 11 | 492664216 | 99426  | LUCENT TECHNOLOGIES INC. MASTER PENSION TRUST NOKIA CARE OF SHANNON MATARAZZO | | |
| 12 | 492664217 | 98871  | MASON TENDERS DISTRICT COUNCIL ANNUITY FUND ANNA GUTSIN | | |
| 13 | 492664218 | 99852  | BRUCE ALLEN DAVIS IRA | BRUCE | DAVIS |
| 14 | 492664219 | 100515 | FEDERICO P COVARRUBIAS AND MARIA | FEDERICO | COVARRUBIAS |
| 15 | 492664220 | 100532 | MICKEY M. CARROLL | MICKEY | CARROLL |
| 16 | 492664221 | 100524 | MICKEY M. CARROLL | MICKEY | CARROLL |
| 17 | 492664222 | 99424  | MALCOLM IAN MCLEAN | MALCOLM | MCLEAN |
| 18 | 492664223 | 100037 | JESSICA LEA IRBY | JESSICA | IRBY |
| 19 | 492664224 | 104701 | STATE OF IDAHO ENDOWMENT FUND INVESTMENT BOARD | CHRISTOPHER | HALVORSON |
| 20 | 492664225 | 104592 | SANDRA BERGER | SANDRA | BERGER |
| 21 | 492664226 | 99979  | TAAL MASTER FUND LP | LARRY | LEBOWITZ |