**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

*Additional counsel listed on Exhibit A*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **Case No. 19-30088 (DM) (Lead Case)**<br><br>**Chapter 11**<br><br>**(JOINTLY ADMINISTERED)**<br><br><br><br>**DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF LEAD PLAINTIFF PERA AND THE SECURITIES ACT PLAINTIFFS' (1) OPPOSITION TO THE REORGANIZED DEBTORS' OMNIBUS REQUEST FOR INCORPORATION OF DOCUMENTS BY REFERENCE OR JUDICIAL NOTICE AND (2) CROSS-REQUEST FOR JUDICIAL NOTICE**<br><br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Thomas G. Hoffman, Jr., declare as follows:

1. I am a member in good standing of the bar of the State of New York and I am admitted *pro hac vice* to practice before this Court. I am a partner at Labaton Keller Sucharow LLP, Counsel for the Lead Plaintiff Public Employees Retirement Association of New Mexico and Lead Counsel for the Class. I have personal knowledge of facts set forth herein and if called to testify I could and would do so competently.

2. I submit this declaration in support of Lead Plaintiff PERA and the Securities Act Plaintiffs' (1) Opposition to the Reorganized Debtors' Omnibus Request for Incorporation of Documents by Reference or Judicial Notice and (2) Cross-Request for Judicial Notice which are being filed contemporaneously herewith. Plaintiff requests that Court take judicial notice of the attached exhibits.

3. Annexed as exhibits are true and correct copies of the following:

1. California Public Utilities Commission, *Protest of The Utility Reform Network*, filed May 4, 2018, available at http://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M213/K824/213824387.PDF;

2. California Public Utilities Commission, *Protest of the Office of Ratepayer Advocates*, filed May 4, 2018, available at http://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M213/K823/213823845.PDF;

3. California Public Utilities Commission, *Motion of Pacific Gas and Electric Company (U 39 E) For Reissuing Its 2018 CEMA Testimony and Work papers and Auditor Selection Process*, dated July 1, 2019, available at https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M309/K725/309725339.PDF;

4. California Public Utilities Commission, *Assigned Commissioner's Revised Ruling Granting Pacific Gas and Electric Company Motion to Facilitate the Hiring of an Independent Auditor for Resolution ESRB-4 Purposes*, filed on Oct. 16, 2019, available at http://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M317/K684/317684171.PDF;

5. California Public Utilities Commission, *Decision Approving Settlement*, dated March 17, 2022, available at https://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M461/K202/461202251.PDF;

6. California Public Utilities Commission, *Application of Pacific Gas and Electric Company (U 39 E)*, filed Oct. 31, 2016, available at https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M169/K117/169117865.PDF;

7. K&E Report, *United States of America v. Pacific Gas & Electric Company*, No. 3:14-cr-00175, ECF No. 1089 (N.D. Cal. July 26, 2019);

8. Order, *United States of America v. Pacific Gas & Electric Company*, No. 3:14-cr-00175, ECF No. 1186 (N.D. Cal. April 29, 2020) ("Order Modifying Conditions of Probation") (Alsup, J.);

9. CPUC letter regarding Transmission Audit of PG&E's Table Mountain Division dated Oct. 23, 2019, available at https://www.cpuc.ca.gov/-/media/cpuc-website/files/uploadedfiles/cpuc_public_website/content/safety/electric_safety_and_reliability/reports_and_audits/electric_facilities/ta2019-847-pge-tablemountaintransmissionauditreport.pdf;

10. ABC 10, "Secrets of the Camp Fire: 3 years later, exposing evidence of PG&E's crimes," November 8, 2021; https://www.abc10.com/article/news/local/wildfire/camp-fire-evidence-of-pge-crimes/103-1a46d20d-9891-4043-a474-944a8b97d9f2.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: Match 15, 2024

                                                */s/ Thomas G. Hoffman, Jr.*
                                                Thomas G. Hoffman, Jr.

<u>**EXHIBIT A**</u><br>**COUNSEL**

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone 212-907-0700<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>thoffman@labaton.com<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | **ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**<br>James M. Wagstaffe (SBN 95535)<br>100 Pine Street, Suite 2250<br>San Francisco, California 94111<br>Telephone 415-254-8615<br>wagstaffe@ammcglaw.com<br><br>*Liaison Counsel for Securities Lead Plaintiff and the Class* |
| **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin *(pro hac vice)*<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>Colleen Restel<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone 973-597-2500<br>Facsimile 973-597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br>crestel@lowenstein.com<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | **MICHELSON LAW GROUP**<br>Randy Michelson, Esq. (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone 415-512-8600<br>Facsimile 415-512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Darren J. Robbins (SBN 168593)<br>Brian E. Cochran (SBN 286202)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone 619-231-1058<br>darrenr@rgrdlaw.com<br>bcochran@rgrdlaw.com<br><br>**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, Michigan 48201<br>Telephone 313-578-1200<br>tmichaud@vmtlaw.com | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Willow E. Radcliffe (SBN 200089)<br>Kenneth J. Black (SBN 291871)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone 415-288-4545<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com<br><br>*Counsel for Securities Act Plaintiffs* |

*Additional Counsel for the Securities Act Plaintiffs*