| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP** | **LOWENSTEIN SANDLER LLP** |
| Thomas A. Dubbs (*pro hac vice*) | Michael S. Etkin (*pro hac vice*) |
| Carol C. Villegas (*pro hac vice*) | Andrew Behlmann (*pro hac vice*) |
| Michael P. Canty (*pro hac vice*) | Scott Cargill (*pro hac vice*) |
| Thomas G. Hoffman, Jr. (*pro hac vice*) | Colleen Restel |
| 140 Broadway | One Lowenstein Drive |
| New York, New York 10005 | Roseland, New Jersey 07068 |
| *Lead Counsel to Securities Lead Plaintiff and the Class* | *Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

(additional counsel on Exhibit A)

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re:

PG&E CORPORATION

- and –

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☒ Affects Both Debtors
☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company

Case No. 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

***EX PARTE* APPLICATION OF SECURITIES LEAD PLAINTIFF FOR ORDER PURSUANT TO B.L.R. 9013-1(c) AUTHORIZING OVERSIZED REPLY BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' THIRTY-THIRD SECURITIES OMNIBUS CLAIMS OBJECTION TO PERA AND SECURITIES ACT PLAINTIFFS' TAC, INCLUDING TO CERTAIN CLAIMANTS THAT ADOPTED THE TAC**

**(No Hearing Requested)**

Public Employees Retirement Association of New Mexico ("**Lead Plaintiff**" or "**PERA**"), the court-appointed lead plaintiff, hereby submits this *Ex Parte* Application (the "**Application**"), pursuant to Rule 9013-1(c) of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order,

substantially in the form submitted herewith (the "**Proposed Order**"), authorizing Lead Plaintiff to file an oversized response brief (the "**Response**") in opposition to *Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants that Adopted the TAC* (the "**Sufficiency Objection**") [Docket No. 14200].

## JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## ARGUMENT

**A. An Oversize Response Brief is Warranted**

Bankruptcy Local Rule 9013-1(c) provides that, "[u]nless the Court expressly orders otherwise, the initial and response memoranda of points and authorities shall not exceed 25 pages of text, and reply memorandum shall not exceed 15 pages of text." B.L.R. 9013-1(c).

Lead Plaintiff respectfully requests that the Court authorize Lead Plaintiff to submit a Response brief that does not exceed 106 pages in length. Lead Plaintiff submits that sufficient cause exists for the Court to allow oversize briefing for the Response. The arguments made by the Reorganized Debtors in the Sufficiency Objection raise novel and complex issues concerning the application of federal securities laws. As the Reorganized Debtors noted in their own application for the same relief, those issues include falsity, scienter, loss causation, reliance, statutory damages, statutes of limitations, and other areas of securities law. *See* ECF No. 14209 at 3. Each issue requires close analysis and detailed application of the law to the facts. *See id.* Moreover, the Sufficiency Objection is nearly 100 pages in length and Lead Plaintiff requires significantly more than the twenty-five page limit provided for by the Bankruptcy Local Rules in order to fully and adequately address each of the arguments raised by the Reorganized Debtors.

Accordingly, Lead Plaintiff submits that under the circumstances it is appropriate for Lead Plaintiff to be authorized to file a Response brief that exceeds the 25 pages of text allowed under Bankruptcy Local Rule 9013-1(c) and file a Response brief that will not exceed 106 pages in length.

**B. Notice**

Notice of this Application will be provided to counsel to all parties receiving electronic notice through the Court's electronic filing system. Lead Plaintiff respectfully submits that no further notice is required.

**C. No Previous Request for Relief**

No previous request for the relief sought herein has been made by Lead Plaintiff in this or any other court.

## CONCLUSION

WHEREFORE, Lead Plaintiff respectfully requests entry of the Proposed Order authorizing it to file a Response in excess of 25 pages of text, but not to exceed 106 pages of text (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith), and for such other and further relief as the Court may deem just and proper.

[ *signature page follows* ]

Dated: March 15, 2024

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

By: /s/ Michael S. Etkin
Michael S. Etkin (*pro hac vice*)

- and -

**LABATON KELLER SUCHAROW LLP**

*Lead Counsel to Securities Lead Plaintiff and the Class*

- and –

**MICHELSON LAW GROUP**

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**

*Liaison Counsel for the Class*

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

*Counsel for the Securities Act Plaintiffs*

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

*Additional Counsel for the Securities Act Plaintiffs*

# EXHIBIT A

## COUNSEL

**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone   212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
Scott Cargill *(pro hac vice)*
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone   973-597-2500
Facsimile   973-597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com
crestel@lowenstein.com

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone   619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, Michigan 48201
Telephone   313-578-1200
tmichaud@vmtlaw.com

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**
James M. Wagstaffe (SBN 95535)
100 Pine Street, Suite 2250
San Francisco, California 94111
Telephone 415-254-8615
wagstaffe@ammcglaw.com

*Liaison Counsel for Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson, Esq. (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone   415-512-8600
Facsimile   415-512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone   415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

*Counsel for Securities Act Plaintiffs*