Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile:  415-263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
Matthew Tharp (*pro hac vice* pending)
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant,*
*Baupost Group Securities, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, Suite 3430, San Francisco, CA 94104.

I caused to be served the following documents in the manner stated below:

- **EX PARTE APPLICATION FOR ORDER PURSUANT TO L.B.R. 9013-1(C) AUTHORIZING OVERSIZED BRIEFING FOR BAUPOST'S OPPOSITION TO THE REORGANIZED DEBTORS' THIRTY-FIFTH SECURITIES CLAIMS OMNIBUS OBJECTION TO THE BAUPOST AMENDMENT;**
- **OPPOSITION OF BAUPOST GROUP SECURITIES, L.L.C. TO THE REORGANIZED DEBTORS' THIRTY-FIFTH SECURITIES CLAIMS OMNIBUS OBJECTION TO THE BAUPOST AMENDMENT**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OPPOSITION OF BAUPOST GROUP SECURITIES, L.L.C. TO THE REORGANIZED DEBTORS' THIRTY-FIFTH SECURITIES CLAIMS OMNIBUS OBJECTION TO THE BAUPOST AMENDMENT**

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document was served by the court via NEF and hyperlink to the document. On **March 15, 2024**, I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) On _____, I caused to be served the above-described document by email to the parties indicated below. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 15, 2024 at San Francisco, California.

                */s/ Hung Phan*
                Legal Secretary