# Schedule B

# PG&E's Relevant Executives and Directors During the Relevant Period

| Name | Title and Dates | Misstatements |
|---|---|---|
| Christopher Johns | President of the Utility August 1, 2009 to August 17, 2015 | **1** |
| Anthony F. Earley, Jr. | HoldCo's President, Chief Executive Officer and Chairman of the Board – September 13, 2011 to March 1, 2017<br><br>Executive Chairman – March 1, 2017 to December 2017 | **6, 7, 30** |
| Geisha J. Williams | Executive Vice President of Electric Operations at the Utility – June 1, 2011 to August 16, 2015<br><br>President of Electric Operations at the Utility – August 17, 2015 to February 28, 2017<br><br>HoldCo Chief Executive Officer and President – March 1, 2017 to January 13, 2019<br><br>Director of Utility – August 2015 to January 2019<br><br>Director of HoldCo – May 2017 to January 2019 | **8, 10, 24, 29, 30** |
| Nickolas Stavropoulos | Executive Vice President of Gas Operations at the Utility from June 13, 2011 to August 16, 2015 | **11, 25** |

1

| Name | Title and Dates | Misstatements |
|---|---|---|
| | President of Gas Operations at the Utility – August 17, 2015 to February 28, 2017<br><br>President and Chief Operating Officer of HoldCo – March 1, 2017 to September 30, 2018<br><br>Director of Utility – August 2015 to September 2018 | |
| Julie M. Kane | Senior Vice President, Chief Ethics and Compliance Officer and Deputy General Counsel for HoldCo – May 18, 2015 to September 2020 | **2, 4-5, 9, 12-14** |
| Patrick M. Hogan | Vice President of Electric Operations & Asset Management for the Utility – November 2013 to February 2016<br><br>Senior Vice President of Electric Operations for the Utility – March 2016 to January 8, 2019 | **3** |
| David Gabbard | Senior Director of Transmission Asset Management at the Utility | **27** |
| Jessica Tsang | Principal Regulatory Analyst as the Utility | **28** |

2