1  **BERNSTEIN LITOWITZ BERGER &**
     **GROSSMANN LLP**
2  Jonathan D. Uslaner (Bar No. 256898)
   1251 Avenue of the Americas, 44th Floor
3  New York, NY 10020
   Tel.: 1-212 554 1400
4  Fax.: 1-212 554 1444
   Email: jonathanu@ blbglaw.com

*Counsel for Louisiana Sheriffs Pension & Relief Fund*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

**JOINDER OF THE LOUISIANA SHERIFFS PENSION & RELIEF FUND IN LEAD PLAINTIFF PERA AND THE SECURITIES ACT PLAINTIFFS' RESPONSE AND OPPOSITION TO THE REORGANIZED DEBTORS' THIRTY-THIRD SECURITIES OMNIBUS CLAIMS OBJECTION**

The Louisiana Sheriffs Pension & Relief Fund ("Louisiana Sheriffs") hereby submits this joinder (the "Joinder") in Lead Plaintiff PERA and the Securities Act Plaintiffs' Response and Opposition to the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection (ECF No. 14342) (the "Opposition"). In support hereof, Louisiana Sheriffs states as follows:

## BACKGROUND

1. Louisiana Sheriffs is a Securities Claimant that timely filed a proof of claim against PG&E Corporation ("PG&E") in accordance with the Extended Bar Date Order. Specifically, on April 16, 2020, Louisiana Sheriffs filed Claim No. 100740 against PG&E. On October 13, 2023, Louisiana Sheriffs filed an amendment to proof of claim No. 100740 adopting the allegations in the Third Amended Consolidated Class Action Complaint for the Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Sec. Litig.*, No. 3:18-cv-03509 (N.D. Cal.) (the "PERA Complaint"), except the PERA Complaint's allegations concerning the plaintiffs in that action.

2. On December 13, 2023, the Debtors filed the 33rd Omnibus Claim Objection (the "Objection") [Dkt. No. 14200], which seeks dismissal of the claims filed by numerous Securities Claimants including Louisiana Sheriffs.

3. The factual and legal elements of Securities Claimants' claims, such as the falsity of Debtors' statements, the scienter of Debtors and their officers in making those statements, whether Debtors' false statements caused the Securities Claimants' damages, and the amount of damages per share of PG&E common stock, are common to all Securities Claimants.

## JOINDER

4. For the foregoing reasons and the reasons set forth in the Opposition, Louisiana Sheriffs hereby joins in all of the arguments contained in the Opposition in all respects, and adopts and incorporates them herein by reference.

## CONCLUSION

5. For the reasons set forth herein and in the Opposition, Louisiana Sheriffs joins in the Opposition and asks that this Court enter an Order denying the Objection.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2024 | Respectfully submitted, |
| 2 | | **BERNSTEIN LITOWITZ BERGER** |
| 3 | | **& GROSSMANN LLP** |
| 4 | | By: */s/ Jonathan D. Uslaner* |
| | | Jonathan D. Uslaner (Bar No. 256898) |
| 5 | | 1251 Avenue of the Americas, 44th Floor |
| | | New York, NY 10020 |
| 6 | | Tel.: 1-212 554 1400 |
| | | Fax.: 1-212 554 1444 |
| 7 | | Email: jonathanu@blbglaw.com |
| 8 | | |
| | | *Counsel for Louisiana Sheriffs Pension & Relief* |
| 9 | | *Fund* |

2