**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel.: 1-212 554 1400
Fax.: 1-212 554 1444
Email: jonathanu@ blbglaw.com

*Counsel for City of Austin Employees' Retirement System*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

**JOINDER OF THE CITY OF AUSTIN EMPLOYEES' RETIREMENT SYSTEM IN LEAD PLAINTIFF PERA AND THE SECURITIES ACT PLAINTIFFS' RESPONSE AND OPPOSITION TO THE REORGANIZED DEBTORS' THIRTY-THIRD SECURITIES OMNIBUS CLAIMS OBJECTION**

The City of Austin Employees' Retirement System ("City of Austin") hereby submits this joinder (the "Joinder") in Lead Plaintiff PERA and the Securities Act Plaintiffs' Response and Opposition to the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection (ECF No. 14342) (the "Opposition"). In support hereof, City of Austin states as follows:

## BACKGROUND

1. City of Austin is a Securities Claimant that timely filed a proof of claim against PG&E Corporation ("PG&E") in accordance with the Extended Bar Date Order. Specifically, on April 16, 2020, City of Austin filed Claim No. 101047 against PG&E. On October 13, 2023, City of Austin filed an amendment to proof of claim No. 101047 adopting the allegations in the Third Amended Consolidated Class Action Complaint for the Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Sec. Litig.*, No. 3:18-cv-03509 (N.D. Cal.) (the "PERA Complaint"), except the PERA Complaint's allegations concerning the plaintiffs in that action.

2. On December 13, 2023, the Debtors filed the 33rd Omnibus Claim Objection (the "Objection") [Dkt. No. 14200], which seeks dismissal of the claims filed by numerous Securities Claimants including City of Austin.

3. The factual and legal elements of Securities Claimants' claims, such as the falsity of Debtors' statements, the scienter of Debtors and their officers in making those statements, whether Debtors' false statements caused the Securities Claimants' damages, and the amount of damages per share of PG&E common stock, are common to all Securities Claimants.

## JOINDER

4. For the foregoing reasons and the reasons set forth in the Opposition, City of Austin hereby joins in all of the arguments contained in the Opposition in all respects, and adopts and incorporates them herein by reference.

## CONCLUSION

5. For the reasons set forth herein and in the Opposition, City of Austin joins in the Opposition and asks that this Court enter an Order denying the Objection.

Dated: March 15, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel.: 1-212 554 1400
Fax.: 1-212 554 1444
Email: jonathanu@blbglaw.com

*Counsel for City of Austin Employees' Retirement System*