**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel.: 1-212 554 1400
Fax.: 1-212 554 1444
Email: jonathanu@ blbglaw.com

*Counsel for Stichting Pensioenfonds ABP and Stichting Depositary APG Developed Markets Equity Pool*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>Affects PG&E Corporation<br>Affects Pacific Gas and Electric Company<br>Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020.

On March 15, 2024, I served the following document(s) on the person(s) below as follows:

**JOINDER OF STICHTING PENSIOENFONDS ABP AND STICHTING DEPOSITARY APG DEVELOPED MARKETS EQUITY POOL IN LEAD PLAINTIFF PERA AND THE SECURITIES ACT PLAINTIFFS' RESPONSE AND OPPOSITION TO THE REORGANIZED DEBTORS' THIRTY-THIRD SECURITIES OMNIBUS CLAIMS OBJECTION**

☑ (E-MAIL or ELECTRONIC TRANSMISSION). By electronic service on March 15, 2024. Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

☑ (MAIL). By United States mail. I caused to be enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices.

| | |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Tobias Keller, Esq.<br>Jane Kim, Esq.<br>Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>Paul Hastings LLP<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| Frank A. Merola, Esq.<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067 | Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |

| | | |
|---|---|---|
| 1 | General Counsel | James L. Snyder, Esq. |
| 2 | U.S. Nuclear Regulatory Commission | Timothy Laffredi, Esq. |
|   | Washington, DC 20555-0001 | Office of the United States Trustee for Region 17 |
| 3 | | 450 Golden Gate Avenue |
| 4 | | 5th Floor, Suite #05-0153 |
|   | | San Francisco, CA 94102 |
| 5 | | |
|   | Alan W. Kornberg, Esq. | Dennis F. Dunne, Esq. |
| 6 | Brian S. Hermann, Esq. | Sam A. Khalil, Esq. |
| 7 | Walter R. Rieman, Esq. | Milbank LLP |
|   | Sean A. Mitchell, Esq. | 55 Hudson Yards |
| 8 | Neal P. Donnelly, Esq. | New York, NY 10001-2163 |
|   | Paul, Weiss, Rifkind, | |
| 9 | Wharton & Garrison LLP | |
|   | 1285 Avenue of the Americas | |
| 10 | New York, NY 10019-6064 | |
| 11 | | |
|   | Danielle A. Pham, Esq. | Paul S. Aronzon, Esq. |
| 12 | U.S. Department of Justice | Gregory A. Bray, Esq. |
|   | as counsel for United States | Thomas R. Kreller, Esq. |
| 13 | on behalf of the FERC | Milbank LLP |
|   | 1100 L Street, NW, Room 7106 | 2029 Century Park East, 33rd Floor |
| 14 | Washington DC 20005 | Los Angeles, CA 90067 |
| 15 | | |
|   | Eric Sagerman, Esq. | Hon. Dennis Montali |
| 16 | Cecily Dumas, Esq. | U.S. Bankruptcy Judge |
|   | Baker & Hostetler LLP | Mail Box 36099 |
| 17 | 11601 Wilshire Boulevard, Suite 1400 | 450 Golden Gate Avenue |
|   | Los Angeles, CA 90025-0509 | San Francisco, CA 94102 |
| 18 | | |
|   | Akerman LLP | Dentons US LLP |
| 19 | Yelena Archiyan | Oscar N. Pinkas |
| 20 | 2001 Ross Avenue | 1221 Avenue of the Americas |
|   | Suite 3600 | New York NY 10020-1089 |
| 21 | Dallas TX 75201 | |
| 22 | | |
|   | Bank of America | East Bay Community Energy Authority |
| 23 | John McCusker | Leah S. Goldberg |
|   | Mail Code: NY1-100-21-01 | 1999 Harrison Street |
| 24 | One Bryant Park | Suite 800 |
|   | New York NY 10036 | Oakland CA 94612 |
| 25 | | |
|   | CKR Law, LLP | EDP Renewables North America LLC |
| 26 | Kristine Takvoryan | Randy Sawyer |
| 27 | 1800 Century Park East | 808 Travis |
|   | 14th Floor | Suite 700 |
| 28 | Los Angeles CA 90067 | Houston TX 77002 |

2

| | | |
|---|---|---|
| | Federal Energy Regulatory Commission<br>General Counsel<br>888 First St NE<br>Washington DC 20426 | IBM Corporation<br>Marie-Josee Dube<br>275 Viger East<br>Montreal QC H2X 3R7 Canada |
| | Internal Revenue Service<br>Centralized Insolvency Operation 1111<br>Pennsylvania Ave NW Washington DC<br>20004-2541 | JD Thompson Law<br>Judy D. Thompson, Esq. P.O. Box<br>33127<br>Charlotte NC 28233 |
| | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael CA 94901 | Kinder Morgan, Inc.<br>Mosby Perrow<br>1001 Louisiana<br>Suite 1000 Houston TX 77002 |
| | Kirkland & Ellis LLP<br>Marc Kieselstein, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | Kirkland & Ellis LLP<br>Stephen E. Hessler, P.C.<br>601 Lexington Avenue<br>New York NY 10022 |
| | Locke Lord LLP<br>Xiyi Fu<br>Kinga L. Wright<br>101 Montgomery Street<br>Suite 1950<br>San Francisco CA 94104 | Mcdermott Will & Emery LLP<br>Jeffrey M. Reisner<br>2049 Century Park East<br>Suite 3200<br>Los Angeles CA 90067-3206 |
| | Maynard, Cooper & Gale<br>Duane Kumagai<br>1901 Avenue of the Stars<br>Suite 1900<br>Los Angeles CA 90067 | Orrick, Herrington & Sutcliffe LLP<br>Douglas S. Mintz Columbia Center<br>1152 15th Street, N.W. Washington DC<br>20005-1706 |
| | Office of The United States Attorney<br>For The Northern District of California<br>Bankruptcy Unit Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | Reed Smith LLP<br>Monique B. Howery<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 |
| | Placer County Office of the Treasurer-<br>Tax Collector<br>Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 | Reed Smith LLP<br>Robert P. Simons<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh PA 15222 |

| | | |
|---|---|---|
| 1 | Salvato Boufadel LLP<br>Barry S. Glaser<br>355 South Grand Avenue<br>Suite 2450<br>Los Angeles CA 90071-9500 | Rodriguez & Associates<br>Joseph Whittington, Esq. and Daniel Turek, Esq.<br>1128 Truxtun Ave<br>Bakersfield CA 93301-4618 |
| 2 | Singleton Law Firm, APC<br>Gerald Singleton & John C. Lemon<br>450 A Street<br>5th Floor<br>San Diego CA 92101 | San Francisco City Attorney's Office<br>Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 |
| 3 | Steptoe & Johnson LLP<br>Jeffrey M. Reisner & Kerri A. Lyman<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles CA 90071 | State of California, Department of Industrial Relations<br>Pamela Allen<br>1515 Clay Street<br>17th Floor<br>Oakland CA 94612 |
| 4 | The Veen Firm, P.C.<br>Elinor Leary, Brian Gregory 20 Haight Street<br>San Francisco CA 94102 | Taylor English Duma LLP<br>John W. Mills, III<br>1600 Parkwood Circle<br>Suite 200 Atlanta GA 30339 |
| 5 | U.S. Nuclear Regulatory Commission<br>General Counsel U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 | Troutman Pepper Hamilton Sanders LLP<br>Gabriel Ozel, Jared D. Bissell<br>11682 El Camino Real<br>Suite 400<br>San Diego CA 92130-2092 |
| 6 | Unsecured Creditor Claim No. 7072<br>John Ramirez, Marta Ramirez<br>38006 Pueblo Road<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7083<br>Aurang Zaib Khan, Halima Zahib<br>1969 East Cooley Ave.<br>San Bernardino CA 92408 |
| 7 | Unsecured Creditor Claim No. 7167<br>Ken Nitao<br>244 S. Citrus Avenue<br>Alhambra CA 91801 | Unsecured Creditor Claim No. 7168<br>Robert Miller, Donna Learmont<br>37241 Sycamore Street<br>Hinkley CA 92347 |
| 8 | Unsecured Creditor Claim No. 7171<br>Shirley Holcroft, Sam Cabrera<br>2610 S Mariposa Rd<br>Apache Jct, AZ 85119-9252 | Unsecured Creditor Claim No. 7175<br>Andrea Williams, Dan S. Williams<br>36796 Hillview Road<br>Hinkley CA 92347 |

| | | |
|---|---|---|
| 1 | Unsecured Creditor Claim No. 7176<br>Keith Hawes<br>P.O. Box 376<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7180<br>Oscar Urbina<br>3617 Slauson Ave.<br>Maywood CA 90270 |
| 4 | Unsecured Creditor Claim No. 7183<br>Martin Garza, Lynette Brown<br>P.O. Box 344<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7199<br>Carolyn Bolin, William Bolin<br>36310 Lenwood Road<br>Hinkley CA 92347 |
| 7 | Unsecured Creditor Claim No. 7200<br>Sandra L. Brown<br>5432 Macedonia Church Rd<br>Prosperity SC 29127-7389 | Unsecured Creditor Claim No. 7201<br>Barbara A. Vinson, Lloyd K. Vinson<br>3220 Cindy Circle<br>Anderson CA 96007 |
| 10 | Unsecured Creditor Claim No. 7226<br>Rosaiba Hernandez<br>18284 Pacific Street<br>Hesperia CA 92345 | Unsecured Creditor Claim No. 7229<br>David Matthiesen, Candace Matthiesen<br>36709 Hidden River Road<br>Hinkley CA 92347 |
| 13 | Unsecured Creditor Claim No. 7244<br>Agustin Carrera, Maritza Carrera<br>886 Gina Ct.<br>Upland CA 91784 | Unsecured Creditor Claim No. 7244<br>Aquilla Frederick<br>20455 Halstead Road<br>Hinkley CA 92347 |
| 16 | Unsecured Creditor Claim No. 7264<br>Darlene Herring Jenkins<br>PO Box 512<br>Newberry Spgs CA 92365-0512 | Unsecured Creditor Claim No. 7301<br>Marina Riebeling, Adolfo Riebeling<br>4600 Jerry Ave.<br>Baldwin Park CA 91706 |
| 19 | Unsecured Creditor Claim No. 7585<br>Clell Courtney, Hennie Courtney<br>25595 Ash Road<br>Barstow CA 92311 | Unsecured Creditor Claim No. 7591<br>Cindy Sue Downing<br>P.O. Box 36<br>Hinkley CA 92347-0036 |
| 22 | Unsecured Creditor Claim No. 7657<br>Joel A. Christison<br>PO Box 2635<br>Big River CA 92242-2635 | Unsecured Creditor Claim No. 7704<br>Nick Panchev<br>25633 Anderson Avenue<br>Barstow CA 92311 |
| 25 | Unsecured Creditor Claim No. 8273<br>Charles Matthiesen, Matsue Matthiesen<br>36771 Hidden River Rd.<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 8274<br>Juliana Martinez, Manuel Martinez<br>36633 Hidden River Road Hinkley CA 92347 |

| | |
|---|---|
| Unsecured Creditor Claim No. 8274<br>Norman Halstead<br>20455 Halstead Road<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 8278<br>Kimberly Blowney<br>36816 Hillview Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8283<br>Saray Ordaz, Victor Suarez 1042 E.<br>Sandison St.<br>Apt. 1<br>Wilmington CA 90744 | Unsecured Creditor Claim No. Pending<br>Yvonne Kirkpatrick, Herbert Nethery<br>23394 Alcudia Rd.<br>Hinkley CA 92347 |
| Williams Kastner<br>Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380 | Winston & Strawn LLP<br>Michael A. Yuffee<br>1901 L Street NW<br>Washington DC 20036 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2024, at New York, New York.

                                                  /s/ Jai Chandrasekhar
                                                    Jai Chandrasekhar