**ZINK & LENZI**
ATTORNEYS AT LAW
250 VALLOMBROSA AVE., STE. 175
CHICO, CALIFORNIA 95926
Tel: 530 / 895-1234
Fax: 530 / 895-1254
J.D. ZINK (SBN: 58726)
MICHAEL R. BUSH (SBN: 58854)

ATTORNEYS FOR: Plaintiff

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

   -and-

PACIFIC GAS AND ELECTRIC COMPANY,

            Debtors.

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**AMENDED NOTICE OF HEARING ON MOTION TO DETERMINE IF THE TRUSTEE'S MODIFICATION OF THE CLAIM RESOLUTION PROCEDURE WAS APPROVED BY BANKRUPTCY COURT AND IF NOT SO APPROVED TO GRANT REQUESTED RELIEF UNDER 11 U.S.C. § 105(a) and § 1142(a) B.L.R. § 9014-1(b)(3)**

Date: April 9, 2024
Time: 10:00 a.m. (Pacific Time)
Place: (Tele/Videoconference
        Appearances Only)
        United States Bankruptcy Court
        Courtroom 17, 16th Floor
        San Francisco, CA  94102

**Objection Deadline: April 2, 2024 at 4:00 p.m. (PT)**

Case: 19-30088    Doc# 14363    Filed: 03/18/24    Entered: 03/18/24 14:26:45    Page 1 of 3

**PLEASE TAKE NOTICE** that the Bankruptcy court will hold a hearing on **April 9, 2024 at 10:00 a.m. (Pacific Time)** before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the *Procedures for Noticing and Conducting Hearings in the San Francisco Division of the United States Bankruptcy Court for the Northern District of California (effective September 1, 2023).* **Hearing shall be conducted by video or teleconference, and the Courtroom will be closed.** The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that any objection to the requested relief, or the request for hearing on the matter, must be filed and served upon the initiation party within 21 days of mailing of the notice;

**PLEASE TAKE FURTHER NOTICE** that the motion and supporting Declaration of Michael R. Bush was filed and served on February 20, 2024, Docket No. 14319.

**PLEASE TAKE FURTHER NOTICE** that any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

DATED: *March 18*, 2024.

*/s/ Michael R Bush*
Attorney for Sayegh
Brothers, Inc.

3