**ZINK & LENZI**
ATTORNEYS AT LAW
250 VALLOMBROSA AVE., STE. 175
CHICO, CALIFORNIA 95926
Tel:     530 / 895-1234
Fax:    530 / 895-1254
MICHAEL R. BUSH . (SBN: 58854)
condote59@gmail.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | |
|    -and- | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | CERTIFICATE OF SERVICE |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

///

///

///

///

///

///

///

# CERTIFICATE OF SERVICE

I am a resident of the County of Butte, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is 250 Vallombrosa Ave., Suite 175 Chico, California.

On March 18, 2024, at my place of business, I served a true and correct copy of the following documents

AMENDED NOTICE OF HEARING ON MOTION TO DETERMINE IF THE TRUSTEE'S MODIFICATION OF THE CLAIM RESOLUTION PROCEDURE WAS APPROVED BY BANKRUPTCY COURT AND IF NOT SO APPROVED TO GRANT REQUESTED RELIEF UNDER 11 U.S.C. § 105(a) and § 1142(a) B.L.R. § 9014-1(b)(3)

in the following manner:

**XX** In the mailroom at my business address before 4:45 p.m., which is delivered by the mail clerk to the U. S. Post Office in Chico, California.

**XX BY ELECTRONIC TRANSMISSION**: Pursuant to California Code of Civil Procedure §1010.6(e)(1), effective September 18, 2020, or an agreement of the parties to accept service by electronic transmission, I caused the document(s) to be electronically sent to the persons at the email address(es) indicated on the below list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

BROW RUDNICK LLP
Joel S. Miliband (SBN 077438)
2211 Michelson Drive, Seventh Floor
Irvine, CA   92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514
Email:       jmiliband@brownrudnick.com

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
Seven Times Square
New York, NY   10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801
Email:       dmolton@brownrudnick.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 18, 2024, at Chico, California.

_____
Kathy Bradford