KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

HANSON BRIDGETT LLP
Shannon M. Nessier (#267644)
snessier@hansonbridgett.com
Madison D. DiZinno (#335052)
mdizinno@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415 777 3200
Facsimile: 415 541 9366

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the following attorneys from Hanson Bridgett LLP hereby provide their notice of appearance as additional counsel on behalf of PG&E Corporation and Pacific Gas and Electric Company (together, "PG&E"), debtors and reorganized debtors in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The attorneys hereby request that copies of all notices and pleadings given or filed in the above-captioned case in connection with the Reorganized Debtors' objections to the claims of Amir Shahmirza and/or Komir Inc. be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and email addresses, and that Hanson Bridgett LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

>Shannon M. Nessier (#267644)
>SNessier@hansonbridgett.com
>Madison D. DiZinno (#335052)
>MDiZinno@hansonbridgett.com
>HANSON BRIDGETT LLP
>425 Market Street, 26th Floor
>San Francisco, CA 94105
>Telephone: 415 777 3200
>Facsimile: 415 541 9366

Dated: March 18, 2024

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**
**HANSON BRIDGETT LLP**

*/s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for the Debtors and Reorganized Debtors*