

Signed and Filed: March 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for the Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

PG&E CORPORATION

- and –

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☒ Affects Both Debtors
☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company

Case No. 19-30088 (DM) (Lead Case)
Chapter 11
(Jointly Administered)

**ORDER APPROVING STIPULATION REGARDING MOTION OF LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE RESPONSE TO CERTAIN CLAIM OBJECTIONS**

The Court, having considered the *Stipulation Regarding Motion of Lead Plaintiff Pursuant to B.L.R. 9006-1 to Extend Time to File Response to Certain Claim Objections* (the "**Stipulation**") [ECF No. 14341] between claimant Public Employees Retirement Association of New Mexico ("**PERA**") and PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors, and for good cause shown therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is hereby approved.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

**APPROVED AS TO FORM AND CONTENT:**

Dated: March 15, 2024

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

By: /s/ Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

Dated: March 15, 2024

LOWENSTEIN SANDLER LLP
MICHELSON LAW GROUP

By: /s/ Michael S. Etkin

*Bankruptcy Counsel to PERA*

*** END OF ORDER ***