| | |
|---|---|
| 1 | GREGORY M. SALVATO (SBN 126285) |
| | Gsalvato@salvatoboufadel.com |
| 2 | JOSEPH BOUFADEL (SBN 267312) |
| | Jboufadel@salvatoboufadel.com |
| 3 | BARRY S. GLASER (SBN 70968) |
| | Bglaser@salvatoboufadel.com |
| 4 | SALVATO BOUFADEL, LLP |
| | 355 South Grand Avenue, Suite 2450 |
| 5 | Los Angeles, California 90071-9500 |
| 6 | Telephone: (213) 484-8400 |

SONOMA COUNTY TREASURER & TAX COLLECTOR, COUNSEL FOR THE COUNTY OF PLACER

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | (Lead Case) |
| - and – | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Chapter 11 |
| Debtors. | **REQUEST FOR REMOVAL FROM COURT MAILING LIST AND MAILING MATRIX** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric<br> X  Company Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

SALVATO BOOUFADEL, LLP

TO THE CLERK OF THE U.S. BANKRUPTCY COURT AND CASE ADMINISTRATORS:

**PLEASE TAKE NOTICE** that Salvato Boufadel LLP and Barry S. Glaser, Esq. request that their names and addresses be removed from the Court's mailing list and mailing matrix in the above-referenced bankruptcy cases:

    SALVATO BOUFADEL, LLP
    Attn. Barry S. Glaser
    355 South Grand Avenue, Suite 2450
    Los Angeles, California 90071-9500
    Telephone:   213-423-0933
    Email:   Bglaser@salvatoboufadel.com

Dated: March 21, 2024                  SALVATO BOUFADEL, LLP

                                                */s/ Gregory M. Salvato*

                                                Gregory M. Salvato
                                                Joseph Boufadel
                                                Barry S. Glaser

                                                Counsel for SONOMA COUNTY TREASURER & TAX COLLECTOR, COUNSEL FOR THE COUNTY OF PLACER