# Exhibit A

**Claims to be Disallowed and Expunged**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Securities - Twenty-Ninth Omnibus Objection | | | | Exhibit A | | | | In re: PG&E Corporation and Pacific Gas and Electric Company | |
| Claims to Be Disallowed and Expunged | | | | | | | | Case No 19-30088 Jointly Administered | |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Blattner Investments, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107323 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Borstein Fam Tst IMA FI<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107317 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Connecticut General Life Insurance Company<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107277 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Connecticut General Life Insurance Company OBO SASV901<br>900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103037 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Constance L. Bakken Revocable Trust<br>90 S. Seventh St. Suite 5100<br>Minneapolis, MN 55402 | 101385 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,941.05 | $8,941.05 | Insufficient Substantive Allegation |
| Edward D. Smith & Barbara Chen<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107285 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Eric A Deutsch Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107325 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Funds SA (SCAS)<br>350 David L. Boren Blvd.<br>Norman, OK 73072 | 106373 | PG&E Corporation | 8/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| HealthSpring Life & Health Insurance Company, Inc. OBO HSPTX<br>900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103059 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| HealthSpring of Alabama, Inc. OBO HSPAL<br>900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103058 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Hodges, Robert T<br>10513 NE Kingston<br>Poulsbo, WA 98370 | 104528 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $15,223.98 | $15,223.98 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107610 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107638 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107622 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107624 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107630 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107611 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Louie, Lucia<br>794 33rd Ave<br>San Francisco, CA 94121 | 103320 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $19,373.85 | $19,373.85 | Insufficient Substantive Allegation |
| Meyer Memorial Trust<br>2045 N Vancouver Ave<br>Portland, OR 97227 | 101406 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $271,638.00 | $271,638.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MSSB C/F GREGORY H. RUTTER IRA ROLLOVER<br>Morgan Stanley Suite 300, 300 GRANITE RUN DRIVE<br>LANCASTER, PA 17601 | 103994 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $9,354.89 | $9,354.89 | Insufficient Substantive Allegation |
| Navajo Tribal Utility Authority Employee Pension - All Other<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107274 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Plumbers Local 690 Health & We<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107311 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quad Graphics Pension Plan<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107353 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quad Graphics Pension Plan<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107347 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quad Graphics Pension Plan<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107377 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107548 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107540 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107608 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107601 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107598 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107597 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107593 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107590 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107550 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107585 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107571 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107570 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107544 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107569 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107562 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107546 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107565 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107560 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107558 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107553 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107517 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107521 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107524 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107532 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107538 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107567 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107390 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107383 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107421 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107366 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>1 Freedom Valley Dr.<br>Oaks, PA 19456 | 109896 | Pacific Gas and Electric Company | 7/19/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107369 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107373 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107381 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107384 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107389 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107737 | Pacific Gas and Electric Company | 7/19/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107388 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107385 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107387 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Signature Insurance - NRA - Pledged<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107304 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Simpson Jr., Melvin<br>4115 Pretroia Run<br>Murfreesboro, TN 37138 | 99833 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $6,102.41 | $6,102.41 | Insufficient Substantive Allegation |
| The Associates Corporation<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107359 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Western Union Financial Services - RMO<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107318 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Western Union Financial Services, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107303 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Western Union Pension Plan<br>7001 E. Belleview Avenue, 10th Floor<br>Denver, CO 80237 | 98841 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wolverine Trading, LLC<br>175 West Jackson Blvd. Suite 340<br>Chicago, IL 60604 | 104051 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $3,775,505.98 | $3,775,505.98 | Insufficient Substantive Allegation |
| Wolverine Trading, LLC<br>46 Southfield Avenue, Suite 450<br>Stamford, CT 06902 | 104009 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $19,327.91 | $19,327.91 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 73** | | | **$0.00** | **$0.00** | **$0.00** | **$4,125,468.07** | **$4,125,468.07** | |