**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK | 102439 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK 73072 | 102438 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Consumers Energy Pension Plan<br>Consumers Energy Company One Energy Plaza, EP10-419<br>Jackson, MI 49201 | 100738 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $455,683.00 | $455,683.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107664 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107642 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107616 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107615 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| NN INVESTMENT PARTNERS - NETHERLANDS<br>P.O. Box 417676<br>Boston, MA 02241-7676 | 102435 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Quad Graphics Pension Plan<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107351 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107557 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Tyco Electronics US Master Trust<br>The Northern Trust 50 S. LaSalle St<br>Chicago, IL 60603 | 100843 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| **Claims To Be Expunged Totals** | **Count: 11** | | | **$0.00** | **$0.00** | **$0.00** | **$464,683.00** | **$464,683.00** | |