**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MCCANTY, MARGARET M<br>8 PRESERVE WAY<br>SARATOGA SPGS, NY 12866 | 103095 | Pacific Gas and Electric Company | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| Nolan, Patsy A.<br>503 Dogwood Drive<br>Spring City, TN 37381 | 103113 | Pacific Gas and Electric Company | 4/23/2020 | $0.00 | $0.00 | $0.00 | $911.60 | $911.60 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$911.60** | **$911.60** | |