**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bennett, Cynthia F.<br>645 Bradford St.<br>Pasadena, CA  91005 | 98299 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $10,137.18 | $10,137.18 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Cynthia F. Bennett Simple IRA<br>645 Bradford St.<br>Pasadena, CA  91105 | 98297 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $7,820.08 | $7,820.08 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Daniel W. Marchand<br>P.O Box 3839<br>San Ramon, CA  94583-8839 | 79335 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $68,760.00 | $68,760.00 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Marchand, Daniel W.<br>P.O. Box 3839<br>San Ramon, CA  94583-8839 | 79315 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $68,760.53 | $68,760.53 | Insufficient Substantive Allegation and Opted Into Plan Release |
| MARUNA, ARTHUR D<br>7690 NW 55TH AVE<br>CHIEFLAND, FL  32626-5428 | 97881 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Opted Into Plan Release |
| U/W Dorothy A Bekkum Dorothy A Bekkum Family Trust<br>3750 Belleza Way<br>Palmdale, CA  93551 | 100101 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $90,732.47 | $90,732.47 | Insufficient Substantive Allegation and Opted Into Plan Release |
| **Claims To Be Expunged Totals** | Count: 6 | | | $0.00 | $0.00 | $0.00 | $246,210.26 | $246,210.26 | |