**Exhibit A**

**Claims to be Disallowed and Expunged**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Brackett, Jr., George E.<br>215 Brightmore Drive, Unit #204<br>Cary, NC  27518 | 104705 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,666.25 | $2,666.25 | Insufficient Substantive Allegation |
| Yvonne Nance Hitt, Revocable Trust<br>365 Hico Rd<br>Puryear, TN  38251-3968 | 102097 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $2,666.25 | $2,666.25 | |