## Exhibit A

**Claims to be Disallowed and Expunged**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 4Alphas Capital (SCAS)<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | 106156 | PG&E Corporation | 7/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Arizona Life and Disability Insurance Guaranty Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107294 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| BAE Systems Administrative Committee<br>6 Carlton Gardens<br>London, SW1Y 5AD | 106369 | PG&E Corporation | 8/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107431 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107440 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107434 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107652 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107435 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107430 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107429 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107422** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107428** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107419** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107427** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107432** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107426** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107447** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK | **100234** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK | **100813** | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107408** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107414 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107371 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107411 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107410 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107409 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107413 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107406 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107416 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107405 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107412 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107407** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Deutsch, C. Trust 9/21/93 - Fixed<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107333** | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Deutsch, C. Trust 9/21/93 - Fixed<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107374** | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Fonds de Reserve pour les Retraites - Credit Focus<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107855** | Pacific Gas and Electric Company | 7/22/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107676** | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107854** | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107821** | Pacific Gas and Electric Company | 7/21/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107733** | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107682** | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107681** | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107680 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107677 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107675 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107674 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107673 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107678 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107541 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107651 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107572 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107559 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | **107552** | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | **107551** | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107566 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107542 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107535 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107531 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107518 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107510 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund 525 Market Street floor 12 San Francisco, CA 94105 | 107549 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107415 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107425 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107420 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107417 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107443 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107453 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107526 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107438 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107472 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107470 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107442 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107460 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107628 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107629 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107631 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107626 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107633 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107634** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107635** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107637** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107646** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107647** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107654** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107656** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107632** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107636** | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| LCI Ins Ltd Wrnty Resrv 16721 Pledged<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107322** | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street floor 12 San Francisco, CA 94105 | 107700 | Pacific Gas and Electric Company | 7/9/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street Floor 12 San Francisco, CA 94105 | 107331 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street floor 12 San Francisco, CA 94105 | 107341 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street Floor 12 San Francisco, CA 94105 | 107330 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| NNIP 350 David L. Boren Blvd. Suite 2000 Norman, OK 73072 | 100356 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| NNIP 350 David L. Boren Blvd. Suite 2000 Norman, OK 73072 | 100015 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nuance 350 David L. Boren Blvd. Suite 2000 Norman, OK 73072 | 101922 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nuance Investments (SCAS) 350 David L. Boren Blvd. Suite 2000 Norman, OK 73072 | 102423 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nuance Investments (SCAS) PO Box 417676 Boston, MA 02241 7676 | 101442 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| REI Credit - Taxable<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107319** | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107671** | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107437** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107433** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107462** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107527** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107455** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107459** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | **107457** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street floor 12<br>San Francisco, CA  94105 | **107444** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Safeway Inc.<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107441** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107449** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107436** | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107461** | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Simpkins, Philip<br>126 Whitethorne Drive<br>Moraga, CA 94556 | **102631** | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $13,092.66 | $13,092.66 | Insufficient Substantive Allegation |
| Stet Short Dur Muni<br>1 Freedom Valley Dr.<br>Oaks, PA 19456 | **109894** | Pacific Gas and Electric Company | 7/19/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Vera Bradley Designs<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107293** | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Von Buchau, Erik & Rose<br>396 Bryce Canyon Rd<br>San Rafael, CA 94903-2226 | **105784** | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wasatch Advisors, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | **107295** | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | **101006** | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Wells Capital<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK  73072 | **100996** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital Management<br>350 David L Boren Blvd.<br>Norman, OK  73072 | **101755** | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital Management<br>350 David L Boren Blvd.<br>Norman, OK  73072 | **102420** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 118** | | | **$0.00** | **$0.00** | **$0.00** | **$13,092.66** | **$13,092.66** | |