**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF MARCH 26, 2024, OMNIBUS HEARING**<br><br>Date: March 26, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on March 26, 2024, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **Krausse Status Conference:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

    Status:  This Objection has been continued to May 7, 2024, pursuant to an agreement of the parties.

2. **Twenty-Ninth Omnibus Objection to Securities Claims:** *Reorganized Debtors' Twenty-Ninth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims)* [**Dkt. 14186**].

    Status:  This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by Order [**Dkt. 14373**].  This matter has been otherwise resolved or continued as to certain Claims, as described in **Dkt. 14367**.

3. **Thirtieth Omnibus Objection to Securities Claims:** *Reorganized Debtors' Thirtieth Securities Claims Omnibus Objection (Insufficient Substantive Allegations and Noteholder Securities Claims)* [**Dkt. 14189**].

    Status:  This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by Order [**Dkt. 14374**].  This matter has been otherwise resolved or continued as to certain Claims, as described in **Dkt. 14368**.

4. **Thirty-First Omnibus Objection to Securities Claims:** *Reorganized Debtors' Thirty-First Securities Claims Omnibus Objection (Insufficient Substantive Allegations and Securities ADR No Liability Claims)* [**Dkt. 14193**].

    Status:  This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by Order [**Dkt. 14375**].  This matter has been otherwise resolved or continued as to certain Claims, as described in **Dkt. 14369**.

/ / /

/ / /

/ / /

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. **<u>Thirty-Second Omnibus Objection to Securities Claims:</u>** *Reorganized Debtors' Thirty-Second Securities Claims Omnibus Objections (Insufficient Substantive Allegations and Voluntary Release Claims)* [**Dkt. 14196**].

    <u>Status</u>:  This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by Order [**Dkt. 14376**].  This matter has been otherwise resolved or continued as to certain Claims, as described in **Dkt. 14370**.

6. **<u>Thirty-Sixth Omnibus Objection to Securities Claims:</u>** *Reorganized Debtors' Thirty-Sixth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims)* [**Dkt. 14210**].

    <u>Status</u>:  This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by Order [**Dkt. 14377**].  This matter has been otherwise resolved or continued as to certain Claims, as described in **Dkt. 14371**.

7. **<u>Thirty-Seventh Omnibus Objection to Securities Claims:</u>** *Reorganized Debtors' Thirty-Seventh Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims)* [**Dkt. 14213**].

    <u>Status</u>:  This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by Order [**Dkt. 14378**].  This matter has been otherwise resolved or continued as to certain Claims, as described in **Dkt. 14372**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 25, 2024                                    **WEIL, GOTSHAL & MANGES LLP**
                                                                              **KELLER BENVENUTTI KIM LLP**

                                                                              By:     */s/ Thomas B. Rupp*
                                                                                           Thomas B. Rupp

                                                                              *Attorneys for Debtors and Reorganized Debtors*