UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 13, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Sealing Pro Se Letters [Docket No. 14336]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of March 2024, at New York, NY.

/s/ Liz Santodomingo
Liz Santodomingo

# **Exhibit A**

Exhibit A

Notice Parties Service List

Served via first class mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Duval F. Dickey, Jr. | 710 Magdalene Drive | Houston | TX | 77024-2624 |
| Eric L. Oberndorfer | 3249 Rancho Diego Circle | El Cajon | CA | 92019 |
| Ron H. Oberndorfer | 1874 Hacienda Drive | El Cajon | CA | 92020 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1