**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (pro hac vice)
(richard.slack@weil.com)
Jessica Liou (pro hac vice)
(jessica.liou@weil.com)
Matthew Goren (pro hac vice)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

**LATHAM & WATKINS LLP**
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: (424) 653-5500

**LATHAM & WATKINS LLP**
James E. Brandt (pro hac vice)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200

*Attorneys for the Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF MICHAEL J. REISS IN SUPPORT OF REORGANIZED DEBTORS'** *EX PARTE* **APPLICATION FOR ORDER PURSUANT TO L.B.R. 9006-1 EXTENDING TIME FOR REORGANIZED DEBTORS' REPLY IN SUPPORT OF OBJECTIONS TO CERTAIN SECURITIES CLAIMS**<br><br>[Related to Docket Nos. 14200, 14203, 14206]<br><br>[No hearing requested] |

I, Michael J. Reiss, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of Latham & Watkins LLP, special counsel for Pacific Gas and Electric Company and PG&E Corporation (collectively, the "**Debtors**" or "**Reorganized Debtors**"). I respectfully submit this declaration in support of the *Ex Parte Application for Order Pursuant to L.B.R. 9006-1 Extending Time for Reorganized Debtors' Reply in Support of Objections to Certain Securities Claims* (the "**Application**").[1] Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, and, if called upon to do so, I could and would testify competently thereto.

2. The Application requests a two-week extension of time for the Reorganized Debtors to file one or more reply briefs in support of the Objections.

3. On March 20 and 21, 2024, I spoke and/or corresponded with Michael Canty and Thomas Hoffman, counsel to PERA regarding the relief requested in the Application. Mr. Hoffman confirmed via email on March 21, 2024 that PERA does not oppose PG&E's requested two-week extension.

4. On March 19 and 20, 2024, I spoke and corresponded with Richard Bodnar, counsel to the RKS Claimants, regarding the relief requested in the Application. Mr. Bodnar confirmed via email on March 20, 2024 that the RKS Claimants consent to PG&E's requested two-week extension.

5. On March 20, 2024, I spoke and corresponded with Michael Palmieri, counsel to Baupost regarding the relief requested in the Application. Mr. Palmieri confirmed via email on March 20, 2024 that Baupost consents to PG&E's requested two-week extension.

///

///

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed March 29, 2024 in Los Angeles, California.

                                        */s/ Michael J. Reiss*
                                        Michael J. Reiss