

**Signed and Filed: April 1, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  **LABATON KELLER SUCHAROW LLP**
2  Thomas A. Dubbs (*pro hac vice*)
   Carol C. Villegas (*pro hac vice*)
3  Michael P. Canty (*pro hac vice*)
   Thomas G. Hoffman, Jr.(*pro hac vice*)
4  140 Broadway
   New York, New York 10005
5  *Lead Counsel to Securities Lead Plaintiff*
   *and the Class*
6
   **MICHELSON LAW GROUP**
7  Randy Michelson (SBN 114095)
   220 Montgomery Street, Suite 2100
8  San Francisco, California 94104
   *Local Bankruptcy Counsel to Securities*
9  *Lead Plaintiff and the Class*
10
   **LOWENSTEIN SANDLER LLP**
11 Michael S. Etkin (*pro hac vice*)
   Andrew Behlmann (*pro hac vice*)
12 Scott Cargill (*pro hac vice*)
   Colleen Restel
13 One Lowenstein Drive
   Roseland, New Jersey 07068
14 *Special Bankruptcy Counsel to Securities*
   *Lead Plaintiff and the Class*

15            **UNITED STATES BANKRUPTCY COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
16               **SAN FRANCISCO DIVISION**

17 | | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER PURSUANT TO B.L.R. 9013-1(c) AUTHORIZING OVERSIZE REPLY BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' THIRTY-THIRD SECURITIES OMNIBUS CLAIMS OBJECTION TO PERA AND SECURITIES ACT PLAINTIFFS' TAC, INCLUDING TO CERTAIN CLAIMANTS THAT ADOPTED THE TAC** |
| Debtors. | |
| ☒ Affects Both Debtors | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |

1    The Court, having reviewed the *Ex Parte Application for Order Pursuant to B.L.R. 9013-*

2    *1(c) Authorizing Oversize Reply Brief in opposition to Reorganized Debtors' Thirty-Third*

3    *Securities Omnibus Claims Objection To PERA And Securities Act Plaintiffs' TAC, Including To*

4    *Certain Claimants That Adopted The TAC* (the "**Application**"), and good cause appearing, IT IS

5    HEREBY ORDERED THAT:

6        1.    The Application is granted, and

7        2.    Public Employees Retirement Association of New Mexico, the court-appointed

8    lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities*

9    *Litigation*, Case No. 18-03509 (the "**Securities Action**"), pending in the United States District

10   Court for the Northern District of California, on behalf of itself and the proposed class it represents

11   in the Securities Action, together with York County on behalf of the County of York Retirement

12   Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry &

13   Local No. 701 Pension Fund, is authorized to file and serve a reply brief in excess of 25 pages of

14   text, but not to exceed 106 pages of text (exclusive of any schedules or exhibits thereto and/or any

15   declarations filed in connection therewith) in opposition to *Reorganized Debtors' Thirty-Third*

16   *Securities Omnibus Claims Objection To PERA And Securities Act Plaintiffs' TAC, Including To*

17   *Certain Claimants That Adopted The TAC*.

18

19

20

21

22                                  ** END OF ORDER **

23

24

25

26

27

28