BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br><br>              -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF CATHY YANNI IN SUPPORT OF EX PARTE MOTION OF THE FIRE VICTIM TRUSTEE TO FILE CONFIDENTIAL CLAIMANT SUBMISSION TO FIRE VICTIM TRUST UNDER SEAL**<br><br>[No Hearing Requested] |

   I, Cathy Yanni, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

   1.   I became Successor Trustee of the PG&E Fire Victim Trust ("**Trustee**") on July 1, 2022, pursuant to Section 5.2(d) of the Fire Victim Trust Agreement [Docket No. 8750-1].  I am

1. duly authorized to make this Declaration (the "**Declaration**") on behalf of the PG&E Fire Victim Trust (the "**Trust**," and its beneficiaries, the "**Fire Victims**"). Unless otherwise stated in this Declaration, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

2. I am an attorney at law licensed to practice law in the state of California. Prior to becoming Trustee, I served as the Court-appointed Claims Administrator for the Trust under the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] and, prior to that, pursuant to this Court's *Order Granting Application of The Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 1103 and 363 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020* dated April 14, 2020 [Docket No. 6759]. Before serving as the Claims Administrator, I served as the Court-appointed Administrator of the Wildfire Assistance Program pursuant to this Court's *Supplemental Order (A) Approving Appointment of Administrator and Establishing Guidelines for the Wildfire Assistance Program and (B) Granting Related Relief* dated June 5, 2019 [Docket No. 2409].

3. I submit this Declaration in support of the *Ex Parte Motion of the Fire Victim Trustee to File Confidential Claimant Submission to Fire Victim Trust Under Seal* (the "**Sealing Motion**"), filed concurrently herewith, which seeks entry of an order (i) authorizing the Trustee to file an unredacted copy of a certain claimant's confidential submission to the Fire Victim Trust (the "**Confidential Claimant Submission**") under seal, and (ii) directing that the unredacted copies of the Confidential Claimant Submission provided to the Court shall remain under seal and confidential and not be made available to anyone without the consent of the Trustee and the claimant or further order from the Court

4. I am generally knowledgeable and familiar with the day-to-day operations of the Trust, including the Fire Victim Claims asserted by Sayegh Brothers, Inc. ("**Sayegh Brothers**") and the Trust's determination of such Fire Victim Claims. I also am knowledgeable and familiar with the *Motion To Determine If The Trustee Modification Of The Claim Resolution Procedure Was Approved By The Bankruptcy Court And If Not So Approved To Grant Requested Relief Under 11*

*U.S.C. § 105(a) and § 1142(a) B.L.R. 9014-1 (b)(3)* [Docket No. 14319] (the "**Sayegh Brothers Motion**") filed by Sayegh Brothers and the Trustee's objection (the "**Objection**") to the Sayegh Brothers Motion. I am authorized to submit this Declaration on behalf of the Trust.

5. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Trust's legal advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

6. I believe that the terms of the Fire Victim Trust Agreement and the Fire Victim Trust Claims Resolution Procedures *require* the Trust to keep confidential *all* submissions to the Trust by claimants in support of their Fire Victim Claims.

7. In addition, I believe that, while the Confidential Claimant Submission provides support for one of the alternative arguments presented in the Objection, the information contained in the Confidential Claimant Submission does not go to the heart of the determination to be made by the Court. I also believe that there is a significant public interest in upholding the confidentiality provisions in the Trust Documents that protect private claim-related information of more than 70,000 Fire Victims. .

8. For these reasons, I believe the sealing of the Confidential Claimant Submission is warranted.

I declare under penalty of perjury, as set forth in 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd day of April, 2024, in San Francisco, California.

By: _____
Cathy Yanni, in her capacity as
Trustee of the PG&E Fire Victim Trust