1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Seven Times Square
3  New York, New York 10036
   Telephone:    (212) 209-4800
4  Facsimile:    (212) 209-4801

5  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
   Telephone:    (949) 752-7100
8  Facsimile:    (949) 252-1514

9  *Attorneys for Fire Victim Trustee*

10

11                UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13  In re:                                  Case No. 19-30088 (DM)
                                            Chapter 11
14  **PG&E CORPORATION,**                   (Lead Case)
                                            (Jointly Administered)
15              -and-

16  **PACIFIC GAS AND ELECTRIC
    COMPANY,**                              **ORDER GRANTING EX PARTE
17                                          MOTION OF THE FIRE VICTIM
                Debtors.                    TRUSTEE TO FILE CONFIDENTIAL
18                                          CLAIMANT SUBMISSION TO
                                            FIRE VICTIM TRUST UNDER SEAL**
19  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company
20  ☒ Affects both Debtors                  [No Hearing Requested]

21

22

23  * *All papers shall be filed in the Lead Case,
    No. 19-30088 (DM).*
24

25

26

27

28

Upon the Motion, dated April 2, 2022 (the "**Sealing Motion**"), of Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the PG&E Fire Victim Trust (the "**Trust**") in the above-captioned chapter 11 cases, pursuant to sections 105(a) and 107 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents adopted by the United States Bankruptcy Court for the Northern District of California* (the "**Local Procedures**"), for entry of an order (i) authorizing the Trustee to file an unredacted copy of a certain claimant's confidential submission to the Fire Victim Trust (the "**Confidential Claimant Submission**") under seal, and (ii) directing that the unredacted copies of the Confidential Claimant Submission provided to the Court shall remain under seal and confidential and not be made available to anyone without the consent of the Trustee and the claimant or further order from the Court; and consideration of the Sealing Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Sealing Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Sealing Motion and the Yanni Declaration submitted in support of the Sealing Motion; and this Court having determined that the legal and factual bases set forth in the Sealing Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Sealing Motion is in the best interests of the Trust and its beneficiaries, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Sealing Motion is granted as provided herein.

2. The Trustee is authorized to file an unredacted copy of Confidential Claimant Submission.

3. The unredacted copy of the Confidential Claimant Submission provided to the Court is confidential, shall remain under seal, and shall not be made available to anyone without the express written consent of the Trustee and the Authorized Agent.

4. Notice of the Sealing Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Trustee is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Sealing Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **