```
ZINK & LENZI
ATTORNEYS AT LAW
250 VALLOMBROSA AVE., STE. 175
CHICO, CALIFORNIA 95926
Tel:    530 / 895-1234
Fax:    530 / 895-1254
MICHAEL R. BUSH . (SBN: 58854)
condote59@gmail.com
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | |
| -and- | Chapter 11 (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **NOTICE OF NON OBJECTION TO FIRE VICTIMS TRUST EX PARTE REQUEST TO FILE CONFIDENTIAL CLAIMANT SUBMISSION** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

    Sayegh Brothers does not object to the filing of the claim it submitted to the Trust. Sayegh Brothers agrees with the Fire Victims Trust that the Claim Questionnaire is relevant to one of the objections raised by the Fire Victims Trust and should be considered along with the Sayegh Brothers appeal to

1 | the Trustee (Exhibit M, page 7, Bush Declaration).
2 | DATED: _____4/4_____, 2024.

_____
MICHAEL R. BUSH

2