William B. Abrams
end2endconsulting@gmail.com
635 McDonald Ave.
Santa Rosa, CA, 95404
Tel: 707 397 5727



APR - 4 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

*Pro Se Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    -and-

PACIFIC GAS AND ELECTRIC COMPANY,
                 Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF WILLIAM B. ABRAMS IN SUPPORT OF WILLIAM B. ABRAMS MOTION TO STAY THE ADMINISTRATION EXECUTION AND ENFORCEMENT OF VICTIM RELEASES AS DEFINED WITHIN THE FIRE VICTIM TRUST AGREEMENT PENDING UNITED STATES SUPREME COURT RULING AND PURSUANT TO 11 U.S.C. § 105(A)**

**Hearing If Order Granted:**
April 30, 2024 (Pacific Time) or as determined by the Court

I, William B. Abrams, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a claimant and a PG&E Fire Survivor who has engaged in this proceeding as a pro se party to promote and collaborate with core parties in good-faith towards a plan, PG&E Fire Victim Trust Agreement and to ensure prudent Trust oversight that provides just settlements for all claimants as well as adequate restructuring for Pacific Gas and Electric Corporation so our communities are safe from the growing risks of utility-caused wildfires. I have filed timely and valid damage claims as a victim of the 2017 PG&E Tubbs Fire.

2. I am a resident of Sonoma County and a ratepayer of Pacific Gas and Electric Company.

3. I submit this declaration in support of the "William B. Abrams Motion to Stay the Administration, Execution and Enforcement of Victim Claimant Releases as Defined within the Fire Victim Trust Agreement Pending United States Supreme Court Ruling and Pursuant **11 U.S.C. § 105(A)**" (the "**Motion**")" filed concurrently herewith.

4. After the PG&E Fires of 2017, I felt compelled to engage as a party to certain proceedings at the California Public Utilities Commission to work collaboratively towards solutions that address wildfire mitigation and other utility/energy issues. Some of these proceedings are related to this case. All of my filed comments are in the public record through the Commission's website. As an intervenor in these proceedings, I have received some compensation from Investor Owned Utilities including Pacific Gas and Electric Company. I have no financial interests in this case that are adverse to those of victims. I have no litigation financing or lines of credit tied to PG&E shareholders, bondholders or any other party in this case. I have not and do not intend to get any compensation for my involvement in this case other than through my claim and those claims of my family through the PG&E Fire Victim Trust. I have not engaged in activities to undermine the value of the Fire Victim Trust or to slow the Trust administration process.

5. I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Santa Rosa, California on April 4, 2024.

William B. Abrams
Pro Se Claimant