

Signed and Filed: April 4, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Isaac M. Pachulski (CA Bar No. 62337)
   Debra I. Grassgreen (CA Bar No. 169978)
2  PACHULSKI STANG ZIEHL & JONES LLP
3  1 Sansome Street, Suite 3430
   San Francisco, CA 94104
4  Telephone: (415) 263-7000
   Facsimile: (415) 263-7010
5  Email: dgrassgreen@pszjlaw.com

6  Eric Seiler (admitted *pro hac vice*)
7  Jason C. Rubinstein (admitted *pro hac vice*)
   Michael S. Palmieri (admitted *pro hac vice*)
8  Matthew Tharp (*pro hac vice* pending)
   FRIEDMAN KAPLAN SEILER ADELMAN AND ROBBINS LLP
9  7 Times Square
   New York, NY 10036-6516
10 Telephone (212) 833-1103
   Facsimile (212) 373-7903
11 Email: eseiler@fklaw.com

*Attorneys for Securities Claimant*
*Baupost Group Securities, L.L.C*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>         -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, NO. 19-30088 (DM)* | Chapter 11<br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**ORDER GRANTING BAUPOST'S APPLICATION PURSUANT TO L.B.R. 9013-1(C) AND AUTHORIZING OVERSIZED BRIEFING FOR BAUPOST'S OPPOSITION TO THE REORGANIZED DEBTORS' OBJECTIONS TO CERTAIN SECURITIES CLAIMS**<br><br>[No hearing requested] |

Upon the *ex parte* application (the "**Application**"), of Baupost Group Securities, L.L.C. ("**Baupost**"), pursuant to Rule 9013-1(c) of the Bankruptcy Local Rules for the Northern District of California, for an order authorizing Baupost to file an oversized brief in opposition to the Reorganized Debtors' Thirty-Fifth Securities Claims Omnibus Objection to The Baupost Amendment (the "**Baupost Objection**") [Dkt. No. 14206]; and the Court having found it has jurisdiction over this matter; and the Court having found and determined that notice of the Application is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted as provided herein.

2. Baupost is authorized to file and serve an oversized brief in opposition to the Baupost Objection in excess of twenty-five pages but not to exceed fifty-two pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

***END OF ORDER***