**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 9, 2024, OMNIBUS HEARING**<br><br>Date: April 9, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
APRIL 9, 2024,
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. <u>**Sayegh Brothers Motion on FVT Claims Resolution Procedures:**</u> *Motion to Determine if the Trustee's Modification of the Claim Resolution Procedure was Approved by Bankruptcy Court and if not so Approved to Grant Requested Relief Under 11 U.S.C. § 105(a) and § 1142(a) B.L.R. § 9014-1(b)(3)* [**Dkt. 14319**].

    <u>Responses Received:</u>

    A. *Fire Victim Trustee's Objection to Sayegh Brothers Motion* [**Dkt. 14388**].

        i. *Ex Parte Motion of the Fire Victim Trustee to File Confidential Claimant Submission to Fire Victim Trust Under Seal* [**Dkt. 14389**].

        ii. Proposed Document Filed Under Seal [**Dkt. 14390**].

    <u>Related Documents:</u>

    B. *Notice of Non Objection to Fire Victims Trust Ex Parte Request to File Confidential Claimant Submission* [**Dkt. 14394**].

    <u>Related Orders:</u>

    C. Docket Text Order from April 4, 2024.

    <u>Status</u>: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

2. <u>**Thirty-Eighth Omnibus Objection to Securities Claims:**</u> *Reorganized Debtors' Thirty-Eighth Securities Claims Omnibus Objection to Claims Filed by ISS (Insufficient Substantive Allegations and ADR No Liability Claims)* [**Dkt. 14216**].

    <u>Status</u>: This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims referenced therein) by Order [**Dkt. 14395**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims

agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 8, 2024

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*