Entered on Docket
April 08, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 8, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER SETTING RESPONSE DEADLINE TO**
**WILLIAM B. ABRAMS' MOTION TO STAY**

On April 4, 2024, interested party William B. Abrams filed a *Motion to Stay the Administration Execution and Enforcement of Victim Releases as Defined Within the Fire Victim Trust Agreement Pending United States Supreme Court Ruling and Pursuant to 11 U.S.C. § 105(a)* ("Motion"). The Motion purports

-1-

Case: 19-30088    Doc# 14401    Filed: 04/08/24    Entered: 04/08/24 13:45:34    Page 1 of 3

to set a response deadline of April 19, 2024 and a hearing date of April 30, 2024 if necessary.

Upon due consideration, the court HEREBY ORDERS the following:

1. The Fire Victim Trust is required to file a Response to the Motion on or before April 29, 2024;
2. The Reorganized Debtors and any other interested party may, but is not required to, file a Response to the Motion on or before April 29, 2024;
3. No Reply is to be filed by Mr. Abrams;
4. The court will take the matter under submission thereafter and no hearing on the Motion will be held.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

William B. Abrams
625 McDonald Ave.
Santa Rosa, CA 95404