# Exhibit 1

**Insufficient Substantive Allegations**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bank of America, Merrill<br>1300 American Blvd.<br>Pennington, NJ 08534 | 100546 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegations |
| Merrill-Lynch's clients<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK 73072 | 102192 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegations |
| Merrill-Lynch's clients - See Data File<br>350 David L Boren Boulevard, Suite 2000<br>Norman, OK 73072 | 102419 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegations |
| ML Various Clients<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | 100386 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegations |
| ML-Various Clients<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | 100011 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegations |
| **Claims To Be Expunged Totals** | Count: 5 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |