# Notice Recipients

District/Off: 0971−3    User: admin    Date Created: 4/10/2024
Case: 19−30088    Form ID: TRANSC    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Michael R Bush    condote59@gmail.com
aty    Susan Sieger Grimm    SSieger−Grimm@brownrudnick.com

TOTAL: 2