Lillian Stenfeldt (SBN 104929)
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone (415) 915-5192
Email: lillian.stenfeldt@rimonlaw.com

Phillip Wang (SBN 186712)
RIMON, P.C.
423 Washington Street, Suite 600
San Francisco, California 94111
Telephone: (415) 968-2002
Email: phillip.wang@rimonlaw.com

Attorneys for
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-and-

PACIFIC GAS AND ELECTRIC COMPANY,

Reorganized Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)

Case No. 19-30088-DM
19-30089-DM

Chapter 11
(Jointly Administered)

**REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS AND ALL MAILING LISTS**

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

REQUEST FOR REMOVAL FROM ECF NOTIFICATIOS AND ALL MAILING LISTS

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the undersigned attorney and Rimon, P.C., |
| 2 | hereby request to be removed from the Court's ECF notifications and all mailing |
| 3 | lists with respect to the above-captioned case: |

Lillian Stenfeldt (SBN 104929)
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone: (415) 915-5192
Email: lillian.stenfeldt@rimonlaw.com

Phillip K. Wang (SBN 186712)
RIMON, P.C.
423 Washington Street, Suite 600
San Francisco, California 94111
Telephone: (415) 968-2002
Email: phillip.wang@rimonlaw.com

DATED: April 12, 2024     RIMON, P.C.

By: _____
Lillian Stenfeldt
Attorneys for
The Regents of the University of California

REQUEST FOR REMOVAL FROM ECF NOTIFICATIOS AND ALL MAILING LISTS