**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Paul Pullo, do declare and state as follows:

1.      I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On April 1, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Unsecured Creditor Claim No. 7072, (ADRID: 5286275), Attn: John Ramirez, Marta Ramirez, PO Box 64, Hinkley CA 92347-0064:

- Letter to the Honorable Dennis Montali in Response to February 7, 2024 Letter of the Public Employees Retirement Association of New Mexico [Docket No. 14306]

- Notice of Cancellation of February 13, 2024, Omnibus Hearing [Docket No. 14314]

3.   I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document,

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of April 2024, at New York, NY.

*/s/ Paul Pullo*
Paul Pullo