1          UNITED STATES BANKRUPTCY COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                      -oOo-

4   In Re:                      ) Case No. 19-30088
                                ) Chapter 11
5   PG&E CORPORATION AND PACIFIC )
    GAS AND ELECTRIC COMPANY     ) San Francisco, California
6                                ) Monday, April 15, 2024
          Reorganized Debtors.   ) 10:00 AM
7   _____ )
                                    STATUS CONFERENCE REORGANIZED
8                                   DEBTORS' OBJECTION TO PROOF
                                    OF CLAIM NO. 2090 FILED BY
9                                   AMIR SHAHMIRZA [12130]

10              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE DENNIS MONTALI
11            UNITED STATES BANKRUPTCY JUDGE

12  APPEARANCES (All present by video or telephone):
    For the Reorganized       STEVEN A. LAMB, ESQ.
13  Debtors:                  Rovens Lamb LLP
                               2601 Airport Drive
14                            Suite 370
                              Torrance, CA 90505
15                             (310)536-7830

16                            THOMAS B. RUPP, ESQ.
                               Keller Benvenutti Kim LLP
17                            650 California Street
                              Suite 1900
18                            San Francisco, CA 94108
                               (415)636-9015

19
    For Amir Shahmirza, Komir, LAWRENCE A. JACOBSON, ESQ.
20  Inc.:                     Cohen and Jacobson, LLP
                               66 Bovet Road
21                            Suite 285
                               San Mateo, CA 94402
22                             (650)261-6280

23

24

25

**eScribers, LLC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18   Court Recorder:              LORENA PARADA/ANKEY THOMAS
                                  United States Bankruptcy Court
19                                450 Golden Gate Avenue
                                  San Francisco, CA 94102
20

21   Transcriber:                 RIVER WOLFE
                                  eScribers, LLC
22                                7227 N. 16th Street
                                  Suite #207
23                                Phoenix, AZ 85020
                                  (800) 257-0885
24
     Proceedings recorded by electronic sound recording;
25   transcript provided by transcription service.

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 2 of 21

1    SAN FRANCISCO, CALIFORNIA, MONDAY, APRIL 15, 2024, 10:00 AM

2                              -oOo-

3      (Call to order of the Court.)

4          THE CLERK:  Court is now in session, the Honorable

5  Dennis Montali presiding.  Calling the matter of PG&E

6  Corporation.

7          THE COURT:  All right.  Good morning.

8          Mr. Lamb.

9          MR. LAMB:  Good morning, Your Honor.  This is Steve

10  Lamb for the reorganized debtors.

11          THE COURT:  Mr. Jacobson.

12          MR. JACOBSON:  Good morning, Your Honor.  Lawrence

13  Jacobson appearing for the claimant.

14          THE COURT:  Ms. Parada, can you hear me and see me all

15  right?

16          THE CLERK:  Yes, Your Honor.  I can.

17          THE COURT:  I'm operating off of my little hot spot.

18  Do you gentlemen have internet where you are?

19          MR. LAMB:  I can hear you, Your Honor.

20          THE COURT:  Mr. Jacobson, got the internet working?

21          MR. LAMB:  Yes.

22          THE COURT:  So we've been without internet over here

23  in the East Bay since midnight so --

24          MR. LAMB:  Oh.

25          MR. JACOBSON:  You also have a busy freeway.

1          THE COURT:  Well, yeah.  I stayed off the freeway and
2   the Golden Gate Bridge, that's for sure.
3          I guess Mr. Rupp is joining us.  Hold on.
4          Mr. Rupp, you coming in?
5          MR. RUPP:  I'm trying, Your Honor.
6          THE COURT:  Okay.  Well, you're have the same problem
7   I'm having.
8          Well, Mr. Lamb, Mr. Jacobson, I read your statements,
9   and thank you for your statements.  I wouldn't want to try to
10  take a written exam on everything you said.
11         But Ms. Parada, did you see the statement and the
12  date?  Did I (audio interference) I gave you a heads up about
13  the dates that they want to move the trial to in September,
14  right?
15         THE CLERK:  September, Your Honor.  Yes.
16         THE COURT:  Yeah.  So those dates are okay.  We may
17  have one slight hang up for one short period of time on one of
18  the mornings, but we're move the trial to those dates.  I'm not
19  sure what else you think I should be doing today.
20         So Mr. Jacobson, why don't you go first.  Is there an
21  action item I'm supposed to deal with today?  Since you
22  gentlemen seem to be making progress.
23         MR. JACOBSON:  We are making progress.  We've
24  developed a fairly detailed schedule that is presented in our
25  respective statements.  We have a discovery --

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 4
of 21

1          THE COURT:  Right.

2          MR. JACOBSON:  -- issue to resolve.  And the action

3     item for you would be to give us your thoughts on the manner in

4     which to proceed.  We are aware that your courtroom rules

5     provide for an informal procedure, and we respect that.  And if

6     that could be made to work for an early resolution, that would

7     be desirable.

8          The qualifier to that is that the analysis is somewhat

9     specific.  Our document request is related to the three

10    declarations by the PG&E supposed experts by page and line

11    numbers and topics.  And PG&E has a different point of view,

12    apparently, with respect to what it's going to produce.

13         I would suggest is, is an approach that if you would

14    be able to review our respective meet-and-confer letters, there

15    are two of them each that set out I think fairly completely our

16    positions, perhaps with a transmittal email, and then have a

17    telephonic conference to discuss those discovery issues, that

18    would be a method of dealing with the discovery dispute.

19         THE COURT:  Well, the statement, Mr. Jacobson, that

20    you filed did mention three declarants, but you didn't include

21    copies with the emails there.  And that's what you're

22    suggesting you would submit to me now?

23         MR. JACOBSON:  Yes.  I was not intending to present to

24    you the substance back-and-forth of the --

25         THE COURT:  Okay.

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 5
of 21

1        MR. JACOBSON:  -- dispute just to indicate the nature

2   of it.

3        THE COURT:  Mr. Lamb, what's your pleasure on this?

4        MR. LAMB:  My pleasure, Your Honor, is to do it in a

5   manner that is most expeditious for you.  So --

6        THE COURT:  Okay.

7        MR. LAMB:  -- if that's what Mr. Jacobson wants to do,

8   we can do that.  I think we should probably have some type of

9   relatively brief -- like a letter brief on what our relative

10  positions are so that we can compile it for you rather than --

11  I mean, we can attach the email chain, but it's rather

12  voluminous, of the meet-and-confer.

13        MR. JACOBSON:  I'm not suggesting the email chain, but

14  I think each of us have two formal meet-and-confer letters in

15  letter style.

16        MR. LAMB:  We do.

17        THE COURT:  Well, Mr. Jacobson, you've appeared before

18  me as long as I've been on the bench.  Mr. Lamb's somewhat of a

19  newcomer with me.  But obviously, as long as I've been on the

20  bench, I've found that formal discoveries, motions to compel

21  were just too time consuming.  And it was so much easier to

22  have emails or even before we had emails, brief letter or

23  statement.  And then half the time they get resolved, or three

24  quarters of the time.  And that's really all I want to do.

25        So I'll do whatever works to try to facilitate it.

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 6
of 21

1    And to that end, if you had given me little letter briefs

2    before today, I might have been able to just have a discussion

3    with you today.  But if you think letter -- I don't know

4    whether it should be letter briefs or lengthy email chains.

5    Obviously, each of you feels strongly about your position, and

6    I'm supposed to make a decision.  So whatever works.  So why

7    don't we say short letter briefs.

8         Mr. Jacobson, is that something that could be done in

9    two or three pages, do you believe?

10         MR. JACOBSON:  I would prefer a two or three-page

11    letter, as Mr. Lamb suggests, that is more global and

12    authorities-related but attaching our meet-and-confer

13    correspondence because those letters deal with the details.

14         I think we want to avoid two things.  We want to avoid

15    the local civil rule process of present the request, the

16    objection, the argument, and deal with it informally.  And I

17    think secondly, we want --

18         THE COURT:  Right.

19         MR. JACOBSON:  -- to avoid just the lengthy, hard-to-

20    follow email threads.  So I think we can do that with the two

21    or three-page global authoritative letter that attaches the two

22    only meet-and-confer letters.

23         THE COURT:  Before Mr. Lamb responds, let me tell you

24    that I've noticed in the last couple of years, more and more

25    disputes include lengthy cites to things that other federal

Case: 19-30088    Doc# 14417    Filed: 04/16/24    Entered: 04/16/24 06:49:52    Page 7
of 21

1　judges have done elsewhere.  And I get these long cites, and

2　almost every time it happens, I realize that our case is not

3　the same as that other case.  So I kind of say, well, that's

4　interesting that magistrate judge so-and-so or district judge

5　so-and-so did such and such, but usually it doesn't help me

6　much.

7　　　　　So if you have authoritative things like court of

8　appeals decisions or Supreme Court, I guess I have to follow

9　them.  But let's not worry about that.  I'm just telling you

10　that when I get these long cites to unpublished decisions of

11　fellow trial-level judges, it's not terribly helpful.

12　　　　　Mr. Lamb, are you okay with Mr. Jacobson's suggestion

13　of --

14　　　　　MR. LAMB:  Yes, Your Honor.

15　　　　　THE COURT:  -- a three-page --

16　　　　　MR. LAMB:  Yes, Your Honor.

17　　　　　THE COURT:  -- letter brief --

18　　　　　MR. LAMB:  Sure.

19　　　　　THE COURT:  -- (indiscernible) by your -- okay.  Well,

20　should we do it -- shall I be really Solomon-like and give you

21　a date to do them simultaneously?  And then either you submit

22　it on the papers, or if I feel that I really need a hearing,

23　I'll call you and maybe just a telephone hearing on an

24　expedited basis.

25　　　　　What do you think?  Does that work, Mr. Jacobsen?

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 8
of 21

1          MR. LAMB:  I think it would be --

2          MR. JACOBSON:  Yes, perhaps about two weeks out.

3          MR. LAMB:  I think it would be --

4          THE COURT:  That far?  Okay.  Mr. Lamb.

5          MR. LAMB:  I think it would --

6          THE COURT:  Huh?

7          MR. LAMB:  Your Honor, if I may, I think it would be

8   helpful if we have --

9          THE COURT:  Okay.

10          MR. LAMB:  -- at least a week to respond, because I've

11   had some difficulty making sure we're framing the issues

12   together so --

13          THE COURT:  Okay.

14          MR. LAMB:  -- because it's really their contention.

15   And I can respond in a week.  That'd be fine.  But that'd be

16   helpful.

17          THE COURT:  Okay.  Okay.  So your suggesting is

18   Jacobson go first with let's say a three-page letter brief plus

19   what he calls the formal letters, and then you'll have a week

20   to respond after that.  Fair enough?

21          MR. LAMB:  Absolutely, Your Honor, that'd be great.

22          THE COURT:  Is a week enough for you --

23          MR. JACOBSON:  Your Honor, in that sequence --

24          THE COURT:  -- Mr. Jacobson?

25          MR. JACOBSON:  -- could I have a short reply?

1        THE COURT:  Oh, my (audio interference) what if we ask
2   for a surreply?
3        MR. JACOBSON:  Two-page reply.  Sure.
4        THE COURT:  How about a surreply, only one page?  I
5   mean, again, that's what I'm -- that's what I'm trying to
6   avoid.  Look --
7        MR. JACOBSON:  I'm asking for two weeks because I have
8   some travel planned in the next couple weeks.
9        THE COURT:  No, no, no.  I'm happy to give you the
10  time.  I'm resisting the reply more than anything else because
11  that was the wisdom of my simultaneous briefs and your
12  colleague, as they say in the Supreme Court, your friend on the
13  other side said he wants to reply.
14       I'll tell you what, Mr. Jacobson.  Two weeks, opening
15  brief.  One week after that, Mr. Lamb response.  No reply
16  unless I need one.  I'm not bashful about asking, but hopefully
17  in about three weeks, I'll either be able to make a ruling, or
18  I'll set up a telephone conference on an expedited basis.
19       So two weeks from Mr. Jacobson, three pages plus
20  copies.  And one week after that, Mr. Lamb.
21       MR. LAMB:  Sure.  What dates are we talking about,
22  then?  Let me just --
23       THE COURT:  Well, today, it's April 15th.
24       UNIDENTIFIED SPEAKER:  (Indiscernible) trouble
25  understanding --

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 10
of 21

1        THE COURT:  Today, it's the --

2        MR. JACOBSON:  -- why they're not simultaneous.

3        MR. LAMB:  What?

4        MR. JACOBSON:  I'm saying --

5        THE COURT:  Well, because he's saying --

6        MR. JACOBSON:  -- (indiscernible) having trouble

7   understanding why they're not --

8        THE COURT:  -- that you're framing that

9   (indiscernible).

10       MR. JACOBSON:  -- not simultaneous.

11       THE COURT:  Okay.  Mr. Lamb, make your pitch for not

12   simultaneous.

13       MR. LAMB:  Well, it's their motion.  It's their

14   argument.  I want to make sure I know what their argument is

15   because we've gone back and forth on meet-and-confer, which

16   some things I think we've agreed to, but I'm not sure we have.

17       So if it's the claimant's motion, I would like to know

18   what the position is and what's left, and then I'll respond.  I

19   mean, we're not talking about bringing a motion.

20       THE COURT:  Well, Mr. Jacobson, I'm going to --

21       MR. JACOBSON:  (Indiscernible) --

22       THE COURT:  -- I'm going to with that.  I think I have

23   to -- I have to make a decision somewhere, and I'm going to

24   stick with, with that proposal that I repeated to you.  I

25   promise you that if I am so completely bamboozled by the

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 11
of 21

1 response, I'll give you a chance to make a reply. But

2 hopefully, I'll either make a decision that everybody can live

3 with, or we'll have a telephone conference. And obviously, you

4 can reply in your conference. I just want to avoid the lengthy

5 back-and-forth because there's a lot of duplication in that.

6          So you enjoy your vacation. Today is April 15th.

7 We'll say two weeks from today. Does that work for you

8          MR. JACOBSON: Yes.

9          THE COURT: Are you comfortable with that, Mr. Lamb?

10 Do you want a little more time?

11          That's okay?

12          MR. LAMB: (Indiscernible) more time?

13          THE COURT: Take more --

14          MR. LAMB: I'm sorry.

15          THE COURT: -- if you want. You want more?

16          MR. JACOBSON: I'm just trying to find a calendar.

17 Two weeks goes to when?

18          THE COURT: Today is April 15th. So it's April 29th.

19          MR. JACOBSON: Which would -- how about the --

20          THE COURT: Don't mess up your vacation.

21          MR. JACOBSON: How about the Friday of that week,

22 whatever?

23          THE COURT: Okay. What's that? May 3rd? I don't

24 have my calendar up.

25          MR. JACOBSON: Yeah.

Case: 19-30088   Doc# 14417   Filed: 04/16/24   Entered: 04/16/24 06:49:52   Page 12
of 21

1        MR. LAMB:  It'd be May 3rd, Your Honor.

2        THE CLERK:  Yes, Your Honor.  May 3rd.

3        MR. JACOBSON:  Yeah.

4        THE COURT:  May 3rd.

5        MR. LAMB:  And then May 17th -- I'm sorry.  May 17th

6   for the reorganized debtors?

7        MR. JACOBSON:  I thought it was one week, the 10th.

8        THE COURT:  Well, come on.

9        MR. LAMB:  Oh, I'm sorry.  That's right.

10        THE COURT:  You just took some more time.

11        MR. LAMB:  No, you're right.  You're right.  I'm

12   sorry.

13        THE COURT:  Mr. Lamb, here's your chance to score big

14   time.  If Mr. Jacobson is filing his paper on May 3rd, when

15   would you be comfortable filing your response?

16        MR. LAMB:  I can do it on May 10th.  That's fine.  I'm

17   sorry.

18        THE COURT:  Okay.

19        MR. LAMB:  I looked at the calendar wrong.  That's my

20   fault.  Okay.

21        THE COURT:  All right.  May 3rd, Mr. Jacobson, three

22   pages plus letters.  May 10th, Mr. Lamb, three pages plus the

23   prior letter responses.  Matter either submitted, or I will

24   call for either a reply if appropriate or set up a telephone

25   conference on an expedited basis that would be done.

1    Meanwhile --

2            MR. LAMB:  And if I may -- if I may --

3            THE COURT:  -- we'll stick with those --

4            Yes, sir.

5            MR. LAMB:  Your Honor, if Mr. Jacobson has --

6            THE COURT:  Yes.

7            MR. LAMB:  -- some kind of issue with some timing and

8    needs some extra time and wants to shift it, I'll deal with

9    that.  I don't want to be difficult in this regard at all.

10           THE COURT:  Okay.  And we're moving our trial date to

11   the September dates that are in your papers.  It's three days

12   in September.  That'll be -- did I forget what I said before?

13   But that'll be live in court in San Francisco.

14           MR. LAMB:  Right.

15           THE COURT:  That's the plan.  Okay.

16           MR. LAMB:  Yes, we'll --

17           THE COURT:  Well, anything else?

18           MR. JACOBSON:  Yes.  Would you set a further status

19   conference or a date for making a trial scheduling order with

20   respect to lists of witnesses, exchange of documents?  There

21   was comment about demonstratives.

22           THE COURT:  Well, I have a -- I normally have -- I

23   have just kind of a standard one for that.  I can make it

24   personalized if you want.  Believe it or not, I'm still bullish

25   to think the mediation will succeed, but maybe I'm crazy.

Case: 19-30088    Doc# 14417    Filed: 04/16/24    Entered: 04/16/24 06:49:52    Page 14
of 21

1          MR. JACOBSON:  All right.  That's all good.  I'm just
2     trying to deal with structure.  At some point, there will be a
3     trial scheduling order, correct?

4          THE COURT:  Again, going back to the way I was -- as
5     long as I've been on the bench, I've had kind of a standard
6     trial scheduling order.  We had to modify it to deal with
7     COVID, and now we've been dealing with in-person.  But it's all
8     subject -- in complicated cases, what I've had -- what I've
9     done is I've had my judicial assistant work with me on the
10    order.  And then I send out the -- have her send out that the
11    scheduling order for comments in case there's something that
12    I've overlooked because of the nature of it.

13         So why don't we leave it that way, Mr. Jacobson, that
14    sometime let's say in May, if not earlier, Ms. Thomas, my
15    judicial assistant, will forward to both of you a proposed
16    trial scheduling order.  And it's just there for each of you to
17    comment about this, we need more time for this or that or
18    whatever.  It's not to make it a big deal.  It's to make it
19    work and again, with the hope that it'll never really come to
20    be.

21         And because of the nature of this case and the way
22    it's gone on and the time spent on it, I will include an actual
23    pre-trial conference with you probably two months or so before
24    the trial date to talk about everything we need to talk about.
25    So there's plenty of time to be able to make that work to both

Case: 19-30088    Doc# 14417    Filed: 04/16/24    Entered: 04/16/24 06:49:52    Page 15
of 21

1   sides' satisfaction.  Okay.  Fair enough?

2           MR. JACOBSON:  Thank you.  My request was awkward, but

3   that is the information I was asking.

4           THE COURT:  It wasn't awkward, and I hope my answer

5   wasn't awkward.  Have a nice vacation, Mr. Jacobson, and get

6   your discovery stuff ready.

7           Mr. Lamb, thank you, or anything -- again, I'm not

8   trying to get rid of you.  Do we need to talk about anything

9   else?

10          MR. LAMB:  No, thank you, Your Honor.  That's good,

11  Your Honor.

12          MR. JACOBSON:  It for now.

13          THE COURT:  Okay.  Well, I'm going to -- I'm glad my

14  internet'll work for this long.  Okay.  Thank you, gentleman.

15          IN UNISON:  Thank you, Your Honor.

16          THE COURT:  Have a nice day.

17          MR. LAMB:  Thanks.

18     (Whereupon these proceedings were concluded at 10:17 AM)

19

20

21

22

23

24

25

1          C E R T I F I C A T I O N

2

3   I, River Wolfe, certify that the foregoing transcript is a true

4   and accurate record of the proceedings.

5

6

7

8   _____

9   /s/ RIVER WOLFE, CDLT-265

10

11  eScribers

12  7227 N. 16th Street, Suite #207

13  Phoenix, AZ 85020

14

15  Date:  April 16, 2024

16

17

18

19

20

21

22

23

24

25

## A

**able (4)**
5:14;7:2;10:17;
15:25
**Absolutely (1)**
9:21
**action (2)**
4:21;5:2
**actual (1)**
15:22
**again (4)**
10:5;15:4,19;16:7
**agreed (1)**
11:16
**almost (1)**
8:2
**analysis (1)**
5:8
**apparently (1)**
5:12
**appeals (1)**
8:8
**appeared (1)**
6:17
**appearing (1)**
3:13
**approach (1)**
5:13
**appropriate (1)**
13:24
**APRIL (5)**
3:1;10:23;12:6,18,
18
**argument (3)**
7:16;11:14,14
**assistant (2)**
15:9,15
**attach (1)**
6:11
**attaches (1)**
7:21
**attaching (1)**
7:12
**audio (2)**
4:12;10:1
**authoritative (2)**
7:21;8:7
**authorities-related (1)**
7:12
**avoid (5)**
7:14,14,19;10:6;
12:4
**aware (1)**
5:4
**awkward (3)**
16:2,4,5

## B

**back (2)**
11:15;15:4

**back-and-forth (2)**
5:24;12:5
**bamboozled (1)**
11:25
**bashful (1)**
10:16
**basis (3)**
8:24;10:18;13:25
**Bay (1)**
3:23
**bench (3)**
6:18,20;15:5
**big (2)**
13:13;15:18
**both (2)**
15:15,25
**Bridge (1)**
4:2
**brief (6)**
6:9,9,22;8:17;9:18;
10:15
**briefs (4)**
7:1,4,7;10:11
**bringing (1)**
11:19
**bullish (1)**
14:24
**busy (1)**
3:25

## C

**calendar (3)**
12:16,24;13:19
**CALIFORNIA (1)**
3:1
**Call (3)**
3:3;8:23;13:24
**Calling (1)**
3:5
**calls (1)**
9:19
**can (12)**
3:14,16,19;6:8,10,
11;7:20;9:15;12:2,4;
13:16;14:23
**case (4)**
8:2,3;15:11,21
**cases (1)**
15:8
**chain (2)**
6:11,13
**chains (1)**
7:4
**chance (2)**
12:1;13:13
**cites (3)**
7:25;8:1,10
**civil (1)**
7:15
**claimant (1)**
3:13
**claimant's (1)**

11:17
**CLERK (4)**
3:4,16;4:15;13:2
**colleague (1)**
10:12
**comfortable (2)**
12:9;13:15
**coming (1)**
4:4
**comment (2)**
14:21;15:17
**comments (1)**
15:11
**compel (1)**
6:20
**compile (1)**
6:10
**completely (2)**
5:15;11:25
**complicated (1)**
15:8
**concluded (1)**
16:18
**conference (7)**
5:17;10:18;12:3,4;
13:25;14:19;15:23
**consuming (1)**
6:21
**contention (1)**
9:14
**copies (2)**
5:21;10:20
**Corporation (1)**
3:6
**correspondence (1)**
7:13
**couple (2)**
7:24;10:8
**Court (65)**
3:3,4,7,11,14,17,20,
22;4:1,6,16;5:1,19,25;
6:3,6,17;7:18,23;8:7,
8,15,17,19;9:4,6,9,13,
17,22,24;10:1,4,9,12,
23;11:1,5,8,11,20,22;
12:9,13,15,18,20,23;
13:4,8,10,13,18,21;
14:3,6,10,13,15,17,
22;15:4,16:4,13,16
**courtroom (1)**
5:4
**COVID (1)**
15:7
**crazy (1)**
14:25

## D

**date (5)**
4:12;8:21;14:10,19;
15:24
**dates (5)**
4:13,16,18;10:21;

14:11
**day (1)**
16:16
**days (1)**
14:11
**deal (7)**
4:21;7:13,16;14:8;
15:2,6,18
**dealing (1)**
5:18;15:7
**debtors (1)**
3:10;13:6
**decision (3)**
7:6;11:23;12:2
**decisions (2)**
8:8,10
**declarants (1)**
5:20
**declarations (1)**
5:10
**demonstratives (1)**
14:21
**Dennis (1)**
3:5
**desirable (1)**
5:7
**detailed (1)**
4:24
**details (1)**
7:13
**developed (1)**
4:24
**different (1)**
5:11
**difficult (1)**
14:9
**difficulty (1)**
9:11
**discoveries (1)**
6:20
**discovery (4)**
4:25;5:17,18;16:6
**discuss (1)**
5:17
**discussion (1)**
7:2
**dispute (2)**
5:18;6:1
**disputes (1)**
7:25
**district (1)**
8:4
**document (1)**
5:9
**documents (1)**
14:20
**done (4)**
7:8;8:1;13:25;15:9
**duplication (1)**
12:5

## E

14:11
**earlier (1)**
15:14
**early (1)**
5:6
**easier (1)**
6:21
**East (1)**
3:23
**either (5)**
8:21;10:17;12:2;
13:23,24
**else (4)**
4:19;10:10;14:17;
16:9
**elsewhere (1)**
8:1
**email (5)**
5:16;6:11,13;7:4,20
**emails (3)**
5:21;6:22,22
**end (1)**
7:1
**enjoy (1)**
12:6
**enough (3)**
9:20,22;16:1
**even (1)**
6:22
**everybody (1)**
12:2
**exam (1)**
4:10
**exchange (1)**
14:20
**expedited (3)**
8:24;10:18;13:25
**expeditious (1)**
6:5
**experts (1)**
5:10
**extra (1)**
14:8

## F

**facilitate (1)**
6:25
**Fair (2)**
9:20;16:1
**fairly (2)**
4:24;5:15
**far (1)**
9:4
**fault (1)**
13:20
**federal (1)**
7:25
**feel (1)**
8:22
**feels (1)**
7:5
**fellow (1)**
8:11

Case: 19-30088     Doc# 14417     Filed: 04/16/24     Entered: 04/16/24 06:49:52     Page 18
of 21

filed (1)
5:20
filing (2)
13:14,15
find (1)
12:16
fine (2)
9:15;13:16
first (2)
4:20;9:18
follow (2)
7:20;8:8
forget (1)
14:12
formal (3)
6:14,20;9:19
forth (1)
11:15
forward (1)
15:15
found (1)
6:20
framing (2)
9:11;11:8
FRANCISCO (2)
3:1;14:13
freeway (2)
3:25;4:1
Friday (1)
12:21
friend (1)
10:12
further (1)
14:18

**G**

Gate (1)
4:2
gave (1)
4:12
gentleman (1)
16:14
gentlemen (2)
3:18;4:22
given (1)
7:1
glad (1)
16:13
global (2)
7:11,21
goes (1)
12:17
Golden (1)
4:2
Good (5)
3:7,9,12;15:1;16:10
great (1)
9:21
guess (2)
4:3;8:8

**H**

half (1)
6:23
hang (1)
4:17
happens (1)
8:2
happy (1)
10:9
hard-to- (1)
7:19
heads (1)
4:12
hear (2)
3:14,19
hearing (2)
8:22,23
help (1)
8:5
helpful (3)
8:11;9:8,16
here's (1)
13:13
Hold (1)
4:3
Honor (18)
3:9,12,16,19;4:5,
15;6:4;8:14,16;9:7,
21,23;13:1,2;14:5;
16:10,11,15
Honorable (1)
3:4
hope (2)
15:19;16:4
hopefully (2)
10:16;12:2
hot (1)
3:17
Huh (1)
9:6

**I**

include (3)
5:20;7:25;15:22
indicate (1)
6:1
indiscernible (6)
8:19;10:24;11:6,9,
21;12:12
informal (1)
5:5
informally (1)
7:16
information (1)
16:3
in-person (1)
15:7
intending (1)
5:23
interesting (1)

8:4
interference (2)
4:12;10:1
internet (3)
3:18,20,22
internet'll (1)
16:14
issue (2)
5:2;14:7
issues (2)
5:17;9:11
item (2)
4:21;5:3

**J**

Jacobsen (1)
8:25
Jacobson (49)
3:11,12,13,20,25;
4:8,20,23;5:2,19,23;
6:1,7,13,13,17;7:8,10,19;
9:2,18,23,24,25;10:3,
7,14,19;11:2,4,6,10,
20,21;12:8,16,19,21,
25;13:3,7,14,21;14:5,
18;15:1,13;16:2,5,12
Jacobson's (1)
8:12
joining (1)
4:3
judge (2)
8:4,4
judges (2)
8:1,11
judicial (2)
15:9,15

**K**

kind (4)
8:3;14:7,23;15:5

**L**

Lamb (50)
3:8,9,10,19,21,24;
4:8;6:3,4,7,16;7:11,
23;8:12,14,16,18;9:1,
3,4,5,7,10,14,21;
10:15,20,21;11:3,11,
13;12:9,12,14;13:1,5,
9,11,13,16,19,22;
14:2,5,7,14,16;16:7,
10,17
Lamb's (1)
6:18
last (1)
7:24
Lawrence (1)
3:12
least (1)
9:10

leave (1)
15:13
left (1)
11:18
lengthy (4)
7:4,19,25;12:4
letter (12)
6:9,15,22;7:1,3,4,7,
11,21;8:17;9:18;
13:23
letters (6)
5:14;6:14;7:13,22;
9:19;13:22
line (1)
5:10
lists (1)
14:20
little (3)
3:17;7:1;12:10
live (2)
12:2;14:13
local (1)
7:15
long (6)
6:18,19;8:1,10;
15:5;16:14
Look (1)
10:6
looked (1)
13:19
lot (1)
12:5

**M**

magistrate (1)
8:4
making (4)
4:22,23;9:11;14:19
manner (2)
5:3;6:5
matter (2)
3:5;13:23
may (15)
4:16;9:7;12:23;
13:1,2,4,5,5,14,16,21,
22;14:2,2;15:14
maybe (2)
8:23;14:25
mean (3)
6:11;10:5;11:19
Meanwhile (1)
14:1
mediation (1)
14:25
meet-and-confer (6)
5:14;6:12,14;7:12,
22;11:15
mention (1)
5:20
mess (1)
12:20
method (1)

5:18
midnight (1)
3:23
might (1)
7:2
modify (1)
15:6
MONDAY (1)
3:1
Montali (1)
3:5
months (1)
15:23
more (10)
7:11,24,24;10:10;
12:10,12,13,15;13:10;
15:17
morning (3)
3:7,9,12
mornings (1)
4:18
most (1)
6:5
motion (3)
11:13,17,19
motions (1)
6:20
move (2)
4:13,18
moving (1)
14:10
much (2)
6:21;8:6

**N**

nature (3)
6:1;15:12,21
need (5)
8:22;10:16;15:17,
24;16:8
needs (1)
14:8
newcomer (1)
6:19
next (1)
10:8
nice (2)
16:5,16
normally (1)
14:22
noticed (1)
7:24
numbers (1)
5:11

**O**

objection (1)
7:16
obviously (3)
6:19;7:5;12:3
off (2)

Case: 19-30088    Doc# 14417    Filed: 04/16/24    Entered: 04/16/24 06:49:52    Page 19
of 21

3:17;4:1
**one (9)**
4:17,17,17;10:4,15,
16,20;13:7;14:23
**only (2)**
7:22;10:4
**oOo- (1)**
3:2
**opening (1)**
10:14
**operating (1)**
3:17
**order (7)**
3:3;14:19;15:3,6,
10,11,16
**out (4)**
5:15;9:2;15:10,10
**over (1)**
3:22
**overlooked (1)**
15:12

**P**

**page (2)**
5:10;10:4
**pages (4)**
7:9;10:19;13:22,22
**paper (1)**
13:14
**papers (2)**
8:22;14:11
**Parada (2)**
3:14;4:11
**perhaps (2)**
5:16;9:2
**period (1)**
4:17
**personalized (1)**
14:24
**PG&E (3)**
3:5;5:10,11
**pitch (1)**
11:11
**plan (1)**
14:15
**planned (1)**
10:8
**pleasure (2)**
6:3,4
**plenty (1)**
15:25
**plus (4)**
9:18;10:19;13:22,
22
**point (2)**
5:11;15:2
**position (2)**
7:5;11:18
**positions (2)**
5:16;6:10
**prefer (1)**
7:10

**present (2)**
5:23;7:15
**presented (1)**
4:24
**presiding (1)**
3:5
**pre-trial (1)**
15:23
**prior (1)**
13:23
**probably (2)**
6:8;15:23
**problem (1)**
4:6
**procedure (1)**
5:5
**proceed (1)**
5:4
**proceedings (1)**
16:18
**process (1)**
7:15
**produce (1)**
5:12
**progress (2)**
4:22,23
**promise (1)**
11:25
**proposal (1)**
11:24
**proposed (1)**
15:15
**provide (1)**
5:5

**Q**

**qualifier (1)**
5:8
**quarters (1)**
6:24

**R**

**rather (2)**
6:10,11
**read (1)**
4:8
**ready (1)**
16:6
**realize (1)**
8:2
**really (5)**
6:24;8:20,22;9:14;
15:19
**regard (1)**
14:9
**related (1)**
5:9
**relative (1)**
6:9
**relatively (1)**
6:9

**reorganized (2)**
3:10;13:6
**repeated (1)**
11:24
**reply (8)**
9:25;10:3,10,13,15;
12:1,4;13:24
**request (3)**
5:9;7:15;16:2
**resisting (1)**
10:10
**resolution (1)**
5:6
**resolve (1)**
5:2
**resolved (1)**
6:23
**respect (3)**
5:5,12;14:20
**respective (2)**
4:25;5:14
**respond (4)**
9:10,15,20;11:18
**responds (1)**
7:23
**response (3)**
10:15;12:1;13:15
**responses (1)**
13:23
**review (1)**
5:14
**rid (1)**
16:8
**right (11)**
3:7,15;4:14;5:1;
7:18;13:9,11,11,21;
14:14;15:1
**rule (1)**
7:15
**rules (1)**
5:4
**ruling (1)**
10:17
**Rupp (3)**
4:3,4,5

**S**

**same (2)**
4:6;8:3
**SAN (2)**
3:1;14:13
**satisfaction (1)**
16:1
**saying (2)**
11:4,5
**schedule (1)**
4:24
**scheduling (5)**
14:19;15:3,6,11,16
**score (1)**
13:13
**secondly (1)**

7:17
**seem (1)**
4:22
**send (2)**
15:10,10
**September (4)**
4:13,15;14:11,12
**sequence (1)**
9:23
**session (1)**
3:4
**set (4)**
5:15;10:18;13:24;
14:18
**shall (1)**
8:20
**shift (1)**
14:8
**short (3)**
4:17;7:7;9:25
**side (1)**
10:13
**sides' (1)**
16:1
**simultaneous (4)**
10:11;11:2,10,12
**simultaneously (1)**
8:21
**slight (1)**
4:17
**so-and-so (2)**
8:4,5
**Solomon-like (1)**
8:20
**sometime (1)**
15:14
**somewhat (2)**
5:8;6:18
**somewhere (1)**
11:23
**sorry (5)**
12:14;13:5,9,12,17
**SPEAKER (1)**
10:24
**specific (1)**
5:9
**spent (1)**
15:22
**spot (1)**
3:17
**standard (2)**
14:23;15:5
**statement (2)**
4:11;5:19;6:23
**statements (3)**
4:8,9,25
**status (1)**
14:18
**stayed (1)**
4:1
**Steve (1)**
3:9
**stick (2)**

11:24;14:3
**still (1)**
14:24
**strongly (1)**
7:5
**structure (1)**
15:2
**stuff (1)**
16:6
**style (1)**
6:15
**subject (1)**
15:8
**submit (2)**
5:22;8:21
**submitted (1)**
13:23
**substance (1)**
5:24
**succeed (1)**
14:25
**suggest (1)**
5:13
**suggesting (3)**
5:22;6:13;9:17
**suggestion (1)**
8:12
**suggests (1)**
7:11
**supposed (3)**
4:21;5:10;7:6
**Supreme (2)**
8:8;10:12
**sure (8)**
4:2,19;8:18;9:11;
10:3,21;11:14,16
**surreply (2)**
10:2,4

**T**

**talk (3)**
15:24,24;16:8
**talking (2)**
10:21;11:19
**telephone (4)**
8:23;10:18;12:3;
13:24
**telephonic (1)**
5:17
**telling (1)**
8:9
**terribly (1)**
8:11
**Thanks (1)**
16:17
**that'd (3)**
9:15,15,21
**That'll (2)**
14:12,13
**Thomas (1)**
15:14
**thought (1)**

Case: 19-30088    Doc# 14417    Filed: 04/16/24    Entered: 04/16/24 06:49:52    Page 20
of 21

13:7
**thoughts (1)**
5:3
**threads (1)**
7:20
**three (9)**
5:9,20;6:23;7:9;
10:17,19;13:21,22;
14:11
**three-page (4)**
7:10,21;8:15;9:18
**timing (1)**
14:7
**today (9)**
4:19,21;7:2,3;
10:23;11:1;12:6,7,18
**together (1)**
9:12
**took (1)**
13:10
**topics (1)**
5:11
**transmittal (1)**
5:16
**travel (1)**
10:8
**trial (8)**
4:13,18;14:10,19;
15:3,6,16,24
**trial-level (1)**
8:11
**trouble (2)**
10:24;11:6
**try (2)**
4:9;6:25
**trying (5)**
4:5;10:5;12:16;
15:2;16:8
**two (14)**
5:15;6:14;7:9,10,
14,20,21;9:2;10:7,14,
19;12:7,17;15:23
**Two-page (1)**
10:3
**type (1)**
6:8

---

**U**

**UNIDENTIFIED (1)**
10:24
**UNISON (1)**
16:15
**unless (1)**
10:16
**unpublished (1)**
8:10
**up (6)**
4:12,17;10:18;
12:20,24;13:24
**usually (1)**
8:5

---

**V**

**vacation (3)**
12:6,20;16:5
**view (1)**
5:11
**voluminous (1)**
6:12

---

**W**

**wants (3)**
6:7;10:13;14:8
**way (3)**
15:4,13,21
**week (8)**
9:10,15,19,22;
10:15,20;12:21;13:7
**weeks (8)**
9:2;10:7,8,14,17,
19;12:7,17
**what's (3)**
6:3;11:18;12:23
**Whereupon (1)**
16:18
**wisdom (1)**
10:11
**without (1)**
3:22
**witnesses (1)**
14:20
**work (7)**
5:6;8:25;12:7;15:9,
19,25;16:14
**working (1)**
3:20
**works (2)**
6:25;7:6
**worry (1)**
8:9
**written (1)**
4:10
**wrong (1)**
13:19

---

**Y**

**years (1)**
7:24

---

**1**

**10:00 (1)**
3:1
**10:17 (1)**
16:18
**10th (3)**
13:7,16,22
**15 (1)**
3:1
**15th (3)**
10:23;12:6,18

---

**17th (2)**
13:5,5

---

**2**

**2024 (1)**
3:1
**29th (1)**
12:18

---

**3**

**3rd (6)**
12:23;13:1,2,4,14,
21

Case: 19-30088     Doc# 14417     Filed: 04/16/24     Entered: 04/16/24 06:49:52     Page 21
of 21