# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 4/16/2024 |
| Case: 19−30088 | Form ID: TRANSC | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Lawrence A. Jacobson      laj@cohenandjacobson.com
aty      Thomas B. Rupp      trupp@kbkllp.com

                         TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
     STEVEN A. LAMB, ESQ.      Rovens Lamb LLP      2601 Airport Drive, Suite 370      Torrance, CA 90505

                         TOTAL: 1