# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1.    I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2.    On April 12, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., Attn: Abigail V. O'Brient, Andrew B. Levin, 2029 Century Park East, Suite 3100, Los Angeles, CA 90067:

- Reorganized Debtors' Thirty-Ninth Securities Claims Omnibus Objection to Claims of Merrill Lynch (Insufficient Substantive Allegations Claims) [Docket No. 14404]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Thirty-Ninth Securities Claims Omnibus Objection to Claims of Merrill Lynch (Insufficient Substantive Allegations Claims) [Docket No. 14405]

*[Remainder of page intentionally left blank]*

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Notice of Hearing on Reorganized Debtors' Thirty-Ninth Securities Claims Omnibus Objection to Claims of Merril Lynch (Insufficient Substantive Allegations Claims) [Docket No. 14406]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of April 2024, at New York, NY.

/s/ Victor Wong
Victor Wong