# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 4, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Jones, Adrienne L, (ADRID: 4764101), at an address that is being redacted in the interest of privacy:

- Reorganized Debtors' Report on Responses to Twenty-Eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) and Request for Order by Default [Docket No. 14301]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Twenty-eighth Securities Claims Omnibus Objection (Insufficient Substantive Allegations Claims) [Docket No. 14303]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 23rd day of April 2024, at New York, NY.

*/s/ Paul Pullo*
Paul Pullo

SRF 78083