1   BROWN RUDNICK LLP
    David J. Molton (SBN 262075)
2   (DMolton@brownrudnick.com)
    Seven Times Square
3   New York, New York 10036
    Telephone:    (212) 209-4800
4   Facsimile:    (212) 209-4801

5   BROWN RUDNICK LLP
    Joel S. Miliband (SBN 077438)
6   (JMiliband@brownrudnick.com)
    2211 Michelson Drive, Seventh Floor
7   Irvine, California 92612
    Telephone:    (949) 752-7100
8   Facsimile:    (949) 252-1514

9   *Attorneys for the Fire Victim Trustee*

10

11                  **UNITED STATES BANKRUPTCY COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
12                      **SAN FRANCISCO DIVISION**

13

14  In re:                                      Case No. 19-30088 (DM)

15                                              Chapter 11
    **PG&E CORPORATION,**                       (Lead Case)
16                                              (Jointly Administered)
                - and –
17                                              **NOTICE OF FILING OF ANNUAL**
                                                **REPORT OF FIRE VICTIM TRUST**
18  **PACIFIC GAS AND ELECTRIC**                **AND CLAIMS REPORT OF FIRE**
    **COMPANY,**                                **VICTIM TRUST PURSUANT TO**
19  **Debtors.**                                **FIRE VICTIM TRUST AGREEMENT**

20
    ☐ Affects PG&E Corporation
21  ☐ Affects Pacific Gas and Electric Company
    ☑ Affects both Debtors
22

23
    *\* All papers shall be filed in the Lead Case,*
24  *No. 19-30088 (DM).*

25

26

27

28

TO FIRE VICTIMS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that, in accordance with Section 2.2 (c)(i) of the PG&E Fire Victim Trust Agreement Dated as of July 1, 2020 (the "**Trust Agreement**"), Cathy Yanni, in her capacity as the Trustee (the "**Trustee**"), has filed an annual report (the "**Annual Report**") audited by the Trust Accountants along with an opinion of the Trust Accountants as to the fairness in all material respects of the special-purpose financial statements contained in the Annual Report (the "**Opinion**"). A copy of the Annual Report and a copy the Opinion are attached hereto as **Exhibit 1**. As further required by Section 2.2 (c)(i) of the Trust Agreement, the Trustee has provided a copy of the Annual Report and a copy of the Opinion to the Claims Administrator and the TOC, and will post them on the Fire Victim Trust Website at www.firevictimtrust.com.

PLEASE TAKE FURTHER NOTICE that in accordance with Section 2.2 (c)(ii) of the Trust Agreement, the Trustee caused to be prepared a report containing a summary regarding the number and type of claims disposed of during the period covered by the Annual Report (the "**Claims Report**"). A copy of the Claims Report is attached hereto as **Exhibit 2**. As further required by Section 2.2 (c)(ii) of the Trust Agreement, the Trustee has provided a copy of the Claims Report to the Claims Administrator and the TOC and will post it on the Fire Victim Trust Website at www.firevictimtrust.com.

DATED: April 29, 2024                    BROWN RUDNICK LLP

By:    /s/ *David J. Molton*
_____
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800

-and-

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100

*Attorneys for the Fire Victim Trustee*

1

**EXHIBIT 1**
**ANNUAL REPORT**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PG&E Fire Victim Trust

## Special-Purpose Financial Statements with Supplementary Information
For the Years Ended December 31, 2023 and 2022

The report accompanying these financial statements was issued by
BDO USA, P.C., a Virginia professional corporation and the U.S. member
of BDO International Limited, a UK company limited by guarantee.



# PG&E Fire Victim Trust

Special-Purpose Financial Statements
with Supplementary Information
For the Years Ended December 31, 2023 and 2022

# PG&E Fire Victim Trust

## Contents

| | |
|---|---|
| **Independent Auditor's Report** | 1-3 |
| **Special-Purpose Financial Statements** | |
| Special-Purpose Statements of Assets, Liabilities and Net Claimants' Equity | 4 |
| Special-Purpose Statements of Changes in Net Claimants' Equity | 5 |
| Special-Purpose Statements of Cash Flows | 6 |
| Notes to the Special-Purpose Financial Statements | 7-12 |
| **Supplementary Information** | |
| Independent Auditor's Report on Supplementary Information | 13 |
| Supplementary Schedules of Operating Expenses | 14-15 |



Tel: 703-893-0600
Fax: 703-893-2766
www.bdo.com

8401 Greensboro Drive
Suite 800
McLean, VA 22102

## Independent Auditor's Report

Trustee
PG&E Fire Victim Trust
San Francisco, California

### Opinion

We have audited the accompanying special-purpose financial statements of the PG&E Fire Victim Trust (the Trust) (a statutory trust created under the laws of the State of Delaware), which comprise the special-purpose statements of assets, liabilities, and net claimants' equity as of December 31, 2023 and 2022, and the related special-purpose statements of changes in net claimants' equity and the special-purpose statements of cash flows for the years then ended, and the related notes to the special-purpose financial statements.

In our opinion, the accompanying special-purpose financial statements present fairly, in all material respects, the net claimants' equity of the Trust as of December 31, 2023 and 2022, and the results of its changes in net claimants' equity and its cash flows for the years then ended in accordance with the basis of accounting described in Note 2 to the special-purpose financial statements.

### Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Special-Purpose Financial Statements* section of our report. We are required to be independent of the Trust and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Emphasis of Matter - Basis of Accounting

We draw attention to Note 2 of the special-purpose financial statements which describes the basis of accounting. As described in Note 2, the accompanying special-purpose financial statements were prepared in order to account for the amount of claimants' equity presently available to fund current and future claims, which is a basis of accounting other than accounting principles generally accepted in the United States of America. As a result, the special-purpose financial statements may not be suitable for another purpose. Our opinion is not modified with respect to this matter.

BDO USA, P.C., a Virginia professional corporation, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



***Responsibilities of Management for the Special-Purpose Financial Statements***

Management is responsible for the preparation and fair presentation of the special-purpose financial statements in accordance with the basis of accounting as described in Note 2 to the special-purpose financial statements. Management is also responsible for the design, implementation, and maintenance of internal controls relevant to the preparation and fair presentation of special-purpose financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the special-purpose financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern within one year after the date that the special-purpose financial statements are issued or available to be issued.

***Auditor's Responsibilities for the Audit of the Special-Purpose Financial Statements***

Our objectives are to obtain reasonable assurance about whether the special-purpose financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the special-purpose financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the special-purpose financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the special-purpose financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Trust's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the special-purpose financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.



***Other Matter - Restriction of Use***

Our report is intended solely for the information and use of the Trust and is not intended to be and should not be used by anyone other than the specified party.

***Other Matter - Other Information Included in the Annual Report***

Management is responsible for the other information included in the annual report. The other information comprises the annual report and account of the Trust for the year ended December 31, 2023, but does not include the special-purpose financial statements and our auditor's report thereon. Our opinion on the special-purpose financial statements does not cover the other information, and we do not express an opinion or any form of assurance thereon.

In connection with our audit of the special-purpose financial statements, our responsibility is to read the other information and consider whether a material inconsistency exists between the other information and the special-purpose financial statements, or the other information otherwise appears to be materially misstated. If, based on the work performed, we conclude that an uncorrected material misstatement of the other information exists, we are required to describe it in our report.

BDO USA, P.C.

McLean, Virginia
April 25, 2024



# Special-Purpose Financial Statements

# PG&E Fire Victim Trust

## Special-Purpose Statements of Assets, Liabilities and Net Claimants' Equity

| December 31, | 2023 | 2022 |
|---|---:|---:|
| **Assets** | | |
| Cash | $ 118,442,793 | $ 158,880,801 |
| Investments | 2,882,515,220 | 7,587,602,734 |
| Prepaid expense | - | 9,000 |
| **Total assets** | 3,000,958,013 | 7,746,492,535 |
| **Liabilities** | | |
| Accounts payable and accrued expenses | 3,069,342 | 5,116,392 |
| Claims settled, but not paid | 58,925,660 | 51,833,551 |
| **Total liabilities** | 61,995,002 | 56,949,943 |
| **Net claimants' equity** | $ 2,938,963,011 | $ 7,689,542,592 |

*See accompanying notes to the special-purpose financial statements.*

# PG&E Fire Victim Trust

## Special-Purpose Statements of Changes in Net Claimants' Equity

| *Years Ended December 31,* | 2023 | 2022 |
|---|---:|---:|
| **Additions** | | |
| Trust funding | $ - | $ 591,529,714 |
| Settlements with PG&E Vendors | 295,017,995 | - |
| Net appreciation in investment securities | 110,467,017 | 1,338,883,446 |
| Interest income, net | 106,944,823 | 43,977,965 |
| **Total additions** | 512,429,835 | 1,974,391,125 |
| **Deductions** | | |
| Approved claims | 5,031,937,629 | 4,316,762,140 |
| Government claims | 175,552,037 | 8,586,183 |
| Operating expenses | 55,519,750 | 87,343,585 |
| **Total deductions** | 5,263,009,416 | 4,412,691,908 |
| **Decrease in net claimants' equity** | (4,750,579,581) | (2,438,300,783) |
| Net claimants' equity at the beginning of the year | 7,689,542,592 | 10,127,843,375 |
| **Net claimants' equity at the end of the year** | $ 2,938,963,011 | $ 7,689,542,592 |

*See accompanying notes to the special-purpose financial statements.*

# PG&E Fire Victim Trust

## Special-Purpose Statement of Cash Flows

| *Years Ended December 31,* | 2023 | 2022 |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Decrease in net claimants' equity | $ (4,750,579,581) | $ (2,438,300,783) |
| Adjustments to reconcile the decrease in net claimants' equity to net cash used in operating activities: | | |
| Net depreciation in fair market value of investment securities | (110,467,017) | (1,338,883,446) |
| Amortization of discounts on treasury bills, net | (78,170,918) | (21,118,741) |
| Changes in operating assets and liabilities: | | |
| Interest receivable | - | 15,618,747 |
| Prepaid expenses | 9,000 | (9,000) |
| Accounts payable and accrued expenses | (2,047,050) | (1,546,279) |
| Claims settled, but not paid | 7,092,109 | 51,833,550 |
| **Net cash used in operating activities** | (4,934,163,457) | (3,732,405,952) |
| **Cash flows from investing activities:** | | |
| Purchases of treasury bills | (9,118,082,316) | (12,169,472,881) |
| Sales and maturities of treasury bills | 9,872,940,813 | 12,637,000,000 |
| Net proceeds from sales of PG&E Corporation common stock | 4,138,866,952 | 3,108,800,000 |
| **Net cash provided by investing activities** | 4,893,725,449 | 3,576,327,119 |
| **Net decrease in cash and cash equivalents** | (40,438,008) | (156,078,833) |
| Cash and cash equivalents at the beginning of the year | 158,880,801 | 314,959,634 |
| **Cash and cash equivalents at the end of the year** | $ 118,442,793 | $ 158,880,801 |

*See accompanying notes to the special-purpose financial statements.*

## 1.    Description of the Trust

The PG&E Fire Victim Trust (the Trust) was established on July 1, 2020, as a statutory trust created under the laws of the State of Delaware pursuant to an order of the U.S. Bankruptcy Court for the Northern District of California (Bankruptcy Court) pursuant to the Debtors and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, filed June 19, 2020 (Plan). The Trust is governed by the provisions of the Trust Agreement dated as of July 1, 2020 (Trust Agreement), the Fire Victim Claims Resolution Procedures (CRP), and related Bankruptcy Court approved documents. The provisions of the Trust Agreement, the CRP, and the approved documents are enforceable by the Bankruptcy Court, and, after the close of the PG&E Corporation and Pacific Gas and Electric Company Chapter 11 case, by the U.S. District Court for the Northern District of California (District Court).

The purpose of the Trust is to administer, process, settle, resolve, liquidate and pay certain claims for persons that sustained damage in various ways as a result of the wildfires in the Butte Fire in 2015, the North Bay wildfires in 2017, and the Camp Fire in 2018, as set forth in the Trust Agreement and the CRP, and to preserve, hold and manage the Trust assets for use in paying such claims.

The Trust is administered by the Trustee, Cathy Yanni, Esq.

## 2.    Summary of Significant Special-Purpose Accounting Policies

### *Basis of presentation*

The Trust's special-purpose financial statements are prepared using special-purpose accounting methods adopted by the Trustee, which differs from accounting principles generally accepted in the United States of America (GAAP). The special-purpose accounting methods were adopted in order to communicate to the beneficiaries of the Trust the net claimants' equity available for the payment of claims and the operating expenses of the Trust. Since the accompanying special-purpose financial statements are not based upon GAAP, the accounting treatment by other parties for these same transactions may differ as to timing and amount. The special-purpose accounting methods include the following:

- Trust assets are generally recorded when they are received by the Trust and are available for the payment of claims and the operating expenses of the Trust.

- Certain assets of the Trust are restricted for the payment of certain claims and expenses related to such claims.

- Future fixed liabilities under contractual obligations and other agreements entered into by the Trust are recorded as deductions from net claimants' equity in the same period that such contractual obligations or agreements are signed. Under GAAP, liabilities and contractual obligations are recorded over the period that is benefited by the underlying contract or agreement.

- Income tax expense is estimated and recorded as incurred in the period in which certain income and expense items affect current federal income taxes payable.  Under GAAP, the provision for income taxes is recorded based upon income reported for special-purpose financial statement purposes, and federal income taxes both currently payable and changes in deferred taxes due to differences between financial reporting and tax bases of assets and

liabilities. Under GAAP, deferred taxes include a provision for taxes attributable to changes in unrealized gains and losses on investments.

- Under GAAP, for financial statement disclosure purposes all investments would be categorized based on the priority of inputs used to measure fair value. Under GAAP, inputs used in measuring fair value are categorized into three levels. Level 1 includes inputs that are based upon quoted prices for identical instruments traded in active markets. Level 2 includes inputs that are based upon quoted prices for similar instruments in active markets, quoted prices for identical or similar investments in markets that are not active, or models based on valuation techniques for which all significant assumptions are observable in the market or can be corroborated by observable market data for substantially the full term of the investment. Level 3 includes inputs that are generally unobservable and typically reflect management's estimates of assumptions that market participants would use in pricing the asset or liability. The fair values are therefore determined using model-based techniques that include option pricing models, discounted cash flow models, and similar techniques. The accompanying special-purpose financial statements do not categorize investments into these levels.

- The full amount of claims are expensed in the period in which the approved and accepted claims are paid. Under GAAP, a liability would be recorded for an estimate of the amount to be paid for claims that have been incurred but not yet reported, and for those claims that have been submitted but not yet approved for payment by the Trust.

*Use of estimates*

The preparation of special-purpose financial statements in conformity with the special-purpose accounting methods described above requires the Trust to make estimates and assumptions that affect the reported amounts of certain assets and liabilities and the disclosures of contingent assets and liabilities at the date of the special-purpose financial statements, as well as the reported amounts of additions and deductions to the net claimants' equity during the reporting period. Actual results could differ from those estimates and such differences could have a material effect on the net assets available for the payment of claims.

*Investments*

Investment securities are stated at fair value. Investment securities include the investments that mature within three months. Fair value for investment securities is based on quoted market prices for identical or similar instruments traded in active markets as of the date of the special-purpose financial statements. The net appreciation or depreciation in fair value of investments in the accompanying special-purpose statement of changes in net claimants' equity consists of realized gains or losses on sales of investments and the changes in unrealized gains or losses on investments held. Investment income is recognized when earned. Interest income, net of investment expenses and amortization and accretion of treasury bills premiums or discounts, is included in interest income, net in the accompanying special-purpose statement of changes in net claimants' equity. Gains and losses on sales of investment securities are determined using the specific identification method.

*Accounts payable and accrued expenses*

Accounts payable and accrued expenses consist of outstanding invoices and accruals associated with managing the Trust during the years ended December 31, 2023 and 2022, that had not been paid as of December 31, 2023 and 2022, respectively.

*Settled claims payable*

Settled claims payable consist of certain claims that are settled but unpaid at December 31, 2023 and 2022. A settled claim is a claim that has been accepted by the claimant, with an executed release submitted to the Trust, and approved by the Trustee.

*Operating expenses*

Operating expenses of the Trust are paid from the Trust's cash assets when invoices are received, reviewed, and approved for payment.

*Income taxes*

For tax purposes, the Trust is treated as a grantor trust and the Trust's tax returns are filed on the IRS Form 1041 for federal income tax purposes. As such, the Trust is generally not subject to corporate income taxes and the income, deductions, credits and other tax attributes of the Trust flow directly to PG&E Corporation and Pacific Gas and Electric Company.

In accordance with authoritative guidance on accounting for uncertainty in income taxes issued by the Financial Accounting Standards Board (the FASB), management has evaluated the Trust's tax positions and has concluded that the Company has taken no uncertain tax positions that require adjustment to the special-purpose financial statements to comply with the provisions of this guidance.

*Risks and uncertainties*

Certain of the Trust's assets are exposed to credit risk. Cash and cash equivalents are maintained at various financial institutions and, at times, balances may exceed federally insured limits. The Trust has never experienced any losses related to these balances. Amounts on deposit in excess of federally insured limits at December 31, 2023 approximate $94.5 million.

The Trust's investment guidelines limit investment to certain United States backed instruments; the Trust has complied with these investment restrictions.

The Trust invests in a professionally managed portfolio that contains United States (U.S.) treasury bills and PG&E common stock during 2023. The Trust had disposed of all PG&E common stock by December 31, 2023, and continues to invest in the professionally managed portfolio of treasury bills.

*Reclassification*

Certain prior year amounts have been reclassified for consistency with the current year presentation. These reclassifications had no effect on the reported results of changes in net claimants' equity.

### 3. Trust Funding

All Trust funding is pursuant to the terms of the Debtors and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, filed June 19, 2020 (Plan). At inception, the Trust was funded by PG&E Corporation and Pacific Gas and Electric Company with $9,692,731,235 consisting of $5,385,464,815 of cash and PG&E Corporation Common Stock with a then current market value of $4,307,266,420. During the period from July 1, 2020 (inception) through December 31, 2020, the Trust was funded by PG&E Corporation and Pacific Gas and Electric Company with additional stock contributions of $6,810,576, and additional cash contributions totaling $1,811,166.

The trust received cash contributions totaling $591,529,714 and $758,470,286 during the years ended December 31, 2022 and 2021, respectively. The Trust received no cash contributions during the year ended December 31, 2023.

The Trust is entitled to proceeds associated with claim settlements with certain PG&E Vendors. The Trust received $295,017,995 associated with such settlements during the year ended December 31, 2023. These amounts are presented as Settlements with PG&E Vendors in the accompanying statements of changes in net claimants' equity. Pursuant to the Plan and under the terms of the settlements with PG&E Vendors, $117,000,000 was required to be paid to the U.S. Department of Justice for fire related expenses incurred by the federal government. This amount is included in Government claims in the accompanying statements of changes in net claimants' equity.

### 4. Investments

Investment securities consist of the following at December 31, 2023:

| Description | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| U.S. treasury bills | $ 2,882,209,157 | $ 306,063 | $ - | $ 2,882,515,220 |

Investment securities consist of the following at December 31, 2022:

| Description | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| U.S. treasury bills | $ 3,558,861,690 | $ 430,271 | $ - | $ 3,559,291,961 |
| PG&E Corporation common stock | 2,237,177,006 | 1,791,133,767 | - | 4,028,310,773 |
| | $ 5,796,038,696 | $1,791,564,038 | $ - | $ 7,587,602,734 |

Net appreciation in the fair value of investment securities of $110,467,017 and $1,338,883,446 for the years ended December 31, 2023 and 2022, respectively, consists of the net change in unrealized gains and net realized gains from investment sales.

*Net unrealized gains (losses)*

Net change in unrealized gains (losses) from investment market appreciation (depreciation) is comprised of the following investment securities for the years ended December 31:

|  | 2023 | 2022 |
|---|---|---|
| U.S. treasury bills | $ (124,208) | $ 1,470,345 |
| PG&E Corporation common stock | (1,791,133,767) | 305,403,591 |
|  | $ (1,791,257,975) | $ 306,873,936 |

*Net realized gains*

Net realized gains from investment sales consist of the following for the years ended December 31:

|  | 2023 | 2022 |
|---|---|---|
| U.S. treasury bills | $ 35,046 | $ 109,375 |
| PG&E Corporation common stock | 1,901,689,946 | 1,031,900,135 |
|  | $ 1,901,724,992 | $ 1,032,009,510 |

*Sale of PG&E Corporation Common Stock*

During the year ended December 31, 2023, the Trust sold 247,743,590 shares of PG&E Corporation common stock. The Trust sold the PG&E Corporation common stock in blocks of shares. Aggregate net proceeds from the sales were $4,138,866,952.

During the year ended December 31, 2022, the Trust sold 230,000,000 shares of PG&E Corporation common stock. The Trust sold the PG&E Corporation common stock in blocks of shares. Aggregate net proceeds from the sales were $3,108,800,000.

*Interest income, net*

Interest income, net consist of the following for the years ended December 31:

|  | 2023 | 2022 |
|---|---|---|
| Interest income from treasury bills | $ 28,773,903 | $ 22,859,224 |
| Amortization of discounts (premiums) on treasury bills | 78,170,920 | 21,118,741 |
|  | $ 106,944,823 | $ 43,977,965 |

**5. Related Parties**

Pursuant to Bankruptcy Court approved agreements, the Trustee performs their duties under the Trust Agreement, the CRP and the related documents. For the years ended December 31, 2023 and 2022, the Trust incurred $1,500,000 and $1,500,000, respectively, for services performed by the Trustee. As of December 31, 2022, the Trust had prepaid $9,000 to the Trustee for services to be performed in January 2023.

**6. Contingent Liabilities**

The Trust Agreement subjects the Trust to certain indemnification obligations that may result in future claims against the Trust. The probability of such claims cannot be reasonably determined. Accordingly, no associated liability has been recorded in the accompanying special-purpose financial statements. Such claims, if any, are not expected to be material. The Trust has obtained liability insurance with respect to its obligations to indemnify the Trustee, the Claims Administrator, the members of the Trust Oversight Committee, and certain service providers to the Trust.

**7. Trust Liability Insurance**

The Trust purchased liability insurance requiring premiums of $6,181,128 in 2020 for the policy term through July 2023. In July 2023, the Trust purchased liability insurance requiring premiums of $1,636,221 for the policy term through July 2024. The Trust's special-purpose accounting policy is to expense in the current period any amounts that will not be available to pay future claims or operating expenses of the Trust.

**8. Subsequent Events**

The Trust has evaluated its December 31, 2023 special-purpose financial statements for subsequent events through April 25, 2024, the date the special-purpose financial statements were available to be issued. The Trust is not aware of any subsequent events which would require recognition or disclosure in the special-purpose financial statements.

# Supplementary Information



Tel: 703-893-0600
Fax: 703-893-2766
www.bdo.com

8401 Greensboro Drive
Suite 800
McLean, VA 22102

**Independent Auditor's Report on Supplementary Information**

Trustee
PG&E Fire Victim Trust
San Francisco, California

Our audit of the special-purpose financial statements included in the preceding section of this report was conducted for the purpose of forming an opinion on those special-purpose statements as a whole. The supplementary information presented in the following section of this report is presented for purposes of additional analysis and is not a required part of those special-purpose financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the special-purpose financial statements. The information has been subjected to the auditing procedures applied in the audit of the special-purpose financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the special-purpose financial statements or to the special-purpose financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the special-purpose financial statements as a whole.

BDO USA, P.C.

April 25, 2024

BDO USA, P.C., a Virginia professional corporation, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

# PG&E Fire Victim Trust

## Supplementary Schedule of Operating Expenses

*Year Ended December 31, 2023*

| | | | |
|---|---:|---:|---:|
| Claims processor fees and expenses[1] | | $ | 32,709,180 |
| Claims administration fees and expenses[2] | | | 12,589,139 |
| | | | |
| Legal fees and expenses:[3] | | | |
|     Brown Rudnick LLP | $ | 1,671,700 | |
|     Greenberg Gross LLP | | - | |
|     Individual Attorney, Litigation | | 650,577 | |
| Total legal fees and expenses | | | 2,322,277 |
| | | | |
| Financial professional fees and expenses: | | | |
|     Accounting, Auditing and Tax Returns[4] | $ | 480,148 | |
|     Investment Advisors[5] | | 1,711,534 | |
| Total financial professional fees and expenses | | | 2,191,682 |
| | | | |
| Trustee fees and expenses | | | 1,500,000 |
| Insurance, evidence preservation, and other expenses[6] | | | 3,161,586 |
| Consultant fees and expenses | | | |
|     Public relations firm | $ | 765,854 | |
|     Morgan Lewis, CPUC monitoring | | 16,203 | |
|     Computer consultant (litigation support) | | 23,829 | |
|     Lobbying expenditures | | 240,000 | |
| Total consultant fees and expenses | | | 1,045,886 |
| | | | |
| **Total operating expenses** | | $ | 55,519,750 |

*See independent auditor's report on supplementary information.*

1 Paid to BrownGreer for the services of 275 employees assigned to the Fire Victim Trust, and in the aggregate, they worked just over 230,000 hours on Fire Victim Trust matters at a blended hourly rate of $141 an hour.

2 Consist of 13 unique payees: exclusively consultants and specialty firms supporting the evaluation, review, reconsideration and appellate review of claims disputes. These consultants and specialty firms address matters such as insurance coverage, lien resolution, economic forecasting, and industry specialization (e.g., building, construction, vineyards, forestry, art).

3 Brown Rudnick LLP serves as general counsel. Individual Attorney serves as litigation and settlement counsel and liaison to the Trustee for third-party litigation.

4 Comprised of BDO USA Ltd. and Jorstad Inc.

5 Comprised of Morgan Stanley and Houlihan Lokey.

6 Consists of 10 unique payees: two specialty firms are engaged in digital and physical evidence storage; the remaining payees were paid for insurance coverage, bank fees, office space (at $5,000 per month) and other incidentals.

# PG&E Fire Victim Trust

## Supplementary Schedule of Operating Expenses

*Year Ended December 31, 2022*

| | | |
|---|---:|---:|
| Claims processor fees and expenses[1] | | $ 56,762,873 |
| Claims administration fees and expenses[2] | | 16,793,200 |
| | | |
| Legal fees and expenses:[3] | | |
|    Brown Rudnick LLP | $ 4,609,388 | |
|    Greenberg Gross LLP | 243,275 | |
|    Individual Attorney, Litigation | 1,053,336 | |
| **Total legal fees and expenses** | | 5,905,999 |
| | | |
| Financial professional fees and expenses: | | |
|    Accounting, Auditing and Tax Returns[4] | $ 340,551 | |
|    Investment Advisors[5] | 3,436,430 | |
| **Total financial professional fees and expenses** | | 3,776,980 |
| | | |
| Trustee fees and expenses | | 1,500,000 |
| Insurance, evidence preservation, and other expenses[6] | | 1,322,460 |
| Consultant fees and expenses | | |
|    Public relations firm | $ 708,984 | |
|    Morgan Lewis, CPUC monitoring | 244,309 | |
|    Computer consultant (litigation support) | 118,780 | |
|    Lobbying expenditures | 210,000 | |
| **Total consultant fees and expenses** | | 1,282,073 |
| | | |
| **Total operating expenses** | | $ 87,343,585 |

*See independent auditor's report on supplementary information.*

1 Paid to BrownGreer for the services of 388 employees assigned to the Fire Victim Trust, and in the aggregate, they worked just over 446,000 hours on Fire Victim Trust matters at a blended hourly rate of $127 an hour

2 Consist of 26 unique payees: exclusively consultants and specialty firms supporting the evaluation, review, reconsideration and appellate review of claims disputes. These consultants and specialty firms address matters such as insurance coverage, lien resolution, economic forecasting, and industry specialization (e.g., building, construction, vineyards, forestry, art).

3 The firms Andrews & Thornton, Greenberg Gross LLP, Reed Smith LLP, and Shook, Hardy & Bacon LLP are retained in connection with third-party litigation. Brown Rudnick LLP serves as general counsel. The Individual Attorney serves as litigation and settlement counsel and liaison to the Trustee for third-party litigation.

4 Comprised of BDO USA Ltd. and Jorstad Inc.

5 Comprised of Morgan Stanley and Houlihan Lokey.

6 Consists of 19 unique payees: two specialty firms are engaged in digital and physical evidence storage; a combination of Inverse Cost Payments made to various law firms; the remaining payees were paid for cyber insurance coverage, bank fees, office space (at $5,000 per month) and other incidentals.

## EXHIBIT 2
## CLAIMS REPORT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# FIRE VICTIM TRUST CLAIMS REPORT

### *For the Period from January 1, 2023 through December 31, 2023*

Pursuant to the requirements of the Fire Victim Trust Agreement, and in connection with the filing of the Annual Report, the Claims Administrator provides the following Claims Report summarizing the number and type of Claims disposed of during the period ending on December 31, 2023.

### A.  Submission of Claims

Under the terms of the Claims Resolution Procedures attached as Exhibit 2 to the Trust Agreement, Claimants seeking compensation from the Trust must submit a Claims Questionnaire that provides sufficient information to identify and support the claimed damages. Claimants may assert multiple Claims in a single Claims Questionnaire, asserting a range of damages that may have resulted from a qualifying Fire.  Additionally, multiple Claimants living in the same household are permitted to consolidate their Claims into a single Claims Questionnaire.

As of December 31, 2023, the Trust had received more than 40,000 Claims Questionnaires asserting over 254,000 Claims from nearly 72,000 Claimants. These Claims Questionnaires included different Claims corresponding to the specific Claim Type damage categories described in the Claims Resolution Procedures, each of which ultimately require adjudication by the Claims Administrator.  These include claims for Real and Personal Property, Business Income Loss, Personal Income Loss, Emotional Distress – Nuisance, Emotional Distress – Zone of Danger, Personal Injury, Wrongful Death, Other Out-of-Pocket Expenses, and all other damages asserted and allowed under California law and in compliance with federal bankruptcy law.

### B.  Disposition of Claims.

The Claims Administrator's work during the period ending December 31, 2023, was characterized by activities necessary to adjudicate and pay eligible Claims submitted by Fire

1

Victims. Accordingly, the Claims Administrator evaluated claims materials and applied the eligibility criteria necessary to determine the Approved Claim Amount for each submission. In 2023, the Trust continued issuing Determination Notices to eligible Claimants in compliance with the Claims Resolution Procedures. Each Determination Notice conveyed the Approved Claim Amount for the Claims included on the associated Claims Questionnaire. Claimants may accept the Approved Claim Amount and receive a payment or may request reconsideration of their Claim(s) by the Trust.

At the beginning of 2023, 91% of submitted Claims Questionnaires had received a Determination Notice. By December 31, 2023, the Trust had adjudicated 100% of all submitted Claims Questionnaires and approximately 95% of Approved Claim Amounts had been accepted by claimants. On January 11, 2023, the Trustee announced a *pro rata* payment percentage increase from 45% to 60% for eligible Claimants with an accepted Approved Claim Amount. Therefore, in the 2023 calendar year, the Claims Administrator paid over $5 billion to eligible fire victims. Through the end of 2023, the Fire Victim Trust had distributed a total of $10.98 billion to 59,832 Claimants. Combined with monetization of stock and other assets, these and other claims resolution benchmarks positioned the Trust to announce an additional *pro rata* payment percentage increase from 60% to 66% in the first quarter of 2024.

The Trust's continuing focus is on the resolution and acceptance of remaining claims and the completion of tasks necessary to make final distributions. There will be at least one additional pro rata increase as the Trust finalizes the remaining claims, achieves certainty regarding the total payment obligations, and winds down the program. The Trustee provides updated program statistics bimonthly and a monthly update from Trustee Cathy Yanni on its public website (www.firevictimtrust.com).

2