Case #19-30088-DM
Docket# 14396
Judge Montali

Courtroom 17

450 Golden Gate Avenue

MailBox 36099

San Francisco, CA 94102


FILED
MAY 06 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Montali,

**RE: Case: 19-30088 - "Please post to case docket #14396**

Please accept this declaration of support of the motion filed by William B. Abrams Case: 19-30088 Doc# 14396 Filed: April 4, 2024.

My name is Brenda Gilchrist, I was a victim of the Tubb's Fire in Santa Rosa, CA (Oct 9, 2017). I filed a claim through my law firm in 2018. My attorney advised me that I must sign both the claimant release and the Insurance release in order to receive any further payment.

The disclosure statement which we based our vote said we didn't need to sign a non-debtor release. The Fire Victim Trust forced us to sign a new release in October 2023 with a non-debtor release in order to get paid. This is egregious. Whoever made this decision are expecting us to be silent, get paid less than 100% and go away quietly.

I am hopeful that the Trustee will change course or that the court will intervene on behalf of victims within the case and side in favor of William Abrams' motion.

Regards,

*Brenda Gilchrist*

Brenda Gilchrist
Former address that burned down in the Tubbs Fire (3574 Alkirst Court, Santa Rosa, CA 95403)
Contact: Brenda Gilchrist 707-799-8887