

Thomas G. Hoffman, Jr.
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0744
THoffman@labaton.com

May 10, 2024

**VIA ECF**

The Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *In re PG&E Corporation*, No. 19-30088

Dear Judge Montali:

Plaintiffs in the above-captioned action respectfully submit this letter in connection with Lead Plaintiff PERA and the Securities Act Plaintiffs' Response and Opposition to the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection, ECF No. 14342, to notify the Court of the Ninth Circuit's recent decision in *In re Genius Brands International, Inc. Securities Litigation*, No. 22-55760 (9th Cir. Apr. 5, 2024), attached hereto as Exhibit A, which bears on the parties' arguments concerning loss causation.

Very truly yours,

Thomas G. Hoffman, Jr.

Case: 19-30088    Doc# 14447    Filed: 05/10/24    Entered: 05/10/24 15:19:09    Page 1 of 1