**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636 9251

**LATHAM & WATKINS LLP**
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: 424 653 5500

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for the Debtors and Reorganized Debtors*

Signed and Filed: May 15, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR REORGANIZED DEBTORS' REPLIES IN SUPPORT OF OBJECTIONS TO CERTAIN SECURITIES CLAIMS, AND GRANTING RELATED RELIEF** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Related to Docket Nos. 14200, 14203, and 14208]**<br><br>[No Hearing Requested] |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court, having reviewed the *Ex Parte Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Reorganized Debtors' Replies in Support of Objections to Certain Securities Claims, and Related Relief* (the "**Application**"), filed on May 14, 2024; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The Reorganized Debtors are authorized to file and serve the Omnibus Reply (as defined in the Application), in excess of 15 pages, but not to exceed 45 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

3. The Reorganized Debtors are authorized to file and serve the RKS Reply (as defined in the Application), but not to exceed 15 additional pages beyond the Omnibus Reply (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

4. The Reorganized Debtors are authorized to file and serve the RJN Reply (as defined in the Application), but not to exceed 15 additional pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

** END OF ORDER **