# EXHIBIT 1

## DECLARATION OF ROY E. MILLER

I, ROY MILLER, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and courts of the State of California.

5. I am an attorney with the law firm of Hansen & Miller, attorneys of record for thousands of victims of the fires started by PG&E in 2017 (the twenty fires generally referred to as the "North Bay"), 2018 ("Camp Fire") and 2019 ("Kincade Fire").

6. I make this Declaration in support of the motion to allow late filing of proofs of claim ("Motion") on behalf of Ian Alexander, Lisa Alexander, Kellan Alexander, and Pari Alexander (collectively "Movants"), whom lost their respective home in the Tubbs Fire.

7. These clients did not have a claim filed before the December 31, 2019 claims bar date due to excusable neglect and should be allowed to file a proof of claim after the bar date.

8. Ian Alexander filed a *pro se* proof of claim with the Bankruptcy Court on January 27, 2020. His claim has been tentatively denied by the FVT unless he obtains permission to file a late Proof of Claim.

9. The motion to accept the late proof of claim is supported by the Declaration of Ian Alexander.

10. The proof of claim was 27 days late and should be accepted for the reasons set forth in the declaration of Ian Alexander on behalf of the Movants.

/ /

/ /

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and executed this 5ʰ day of April 2024.

*/s/ Roy Miller*
Roy Miller