WATTS GUERRA LLP
Guy L. Watts II (*pro hac vice*)
Mikal C. Watts (*pro hac vice*)
Alicia O'Neill (*pro hac vice*)
Jon Givens (Cal. State Bar No. 332549)
811 Barton Springs Road, Ste. 725
Austin, TX 78704
Telephone: 512-479-0500
Email: guy@wattsllp.com
mikal@wattsllp.com
aoneill@guerrallp.com
jon@wattsllp.com

Roy Miller (Cal. State Bar No. 174821)
roy@hansenmiller.com
HANSEN & MILLER LAW FIRM
415 Russell Ave.
Santa Rosa, CA 95403
Office: (707) 575-1040

*Attorney for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I am employed in Travis County, Texas. I am over the age of 18 and not a party to this action. My business address 811 Barton Springs Rd., Ste 725, Austin, Texas 78704. On May 16, 2024, I

- 1 -

served the foregoing document(s), on the interested parties in this action through the Notice of Electronic Filing for all parties and counsel who are registered ECF Users.

- **MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY IAN ALEXANDER, LISA ALEXANDER, KELLAN ALEXANDER, NOEL ALEXANDER AND PARI ALEXANDER;**
- **DECLARATION OF ROY MILLER; and**
- **DECLARATION OF IAN ALEXANDER.**

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

Executed on May 16, 2024 in Austin, Travis County, Texas.

                                                            */s/ Cindy A. Wilson*
                                                          Cindy A. Wilson