**Entered on Docket**
**May 30, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 30, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**MEMORANDUM REGARDING SUBMITTED OMNIBUS CLAIMS OBJECTIONS**

On May 14, 2024, the court received the final papers in connection with the following submissions:

1. Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants That Adopted the TAC. (Dkt. 14200).

2. Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment. (Dkt. 14203).
3. Lead Plaintiff PERA and The Securities Act Plaintiffs' Response and Opposition to the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection. (Dkt. 14342).
4. The RKS Claimants' Opposition to Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting the RKS Amendment. (Dkt. 14353).
5. Omnibus Reply in Support of Reorganized Debtors' Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections. (Dkt. 14453).
6. Related to the 33rd Omnibus Objection is the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (filed in USDC action 3:18-cv-03509-EJD).
7. Amended Statement of Claim on Behalf of the RKS Claimants. (Dkt. 14061-2).
8. Various filings related to the foregoing submissions.

The briefing alone on the merits of these omnibus objections and responses fill hundreds of pages; the supporting requests and other documents fill thousands of pages. These submissions represent enormous hard work by all parties, including meticulous recitation of facts and thorough briefing of legal principles.

The court intends to proceed apace and to render appropriate decisions in due course. Realistically, however, the parties should understand that at the minimum that undertaking will probably take at least sixty days if not longer. For that reason, the court asks for the parties' patience and understanding.

In the meantime, it will be helpful for the parties to provide some additional information that is extraneous to the merits of the omnibus objections and responses, but relevant to the court's overall management of the docket in this complex case. Accordingly, the parties are directed to file the following information no later than **June 21, 2024:**

**From Reorganized Debtors.** A current tally of the total number of securities fraud claims (excluding those included in the 33rd and 34th Omnibus Objections, that remain outstanding and have not been resolved by final order or consensual resolution. More specifically, the court would appreciate an update on securities fraud claimants who are not within the universe of claims represented by RKS or PERA and either continuing as unrepresented parties or are represented by counsel. In that regard, the court would like the Reorganized Debtors' best estimate as to whether and when they will be filing additional omnibus objections or otherwise seeking relief from the court regarding the disposition of those claims.

**From PERA.** The court would like a current count (number of claims, not dollar amounts or identification of the claimants) that are included in the 33rd Omnibus Objection, including any who opted to align themselves with PERA in addition to the

-3-

number of claimants identified on Exhibit A to the Stipulation Regarding Motion of Lead Plaintiff Pursuant to B.L.R. 90006-1 to Extend Time to File Response to Certain Claim Objections. (Dkt. 14341-1).

   **From RKS.** The current number of claimants (not dollar amounts or identification of the claimants) remaining as unresolved claimants included in the 34th Omnibus Objection.

*** END OF MEMORANDUM ***

COURT SERVICE LIST

ECF Recipients