UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>   Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 22, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Unsecured Creditor Claim No. 7072, (Address ID: 5286275), Attn: John Ramirez, Marta Ramirez, PO Box 64, Hinkley, CA, 92347-0064:

- Order Extending Deadline to Respond to Omnibus Objections to Securities Claims [Docket No. 14311]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the

---
[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of June 2024, at New York, NY.

*/s/ Paul Pullo*
Paul Pullo