```
Entered on Docket
June 6, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: June 6, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND COUNTY OF FRESNO (LINE 118B)**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation By and Between Reorganized Debtors and County of Fresno (Line 118B)* (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**," and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**) and the County of Fresno ("**Claimant**," and, together with the Debtors and Reorganized Debtors, the "**Parties**"), filed on June 5, 2024 [Docket No. 14470]; and, pursuant to such Stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Plan Injunction shall be modified solely to permit Claimant to liquidate the Proof of Claim by prosecuting its cross-claims against PG&E in the State Court Action through final judgment and any appeals thereof, but not to permit enforcement of any such judgment, which judgment, if any, shall be recoverable solely as a General Unsecured Claim in accordance with the Plan and through the claims reconciliation process in these Chapter 11 Cases.

2. Nothing herein is intended, nor shall it be construed, to be:

    a. a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest, of any right to object to the Proofs of Claim on any grounds, or

    b. a waiver by Claimant of its rights to assert any right in opposition of any asserted challenge to the Proof of Claim, or

    c. a waiver by any Party of any claim or defense in the State Court Action or proceedings before the Workers' Compensation Appeals Board of the State of California.

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

3. The Stipulation shall be binding on the Parties and each of their successors in interest.

4. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: June 5, 2024

| KELLER BENVENUTTI KIM LLP | LITIGATION ENGINEERED |
|---|---|
| */s/ David A. Taylor* <br> David A. Taylor | */s/ Chester Walls* <br> Chester Walls |
| *Attorneys for Debtors and Reorganized Debtors* | *Attorneys for the County of Fresno* |