Entered on Docket
June 12, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 12, 2024



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING WILLIAM B. ABRAMS' RECENT FILING**

The court acknowledges the *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance With Court Orders* ("Motion") (Dkt. 14474) filed on June 6, 2024, and HEREBY ORDERS the following:

1. The response deadline of June 20, 2024, purportedly set by Mr. Abrams, and the tentative hearing date of June 25, 2024 are VACATED.
2. On or before June 28, 2024, Mr. Abrams shall file with the court a copy of any "Claimant Release and Indemnification in Connection with the Fire Victim Trust Awards" (further described in the court's *Order Denying William B. Abrams' Motion to Stay* (Dkt. 14438)), or a statement that he has not done so. If he has done so, Mr. Abrams should also include an explanation (not to exceed ten pages) expalining his standing or entitlement to pursue the current Motion.
3. Upon Mr. Abrams' response on or before June 28, 2024, the court will issue an appropriate order.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
625 McDonald Ave.
Santa Rosa, CA 95404

-3-