Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
Matthew Tharp (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant,
Baupost Group Securities, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | **APPLICATION FOR WITHDRAWAL OF APPEARANCE OF FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that Friedman Kaplan Seiler Adelman & Robbins LLP hereby requests withdrawal of their appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Eric Seiler<br>
Jason C. Rubinstein<br>
Michael S. Palmieri<br>
Matthew Tharp<br>
Friedman Kaplan Seiler Adelman & Robbins LLP<br>
7 Times Square<br>
New York, NY 10036-6516<br>
Telephone (212) 833-1103<br>
Email: eseiler@fklaw.com; jrubinstein@fklaw.com; mclerk@fklaw.com;<br>
mpalmieri@fklaw.com; mtharp@fklaw.com

Dated: June 12, 2024             PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Debra I. Grassgreen
Isaac M. Pachulski
Debra I. Grassgreen

Attorneys for Securities Claimant,
Baupost Group Securities, L.L.C.