| | | |
|---|---|---|
| **From:** | Sieger-Grimm, Susan | |
| **To:** | Ankey Thomas | |
| **Cc:** | Will Abrams; dmolton_brownrudnick.com | |
| **Subject:** | 19-30088 PG&E - Response Deadline and Hearing on Docket No. 14474 | |
| **Date:** | Wednesday, June 12, 2024 11:29:19 AM | |

**CAUTION - EXTERNAL:**

Ms. Thomas,

As you know, we are counsel to the Trustee of the Fire Victim Trust. Based on Judge Montali's prior ruling that the Court would not set hearings on motions filed by Mr. Abrams until it conducts a preliminary review of the relief requested and the basis for the request [Docket No. 10768], we are inquiring whether the Trustee should adhere to the response deadline and hearing date set in Mr. Abrams's recently filed motion seeking further discovery from the Trust and the Trustee [Docket No. 14474]. At this time there are no final settlements of Assigned Claims for which the Trust has not yet filed and posted the required disclosures. While we do not believe any disclosures need to be made by the Trust that have not already been filed with the Court and posted to the Fire Victim Trust Website in compliance with this Court's August 2, 2022 order [Docket No. 12682], should the Court hear Mr. Abram's latest motion, the Trustee would like the opportunity to respond.

Thank you,

**brownrudnick**

**Susan Sieger-Grimm**
Counselor at Law

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4863
F: 212.938.2963
M: 914.420.2912
ssieger-grimm@brownrudnick.com
www.brownrudnick.com

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely),

the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.