MARK V. ISOLA, SBN 154614
misola@brotherssmithlaw.com
BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone:    (925) 944-9700
Facsimile:    (925) 944-9701

Attorneys for VETERAN POWER, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE OF BROTHERS SMITH LLP AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

**PLEASE TAKE NOTICE** that Brothers Smith LLP hereby requests withdrawal of their appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Mark V. Isola<br>
Brothers Smith LLP<br>
Walnut Creek, CA 94596<br>
Telephone (925) 944-9700<br>
Email: misola@brotherssmithlaw.com

50085.001/7733389.1                                  -1-
APPLICATION FOR WITHDRAWAL OF APPEARANCE                                  Case No. 19-30088 (DM)

Case: 19-30088    Doc# 14485    Filed: 06/14/24    Entered: 06/14/24 11:41:13    Page 1 of 2

Dated: June 14, 2024  Walnut Creek, California

**BROTHERS SMITH LLP**

/s/ Mark V. Isola
Mark V. Isola
2033 N. Main St., Ste. 720
Walnut Creek, CA 94596
Tel: (925) 944-9700
Fax: (925) 944-9701
Email: misola@brotherssmithlaw.com

Attorneys for
Veteran Power, Inc.