Entered on Docket
June 14, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 14, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: ipachulski@pszjlaw.com
            dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
Matthew Tharp (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant,*
*Baupost Group Securities, L.L.C.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**ORDER ON APPLICATION FOR WITHDRAWAL OF APPEARANCE OF FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

The Court having considered the *Application for Withdrawal of Appearance of Friedman Kaplan Seiler Adelman & Robbins LLP and Request to be Removed From Courtesy Notice of Electronic Filing* [Docket No. 14482], finding no objection therefor and finding good cause therefor,

**IT IS HEREBY ORDERED** that: the names of Eric Seiler, Jason C. Rubinstein, Michael S. Palmieri, and Matthew Tharp of the law firm Friedman Kaplan Seiler Adelman & Robbins LLP, shall be removed from the Court's ECF e-mail list and the Court's mailing matrix.

***END OF ORDER***