**Entered on Docket**
**June 20, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: June 20, 2024**

_(signature)_
_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  MARK V. ISOLA, SBN 154614
   misola@brotherssmithlaw.com
2  BROTHERS SMITH LLP
   2033 N. Main Street, Suite 720
3  Walnut Creek, California 94596
   Telephone:    (925) 944-9700
4  Facsimile:    (925) 944-9701

5  Attorneys for VETERAN POWER, INC.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | In re:                              | Case No. 19-30088 (DM)
12 | PG&E CORPORATION                    | Chapter 11
13 | -and-                               |
14 | PACIFIC GAS AND ELECTRIC            | **ORDER ON APPLICATION FOR**
15 | COMPANY,                            | **WITHDRAWAL OF APPEARANCE OF**
   |                                     | **BROTHERS SMITH LLP AND REQUEST**
16 |          Debtors.                   | **TO BE REMOVED FROM COURTESY**
   |                                     | **NOTICE OF ELECTRONIC FILING**
17 | ☐ Affects PG&E Corporation          |
18 | ☐ Affects Pacific Gas and Electric Company |
   | ☒ Affects both Debtors              |
19 |                                     |
20 | * All papers shall be filed in the lead case, No. 19-30088 (DM) |
21

22       The Court having considered the APPLICATION FOR WITHDRAWAL OF

23  APPEARANCE OF BROTHERS SMITH LLP AND REQUEST TO BE REMOVED FROM

24  COURTESY NOTICE OF ELECTRONIC FILING [Docket No. 14485], finding no objection

25  therefor and finding good cause therefor,

26       IT IS HEREBY ORDERED that: the name of Mark V. Isola, of the law firm Brothers

27  Smith LLP, shall be removed from the Court's ECF e-mail list and the Court's mailing matrix.

28                          *** END OF ORDER***

Case: 19-30088   Doc# 14488   Filed: 06/20/24   Entered: 06/20/24 12:00:36   Page 1
of 1

BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA