Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

*Attorneys for Movants Julie Poincenot, Patrick Doolittle, Megan Van Mater Davidson, and Paul Lore*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>&<br><br>**PACIFIC GAS AND ELECTIC COMPANY,**<br><br>　　　　　　　　　　**Debtors.**<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**NOTICE OF HEARING ON MOTION TO STAY PROCEEDINGS RE DISPUTED CLAIMS UNDER THE FIRE VICTIM TRUST AGREEMENT & REVIEW OF FVT INTERPRETATION OF PLAN LANGUAGE**<br><br>**Date: July 30, 2024**<br>**Time: 10:00 a.m.**<br>**Location: Telephone/Videoconference**<br>https://www.canb.uscourts.gov/calendars |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on June 20, 2024. as Dk. No. 14491, Danko Meredith |
| 2 | filed a motion on behalf of Julie Poincenot, Patrick Doolittle, Megan Van Mater Davidson, and |
| 3 | Paul Lore to Stay Proceedings Re Disputed Claims Under the Fire Victim Trust Agreement & |
| 4 | Review of FVT Interpretation of Plan Language ("Motion"). |
| 5 | **PLEASE TAKE NOTICE** that the hearing on the Motion will take place on July 30, |
| 6 | 2024, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United |
| 7 | States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, |
| 8 | CA 94102. |
| 9 | **PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be in |
| 10 | writing, filed with the Bankruptcy Court, and served on the counsel for the Claimants at the |
| 11 | above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any |
| 12 | oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in |
| 13 | accordance with, the Second Amended Order Implementing Certain Notice and Case |
| 14 | Management Procedures entered on May 14, 2019 (ECF No 1996) ("Case Management |
| 15 | Order"). Any relief requested in the Motion may be granted without a hearing if no opposition |
| 16 | is timely filed and served in accordance with the Case Management Order. In deciding the |
| 17 | Motion, the Court may consider any other documents filed in the Chapter 11 Cases and related |
| 18 | adversary proceedings. |
| 19 | **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and it's supporting |
| 20 | papers can be viewed and/or obtained: (i) by accessing the Court's website at |
| 21 | http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 |
| 22 | Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims |
| 23 | agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339- |
| 24 | 4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by |
| 25 | email at: pgeinfo@primeclerk.com |
| 26 | // |
| 27 | // |
| 28 | // |

1  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 20, 2024               DANKO MEREDITH

_____
Michael Danko
Attorney for Movants