```
Entered on Docket
June 21, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



**CHANGES MADE BY COURT**

Signed and Filed: June 21, 2024

*[Signature]*

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

| | |
|---|---|
| 1  Michael S. Danko (SBN 111359) | |
| 2  Kristine K. Meredith (SBN 158243) | |
|    **DANKO MEREDITH** | |
| 3  333 Twin Dolphin Drive, Suite 145 | |
|    Redwood Shores, California 94065 | |
| 4  Telephone: (650) 453-3600 | |
|    Facsimile: (650) 394-8672 | |
| 5  mdanko@dankolaw.com | |
|    kmeredith@dankolaw.com | |

David N. Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

*Attorneys for Movants Julie Poincenot, Patrick Doolittle, Megan Van Mater Davidson, and Paul Lore*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) |
| **&** | |
| **PACIFIC GAS AND ELECTIC COMPANY,** | **ORDER SETTING HEARING ON SHORTENED TIME** |
| **Debtors.** | Hearing Scheduled: |
| | Date: June 26, 2024 |
| Affects: | Time: 10:00 a.m. |
| ☐ PG&E Corporation | Via AT&T Teleconference |
| ☐ Pacific Gas & Electric Company | |
| ☒ Both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

The Court, has reviewed the Application for an Order Shortening Time to Hear a Motion to Stay Proceedings re Disputed Claims Under the Fire Victim Trust Agreement (the "Application") and notes a hearing on a substantive motion to stay proceedings and review the FVT's Interpretation of Plan language set for July 30, 2024, and good causing appearing. The court is currently not inclined to issue a stay but does wish to set a hearing to clarify the motion ahead of July 30, 2024. Accordingly, **IT IS HEREBY ORDERED** as follows:

1. A hearing discussing the status of the Motion to Stay Proceeding re Disputed Claims Under the Fire Victim Trust Agreement (the "Motion") is set for June 26, 2024 at 10:00 a.m. The hearing shall be conducted via telephone conference. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If there are any questions regarding how to appear at a court hearing, please contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

2. No opposition or response need be filed prior to the hearing. The court may set a schedule for further briefing at the hearing.

3. Counsel for movants shall serve this Order and a Notice of Hearing on the Fire Victim Trustee and file proof of notice and service by close of business on June 21, 2024.

** END OF ORDER **