**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

*(additional counsel listed in Exhibit A)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**PERA'S RESPONSE TO THE COURT'S MEMORANDUM OF MAY 30, 2024** |

Lead Plaintiff Public Employees Retirement Association of New Mexico ("PERA") hereby submits this response to the Court's memorandum of May 30, 2024.

The Court requested from PERA "a current count (number of claims, not dollar amounts or identification of the claimants) that are included in the 33rd Omnibus Objection, including any who opted to align themselves with PERA in addition to the number of claimants identified on Exhibit A to the Stipulation Regarding Motion of Lead Plaintiff Pursuant to B.L.R. 90006-1 to Extend Time to File Response to Certain Claim Objections. (Dkt. 14341-1)."

To date, 107 claims have opted to align themselves with PERA:

- The 82 claims Reorganized Debtors listed in Exhibit A ("Claims to Be Disallowed and Expunged") to Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants that Adopted the TAC (Dkt. 14200);
- The 21 claims identified on Exhibit A to the Stipulation Regarding Motion of Lead Plaintiff Pursuant to B.L.R. 9006-1 to Extend Time to File Response to Certain Claim Objections (Dkt. 14341-1) (the "Stipulation"), with respect to which the Reorganized Debtors consented; and
- The 4 claims by securities claimants who have opted to align themselves with PERA since the Stipulation was filed.

In addition, PERA intends to seek discovery from the Reorganized Debtors, and more particularly the Reorganized Debtors' claims agent, in connection with PERA's pending Bankruptcy Rule 7023 motion as it relates to class certification. Specifically, PERA will be seeking information concerning those securities claims that were not included in the Reorganized Debtors' sufficiency objections and that are still pending. Such information is needed in order for PERA to contact those securities claimants to determine if they are interested in aligning themselves with PERA and adopting the PERA complaint in connection with merits-based arguments relating to the sufficiency objections. Obtaining this information is consistent with the Court's suggestion that counsel for PERA contact securities claimants to determine if they are interested in joining PERA's position. (*See* February 9, 2024 Transcript of Proceedings (ECF No. 14316) at 29:21-30:10.)

Dated: June 21, 2024

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

By: */s/ Michael P. Canty*
Michael P. Canty (*pro hac vice*)
*Lead Counsel to Securities*
*Lead Plaintiff and the Class*

- and -

**MICHELSON LAW GROUP**

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**LOWENSTEIN SANDLER LLP**

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**

*Liaison Counsel for the Class*

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

*Counsel for the Securities Act Plaintiffs*

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

*Additional Counsel for the Securities Act Plaintiffs*

<h1 style="text-align:center">EXHIBIT A</h1>

<strong>COUNSEL</strong>

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br><br>Michael P. Canty (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone 212-907-0700<br>Facsimile: 212 818-0477<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>thoffman@labaton.com<br><br>*Lead Counsel PERA and*<br>*the Proposed Class in the Securities Action* | **ADAMSKI, MORISKI, MADDEN,**<br>**CUMBERLAND & GREEN LLP**<br><br>James M. Wagstaffe (SBN 95535)<br>Mailing Address: P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Physical Address: 6633 Bay Laurel Place<br>Avila Beach, CA 93424<br>Telephone: (805) 543-0990<br>Facsimile: (805) 543-0980<br>wagstaffe@ammcglaw.com<br><br>*Liaison Counsel for PERA and the Proposed*<br>*Class in the Securities Action* |
| **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>Colleen Restel<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone 973-597-2500<br>Facsimile 973-597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br>crestel@lowenstein.com<br><br>*Special Bankruptcy Counsel for PERA* | **MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone 415-512-8600<br>Facsimile 415-512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel for PERA* |