| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP** <br> Thomas A. Dubbs (*pro hac vice*) <br> Carol C. Villegas (*pro hac vice*) <br> Michael P. Canty (*pro hac vice*) <br> Thomas G. Hoffman, Jr. (*pro hac vice*) <br> 140 Broadway <br> New York, New York 10005 <br><br> *Lead Counsel to Securities Lead Plaintiff and the Class* | **LOWENSTEIN SANDLER LLP** <br> Michael S. Etkin (*pro hac vice*) <br> Andrew Behlmann (*pro hac vice*) <br> Scott Cargill (*pro hac vice*) <br> Colleen Restel <br> One Lowenstein Drive <br> Roseland, New Jersey 07068 <br><br> *Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br>     Reorganized Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) (Lead Case) <br><br> Chapter 11 <br><br> (Jointly Administered) <br><br><br> **CERTIFICATION OF SERVICE** |

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the above-captioned chapter 11 cases to the Public Employees Retirement Association of New Mexico ("PERA"), the court-appointed lead plaintiff in the securities class action captioned as In re PG&E Corporation Securities Litigation, Case No. 3:18-cv-03509-RS, pending in the United States District Court for the Northern District of California ("Lead Plaintiff").

2. On June 21, 2024, on behalf of Lead Plaintiff, I caused the following document to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings**:**

   - *PERA's Response To The Court's Memorandum Of May 30, 2024* [Dkt. No. 14497]

3. Also on June 21, 2024, pursuant to the procedures set forth in the *Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019* [Dkt. No. 1996]*,* I caused the foregoing document to be served on the parties listed on **Exhibit A**, in the manner set forth therein.

4. Also on June 21, 2024, I also caused the foregoing document to be served on counsel for the Reorganized Debtors by email to: PGEsecuritiesclaims@weil.com.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: June 21, 2024  /s/ *Elizabeth Lawler*
Elizabeth Lawler

# EXHIBIT A

**Standard Parties:**

| | |
|---|---|
| Abid Qureshi | aqureshi@akingump.com |
| Alan Kornberg | AKORNBERG@PAULWEISS.COM |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Benjamin McCallen | bmccallen@willkie.com |
| Brian Hermann | bhermann@paulweiss.com |
| Bruce Bennett | bbennett@jonesday.com |
| Cecily Dumas | cdumas@bakerlaw.com |
| Daniel Forman | dforman@willkie.com |
| Danielle Pham | danielle.pham@usdoj.gov |
| David Botter | dbotter@akingump.com |
| David Schiff | david.schiff@davispolk.com |
| Dennis Dunne | ddunne@milbank.com |
| Eli Vonnegut | eli.vonnegut@davispolk.com |
| Eric Sagerman | esagerman@bakerlaw.com |
| Gregory Bray | gbray@milbank.com |
| Ira Dizengoff | idizengoff@akingump.com |
| James Johnston | jjohnston@jonesday.com |
| James Snyder | james.l.snyder@usdoj.gov |
| Jane Kim | jkim@kellerbenvenutti.com |
| Jessica Liou | jessica.liou@weil.com |
| Joseph Minias | jminias@willkie.com |
| Joshua Mester | jmester@jonesday.com |
| Kathryn Diemer | kdiemer@diemerwie.com |
| Kevin Orsini | korsini@cravath.com |
| Lauren Attard | lattard@bakerlaw.com |
| Matthew Feldman | mfeldman@willkie.com |
| Matthew Goren | matthew.goren@weil.com |
| MIchael Stamer | mstamer@akingump.com |
| Neal Donnelly | ndonnelly@paulweiss.com |
| Omid Nasab | onasab@cravath.com |
| Paul Zumbro | pzumbro@cravath.com |
| Ray Schrock | ray.schrock@weil.com |
| Robert Julian | rjulian@bakerlaw.com |
| Samuel Khalil | skhalil@milbank.com |
| Sean Mitchell | smitchell@paulweiss.com |
| Stephen Karotkin | stephen.karotkin@weil.com |
| Theodore Tsekerides | theodore.tsekerides@weil.com |
| Thomas Kreller | tkreller@milbank.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| Timothy Laffredi | timothy.s.laffredi@usdoj.gov |
| Tobias Keller | tkeller@kellerbenvenutti.com |
| Walter Rieman | wrieman@paulweiss.com |