

Richard A. Bodnar
Partner

1251 Avenue of the Americas
New York, NY 10020
212.597.2810
rbodnar@rksllp.com

VIA ECF

June 21, 2024

Hon. Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *In re: PG&E Corporation*, Case No. 19-30088

Dear Judge Montali:

This firm represents the RKS Claimants in the above captioned matter. Pursuant to Your Honor's Memorandum Regarding Submitted Omnibus Claims Objections dated May 30, 2024, we write to inform your Honor that there are 482 RKS claims remaining as unresolved claims included in the 34th Omnibus Objection.

Please let us know if the Court has any questions regarding this matter.

Sincerely,

*/s/ Richard A. Bodnar*

Richard A. Bodnar