Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221
**COREY, LUZAICH
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Attorneys for:
*Attorneys for Movants Julie Poincenot,
Patrick Doolittle, Megan Van Mater Davidson,
and Paul Lore*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**&**<br>**PACIFIC GAS AND ELECTIC COMPANY,**<br>　　　　　　　　　**Debtors.**<br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**AMENDED NOTICE OF HEARING ON MOTION TO STAY PROCEEDINGS RE DISPUTED CLAIMS UNDER THE FIRE VICTIM TRUST AGREEMENT & REVIEW OF FVT INTERPRETATION OF PLAN LANGUAGE**<br><br>**Date: June 26, 2024**<br>**Time: 10:00 a.m.**<br>**Location: Telephone/Videoconference**<br>https://www.canb.uscourts.gov/calendars |

**PLEASE TAKE NOTICE** that on June 20, 2024, as Dk. No. 14491, Danko Meredith filed a motion on behalf of Julie Poincenot, Patrick Doolittle, Megan Van Mater Davidson, and Paul Lore "(Movants") to Stay Proceedings Re Disputed Claims Under the Fire Victim Trust Agreement & Review of FVT Interpretation of Plan Language ("Motion").

**PLACE TAKE NOTICE** that on June 20, 2024, as Dk. No. 14489, Movants filed an Ex Parte Motion to Shorten Time for Hearing Re Motion to Stay Proceedings Re Disputed Claims Under the Fire Victim Trust Agreement

**PLEASE TAKE NOTICE** that on June 21, 2024, as Dk. No. 14496, the Court entered an Order Setting Hearing on Shortened Time ("Order"). A copy of the Order is attached hereto as **Exhibit A**. The hearing on the Motion will now take place on **June 26, 2024**, at **10:00 a.m.** (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The hearing shall be conducted via telephone conference. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If there are any questions regarding how to appear at a court hearing, please contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Claimants at the above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other documents filed in the Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and it's supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 23, 2024

**DANKO MEREDITH**

_____
Michael Danko
Attorney for Movants