June 18, 2024

US Bankruptcy Court
Judge Montali
450 Golden Gate Ave
San Francisco, CA 94102

Case Number 19-30088
Support for Motion: 14474 (please add to the docket)

To: Honorable Judge Montali,

Wildfire survivors/victims are still present, waiting and have been asking this court for **Accountability, Fairness and Transparency** since the PG$E bankruptcy started. I support Will Abrams with his questions and concerns about transparency.

We want to believe and trust what is happening behind closed doors is for our benefit; however allowing for a massively manipulated voting process, purposely rushing through bankruptcy to ensure a murderous company receives their gold star, releasing heavily redacted documents, quietly removing letters and videos from view, handing position to individuals aside from appropriate RFP processes, supporting safeguards for everyone except those who have greatly suffered, building up survivors to believe 3rd party litigation settlements would help but end up earmarked for other entities **does not equal or build the trust** needed to believe someone is carrying out their fiduciary duties.

Integrity is about having a strong moral compass and within an organization this translates in adherence to a moral code that is reflected through accountability and transparency. A lack of transparency allows for wildfire survivor/victim's minds to wonder, allows for uncertainty and anxiety to take over rather than allow us to heal from a preventable and devastating event.

The aftermath of those fires has caused years of trauma and uncertainty, including breaks in families, lost friends, lost neighbors, lost pets, lost normalcy, lost community, and premature lost lives.

We are in this situation because of PG$E and hopefully blame shifting to any survivor/victim for asking questions will not be tolerated. Wildfire survivors/victims deserve better.

Respectfully,

Tina Reszler - Campfire Survivor
835 Bille Rd Paradise CA 95926