# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: admin | | Date Created: 6/28/2024 |
| Case: 19−30088 | Form ID: TRANSC | | Total: 3 |

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration):**

aty     David J. Molton     Brown Rudnick LLP     7 Times Square     New York, NY 10036
       BRADFORD BOWEN, ESQ.     Danko Meredith     333 Twin Dolphin Drive Suite 145     Redwood Shores, CA 94065
       KIMBERLY LEDING, ESQ.     Poniatowski Leding Parikh PC     21715 Redwood Road     Castro Valley, CA 94546

TOTAL: 3