

**Signed and Filed: June 28, 2024**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  July 30, 2024<br>Time:  10:00 AM<br>Via Zoom Videoconference<br>www.canb.uscourts.gov/calendars |

**ORDER FOR FURTHER BRIEFING ON MOTION OF WILLIAM B. ABRAMS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND TRUST
COMPLIANCE WITH COURT ORDERS**

The court has reviewed the *Response of William B. Abrams to the Order Regarding Williams B. Abrams Recent Filing* ("Response") (Dkt. 14507), that Mr. Abrams filed timely in

-1-

response to the court's *Order Regarding William B. Abrams Recent Filing* (Dkt. 14481).

The Fire Victim Trust ("FVT") should file a response no later than July 15, 2024. It should address any issues it deems relevant in opposition to the *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance With Court Orders* ("Motion") (Dkt. 14474). In particular, it should address the specific complaints and concerns Mr. Abrams mentioned in the Response regarding the Davey Tree Settlement Allocation, especially in light of the real or perceived conflict that such earmark raises concerns over the fiduciary duties of the Trust Oversight Committee members and the likelihood of other confidential settlement for specific fire survivors but not through the FVT.

Any other prospective respondent whom Mr. Abrams wants to examine, or from whom he wishes to seek discovery, under FRBP 2004 MAY but is not required to respond by that same date. By including anyone other than FVT, the court is not determining that any such respondent has been properly served with process by Mr. Abrams. If the court does ultimately grant all or any part of the Motion, it will require Mr. Abrams to serve any non-FVT, non-consenting party in accordance with applicable rules.

The court will hold a hearing on the Motion and any opposition on July 30, 2024, at 10:00 AM, via Zoom, with the link to be posted prior to that hearing per normal practice.

Mr. Abrams should not file any reply to the responses but will be allowed to address them orally at the hearing.

-2-

Case: 19-30088    Doc# 14512    Filed: 06/28/24    Entered: 06/28/24 12:06:27    Page 2 of 4

All hearings will be conducted by telephone or video conference unless otherwise noted. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
625 McDonald Ave.
Santa Rosa, CA 95404

-4-