1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Seven Times Square
3  New York, New York 10036
   Telephone:     (212) 209-4800
4  Facsimile:     (212) 209-4801

5  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
   Telephone:     (949) 752-7100
8  Facsimile:     (949) 252-1514

9  *Attorneys for Fire Victim Trustee*

10              **UNITED STATES BANKRUPTCY COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
12

13  In re:                                    | Case No. 19-30088 (DM)
                                              | Chapter 11
14  **PG&E CORPORATION,**                     | (Lead Case)
                                              | (Jointly Administered)
15              **- and –**

16  **PACIFIC GAS AND ELECTRIC COMPANY,**     | **WITHDRAWAL OF FIRE**
17  **Debtors.**                              | **VICTIM TRUST'S NOTICE OF**
                                              | **FINAL RESOLUTION OF**
                                              | **ASSIGNED CLAIMS**
18  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company | [Relates to Docket Numbers 12682 and
19  ☒ Affects both Debtors                    | 12884]

20  *\* All papers shall be filed in the Lead Case,*
21  *No. 19-30088 (DM).*

22

23

24

25

26

27

28

TO FIRE VICTIMS AND ALL OTHER INTERESTED PARTIES:

        Fire Victim Trustee, by and through their undersigned counsel, hereby withdraws Fire Victim Trust's Notice of Final Resolution of Assigned Claims filed on July 2, 2024, as Docket 14513.

DATED:  July 2, 2024                  BROWN RUDNICK LLP

                                By: */s/ David J. Molton*

                                   David J. Molton (SBN 262075)
                                   (DMolton@brownrudnick.com)
                                   Seven Times Square
                                   New York, New York 10036
                                   Telephone:    (212) 209-4800
                                   Facsimile:    (212) 209-4801

                                   and

                                   Joel S. Miliband (SBN 077438)
                                   (JMiliband@brownrudnick.com)
                                   2211 Michelson Drive
                                   Seventh Floor
                                   Irvine, California 92612
                                   Telephone:    (949) 752-7100
                                   Facsimile:    (949) 252-1514

                                   *Attorneys for Fire Victim Trustee*

1