1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Seven Times Square
3  New York, New York 10036
   Telephone:    (212) 209-4800
4  Facsimile:    (212) 209-4801

5  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
   Telephone:    (949) 752-7100
8  Facsimile:    (949) 252-1514

9  *Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRE VICTIM TRUST'S NOTICE OF FINAL RESOLUTION OF ASSIGNED CLAIMS**<br><br>[Relates to Docket Numbers 12682 and 12884] |

TO FIRE VICTIMS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the PG&E Fire Victim Trust (the "**Trust**") has settled claims (the "**Assigned Claims**") against Osmose Utilities Services, Inc. (the "**Settling Vegetation Management Defendant**") that the Trust held as part of the Assigned Rights and Causes of Action transferred to the Trust pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8048]. A complete copy of the settlement and release agreement that was fully executed on June 21, 2024 (the "**Settlement Agreement**") is attached hereto as **Exhibit 1** and will be posted on the Fire Victim Trust Website at www.firevictimtrust.com.

The Settlement Agreement provides, inter alia, for the Settling Vegetation Management Defendant to remit to the Trust the total lump sum of four million five hundred thousand dollars ($4,500,000.00) (the "**Settlement Amount**") and for mutual releases to be executed by the Trust and the Settling Vegetation Management Defendant.

PLEASE TAKE FURTHER NOTICE that a redacted[1] copy of the engagement letter (the "**VM Firms' Engagement Letter**") effective January 27, 2021, between the Trust and the firms Cotchett, Pitre & McCarthy, LLP, Corey, Luzaich, de Ghetaldi & Riddle, LLP, Walkup, Melodia, Kelly & Schoenberger, Dreyer, Babich, Buccola, Wood & Campora, LLP, Andrews & Thornton, A Law Corporation, and Greenberg Gross LLP (together, "**VM Firms**") in connection with the Assigned Claims is attached hereto as **Exhibit 2**[2] and will be posted on the Fire Victim Trust Website at www.firevictimtrust.com. The Trust will file a supplemental notice disclosing the

---

[1] The VM Firms' Engagement Letter remains redacted in accordance with the *Order Granting Motion of the Fire Victim Trustee to File Redacted Versions of Certain Retention Agreements Until Litigation Related to Such Retention Agreements is Finally Resolved* [Dkt. No. 12884], which provides, among other things, that the unredacted copy of the retention agreement is confidential, shall remain under seal, and shall not be made available to anyone without the express written consent of the Trustee or order of the Court until such time as the litigation to which the retention agreement applies has been finally resolved by judgment, arbitration, mediation, or otherwise. The litigation to which the VM Firms' Engagement Letter applies is currently in mediation and has not yet been finally resolved with respect to certain other vegetation management entities, including The Davey Tree Expert Co., Davey Tree Surgery Co., and Davey Resource Group, Inc.

[2] The Trust previously filed redacted copies of the VM Firms' Engagement Letter as Exhibit B to *Fire Victim Trustee's Responses in Connection with the Court's August 2, 2022 Discovery Order* [Dkt. No. 12931] and as Exhibit 2 to *Fire Victim Trust's Notice of Final Resolution of Assigned Claims* [Dkt. No. 13607].

amounts of its costs, expenses, and attorneys' fees and disclosing the net benefit received by the Trust as a result of the Settlement Agreement.

DATED: July 2, 2024

BROWN RUDNICK LLP

By: */s/ David J. Molton*
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Fire Victim Trustee*