UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 28, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 2nd day of July 2024, at New York, NY.

<u>*/s/ Victor Wong*</u>
Victor Wong

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Bradford Bowen, Esq. | Danko Meredith | 333 Twin Dolphin Drive Suite 145 | Redwood Shores | CA | 94065 |
| David J. Molton | Brown Rudnick LLP | 7 Times Square | New York | NY | 10036 |
| Kimberly Leding, Esq. | Poniatowski Leding Parikh PC | 21715 Redwood Road | Castro Valley | CA | 94546 |

In re: PG&E Corporation
Case No. 19-30088 (DM)
Page 1 of 1