Case # 19-30088, relates to Docket 14474.14481     July 9, 2024
Judge Montali
Courtroom 17
450 Golden Gate Avenue
Mail bow 14474.14481


FILED
JUL 10 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Montali,

Please accept this declaration of total support for the motion filed by William B Abrams, Case #19-30088, filed April 4, 2024.

I am a claimant who lost everything, except my car, in the October 2017 Tubbs fire, fleeing 2:20 AM, not yet awake.

Claiments have a right to know that the Trustee and The Oversight Committee:

1. Acted fairly while performing their fiduciary responsibilities toward the fire victims.
2. Will submit *unredacted* retention agreements.
3. Has acted solely in the interest of the claimants of the trust fund.
4. Their reason for lobbing for AB 1054.

I support the need for the investigation by William B Abrams.

Respectfully Submitted,

Dana McKinney
2023 Gardenview Place
Santa Rosa, Ca 95403