# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Baupost Group Securities, L.L.C., (ADRID: 12118326), Attn: Isaac M. Pachulski, Debra I. Grassgreen, 10 Saint James Avenue, Suite 1700, Fl 40, Boston MA 02116:

- Notice of Withdrawal of Reorganized Debtors' Thirty-Fifth Securities Claims Omnibus Objection to the Baupost Amendment [Docket No. 14451]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. On June 28, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Internal Revenue Service, (ADRID: 2498302), Attn: C. Tang, Internal Revenue Service, Insolvency Section, Mail Stop 5420, 55 S. Market St., San Jose CA 95113:

- Reorganized Debtors' Thirty-Ninth Securities Claims Omnibus Objection to Claims of Merrill Lynch (Insufficient Substantive Allegations Claims) [Docket No. 14404]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Thirty-Ninth Securities Claims Omnibus Objection to Claims of Merrill Lynch (Insufficient Substantive Allegations Claims) [Docket No. 14405]

- Notice of Hearing on Reorganized Debtors' Thirty-Ninth Securities Claims Omnibus Objection to Claims of Merril Lynch (Insufficient Substantive Allegations Claims) [Docket No. 14406]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of July 2024, at New York, NY.

/s/ Paul Pullo
Paul Pullo