STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Creditors, Monica Huchro and Monica Huchro as Trustee of the Monica Huchro Revocable Trust.

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 954-0122

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**In re:**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST**<br><br>DATE: August 13, 2024<br>TIME: 10:00 A.M.<br>PLACE: **Telephone/Videoconference**<br>https://www.canb.uscourts.gov/calendars<br><br>JUDGE: Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **July 30, 2024 (4:00 P.M. Prevailing Pacific Time)** |

Case: 19-30088    Doc# 14535    Filed: 07/16/24    Entered: 07/16/24 13:38:31    Page 1 of 3

**TO: MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Motion for Order Authorizing Withdrawal of Counsel to Monica Huchro and Monica Huchro as Trustee of the Monica Huchro Revocable Trust (the "Motion") filed by Dreyer Babich Buccola Wood Campora, LLP ("Dreyer Babich") will be heard by the Honorable Dennis Montali, Bankruptcy Judge, on **August 13, 2024, at 10:00 A.M. (Pacific Time)** (the "Omnibus Hearing") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California in Courtroom 17.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion, and the Declaration of Steve Campora, all filed in support of the Motion and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented during the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on Dreyer Babich and the counsel for Dreyer Babich at the above-referenced addresses so as to be received by no later than **4:00 P.M. (Prevailing Pacific Time)** on July 30, 2024. Any opposition or response must be filed and served on all "Standard Parties" as defined in the Second Amended Order Implementing Certain Notice and Case Management Procedures entered by the Court on May 14, 2019 (ECF No. 1996) (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website, but no PACER password is needed to access documents on Kroll Restructuring Administration LLC's website.

Date: July 16, 2024

**PINO & ASSOCIATES**

By: /s/ Estela O. Pino
Estela O. Pino, Counsel for
Dreyer Babich Buccola
Wood Campora, LLP