STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:   (916) 379-3500
Facsimile:   (916) 379-3599

Attorneys for Creditors, Monica Huchro and Monica Huchro as Trustee of the Monica Huchro Revocable Trust.

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone:   (916) 641-2288
Facsimile:   (916) 954-0122

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | |
| In re: | **PROOF OF SERVICE VIA UNITED STATES MAIL** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | JUDGE:   Hon. Dennis Montali<br><br>RELATED DOCKET: 14534, 14535, and 14536 |
| * All papers shall be filed in the lead case, No. 19-30088(DM) | |

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On July 16, 2024, I served the documents named below on the parties in said action by causing true copies thereof to be placed in a sealed envelope with postage thereon fully prepaid in the United States mail in Roseville, California, addressed as follows:

**Documents Served:**

1. **MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST; and**

2. **DECLARATION OF STEVE M. CAMPORA IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST; and**

3. **NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST.**

**Parties Served:**

| | |
|---|---|
| Monica Huchro<br>6224 Harvey Road<br>Paradise, CA 95969. | Monica Huchro as Trustee of the Monica Huchro Revocable Trust<br>6224 Harvey Road<br>Paradise, CA 95969. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2024, at Roseville, Placer County, California.

*/s/ Ramandeep K. Mahal*
Ramandeep K. Mahal