**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 30, 2024, OMNIBUS HEARING**<br><br>Date: July 30, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JULY 30, 2024,
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. <u>**Poincenot, *et al*. Motion to Stay:**</u> *Motion to Stay Proceedings re Disputed Claims Under the Fire Victim Trust Agreement & Review of FVT Interpretation of Plan Language* [**Dkt. 14491**].

    <u>Responses Received:</u>

    A. *Fire Victim Trustee's Objection to Motion to Stay Proceedings re Disputed Claims Under the Fire Victim Trust Agreement & Review of FVT Interpretation of Plan Language* [**Dkt. 14533**].

    <u>Related Documents:</u>

    B. *Declaration of Bradford Bowen in Support of Motion to Stay Proceedings re Disputed Claims Under the Fire Victim Trust Agreement & Review of FVT Interpretation of Plan Language* [**Dkt. 14492**].

    C. *Reply in Support of Motion to Stay Proceedings re Disputed Claims Under the Fire Victim Trust Agreement & Review of FVT Interpretation of Plan Language* [**Dkt. 14549**].

    <u>Related Orders:</u>

    D. Docket Text Order dated July 24, 2024.

    <u>Status</u>:  This matter is going forward on a contested basis.

2. **Abrams Motion for Examination:** *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance with Court Orders* [**Dkt. 14474**].

    <u>Responses Received:</u>

    A. *Fire Victim Trustee's Response and Objection to Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance with Court Orders* [**Dkt. 14529**].

    B. *Declaration of Counsel for Davey Entities Regarding Status of Settlement with Fire Victim Trust* [**Dkt. 14530**].

Related Documents:

C. *Declaration of William B. Abrams in Support of Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance with Court Orders* [**Dkt. 14475**].

D. *Response of William B. Abrams to the Order Regarding William B. Abrams Recent Filing* [**Dkt. 14507**].

E. *June 12, 2024 Letter to Court by Counsel to FVT* [**Dkt. 14483**].

F. *June 12, 2024 Letter to Court by William B. Abrams* [**Dkt. 14484**].

G. Letters from interested parties submitted in support of the motion at Dkt. Nos. 14504, 14511, 14523, 14524, 14527, 14531, 14543, and 14551.

Related Orders:

H. *Order Regarding William B. Abrams' Recent Filing* [**Dkt. 14481**].

I. *Order for Further Briefing on Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance with Court Orders* [**Dkt. 14512**].

J. Docket Text Order dated July 24, 2024.

Status: This matter is going forward on a contested basis.

***RESOLVED AND CONTINUED MATTERS***

3. **Krausse Status Conference:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

Status: This Objection has been continued to September 10, 2024, pursuant to an agreement of the parties.

/ / /

/ / /

/ / /

/ / /

/ / /

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 29, 2024

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*