# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 8/1/2024 |
| Case: 19−30088 | Form ID: TRANSC | Total: 4 |

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| aty | David J. Molton | Brown Rudnick LLP | 7 Times Square | New York, NY 10036 |
| | BRADFORD BOWEN, ESQ. | Danko Meredith | 333 Twin Dolphin Drive Suite 145 | Redwood Shores, CA 94065 |
| | KIMBERLY LEDING, ESQ. | Poniatowski Leding Parikh PC | 21715 Redwood Road | Castro Valley, CA 94546 |

TOTAL: 4