**EXHIBIT A**

LIST OF APPLICABLE LAWS AND PROVISIONS

# Exhibit A: Applicable Bankruptcy Law and FVT Agreement Terms

- **11 U.S. Code § 1103.** *"An attorney or accountant employed to represent a committee appointed under section 1102 of this title **may not, while employed by such committee, represent any other entity having an adverse interest** in connection with the case."*
- **11 U.S. Code § 330(a)(7).** *"In determining the amount of **reasonable compensation to be awarded to a trustee**, the court shall treat such compensation as a commission, based on section 326."*
- **11 U.S. Code § 326(d).** *"The court **may deny allowance** of compensation for services or reimbursement of expenses of the trustee **if the trustee failed to make diligent inquiry into facts that would permit denial of allowance under section 328(c) of this title or, with knowledge of such facts, employed a professional person under section 327 of this title.**"*
- **11 U.S. Code § 327(a).** *"Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, **that do not hold or represent an interest adverse to the estate, and that are disinterested persons**, to represent or assist the trustee in carrying out the trustee's duties under this title."*
- **11 U.S. Code § 328(c).** *"Except as provided in section 327(c), 327(e), or 1107(b) of this title, the **court may deny allowance of compensation for services and reimbursement of expenses** of a professional person employed under section 327 or 1103 of this title if, **at any time during such professional person's employment under section 327 or 1103 of this title, such professional person is not a disinterested person, or represents or holds an interest adverse to the interest of the estate with respect to the matter on which such professional person is employed.**"*
- **FRBP 2016.** *"An application for compensation shall include a statement as to what payments have theretofore been made or promised to the applicant for services rendered or to be rendered in any capacity whatsoever in connection with the case, the source of the compensation so paid or promised, **whether any compensation previously received has been shared and whether an agreement or understanding exists between the applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the case**, and the particulars of any sharing of compensation or agreement or understanding therefor, except that details of any agreement by the applicant for the sharing of compensation as a member or regular associate of a firm of lawyers or accountants shall not be required."*
- **Fire Victim Trust Agreement Section 6.2.** *"The members of the TOC **shall serve in a fiduciary capacity** representing current holders of Fire Victim Claims in the administration of the Trust... and **The Trustee must obtain the consent** of the TOC on matters identified in Section 2.2(f) above and consult with the TOC in accordance with other provisions herin... certain other actions by the Trustee may also be subject to the consent of the TOC."*
- **Fire Victim Trust Agreement Section 2.1(h).** *"The Trustee shall give the TOC prompt notice of any act proposed to be performed or **that requires consultation with, or the consent of, the TOC, including but not limited to Sections 2.1(e)(ii), 2.2(a) 2.2(f), 2.3(d), 3.2(c), 6.5, and 6.6.**"*
- **Fire Victim Trust Agreement Section 2.2(f)(vi).** *"The Trustee shall be required to obtain the consent by vote of a simple majority of the TOC pursuant to the notice and quorum requirements set forth in Section 6.6 herein to:... (f) **settle any litigation** involving Trust Assets"*
- **Fire Victim Trust Agreement Section 1.2.** *"In order to be able to effectuate these purposes, the Trustee, Delaware Trustee, Claims Administrator, Claims Processor, Neutrals, and their agents, **shall have no interest in and at all times shall be independent of** the Debtors, the Fire Victim Claimants, **the TOC, and their agents.**"*
- **"TOC" Definition.** *""TOC" means the members of Trust Oversight Committee appointed by the Consenting Fire Claimant Professionals and the Tort Claimants Committee to oversee the Trust in accordance with the Chapter 11 Plan and the Trust Agreement."*