# EXHIBIT B2

5/6/2024 Letter from Gerald Singleton Esq., Trust Oversight Committee

AB1054 Lobbying Efforts on Behalf of Fire Victim Trust



# SINGLETON SCHREIBER

Dear Client,

We are excited to announce a new coalition called Fairness for Fire Victims which will advocate for a common-sense solution to help make PG&E wildfire victims 100% whole after suffering devastating losses through no fault of their own (vs. the 70% currently available through the FVT).

We need all hands on deck to make this happen!

Please follow this link to sign-up and get involved. Your information will be kept confidential, and we will only contact you when it's important.

Sincerely,
Singleton Schreiber, LLP

Singleton Schreiber, LLP | 591 Camino de la Reina Suite 1025 | San Diego, CA 92108 US

Unsubscribe | Update Profile | Constant Contact Data Notice

CONFIDENTIAL/PRIVILEGED
ATTORNEY-CLIENT COMMUNICATION

March 6, 2024

Dear Clients,

As we have shared with you previously, we anticipate the final payments for participants in the Fire Victim Trust will be approximately 70% (the Trust has still not made an affirmative announcement on the exact final amount or timing). And, while this is more than the average recovery for a claimant forced to go through the bankruptcy process, it still leaves thousands of you woefully undercompensated. In an effort to bridge this financial gap, our firm has been working with legislators and other political representatives to amend AB 1054 in order to provide an alternative avenue for recovery.

As you may recall, AB 1054 was signed into law by Governor Newsom in July 2019, just six months after PG&E filed for bankruptcy. The fund provides the state's investor-owned utility companies $21 billion in insurance protection—helping to pay for wildfire damages in any fire that exceed $1 billion. This protects both the utility company—by ensuring they won't go bankruptcy from a utility cause fire—and the victims—by ensuring there are sufficient funds to cover the damage caused by said utility fire.

Unfortunately, as written into law, AB 1054 did not apply retroactively and, thus, victims of the 2015 Butte Fire, 2017 Nor Cal Fires, and 2018 Camp Fire are not eligible to receive its benefits. Our firm is working to change this and has proposed legislation that would enable the FVT and PG&E to utilize these funds to ensure victims receive the remaining 30% needed to make them whole.

We want to be careful to note that there is no guarantee that this will work. In fact, it's more likely than not that it will not. However, in order for it to stand any chance of success, we **need you to participate**.

How can you do so? It's simple! **We need your legislators to hear your voice!** Attached are two draft letters we have prepared on your behalf; one to your California state senator and the other to your local assemblymember. **We ask that you sign and return a copy of each letter to our office.** Once we have received your signatures, we will forward them.

March 6, 2024

Re: Justice for Fire Victims

Dear Senator:

I am a victim of the Camp Fire. Because PG&E filed for bankruptcy, I was forced to seek recovery for my damages through the Fire Victim Trust (FVT). Since there is not enough money in the FVT, I will not be made whole for the damages I suffered in the fire.

On behalf myself, my family, and the more than 70,000 victims of these catastrophic fires, I am writing to request that the Legislature pass legislation this year to allow existing fire victims like me to recover the remainder of our damages from the state wildfire fund established specifically to facilitate compensation of victims of investor-owned utility-caused wildfires. Unfortunately, my family and the other victims of the catastrophic fires that were the impetus for this fund were excluded from eligibility. It is not fair that we are limited to 70% of our damages, while the fund that was created as a result of our suffering protects every other fire victim in the state except us!

For context, the Camp Fire alone killed at least 85 people and destroyed 10,322 single family homes, 3,701 mobile homes, 298 apartments, and thousands of other buildings. Our communities are still suffering from the impacts from these fires and will continue to do so indefinitely if we are not provided the necessary funds to rebuild what was lost.

With the increased inflation and cost of building since the fires, it will be difficult for our communities to rebuild under the best of circumstances. If we only receive 70% of our damages, it will be impossible.

The only reason we are in this position is that PG&E went into bankruptcy following the 2017 North Bay/Wind Complex and 2018 Camp fires. Because PG&E was in bankruptcy, we had no choice but to settle for $13.5 billion to create the FVT because that was all PG&E could pay. While we were told it would not be enough, we the victims overwhelmingly voted for it because the alternative was a prolonged bankruptcy in which we likely would get less and where it would be many more years before we received any compensation.

Now, however, there is a solution that will give us justice without affecting the state's general budget or compromising the monies available to compensate any future catastrophic fire victims. That can be done by extending the sunset date of the state wildfire insurance fund and the $3 fee that utility customers pay into it beyond 2036. That will ensure that any and all victims of investor-owned utility-caused catastrophic wildfires, past, present, and future, are made whole for the property damage and other economic damages they suffered, and be granted parity. To benefit myself and the other victims of the very wildfires that were the impetus for establishing this fund, including this bill, to have a provision that no future fire victims will have to be unfunded until there is sufficient money in the fund down to be paid before any unfunded money deficit where there is sufficient money on the fund down to be paid by the fund. Fire victims funding money already in place.

The FVT needs $5.2 billion in order to fully compensate the more than 70,000 victims of these fires. The state wildfire fund that was created as a direct result of the fires that destroyed our lives currently has over $13 billion dollars in it. If you and your colleagues change the date of eligibility to allow the FVT to access the state wildfire fund and obtain the $5.2 billion to make the initial victims whole, it will fundamentally change our lives and communities. This is a simple, fair and equitable solution to this problem.

We are not asking to be treated differently, we are simply asking to be treated the same as every other fire victim will be treated and to be allowed to access the state wildfire fund that was created as a result of our suffering.

Accordingly, I respectfully ask that you pass legislation this year to allow FVT claimants access to funds necessary to make us whole and rebuild our lives and communities after this tragedy, an opportunity that is already afforded to all other Californians.

Sincerely,

Signed by _____

[Client's Signature]

Dated _____

Zip Code _____