# EXHIBIT C2

**Substitution of Attorney,** Case# JCCP No. 4955; CGC-17-562192

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bill Robins III (SBN 296101)<br>Robert T. Bryson (SBN 156953)<br>Kevin Pollack (SBN 272786)<br>ROBINS CLOUD LLP<br>808 Wilshire Boulevard, Suite 450, Santa Monica, CA 90401<br>TELEPHONE NO.: (310) 929-4200  FAX NO. (Optional): (310) 566-5900<br>E-MAIL ADDRESS (Optional): robins@robinscloud.com; rbryson@robinscloud.com<br>ATTORNEY FOR (Name): Linnea Zakasky | ELECTRONICALLY<br>F I L E D<br>Superior Court of California,<br>County of San Francisco<br>09/13/2018<br>Clerk of the Court<br>BY: CAROL BALISTRERI<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civil Center Courthouse

CASE NAME: BERNARD KRAUSE, et al. VS. PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation; and DOES 1-250, inclusive

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>JCCP No. 4955; CGC-17-562192 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Linnea Zakasky makes the following substitution:
1. **Former legal representative**  ☐ Party represented self  ☒ Attorney (name): Gerald Singleton
2. **New legal representative**  ☐ Party is representing self*  ☒ Attorney
   a. Name: Robert T. Bryson
   b. State Bar No. (if applicable): 156953
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      ROBINS CLOUD LLP
      808 Wilshire Boulevard, Suite 450, Santa Monica, CA 90401
   d. Telephone No. (include area code): (310) 929-4200
3. The party making this substitution is a  ☒ plaintiff  ☐ defendant  ☐ petitioner  ☐ respondent  ☐ other (specify):

---

*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

NOTICE TO PARTIES WITHOUT ATTORNEYS
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 08/23/2018

LINNEA ZAKASKY
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: 07/12/2018

GERALD SINGLETON
(TYPE OR PRINT NAME)                                    (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: 08/27/2018

ROBERT T. BRYSON
(TYPE OR PRINT NAME)                                    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Legal Solutions

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

| CASE NAME: BERNARD KRAUSE, et al. VS. PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation, and DOES 1-250, inclusive | CASE NUMBER: JCCP No. 4955; CGC-17-562192 |
|---|---|

MC-050

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):*

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:            (2) Place of mailing *(city and state):*

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          _____
(TYPE OR PRINT NAME)                                  (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served:
   b. Address *(number, street, city, and ZIP):*

   c. Name of person served:
   d. Address *(number, street, city, and ZIP):*

   e. Name of person served:
   f. Address *(number, street, city, and ZIP):*

   g. Name of person served:
   h. Address *(number, street, city, and ZIP):*

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*

   ☐ List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Page 2 of 2

# PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action; my business address is 408 College Avenue, Santa Rosa, California 95401.

On August 29, 2018, I hereby certify that I caused to be served, a true and correct copy of the foregoing document(s) described as **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF LINNEA ZAKASKY** on the interested parties in the present action by:

☒ **BY ELECTRONIC SERVICE:**

I caused an electronic version of the above document to be submitted for filing via File and ServeXpress.

I electronically served the document described above on the interested parties in this action pursuant to the most recent Omnibus Service List by submitting an electronic version of the documents via file transfer protocol (FTP) to CaseHomePage through the upload feature at www.casehomepage.com.

I declare under penalty under the laws of the State of California that the foregoing is true and correct. Executed in Santa Rosa, California on August 29, 2018.

_____
Danielle S. Millan