# EXHIBIT C3

**Osmose Settlement Notice Excerpt [Dkt. 14515]**

Executed by Cathy Yanni, Trustee and Gerald Singleton Representing the Abram Plaintiffs

(Policy Limits Settlement)

DocuSign Envelope ID: A7FBDE79-C4B1-48CF-87FB-BCFCE6214DCC

    g.    Such party does not believe that any covenant, provision, or term of this Agreement is invalid for any reason.

16. **INTERPRETATION.**

This document was mutually negotiated and drafted by the Parties. No provision of this Agreement shall be interpreted for, or against, a party because such party drafted or requested such provision.

17. **HEADINGS.**

The headings on paragraphs and subparagraphs of this Agreement are inserted as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or any provision hereof.

18. **COUNTERPARTS.**

This Agreement may be signed in counterparts, each of which shall be deemed an original for all purposes. Facsimile signatures to this Agreement shall for all purposes be deemed originals and shall bind the signatories delivering such signatures via fax or email.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date first set forth above.

Dated: 6/21/2024

_____
Cathy Yanni, trustee of the PG&E
Fire Victim Trust

Dated: 06/21/2024

_____
Name: Gerald Singleton
Firm: Singleton Schreiber
Attorney on behalf of the Abram Plaintiffs

Dated: Jun 21, 2024

Osmose Utilities Services, Inc.

_____
John Rigney,
Chief Administrative and Legal Officer
Osmose Utilities Services, Inc.