

August 2, 2024

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

        RE:    *In re PG&E Corporation and Pacific Gas and Electric Co.* **(Jointly Administered)**
                **Case No. 19-30088 (DM)**
                **Documents Submitted Under Seal Related to Hearing on Docket No. 14491**

Dear Hon. Judge Montali,

    This firm represent the Movants in the above-referenced matter. Pursuant to this Court's instructions during the July 30, 2024 hearing on the Motion to Stay Disputed Proceedings re Disputed Claims Under the Fire Victim Trust Agreement [Docket No. 14491], we are filing under seal contemporaneously herewith the Trustee's Determination for each of the Movants' claims, together with all the other relevant documents that were before the neutral and Trustee for their examination in these claims as the Court directed Movants to submit. Due to the volume of documents, many of which are duplicative as one copy was filed for each claimant, we have culled the documents for duplicative documents and hundreds if not thousands of pages of records. We have also added a cover page with a table of the documents submitted for each submission. We have not submitted approximately another 3,000 pages of medical and financial records due to the volume of documents already submitted and the sensitive nature of these documents. They are available and can be filed forthwith should this Court request it.

    Pursuant to Civil Local Rules 79-5(b) as adopted and incorporated by Bankruptcy Local Rule 1001-2, a party need not file a motion to seal if the Court expressly authorizes the party to file certain documents under seal. In light of the Court's directive to the parties during the hearing to file the noted documents under seal, we are doing so without the filing of a separate motion. If the Court should so direct, we will promptly file a motion to file the documents under seal.

    Please contact our office with any questions. Thank you.

                              Respectfully submitted,
                              DANKO MEREDITH

                            *Bradford L. W. Bowen*

                            BRADFORD BOWEN