McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   hagop.bedoyan@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Creditors Scott and Charlyse Raven

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re    PG&E CORPORATION,<br><br>         - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>         Debtors.<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br>* All papers shall be filed in the Lead Case No. 19-30088 | Case No. 19-30088-DM<br><br>Chapter 11<br>[Lead Case Jointly Administered]<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE OF MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP AND HAGOP T. BEDOYAN AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

**PLEASE TAKE NOTICE** that McCormick Barstow Sheppard Wayte & Carruth LLP hereby requests withdrawal of their appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Hagop T. Bedoyan
McCormick Barstow Sheppard Wayte & Carruth LLP
7647 North Fresno Street
Fresno, California 93720
Telephone (559) 433-1300
Email: hagop.bedoyan@mccormickbarstow.com

Dated: August 9, 2024                    McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP

                                         By: _____
                                             Hagop T. Bedoyan
                                         Attorneys for Creditors Scott and Charlyse Raven

I, Terry Duncan do declare and state as follows:

1. I am employed in Fresno County in the State of California. I am over the age of 18 and not a party to this action. My business address is 7647 North Fresno Street, Fresno, California 93720.

2. Service to ECF Registered Participants pursuant to Rule 2002-2(c) will be made electronically via an ECF generated Notice of Electronic Filing.

Dated: August 20, 2024

Terry Duncan