Entered on Docket
August 14, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 14, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

1  STEVEN M. CAMPORA, SBN 110909
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
3  20 Bicentennial Circle
   Sacramento, CA 95826
4  Telephone:   (916) 379-3500
5  Facsimile:   (916) 379-3599

6  Attorneys for Creditors, Monica Huchro
7  and Monica Huchro as Trustee of the
   Monica Huchro Revocable Trust.

8  ESTELA O. PINO, SBN 112975
9  **PINO & ASSOCIATES**
   1520 Eureka Rd., Suite 101,
10 Roseville, CA 95661
   Telephone:   (916) 641-2288
11 Facsimile:   (916) 954-0122

12 Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | |
| **In re:** | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | JUDGE:   Hon. Dennis Montali |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the lead case, No. 19-30088(DM)* | [Re: Dkt. No. 14534, 14535, 14536, 14537, 14540, 14541, and 14542] |

On July 16, 2024, Dreyer Babich Buccola Wood Campora, LLP ("Dreyer Babich") and its attorneys of record, filed the Motion for Order Authorizing Withdrawal Of Counsel To Monica Huchro And Monica Huchro As Trustee Of The Monica Huchro Revocable Trust (the "Motion") (Dkt. No. 14534), in the above-captioned bankruptcy cases.

Having reviewed the Motion and pleadings filed in support thereof, on August 9, 2024, the Court issued a Docket Text Order. Based on the Docket Text Order and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted, in its entirety; and

2. Dreyer Babich is permitted to withdraw as counsel to: Monica Huchro And Monica Huchro As Trustee Of The Monica Huchro Revocable Trust (collectively the "Creditors"); and

3. Dreyer Babich is excused from transmitting to the Creditors documents filed in the above-captioned bankruptcy cases, including but not limited to the documents related to the Proofs of Claim filed in the above-captioned bankruptcy cases on behalf of the Creditors, which were assigned claim number 34845 and 34923; and

4. Upon the entry of this Order, Dreyer Babich shall serve this Order on the Creditors and the Trustee of the Fire Victim Trust.

\*\* END OF ORDER\*\*