```
 1  STEVEN M. CAMPORA, SBN 110909
    DREYER BABICH BUCCOLA
 2  WOOD CAMPORA, LLP
 3  20 Bicentennial Circle
    Sacramento, CA 95826
 4  Telephone:   (916) 379-3500
    Facsimile:   (916) 379-3599
 5
 6  Former Attorneys for Creditors, Monica Huchro and
    Monica Huchro as Trustee of the Monica Huchro Revocable Trust.
 7
 8  ESTELA O. PINO, SBN 112975
    PINO & ASSOCIATES
 9  1520 Eureka Rd., Suite 101,
    Roseville, CA 95661
10  Telephone:   (916) 641-2288
    Facsimile:   (916) 954-0122
11
12  Attorneys for Dreyer Babich Buccola Wood Campora, LLP
```

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST |
| In re: | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | DATE: August 13, 2024<br>TIME: 10:00 A.M. |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | PLACE: **Telephone/Videoconference**<br>https://www.canb.uscourts.gov/calendars<br>JUDGE: Hon. Dennis Montali |
| * All papers shall be filed in the lead case, No. 19-30088(DM) | RELATED DOCKET: 14534 and 14572 |

Case: 19-30088    Doc# 14573    Filed: 08/15/24    Entered: 08/15/24 13:18:53    Page 1 of 4

**PLEASE TAKE NOTICE** that on August 14, 2024, the United States Bankruptcy Court for the Northern District of California, entered on the docket an Order Granting Motion for Order Authorizing Withdrawal of Counsel to Monica Huchro and Monica Huchro as Trustee of the Monica Huchro Revocable Trust (the "Order") (ECF 14572).

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Order is attached hereto and incorporated by reference herein as **Exhibit 1.**

DATED: August 15, 2024             Respectfully submitted,

                                   **PINO & ASSOCIATES**

                                   By: _____
                                   Estela O. Pino, Counsel for
                                   Dreyer Babich Buccola Wood Campora, LLP



Signed and Filed: August 14, 2024

*/s/ Dennis Montali*

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Creditors, Monica Huchro and Monica Huchro as Trustee of the Monica Huchro Revocable Trust.

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 954-0122

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

# THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST**<br><br>JUDGE: Hon. Dennis Montali<br><br>[Re: Dkt. No. 14534, 14535, 14536, 14537, 14540, 14541, and 14542] |

On July 16, 2024, Dreyer Babich Buccola Wood Campora, LLP ("Dreyer Babich") and its attorneys of record, filed the Motion for Order Authorizing Withdrawal Of Counsel To Monica Huchro And Monica Huchro As Trustee Of The Monica Huchro Revocable Trust (the "Motion") (Dkt. No. 14534), in the above-captioned bankruptcy cases.

Having reviewed the Motion and pleadings filed in support thereof, on August 9, 2024, the Court issued a Docket Text Order. Based on the Docket Text Order and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted, in its entirety; and

2. Dreyer Babich is permitted to withdraw as counsel to: Monica Huchro And Monica Huchro As Trustee Of The Monica Huchro Revocable Trust (collectively the "Creditors"); and

3. Dreyer Babich is excused from transmitting to the Creditors documents filed in the above-captioned bankruptcy cases, including but not limited to the documents related to the Proofs of Claim filed in the above-captioned bankruptcy cases on behalf of the Creditors, which were assigned claim number 34845 and 34923; and

4. Upon the entry of this Order, Dreyer Babich shall serve this Order on the Creditors and the Trustee of the Fire Victim Trust.

**\*\* END OF ORDER\*\***