STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Former Attorneys for Creditors, Monica Huchro and
Monica Huchro as Trustee of the Monica Huchro Revocable Trust.

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 954-0122

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> **PG&E CORPORATION,** <br> -and- <br> In re: <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM) <br> Chapter 11 <br> **PROOF OF SERVICE VIA UNITED STATES MAIL** <br> DATE: August 13, 2024 <br> TIME: 10:00 A.M. <br> PLACE: **Telephone/Videoconference** <br> https://www.canb.uscourts.gov/calendars <br> JUDGE: Hon. Dennis Montali <br> RELATED DOCKET: 14534 and 14572 |

Case: 19-30088   Doc# 14575   Filed: 08/15/24   Entered: 08/15/24 13:37:51   Page 1 of 2

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On August 15, 2024, I served the document named below on the parties in said action by causing true copies thereof to be placed in sealed envelope with postage thereon fully prepaid in the United States mail in Roseville, California, addressed as follows:

**Document Served:**

**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO MONICA HUCHRO AND MONICA HUCHRO AS TRUSTEE OF THE MONICA HUCHRO REVOCABLE TRUST [ALONG WITH A COPY OF THE ORDER ATTACHED AS EXHIBIT 1]..**

**Parties Served:**

Monica Huchro
6224 Harvey Road
Paradise, CA 95969.

Monica Huchro as Trustee of the Monica Huchro Revocable Trust
6224 Harvey Road
Paradise, CA 95969.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2024, at Roseville, Placer County, California.

Ramandeep K. Mahal