

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Hagop T. Bedoyan, #131285
      *hagop.bedoyan@mccormickbarstow.com*
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:      (559) 433-1300
   Facsimile:      (559) 433-2300
5

Signed and Filed: August 15, 2024

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6  Attorneys for Creditors Scott and Charlyse Raven

7

8                  UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  In re      PG&E CORPORATION, | Case No. 19-30088-DM |
| 11            – and – | Chapter 11<br>[Lead Case Jointly Administered] |
| 12  PACIFIC GAS AND ELECTRIC COMPANY | |
| 13            Debtors. | **ORDER ON APPLICATION FOR** |
| [ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br>* All papers shall be filed in the Lead Case<br>No. 19-30088 | **WITHDRAWAL OF APPEARANCE OF MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP AND HAGOP T. BEDOYAN AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

17

18        The   Court   having   considered   the   APPLICATION   FOR   WITHDRAWAL   OF

19  APPEARANCE OF MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP AND

20  HAGOP T. BEDOYAN AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF

21  ELECTRONIC FILING, [Docket No. 14568] finding no objection thereof and finding good cause

22  therefor,

23        IT IS HEREBY ORDERED that: the name of Hagop T. Bedoyan, of McCormick Barstow

24  Sheppard Wayte & Carruth LLP, shall be removed from the Court's ECF e-mail list and the Court's

25  mailing matrix.

26                          ***END OF ORDER***

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720