# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|    - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
|    Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 12, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Thirty-Three Omnibus Objection Service List attached hereto as **Exhibit A**:

- Omnibus Reply in Support of Reorganized Debtors' Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections [Docket No. 14453]

- Further Reply in Support of Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment [Docket No. 14454]

- Reply in Support of Omnibus Request for Incorporation of Documents by Reference or Judicial Notice of Reorganized Debtors' Thirty-Third, Thirty-Fourth, and Thirty-Fifth Securities Claims Omnibus Objections [Docket No. 14455]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Ex Parte Application for Order Pursuant to L.B.R. 9013-1(C) Authorizing Oversize Briefing for Reorganized Debtors' Replies in Support of Objections to Certain Securities Claims, and Related Relief [Docket No. 14456]

3. On August 13, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Unsecured Creditor Claim No. 7072, (ADRID: 5286275), Attn: John Ramirez, Marta Ramirez, PO Box 64, Hinkley, CA, 92347-0064:

- Reorganized Debtors' Report on Responses to Thirty-Eighth Securities Claims Omnibus Objection to Claims Filed by ISS (Insufficient Substantive Allegations and Securities ADR No Liability Claims) and Request for Order by Default [Docket No. 14393]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirty-eighth Securities Claims Omnibus Objection to Claims Filed by ISS (Insufficient Substantive Allegations and Securities ADR No Liability Claims) [Docket No. 14395]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22nd day of August 2024, at New York, NY.

                                                  */s/ Paul Pullo*
                                                  Paul Pullo

# **Exhibit A**

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 4680565 | MassMutual Premier Balanced Fund | Renee Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product | 1295 State Street | Springfield | MA | 01111-0001 |
| 4674371 | MassMutual Select BlackRock Global Allocation Fund | Renee Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product MassMutual | 1295 State Street | Springfield | MA | 01111-1000 |
| 4676116 | MassMutual Select Diversified Value Fund | 1295 State St. | | | | Springfield | MA | 01111 |
| 4674504 | MassMutual Select Equity Opportunities Fund | 1295 STATE ST | | | | SPRINGFIELD | MA | 01111-1000 |
| 4680491 | MassMutual Select Mid-Cap Value Fund | Renée Hitchcock, Head of Mutual Fund Admin. | Investments and Workplace Product | 1295 State Street | | Springfield | MA | 01111-0001 |
| 4680507 | MassMutual Select Strategic Bond Fund | Renee Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product MassMutual | 1295 State Street | Springfield | MA | 01111-1000 |
| 4679941 | MassMutual Select T. Rowe Price Large Cap Blend Fund | Renee Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product | 1295 State Street | Springfield | MA | 01111-0001 |
| 4674915 | MassMutual Select T. Rowe Price Small and Mid Cap Blend Fund | Renée Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product | 1295 State Street | Springfield | MA | 01111-0001 |
| 4679568 | MML Income & Growth Fund | Attn: Renee Hitchcock | MassMutual | 1295 State Street | | Springfield | MA | 01111-0001 |
| 4680052 | MML Income & Growth Fund | Renee Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product MassMutual | 1295 State Street | Springfield | MA | 01111-0001 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 14579    Filed: 08/22/24    Entered: 08/22/24 13:55:37    Page 4 of 4