

Signed and Filed: August 28, 2024

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>　　　　　　Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION FOR WITHDRAWAL OF APPEARANCE OF DOWNEY BRAND LLP AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

Upon submission of their application for removal of appearance in the above-referenced matter,

IT IS HEREBY ORDERED that Downey Brand LLP, counsel to Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a Teichert Aggregates, be removed from all service lists in this case, including all electronic service lists and the ECF notification system (NEF). The following contact information should be removed:

Jamie P. Dreher | DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor, Sacramento, CA 95814
Telephone: 916.444.1000 | Facsimile: 916.444.2100
Email:  jdreher@downeybrand.com

*** END OF ORDER ***