

DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:     916.444.2100

Attorneys for Dwyane Little

Signed and Filed: August 28, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION FOR WITHDRAWAL OF APPEARANCE OF DOWNEY BRAND LLP AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

Upon submission of their application for removal of appearance in the above-referenced matter,

IT IS HEREBY ORDERED that Downey Brand LLP, counsel to Dwyane Little, be removed from all service lists in this case, including all electronic service lists and the ECF notification system (NEF). The following contact information should be removed:

Jamie P. Dreher
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916.444.1000 | Facsimile: 916.444.2100
Email:  jdreher@downeybrand.com

*** END OF ORDER ***