| | |
|---|---|
| LABATON KELLER SUCHAROW LLP<br>Thomas A. Dubbs (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | LOWENSTEIN SANDLER LLP<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>Colleen Restel<br>One Lowenstein Drive<br>Roseland, NJ 07068<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| MICHELSON LAW GROUP<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | *Additional counsel listed on Exhibit A* |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(JOINTLY ADMINISTERED)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE<br><br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PLEASE TAKE NOTICE that Willow E. Radcliffe and Kenneth J. Black of Robbins Geller Rudman & Dowd LLP hereby provide their Notice of Appearance as counsel on behalf of: (a) York County on behalf of the County of York Retirement Fund; (b) City of Warren Police and Fire Retirement System; and (c) Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (the "Securities Act Plaintiffs") in the above-captioned case (the "Chapter 11 Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The noticing attorneys hereby request that copies of all notices and pleadings given or filed in the Chapter 11 Cases be given and served upon them at the following address, telephone and facsimile numbers, and email addresses and that Robbins Geller Rudman & Dowd LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> ROBBINS GELLER RUDMAN & DOWD LLP
> WILLOW E. RADCLIFFE (200087)
> KENNETH J. BLACK (291871)
> Post Montgomery Center
> One Montgomery Street, Suite 1800
> San Francisco, CA 94104
> Telephone: 415/288-4545
> 415/288-4534 (fax)
> willowr@rgrdlaw.com
> kennyb@rgrdlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the Chapter 11 Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by the Securities Act Plaintiffs, either individually or for any proposed class or any member thereof, does not, shall not, and shall not be deemed to: (i) constitute a submission by the Securities Act Plaintiffs, either individually or for any proposed class or any member thereof, to the jurisdiction of the Bankruptcy Court; (ii) constitute consent by

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 19-30088 (DM) (Lead Case) - 1 -
4853-6758-0870.v1

Case: 19-30088    Doc# 14589    Filed: 09/10/24    Entered: 09/10/24 15:58:59    Page 2 of 5

the Securities Act Plaintiffs, either individually or for any proposed class or any member thereof, to entry by the Bankruptcy Court of any final order in any non-core proceeding, which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding; or (iii) waive any substantive or procedural rights of the Securities Act Plaintiffs or any proposed class or any member thereof, including, but not limited to: (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (c) the right to trial by jury in any Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, the "Related Proceedings"), in the securities class action captioned *In re PG&E Corp. Sec. Litig.*, No. 5:18-cv-03509-EJD (the "Securities Litigation"), or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Litigation; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which the Securities Act Plaintiffs, any proposed class or any member thereof are or may be entitled under agreements at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or paper for which mailed or personal service is required under any applicable law.

DATED: September 10. 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE
KENNETH J. BLACK

    s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

| | |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 3 | |
| 4 | |
| 5 | Counsel for the Securities Act Plaintiffs |
| 6 | – and – |
| 7 | MICHELSON LAW GROUP |
| 8 | Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class |
| 9 | |
| 10 | – and – |
| 11 | LOWENSTEIN SANDLER LLP |
| 12 | Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class |
| 13 | |
| 14 | – and – |
| 15 | ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP |
| 16 | |
| 17 | Liaison Counsel for the Class |
| 18 | – and – |
| 19 | |
| 20 | LABATON KELLER SUCHAROW LLP |
| 21 | Lead Counsel to Securities Lead Plaintiff and the Class |
| 22 | |
| 23 | – and – |
| 24 | VANOVERBEKE, MICHAUD & TIMMONY, P.C. |
| 25 | Additional Counsel for the Securities Act Plaintiffs |
| 26 | |
| 27 | |
| 28 | |

## EXHIBIT A
## COUNSEL

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212/907-0700<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>thoffman@labaton.com<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | **ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**<br>James M. Wagstaffe (SBN 95535)<br>100 Pine Street, Suite 2250<br>San Francisco, CA 94111<br>Telephone: 415/254-8615<br>wagstaffe@ammcglaw.com<br><br>*Liaison Counsel for Securities Lead Plaintiff and the Class* |
| **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>Colleen Restel<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: 973/597-2500<br>Facsimile: 973/597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br>crestel@lowenstein.com<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | **MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Facsimile: 415/512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Darren J. Robbins (SBN 168593)<br>65 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Facsimile: 619/231-7423<br>darrenr@rgrdlaw.com<br>bcochran@rgrdlaw.com<br><br>**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>tmichaud@vmtlaw.com | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Willow E. Radcliffe (SBN 200089)<br>Kenneth J. Black (SBN 291871)<br>Hadiya K. Deshmukh (SBN 328118)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>Facsimile: 415/288-4534<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>*Counsel for Securities Act Plaintiffs* |

*Additional Counsel for Securities Act Plaintiffs*

4853-6758-0870.v1