LABATON KELLER SUCHAROW LLP
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, NY 10005

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, NJ 07068

*Lead Counsel to Securities Lead Plaintiff
and the Class*

*Special Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

*Local Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

*Additional counsel listed on Exhibit A*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (JOINTLY ADMINISTERED) |
| PACIFIC GAS AND ELECTRIC COMPANY, | CERTIFICATE OF SERVICE |
| Debtors. | United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

☒ Affects Both Debtors

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

I, Sarah A. Morris, pursuant to 28 U.S.C. §1746, certify as follows:

1. I am a paralegal employed by the law firm Robbins Geller Rudman & Dowd LLP, counsel in the above-captioned Chapter 11 cases on behalf of: (a) York County on behalf of the County of York Retirement Fund; (b) City of Warren Police and Fire Retirement System; and (c) Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (the "Securities Act Plaintiffs") in the securities class action captioned *In re PG&E Corp. Sec. Litig.*, No. 5:18-cv-03509-EJD, pending in the United States District Court for the Northern District of California.

2. On September 10, 2024, on behalf of the Securities Act Plaintiffs, I caused the NOTICE OF APPEARANCE AND REQUEST FOR NOTICE to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings.

3. Also on September 10, 2024, pursuant to the procedures set forth in the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF 1996), I caused the foregoing document to be served on the parties listed on Exhibit 1, in the manner set forth therein.

4. Also on September 10, 2024, I caused the foregoing document to be served on counsel for the Reorganized Debtors by email to: PGEsecuritiesclaims@weil.com.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 10. 2024

s/ Sarah A. Morris<br>SARAH A. MORRIS

4862-2683-0022.v1

**EXHIBIT A**
**COUNSEL**

**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel to Securities Lead Plaintiff
and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, NJ 07068
Telephone: 973/597-2500
Facsimile: 973/597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com
crestel@lowenstein.com

*Special Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN &
DOWD LLP**
Darren J. Robbins (SBN 168593)
65 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

**VANOVERBEKE, MICHAUD &
TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
tmichaud@vmtlaw.com

**ADAMSKI, MORISKI, MADDEN,
CUMBERLAND & GREEN LLP**
James M. Wagstaffe (SBN 95535)
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: 415/254-8615
wagstaffe@ammcglaw.com

*Liaison Counsel for Securities Lead Plaintiff
and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Facsimile: 415/512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN &
DOWD LLP**
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Hadiya K. Deshmukh (SBN 328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
Facsimile: 415/288-4534
willowr@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

*Counsel for Securities Act Plaintiffs*

*Additional Counsel for Securities Act Plaintiffs*
