UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>   Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 27, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Thirty-Three Omnibus Objection Service List attached hereto as **Exhibit A**:

- Omnibus Reply in Support of Reorganized Debtors' Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections [Docket No. 14453]

- Further Reply in Support of Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment [Docket No. 14454]

- Reply in Support of Omnibus Request for Incorporation of Documents by Reference or Judicial Notice of Reorganized Debtors' Thirty-Third, Thirty-Fourth, and Thirty-Fifth Securities Claims Omnibus Objections [Docket No. 14455]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Ex Parte Application for Order Pursuant to L.B.R. 9013-1(C) Authorizing Oversize Briefing for Reorganized Debtors' Replies in Support of Objections to Certain Securities Claims, and Related Relief [Docket No. 14456]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of September 2024, at New York, NY.

                                                */s/ Paul Pullo*
                                                Paul Pullo

SRF 81748

# **Exhibit A**

Exhibit A
Supplemental Thirty-Three Omnibus Objection Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4678081 | MML Blend Fund | Renée Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product MassMutual | 1295 State St | Springfield | MA | 01111-1000 |
| 4674315 | MassMutual BlackRock Global Allocation Fund | Renée Hitchcock | Head of Mutual Fund Administration | Investments and Workplace Product | 1295 State Street | Springfield | MA | 01111-0001 |