

**Signed and Filed: September 19, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|       - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| _____ | ) |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART
THIRTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION**

    For the reasons stated in the court's *Memorandum Decision
on Thirty-Third and Thirty-Fourth Securities Claims Omnibus
Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Fourth
Securities Claims Omnibus Objection to Claims Adopting RKS
Amendment (Dkt. 14203) is OVERRULED IN PART AND SUSTAINED IN
PART.

-1-

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;
2. The October 12, 2017 price drop;
3. The December 20, 2017 price drop;
4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

**\*\*END OF ORDER\*\***

<u>COURT SERVICE LIST</u>

ECF Recipients

-3-