ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
Jeffrey Ritholtz *(pro hac vice)*
jritholtz@rksllp.com
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that, effective as of September 1, 2024, the law firm of Rolnick Kramer Sadighi LLP will change the address of its New York office from 1251 Avenue of the Americas, New York, New York 10020 to:

Rolnick Kramer Sadighi LLP

PENN 1, Suite 3401

One Pennsylvania Plaza

New York, New York 10119

The telephone and facsimile numbers and e-mail addresses will remain the same. Please revise your records accordingly.

Dated: September 30, 2024   **ROLNICK KRAMER SADIGHI LLP**

By: */s/ Richard A. Bodnar*
    Richard A. Bodnar