| | |
|---|---|
| 1 | KELLER BENVENUTTI KIM LLP |
| 2 | THOMAS B. RUPP (Cal. Bar No. 278041) |
| 3 | (trupp@kbkllp.com) |
| 4 | 425 Market Street, 26th Floor |
|   | San Francisco, California  94105 |
| 5 | Telephone:  (415) 496-6723 |
| 6 | Facsimile:  (650) 636-9251 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Keller Benvenutti Kim LLP has changed.  The new address is:

    Keller Benvenutti Kim LLP
    425 Market Street, 26th Floor
    San Francisco, California  94105

Please update your records accordingly.

Date: October 3, 2024

                                                               */s/ Thomas B. Rupp*
                                                                                Signature

# Select a Case

There was 1 matching person.

There were 84 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Rupp, Thomas B. (aty) (84 cases) | 12-48725 | Bionovo, Inc. | 7 | 10/26/12 | N / A | N / A |
| | 19-03003 | PG&E Corporation et al v. Federal Energy Regulatory Commission | *Lead BK*: 19-30088 PG&E Corporation | 01/29/19 | N / A | N / A |
| | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |
| | 19-52335 | Imperial Toy LLC | 7 | 11/18/19 | N / A | N / A |
| | 23-03005 | Addington v. PG&E Corporation et al | *Lead BK*: 19-30088 PG&E Corporation | 02/20/23 | N / A | N / A |
| | 23-30250 | San Francisco Art Institute, a California nonprofi | 7 | 04/19/23 | N / A | N / A |
| | 23-30687 | Shift Technologies, Inc. | 11 | 10/09/23 | N / A | N / A |
| | 23-30688 | Shift Platform, Inc. | 11 | 10/09/23 | N / A | N / A |
| | 23-30689 | Shift Finance, LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30690 | Shift Operations LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30691 | Shift Transportation LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30692 | Shift Insurance Services LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30693 | Shift Marketplace Holdings, LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30694 | Shift Marketplace, LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30695 | Fair Dealer Services, LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30697 | CarLotz, Inc., a Delaware Corporation | 11 | 10/09/23 | N / A | N / A |
| | 23-30698 | CarLotz Group, Inc. | 11 | 10/09/23 | N / A | N / A |
| | 23-30699 | CarLotz Nevada, LLC | 11 | 10/09/23 | N / A | N / A |
| | 23-30700 | CarLotz California, LLC | 11 | 10/09/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-30701 | CarLotz, Inc., an Illinois Corporation | 11 | 10/09/23 | N / A | N / A |
| 23-30702 | CarLotz Logistics, LLC | 11 | 10/09/23 | N / A | N / A |
| 23-30703 | Orange Peel, LLC | 11 | 10/09/23 | N / A | N / A |
| 23-30704 | Orange Grove Fleet Solutions, LLC | 11 | 10/09/23 | N / A | N / A |
| 24-10417 | Windscape Apartments, LLC | 11 | 08/06/24 | N / A | N / A |
| 24-10487 | Apan Partners LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10488 | Autumn Wood I, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10489 | Bay Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10490 | Beach Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10491 | Bishop Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10492 | Black Walnut, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10493 | Buck Avenue Apartments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10494 | Buckeye Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10495 | Bur Oak, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10496 | Butcher Road Partners, LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10497 | Cambria Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10498 | Chestnut Oak, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10499 | Country Oaks I, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10500 | Divi Divi Tree, L.P. | 11 | 09/12/24 | N / A | N / A |
| 24-10501 | Douglas Fir Investments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10502 | Firetree I, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10503 | Firetree II, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10504 | Firetree III, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10505 | Foxtail Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10506 | Ginko Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10507 | Golden Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10508 | Hagar Properties, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10509 | Heacock Park Apartments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10510 | LeFever Mattson I, LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10511 | Live Oak Investments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10512 | Monterey Pine, LP | 11 | 09/12/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-10513 | Napa Elm, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10514 | Nut Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10515 | Pinecone, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10516 | Redbud Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10517 | Red Cedar Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10518 | Red Mulberry Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10519 | Red Oak, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10520 | Red Oak Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10521 | Red Spruce Tree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10522 | River Birch, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10523 | River Tree Partners, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10524 | River View Shopping Center 1, LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10525 | River View Shopping Center 2, LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10526 | RT Capitol Mall, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10527 | RT Golden Hills, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10528 | Scotch Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10529 | Sequoia Investment Properties, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10530 | Sienna Pointe, LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10532 | Spruce Pine, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10533 | Tradewinds Apartments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10534 | Vaca Villa Apartments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10535 | Valley Oak Investments, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10536 | Watertree I, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10537 | Willow Oak, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10538 | Windscape Apartments I, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10539 | Windscape Apartments II, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10540 | Windscape Holdings, LLC | 11 | 09/12/24 | N / A | N / A |
| 24-10541 | Windtree, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10542 | Yellow Poplar, LP | 11 | 09/12/24 | N / A | N / A |
| 24-10543 | California Investment Properties, a California cor | 11 | 09/12/24 | N / A | N / A |

Case: 19-30088    Doc# 14602    Filed: 10/03/24    Entered: 10/03/24 11:45:00    Page 4 of 5

| [24-10544](#) | Home Tax Service of America, Inc. | 11 | 09/12/24 | N / A | N / A |
| [24-10545](#) | LeFever Mattson, a California corporation | 11 | 09/12/24 | N / A | N / A |
| [24-10598](#) | Pinewood Condominiums, LP | 11 | 10/02/24 | N / A | N / A |
| [24-10599](#) | Ponderosa Pines, LP | 11 | 10/02/24 | N / A | N / A |

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 10/03/2024 11:23:11 | |
| **PACER Login:** silveiradl | **Client Code:** |
| **Description:** Search | **Search Criteria:** LName: Rupp FName: T Type: aty Open Cases: included |
| **Billable Pages:** 2 | **Cost:** 0.20 |