William B. Abrams
end2endconsulting@gmail.com
625 McDonald Ave.
Santa Rosa, CA, 95404
Tel: 707 397 5727

*Pro Se PG&E Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission*

**FILED**

**OCT 10 2024**

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-and-

PACIFIC GAS AND ELECTRIC COMPANY,

        Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**WILLIAM B. ABRAMS STATEMENT IN SUPPORT OF FAIRNESS FOR FIRE VICTIMS AND OPPOSING THE ASSOCIATED MISREPRESENTATIONS AMONG TRUST OVERSIGHT COMMITTEE MEMBERS AND OTHERS ON CORE COMMITTEES THAT UNDERMINE VICTIM SETTLEMENTS AND THE JUST TREATMENT OF FIRE VICTIMS WITHIN THIS CASE**

## PRELIMINARY STATEMENT

William B. Abrams ("**Abrams**") as a PG&E victim, FVT claimant, and Northern California resident, submits this "William B. Abrams Statement in Support of Fairness for Fire Victims and Opposing the Associated Misrepresentations of Trust Oversight Committee Members and Others on Core Committees that Undermine Victim Settlements and the Just Treatment of Fire Victims Within this Case." Abrams is compelled to file this Statement outlining facts that the Court, the Trustee and other parties with responsibilities to safeguard the integrity of this bankruptcy process and/or to protect the interests of fire victims should consider. Abrams files these papers with an abundance of caution given the threats and intimidation he has received within and outside this Court for shedding light on inconvenient facts surrounding this Case.

The Fire Victim Trust ("**FVT**") Trustee has communicated to PG&E victims that if the FVT is not infused with additional monies, victims will only be paid ~75% of their settlements. Following, it is reasonable to consider that there are only two ways currently being pursued and/or supported by the Trustee and TOC Members to make up this shortfall and to make good on the "made whole" commitments to victims. These remaining last-ditch remedies include (1) the successful resolution of PG&E derivative cases where certain attorneys serving on the TOC have taken positions adverse to the interests of victims[1] and (2) reliance upon "Fairness for Fire Victims" efforts to lobby and legislatively restore victim's rights to access the California Wildfire Fund.

Here, within this Statement, Abrams is providing additional information regarding the individuals and tactics driving this latter effort. The sole purpose of this statement is to encourage the core parties within this case (Trustee, certain TOC Members, certain TCC Members and certain Fire Claimant Professionals) to be transparent and disclose their sources of funding and activities that drive and support "Fairness for Fire Victims." Abrams hopes these parties will voluntarily disclose without the need for victims like Abrams to file motions requesting Court ordered discovery and disclosures. This type of disclosure is particularly important given that many of these same individuals were officers, directors and coalition members of the "Up From The Ashes Coalition" which was instrumental in **excluding victims from the California Wildfire Fund** prior to plan confirmation. The lack of truthfulness and disclosure from these core parties at that time necessitates

---

[1] See "Exhibits to Support Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Trust Compliance with Court Orders" [Dkt. 14559]

more scrutiny now when these same individuals are once again forming a "grassroots nonprofit" to advance the interests of victims to be 100% made whole.

## BACKGROUND

Abrams filed motions to reconstitute the PG&E Fire Victim Trust ("**FVT**") Oversight Committee to promote the just and fair treatment of PG&E Fire Victims. These papers included the "William B. Abrams Motion for Just Treatment of Victims Through the Reconstitution of the Fire Victim Trust Oversight Committee and Equitable Application of the Judicial Review Provisions Pursuant to U.S.C. §§ 1123(A)(4)" [Dkt. 8247] and the "William B. Abrams Motion to Enforce the Victim Trust Agreement and Replace All Members of the Fire Victim Trust Oversight Committee and to Support Efficient Trust Administration Pursuant to U.S.C. §§ 1123(A)(4) and Fire Victim Trust Agreement Section 6.2" [Dkt. 10748]. Within these papers Abrams noted that the *"Trust Oversight Committee (TOC) was constituted in a manner with clear conflicts of interest and self-dealing which are in direct violation of their fiduciary duties."* Within these papers and others, Abrams provided evidence that Members of the Trust Oversight Committee, Members of the Tort Claimant Committee and Fire Claimant Professionals formed the "Up From the Ashes Coalition" (the "**UFTA**") which was instrumental in **excluding victims from the California Wildfire Fund**. This nonprofit organization was dissolved after the International Brotherhood of Electrical Workers ("**IBEW**") filed official complaints accusing the organization of "shadow lobbying" and violations of lobby laws. Subsequently, and despite knowledge of these facts, the Trustee and Trust Oversight Committee hired the same individual that led that organization to lead lobbying activities on behalf of the Fire Victim Trust until such time as he was accused of unrelated sexual misconduct. Are these same core parties within this case now leveraging similar tactics and funding to support a new "nonprofit" organization?

## STATEMENT

Fire Victim Trust Oversight Committee Members and other attorneys serving on core committees within this Case have indicated that they formed, funded and otherwise support a "nonprofit" organization called "Fairness for Fire Victims" with the welcome and righteous goal of getting victims 100% made whole. This organization established the internet presence "firefairness.**org**" and subsequently presented itself as a "nonprofit" within social media sites including on Facebook which asks victims, public officials and other organizations to support a

"simple" fix so that victims will be made 100% whole (*See* **Exhibit A**).² They have solicited donations and claim to be engaged with their supporters in lobbying activities to amend AB1054 so that the California Wildfire Fund may be accessed to infuse the FVT and make up the considerable shortfall. Abrams is unaware if the individuals hired by this organization have sponsored legislation, attended legislative hearings or otherwise engaged in any public activities to support these laudable goals for victims. **Abrams is similarly unaware if the core attorneys within this case supporting this nascent "nonprofit" are actively seeking these financial remedies to the FVT shortfall or simply working to improve their image after they falsely represented to victims that AB1054 was a ticket to make them whole.** Given that many of these same parties (TOC Members, TCC Members, Fire Claimant Professionals) previously formed a nonprofit organization (i.e. Up From the Ashes) and misrepresented their role within that nonprofit to exclude victims from the same California Wildfire Fund it is certainly reasonable to question whether or not their work this time around to amend AB1054 through yet another "nonprofit" (i.e. Fairness for Fire Victims) is being done with honesty and integrity. As we consider these questions, it is important for the Court and parties to be aware of the following three facts:

1. **Company NOT a Nonprofit** – According the official entity formation documents filed with the California Secretary of State ("**SOS**") on May 23 and May 24, 2024, "Fairness for Fire Victims" was not formed as a nonprofit but as a Limited Liability **Company** (*See* **Exhibit B**). The production of the official annual report required by the SOS that might shed light on the ownership structure, management structure and funding sources of this company has recently been delayed by the company from the previous deadline of August 21, 2024 to the revised due date of May 31, 2026 (*See* **Exhibit C**). Of course, this revised date for the submittal of the annual report is well after the date when it is expected that the Fire Victim Trust will wind down. Why this company would pose as a nonprofit supporting PG&E Fire Victims is unclear. Their actions on behalf of the victims within this Case is also unclear.

2. **Fairness for Fire Victims Virtual Officers** – As stated within the official documents filed with the California Secretary of State, this organization was formed by Pankaj S. Raval, Agent of the Carbon Law Group. The sole Manager/Member named within these

---

² See "Coalition Members" https://www.firefairness.org/coalition

papers is Thomas Brower. Abrams and many other victims are not aware of how Mr. Raval or Mr. Brower are affiliated with this Case, the Trust or PG&E Wildfire Survivors more broadly. More importantly, victims and the coalition members are unaware of how these individuals and others are engaged in activities to support the stated "mission" of this company which poses as a "nonprofit" organization. What is clear is that Mr. Raval markets himself as a "Virtual General Counsel" through TikToc and other social media sources.[3] Abrams is unaware of why certain TCC and TOC member attorneys state that they formed and support this "nonprofit" but are not publicly putting their names forward as members, officers or coalition members of this organization. Perhaps when the Annual Report is filed by May 31, 2026, victims will be told who is representing their interests and how the activities of that organization are funded. Currently, when victims sign up as coalition members, the stated Director of this organization is Mike Yates, President of Local Teamsters 665.

3. **Fairness for Fire Victims "Virtual" Office** – According to the formation documents filed with the SOS, Fairness for Fire Victims is located at "500 Capitol Mall, Suite 2350, Sacramento, CA, 95814." This "virtual office" is available through "Davinci Virtual" for the low cost of $69 per month and a one-time setup fee of $150[4] (*See* **Exhibit D**). Abrams assumes that like Davinci this virtual setup is focused on painting the appearance of a strong presence at our State Capitol fighting for victims to be made whole.

## CONCLUSION

Abrams is confident that the Court is invested in ensuring justice for all parties including PG&E victims. However, the Court should consider that a path towards justice in the dark is a difficult road to travel and yet the only path seemingly afforded for victims within this case. The fact that other classes of claimants (shareholders, bondholders, etc.) with an unobstructed view of the negotiations on their behalf have been largely made whole and/or profited significantly from settlements within this Case while victims are told to feel fortunate with scraps is proof positive that sunlight matters. After our ~75% disbursement, 33% attorney fees and taxes that designate our

---

[3] See Fairness for Fire Victims "Virtual GC" at https://www.tiktok.com/@virtualgc
[4] See Davinci Virtual Office listing at https://www.davincivirtual.com/loc/us/california/sacramento-virtual-offices/facility-3634

recovery as "earned income," victims and their communities will be devastated financially and otherwise. Is this the judicial legacy we want to leave in the wake of this case? Indeed, the exculpations, unconstitutional releases, confidentiality protocols and a lack of adherence to foundational bankruptcy laws governing required disclosures will most likely mean that these injustices that undermined the fabric of our communities will never see the light of day.

Here within this statement and the associated exhibits, we see that those claiming to represent the interests of victims are not being forthcoming regarding who they are and what they are doing. Of course, Abrams, like all other PG&E victims, hopes that "Fairness for Fire Victims," Trust Oversight Committee Members and the "Coalition Members" will work openly and collaboratively to make victims 100% whole. As many individuals like Abrams and amazing organizations like After the Fire USA work to support and advocate for victims, it is my hope that Fairness for Fire Victims will become a meaningful partner. Certainly, victims need all the help they can get and there is room for all types of organizations to further efforts for our families and our communities. Perhaps, the nonprofit paperwork of Fairness for Fire Victims is in process and the company that was formed with the same name and at the same time is just coincidence? Perhaps, the Annual Report will be filed earlier than the 2026 target and it will demonstrate that our attorneys are engaged in laudable activities on behalf of PG&E victims? Abrams and many other victims hope to learn that their fears of being deceived yet again are unwarranted, but hope is not a strategy. We must learn from the prior mistakes and the unwarranted trust victims placed in surreptitiously formed nonprofits that only served to undermine their interests.

Now, the Court may take the position that these out-of-court activities as described within this statement are not relevant to this case or that these statements just clog up the docket. However, the evidence points to exactly the opposite view. The many influential and well-monied parties within this case understood throughout this case that by simultaneously moving adjudication, legislation and regulation, they could bend court decisions and processes to serve their interests. This triangulation across judicial, regulatory and legislative processes paid off handsomely for these well-resourced parties. On the other hand, victims including Abrams naively assumed that the Federal Bankruptcy Laws and California Bar Association rules would ensure that the attorneys representing our interests within the courtroom would not simultaneously represent opposing interests when forming "nonprofits" and exerting influence in Sacramento and at the California Public Utilities Commission.

Now with rose-colored-glasses removed, Abrams once again brings these issues to the attention of the Court and to core parties within this case in the hopes that this statement will bring more transparency. Despite his best intentions, Abrams does understand that certain parties will continue to attack the messenger, obfuscate, and work in the dark where just outcomes cannot be achieved. However, hope springs eternal and Abrams along with the vast majority of PG&E Wildfire Survivors and many of their attorneys that serve with integrity will continue to support the mission of Fairness for Fire Victims so that PG&E victims and their communities may be made whole and recover from these years of loss, tragedy and heartache. Abrams truly hopes that citizens and leaders across California will further the mission of Fairness for Fire Victims and make victims and our communities whole. Certainly, the core parties that represented victims within this case and the clear-eyed leaders across this State know that leaving PG&E Wildfire Survivors and their communities with ~75% isn't fair and it isn't justice.

Executed on October 10, 2024, at Santa Rosa, CA.

Respectfully submitted,

William B. Abrams
Pro Se Claimant

# EXHIBIT A: Fairness for Fire Victims "Nonprofit" Social Media

Facebook



Instagram



 

EXHIBIT B: Entity Formation Documents

202462412320



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: 202462412320
Date Filed: 5/23/2024

| | |
|---|---|
| **Limited Liability Company Name** | |
| Limited Liability Company Name | Fairness for Fire Victims, LLC |
| **Initial Street Address of Principal Office of LLC** | |
| Principal Address | 500 CAPITOL MALL<br>SUITE 2350<br>SACRAMENTO, CA 95814 |
| **Initial Mailing Address of LLC** | |
| Mailing Address | 500 CAPITOL MALL<br>SUITE 2350<br>SACRAMENTO, CA 95814 |
| Attention | Thomas Brower |
| **Agent for Service of Process** | |
| California Registered Corporate Agent (1505) | CARBON LAW GROUP, A PROFESSIONAL LAW CORPORATION<br>Registered Corporate 1505 Agent |
| **Purpose Statement** | |
| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. | |
| **Management Structure** | |
| The LLC will be managed by | One Manager |
| Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing. | |
| **Electronic Signature** | |
| ☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Pankaj S Raval*<br>Organizer Signature | 05/23/2024<br>Date |

B2762-9519 05/23/2024 3:54 PM Received by California Secretary of State

Case: 19-30088    Doc# 14607    Filed: 10/10/24    Entered: 10/10/24 11:14:58    Page 9 of 13



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241021241
Date Filed: 5/24/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | Fairness for Fire Victims, LLC |
| Entity No. | 202462412320 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 500 CAPITOL MALL<br>SUITE 2350<br>SACRAMENTO, CA 95814 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 500 CAPITOL MALL<br>SUITE 2350<br>SACRAMENTO, CA 95814 |
| Attention | Thomas Brower |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 500 CAPITOL MALL<br>SUITE 2350<br>SACRAMENTO, CA 95814 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Thomas Brower | 500 CAPITOL MALL<br>SUITE 2350<br>SACRAMENTO, CA 95814 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CARBON LAW GROUP, A PROFESSIONAL LAW CORPORATION<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Legislative Advocacy |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Pankaj S Raval*  *05/24/2024*
Signature  Date

B2765-6220 05/24/2024 6:18 PM Received by California Secretary of State

# EXHIBIT C: Fairness for Fire Victims Statement of Information
# Changing Annual Report Filing Deadline from 8/21/24 to 5/31/26



# EXHIBIT D: Fairness For Fire Victims "Virtual Office"

