| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   (212) 310-8000<br>Fax:   (212) 310-8007<br><br>**KELLER BENVENUTTI KIM LLP**<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel:   (415) 496-6723<br>Fax:   (650) 636-9251 | **LATHAM & WATKINS LLP**<br>Joshua G. Hamilton (#199610)<br>(joshua.hamilton@lw.com)<br>Michael J. Reiss (#275021)<br>(michael.reiss@lw.com)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424 653 5500<br><br>**LATHAM & WATKINS LLP**<br>James E. Brandt (*pro hac vice*)<br>(james.brandt@lw.com)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212 906 1200 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BY AND BETWEEN REORGANIZED DEBTORS, PERA, AND RKS CLAIMANTS REGARDING SCHEDULE TO FILE SUPPLEMENTAL OBJECTIONS TO PERA COMPLAINT AND SECOND RKS AMENDMENT**<br><br>[No Hearing Requested] |

PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), the Public Employees Retirement Association of New Mexico ("**PERA**"), and the Rolnick Kramer Sadighi LLP Claimants (the "**RKS Claimants**," and together with the Reorganized Debtors and PERA, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, PERA incorporated the Third Amended Complaint filed in the United States District Court of the Northern District of California (the "**PERA Complaint**"), which is 218 pages and includes 706 paragraphs of allegations, into its proofs of claim, and the RKS Claimants filed an Amended Statement of Claim on Behalf of the RKS Claimants (the "**RKS Amendment**"), which is 195 pages and includes 673 paragraphs of allegations;

**WHEREAS**, the Order Authorizing Amendment and Objection Procedures for Securities Claims (the "**Scheduling Order**") provides that "[t]he Reorganized Debtors will serve a supplemental objection within 30 days after the Court issues an order with respect to the motions to dismiss (if such claims are not wholly dismissed) akin to and providing the typical information set forth in an answer to an adversary proceeding" (Dkt. 13934);

**WHEREAS**, on December 13, 2023, Reorganized Debtors filed their Thirty-Third Securities Omnibus Claims Objection to PERA's and Securities Act Plaintiffs' Third Amended Complaint (the "**33rd Omnibus Objection**") (Dkt. 14200);

**WHEREAS**, on December 13, 2023, Reorganized Debtors filed their Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment (the "**34th Omnibus Objection**" and, together with the 33rd Omnibus Objection, the "**Omnibus Objections**") (Dkt. 14203);

**WHEREAS**, on September 18, 2024, the Court issued a Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Omnibus Claims Objections (the "**Omnibus Objections Memorandum**") (Dkt. 14593);

**WHEREAS**, on September 19, 2024, the Court issued an Order Overruling in Part and Sustaining in Part Thirty-Third Securities Claims Omnibus Objection and an Order Overruling in

Part and Sustaining in Part Thirty-Fourth Securities Claims Omnibus Objection (the "**Omnibus Objections Orders**" and, together with the Omnibus Objections Memorandum, the "**Omnibus Objections Decision**") (Dkts. 14594, 14595);

**WHEREAS**, on October 8, 2024, the RKS Claimants filed the Second Amended Statement of Claim on Behalf of the RKS Claimants (the "**Second RKS Amendment**"), which is 194 pages and includes 677 paragraphs of allegations (Dkt. 14603);

**WHEREAS**, the Parties have conferred regarding a schedule for the Reorganized Debtors to file supplemental objections to the PERA Complaint and the Second RKS Amendment;

**WHEREAS**, PERA and the RKS Claimants agree and stipulate that PG&E may file supplemental objections on or before November 21, 2024, which is 30 days after the October 22, 2024 status conference;

**WHEREAS**, this Stipulation shall have no effect other than what is provided for herein, including regarding the case schedule and discovery;

**WHEREAS**, the Parties reserve all rights related to the Omnibus Objections Decision.

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows, subject to approval of the Court:

1. The Reorganized Debtors shall have until November 21, 2024 to file a supplemental objection to the PERA Complaint.

2. The Reorganized Debtors shall have until November 21, 2024 to file a supplemental objection to the Second RKS Amendment.

3. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

Dated: October 14, 2024

**LATHAM & WATKINS LLP**

*s/ Joshua G. Hamilton*
Joshua G. Hamilton (#199610)
Michael J. Reiss (#275021)
James E. Brandt (*pro hac vice*)

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
Jessica Liou (*pro hac vice*)
Matthew Goren (*pro hac vice*)

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
David A. Taylor (#247433)
Thomas B. Rupp (#278041)

*Attorneys for Debtors and Reorganized Debtors*

**LABATON KELLER SUCHAROW LLP**

*s/ Thomas G. Hoffman, Jr.*
Thomas A. Dubbs (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)

*Attorneys for PERA*

**ROLNICK KRAMER SADIGHI LLP**

*s/ Richard A. Bodnar*
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Michael J. Hampson (*pro hac vice*)
Richard A. Bodnar (*pro hac vice*)
Frank T.M. Catalina (*pro hac vice*)

*Attorneys for the RKS Claimants*