**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

(additional counsel listed in Exhibit A)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**PERA'S RESPONSE TO THE COURT'S MEMORANDA OF MAY 30 AND SEPTEMBER 18, 2024** |

Lead Plaintiff Public Employees Retirement Association of New Mexico ("PERA") hereby submits this response to the Court's memoranda of May 30 and September 18, 2024.

In its May 30, 2024 memorandum, the Court requested from PERA "a current count (number of claims, not dollar amounts or identification of the claimants) that are included in the 33rd Omnibus Objection, including any who opted to align themselves with PERA in addition to the number of claimants identified on Exhibit A to the Stipulation Regarding Motion of Lead Plaintiff Pursuant to B.L.R. 90006-1 to Extend Time to File Response to Certain Claim Objections. (Dkt. 14341-1)." *See* Dkt. 14469.

On June 21, 2024, PERA responded that it was then aware of 107 claims that had opted to align themselves with PERA, including those identified on Exhibit A to the Stipulation Regarding Motion of Lead Plaintiff. *See* Dkt. 14497.

On September 18, 2024, the Court issued the Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Omnibus Claims Objections, which directed the parties to "submit updated reports concerning unresolved claims filed in their respective June 21, 2024, submissions . . . ." Dkt. 14593.

PERA responds that it is aware of 184 claims that have opted to align themselves with PERA to date. According to Kroll Restructuring Administration, none of those claims have been resolved by settlement. *See* https://restructuring.ra.kroll.com/pge.

In addition, PERA intends to seek discovery regarding unresolved claims from the Reorganized Debtors and their claims agent. Such discovery is necessary for PERA to contact those securities claimants with unresolved claims to determine whether they are also interested in aligning themselves with PERA.

Dated: October 15, 2024

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

By: */s/ Michael P. Canty*
Michael P. Canty (*pro hac vice*)
*Lead Counsel to Securities*
*Lead Plaintiff and the Class*

- and -

**MICHELSON LAW GROUP**

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**LOWENSTEIN SANDLER LLP**

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**

*Liaison Counsel for the Class*

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

*Counsel for the Securities Act Plaintiffs*

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

*Additional Counsel for the Securities Act Plaintiffs*

# EXHIBIT A

## COUNSEL

**LABATON KELLER SUCHAROW LLP**

Thomas A. Dubbs (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone 212-907-0700
Facsimile: 212 818-0477
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel PERA and
the Proposed Class in the Securities Action*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone 973-597-2500
Facsimile 973-597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com
crestel@lowenstein.com

*Special Bankruptcy Counsel for PERA*

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**

James M. Wagstaffe (SBN 95535)
Mailing Address: P.O. Box 3835
San Luis Obispo, CA 93403-3835
Physical Address: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
wagstaffe@ammcglaw.com

*Liaison Counsel for PERA and the Proposed Class in the Securities Action*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone 415-512-8600
Facsimile 415-512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel for PERA*