

Richard A. Bodnar
Partner

PENN 1
1 Pennsylvania Plaza
New York, NY 10119
212.597.2810
rbodnar@rksllp.com

October 15, 2024

<u>Via ECF</u>

Hon. Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *In re: PG&E Corporation*, Case No. 19-30088

Dear Judge Montali:

This firm represents the RKS Claimants in the above captioned matter. Pursuant to Your Honor's Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Omnibus Claims Objections dated September 18, 2024, we write to inform your Honor that there are 479 RKS claims remaining as unresolved claims.

Please let us know if the Court has any questions regarding this matter.

Respectfully submitted,

*/s/ Richard A. Bodnar*

Richard A. Bodnar