Entered on Docket
October 17, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: October 16, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel:   (415) 496-6723
Fax:   (650) 636-9251

**LATHAM & WATKINS LLP**
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: 424 653 5500

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS, PERA, AND RKS CLAIMANTS REGARDING SCHEDULE TO FILE SUPPLEMENTAL OBJECTIONS TO PERA COMPLAINT AND SECOND RKS AMENDMENT**

The Court having considered the *Stipulation By and Between Reorganized Debtors, PERA, and RKS Claimants Regarding Schedule to File Supplemental Objections to PERA Complaint and Second RKS Amendment*, dated October 14, 2024 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), the Public Employees Retirement Association of New Mexico ("**PERA**"), and the Rolnick Kramer Sadighi LLP Claimants (the "**RKS Claimants**," and together with the Reorganized Debtors and PERA, the "**Parties**"); and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The date by which the Reorganized Debtors must file a supplemental objection to the PERA Complaint is extended to November 21, 2024.

3. The date by which the Reorganized Debtors must file a supplemental objection to the Second RKS Amendment is extended to November 21, 2024.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: October 14, 2024

**LABATON KELLER SUCHAROW LLP**

By: */s/ Thomas G. Hoffman, Jr.*
*Attorneys for PERA*

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Richard A. Bodnar*
*Attorneys for RKS*

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.