**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel:    (415) 496-6723
Fax:   (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>       - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                     **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF OCTOBER 22, 2024, OMNIBUS HEARING**<br><br>Date:   October 22, 2024<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on October 22, 2024, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **Status Conference on 33rd and 34th Omnibus Objections:** *Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants that Adopted the TAC* [**Dkt. 14200**], and *Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment* [**Dkt. 14203**].

   Status: The status conference on these Omnibus Objections has been continued to October 30, 2024, pursuant to an agreement of the parties.

2. **Shahmirza Status Conference:** *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [**Dkt. 12130**]

   Status: The status conference on this Objection has been continued to December 3, 2024, pursuant to an agreement of the parties.

3. **Krausse Status Conference:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

   Status: The status conference on this Objection has been continued to January 14, 2025, pursuant to an agreement of the parties.

PLEASE TAKE NOTICE that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 22, 2024

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
　　Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*