**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market St., 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636 9251

**LATHAM & WATKINS LLP**
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: 424 653 5500

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for the Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case) (Jointly Administered)

**REORGANIZED DEBTORS' NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

Notice is hereby given that Reorganized Debtors PG&E Corporation and Pacific Gas and Electric Company (together, "PG&E") appeal from (1) the *Order Overruling in Part and Sustaining in Part Thirty-Third Securities Claims Omnibus Objection*, Dkt. No. 14594, and (2) the *Order Overruling in Part and Sustaining in Part Thirty-Fourth Securities Claims Omnibus Objection*, Dkt. No. 14595 (together, the "September 19 Orders"). The September 19 Orders are attached as Exhibits A and B. Pursuant to Bankruptcy Rule 8004, PG&E is concurrently filing a motion for leave to appeal the September 19 Orders. PG&E hereby elects to have this appeal heard by the United States District Court.

**Part 1: Identify the appellant(s)**

1. Name of appellants: PG&E Corporation; Pacific Gas and Electric Company
2. Position of appellants in the bankruptcy case: Debtors and Reorganized Debtors

**Part 2: Identify the subject of this appeal**

1. Describe the appealable orders from which the appeal is taken:

   PG&E appeals from two orders entered by the bankruptcy court, overruling in part PG&E's 33rd and 34th Omnibus Objections.
2. State the date on which the appealable orders were entered: September 19, 2024. On Septemeber 26, 2024, the bankruptcy court entered an order extending the time within which to file a notice of appeal of the September 19 Orders until October 24, 2024. Dkt. No. 14599.

**Part 3: Idenfity the other parties to the appeal**

1. Party: Lead Plaintiff PERA

   Attorneys:

   **LABATON KELLER SUCHAROW LLP**
   Thomas A. Dubbs
   Carol C. Villegas
   Michael P. Canty
   Thomas G. Hoffman
   140 Broadway
   New York, NY 10005

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**
James M. Wagstaffe
100 Pine Street, Suite 2250
San Francisco, CA 94111

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, NJ 07068

**MICHELSON LAW GROUP**
Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

2. Party: Securities Act Plaintiffs

Attorneys:

**ROBBINS GELLER RUDMAN & DOWD**
Darren J. Robbins
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101

**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe
Kenneth J. Black
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201

3. Party: RKS Claimants

Attorneys:

**ROLNICK KRAMER SADIGHI LLP**
Lawrence M. Rolnick
Marc B. Kramer



Michael J. Hampson
Richard A. Bodnar
Frank T.M. Catalina
1251 Avenue of the Americas
New York, NY 10020

**ST. JAMES LAW, P.C.**
Michael St. James
22 Battery Street, Suite 810
San Francisco, CA 94111

**Part 4: Optional election to have appeal heard by District Court**

☒ PG&E elects to have this appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

**Part 5: Sign Below**

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**
**LATHAM & WATKINS LLP**

Date: October 24, 2024

By: *_/s/ Joshua G. Hamilton_*

Joshua G. Hamilton

Attorneys for the Debtors and Reorganized Debtors

# Exhibit A

**Entered on Docket**
**September 19, 2024**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: September 19, 2024**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART THIRTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants That Adopted the TAC (Dkt. 14200) is OVERRULED IN PART AND SUSTAINED IN PART.

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;
2. The October 12, 2017 price drop;
3. The December 20, 2017 price drop;
4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

****END OF ORDER****

COURT SERVICE LIST

ECF Recipients

# Exhibit B



**Entered on Docket**
**September 19, 2024**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: September 19, 2024**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART THIRTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment (Dkt. 14203) is OVERRULED IN PART AND SUSTAINED IN PART.

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;
2. The October 12, 2017 price drop;
3. The December 20, 2017 price drop;
4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

****END OF ORDER****

<u>COURT SERVICE LIST</u>

ECF Recipients