# Exhibit B

Entered on Docket
September 19, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART**
**THIRTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants That Adopted the TAC (Dkt. 14200) is OVERRULED IN PART AND SUSTAINED IN PART.

Case 19-30088    Doc# 14619    Filed 09/19/24    Entered 09/19/24 13:17:00    Page 1 of 3

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;
2. The October 12, 2017 price drop;
3. The December 20, 2017 price drop;
4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients