# Exhibit C

Entered on Docket
September 19, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: September 19, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART
THIRTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment (Dkt. 14203) is OVERRULED IN PART AND SUSTAINED IN PART.

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;
2. The October 12, 2017 price drop;
3. The December 20, 2017 price drop;
4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

1. ECF Recipients