**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In Re: PG& E Corporation           Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company     Chapter 11
                                                                (Jointly Administered)

**COURT CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Debtor PG&E Corporation- Dkt. #14618**

**Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Omnibus Claims Objections- Dkt. #14593**

**Order Overruling In Part and Sustaining In Part Thirty-Third Securities Claims Omnibus Objection- Dkt. #14594**

**Order Overruling In Part and Sustaining In Part Thirty-Fourth Securities Claims Omnibus Objection- Dkt. #14595**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

| | |
|---|---|
| **Keller & Benvenutti LLP** | **for** PG&E Corporation and Pacific Gas & Electric Company |

**Keller & Benvenutti LLP**
David A. Taylor
Jane Kim
Thomas B. Rupp
425 Market St., 26th Flr.
San Francisco, CA 94105
**-and-**
**Weil, Gotshal & Manges LLP**
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119
**-and-**
**Latham & Watkins LLP**
Joshua G. Hamilton
Michael J. Reiss
10250 Constellation Blvd., #1100
Los Angeles, CA 90067
**-and-**
**Latham & Watkins LLP**
James E. Brandt
1271 Avenue of the Americas
New York, NY 10020

**Labaton Keller Sucharow LLP**          **for** Lead Plaintiff PERA
Thomas A. Dubbs
Carol C. Villegas
Michael P. Canty
Thomas G. Hoffman
140 Broadway
New York, NY 10005
**-and-**
**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**
James M. Wagstaffe
100 Pine Street, Suite 2250
San Francisco, CA 94111
**-and-**
**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, NJ 07068

| | |
|---|---|
| **MICHELSON LAW GROUP** | **for** Securities Act Plaintiffs |

Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
**-and**
**ROBBINS GELLER RUDMAN & DOWD**
Darren J. Robbins
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
**-and-**
**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe
Kenneth J. Black
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
**-and-**
**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201


| | |
|---|---|
| **ROLNICK KRAMER SADIGHI LLP** | **for** RKS Claimants |

Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard A. Bodnar
Frank T.M. Catalina
1251 Avenue of the Americas
New York, NY 10020
**-and-**
**ST. JAMES LAW, P.C.**
Michael St. James
22 Battery Street, Suite 810
San Francisco, CA 94111


| | |
|---|---|
| | /s/ *Da'Wana L. Chambers* |
| Date: October 25, 2024 | Deputy Clerk |