UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation             Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company     Chapter 11
                                                            (Jointly Administered)

**CORRECTED COURT CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Debtor PG&E Corporation- Dkt. #14618**

**Order Overruling In Part and Sustaining In Part Thirty-Third Securities Claims Omnibus Objection- Dkt. #14594**

**Order Overruling In Part and Sustaining In Part Thirty-Fourth Securities Claims Omnibus Objection- Dkt. #14595**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

| | |
|---|---|
| **Keller & Benvenutti LLP** | **for** PG&E Corporation and |
| David A. Taylor | Pacific Gas & Electric Company |
| Jane Kim | |
| Thomas B. Rupp | |
| 425 Market St., 26th Flr. | |
| San Francisco, CA 94105 | |
| **-and-** | |
| **Weil, Gotshal & Manges LLP** | |
| Richard W. Slack | |
| Jessica Liou | |
| Matthew Goren | |
| 767 Fifth Ave. | |
| New York, NY 10153-0119 | |
| **-and-** | |
| **Latham & Watkins LLP** | |
| Joshua G. Hamilton | |
| Michael J. Reiss | |
| 10250 Constellation Blvd., #1100 | |
| Los Angeles, CA 90067 | |
| **-and-** | |
| **Latham & Watkins LLP** | |
| James E. Brandt | |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | |
| | |
| **Labaton Keller Sucharow LLP** | **for** Lead Plaintiff PERA |
| Thomas A. Dubbs | |
| Carol C. Villegas | |
| Michael P. Canty | |
| Thomas G. Hoffman | |
| 140 Broadway | |
| New York, NY 10005 | |
| **-and-** | |
| **ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP** | |
| James M. Wagstaffe | |
| 100 Pine Street, Suite 2250 | |
| San Francisco, CA 94111 | |
| **-and-** | |
| **LOWENSTEIN SANDLER LLP** | |
| Michael S. Etkin | |
| Andrew Behlmann | |
| Scott Cargill | |
| Colleen Restel | |
| One Lowenstein Drive | |
| Roseland, NJ 07068 | |

**MICHELSON LAW GROUP**                                          **for** Securities Act Plaintiffs
Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
**-and**
**ROBBINS GELLER RUDMAN & DOWD**
Darren J. Robbins
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
**-and-**
**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe
Kenneth J. Black
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
**-and-**
**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201


**ROLNICK KRAMER SADIGHI LLP**                                   **for** RKS Claimants
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard A. Bodnar
Frank T.M. Catalina
1251 Avenue of the Americas
New York, NY 10020
**-and-**
**ST. JAMES LAW, P.C.**
Michael St. James
22 Battery Street, Suite 810
San Francisco, CA 94111


|  | /s/ *Da'Wana L. Chambers* |
|---|---|
| Date: October 25, 2024 | Deputy Clerk |