

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**October 25, 2024**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:  Transmittal of Notice of Appeal to District Court:

PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election- dkt. #14618
Order Overruling In Part and Sustaining In Part Thirty-Third Securities Claims Omnibus Objection- Dkt. #14594
Order Overruling In Part and Sustaining In Part Thirty-Fourth Securities Claims Omnibus Objection- Dkt. #14595
Corrected Courts Certificate of Mailing- Dkt. #14621

**Filing Fee**:  ☒ Paid $ 298.00    ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at   415-268-2373  .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Da'Wana Chambers*

Da'Wana Chambers  Deputy Clerk