# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19–30088

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
|  | *Deadline for filing claims (govt.):* 10/21/2019 |

**Debtor**
**PG&E Corporation**
Attn: Law Department
PO Box 1018
Oakland, CA 94612–9991
ALAMEDA–CA
(929) 333–8977
Tax ID / EIN: 94–3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000
*TERMINATED: 11/12/2019*

**Gabrielle L. Albert**
Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
(530) 902–2560
Email: galbert@kbkllp.com

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364–6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111–5998
415–983–1116
Email: lee.brand@pillsburylaw.com

**James E. Brandt**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax : 212–751–4864
Email: james.brandt@lw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza

825 8th Ave.
New York, NY 10019
(212) 474–1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796–0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364–6793
Email: jkim@kbkllp.com

**Katherine B Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200

Washington, DC 20006
(202) 861–2607
Email: katherine.kohn@thompsonhine.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415–364–6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**Scott Reents**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: sreents@cravath.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
425 Market Street
26th Floor
San Francisco, CA 94105
415–636–9015
Fax : 650–636–9251
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683–9100
Email: bradley.schneider@mto.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153–0119
(212) 310–8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333–8977

*U.S. Trustee*                    represented by **Jason Blumberg**
**Office of the U.S. Trustee / SF**        Office of the U.S. Trustee
Phillip J. Burton Federal Building        501 I St. #7–500
450 Golden Gate Ave. 5th Fl., #05–0153    Sacramento, CA 95814
San Francisco, CA 94102                   (916) 930–2076
(415)705–3333                             Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
DOJ–Ust
300 Booth Street
Room 3009
Reno, NV 89509
202–384–4921
Fax : 775–784–5531
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building

450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415) 252–2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee – San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535–5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee – SF
450 Golden Gate Ave.
Suite 05–0153
San Francisco, CA 94102
(415) 705–3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415) 252–2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**       represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835–7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001–2163
(212) 530–5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001–2163
(212) 530–5000
Email: skhalil@milbank.com
*TERMINATED: 08/30/2022*

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386–4463
Email: tkreller@milbank.com
*TERMINATED: 08/30/2022*

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835–7500
Email: ALeblanc@milbank.com

**Alan Joseph Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530–5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025–0509
(310) 820–8800
Email: lattard@bakerlaw.com
*TERMINATED: 12/08/2023*

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621–0200
Email: cbator@bakerlaw.com
*TERMINATED: 12/08/2023*

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621–0200
Email: ddow@bakerlaw.com
*TERMINATED: 12/08/2023*

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
415–659–2600
Email: cdumas@bakerlaw.com

*TERMINATED: 12/08/2023*

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861–7835
Email: jesmont@bakerlaw.com
*TERMINATED: 12/08/2023*

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764–4114
Email: lfuller@bakerlaw.com
*TERMINATED: 12/08/2023*

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536–1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649–4000
Email: egreen@bakerlaw.com
*TERMINATED: 12/08/2023*

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
(415) 569–2600
Email: rjulian@bakerlaw.com
*TERMINATED: 12/08/2023*

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4227
Email: ekates@bakerlaw.com
*TERMINATED: 12/08/2023*

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703–1315
Email: kkleber@bakerlaw.com
*TERMINATED: 12/08/2023*

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476

(707) 935–3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659–2600
Email: kmorris@bakerlaw.com
*TERMINATED: 12/08/2023*

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442–8858
Email: drichardson@bakerlaw.com
*TERMINATED: 12/08/2023*

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861–1731
Email: drivkin@bakerlaw.com
*TERMINATED: 12/08/2023*

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4200
Email: jrose@bakerlaw.com
*TERMINATED: 12/08/2023*

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442–8875
Email: esagerman@bakerlaw.com
*TERMINATED: 12/08/2023*

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114–1214
(614) 462–2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/19/2024 | 14594 | Order Overruling In Part and Sustaining In Part Thirty–Third Securities Claims Omnibus Objection (RE: related document(s)14200 Objection filed by Debtor PG&E Corporation). (lp) (Entered: 09/19/2024) |
| 09/19/2024 | 14595 | |

| | | | |
|---|---|---|---|
| | | | Order Overruling In Part and Sustaining In Part Thirty–Fourth Securities Claims Omnibus Objection (RE: related document(s)14203 Objection filed by Debtor PG&E Corporation). (lp) (Entered: 09/19/2024) |
| 10/24/2024 | | 14618 | Notice of Appeal and Statement of Election *of Reorganized Debtors*, Fee Amount $ 298. (RE: related document(s)14593 Memorandum Decision, 14594 Order on Objection, 14595 Order on Objection). Transmission of Record to District Court due by 11/25/2024. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 10/24/2024) |
| 10/25/2024 | | 14621 | Corrected Courts Certificate of Mailing. Number of notices mailed: 14 (RE: related document(s)14618 Notice of Appeal and Statement of Election). (dc) (Entered: 10/25/2024) |



Signed and Filed: September 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|      - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART**
**THIRTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants That Adopted the TAC (Dkt. 14200) is OVERRULED IN PART AND SUSTAINED IN PART.

-1-

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;
2. The October 12, 2017 price drop;
3. The December 20, 2017 price drop;
4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

**\*\*END OF ORDER\*\***

-2-

<u>COURT SERVICE LIST</u>

ECF Recipients

-3-



Signed and Filed: September 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|      - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART
THIRTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment (Dkt. 14203) is OVERRULED IN PART AND SUSTAINED IN PART.

-1-

1    More particularly, the Reorganized Debtors' Objections to

2 the following allegations in the TAC are SUSTAINED and ordered

3 stricken, regardless of the specific paragraph(s) they appear in

4 the TAC:

5    1.  The July 16, 2018 statements attributed to Mr.

6        Stavropoulos;

7    2.  The October 12, 2017 price drop;

8    3.  The December 20, 2017 price drop;

9    4.  The November 13-14, 2018 price drop.

10 All other Objections are OVERRULED.

11                          **END OF ORDER**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

<u>COURT SERVICE LIST</u>

ECF Recipients

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market St., 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636 9251

**LATHAM & WATKINS LLP**
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California  90067
Tel: 424 653 5500

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for the Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>          - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

1 | **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

2 Notice is hereby given that Reorganized Debtors PG&E Corporation and Pacific Gas and

3 Electric Company (together, "PG&E") appeal from (1) the *Order Overruling in Part and*

4 *Sustaining in Part Thirty-Third Securities Claims Omnibus Objection*, Dkt. No. 14594, and (2) the

5 *Order Overruling in Part and Sustaining in Part Thirty-Fourth Securities Claims Omnibus*

6 *Objection*, Dkt. No. 14595 (together, the "September 19 Orders"). The September 19 Orders are

7 attached as Exhibits A and B. Pursuant to Bankruptcy Rule 8004, PG&E is concurrently filing a

8 motion for leave to appeal the September 19 Orders. PG&E hereby elects to have this appeal heard

9 by the United States District Court.

10 | **Part 1: Identify the appellant(s)**

11 1. <u>Name of appellants</u>: PG&E Corporation; Pacific Gas and Electric Company

12 2. <u>Position of appellants in the bankruptcy case</u>: Debtors and Reorganized Debtors

13 | **Part 2: Identify the subject of this appeal**

14 1. <u>Describe the appealable orders from which the appeal is taken</u>:

15 PG&E appeals from two orders entered by the bankruptcy court, overruling in part PG&E's

16 33rd and 34th Omnibus Objections.

17 2. <u>State the date on which the appealable orders were entered</u>: September 19, 2024. On

18 Septemeber 26, 2024, the bankruptcy court entered an order extending the time within

19 which to file a notice of appeal of the September 19 Orders until October 24, 2024.

20 Dkt. No. 14599.

21 | **Part 3: Idenfity the other parties to the appeal**

22 1. <u>Party:</u> Lead Plaintiff PERA

23 <u>Attorneys:</u>

24 **LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs

25 Carol C. Villegas

26 Michael P. Canty
Thomas G. Hoffman

27 140 Broadway
New York, NY 10005

28

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**
James M. Wagstaffe
100 Pine Street, Suite 2250
San Francisco, CA 94111

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, NJ 07068

**MICHELSON LAW GROUP**
Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

2. Party: Securities Act Plaintiffs

   Attorneys:

   **ROBBINS GELLER RUDMAN & DOWD**
   Darren J. Robbins
   Brian E. Cochran
   655 West Broadway, Suite 1900
   San Diego, CA 92101

   **ROBBINS GELLER RUDMAN & DOWD LLP**
   Willow E. Radcliffe
   Kenneth J. Black
   Post Montgomery Center
   One Montgomery Street, Suite 1800
   San Francisco, CA 94104

   **VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
   Thomas C. Michaud
   79 Alfred Street
   Detroit, MI 48201

3. Party: RKS Claimants

   Attorneys:

   **ROLNICK KRAMER SADIGHI LLP**
   Lawrence M. Rolnick
   Marc B. Kramer

Michael J. Hampson
Richard A. Bodnar
Frank T.M. Catalina
1251 Avenue of the Americas
New York, NY 10020

**ST. JAMES LAW, P.C.**
Michael St. James
22 Battery Street, Suite 810
San Francisco, CA 94111

**Part 4: Optional election to have appeal heard by District Court**

☒   PG&E elects to have this appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

**Part 5: Sign Below**

**WEIL, GOTSHAL & MANGES LLP**                    Date:  October 24, 2024
**KELLER BENVENUTTI KIM LLP**
**LATHAM & WATKINS LLP**

By:  _/s/ Joshua G. Hamilton_____

Joshua G. Hamilton

Attorneys for the Debtors and Reorganized Debtors

# Exhibit A



Signed and Filed: September 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|      - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART**
**THIRTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Third Securities Omnibus Claims Objection to PERA and Securities Act Plaintiffs' TAC, Including to Certain Claimants That Adopted the TAC (Dkt. 14200) is OVERRULED IN PART AND SUSTAINED IN PART.

-1-

More particularly, the Reorganized Debtors' Objections to the following allegations in the TAC are SUSTAINED and ordered stricken, regardless of the specific paragraph(s) they appear in the TAC:

1. The July 16, 2018 statements attributed to Mr. Stavropoulos;

2. The October 12, 2017 price drop;

3. The December 20, 2017 price drop;

4. The November 13-14, 2018 price drop.

All other Objections are OVERRULED.

**\*\*END OF ORDER\*\***

-2-

COURT SERVICE LIST

ECF Recipients

-3-

# Exhibit B



Signed and Filed: September 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|       - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |

**ORDER OVERRULING IN PART AND SUSTAINING IN PART**
**THIRTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION**

For the reasons stated in the court's *Memorandum Decision on Thirty-Third and Thirty-Fourth Securities Claims Omnibus Objections* (Dkt. 14593), the Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection to Claims Adopting RKS Amendment (Dkt. 14203) is OVERRULED IN PART AND SUSTAINED IN PART.

-1-

1    More particularly, the Reorganized Debtors' Objections to
2  the following allegations in the TAC are SUSTAINED and ordered
3  stricken, regardless of the specific paragraph(s) they appear in
4  the TAC:
5      1.  The July 16, 2018 statements attributed to Mr.
6          Stavropoulos;
7      2.  The October 12, 2017 price drop;
8      3.  The December 20, 2017 price drop;
9      4.  The November 13-14, 2018 price drop.
10 All other Objections are OVERRULED.

**\*\*END OF ORDER\*\***

-2-

<u>COURT SERVICE LIST</u>

ECF Recipients

-3-

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In Re: PG& E Corporation                    Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company         Chapter 11
                                             (Jointly Administered)

**CORRECTED COURT CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Debtor PG&E Corporation- Dkt. #14618**

**Order Overruling In Part and Sustaining In Part Thirty-Third Securities Claims Omnibus Objection- Dkt. #14594**

**Order Overruling In Part and Sustaining In Part Thirty-Fourth Securities Claims Omnibus Objection- Dkt. #14595**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

**Keller & Benvenutti LLP**　　　　　　　　**for** PG& E Corporation and
David A. Taylor　　　　　　　　　　　　　　　Pacific Gas & Electric Company
Jane Kim
Thomas B. Rupp
425 Market St., 26th Flr.
San Francisco, CA 94105
**-and-**
**Weil, Gotshal & Manges LLP**
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119
**-and-**
**Latham & Watkins LLP**
Joshua G. Hamilton
Michael J. Reiss
10250 Constellation Blvd., #1100
Los Angeles, CA 90067
**-and-**
**Latham & Watkins LLP**
James E. Brandt
1271 Avenue of the Americas
New York, NY 10020


**Labaton Keller Sucharow LLP**　　　　　　**for** Lead Plaintiff PERA
Thomas A. Dubbs
Carol C. Villegas
Michael P. Canty
Thomas G. Hoffman
140 Broadway
New York, NY 10005
**-and-**
**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**
James M. Wagstaffe
100 Pine Street, Suite 2250
San Francisco, CA 94111
**-and-**
**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlman
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, NJ 07068

**MICHELSON LAW GROUP**                                    **for** Securities Act Plaintiffs
Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
**-and**
**ROBBINS GELLER RUDMAN & DOWD**
Darren J. Robbins
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
**-and-**
**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe
Kenneth J. Black
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
**-and-**
**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201


**ROLNICK KRAMER SADIGHI LLP**                              **for** RKS Claimants
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard A. Bodnar
Frank T.M. Catalina
1251 Avenue of the Americas
New York, NY 10020
**-and-**
**ST. JAMES LAW, P.C.**
Michael St. James
22 Battery Street, Suite 810
San Francisco, CA 94111


                              /s/ *Da'Wana L. Chambers*
                              Date: October 25, 2024                    Deputy Clerk