caBROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRE VICTIM TRUST'S SUPPLEMENTAL NOTICE REGARDING SETTLEMENT WITH CERTAIN VEGETATION DEFENDANTS**<br><br>[Relates to Docket Number 12682] |

TO FIRE VICTIMS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that, as previously disclosed in the *Fire Victim Trust's Notice of Final Resolution of Assigned Claims* [Dkt. No. 14515], the Fire Victim Trust (the "**Trust**") has settled claims (the "**Assigned Claims**") against Osmose Utilities Services, Inc. (the "**Settling Vegetation Defendant**") that the Trust held as part of the Assigned Rights and Causes of Action transferred to the Trust pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8048]. The Trust previously filed an unredacted copy of the settlement and release agreement by and among the Trustee and the Settling Vegetation Defendants (the "**Settlement Agreement**") [Dkt. No. 14515, Ex. 1] and posted the Settlement Agreement on the Fire Victim Trust Website at www.firevictimtrust.com. The Settlement Agreement provides, inter alia, for the Settling Vegetation Defendant to remit to the Trust the total lump sum of four million five hundred thousand dollars ($4,500,000.00) (the "**Settlement Amount**") and for mutual releases between the parties to the Settlement Agreement.

PLEASE TAKE FURTHER NOTICE that the Trust previously filed a redacted[1] copy of the engagement letter (the "**VM Firms' Engagement Letter**") [Dkt. No. 13607, Ex. 2] effective January 27, 2021, between the Trust and the firms Cotchett, Pitre & McCarthy, LLP; Corey, Luzaich, de Ghetaldi & Riddle, LLP; Walkup, Melodia, Kelly & Schoenberger; Dreyer, Babich, Buccola, Wood & Campora, LLP; Andrews & Thornton, A Law Corporation; and Greenberg Gross LLP (together, "**VM Firms**") in connection with the Assigned Claims and posted the VM Firms' Engagement Letter on the Fire Victim Trust Website at www.firevictimtrust.com. Pursuant to the VM Firms' Engagement Letter, the VM Firms shall be entitled to attorneys' fees as specified in the VM Firms' Engagement Letter.

PLEASE TAKE FURTHER NOTICE that, having performed an accounting to determine its

---

[1] The VM Firms' Engagement Letter remains redacted in accordance with the *Order Granting Motion of the Fire Victim Trustee to File Redacted Versions of Certain Retention Agreements Until Litigation Related to Such Retention Agreements is Finally Resolved* [Dkt. No. 12884], which provides, among other things, that the unredacted copy of the retention agreement is confidential, shall remain under seal, and shall not be made available to anyone without the express written consent of the Trustee or order of the Court until such time as the litigation to which the retention agreement applies has been finally resolved by judgment, arbitration, mediation, or otherwise. The litigation to which the VM Firms' Engagement Letter applies has not yet been finally resolved with respect to certain other entities.

costs, expenses, and attorneys' fees incurred in connection with the Assigned Claims, the Trust files this supplemental notice to provide the following further disclosures: the gross amount realized was $4,500,000.00; costs and expenses totaled $1,872,066.25; attorneys' fees totaled $578,145.43; and the net benefit to the Trust was $2,049,788.33, as detailed in the following table:

| Settlement Distribution | | |
|---|---:|---:|
| **Gross Settlement Recovery** | | $4,500,000.00 |
| **Minus Expenses** | | $1,872,066.25 |
| Electronic Database/Discovery Platform | $492,741.25 | |
| Consultant for Electronic Database/Discovery Platform | $31,592.28 | |
| Physical Evidence Storage | $1,255,517.33 | |
| Financial Advisor | $7,848.75 | |
| Insurance Counsel | $5,624.00 | |
| Mediators | $59,654.17 | |
| Court Costs | $17,345.42 | |
| Travel | $1,416.55 | |
| Miscellaneous | $326.50 | |
| TOTAL | $1,872,066.25 | |
| **Net Proceeds** | | |
| **Minus Attorneys' Fees** | | $578,145.43 |
| **Distribution to Trust** | | $2,049,788.33 |

| | | |
|---|---|---|
| 1 | DATED: October 28, 2024 | BROWN RUDNICK LLP |
| 2 | | |
| 3 | | By: */s/David J. Molton* |
| 4 | | David J. Molton (SBN 262075) (DMolton@brownrudnick.com) |
| 5 | | Seven Times Square New York, New York 10036 |
| 6 | | Telephone: (212) 209-4800 Facsimile: (212) 209-4801 |
| 7 | | |
| 8 | | and |
| 9 | | Joel S. Miliband (SBN 077438) (JMiliband@brownrudnick.com) |
| 10 | | 2211 Michelson Drive Seventh Floor |
| 11 | | Irvine, California 92612 Telephone: (949) 752-7100 |
| 12 | | Facsimile: (949) 252-1514 |
| 13 | | *Attorneys for Fire Victim Trustee* |

3