

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**October 28, 2024**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**C24-7449 HSG**

Re: **Transmission of Document(s) on Appeal:**

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Motion for Leave to Appeal Reorganized Debtors' Motion for Leave to Appeal and Memorandum of Points and Authorities- (dkt. #14619)

If you have any questions, please contact me at   **415-268-2373**  .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Da'Wana Chambers*

Da'Wana Chambers  Deputy Clerk

Case: 19-30088    Doc# 14627    Filed: 10/28/24    Entered: 10/28/24 15:37:26    Page 1 of 1