1  KIBLER FOWLER & CAVE LLP
   Michael D. Kibler (SBN 243982)
2  mkibler@kfc.law
   Matthew J. Cave (SBN 280704)
3  mcave@kfc.law
   11100 Santa Monica Blvd., Suite 500
4  Los Angeles, California 90025
   Telephone:	(310) 409-0400
5  Facsimile:	(310) 409-0401

6  *Attorneys for PricewaterhouseCoopers, LLP*

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11  In re:<br>12  PG&E CORPORATION<br>13  -and-<br>14  PACIFIC GAS AND ELECTRIC<br>    COMPANY,<br>15         Debtors.<br>16  ☐ Affects PG&E Corporation<br>17  ☐ Affects Pacific Gas and Electric<br>    X Company Affects both Debtors<br>18<br>19  * All papers shall be filed in the Lead Case,<br>    No. 19-30088 (DM). | CASE NO. 19-30088 (DM)<br>Chapter 11<br><br>**REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS** |

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned attorney hereby requests that his e-mail address be removed from the Court's Courtesy Notification of Electronic Filing in the above matter:

**Matthew J. Cave**   mcave@kfc.law

Dated: October 31, 2024

KIBLER FOWLER & CAVE LLP

By: _____
MICHAEL D. KIBLER
MATTHEW J. CAVE
Attorneys for PricewaterhouseCoopers, LLP