# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 11/1/2024 |
| Case: 19−30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Richard Bodnar | rbodnar@rksllp.com |
| aty | Thomas A Dubbs | tdubbs@labaton.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

| | | | | |
|---|---|---|---|---|
| sp | Joshua G. Hamilton | Latham & Watkins LLP | 10250 Constellation Blvd., Suite 1100 | Los Angeles, CA 90067 |
| aty | Michael P. Canty | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |

TOTAL: 3