# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Notice of Appeal and Statement of Election [Docket No. 14618]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 30th day of October 2024, at New York, NY.

/s/ Victor Wong
Victor Wong

SRF 83283

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Adamski, Moriski, Madden, Cumberland & Green LLP | Attn: James M. Wagstaffe | 100 Pine Street, Suite 2250 | | San Francisco | CA | 94111 |
| Keller & Benvenutti LLP | Attn: David A. Taylor, Jane Kim, Thomas B. Rupp | 425 Market St., 26th Flr. | | San Francisco | CA | 94105 |
| Labaton Keller Sucharow LLP | Attn: Thomas A. Dubbs, Carol C. Villegas, Michael P. Canty, Thomas G. Hoffman | 140 Broadway | | New York | NY | 10005 |
| Latham & Watkins LLP | Attn: Joshua G. Hamilton, Michael J. Reiss | 10250 Constellation Blvd., #1100 | | Los Angeles | CA | 90067 |
| Latham & Watkins LLP | Attn: James E. Brandt | 1271 Avenue of the Americas | | New York | NY | 10020 |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann, Scott Cargill, Colleen Restel | One Lowenstein Drive | | Roseland | NJ | 7068 |
| MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery Street, Suite 2100 | | San Francisco | CA | 94104 |
| Office of the U.S. Trustee / SF | Attn: Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | | San Francisco, | CA | 94102 |
| ROBBINS GELLER RUDMAN & DOWD | Attn: Darren J. Robbins, Brian E. Cochran | 655 West Broadway, Suite 1900 | | San Diego | CA | 92101 |
| ROBBINS GELLER RUDMAN & DOWD LLP | Attn: Willow E. Radcliffe, Kenneth J. Black | Post Montgomery Center | One Montgomery Street, Suite 1800 | San Francisco | CA | 94104 |
| ROLNICK KRAMER SADIGHI LLP | Attn: Lawrence M. Rolnick, Marc B. Kramer, Michael J. Hampson, Richard A. Bodnar, Frank T.M. Catalina | | 1251 Avenue of the Americas | New York | NY | 10020 |
| ST. JAMES LAW, P.C. | Attn: Michael St. James | 22 Battery Street, Suite 810 | | San Francisco | CA | 94111 |
| VANOVERBEKE, MICHAUD & TIMMONY, P.C. | Attn: Thomas C. Michaud | 79 Alfred Street | | Detroit | MI | 48201 |
| Weil, Gotshal & Manges LLP | Attn: Richard W. Slack, Jessica Liou, Matthew Goren | 767 Fifth Ave. | | New York | NY | 10153-0119 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088   Doc# 14639   Filed: 11/01/24   Entered: 11/01/24 11:10:57   Page 4 of 4