Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
PERETZ & ASSOCIATES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for CARA FENEIS

UNITED STATES BANKRUPTCY COURT

CALIFORNIA NORTHERN BANKRUPTCY COURT, SAN FRANCISCO

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor | Case No. 19-30088<br>Chapter 11<br><br>**REQUEST TO BE REMOVED FROM RECEIVING MES** |
| CARA FENEIS,<br><br>Plaintiff<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant | Dept.:   C-68<br><br>The Hon. Richard S. Whitney<br><br>Complaint Filed: Dec. 6, 2021<br>Trial: Not Set |

TO ALL PARTIES ON RECORD AND TO THE CALIFORNIA NORTHERN BANKRUPTCY COURT IN SAN FRANCISCO

Cara Feneis, Creditor and Plaintiff, hereby requests to be removed from receiving MES in the above matter.

-1-

Case No. 37-2021-00050961-CU-FR-CTL
ALPHA BETA PS ANSWER TO ONCOGENERIX INVEST'S CROSS-COMPLAINT

SMRH:4876-5030-9869

The lawsuit entitled Feneis v. Pacific Gas and Electric Co., Case No. RG 17866484, (the "Action") formerly pending in the Superior Court of California, in the County of Alameda, 24405 Amador Street, Hayward, CA 94544 has been settled.

Dated: November 8, 2024  PERETZ & ASSOCIATES

By: _____
Yosef Peretz
Attorney for Creditor and Plaintiff
CARA FENEIS