| | |
|---|---|
| 1  LABATON KELLER SUCHAROW LLP | LOWENSTEIN SANDLER LLP |
|    Thomas A. Dubbs (*pro hac vice*) | Michael S. Etkin (*pro hac vice*) |
| 2  Carol C. Villegas (*pro hac vice*) | Andrew Behlmann (*pro hac vice*) |
|    Michael P. Canty (*pro hac vice*) | Scott Cargill (*pro hac vice*) |
| 3  Thomas G. Hoffman, Jr. (*pro hac vice*) | One Lowenstein Drive |
|    140 Broadway | Roseland, NJ  07068 |
| 4  New York, NY  10005 | |

*Special Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

*Lead Counsel to Securities Lead Plaintiff
and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA  94104

*Local Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

*Additional counsel listed on Exhibit A*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (JOINTLY ADMINISTERED) |
| PACIFIC GAS AND ELECTRIC COMPANY, | CERTIFICATE OF SERVICE |
| Debtors. | United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

☒ Affects Both Debtors

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

1    I, Sarah A. Morris, pursuant to 28 U.S.C. §1746, certify as follows:

2    1.    I am a paralegal employed by the law firm Robbins Geller Rudman & Dowd LLP, counsel in the above-captioned Chapter 11 cases on behalf of: (a) York County on behalf of the County of York Retirement Fund; (b) City of Warren Police and Fire Retirement System; and (c) Mid-Jersey Trucking Industry & Local No. 701 Pension Fund.

2.    On November 21, 2024, I caused the following documents to be served on Michael Reiss (michael.reiss@lw.com); and Ryan Schachne (ryan.schachne@lw.com); per agreement between the above-referenced claimants and the debtors via email:

> Plaintiffs' Notice of Issuance of Subpoenas *Duces Tecum* with Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) with Schedules A to the following non-parties:

- Barclays Capital Inc.;
- BNP Paribas Securities Corp.;
- BofA Securities, Inc. – fka Merrill Lynch, Pierce, Fenner & Smith Incorporated;
- Citigroup Global Markets Inc.;
- Deloitte & Touche LLP;
- Goldman, Sachs & Co., LLC;
- J.P. Morgan Securities LLC;
- Mizuho Securities USA LLC;
- Morgan Stanley & Co. LLC;
- MUFG Securities Americas, Inc.;
- RBC Capital Markets, LLC;
- Siebert Williams Shank & Co., LLC – fka The Williams Capital Group, L.P.; and
- Wells Fargo Securities, LLC.

3.    On November 22 2024, I caused the following documents to be served on Richard Slack (richard.slack@weil.com) per agreement between the above-referenced claimants and the debtors via email:

> Plaintiffs' Notice of Issuance of Subpoenas *Duces Tecum* with Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a

Bankruptcy Case (or Adversary Proceeding) with Schedules A to the following non-parties:

- Barclays Capital Inc.;
- BNP Paribas Securities Corp.;
- BofA Securities, Inc. – fka Merrill Lynch, Pierce, Fenner & Smith Incorporated;
- Citigroup Global Markets Inc.;
- Deloitte & Touche LLP;
- Goldman, Sachs & Co., LLC;
- J.P. Morgan Securities LLC;
- Mizuho Securities USA LLC;
- Morgan Stanley & Co. LLC;
- MUFG Securities Americas, Inc.;
- RBC Capital Markets, LLC;
- Siebert Williams Shank & Co., LLC – fka The Williams Capital Group, L.P.; and
- Wells Fargo Securities, LLC.

4. On November 22, 2004, I caused the following documents to be served on Michael Reiss (michael.reiss@lw.com); Ryan Schachne (ryan.schachne@lw.com); and Richard Slack (richard.slack@weil.com) per agreement between the above-referenced claimants and the debtors via email:

Plaintiffs' Notice of Issuance of Subpoena *Duces Tecum* with Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) with Schedule A to the following non-party:

- Financial Industry Regulatory Authority, Inc.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 22, 2024

_____
SARAH A. MORRIS

**EXHIBIT A**
**COUNSEL**

| | |
|---|---|
| LABATON KELLER SUCHAROW LLP<br>Thomas A. Dubbs (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212/907-0700<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>thoffman@labaton.com<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | ADAMSKI, MORISKI, MADDEN,<br>  CUMBERLAND & GREEN LLP<br>James M. Wagstaffe (SBN 95535)<br>100 Pine Street, Suite 2250<br>San Francisco, CA 94111<br>Telephone: 415/254-8615<br>wagstaffe@ammcglaw.com<br><br>*Liaison Counsel for Securities Lead Plaintiff and the Class* |
| LOWENSTEIN SANDLER LLP<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: 973/597-2500<br>Facsimile: 973/597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | MICHELSON LAW GROUP<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Facsimile: 415/512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Darren J. Robbins (SBN 168593)<br>65 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Facsimile: 619/231-7423<br>darrenr@rgrdlaw.com<br><br>VANOVERBEKE, MICHAUD &<br>  TIMMONY, P.C.<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>tmichaud@vmtlaw.com<br><br>*Additional Counsel for Securities Act Plaintiffs* | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Willow E. Radcliffe (SBN 200089)<br>Kenneth J. Black (SBN 291871)<br>Hadiya K. Deshmukh (SBN 328118)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>Facsimile: 415/288-4534<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>*Counsel for Securities Act Plaintiffs* |