EDWARD J. TREDINNICK (#84033)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
E-mail: etredinnick@foxrothschild.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>   Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**WITHDRAWAL OF OBJECTIONS TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

The City and County of San Francisco hereby withdraws the "*Objections of the City and County of San Francisco to Schedule of Executory Contracts and Unexpired Leases To Be Assumed Pursuant to the Plan and Proposed Cure Amounts*" [Docket # 7252] filed herein on May 15, 2020.

Dated: November 26, 2024

                                                          **FOX ROTHSCHILD LLP**

                                                          By:  /s/ Edward J. Tredinnick
                                                                   Edward J. Tredinnick
                                                          Attorneys for Creditor, City and County of San Francisco