Lillian Stenfeldt (SBN 104929)
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone (415) 915-5192
Facsimile: (415) 915-5192
Email: lillian.stenfeldt@rimonlaw.com

Attorneys for certain Retiree Claimants
and Pivot Interiors, Inc.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>---<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Case No. 19-30088-DM<br>19-30089-DM<br><br>Chapter 11<br>(Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS AND ALL MAILING LISTS** |

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney and Rimon, P.C., hereby request to be removed from the Court's ECF notifications and all mailing lists with respect to the above-captioned case:

REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS AND ALL MAILING LISTS

Lillian Stenfeldt (SBN 104929)
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone: (415) 915-5192
Facsimile: (415) 915-5192
lillian.stenfeldt@rimonlaw.com

DATED: November 21, 2024     RIMON, P.C.

By: _____
Lillian Stenfeldt
Attorneys for
certain Retiree Claimants and
Pivot Interiors, Inc.