## **Exhibit A**

**Claims to be Withdrawn with Prejudice**

Case: 19-30088    Doc# 14671-1    Filed: 12/17/24    Entered: 12/17/24 11:21:29    Page 1 of 52

# <u>EXHIBIT A</u>

## United States Bankruptcy Court, Northern District of California

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case (Select only one Debtor per claim form):</strong></td></tr>
<tr><td>☒</td><td>PG&E Corporation (19-30088)</td></tr>
<tr><td>☐</td><td>Pacific Gas and Electric Company (19-30089)</td></tr>
</table>

## Rescission or Damage Claim Proof of Claim

**This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.**

> THIS FORM IS TO BE USED <u>ONLY</u> FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.
>
> DO <u>NOT</u> USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers**. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | SEI Institutional Managed Trust-Global Managed Volatility Fund <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the Debtor _____ |
| --- | --- | --- |
| 2. | Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. | Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | <u>Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:</u> <br><br> ☐ Debt Securities; <br> ☒ Equity Securities; or <br> ☐ Debt Securities and Equity Securities <br><br> Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation. <br><br> In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018. <br><br> Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file |

<span style="color:red">Case: 19-30088    Doc# 109928-1    Filed: 12/17/24    Entered: 12/17/24 11:21:29    Page 2 of 52</span>

<span style="color:red">Claim Number: 109928</span>

| 4. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | | |

Contact phone    2133743230

Contact email    AllspringPortOps-CorporateActionsTeam@allspring-global.com

Contact phone

Contact email

| 5. Does this claim amend one already filed? | ☐ No<br>☒ Yes.   Claim number on court claims registry (if known) 100996/101006/101755/102420    Filed on 04/16/2020 <br> MM / DD / YYYY |
|---|---|

| 6. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☒ Yes. Who made the earlier filing?   ISS on claimants behalf |
|---|---|

**Part 2:** Give Information About the Claim as of January 29, 2019

**7. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**8. How much is the claim?**

$ see annex a _____ . **Does this amount include interest or other charges?**

☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Case: 19-30088   Doc# 14671-1   Filed: 12/17/24   Entered: 12/17/24 11:21:29   Page 3 of 52

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Paul Mittendorff*
Paul Mittendorff (Sep 15, 2023 13:43 PDT)

**Email:** AllspringPortOps-CorporateActionsTeam@allsp

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name

Paul W Mittendorff
First name          Middle name          Last name

Title

Operations Analyst

Company

Allspring Global Investments
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address

525 Market St. Floor 12
Number          Street

San Francisco                    CA          94105
City                             State       ZIP Code

Contact phone

2133743230                       Email   AllspringPortOps-CorporateActionsTeam@allspring-global.com

**Attach Supporting Documentation** <u>Including Annex A</u> (available for download on https://restructuring.primeclerk.com/pge)
(limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**          ☐ **I do <u>not</u> have supporting documentation.**
    **(attach below)**

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Rescission or Damage Claim Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about any claim you may have based on your belief that you have suffered losses as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led you to purchase or acquire publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Complete Annex A, Part I by checking all applicable CUSIP(s) and provide the information requested in Annex A, Part II for that CUSIP. If you are asserting a claim based on more than one CUSIP, you must attach a separate Annex A, Part II for each CUSIP.**

- **Attach any supporting documents to this form.**

  Attach documentation requested in Annex A, Part II of the Form. (See the definition of *redaction* on the next page.)

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at:

https://restructuring.primeclerk.com/pge.

### Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Rescission or Damage Claim Proof of Claim Instructions

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Offers to purchase a claim**

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Securities Proof(s) of Claim to:**

### If electronically:

Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").

### If by first class mail:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### If by overnight courier or hand delivery:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically.

## Do not file these instructions with your form

Rescission or Damage Claim Proof of Claim Instructions

| Account Number: | Transaction Date: | Shares: | Security ID: | Client Transaction Type (buysell) |
|---|---|---|---|---|
| 26010704 | 4/29/2015 | 0 | 69331C108 | Beginning Balance |
| 26010704 | 11/6/2017 | 11135 | 69331C108 | by |
| 26010704 | 2/7/2018 | 11135 | 69331C108 | sl |
| 26010704 | 11/15/2018 | 0 | 69331C108 | Ending Balance |

| Account Name: | Price Per Share: | Total Amount: |
|---|---|---|
| SEI Institutional Managed Trust-Global Managed Volatility Fund | | |
| SEI Institutional Managed Trust-Global Managed Volatility Fund | 56.775 | 632189.63 |
| SEI Institutional Managed Trust-Global Managed Volatility Fund | 39.4741 | 439543.97 |
| SEI Institutional Managed Trust-Global Managed Volatility Fund | | |

# Electronic Proof of Claim_A@XDM27423[[CSLT #4025#CF]]

**Final Audit Report** 2023-09-15

| | |
|---|---|
| Created: | 2023-09-15 |
| By: | Kroll (efiling@ra.kroll.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwVfq4zHCW8wsxVCutijem9nWVHYj9ZCu |

## "Electronic Proof of Claim_A@XDM27423[[CSLT#4025#CF]]" History

📄 Web Form created by Kroll (efiling@ra.kroll.com)
2023-09-15 - 8:41:29 PM GMT

📎 Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com) uploaded the following supporting documents:
📎 Attachment
2023-09-15 - 8:43:47 PM GMT

📄 Web Form filled in by Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com)
2023-09-15 - 8:43:47 PM GMT- IP address: 136.226.54.246

✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 Edg/116.0.1938.81)
2023-09-15 - 8:43:50 PM GMT- IP address: 136.226.54.246

✅ Agreement completed.
2023-09-15 - 8:43:50 PM GMT

**KROLL** Powered by **Adobe Acrobat Sign**

## United States Bankruptcy Court, Northern District of California

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| ☒ PG&E Corporation (19-30088) |
| ☐ Pacific Gas and Electric Company (19-30089) |

# Rescission or Damage Claim Proof of Claim

**This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.**

> THIS FORM IS TO BE USED <u>ONLY</u> FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.
>
> DO <u>NOT</u> USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers.** Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.**

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | SEI Global Master Fund plc-Global Managed Volatility Fund <br> *Name of the current creditor (the person or entity to be paid for this claim)* <br><br> Other names the creditor used with the Debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | <u>Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:</u> <br><br> ☐ Debt Securities; <br> ☒ Equity Securities; or <br> ☐ Debt Securities and Equity Securities <br><br> Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation. <br><br> In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018. <br><br> Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically. |

| 4. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Contact phone  2133743230

Contact email  AllspringPortOps-CorporateActionsTeam@allspring-global.com

Contact phone  _____

Contact email  _____

---

**5. Does this claim amend one already filed?**

☐ No

☒ Yes. Claim number on court claims registry (if known) 100996/101006/101755/102420 _____

Filed on  04/16/2020
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No

☒ Yes. Who made the earlier filing?  ISS on claimants behalf

---

**Part 2:  Give Information About the Claim as of January 29, 2019**

**7. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**8. How much is the claim?**

$ see annex a _____ .  **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:  _____

**Basis for perfection:**  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:  _____

Case: 19-30088   Doc# 14671-1   Filed: 12/17/24   Entered: 12/17/24 11:21:29   Page 12 of 52

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Paul Mittendorff*
Paul Mittendorff (Sep 15, 2023 13:25 PDT)

**Email:** AllspringPortOps-CorporateActionsTeam@allsp

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Paul W Mittendorff | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Operations Analyst | | |
| Company | Allspring Global Investments | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 525 Market St. Floor 12 | | |
| | Number          Street | | |
| | San Francisco | CA | 94105 |
| | City | State | ZIP Code |
| Contact phone | 2133743230 | Email | AllspringPortOps-CorporateActionsTeam@allspring-global.com |

**Attach Supporting Documentation** <u>Including Annex A</u> (available for download on https://restructuring.primeclerk.com/pge)
(limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
    **(attach below)**                    ☐ **I do <u>not</u> have supporting documentation.**

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Rescission or Damage Claim Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about any claim you may have based on your belief that you have suffered losses as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led you to purchase or acquire publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Complete Annex A, Part I by checking all applicable CUSIP(s) and provide the information requested in Annex A, Part II for that CUSIP. If you are asserting a claim based on more than one CUSIP, you must attach a separate Annex A, Part II for each CUSIP.**

- **Attach any supporting documents to this form.**

  Attach documentation requested in Annex A, Part II of the Form. (See the definition of *redaction* on the next page.)

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at:

https://restructuring.primeclerk.com/pge.

### Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Rescission or Damage Claim Proof of Claim Instructions

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Offers to purchase a claim**

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Securities Proof(s) of Claim to:**

### If electronically:

Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").

### If by first class mail:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### If by overnight courier or hand delivery:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically.

> ## Do not file these instructions with your form

| Account Number: | Transaction Date: | Shares: | Security ID: | Client Transaction Type (buysell) |
|---|---|---|---|---|
| 26010504 | 4/29/2015 | 0 | 69331C108 | Beginning Balance |
| 26010504 | 11/6/2017 | 6877 | 69331C108 | by |
| 26010504 | 2/7/2018 | 6877 | 69331C108 | sl |
| 26010504 | 11/15/2018 | 0 | 69331C108 | Ending Balance |

**Account Name:**

| | Price Per Share: | Total Amount: |
|---|---|---|
| SEI Global Master Fund plc-Global Managed Volatility Fund | | |
| SEI Global Master Fund plc-Global Managed Volatility Fund | 56.775 | 390441.68 |
| SEI Global Master Fund plc-Global Managed Volatility Fund | 39.4741 | 271463.3 |
| SEI Global Master Fund plc-Global Managed Volatility Fund | | |

# Electronic Proof of Claim_*!WJP27423[[CSLT#4025#CF]]

**Final Audit Report**                                                        2023-09-15

| | |
|---|---|
| Created: | 2023-09-15 |
| By: | Kroll (efiling@ra.kroll.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApBQuS1u-HESJlH9qRP4ju8PByUhrakel |

## "Electronic Proof of Claim_*!WJP27423[[CSLT#4025#CF]]" History

🗅 Web Form created by Kroll (efiling@ra.kroll.com)
   2023-09-15 - 8:22:38 PM GMT

📎 Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com) uploaded the following
   supporting documents:
   📎 Attachment
   2023-09-15 - 8:25:25 PM GMT

🗅 Web Form filled in by Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com)
   2023-09-15 - 8:25:25 PM GMT- IP address: 136.226.54.246

✅ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
   AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 Edg/116.0.1938.81)
   2023-09-15 - 8:25:27 PM GMT- IP address: 136.226.54.246

✅ Agreement completed.
   2023-09-15 - 8:25:27 PM GMT

**KROLL**   Powered by **Adobe Acrobat Sign**

**United States Bankruptcy Court, Northern District of California**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| ☒ PG&E Corporation (19-30088) |
| ☐ Pacific Gas and Electric Company (19-30089) |

# Rescission or Damage Claim Proof of Claim

**This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.**

THIS FORM IS TO BE USED <u>ONLY</u> FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.

DO <u>NOT</u> USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers.** Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | SEI Institutional Investments Trust-Global Managed Volatility Fund |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the Debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☒ No |
|---|---|---|
| | | ☐ Yes. From whom? _____ |

| 3. | Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | <u>Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:</u> |
|---|---|---|
| | | ☐ Debt Securities; |
| | | ☒ Equity Securities; or |
| | | ☐ Debt Securities and Equity Securities |
| | | Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation. |
| | | In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018. |
| | | Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically. |

Case: 19-30088    Doc# 10003    Filed: 12/17/24    Entered: 12/17/24 11:21:29    Page 20 of 52

| 4. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Contact phone    2133743230

Contact email    AllspringPortOps-CorporateActionsTeam@allspring-global.com

Contact phone _____

Contact email _____

---

**5. Does this claim amend one already filed?**

☐ No

☒ Yes. Claim number on court claims registry (if known) 100996/101006/101755/102420

Filed on   04/16/2020
           MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No

☒ Yes. Who made the earlier filing?   ISS on claimants behalf

---

| Part 2: | Give Information About the Claim as of January 29, 2019 |
|---|---|

**7. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**8. How much is the claim?**

$ see annex a . **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Case: 19-30088   Doc# 14671-1   Filed: 12/17/24   Entered: 12/17/24 11:21:29   Page 21 of 52

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Paul Mittendorff*
Paul Mittendorff (Sep 15, 2023 13:28 PDT)

**Email:** AllspringPortOps-CorporateActionsTeam@allsp

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Paul W Mittendorff | | |
| | First name | Middle name | Last name |
| Title | Operations Analyst | | |
| Company | Allspring Global Investments | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 525 Market St Floor 12 | | |
| | Number          Street | | |
| | San Francisco | CA | 94105 |
| | City | State | ZIP Code |
| Contact phone | 2133743230 | Email | AllspringPortOps-CorporateActionsTeam@allspring-global.com |

**Attach Supporting Documentation Including Annex A** (available for download on https://restructuring.primeclerk.com/pge)
(limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**     ☐ **I do not have supporting documentation.**
    **(attach below)**

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Rescission or Damage Claim Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about any claim you may have based on your belief that you have suffered losses as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led you to purchase or acquire publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Complete Annex A, Part I by checking all applicable CUSIP(s) and provide the information requested in Annex A, Part II for that CUSIP. If you are asserting a claim based on more than one CUSIP, you must attach a separate Annex A, Part II for each CUSIP.**

- **Attach any supporting documents to this form.**

  Attach documentation requested in Annex A, Part II of the Form. (See the definition of *redaction* on the next page.)

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at:

https://restructuring.primeclerk.com/pge.

### Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Rescission or Damage Claim Proof of Claim Instructions

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101(13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Offers to purchase a claim**

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Securities Proof(s) of Claim to:**

### If electronically:

Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").

### If by first class mail:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### If by overnight courier or hand delivery:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically.

## Do not file these instructions with your form

| Account Number: | Transaction Date: | Shares: | Security ID: | Client Transaction Type (buysell) |
|---|---|---|---|---|
| 26012700 | **4/29/2015** | **0** | 69331C108 | **Beginning Balance** |
| 26012700 | 11/6/2017 | 7798 | 69331C108 | by |
| 26012700 | 2/7/2018 | 7798 | 69331C108 | sl |
| 26012700 | 11/15/2018 | 0 | 69331C108 | Ending Balance |

| **Account Name:** | **Price Per Share:** | **Total Amount:** |
|---|---|---|
| SEI Institutional Investments Trust-Global Managed Volatility Fund | | |
| SEI Institutional Investments Trust-Global Managed Volatility Fund | 56.775 | 442731.45 |
| SEI Institutional Investments Trust-Global Managed Volatility Fund | 39.47408823 | 307818.94 |
| SEI Institutional Investments Trust-Global Managed Volatility Fund | | |

# Electronic Proof of Claim_DYGZK27423[[CSLT# 4025#CF]]

Final Audit Report                                    2023-09-15

| | |
|---|---|
| Created: | 2023-09-15 |
| By: | Kroll (efiling@ra.kroll.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwwlg6dDMVq5J_siUd80vB24NMIoI4KxR |

## "Electronic Proof of Claim_DYGZK27423[[CSLT#4025#CF]]" History

📄 Web Form created by Kroll (efiling@ra.kroll.com)
2023-09-15 - 8:26:27 PM GMT

📎 Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com) uploaded the following supporting documents:
   📎 Attachment
2023-09-15 - 8:28:53 PM GMT

📄 Web Form filled in by Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com)
2023-09-15 - 8:28:53 PM GMT- IP address: 136.226.54.246

✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 Edg/116.0.1938.81)
2023-09-15 - 8:28:55 PM GMT- IP address: 136.226.54.246

✅ Agreement completed.
2023-09-15 - 8:28:55 PM GMT

**KROLL**    Powered by
             **Adobe**
             **Acrobat Sign**

## United States Bankruptcy Court, Northern District of California

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| ☒ PG&E Corporation (19-30088) |
| ☐ Pacific Gas and Electric Company (19-30089) |

# Rescission or Damage Claim Proof of Claim

**This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.**

THIS FORM IS TO BE USED <u>ONLY</u> FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.

DO <u>NOT</u> USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers.** Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.**

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | SEI Institutional Investments Trust-US Managed Volatility Fund |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the Debtor _____ |

| 2. Has this claim been acquired from someone else? | ☒ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | <u>Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:</u> |
|---|---|
| | ☐ Debt Securities; |
| | ☒ Equity Securities; or |
| | ☐ Debt Securities and Equity Securities |
| | Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation. |
| | In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018. |
| | Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically. |

Case: 19-30088    Doc# 11111-1    Filed: 12/17/24    Entered: 12/17/24 11:21:29    Page 29 of 52
Claim Number: 109931

| 4. **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Contact phone    2133743230

Contact email    AllspringPortOps-CorporateActionsTeam@allspring-global.com

Contact phone _____

Contact email _____

---

5. **Does this claim amend one already filed?**

☐ No

☒ Yes.   Claim number on court claims registry (if known) <sup>100996/101006/101755/102420</sup> _____

Filed on   04/16/2020

    MM / DD / YYYY

---

6. **Do you know if anyone else has filed a proof of claim for this claim?**

☐ No

☒ Yes. Who made the earlier filing?   ISS on claimant's behalf

---

**Part 2:**   Give Information About the Claim as of January 29, 2019

---

7. **Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

8. **How much is the claim?**

$ see annex a _____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

9. **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
    ☐ Motor vehicle
    ☐ Other. Describe: _____

    **Basis for perfection:** _____
    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**    $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $_____

    **Annual Interest Rate** (when case was filed) _____%
    ☐ Fixed
    ☐ Variable

---

10. **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Case: 19-30088   Doc# 14671-1   Filed: 12/17/24   Entered: 12/17/24 11:21:29   Page 30 of 52

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Paul Mittendorff*
Paul Mittendorff (Sep 15, 2023 13:31 PDT)

**Email:** AllspringPortOps-CorporateActionsTeam@allsp

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Paul W Mittendorff | | |
|------|---------|---------|---------|
| | First name | Middle name | Last name |
| Title | Operations Analyst | | |
| Company | Allspring Global Investments | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 525 Market St. Floor 12 | | |
| | Number          Street | | |
| | San Francisco | CA | 94105 |
| | City | State | ZIP Code |
| Contact phone | 2133743230 | Email | AllspringPortOps-CorporateActionsTeam@allspring-global.com |

**Attach Supporting Documentation Including Annex A** (available for download on https://restructuring.primeclerk.com/pge)
(limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
  (attach below)           ☐ **I do not have supporting documentation.**

📎 **Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Rescission or Damage Claim Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about any claim you may have based on your belief that you have suffered losses as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led you to purchase or acquire publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Complete Annex A, Part I by checking all applicable CUSIP(s) and provide the information requested in Annex A, Part II for that CUSIP. If you are asserting a claim based on more than one CUSIP, you must attach a separate Annex A, Part II for each CUSIP.**

- **Attach any supporting documents to this form.**

  Attach documentation requested in Annex A, Part II of the Form. (See the definition of *redaction* on the next page.)

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at:

https://restructuring.primeclerk.com/pge.

### Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101(13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Securities Proof(s) of Claim to:**

### If electronically:

Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").

### If by first class mail:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### If by overnight courier or hand delivery:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically.

## Do not file these instructions with your form

| Account Number: | Transaction Date: | Shares: | Security ID: |
|---|---|---|---|
| 26010100 | 4/29/2015 | 0 | |
| 26010100 | 1/11/2016 | 2778 | 69331C108 |
| 26010100 | 1/11/2016 | 2344 | 69331C108 |
| 26010100 | 9/7/2016 | 2778 | 69331C108 |
| 26010100 | 9/7/2016 | 2344 | 69331C108 |
| 26010100 | 2/9/2017 | 3369 | 69331C108 |
| 26010100 | 2/10/2017 | 143 | 69331C108 |
| 26010100 | 2/10/2017 | 25 | 69331C108 |
| 26010100 | 2/10/2017 | 1037 | 69331C108 |
| 26010100 | 3/8/2017 | 7612 | 69331C108 |
| 26010100 | 3/8/2017 | 4783 | 69331C108 |
| 26010100 | 3/8/2017 | 4761 | 69331C108 |
| 26010100 | 6/6/2017 | 1121 | 69331C108 |
| 26010100 | 8/7/2017 | 7621 | 69331C108 |
| 26010100 | 8/8/2017 | 2568 | 69331C108 |
| 26010100 | 10/4/2017 | 14854 | 69331C108 |
| 26010100 | 10/5/2017 | 8852 | 69331C108 |
| 26010100 | 10/5/2017 | 4691 | 69331C108 |
| 26010100 | 11/6/2017 | 349 | 69331C108 |
| 26010100 | 11/6/2017 | 946 | 69331C108 |
| 26010100 | 11/7/2017 | 40 | 69331C108 |
| 26010100 | 11/7/2017 | 425 | 69331C108 |
| 26010100 | 11/8/2017 | 19570 | 69331C108 |
| 26010100 | 1/4/2018 | 32303 | 69331C108 |
| 26010100 | 1/5/2018 | 26 | 69331C108 |
| 26010100 | 1/5/2018 | 571 | 69331C108 |
| 26010100 | 2/7/2018 | 8581 | 69331C108 |
| 26010100 | 2/7/2018 | 5539 | 69331C108 |
| 26010100 | 2/8/2018 | 6105 | 69331C108 |
| 26010100 | 2/8/2018 | 5597 | 69331C108 |
| 26010100 | 2/9/2018 | 869 | 69331C108 |
| 26010100 | 2/9/2018 | 1641 | 69331C108 |
| 26010100 | 3/5/2018 | 1526 | 69331C108 |
| 26010100 | 4/5/2018 | 1843 | 69331C108 |
| 26010100 | 4/5/2018 | 143 | 69331C108 |
| 26010100 | 4/5/2018 | 25 | 69331C108 |
| 26010100 | 4/5/2018 | 1037 | 69331C108 |
| 26010100 | 4/5/2018 | 3800 | 69331C108 |
| 26010100 | 4/12/2018 | 3812 | 69331C108 |
| 26010100 | 4/12/2018 | 4783 | 69331C108 |
| 26010100 | 4/12/2018 | 4580 | 69331C108 |
| 26010100 | 5/3/2018 | 8495 | 69331C108 |
| 26010100 | 5/31/2018 | 181 | 69331C108 |
| 26010100 | 5/31/2018 | 1121 | 69331C108 |
| 26010100 | 5/31/2018 | 7621 | 69331C108 |

| | | | |
|---|---|---|---|
| 26010100 | 5/31/2018 | 2568 | 69331C108 |
| 26010100 | 5/31/2018 | 8602 | 69331C108 |
| 26010100 | 6/14/2018 | 7166 | 69331C108 |
| 26010100 | 7/9/2018 | 6252 | 69331C108 |
| 26010100 | 7/9/2018 | 5236 | 69331C108 |
| 26010100 | 7/10/2018 | 3616 | 69331C108 |
| 26010100 | 7/10/2018 | 4691 | 69331C108 |
| 26010100 | 7/10/2018 | 349 | 69331C108 |
| 26010100 | 7/10/2018 | 946 | 69331C108 |
| 26010100 | 7/10/2018 | 40 | 69331C108 |
| 26010100 | 7/10/2018 | 425 | 69331C108 |
| 26010100 | 7/10/2018 | 4479 | 69331C108 |
| 26010100 | 8/6/2018 | 4063 | 69331C108 |
| 26010100 | 8/6/2018 | 9725 | 69331C108 |
| 26010100 | 8/7/2018 | 1303 | 69331C108 |
| 26010100 | 8/7/2018 | 8937 | 69331C108 |
| 26010100 | 8/7/2018 | 3186 | 69331C108 |
| 26010100 | 8/8/2018 | 1845 | 69331C108 |
| 26010100 | 9/6/2018 | 18335 | 69331C108 |
| 26010100 | 9/6/2018 | 26 | 69331C108 |
| 26010100 | 9/6/2018 | 571 | 69331C108 |
| 26010100 | 9/6/2018 | 8581 | 69331C108 |
| 26010100 | 9/6/2018 | 5539 | 69331C108 |
| 26010100 | 9/6/2018 | 6105 | 69331C108 |
| 26010100 | 9/6/2018 | 5597 | 69331C108 |
| 26010100 | 9/6/2018 | 869 | 69331C108 |
| 26010100 | 9/6/2018 | 1641 | 69331C108 |
| 26010100 | 9/6/2018 | 8495 | 69331C108 |
| 26010100 | 9/6/2018 | 7166 | 69331C108 |
| 26010100 | 11/15/2018 | 0 | 69331C108 |

| Client Transaction Type (buysell) | Account Name: |
|---|---|
| Beginning Balance | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |

| | |
|---|---|
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| by | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| sl | SEI Institutional Investments Trust-US Managed Volatility Fund |
| Ending Balance | SEI Institutional Investments Trust-US Managed Volatility Fund |

| Price Per Share: | Total Amount: |
|---|---|
| 52.23190065 | 145100.22 |
| 52.30490188 | 122602.69 |
| 62.62113391 | 173961.51 |
| 62.62113481 | 146783.94 |
| 62.89500148 | 211893.26 |
| 62.95839161 | 9003.05 |
| 62.9976 | 1574.94 |
| 63.35500482 | 65699.14 |
| 65.29890042 | 497055.23 |
| 65.27879992 | 312228.5 |
| 65.33429952 | 311056.6 |
| 68.68300624 | 76993.65 |
| 68.91770109 | 525221.8 |
| 68.83679907 | 176772.9 |
| 69.17420022 | 1027513.57 |
| 69.0953005 | 611631.6 |
| 69.07500107 | 324030.83 |
| 56.77750716 | 19815.35 |
| 56.775 | 53709.15 |
| 56.4775 | 2259.1 |
| 56.24571765 | 23904.43 |
| 55.835 | 1092690.95 |
| 43.54930007 | 1406773.04 |
| 43.65538462 | 1135.04 |
| 43.6276007 | 24911.36 |
| 39.51930078 | 339115.12 |
| 39.4850009 | 218707.42 |
| 38.354 | 234151.17 |
| 38.24500089 | 214057.27 |
| 38.35560414 | 33331.02 |
| 38.1297989 | 62571 |
| 41.94403014 | 64006.59 |
| 44.02398264 | 81136.2 |
| 44.02398601 | 6295.43 |
| 44.024 | 1100.6 |
| 44.02398264 | 45652.87 |
| 44.02398158 | 167291.13 |
| 44.62396905 | 170106.57 |
| 44.62396822 | 213436.44 |
| 44.62396943 | 204377.78 |
| 44.34650029 | 376723.52 |
| 43.32441989 | 7841.72 |
| 43.32443354 | 48566.69 |
| 43.32443643 | 330175.53 |

| | |
|---|---|
| 43.32443536 | 111257.15 |
| 43.32443734 | 372676.81 |
| 39.895 | 285887.57 |
| 45.08441459 | 281867.76 |
| 45.08441367 | 236061.99 |
| 43.71443031 | 158071.38 |
| 43.71443189 | 205064.4 |
| 43.71444126 | 15256.34 |
| 43.71442918 | 41353.85 |
| 43.7145 | 1748.58 |
| 43.71442353 | 18578.63 |
| 43.71443179 | 195796.94 |
| 44.57441792 | 181105.86 |
| 44.58721954 | 433610.71 |
| 43.69700691 | 56937.2 |
| 43.6970348 | 390520.4 |
| 43.65443189 | 139083.02 |
| 43.4401355 | 80147.05 |
| 45.52440796 | 834690.02 |
| 45.52423077 | 1183.63 |
| 45.52441331 | 25994.44 |
| 45.52440741 | 390644.94 |
| 45.52440874 | 252159.7 |
| 45.52440786 | 277926.51 |
| 45.52440772 | 254800.11 |
| 45.52440736 | 39560.71 |
| 45.52440585 | 74705.55 |
| 45.52440848 | 386729.85 |
| 45.52440832 | 326227.91 |

# Electronic Proof of Claim_@@FZJ27423[[CSLT#4025#CF]]

**Final Audit Report**                                                   2023-09-15

| | |
|---|---|
| Created: | 2023-09-15 |
| By: | Kroll (efiling@ra.kroll.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQEd9bhAwwttepRyVjgxFRo-3ViiFhIKh |

## "Electronic Proof of Claim_@@FZJ27423[[CSLT#4025#CF]]" History

Web Form created by Kroll (efiling@ra.kroll.com)
2023-09-15 - 8:29:35 PM GMT

Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com) uploaded the following supporting documents:
Attachment
2023-09-15 - 8:31:51 PM GMT

Web Form filled in by Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com)
2023-09-15 - 8:31:51 PM GMT- IP address: 136.226.54.246

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 Edg/116.0.1938.81)
2023-09-15 - 8:31:53 PM GMT- IP address: 136.226.54.246

Agreement completed.
2023-09-15 - 8:31:53 PM GMT

**KROLL**   Powered by Adobe Acrobat Sign

# United States Bankruptcy Court, Northern District of California

## Fill in this information to identify the case (Select only one Debtor per claim form):

[X] PG&E Corporation (19-30088)

[ ] Pacific Gas and Electric Company (19-30089)

# Rescission or Damage Claim Proof of Claim

**This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.**

> THIS FORM IS TO BE USED <u>ONLY</u> FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.
>
> DO <u>NOT</u> USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers**. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.**

## Part 1: Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | SEI Institutional Managed Trust-US Managed Volatility Fund <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the Debtor _____ |
| 2. **Has this claim been acquired from someone else?** | [X] No <br> [ ] Yes. From whom? _____ |
| 3. **Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code?** | <u>Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:</u> <br><br> [ ] Debt Securities; <br> [X] Equity Securities; or <br> [ ] Debt Securities and Equity Securities <br><br> Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation. <br><br> In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018. <br><br> Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically. |

Claim Number: 109932

| 4. | **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Contact phone    2133743230

Contact email    AllspringPortOps-CorporateActionsTeam@allspring-global.com

Contact phone

Contact email

---

| 5. | **Does this claim amend one already filed?** | ☐ No    ☒ Yes.   Claim number on court claims registry (if known) <sup>100996/101006/101755/102420</sup>    Filed on   04/16/2020   MM / DD / YYYY |
|---|---|---|

| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No    ☒ Yes. Who made the earlier filing?   ISS on claimants behalf |
|---|---|---|

---

**Part 2:**   **Give Information About the Claim as of January 29, 2019**

| 7. | **Do you have any number you use to identify the debtor?** | ☒ No    ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|

| 8. | **How much is the claim?** | $ see annex a    . **Does this amount include interest or other charges?**    ☐ No    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 9. | **Is all or part of the claim secured?** | ☒ No    ☐ Yes. The claim is secured by a lien on property. |
|---|---|---|

     **Nature of property:**

     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
     ☐ Motor vehicle
     ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of property:**    $_____

     **Amount of the claim that is secured:**    $_____

     **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:**    $_____

     **Annual Interest Rate** (when case was filed) _____%
     ☐ Fixed
     ☐ Variable

| 10. | **Is this claim subject to a right of setoff?** | ☒ No    ☐ Yes. Identify the property: _____ |
|---|---|---|

Case: 19-30088   Doc# 14671-1   Filed: 12/17/24   Entered: 12/17/24 11:21:29   Page 43 of 52

| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☒ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

**Signature:** *Paul Mittendorff*
Paul Mittendorff (Sep 15, 2023 13:46 PDT)

**Email:** AllspringPortOps-CorporateActionsTeam@allsp

Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Paul W Mittendorff | | |
| | First name | Middle name | Last name |
| Title | Operations Analyst | | |
| Company | Allspring Global Investments | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 525 Market St. Floor 12 | | |
| | Number          Street | | |
| | San Francisco | CA | 94105 |
| | City | State | ZIP Code |
| Contact phone | 2133743230 | Email | AllspringPortOps-CorporateActionsTeam@allspring-global.com |

Rescission or Damage Claim Proof of Claim                                    Page 3

**Attach Supporting Documentation Including Annex A** (available for download on https://restructuring.primeclerk.com/pge)
(limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
   **(attach below)**
               ☐ **I do not have supporting documentation.**

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Rescission or Damage Claim Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about any claim you may have based on your belief that you have suffered losses as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led you to purchase or acquire publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Complete Annex A, Part I by checking all applicable CUSIP(s) and provide the information requested in Annex A, Part II for that CUSIP. If you are asserting a claim based on more than one CUSIP, you must attach a separate Annex A, Part II for each CUSIP.**

- **Attach any supporting documents to this form.**

  Attach documentation requested in Annex A, Part II of the Form. (See the definition of *redaction* on the next page.)

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at:

https://restructuring.primeclerk.com/pge.

### Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Securities Proof(s) of Claim to:

#### If electronically:

Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").

#### If by first class mail:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

#### If by overnight courier or hand delivery:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically.

## Do not file these instructions with your form

| Account Number: | Transaction Date: | Shares: | Security ID: | Client Transaction Type (buysell) |
|---|---|---|---|---|
| 26009500 | **4/29/2015** | **0** | 69331C108 | Beginning Balance |
| 26009500 | 1/11/2016 | 3410 | 69331C108 | by |
| 26009500 | 1/11/2016 | 2878 | 69331C108 | by |
| 26009500 | 4/11/2016 | 2753 | 69331C108 | sl |
| 26009500 | 4/11/2016 | 657 | 69331C108 | sl |
| 26009500 | 4/11/2016 | 2876 | 69331C108 | sl |
| 26009500 | 4/11/2016 | 2 | 69331C108 | sl |
| 26009500 | 2/9/2017 | 1510 | 69331C108 | by |
| 26009500 | 2/10/2017 | 64 | 69331C108 | by |
| 26009500 | 2/10/2017 | 12 | 69331C108 | by |
| 26009500 | 2/10/2017 | 465 | 69331C108 | by |
| 26009500 | 3/8/2017 | 15383 | 69331C108 | by |
| 26009500 | 3/8/2017 | 9666 | 69331C108 | by |
| 26009500 | 3/8/2017 | 9622 | 69331C108 | by |
| 26009500 | 6/6/2017 | 10148 | 69331C108 | by |
| 26009500 | 8/7/2017 | 11507 | 69331C108 | by |
| 26009500 | 8/8/2017 | 3878 | 69331C108 | by |
| 26009500 | 10/4/2017 | 911 | 69331C108 | by |
| 26009500 | 10/5/2017 | 543 | 69331C108 | by |
| 26009500 | 10/5/2017 | 287 | 69331C108 | by |
| 26009500 | 11/6/2017 | 2344 | 69331C108 | by |
| 26009500 | 11/6/2017 | 6343 | 69331C108 | by |
| 26009500 | 11/7/2017 | 272 | 69331C108 | by |
| 26009500 | 11/7/2017 | 2849 | 69331C108 | by |
| 26009500 | 11/8/2017 | 2787 | 69331C108 | by |
| 26009500 | 11/8/2017 | 10771 | 69331C108 | by |
| 26009500 | 11/9/2017 | 2802 | 69331C108 | by |
| 26009500 | 11/9/2017 | 21237 | 69331C108 | by |
| 26009500 | 11/16/2017 | 150442 | 69331C108 | by |
| 26009500 | 1/4/2018 | 1794 | 69331C108 | by |
| 26009500 | 1/5/2018 | 1 | 69331C108 | by |
| 26009500 | 1/5/2018 | 32 | 69331C108 | by |
| 26009500 | 2/7/2018 | 2298 | 69331C108 | by |
| 26009500 | 2/7/2018 | 1484 | 69331C108 | by |
| 26009500 | 2/8/2018 | 1635 | 69331C108 | by |
| 26009500 | 2/8/2018 | 1499 | 69331C108 | by |
| 26009500 | 2/9/2018 | 233 | 69331C108 | by |
| 26009500 | 2/9/2018 | 439 | 69331C108 | by |
| 26009500 | 3/5/2018 | 1510 | 69331C108 | sl |
| 26009500 | 3/5/2018 | 64 | 69331C108 | sl |
| 26009500 | 3/5/2018 | 12 | 69331C108 | sl |
| 26009500 | 3/5/2018 | 465 | 69331C108 | sl |
| 26009500 | 3/5/2018 | 703 | 69331C108 | sl |
| 26009500 | 4/5/2018 | 13077 | 69331C108 | sl |

| | | | | |
|---|---|---|---|---|
| 26009500 | 5/15/2018 | 1603 | 69331C108 | sl |
| 26009500 | 5/15/2018 | 9666 | 69331C108 | sl |
| 26009500 | 5/15/2018 | 9622 | 69331C108 | sl |
| 26009500 | 5/15/2018 | 6795 | 69331C108 | sl |
| 26009500 | 6/14/2018 | 3645 | 69331C108 | by |
| 26009500 | 6/26/2018 | 3353 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 11507 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 3878 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 911 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 543 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 287 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 2344 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 6343 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 272 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 2849 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 2787 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 10771 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 2802 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 21237 | 69331C108 | sl |
| 26009500 | 6/26/2018 | 37549 | 69331C108 | sl |
| 26009500 | 7/9/2018 | 8041 | 69331C108 | sl |
| 26009500 | 7/10/2018 | 10182 | 69331C108 | sl |
| 26009500 | 8/6/2018 | 4759 | 69331C108 | sl |
| 26009500 | 8/6/2018 | 11389 | 69331C108 | sl |
| 26009500 | 8/7/2018 | 11993 | 69331C108 | sl |
| 26009500 | 8/7/2018 | 3732 | 69331C108 | sl |
| 26009500 | 8/8/2018 | 2161 | 69331C108 | sl |
| 26009500 | 8/9/2018 | 1036 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 59600 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 1794 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 1 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 32 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 2298 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 1484 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 1635 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 1499 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 233 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 439 | 69331C108 | sl |
| 26009500 | 9/6/2018 | 3645 | 69331C108 | sl |
| 26009500 | 11/15/2018 | 0 | 69331C108 | Ending Balance |

| Account Name: | Price Per Share: | Total Amount: |
|---|---|---|
| SEI Institutional Managed Trust-US Managed Volatility Fund | | |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 52.2319 | 178110.78 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 52.3049 | 150533.51 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 59.3626 | 163425.24 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 59.3162 | 38970.75 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 59.3162 | 170593.41 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 59.31 | 118.62 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 62.895 | 94971.45 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 62.9584 | 4029.34 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 62.9975 | 755.97 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 63.355 | 29460.08 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 65.2989 | 1004492.98 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 65.2788 | 630984.89 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 65.3343 | 628646.64 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 68.683 | 696995.08 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 68.9177 | 793035.98 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 68.8368 | 266949.12 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 69.1742 | 63017.7 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 69.0953 | 37518.75 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 69.075 | 19824.53 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 56.7775 | 133086.46 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 56.775 | 360123.83 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 56.4775 | 15361.88 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 56.2457 | 160244 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 56.3775 | 157124.09 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 55.9473 | 602608.37 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 55.5832 | 155744.13 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 55.9254 | 1187687.72 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 55.155 | 8297628.51 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.5493 | 78127.44 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.66 | 43.66 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.6275 | 1396.08 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 39.5193 | 90815.36 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 39.485 | 58595.74 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 38.354 | 62708.79 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 38.245 | 57329.26 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 38.3556 | 8936.86 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 38.1298 | 16738.98 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 41.944 | 63335.49 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 41.9441 | 2684.42 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 41.9442 | 503.33 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 41.944 | 19503.97 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 41.944 | 29486.65 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 44.024 | 575701.62 |

| | | |
|---|---|---|
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.944 | 68839.24 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.944 | 415096.78 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.944 | 413207.25 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.944 | 291804.53 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 39.895 | 145417.28 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 142977.4 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 490677.4 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 165364.3 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 38846.5 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 23154.4 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6418 | 12238.2 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 99952 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6417 | 270476 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6415 | 11598.5 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 121486 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6417 | 118842.3 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 459293.2 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 119481.9 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 905580.6 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 42.6416 | 1601151.2 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.0844 | 362523.77 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.7144 | 445100.34 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 44.5744 | 212129.66 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 44.5872 | 507803.84 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.697 | 524058.49 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.6544 | 162918.34 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.4401 | 93874.13 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 43.8944 | 45474.62 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 2713254.72 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 81670.79 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.52 | 45.52 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 1456.78 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 104615.09 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 67558.22 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 74432.41 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 68241.09 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 10607.19 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 19985.21 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | 45.5244 | 165936.47 |
| SEI Institutional Managed Trust-US Managed Volatility Fund | | |

# Electronic Proof of Claim_NA#XB27423[[CSLT#4025#CF]]

Final Audit Report                                    2023-09-15

| | |
|---|---|
| Created: | 2023-09-15 |
| By: | Kroll (efiling@ra.kroll.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqtOA1Rjyo7eLXUBaCuQIJ_Kur0ZPBW6h |

## "Electronic Proof of Claim_NA#XB27423[[CSLT#4025#CF]]" History

🔲 Web Form created by Kroll (efiling@ra.kroll.com)
2023-09-15 - 8:44:35 PM GMT

📎 Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com) uploaded the following supporting documents:
📎 Attachment
2023-09-15 - 8:46:58 PM GMT

🔲 Web Form filled in by Paul Mittendorff (AllspringPortOps-CorporateActionsTeam@allspring-global.com)
2023-09-15 - 8:46:58 PM GMT- IP address: 136.226.54.246

✐ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 Edg/116.0.1938.81)
2023-09-15 - 8:47:00 PM GMT- IP address: 136.226.54.246

✅ Agreement completed.
2023-09-15 - 8:47:00 PM GMT

KROLL  Powered by Adobe Acrobat Sign