| | |
|---|---|
| **BLANK ROME LLP**<br>JOSEPH M. WELCH (SBN 259308)<br>joseph.welch@blankrome.com<br>4 Park Plaza | Suite 450<br>Irvine, CA 92614<br>Telephone:    949.812.6000<br>Facsimile:    949.812.6001<br><br>*Attorney for Bradley Tanks, Inc.* | |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC FAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter: 11<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE OF JOSEPH M. WELCH AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

　　　　PLEASE TAKE NOTICE that Joseph M. Welch, counsel to Bradley Tanks, Inc., hereby requests removal of his appearance in the above-referenced case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system (NEF). The following contact information should be removed:

> Joseph M. Welch
> Blank Rome LLP
> 4 Park Plaza | Suite 450
> Irvine, CA 92614
> Telephone:    949.812.6000
> Facsimile:    949.812.6001
> Email: joseph.welch@blankrome.com

| | | |
|---|---|---|
| DATED: December 23, 2024 | | BLANK ROME LLP |

By:   */s/ Joseph M. Welch*
       JOSEPH M. WELCH

Attorney for Bradley Tanks, Inc.

| | |
|---|---|
| 1 | **BLANK ROME LLP**<br>JOSEPH M. WELCH (SBN 259308) |
| 2 | joseph.welch@blankrome.com<br>4 Park Plaza \| Suite 450 |
| 3 | Irvine, CA 92614<br>Telephone:     949.812.6000 |
| 4 | Facsimile:     949.812.6001 |
| 5 | *Attorney for Bradley Tanks, Inc.* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re: | |
|---|---|
| PG&E Corporation | Case No. 19-30088-DM |
| and | Chapter: 11 |
| PACIFIC FAS AND ELECTRIC COMPANY,<br><br>Debtors. | **ORDER APPROVING APPLICATION FOR WITHDRAWAL OF APPEARANCE OF JOSEPH M. WELCH AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |
| [ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | |

Upon submission of the application for removal of appearance in the above-referenced matter,

IT IS HEREBY ORDERED that Joseph M. Welch, counsel to Bradley Tanks, Inc., be removed from all service lists in this case, including all electronic service lists and the ECF notification system (NEF). The following contact information should be removed:

Joseph M. Welch
Blank Rome LLP
4 Park Plaza | Suite 450
Irvine, CA 92614
Telephone:     949.812.6000
Facsimile:     949.812.6001
Email: joseph.welch@blankrome.com

*** END OF ORDER ***
