**EXHIBIT A**

**COUNSEL**

**LABATON KELLER SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel for Lead Plaintiff PERA and the Proposed Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com

*Special Bankruptcy Counsel for Lead Plaintiff PERA*

**ADAMSKI, MORISKI, MADDEN, CUMBERLAND & GREEN LLP**
James M. Wagstaffe (SBN 95535)
Mailing Address: P.O. Box 3835
San Luis Obispo, CA 93403-3835
Physical Address: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
wagstaffe@ammcglaw.com

*Liaison Counsel for Lead Plaintiff PERA*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 512-8600
Facsimile: (415) 512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel for Lead Plaintiff PERA*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
655 West Broadway, Suite 1900
San Diego CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
darrenr@rgrdlaw.com

Willow E. Radcliffe
Kenneth J. Black
Hadiya K. Deshmukh
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
willowr@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

*Counsel for the Securities Act Plaintiffs*

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com

*Additional Counsel for the Securities Act Plaintiffs*