# EXHIBIT C
# PROPOSED ORDER

| | |
|---|---|
| 1 | **LABATON KELLER SUCHAROW LLP** |
| | Thomas A. Dubbs (*pro hac vice* forthcoming) |
| 2 | Michael P. Canty (*pro hac vice* pending) |
| | Thomas G. Hoffman, Jr. (*pro hac vice*) |
| 3 | 140 Broadway |
| | New York, New York 10005 |
| 4 | |
| | *Lead Counsel to Lead Plaintiff PERA and* |
| 5 | *the Proposed Class* |
| 6 | **MICHELSON LAW GROUP** |
| | Randy Michelson (SBN 114095) |
| 7 | 220 Montgomery Street, Suite 2100 |
| | San Francisco, California 94104 |
| 8 | |
| | *Local Bankruptcy Counsel to PERA* |
| 9 | |
| | **LOWENSTEIN SANDLER LLP** |
| 10 | Michael S. Etkin (*pro hac vice*) |
| | Andrew Behlmann (*pro hac vice*) |
| 11 | Scott Cargill |
| | Colleen Maker |
| 12 | One Lowenstein Drive |
| | Roseland, New Jersey 07068 |
| 13 | |
| | *Special Bankruptcy Counsel to PERA* |
| 14 | |
| | *(additional counsel on Exhibit A)* |
| 15 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING SECURITIES PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Upon the motion, dated December 23, 2024, of Lead Plaintiff Public Employees Retirement Association of New Mexico (**"PERA"**), together with Claimants York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (together with PERA, the **"Securities Plaintiffs"**), for entry of an order, pursuant to Rules 7023 and 9014(a) and (c) of the Federal Rules of Bankruptcy Procedure, certifying a class of securities claimants (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.
2. The factors enumerated in Federal Rule of Civil Procedure 23(a)(1)-(4) are satisfied;
3. Federal Rule of Civil Procedure 23(b)(3) is satisfied;
4. Securities Plaintiffs are appointed as Class Representatives;
5. Labaton Keller Sucharow LLP and Robbins Geller Rudman & Dowd LLP are appointed as class counsel; and
6. The Court certifies a class consisting of all those who purchased or otherwise acquired the publicly traded debt or equity securities of PG&E Corporation, Pacific Gas and Electric Company, or both, from April 29, 2015 through November 15, 2018 (inclusive), and who

were damaged thereby and timely submitted Securities Claims in these Chapter 11 Cases, which Securities Claims have not otherwise been resolved. The Class claims under the Exchange Act of 1934 include those based on transactions in the PG&E securities listed in Hoffman Decl., Ex. A (Expert Report of Chad Coffman), Ex. 1. The Class claims under the Securities Act of 1933 are limited to those based on the bond offerings listed in Third Amended Complaint at ¶496 n.149.

** END OF ORDER **