| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs<br>Michael P. Canty<br>Thomas G. Hoffman, Jr.<br>140 Broadway<br>New York, New York 10005<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class*<br><br>**MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, California 94104<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill<br>Colleen Maker<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF SECURITIES PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 11, 2025<br>Time: 10:00 a.m.<br>Before: Hon. Dennis J. Montali<br><br><br>**Objection Deadline: February 6, 2025** |

DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF SECURITIES PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
[CASE NO. 19-30088 (DM) (LEAD CASE)]

I, THOMAS G. HOFFMAN, JR., declare as follows:

1. I am a partner of the law firm of Labaton Keller Sucharow LLP. I am submitting this declaration in support of the Securities Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Greg Trujillo (on behalf of the Public Employees Retirement System of New Mexico).

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of City of Warren Police and Fire Retirement System.

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of York County on Behalf of the County of York Retirement Fund.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Mid-Jersey Trucking Industry & Local 701 Pension Fund.

7. Attached hereto as Exhibit F is a true and correct copy of the firm resume of Labaton Keller Sucharow LLP.

8. Attached hereto as Exhibit G is a true and correct copy of the firm resume of Robbins Geller Rudman & Dowd LLP.

9. Attached hereto as Exhibit H is a true and correct copy of the firm resume of Lowenstein Sandler LLP, Bankruptcy and Restructuring Department.

10. Attached hereto as Exhibit I is a true and correct copy of the firm resume of Michelson Law Group.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2024.

*/s/ Thomas G. Hoffman, Jr.*
Thomas G. Hoffman, Jr.

DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF SECURITIES PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
[CASE NO. 19-30088 (DM) (LEAD CASE)]

Case: 19-30088    Doc# 14675    Filed: 12/23/24    Entered: 12/23/24 16:35:27    Page 2 of 2