# EXHIBIT B

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF GREG TRUJILLO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Greg Trujillo, declare as follows:

1. I respectfully submit this declaration on behalf of the Public Employees Retirement Association of New Mexico ("PERA"), in support of its motion for class certification (the "Motion"). I am the Executive Director for PERA. Further, I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto. PERA seeks appointment as a Class Representative in this action, and I am duly authorized by PERA to take all necessary steps to seek this appointment.[1]

2. PERA provides pension benefits for state and local public employees in New Mexico.

3. PERA's transactions in PG&E Corp. Class A common stock during the period from April 29, 2015 through November 15, 2018 (the "Class Period") are reflected in Exhibit A, attached hereto.

4. PERA's transactions in Pacific Gas & Electric Co. bonds during the Class Period are reflected in Exhibit B, attached hereto.

5. PERA did not purchase or acquire securities of PG&E at the direction of counsel or in order to participate in any private action under the federal securities laws.

6. On behalf of PERA, I, along with my colleagues, agree to monitor the progress of this litigation. I, along with my colleagues, conferred and will continue to confer with Court-appointed lead counsel Labaton Keller Sucharow LLP ("LKS"). For example, we have and will continue to receive and review court filings, including, but not limited to, the Third Amended Consolidated Class Action Complaint (District Court ECF No. 121) and legal briefs. I, along with my colleagues, have and will continue to regularly confer with LKS regarding periodic litigation updates.

7. PERA will be actively involved in the discovery process in this litigation, including, but not limited to, the document collection process. PERA could and would participate in a deposition at the appropriate time.

---

[1] Capitalized terms herein have the same meaning as in the Motion.

- 1 -

8.      PERA is committed to actively directing this litigation to maximize the recovery of the Class. As Court-appointed Lead Plaintiff, PERA understands the fiduciary duties it owes to all members of the proposed Class to provide fair and adequate representation. PERA will continue to work with LKS to maximize recovery for the proposed Class.

9.      PERA will continue to direct this litigation by, including but not limited to, attending hearings, depositions, and/or trial, and overseeing the preparation and filing of pleadings, as necessary.

10.     PERA seeks appointment of LKS as Class Counsel based on its substantial experience and expertise in prosecuting securities class actions. PERA believes that LKS possesses the necessary skills, resources, and ability to prosecute this case vigorously and effectively on behalf of the proposed Class.

11.     Beyond its pro rata share of any recovery, PERA will not accept payment for serving as a Class Representative, except the reimbursement of such reasonable costs and expenses (including lost wages) directly relating to the representation of the proposed Class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 23rd day of December 2024, in Taos, New Mexico.

_____
Greg Trujillo

- 2 -

# EXHIBIT A

**PG&E CORP. Common Stock**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| PCG | 69331C108 | 2689560 | US69331C1080 |

| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 06/03/15 | 1,000.00 | $51.97 | ($51,970.00) |
| Purchase | 06/03/15 | 2,000.00 | $51.97 | ($103,940.00) |
| Purchase | 07/13/15 | 2,500.00 | $51.15 | ($127,872.75) |
| Purchase | 03/10/16 | 1,100.00 | $56.95 | ($62,645.99) |
| Purchase | 06/24/16 | 3,200.00 | $62.66 | ($200,512.00) |
| Purchase | 08/09/16 | 94,400.00 | $63.60 | ($6,004,113.76) |
| Sale | 08/25/16 | -54.00 | $63.56 | $3,432.41 |
| Sale | 08/25/16 | -1,691.00 | $63.58 | $107,512.43 |
| Purchase | 08/25/16 | 11,768.00 | $63.66 | ($749,143.82) |
| Sale | 08/26/16 | -1,315.00 | $62.99 | $82,826.06 |
| Sale | 08/26/16 | -1,503.00 | $63.08 | $94,803.98 |
| Sale | 08/29/16 | -376.00 | $62.50 | $23,500.00 |
| Sale | 08/29/16 | -1,865.00 | $62.55 | $116,646.98 |
| Sale | 08/30/16 | -1,878.00 | $62.04 | $116,508.87 |
| Sale | 08/31/16 | -126.00 | $61.80 | $7,786.99 |
| Purchase | 08/31/16 | 74,700.00 | $61.94 | ($4,627,052.46) |
| Purchase | 09/27/16 | 6,153.00 | $63.80 | ($392,539.25) |
| Purchase | 10/20/16 | 8,307.00 | $60.96 | ($506,386.41) |
| Purchase | 11/08/16 | 700.00 | $62.02 | ($43,414.00) |
| Sale | 11/17/16 | -8,258.00 | $58.72 | $484,925.45 |
| Sale | 11/17/16 | -227.00 | $58.96 | $13,383.38 |
| Sale | 11/17/16 | -7,285.00 | $59.03 | $430,058.32 |
| Sale | 11/18/16 | -4,630.00 | $58.40 | $270,409.59 |
| Purchase | 11/22/16 | 6,224.00 | $59.28 | ($368,962.45) |
| Sale | 11/29/16 | -4,519.00 | $60.69 | $274,260.37 |
| Sale | 11/30/16 | -2,288.00 | $59.21 | $135,469.51 |
| Sale | 12/01/16 | -1,197.00 | $57.90 | $69,308.57 |
| Sale | 12/02/16 | -796.00 | $58.32 | $46,424.55 |
| Purchase | 12/13/16 | 7,217.00 | $60.40 | ($435,937.11) |
| Sale | 01/06/17 | -3,108.00 | $60.84 | $189,090.72 |
| Sale | 01/06/17 | -8,392.00 | $60.97 | $511,683.74 |
| Purchase | 01/20/17 | 10,349.00 | $61.41 | ($635,532.09) |
| Purchase | 02/13/17 | 400.00 | $63.69 | ($25,476.00) |
| Purchase | 02/24/17 | 7,378.00 | $65.95 | ($486,588.69) |
| Sale | 03/08/17 | -4,763.00 | $65.24 | $310,739.07 |
| Sale | 03/09/17 | -1,809.00 | $65.29 | $118,105.63 |
| Sale | 03/10/17 | -928.00 | $65.35 | $60,648.33 |
| Purchase | 03/22/17 | 1,010.00 | $67.57 | ($68,241.56) |
| Sale | 04/07/17 | -8,900.00 | $67.11 | $597,294.13 |
| Purchase | 04/10/17 | 50,200.00 | $66.93 | ($3,359,735.40) |
| Purchase | 05/25/17 | 5,600.00 | $66.80 | ($374,085.04) |
| Sale | 05/31/17 | -427.00 | $68.38 | $29,198.26 |
| Sale | 05/31/17 | -1,710.00 | $68.38 | $116,929.80 |
| Purchase | 06/06/17 | 2,323.00 | $68.74 | ($159,680.93) |
| Purchase | 06/30/17 | 11,240.00 | $66.61 | ($748,694.15) |
| Purchase | 07/24/17 | 1,168.00 | $67.90 | ($79,307.20) |

EXHIBIT A
- 1 -

| **PG&E CORP. Common Stock** | | | | |
|---|---|---|---|---|
| **Ticker** | **CUSIP** | | **SEDOL** | **ISIN** |
| **PCG** | **69331C108** | | **2689560** | **US69331C1080** |
| **Transaction Type** | **Trade Date** | **Shares / Par Value** | **Price Per Share / Par Value** | **Cost / Proceeds** |
| Purchase | 08/31/17 | 1,700.00 | $70.30 | ($119,510.51) |
| Sale | 10/10/17 | -8,637.00 | $69.16 | $597,294.33 |
| Sale | 10/11/17 | -977.00 | $69.08 | $67,494.38 |
| Sale | 10/11/17 | -4,936.00 | $69.30 | $342,064.80 |
| Purchase | 10/30/17 | 4,180.00 | $57.23 | ($239,222.65) |
| Sale | 11/20/17 | -2,900.00 | $52.65 | $152,685.00 |
| Sale | 11/30/17 | -13,862.00 | $54.24 | $751,874.88 |
| Sale | 11/30/17 | -41,586.00 | $54.24 | $2,255,624.64 |
| Sale | 11/30/17 | -7,887.00 | $54.25 | $427,869.75 |
| Sale | 12/01/17 | -15,727.00 | $54.28 | $853,636.40 |
| Sale | 12/04/17 | -9,743.00 | $54.13 | $527,404.18 |
| Sale | 12/05/17 | -12,339.00 | $53.54 | $660,590.58 |
| Sale | 12/06/17 | -2,135.00 | $53.53 | $114,282.07 |
| Sale | 12/07/17 | -4.00 | $53.01 | $212.03 |
| Sale | 12/08/17 | -665.00 | $53.19 | $35,369.69 |
| Sale | 12/15/17 | -5,000.00 | $53.05 | $265,250.00 |
| Sale | 01/31/18 | -2,040.00 | $41.79 | $85,260.37 |
| Sale | 02/21/18 | -500.00 | $39.79 | $19,895.00 |
| Purchase | 04/16/18 | 5,859.00 | $45.08 | ($264,123.72) |
| Purchase | 04/16/18 | 94.00 | $45.30 | ($4,257.97) |
| Purchase | 04/16/18 | 40,480.00 | $45.50 | ($1,842,026.21) |
| Purchase | 04/17/18 | 3,307.00 | $45.91 | ($151,838.92) |
| Sale | 05/31/18 | -24,012.00 | $43.33 | $1,040,439.96 |
| Purchase | 06/25/18 | 1,100.00 | $42.10 | ($46,307.03) |
| Sale | 06/20/18 | -22,400.00 | $40.00 | $896,000.00 |
| Sale | 06/20/18 | -1,600.00 | $40.00 | $64,000.00 |
| Purchase | 08/20/18 | 1,700.00 | $44.80 | ($76,163.23) |
| Sale | 08/21/18 | -42,400.00 | $44.83 | $1,900,817.44 |
| Purchase | 10/11/18 | 5,228.00 | $46.93 | ($245,358.93) |
| Purchase | 10/11/18 | 14,772.00 | $47.09 | ($695,682.91) |
| Sale | 10/22/18 | -17,750.00 | $47.87 | $849,747.53 |
| Sale | 10/23/18 | -17,750.00 | $47.47 | $842,539.25 |

# EXHIBIT B

| PACIFIC GAS & ELECTRIC CO. 5.625% 11/30/2017 DD 12/04/07 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | | SEDOL | ISIN |
| | 694308GL5 | | B29T8Z2 | US694308GL57 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Maturity | 11/30/17 | -750,000.00 | $100.00 | $750,000.00 |

| PACIFIC GAS & ELECTRIC CO. 8.250% 10/15/2018 DD 10/21/08 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | | SEDOL | ISIN |
| | 694308GN1 | | BG191B2 | US694308GN14 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Corporate Actions | 12/29/17 | -500,000.00 | $104.71 | $523,568.99 |
| Corporate Actions | 02/20/18 | -500,000.00 | $103.79 | $518,935.16 |

| PACIFIC GAS & ELECTRIC CO. 3.750% 08/15/2042 DD 08/16/12 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | | SEDOL | ISIN |
| | 694308HA8 | | B7MTCC9 | US694308HA83 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Sales | 03/31/17 | -250,000.00 | $94.87 | $237,182.50 |

| PACIFIC GAS & ELECTRIC CO. 6.050% 03/01/2034 DD 03/23/04 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | | SEDOL | ISIN |
| | 694308GE1 | | B8FPMT8 | US694308GE15 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Purchase | 05/11/16 | 850,000.00 | $132.53 | ($1,126,471.00) |

| PACIFIC GAS & ELECTRIC CO. 4.250% 08/01/2023 DD 08/06/18 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | | SEDOL | ISIN |
| | 694308HZ3 | | BDG28N9 | US694308HZ35 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Purchase | 08/02/18 | 1,405,000.00 | $99.77 | ($1,401,698.25) |
| Sale | 11/15/18 | -220,000.00 | $89.00 | $195,800.00 |

| PACIFIC GAS & ELECTRIC CO 4.600% 06/15/2043 DD 06/14/13 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | | SEDOL | ISIN |
| | 694308HD2 | | BBK3XJ5 | US694308HD23 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Purchase | 06/03/15 | 125,000 | $101.50 | ($126,875.00) |
| Sale | 08/14/15 | -875,000.00 | $103.58 | $906,298.75 |

| PACIFIC GAS & ELECTRIC CO. 3.300% 03/15/2027 DD 03/10/17 | | | | |
|---|---|---|---|---|
| Ticker | CUSIP | SEDOL | | ISIN |
| | 694308HS9 | BYXYH72 | | US694308HS91 |
| Transaction Type | Trade Date | Shares / Par Value | Price Per Share / Par Value | Cost / Proceeds |
| Purchases | 03/07/17 | 95,000.00 | $99.65 | ($94,662.75) |