# EXHIBIT D

| | |
|---|---|
| LABATON KELLER SUCHAROW LLP | LOWENSTEIN SANDLER LLP |
| Thomas A. Dubbs (*pro hac vice*) | Michael S. Etkin (*pro hac vice*) |
| Carol C. Villegas (*pro hac vice*) | Andrew Behlmann (*pro hac vice*) |
| Michael P. Canty (*pro hac vice*) | Scott Cargill (*pro hac vice*) |
| Thomas G. Hoffman, Jr. (*pro hac vice*) | One Lowenstein Drive |
| 140 Broadway | Roseland, NJ 07068 |
| New York, NY 10005 | |

*Lead Counsel to Securities Lead Plaintiff and the Class*

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

*Additional counsel listed on Exhibit A*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(JOINTLY ADMINISTERED)<br><br>DECLARATION OF YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND IN SUPPORT OF SECURITIES' PLAINTIFFS' MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS<br><br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Gregory F. Bower, declare as follows:

1. I am the Secretary for Named Plaintiff, York County on behalf of the County of York Retirement Fund ("York County"), and I am authorized to make this declaration. York County is a governmental defined benefit pension plan with approximately $577 million in assets under management. I am the person at York County who is primarily responsible for monitoring and directing this litigation on behalf of York County.

2. York County's transactions in PG&E's securities during the Class Period, and in PG&E bonds prior to the petition date in bankruptcy court, are identified in the attached Exhibit 1; *see also* Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (District Court ECF No. 121) ("Complaint").

3. I, on behalf of York County, have monitored the progress of this litigation. I have regularly conferred with Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or "Securities Act Counsel") concerning the litigation and overseen the efforts of Robbins Geller in prosecuting the case. For example, I have received and reviewed documents filed with the Court including, but not limited to, the Complaint, legal briefs related to Defendants' motions to dismiss the Complaint in the District Court, legal briefs related to Debtors' objections to claims brought in bankruptcy court, and the instant Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel. I have consulted with Robbins Geller concerning key events in the litigation, including document collection and review and deposition scheduling.

4. York County is committed to continuing to actively direct this litigation and maximize the recovery for the Class. As Named Plaintiff and proposed Class Representative, York County understands that it owes fiduciary duties to all members of the Class to provide fair and adequate representation and intends to continue to work with Securities Act Counsel to obtain the maximum recovery possible for the entire Class consistent with good faith and meritorious advocacy.

5. York County also intends to continue to provide fair and adequate representation by, among other things, further considering the advice and further directing the efforts of Securities Act Counsel and proposed Class Counsel, Robbins Geller. York County is aware that Robbins

Geller has substantial experience and expertise in prosecuting securities class actions and believes that Robbins Geller possesses the necessary financial and human resources to prosecute the case effectively.

6. York County will not accept any payment for serving as Class Representative beyond its pro rata share of any recovery, except for reimbursement of such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2024 in York, PA.

_____
GREGORY F. BOWER, SECRETARY

# EXHIBIT A
## COUNSEL

| | |
|---|---|
| LABATON KELLER SUCHAROW LLP<br>Thomas A. Dubbs (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212/907-0700<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>thoffman@labaton.com<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | ADAMSKI, MORISKI, MADDEN,<br>  CUMBERLAND & GREEN LLP<br>James M. Wagstaffe (SBN 95535)<br>100 Pine Street, Suite 2250<br>San Francisco, CA 94111<br>Telephone: 415/254-8615<br>wagstaffe@ammcglaw.com<br><br>*Liaison Counsel for Securities Lead Plaintiff and the Class* |
| LOWENSTEIN SANDLER LLP<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: 973/597-2500<br>Facsimile: 973/597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | MICHELSON LAW GROUP<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Facsimile: 415/512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Darren J. Robbins (SBN 168593)<br>65 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Facsimile: 619/231-7423<br>darrenr@rgrdlaw.com<br><br>VANOVERBEKE, MICHAUD &<br>  TIMMONY, P.C.<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>tmichaud@vmtlaw.com<br><br>*Additional Counsel for Securities Act Plaintiffs* | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Willow E. Radcliffe (SBN 200089)<br>Kenneth J. Black (SBN 291871)<br>Hadiya K. Deshmukh (SBN 328118)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>Facsimile: 415/288-4534<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>*Counsel for Securities Act Plaintiffs* |

# EXHIBIT 1

# SCHEDULE A

## SECURITIES TRANSACTIONS

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 05/03/2018 | 2.95% due 03/01/2026 | 112,000 | $92.16 |
| 05/30/2018 | 2.95% due 03/01/2026 | 212,000 | $91.95 |
| 11/27/2017 | 3.3% due 12/01/2027 | 162,000 | $99.70 |
| 11/27/2017 | 3.3% due 12/01/2027 | 162,000 | $99.99 |
| 05/14/2018[e] | 3.3% due 12/01/2027 | 212,000 | $92.51 |

| Date Disposed | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 11/15/2018 | 2.95% due 03/01/2026 | 25,000 | $80.00 |
| 11/15/2018 | 2.95% due 03/01/2026 | 25,000 | $81.00 |
| 11/15/2018 | 2.95% due 03/01/2026 | 46,000 | $79.92 |
| 11/15/2018 | 2.95% due 03/01/2026 | 64,000 | $81.63 |
| 11/15/2018 | 2.95% due 03/01/2026 | 64,000 | $82.25 |
| 11/16/2018 | 2.95% due 03/01/2026 | 38,000 | $87.00 |
| 01/09/2019 | 2.95% due 03/01/2026 | 62,000 | $79.00 |
| 05/03/2018 | 3.3% due 12/01/2027 | 112,000 | $92.92 |
| 05/14/2018[e] | 3.3% due 12/01/2027 | 212,000 | $92.51 |
| 05/30/2018 | 3.3% due 12/01/2027 | 212,000 | $92.73 |

[e]Debt exchange offer.

Prices listed are rounded up to two decimal places.