# EXHIBIT E

LABATON KELLER SUCHAROW LLP
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, NY 10005

*Lead Counsel to Securities Lead Plaintiff
and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

*Local Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068

*Special Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

*Additional counsel listed on Exhibit A*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors.<br>_____<br><br>☒ Affects Both Debtors<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(JOINTLY ADMINISTERED)<br><br>DECLARATION OF MID-JERSEY TRUCKING INDUSTRY & LOCAL 701 PENSION FUND IN SUPPORT OF SECURITIES' PLAINTIFFS' MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS<br><br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Giancarlo Prezioso, declare as follows:

1. I am the Administrative Manager for Named Plaintiff, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension & Annuity Fund ("Mid-Jersey Trucking"),[1] and I am authorized to make this declaration. Mid-Jersey Trucking is a Taft-Hartley defined benefit plan with approximately $342 million in assets under management. I am the person at Mid-Jersey Trucking who is primarily responsible for the administrative work related to this litigation on behalf of Mid-Jersey Trucking.

2. Mid-Jersey Trucking's transactions in PG&E's securities during the Class Period, and in PG&E bonds prior to the petition date in bankruptcy court, are identified in the attached Exhibit 1 ("Ex. 1"). Ex. 1; *see also* Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (District Court ECF No. 121) ("Complaint").

3. I, on behalf of Mid-Jersey Trucking, have regularly conferred with Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or "Securities Act Counsel") concerning the litigation and provided administrative assistance to Robbins Geller in prosecuting the case. For example, I have received and reviewed documents filed with the Court including, but not limited to, the Complaint, legal briefs related to Defendants' motions to dismiss the Complaint in the District Court, legal briefs related to Debtors' objections to claims brought in bankruptcy court, and the instant Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel. I have consulted with Robbins Geller concerning key events in the litigation, including document collection and review and deposition scheduling.

4. Mid-Jersey Trucking is committed to continuing to actively direct this litigation and maximize the recovery for the Class. As Named Plaintiff and proposed Class Representative, Mid-Jersey Trucking understands that it owes fiduciary duties to all members of the Class to provide fair and adequate representation and intends to continue to work with Securities Act Counsel to obtain the maximum recovery possible for the entire Class consistent with good faith and meritorious advocacy.

---

[1] Formerly Mid-Jersey Trucking Industry & Local 701 Pension Fund.

1      5.    Mid-Jersey Trucking also intends to continue to provide fair and adequate

2  representation by, among other things, further considering the advice and further directing the

3  efforts of Securities Act Counsel and proposed Class Counsel, Robbins Geller.  Mid-Jersey

4  Trucking is aware that Robbins Geller has substantial experience and expertise in prosecuting

5  securities class actions and understands that Robbins Geller possesses the necessary financial and

6  human resources to prosecute the case effectively.

7      6.    Mid-Jersey Trucking will not accept any payment for serving as Class

8  Representative beyond its pro rata share of any recovery, except for reimbursement of such

9  reasonable costs and expenses (including lost wages) directly relating to the representation of the

10  Class as ordered or approved by the Court.

11      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th

12  day of December, 2024 in North Brunswick, NJ.

13

14

15      GIANCARLO PREZIOSO,
       ADMINISTRATIVE MANAGER

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LABATON KELLER SUCHAROW LLP
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel to Securities Lead Plaintiff and the Class*

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: 973/597-2500
Facsimile: 973/597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

ROBBINS GELLER RUDMAN
& DOWD LLP
Darren J. Robbins (SBN 168593)
65 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423
darrenr@rgrdlaw.com

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Securities Act Plaintiffs*

ADAMSKI, MORISKI, MADDEN,
CUMBERLAND & GREEN LLP
James M. Wagstaffe (SBN 95535)
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: 415/254-8615
wagstaffe@ammcglaw.com

*Liaison Counsel for Securities Lead Plaintiff and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Facsimile: 415/512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

ROBBINS GELLER RUDMAN
& DOWD LLP
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Hadiya K. Deshmukh (SBN 328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
Facsimile: 415/288-4534
willowr@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

*Counsel for Securities Act Plaintiffs*

# EXHIBIT 1

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 12/22/2017 | 3.3% due 03/15/2027 | 65,000 | $98.80 |
| 01/31/2018 | 4.0% due 12/01/2046 | 20,000 | $97.97 |
| 11/14/2018 | 4.75% due 02/15/2044 | 5,000 | $77.76 |
| 10/19/2015 | 6.05% due 03/01/2034 | 16,000 | $121.84 |
| 10/21/2015 | 6.05% due 03/01/2034 | 4,000 | $122.19 |
| 11/03/2015 | 6.05% due 03/01/2034 | 10,000 | $120.06 |

| Date Disposed | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 01/14/2019 | 3.3% due 03/15/2027 | 65,000 | $78.00 |
| 01/14/2019 | 4.0% due 12/01/2046 | 20,000 | $75.75 |
| 01/14/2019 | 4.75% due 02/15/2044 | 5,000 | $76.57 |
| 03/10/2017 | 6.05% due 03/01/2034 | 5,000 | $123.44 |
| 01/29/2018 | 6.05% due 03/01/2034 | 15,000 | $123.00 |
| 01/31/2018 | 6.05% due 03/01/2034 | 10,000 | $122.65 |

Prices listed are rounded up to two decimal places.