# EXHIBIT H



# INTRODUCTION TO LOWENSTEIN SANDLER

December 2024



Case: 19-30088    Doc# 14675-8    Filed: 12/23/24    Entered: 12/23/24 16:35:27    Page 2 of 7

# I WHO WE ARE



## 350+ ATTORNEYS



### OFFICES IN

NEW YORK
PALO ALTO
NEW JERSEY
UTAH
WASHINGTON, D.C.



### KEY SECTORS

While we serve clients from a broad range of industries, we have deep knowledge and experience in key sectors that have fueled the growth of the economy.


**INVESTMENT FUNDS**


**PRIVATE EQUITY**


**VENTURE CAPITAL**


**LIFE SCIENCES**


**TECHNOLOGY & MEDIA**


**MANUFACTURING & INDUSTRIAL**


**CONSUMER & RETAIL**


**PRIVATE CLIENT SERVICES**

# OUR PRACTICE AREAS



Lowenstein Sandler is a national law firm with more than 350 lawyers based in New York, New Jersey, Palo Alto, Utah, and Washington, D.C.

Our **Corporate Department** is composed of attorneys who serve as trusted advisers to companies, entrepreneurs, and investors in various industries on the full spectrum of business formation, financing, growth, and exit transactions, providing strategic thinking and value-added execution. Our clients range from start-ups to Fortune 500 companies. The mission of our Corporate Department is to provide value-added services to our business clients by obtaining a comprehensive understanding of their needs and then dedicating the expertise, experience, and other law firm resources necessary to exceed our clients' expectations.

We handle complex corporate transactions nationwide, in many different practice areas, including:

- Africa Practice
- Anti-Money Laundering
- Broker-Dealer
- Business Divorce
- Capital Markets & Securities
- Commercial Contracts
- Commodities, Futures & Derivatives Group
- Corporate Governance & Compliance
- Data, Privacy & Cybersecurity
- Debt Financing
- Derivatives & Structured Products
- Emerging Companies & Venture Capital
- Executive Compensation, Employment & Benefits
- Environmental, Social, Governance (ESG)
- FDA Regulatory
- Global Trade & National Security
- Intellectual Property

- Investment Management
- IP & Tech Transactions
- Life Sciences
- Mergers & Acquisitions
- Mortgage & Structured Finance
- Patent Counseling & Prosecution
- Private Client Services
- Private Equity
- Real Estate
- Startup, Emerging & Growth Companies
- Tax
- Trademarks, Copyrights, Trade Secrets & Advertising
- Transactions & Advisory
- Trusts & Estates
- Venture Capital Investments
- Venture Debt
- Venture M&A

Case: 19-30088    Doc# 14675-8    Filed: 12/23/24    Entered: 12/23/24 16:35:27    Page 4 of 7

# | OUR PRACTICE AREAS



Our **Litigation Department** is comprised of seasoned trial lawyers with extensive experience across multiple practices and industries. The department works together seamlessly in bet-the-company litigation across jurisdictions both nationally and internationally. Our clients range from emerging to Fortune 100, public and private companies in industries that include life sciences, financial services, technology, energy, retail, real estate, and health care. Our goal is always to protect our clients' businesses – whether that means going to trial, appealing a decision, or working zealously to resolve matters outside of the courtroom. While our lawyers have the skill and experience to try cases in any jurisdiction in the country, we understand that protecting our clients often requires avoiding the business interruption and unwanted public exposure caused by extensive litigation. Our litigation services include:

- Alternative Dispute Resolution
- Antitrust/Competition
- Appellate
- Business Litigation
- Class Action Litigation
- Corporate Investigations & Integrity
- Employment
- Environmental Law & Litigation
- Insurance Recovery
- Intellectual Property Litigation
- Products Liability & Specialty Torts
- Securities Litigation
- White Collar Defense

The attorneys in our **Bankruptcy & Restructuring Department** have advised clients in many of the nation's largest Chapter 11 cases, out-of-court workouts, and financial restructurings. We have developed a national profile through our representation of unsecured creditors' committees as well as individual secured and unsecured creditors. We also represent debtors in Chapter 11 cases; investors in or purchasers of assets, securities or obligations of companies in Chapter 11; debtors in possession and exit lenders, indenture trustees, public debt holders, and others in the restructuring of publicly held debt and equity securities.

# LOWENSTEIN'S DIVERSITY INITIATIVES



The foundation for Lowenstein's culture was laid by firm founder, community leader, and social justice pioneer Alan Lowenstein, who was renowned for recruiting and welcoming colleagues of all backgrounds and experiences. From our roots as members of the Lawyers Commission for Civil Rights to serving as co-founders of the New Jersey Institute for Social Justice, inclusivity is a part of Lowenstein Sandler's DNA. Intentionality and a comprehensive approach are the two fundamental elements of Lowenstein's Diversity, Equity, and Inclusion Strategic Plan (Strategic Plan). This plan is built on six pillars, each of which has concrete goals, detailed action items, and measurable outcomes.

Lowenstein's DEI Strategic Plan is regularly updated to help ensure that the firm is implementing the most up-to-date strategies and programs to advance the firm's DEI efforts. The six pillars of the Strategic Plan are:

1. **Diversity:** A key component of this pillar is a focus on strategies for attracting top talent. Lowenstein also dedicates time and resources to programs that help develop the next generation of underrepresented talent.
2. **Equity:** Work to ensure that all material career-impacting decisions, including leadership and origination credit succession plans, are reviewed with a diversity lens.
3. **Inclusion:** Through diversity and cultural awareness training and initiatives, foster and cultivate an environment in which ideas are shared and employees feel valued and respected.
4. **Partner Engagement:** We create programming and policies that encourage the firm's partnership to be intentional about cultivating an inclusive workplace.
5. **Communication:** We internally and externally communicate our progress, our successes, and our innovative efforts to enhance DEI.
6. **Community Outreach:** Through financial and in-kind sponsorship, pro bono work, and advisory roles, the firm, and our lawyers support organizations whose missions focus on enhancing DEI in the legal profession and the larger community.

For more specifics about work the firm is doing to implement its DEI Strategic Plan, please visit Lowenstein's Diversity and Inclusion Webpage [here](#).

# CORE VALUES

Our core values make us different.

What makes us different makes us successful.

We are committed deeply to client service.

We honor the trust others have placed in us.

We are entrepreneurial.

We anticipate rather than merely respond.

We are passionate about everything we do.

We encourage creativity to flourish.

We are generous with our time and our talent.

We work to connect clients and communities.

lowenstein.com

6