| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| 6<br>7<br>8<br>9 | **MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, California 94104<br><br>*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**CERTIFICATION OF SERVICE** |

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the above-captioned chapter 11 cases to the Public Employees Retirement Association of New Mexico ("PERA"), the court-appointed lead plaintiff in the securities class action captioned as In re PG&E Corporation Securities Litigation, Case No. 3:18-cv-03509-RS, pending in the United States District Court for the Northern District of California ("Lead Plaintiff").

2. On December 23, 2024, on behalf of Lead Plaintiff, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings:

   - *Securities Plaintiffs' Motion And Memorandum Of Points And Authorities In Support Of Motion For Class Certification* [Dkt. No. 14674]; and

   - *Declaration of Thomas G. Hoffman in Support of Securities Plaintiffs' Motion And Memorandum Of Points And Authorities In Support Of Motion For Class Certification* [Dkt. No. 14675].

3. Also on December 23, 2024, pursuant to the procedures set forth in the *Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019* [Dkt. No. 1996], I caused the foregoing documents to be served on the parties listed on **Exhibit A**, in the manner set forth therein.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: Deecember 23, 2024         /s/ Elizabeth Lawler
                                  Elizabeth Lawler