| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   (212) 310-8000<br>Fax:  (212) 310-8007 | **LATHAM & WATKINS LLP**<br>Joshua G. Hamilton (#199610)<br>(joshua.hamilton@lw.com)<br>Michael J. Reiss (#275021)<br>(michael.reiss@lw.com)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424 653 5500<br><br>**LATHAM & WATKINS LLP**<br>James E. Brandt (*pro hac vice*)<br>(james.brandt@lw.com)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212 906 1200 |
| **KELLER BENVENUTTI KIM LLP**<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel:   (415) 496-6723<br>Fax:  (650) 636-9251 | |

*Attorneys for Debtors and Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND PERA SECURITIES CLAIMANTS REGARDING DISCOVERY AND CLASS ACTION BRIEFING SCHEDULE**

[No Hearing Requested]

PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") and the Public Employees Retirement Association of New Mexico ("**PERA**"), along with claimants York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund ("**PERA Securities Act Claimants**", collectively with PERA, the **"PERA Securities Claimants"**, and together with the Reorganized Debtors, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, pursuant to the Court's *Order Setting Schedule for Pre-Trial and Adjudication of Securities Fraud Claims* (Dkt. No. 14643, the "Scheduling Order"), (i) the parties were permitted to begin serving discovery requests on November 21, 2024, (ii) PERA must file its class certification motion, if any, by December 23, 2024, (iii) the Reorganized Debtors must file their opposition to PERA's class certification motion, if any, by February 6, 2025, (iv) PERA must filed its reply in further support of its class certification motion, if any, by February 27, 2025, and (v) the hearing on PERA's class certification motion, if any, would be March 11, 2025 at 10:00 am;

**WHEREAS**, on November 21, 2024, the Reorganized Debtors served the PERA Securities Claimants each with a First Set of Requests for Production and First Set of Interrogatories (the "Reorganized Debtors Discovery Requests");

**WHEREAS**, on November 21, 2024, PERA served the Reorganized Debtors with their First Set of Requests for Production of Documents (the "PERA Document Requests," and together with the Reorganized Debtors Discovery Requests, the "Parties' Discovery Requests");

**WHEREAS**, the Parties have agreed to extend the deadline for each of them to respond to the Parties' Discovery Requests until January 10, 2025;

**WHEREAS**, in light of the extension to respond to the Parties' Discovery Requests, the Parties have conferred regarding an extension to the Scheduling Order with respect to the briefing on class certification;

**WHEREAS**, this Stipulation shall have no effect other than what is provided for herein.

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows, subject to approval of the Court:

1. The Reorganized Debtors shall have until March 20, 2025 to file an opposition to PERA's class certification motion.

2. PERA shall have until April 17, 2025 to file a reply in further support of PERA's class certification motion.

3. The Court will set a hearing on PERA's class certification motion for a date that is at the Court's earliest convenience.

4. All other deadlines included in the Scheduling Order shall remain in full force and effect.

5. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: December 23, 2024 | **LATHAM & WATKINS LLP** |
| 2 | | |
| 3 | | */s/ Michael J. Reiss*<br>Joshua G. Hamilton (#199610) |
| 4 | | Michael J. Reiss (#275021)<br>James E. Brandt (*pro hac vice*) |
| 5 | | **WEIL, GOTSHAL & MANGES LLP**<br>Richard W. Slack (*pro hac vice*) |
| 6 | | Jessica Liou (*pro hac vice*)<br>Matthew Goren (*pro hac vice*) |
| 7 | | |
| 8 | | **KELLER BENVENUTTI KIM LLP**<br>Jane Kim (#298192) |
| 9 | | David A. Taylor (#247433)<br>Thomas B. Rupp (#278041) |
| 10 | | *Attorneys for Debtors and* |
| 11 | | *Reorganized Debtors* |
| 12 | | **LABATON KELLER SUCHAROW LLP** |
| 13 | | */s/ Willow E. Radcliffe* |
| 14 | | Thomas A. Dubbs (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*) |
| 15 | | Carol C. Villegas (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*) |
| 16 | | *Attorneys for PERA* |
| 17 | | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 18 | | WILLOW E. RADCLIFFE (200087)<br>KENNETH J. BLACK (291871) |
| 19 | | HADIYA K. DESHMUKH (328118)<br>Post Montgomery Center |
| 20 | | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 21 | | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 22 | | willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com |
| 23 | | hdeshmukh@rgrdlaw.com<br>        – and – |
| 24 | | DARREN J. ROBBINS (168593)<br>655 West Broadway, Suite 1900 |
| 25 | | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 26 | | 619/231-7423 (fax)<br>darrenr@rgrdlaw.com |
| 27 | | |
| 28 | | *Attorneys for the  PERA Securities Act Claimants* |