**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for the Debtors and Reorganized Debtors*

**CHANGES MADE BY COURT**

Signed and Filed: December 27, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**LATHAM & WATKINS LLP**
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: 424 653 5500

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND PERA SECURITIES CLAIMANTS REGARDING DISCOVERY AND CLASS ACTION BRIEFING SCHEDULE**<br><br>[No Hearing Requested] |

The Court, having reviewed the *Stipulation By And Between Reorganized Debtors And PERA Securities Claimants Regarding Discovery And Class Action Briefing Schedule* (the "**Stipulation**"), filed on December 23, 2024; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The agreement between the parties as set forth in the Stipulation is granted; and

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order. Hearing on Class Certification motion on May 6, 2025 at 10 AM. ** END OF ORDER **

APPROVED AS TO FORM AND CONTENT:

ROBBINS GELLER RUDMAN
    & DOWD LLP

/s/ *Willow E. Radcliffe*
Willow E. Radcliffe

Attorney for *PERA Securities Act Claimants*