ROBERT J. MORGAN
2255 WILSON STREET, LOT 49
MENOMONIE, WI 54751
707-843-0859
NOSHAMECEO@YAHOO.COM



JANUARY 1, 2025

UNITES STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
HONORABLE JUDGE MONTALI
17TH FLOOR
450 GOLDEN GATE AVE
P.O. BOX 36099
SAN FRANCISCO, CA 94102

CASE #19-30088                JURISDICTIONAL INQUIRY
PG&E FIRE CLAIM

DEAR JUDGE MONTALI,

I AM CONTACTING YOU TODAY REGARDING FILING A CLAIM OF 'INEFFECTIVE ASSISTANCE OF COUNSEL', MISREPRESENTATION, FRAUD, FEDERAL AND STATE ETHICAL VIOLATIONS, OUTRIGHT LIEING, AND MUCH MORE!

AS YOUR COURT IS THE ONLY 'SUPERVISING' JUDICIAL ENTITY OVERSEEING THE DEMANDS OF YOUR 'CONFIRMATION ORDER' OF JULY 2020, WITH REGARD TO PG&E'S PLAN OF RE-ORGANIZATION, IS YOUR COURTROOM THE PROPER JURISDICTION FOR SUCH A FILING?

I AM CONFIDENT AS WE DRAW NEAR TO THE FINAL PAYMENT FROM PG&E AND THE FVT, THAT MANY ARE PREPARING TO LEGALLY PURSUE THEIR LAWYERS FOR THE OUTRIGHT AND PUBLIC 'RAPING' AND 'ROBBERY' OF 70,00 FIRE VICTIMS!

THE PAIN AND AGNONY ENDURED FROM THE FIRES AND OUR LOSSES PALE IN COMPARISON TO THE SCURRILOUS AND INEFFECTIVE METHOD THOSE WHO WERE HIRED TO 'PROTECT US', DID NOT'!! SUCH BEHAVIOR HAS BEEN REFERRED TO BY THE FEDERAL COURTS AS 'CONCIOUS SHOCKING'. I AM STRUCK

BY YOUR 'SILENCE' AS YOU WATCHED AND SUPERVISED THIS ENTIRE MONETARY FIASCO. IT HAS RESULTED IN LEGALLY SUPERVISED THEFT. PLEASE ADVISE.

RESPECTFULLY,

*[signature]*

ROBERT J. MORGAN
PG&E FIRE VICTIM
CC/FILE


RESPECTFULLY,

ROBERT J. MORGAN
FIRE VICTIM/ATTORNEY VICTIM