TROUTMAN PEPPER LOCKE LLP
Meagan S. Tom (SBN 273489)
meagan.tom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Bradley C. Knapp (admitted *pro hac vice*)
brad.knapp@troutman.com
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 910-6847

W. Steven Bryant (admitted *pro hac vice*)
steven.bryant@troutman.com
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Fax: (512) 305-4800

Attorneys for Creditor
*International Brotherhood of Electrical Workers Local Union 1245*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY<br><br>     Debtors<br><br>\_\_\_\_\_ Affects PG&E Corporation<br>\_\_\_\_\_ Affects Pacific Gas and Electric Company<br>  X   Affects both Debtors | CASE NO.: 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(JOINTLY ADMINISTERED)<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION** |

1

PLEASE TAKE NOTICE that, effective January 1, 2025, Locke Lord LLP has combined with Troutman Pepper Hamilton Sanders LLP. The firm name and contact information for attorney Meagan S. Tom, Bradley C. Knapp, and W. Steven Bryant are as follows:

> Meagan S. Tom
> Troutman Pepper Locke LLP
> Three Embarcadero Center, Suite 800
> San Francisco, CA 94111
> Telephone: (415) 477-5700
> Fax: (415) 477-5710
> meagan.tom@troutman.com
>
> Bradley C. Knapp
> Troutman Pepper Locke LLP
> 601 Poydras Street, Suite 2660
> New Orleans, Louisiana 70130
> Telephone: (504) 558-5210
> Fax: (504) 910-6847
> brad.knapp@troutman.com
>
> W. Steven Bryant
> Troutman Pepper Locke LLP
> 300 Colorado Street, Suite 2100
> Austin, Texas 78701
> Telephone: (512) 305-4700
> Fax: (512) 305-4800
> steven.bryant@troutman.com

Dated: January 23, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TROUTMAN PEPPER LOCKE LLP


　　　　　　　　　　　　　　　　By:  /s/ Meagan S. Tom
　　　　　　　　　　　　　　　　　　　Bradley C. Knapp
　　　　　　　　　　　　　　　　　　　W. Steven Bryant
　　　　　　　　　　　　　　　　　　　Meagan S. Tom
　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　*International Brotherhood of Electrical Workers Local Union 1245*