1  Melissa T. Harris (VA 87854)
   Daniel Robertson (FL 1010844)
2  Attorneys
   Pension Benefit Guaranty Corporation
3  Office of the General Counsel
   445 12th St S.W.
4  Washington, D.C. 20024-2101
   Telephone: (202) 229-3019
5  Fax: (202) 229-6092
   Emails: harris.melissa@pbgc.gov and
6          efile@pbgc.gov

7  Attorneys for Creditor Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

### NOTICE OF CHANGE IN COUNSEL

    PLEASE TAKE NOTICE that Courtney L. Morgan is no longer associated with the Pension Benefit Guaranty Corporation ("PBGC") in the above captioned matter. PBGC will continue to be represented by attorneys Melissa T. Harris and Daniel Robertson, who have entered their appearances in this case. Consequently, this does not constitute a withdrawal of counsel. Ms. Harris's appearance in this case was filed on February 5, 2019 [docket number 290] and Mr. Robertson's appearance in this case was filed on February 13, 2019 [docket

number 420].

PLEASE TAKE FURTHER NOTICE that PBGC hereby requests Courtney L. Morgan to be removed from the following: (1) Service List; (2) Mailing Matrix; and (3) the Court's Electronic Notice system in this matter.

Dated: January 29, 2025  
Washington, D.C.

Respectfully submitted,

/s/ Melissa T. Harris  
Melissa T. Harris (VA 87854)  
Daniel Robertson (FL 1010844)  
Attorneys  
Pension Benefit Guaranty Corporation  
Office of the General Counsel  
445 12th St S.W.  
Washington, D.C. 20024-2101  
Telephone: (202) 229-3019  
Fax: (202) 229-6092  
Emails: harris.melissa@pbgc.gov and  
efile@pbgc.gov

Attorneys for Creditor  
Pension Benefit Guaranty Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

/s/ Melissa T. Harris
Melissa T. Harris