TROUTMAN PEPPER LOCKE LLP
Lindsey E. Kress (SBN 278213)
lindsey.kress@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

TROUTMAN PEPPER LOCKE LLP
Aaron C. Smith (admitted *pro hac vice*)
aaron.smith@troutman.com
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Creditor
California Insurance Guarantee Association

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>                  Debtors. | Bankruptcy No.: 19-30088<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION FOR LINDSEY E. KRESS** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that, effective January 1, 2025, Locke Lord LLP has combined with Troutman Pepper Hamilton Sanders LLP.  The new firm name and contact information for attorney Lindsey E. Kress are as follows: |

    Lindsey E. Kress
    TROUTMAN PEPPER LOCKE LLP
    Three Embarcadero Center, Suite 800
    San Francisco, CA 94111
    Telephone:  (415) 477-5700
    Fax:  (415) 477-5710
    lindsey.kress@troutman.com

Dated:  January 30, 2025

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By:  */s/ Lindsey E. Kress*
     Lindsey E. Kress
     Aaron C. Smith (admitted *pro hac vice*)
Attorneys for Creditor
California Insurance Guarantee Association